1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN HOLLEY, et al.,

Plaintiffs,

v.

GILEAD SCIENCES, INC.,

Defendant.

Case No. 18-cv-06972-JST

**ORDER GRANTING PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW**

Re: ECF No. 1587

This order relates to:

*Holley v. Gilead Sciences, Inc.*,
Case No. 4:18-cv-06972-JST

*Dowdy v. Gilead Sciences, Inc.*,
Case No. 4:19-cv-00481-JST

*Lyons v. Gilead Sciences, Inc.*,
Case No. 4:19-cv-02538-JST

*Mosely v. Gilead Sciences, Inc.*,
Case No. 4:19-cv-05816-JST

*Rivers v. Gilead Sciences, Inc.*,
Case No. 4:19-cv-07991-JST

*Davillier v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-00570-JST

*Pennington v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-03489-JST

*Goldfinger v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-04043-JST

*Nicholson v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-08751-JST

*Kachelmyer v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-00328-JST

*Falls v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-05387-JST

*Young v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-10006-JST

*Keefe v. Gilead Sciences, Inc.*,
Case No. 4:22-cv-01370-JST

*Lee v. Gilead Sciences, Inc.*,
Case No. 4:22-cv-02353-JST

*Lassiter v. Gilead Sciences, Inc.*,
Case No. 4:22-cv-06635-JST

*Sutton v. Gilead Sciences, Inc.*,
Case No. 4:23-cv-00701-JST

*Danner v. Gilead Sciences, Inc.*,
Case No. 4:23-cv-01517-JST

United States District Court
Northern District of California

Plaintiffs' counsel seek to withdraw as counsel for Plaintiffs listed in the attached Exhibit A ("Subject Plaintiffs").[1]  ECF No. 1587.  Subject Plaintiffs received copies of the motion, as well as copies of the Court's order setting a deadline for them to respond to the motion.  ECF No. 1589.  The deadline to oppose the motion has passed, and no oppositions have been received.

The Court has reviewed the record and finds good cause to grant Plaintiffs' counsel's motion to withdraw.  *See* ECF No. 645 (order granting motion to withdraw as to different Plaintiffs).  The motion is granted subject to the following conditions:

1.      Plaintiffs' counsel shall serve Subject Plaintiffs with this order and file a proof of service within seven days of the date of this order.

2.      Unless and until Subject Plaintiffs appear by other counsel or pro se (i.e., representing themselves without a lawyer), or Subject Plaintiffs' claims are dismissed, papers shall continue to be served on Plaintiffs' counsel for forwarding to Subject Plaintiffs.  Civil L.R. 11-5(b).

3.      Subject Plaintiffs shall have 45 days from the date of service of this order to retain new counsel.  On or before that deadline, Subject Plaintiffs shall file either a notice of appearance

_____

[1] Counsel withdrew their motion as to Plaintiff Darmeka Cofield.  ECF No. 1600.

United States District Court
Northern District of California

1  through new counsel or a notice of intent to proceed pro se.

2         Any individuals who intend to represent themselves may wish to consult the resources for

3  pro se litigants on the Court's website, https://cand.uscourts.gov/pro-se.  They may also wish to

4  seek assistance from the free Legal Help Center operated by the Bar Association of San Francisco.

5  The Legal Help Center sets up appointments to speak with a lawyer for basic legal help, but it

6  does not provide legal representation.  Appointments can be scheduled by emailing

7  fedpro@sfbar.org or by calling (415) 782-8982.

8         **IT IS SO ORDERED.**

9  Dated:  April 26, 2024



JON S. TIGAR
United States District Judge