# EXHIBIT A

| LMI ID | Plaintiff Name | Case Name | Case Number | Attorneys Seeking Withdrawal | Applicable C.R.P.C. Rule |
|---|---|---|---|---|---|
| 1153092 | Malpera, Elda | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153008 | Hurtado, Dominic Gerald | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153010 | Jones, Dexter | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153012 | Jackson, Keith | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153024 | Green, Michael D. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153054 | Ayala, Raphael B. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153062 | Sipling, Travis D. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153080 | Pauline, Dawn | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153082 | Patten, Cassandra L. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153084 | Ortiz, Ramon | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153028 | Edwards, Karen | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153036 | DiMaggio, Cathleen J. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; | 1.16(b)(4) and 1.16(d) |

| | | | | Anne F. Johnson; Shana E. Scarlett | |
|---|---|---|---|---|---|
| 1153121 | Valdivia, Gilberto F. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153048 | Byrd, Cameshia L. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153056 | Ammons, Marybeth | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153063 | Skidmore, Daniel Edward | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153072 | Roberts, John Fernando, Jr. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153073 | Richardson, Randy | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153105 | Jorba, Michael Vincent | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153107 | Jones, Lafayette D. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153108 | Young, Mary Burney | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153112 | Williams, Jonathan, Jr. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153116 | Welch, Nicholas | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |
| 1153122 | Turner, Booker T. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | Branden Weber; Robert C. Hilliard; Anne F. Johnson; Shana E. Scarlett | 1.16(b)(4) and 1.16(d) |

| 534121 | Jones, Melville N., Jr. | *Davillier et al. v. Gilead Sciences, Inc.* | 4:20-cv-00570-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher | 1.16(b)(4) and 1.16(d) |
|---|---|---|---|---|---|
| 530277 | Wait, Howard | *Dowdy et al. v. Gilead Sciences, Inc.* | 4:19-cv-00481-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Katrina Rose Ashley; Anthony Scott Godfrey; Michael Ernest Richardson | 1.16(b)(4) and 1.16(d) |
| 1020874 | Sutton, Kenneth Lamont | *Falls, et al. v. Gilead Sciences, Inc.* | 4:21-cv-05387-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Katrina Rose AshleyAnthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson | 1.16(b)(4) and 1.16(d) |
| 686054 | Ruzeck, Serge | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Katrina Rose Ashley | 1.16(b)(4) and 1.16(d) |
| 686012 | Mcgee, David | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo | 1.16(b)(4) and 1.16(d) |

| | | | | Butcher; Katrina Rose Ashley | |
|---|---|---|---|---|---|
| 685969 | Franklin, Rhonda | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Katrina Rose Ashley | 1.16(b)(4) and 1.16(d) |
| 530296 | Cook, Rhonda Faye | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Benjamin L. Crump; Anthony Scott Godfrey; Christopher Robert Pitoun; Emily Jeanette Beeson; Jennifer Lauren Hightower; Lauren S. Miller; Melika T. Harris; Michael Ernest Richardson; Whitney Kendall Siehl | 1.16(b)(4) and 1.16(d) |
| 530387 | Shirley, Antiqua | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Benjamin L. Crump; Anthony Scott Godfrey; Christopher Robert Pitoun; Emily Jeanette Beeson; Jennifer Lauren Hightower; Lauren S. Miller; Melika T. Harris; Michael Ernest Richardson; Whitney Kendall Siehl | 1.16(b)(4) and 1.16(d) |

| 914487 | Hammond, Leonora | *Kachelmyer, et al v. Gilead Sciences, Inc.* | 4:21-cv-00328-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Anthony Scott Godfrey; Benjamin Ryan O'Connor; Christopher Robert Pitoun; Katrina Rose Ashley; Michael Ernest Richardson; R. Allan Pixton | 1.16(b)(4) and 1.16(d) |
|---|---|---|---|---|---|
| 1122980 | Nickerson, Robert | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Katrina Rose Ashley | 1.16(b)(4) and 1.16(d) |
| 1122965 | Robison, Johnny | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Katrina Rose Ashley | 1.16(b)(4) and 1.16(d) |
| 1122990 | Mallonee, Richard | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Katrina Rose Ashley | 1.16(b)(4) and 1.16(d) |
| 1122970 | Reiter, Robert D. | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest | 1.16(b)(4) and 1.16(d) |

| | | | | Richardson; Katrina Rose Ashley | |
|---|---|---|---|---|---|
| 1144501 | Joyner, Joseph J. | *Lassiter, et al. v. Gilead Sciences, Inc.* | 4:22-cv-06635-JST | Shana E. Scarlett; Robert C. Hilliard; Christopher R. Pitoun | 1.16(b)(4) and 1.16(d) |
| 1125393 | Alexander, Latasha | *Lee, et al. v. Gilead Sciences, Inc.* | 4:22-cv-02353-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson | 1.16(b)(4) and 1.16(d) |
| 1125368 | Mosley, Craig L. | *Lee, et al. v. Gilead Sciences, Inc.* | 4:22-cv-02353-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Anthony Scott Godfrey; Christopher Robert Pitoun; Katrina Rose Ashley; Michael Ernest Richardson | 1.16(b)(4) and 1.16(d) |
| 1125355 | Winters, Gregory W. | *Lee, et al. v. Gilead Sciences, Inc.* | 4:22-cv-02353-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Anthony Scott Godfrey; Christopher Robert Pitoun; Katrina Rose Ashley; Michael Ernest Richardson | 1.16(b)(4) and 1.16(d) |
| 529022 | Brents, Shirley | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Benjamin L. Crump | 1.16(b)(4) and 1.16(d) |
| 529083 | Messer, John | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Benjamin L. Crump; Christopher Robert Pitoun; Anthony Scott Godfrey; Katrina Rose Ashley; Michael Ernest Richardson; Lauren S. Miller; Whitney Jo Butcher | 1.16(b)(4) and 1.16(d) |

| 529114 | Taylor, Aaron Kenneth | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Benjamin L. Crump; Christopher Robert Pitoun; Anthony Scott Godfrey; Katrina Rose Ashley; Michael Ernest Richardson; Lauren S. Miller; Whitney Jo Butcher | 1.16(b)(4) and 1.16(d) |
|---|---|---|---|---|---|
| 529118 | Thompson, Sam E. | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Benjamin L. Crump; Christopher Robert Pitoun; Anthony Scott Godfrey; Katrina Rose Ashley; Michael Ernest Richardson; Lauren S. Miller; Whitney Jo Butcher | 1.16(b)(4) and 1.16(d) |
| 529128 | Whaley, Timothy | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Benjamin L. Crump; Christopher Robert Pitoun; Anthony Scott Godfrey; Katrina Rose Ashley; Michael Ernest Richardson; Lauren S. Miller; Whitney Jo Butcher | 1.16(b)(4) and 1.16(d) |
| 529029 | Copelin, Demica | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Benjamin L. Crump; Christopher Robert Pitoun; Anthony Scott Godfrey; Katrina Rose Ashley; Michael Ernest Richardson; Lauren S. Miller; Whitney Jo Butcher | 1.16(b)(4) and 1.16(d) |

| | | | | | |
|---|---|---|---|---|---|
| 529044 | Frost, Arden | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Benjamin L. Crump; Christopher Robert Pitoun; Anthony Scott Godfrey; Katrina Rose Ashley; Michael Ernest Richardson; Lauren S. Miller; Whitney Jo Butcher | 1.16(b)(4) and 1.16(d) |
| 529394 | Phipps, Carol B. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Whitney Jo Butcher; Anthony Scott Godfrey; Christopher Robert Pitoun; Katrina Rose Ashley; Michael Ernest Richardson | 1.16(b)(4) and 1.16(d) |
| 529492 | Williams, Oleevya | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Whitney Jo Butcher; Anthony Scott Godfrey; Christopher Robert Pitoun; Katrina Rose Ashley; Michael Ernest Richardson | 1.16(b)(4) and 1.16(d) |
| 529158 | Bartley, Oscar | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Whitney Jo Butcher; Anthony Scott Godfrey; Christopher Robert Pitoun; Katrina Rose Ashley; Michael Ernest Richardson | 1.16(b)(4) and 1.16(d) |
| 529155 | Baker, Nina | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Whitney Jo Butcher; Anthony Scott Godfrey; Christopher Robert Pitoun; Katrina | 1.16(b)(4) and 1.16(d) |

| | | | | Rose Ashley; Michael Ernest Richardson | |
|---|---|---|---|---|---|
| 529255 | Garcia, Judy | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Whitney Jo Butcher; Anthony Scott Godfrey; Christopher Robert Pitoun; Katrina Rose Ashley; Michael Ernest Richardson | 1.16(b)(4) and 1.16(d) |
| 529262 | Gordon, Donald Joe | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Whitney Jo Butcher; Anthony Scott Godfrey; Christopher Robert Pitoun; Katrina Rose Ashley; Michael Ernest Richardson | 1.16(b)(4) and 1.16(d) |
| 529331 | Lyons, Keith | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Whitney Jo Butcher; Anthony Scott Godfrey; Christopher Robert Pitoun; Katrina Rose Ashley; Michael Ernest Richardson | 1.16(b)(4) and 1.16(d) |
| 529448 | Springer, Jillaine | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Whitney Jo Butcher; Anthony Scott Godfrey; Christopher Robert Pitoun; Katrina Rose Ashley; Michael Ernest Richardson | 1.16(b)(4) and 1.16(d) |

| | | | | | |
|---|---|---|---|---|---|
| 896405 | Parks, Sharon D. | *Nicholson, et al. v Gilead Sciences, Inc.* | 4:20-cv-08751-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; R. Allan Pixton; Anthony Scott Godfrey; Benjamin Ryan O'Connor; Christopher Robert Pitoun; Katrina Rose Ashley; Michael Ernest Richardson | 1.16(b)(4) and 1.16(d) |
| 658099 | Blanco, Javier | *Pennington et al. v. Gilead Sciences, Inc.* | 4:20-cv-03489-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Anthony Scott Godfrey; Christopher Robert Pitoun, Katrina Rose Ashley; Michael Ernest Richardson; Whitney Jo Butcher; | 1.16(b)(4) and 1.16(d) |
| ███ | ███ | ███ | ███ | ███ | ███ |
| 1153965 | Garcia, Nathania | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | Shana E. Scarlett; Robert C. Hilliard; | 1.16(b)(4) and 1.16(d) |
| 1153967 | Coleman, Jerome | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | Shana E. Scarlett; Robert C. Hilliard; | 1.16(b)(4) and 1.16(d) |
| 1153956 | Sutton, Anita Edra | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | Shana E. Scarlett; Robert C. Hilliard; | 1.16(b)(4) and 1.16(d) |
| 1153957 | McLean, Todd | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | Shana E. Scarlett; Robert C. Hilliard; | 1.16(b)(4) and 1.16(d) |
| 1153955 | Rials, John Andrew | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | Shana E. Scarlett; Robert C. Hilliard; | 1.16(b)(4) and 1.16(d) |
| 1153961 | Johnson, Mamie | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | Shana E. Scarlett; Robert C. Hilliard; | 1.16(b)(4) and 1.16(d) |
| 1088033 | Patterson, Kathryn Elizabeth | *Young, A., et al. v. Gilead Sciences, Inc.* | 4:21-cv-10006-JST | Steve W. Berman; Shana E. Scarlett; Robert C. Hilliard; Anne F. Johnson; Michael Ernest Richardson; Christopher Robert | 1.16(b)(4) and 1.16(d) |

|  |  |  |  | Pitoun, Anthony Scott Godfrey |  |
|---|---|---|---|---|---|