UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GILEAD SCIENCES, INC., <br><br> Defendant. | Case No. 18-cv-06972-JST <br><br> **ORDER GRANTING PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW** <br><br> Re: ECF No. 1322 |

This order relates to:

*Holley v. Gilead Sciences, Inc.*,
Case No. 4:18-cv-06972-JST

*Lyons v. Gilead Sciences, Inc.*,
Case No. 4:19-cv-02538-JST

*Mosely v. Gilead Sciences, Inc.*,
Case No. 4:19-cv-05816-JST

*Davillier v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-00570-JST

*Calkins v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-01884-JST

*Pennington v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-03489-JST

*Goldfinger v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-04043-JST

*Coleman v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-04546-JST

*Mack v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-04734-JST

*Lundy v. Gilead Sciences Inc.*,
Case No. 4:20-cv-05282-JST

1    *Tharpe v. Gilead Sciences, Inc.*,
     Case No. 4:20-cv-06033-JST

2    *Nicholson v Gilead Sciences, Inc.*,
     Case No. 4:20-cv-08751-JST
3
     *Gavaldon v. Gilead Sciences, Inc.*,
4    Case No. 4:21-cv-00112-JST

5    *Kachelmyer v. Gilead Sciences, Inc.*,
     Case No. 4:21-cv-00328-JST
6
     *Clark v. Gilead Sciences, Inc.*,
7    Case No. 4:21-cv-00713-JST

8    *Youakim v. Gilead Sciences, Inc.*,
     Case No. 4:21-cv-01054-JST
9
     *Natividad v. Gilead Sciences, Inc.*,
10   Case No. 4:21-cv-01282-JST

11   *Woellhart v. Gilead Sciences, Inc.*,
     Case No. 4:21-cv-01499-JST
12
     *Johnson v. Gilead Sciences, Inc.*,
13   Case No. 4:21-cv-01931-JST

14   *White v. Gilead Sciences, Inc.*,
     Case No. 4:21-cv-02039-JST
15
     *Hawkins v. Gilead Sciences, Inc.*,
16   Case No. 4:21-cv-02539-JST

17   *Lewis v. Gilead Sciences, Inc.*,
     Case No. 4:21-cv-03218-JST
18
     *Jaime v. Gilead Sciences, Inc.*,
19   Case No. 4:21-cv-05112-JST

20   *Falls v. Gilead Sciences, Inc.*,
     Case No. 4:21-cv-05387-JST
21

22

23        Plaintiffs' counsel seeks to withdraw as counsel for Plaintiffs listed in the attached

24   Exhibit A ("Subject Plaintiffs"). ECF No. 1312. The Court will grant the motion.

25        Subject Plaintiffs received copies of the motion, as well as copies of the Court's order

26   setting a deadline for them to respond to the motion. ECF No. 1313. The deadline to oppose the

27   motion has passed, and no oppositions have been received.

28

1        The Court has reviewed the record and finds good cause to grant Plaintiffs' counsel's motion to withdraw.  *See* ECF No. 645 (order granting motion to withdraw as to different Plaintiffs).  The motion is granted subject to the following conditions:

       1.     Plaintiffs' counsel shall serve Subject Plaintiffs with this order and file a proof of service within three days of the date of this order.

       2.     Unless and until Subject Plaintiffs appear by other counsel or pro se (i.e., representing themselves without a lawyer), or Subject Plaintiffs' claims are dismissed, papers shall continue to be served on Plaintiffs' counsel for forwarding to Subject Plaintiffs.  Civil L.R. 11-5(b).

       3.     Subject Plaintiffs shall have 45 days from the date of service of this order to retain new counsel.  On or before that deadline, Subject Plaintiffs shall file either a notice of appearance through new counsel or a notice of intent to proceed pro se.

       Any individuals who wish to proceed pro se may wish to consult the resources for pro se litigants on the Court's website, https://cand.uscourts.gov/pro-se.  They may also wish to seek assistance from the free Legal Help Center operated by the Bar Association of San Francisco.  The Legal Help Center sets up appointments to speak with a lawyer for basic legal help, but it does not provide legal representation.  Appointments can be scheduled by emailing fedpro@sfbar.org or by calling (415) 782-8982.

       **IT IS SO ORDERED.**

Dated:  August 25, 2023

                                                                       JON S. TIGAR
                                                         United States District Judge