Steve W. Berman (admitted *pro hac vice*)
steve@hbsslaw.com
Anne F. Johnson (admitted *pro hac vice*)
annej@ hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594

*Attorneys for Plaintiffs*
[Additional Counsel Listed on Signature Page]

Debra E. Pole (Bar No. 97816)
dpole@sidley.com
Joshua Anderson (Bar No. 211320)
janderson@sidley.com
Alycia A. Degen (Bar No. 211350)
adegen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone:     (213) 896-6000
Facsimile:      (213) 896-6600

*Attorneys for Defendant Gilead Sciences, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al*.<br><br>    *Plaintiffs*,<br><br>  vs.<br><br>GILEAD SCIENCES, INC.,<br><br>    *Defendant*. | No. 3:18-cv-06972-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT AND TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

| | |
|---|---|
| 1 | **JOINT STIPULATION** |
| 2 | Pursuant to Northern District of California Civil Local Rule 6-2 and 7-12, Plaintiffs and |
| 3 | Defendant Gilead Sciences Inc. ("Gilead") (together, the "Parties"), by and through their respective |
| 4 | undersigned counsel of record, submit the following stipulation and proposed order: |
| 5 | WHEREAS, Plaintiffs filed their Complaint in the above-captioned action on November 16, |
| 6 | 2018; |
| 7 | WHEREAS, Gilead was served with the Complaint on November 26, 2018; |
| 8 | WHEREAS, Gilead's current deadline to answer or otherwise respond to Plaintiffs' |
| 9 | Complaint is December 17, 2018; |
| 10 | WHEREAS, in light of the holidays, the length of the Complaint (139 pages and 644 |
| 11 | paragraphs), the number of Plaintiffs (140), and the number of legal issues, the Parties have agreed |
| 12 | that Gilead shall have an additional 40 days to respond to the Complaint, until and including January |
| 13 | 25, 2019; and |
| 14 | WHEREAS, the Parties have also agreed upon a briefing schedule for Gilead's forthcoming |
| 15 | motion to dismiss and a date for the Parties' first meet and confer regarding case management issues; |
| 16 | WHEREAS, extending Gilead's deadline to respond to Plaintiffs' Complaint will not affect |
| 17 | the court-ordered March 4, 2019 deadline for the Parties to file their Joint Case Management |
| 18 | Statement or the date of the Initial Case Management Conference, which has been set for March 13, |
| 19 | 2019; and |
| 20 | WHEREAS, this is the Parties' first request for an extension of time. |
| 21 | THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their |
| 22 | undersigned counsel of record, and pursuant to Civil Local Rule 6-1(a), that: |
| 23 | 1. The Parties' first meet and confer regarding case management issues shall be held on |
| 24 | January 11, 2019; |
| 25 | 2. Gilead's motion to dismiss Plaintiffs' Complaint shall be due on January 25, 2019; |
| 26 | 3. Plaintiffs' opposition to Gilead's motion to dismiss shall be due on March 11, 2019; and |
| 27 | 4. Gilead's reply in support of its motion to dismiss shall be due on April 5, 2019. |
| 28 | |

-1-

Dated this 10th day of December, 2018

Stipulated and agreed to by:

By: /s/ *Joshua E. Anderson*
    Debra E. Pole (Bar No. 97816)
    dpole@sidley.com
    Joshua Anderson (Bar No. 211320)
    janderson@sidley.com
    Alycia A. Degen (Bar No. 211350)
    adegen@sidley.com
    SIDLEY AUSTIN LLP
    555 West Fifth Street
    Los Angeles, CA 90013
    Telephone: (213) 896-6000
    Facsimile:(213) 896-6600

    *Attorneys for Defendant Gilead Sciences, Inc.*

By: /s/ *Anne F. Johnson*
    Steve W. Berman (admitted *pro hac vice*)
    Anne F. Johnson (admitted *pro hac vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Tel: (206) 623-7292
    Fax: (206) 623-0594
    Email: steve@hbsslaw.com

    Shana E. Scarlett (SBN 217895)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
    Tel: (510) 725-3000
    Fax: (510) 725-3001
    Email: shanas@hbsslaw.com

    Robert C. Hilliard (*pro hac vice* to be filed)
    HILLIARD MARTINEZ GONZALES LLP
    719 S. Shoreline Blvd.
    Corpus Christi, TX 78401
    Tel: (361) 882-1612
    Fax: (361) 882-3015
    Email: bobh@hmglawfirm.com

    *Attorneys for Plaintiffs*

## **SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: December 10, 2018 By: */s/ Joshua E. Anderson*
                                                                  Joshua E. Anderson

-3-

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS
NO. 3:18-CV-06972-JST

# **[PROPOSED]** ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing, it is hereby ORDERED as followed:

1. The above stipulation is GRANTED.
2. The Parties' first meet and confer regarding case management issues shall be held on January 11, 2019;
3. Gilead's motion to dismiss shall be due on January 25, 2019;
4. Plaintiffs' opposition to Gilead's motion to dismiss shall be due on March 11, 2019; and
5. Gilead's reply in support of its motion to dismiss shall be due on April 5, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 11, 2018

_____
Honorable Jon S. Tigar