Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Anne F. Johnson (*pro hac vice*)
annej@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Attorneys for Plaintiffs*
[Additional Counsel Listed on Signature Page]

Debra E. Pole (Bar No. 97816)
dpole@sidley.com
Joshua Anderson (Bar No. 211320)
janderson@sidley.com
Alycia A. Degen (Bar No. 211350)
adegen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90012
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Gilead Sciences, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GILEAD SCIENCES, INC.,<br><br>　　　　　　　　　Defendant. | No. 3:18-cv-06972-JST<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ~~AND EXTEND PAGE LIMITATIONS FOR MOTION TO DISMISS~~ |
| CHARANDA DOWDY, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GILEAD SCIENCES, INC.,<br><br>　　　　　　　　　Defendant. | No. 3:19-cv-00481-JST<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ~~AND EXTEND PAGE LIMITATIONS FOR MOTION TO DISMISS~~ |

010759-11 1101417 V1

| | |
|---|---|
| 1 | **JOINT STIPULATION** |
| 2 | Pursuant to Northern District Rule of California Civil Local Rules 6-2 and 7-12, Plaintiffs in |
| 3 | the above-captioned actions and Defendant Gilead Sciences, Inc. ("Gilead") (together, the "Parties"), |
| 4 | by and through their respective counsel of record, submit the following stipulation and proposed |
| 5 | order: |
| 6 | WHEREAS, Plaintiffs filed their complaint in *Holley, et al. v. Gilead Sciences, Inc.*, No. |
| 7 | 3:18-cv-06972-JST ("*Holley*") on November 16, 2018; |
| 8 | WHEREAS, on December 11, 2018, the Court set a briefing schedule for Gilead's motion to |
| 9 | dismiss the *Holley* complaint, whereby Gilead's motion to dismiss was due January 25, 2019, |
| 10 | Plaintiffs' opposition brief is due March 11, 2019, and Gilead's reply brief is due April 5, 2019; |
| 11 | WHEREAS, Plaintiffs filed their complaint in *Dowdy et al. v. Gilead Sciences, Inc.*, No. |
| 12 | 3:19-cv-00481-JST ("*Dowdy*") on January 28, 2019; |
| 13 | WHEREAS, on February 1, 2019, the Court entered an Order finding that *Holley* and *Dowdy* |
| 14 | are related cases and reassigning *Dowdy* to this Court; |
| 15 | WHEREAS, Gilead filed a motion to dismiss the *Dowdy* complaint on February 20, 2019, |
| 16 | which is materially similar to the motion to dismiss it filed on January 25, 2019 in *Holley*; |
| 17 | WHEREAS, Plaintiffs' brief in opposition to the motion to dismiss the *Dowdy* complaint is |
| 18 | currently due March 6, 2019, and Gilead's reply brief is currently due March 13, 2019—before |
| 19 | Plaintiffs' opposition brief and Gilead's reply brief are due in *Holley*; |
| 20 | WHEREAS, the hearing on Gilead's motion to dismiss in both *Holley* and *Dowdy* is set for |
| 21 | April 25, 2019, at 2:00 PM; |
| 22 | WHEREAS, on February 20, 2019, the Court issued a Case Management Order observing |
| 23 | that, in light of the similarities between the motions to dismiss in *Holley* and *Dowdy*, the briefing on |
| 24 | the motions to dismiss might be consolidated in order to conserve the Parties' and the Court's |
| 25 | resources; |
| 26 | WHEREAS, the Parties would like the motions to dismiss in *Holley* and *Dowdy* to be briefed |
| 27 | on the same schedule; |
| 28 | WHEREAS, this is the Parties' first request for an extension of time in the *Dowdy* case; |

1       WHEREAS, Plaintiffs request a maximum of ten additional pages to address the arguments in Gilead's motions to dismiss, including its arguments as to the sufficiency of Plaintiffs' fraud and consumer protection allegations under the laws of thirty-one (31) states;

      WHEREAS, if Plaintiffs receive an additional ten pages for their opposition brief, Gilead requests an additional five pages for its reply brief in further support of its consolidated motion to dismiss;

      THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their undersigned counsel of record, that:

      1.     By February 27, 2019, Gilead will file a consolidated motion to dismiss in *Holley* and *Dowdy* that raises no new arguments;

      2.     Plaintiffs' consolidated opposition to Gilead's motion to dismiss the *Holley* and *Dowdy* complaints shall be due on March 11, 2019;

      3.     Gilead's consolidated reply in support of its motion to dismiss the *Holley* and *Dowdy* complaints shall be due on April 5, 2019;

      4.     Plaintiffs' consolidated opposition to Gilead's motion to dismiss the *Holley* and *Dowdy* complaints shall not exceed thirty-five (35) pages; and

      5.     Gilead's consolidated reply in support of its motion to dismiss the *Holley* and *Dowdy* complaints shall not exceed twenty (20) pages.

      DATED this 22nd day of February, 2019

**STIPULATED AND AGREED TO BY:**

| /s/ Steve W. Berman | /s/ Joshua E. Anderson |
|---|---|
| Steve W. Berman (*pro hac vice*) | Joshua E. Anderson (SBN 211320) |
| Anne F. Johnson (*pro hac vice*) | Debra E. Pole (Bar No. 97816) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Alycia A. Degen (Bar No. 211350) |
| 1301 Second Avenue, Suite 2000 | SIDLEY AUSTIN LLP |
| Seattle, WA 98101 | 555 West Fifth Street |
| Telephone: (206) 623-7292 | Los Angeles, CA 90013 |
| Facsimile: (206) 623-0594 | Telephone: (213) 896-6000 |
| Email: steve@hbsslaw.com | Facsimile: (213) 896-6600 |
| Email: annej@hbsslaw.com | Email: janderson@sidley.com |
| | Email: dpole@sidley.com |
| | Email: adegen@sidley.com |
| | |
| | *Attorneys for Defendant Gilead Sciences, Inc.* |

| | |
|---|---|
| 1 | Shana E. Scarlett (SBN 217895) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| 3 | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| 4 | Email: shanas@hbsslaw.com |
| 5 | Robert C. Hilliard (*pro hac vice*) |
| | Katrina R. Ashley (*pro hac vice* to be filed) |
| 6 | HILLIARD MARTINEZ GONZALES LLP |
| | 719 S. Shoreline Blvd. |
| 7 | Corpus Christi, TX 78401 |
| | Telephone: (361) 882-1612 |
| 8 | Facsimile: (361) 882-3015 |
| | Email: bobh@hmglawfirm.com |
| 9 | Email: kashley@hmglawfirm.com |

*Attorneys for Plaintiffs*

# **SIGNATURE ATTESTION**

I, Steve W. Berman, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 22, 2019          */s/ Steve W. Berman*
                                                             Steve W. Berman

                                                             *Attorney for Plaintiffs*

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing, it is hereby ORDERED as follows:

1. The above Stipulation is GRANTED IN PART;

2. By February 27, 2019, Gilead will file a consolidated motion to dismiss in *Holley* and *Dowdy* that raises no new arguments;

3. Plaintiffs' consolidated opposition to Gilead's motion to dismiss the *Holley* and *Dowdy* complaints shall be due on March 11, 2019; and

4. Gilead's consolidated reply in support of its motion to dismiss the *Holley* and *Dowdy* complaints shall be due on April 5, 2019.

5. ~~Plaintiffs' consolidated opposition to Gilead's motion to dismiss the *Holley* and *Dowdy* complaints shall not exceed thirty-five (35) pages; and~~

6. ~~Gilead's consolidated reply in support of its motion to dismiss the *Holley* and *Dowdy* complaints shall not exceed twenty (20) pages.~~

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February __25__, 2019

_____
THE HONORABLE JON S. TIGAR