1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN HOLLEY, et al.,

          Plaintiffs,

    v.

GILEAD SCIENCES, INC.,

          Defendant.

Case No. 18-cv-06972-JST

**ORDER RE DISCOVERY DISPUTE**

Re: ECF No. 57

      The Court has received the parties' discovery letter brief, in which they dispute whether discovery should be stayed a ruling on Defendant's motion to dismiss. ECF No. 57. The Court will discuss this issue further at the April 23, 2019 case management conference.

      **IT IS SO ORDERED.**

Dated:  April 4, 2019



                JON S. TIGAR
           United States District Judge