1  Steve W. Berman (*pro hac vice*)
   steve@hbsslaw.com
2  Anne F. Johnson (*pro hac vice*)
   annej@hbsslaw.com
3  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Second Avenue, Suite 2000
4  Seattle, WA 98101
   Telephone: (206) 623-7292
5  Facsimile: (206) 623-0594

6  *Attorneys for Plaintiffs*

7  Debra E. Pole (Bar No. 97816)
   dpole@sidley.com
8  Joshua Anderson (Bar No. 211320)
   janderson@sidley.com
9  Alycia A. Degen (Bar No. 211350)
   adegen@sidley.com
10 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
11 Los Angeles, CA 90013
   Telephone: (213) 896-6000
12 Facsimile: (213) 896-6600

13 *Attorneys for Defendant Gilead Sciences, Inc.*

14 [Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GILEAD SCIENCES, INC., <br><br> Defendant. | Case No. 3:18-cv-06972-JST <br><br> Hon. Jon S. Tigar <br><br> **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR PRETRIAL PURPOSES** |
| CHARANDA DOWDY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GILEAD SCIENCES, INC., <br><br> Defendant. | Case No. 3:19-cv-00481-JST <br><br> Hon. Jon S. Tigar <br><br> **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR PRETRIAL PURPOSES** |

Plaintiffs in *Holley, et al. v. Gilead Sciences Inc.*, No. 3:18-cv-06972-JST, and *Dowdy, et al. v. Gilead Sciences, Inc.*, No. 3:19-cv-00481-JST and Gilead Sciences, Inc. ("Gilead)," the parties in the two related cases pending before this Court, hereby stipulate as follows:

WHEREAS, the *Holley* Plaintiffs filed their action filed in this District on November 16, 2018, and the *Dowdy* Plaintiffs filed their action in this District on January 28, 2019;

WHEREAS, on January 30, 2019, the parties submitted a Joint Stipulation in Support of Administrative Motion to Consider Whether Cases Should Be Related in which the parties stipulated and agreed that *Holley* and *Dowdy* should be related pursuant to Local Rule 3-12 in the interests of judicial economy and to avoid the potential for conflicting rulings;

WHEREAS, on February 1, 2019, the Court issued an Order relating *Holley* and *Dowdy* pursuant to Local Rule 3-12;

WHEREAS, on February 20, 2019, the Court ordered the parties to address in their next case management statement whether *Holley* and *Dowdy* should be consolidated;

WHEREAS, in their joint case management statements, Plaintiffs informed the Court that *Holley* and *Dowdy* should be consolidated and Gilead informed the Court that it did not oppose the consolidation of *Holley* and *Dowdy* for pretrial proceedings; and

WHEREAS, counsel for the parties in the two cases have conferred and concluded that the *Dowdy* action should be consolidated with the *Holley* action for all pretrial purposes pursuant to Federal Rule of Civil Procedure 42(a) because the cases involve at least one common question of law or fact arising from allegations (which Gilead denies) that Plaintiffs were injured as a result of ingesting one or more of Gilead's TDF-containing drugs.

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Gilead, that:

1. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned cases should be consolidated for all pretrial purposes into one action.

2. The master docket and master file for the consolidated actions should be 3:18-cv-06972-JST and the consolidated action shall bear the caption *Holley, et al. v. Gilead Sciences Inc*.

3. This stipulation is without prejudice to or waiver of Gilead's opposition to consolidated trials in any of these cases.

| | | | |
|---|---|---|---|
| 1 | IT IS SO STIPULATED. | | |
| 2 | Dated: April 26, 2019 | By: | */s/ Steve W. Berman* |

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Anne F. Johnson (*pro hac vice*)
annej@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Shana E. Scarlett (SBN 217895)
shanas@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Robert C. Hilliard (*pro hac vice*)
bobh@hmglawfirm.com
Katrina Ashley (*pro hac vice*)
kashley@hmglawfirm.com
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

*Attorneys for Plaintiffs*

Dated: April 26, 2019     By:   */s/ Joshua Anderson*

Debra E. Pole (Bar No. 97816)
dpole@sidley.com
Joshua Anderson (Bar No. 211320)
janderson@sidley.com
Alycia A. Degen (Bar No. 211350)
adegen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Daniel A. Spira (*pro hac vice*)
dspira@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000

| | |
|---|---|
| 1 | Inn-Young Park (Bar No. 324129) |
| 2 | ipark@sidley.com<br>SIDLEY AUSTIN LLP |
| 3 | 555 California St., Suite 2000<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 772-1200 |
| 5 | *Attorneys for Defendant Gilead Sciences, Inc.* |

### Attestation Pursuant to Civil Local Rule 5-1(i)(3)

I, Steve W. Berman, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: April 26, 2019

/s/ Steve W. Berman
Steve W. Berman

*Attorney for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the Stipulation and Proposed Order Consolidating Cases for Pretrial Purposes, and good cause appearing therefor, the Court hereby ORDERS that:

1. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned cases are consolidated for all pretrial purposes into one action.
2. The master docket and master file for the consolidated actions shall be 3:18-cv-06972-JST and the consolidated action shall bear the caption *Holley, et al. v. Gilead Sciences Inc*.
3. This order is without prejudice to or waiver of Gilead's opposition to consolidated trials in any of these cases.

IT IS SO ORDERED.

Dated:  April 29, 2019

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE