# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: May 9, 2019                                                                    Judge:  Jon S. Tigar

Time:  56 minutes

Case No.        **3:18-cv-06972-JST**
Case Name       **Adrian Holley, et al. v. Gilead Sciences, Inc.**

Attorneys for Plaintiffs:        Steve W. Berman
                                 Robert C. Hilliard
                                 Anne F. Johnson

Attorneys for Defendant:         Joshua E. Anderson
                                 Alycia A. Degen
                                 Inn-Young Park

Courtroom Deputy Clerk: William Noble                    Court Reporter: Marla Knox

### PROCEEDINGS

- Motion to Dismiss Complaint (Dkt. 45)

### RESULT OF HEARING

1.  Motion hearing held.  The motion is under submission.  A written order will be issued.

2.  Any request to modify the current scheduling order should be submitted to the Court either by stipulation or joint discovery letter brief.

3.  At the parties' request, the Court will conduct a further Telephonic Case Management Conference on July 15, 2019 at 1:30 p.m.  The purpose of the conference is to ensure that the case is on track.  Each participant in the call must use a landline.   By July 11, 2019 at noon, the parties must file a joint case management conference statement, which must contain a single telephone number that all parties and the Court can use.  For that statement only, the parties should disregard the local rules concerning the content of case management statements.  Instead, the statement should first inform the Court if the hearing is necessary.  If a hearing is necessary, the statement should contain an agenda for the meeting and identify any disputes for the Court to address.