Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Anne F. Johnson (*pro hac vice*)
annej@ hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Attorneys for Plaintiffs*

Debra E. Pole (Bar No. 97816)
dpole@sidley.com
Joshua Anderson (Bar No. 211320)
janderson@sidley.com
Alycia A. Degen (Bar No. 211350)
adegen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Gilead Sciences, Inc.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*, | Case No. 3:18-cv-06972-JST |
| Plaintiffs, | Hon. Jon S. Tigar |
| v. | |
| GILEAD SCIENCES, INC., | **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR PRETRIAL PURPOSES** |
| Defendant. | |
| AARON JEROME LYONS, *et al.*, | Case No. 3:19-cv-02538-JST |
| Plaintiffs, | Hon. Jon S. Tigar |
| v. | |
| GILEAD SCIENCES, INC., | **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR PRETRIAL PURPOSES** |
| Defendant. | |

United States District Court
Northern District of California

1        Plaintiffs in *Holley, et al., v. Gilead Sciences Inc.*, No. 3:18-cv-06972-JST ("*Holly*") and

2 *Lyons, et al., v. Gilead Sciences, Inc.*, No. 3:19-cv-02538-JST ("*Lyons*"), and Gilead Sciences, Inc.

3 ("Gilead"), the parties in two related cases pending before this Court, hereby stipulate as follows:

4        WHEREAS, the *Holley* Plaintiffs filed their Complaint in this District on November 16,

5 2018.

6        WHEREAS, on February 1, 2019, this Court issued a Related Case Order relating the *Holley*

7 and the subsequently filed *Dowdy, et al., v. Gilead Sciences, Inc.*, No. 3:19-cv-00481-JST ("*Dowdy*")

8 actions pursuant to Civil Local Rule 3-12.

9        WHEREAS, on April 29, 2019, this Court consolidated the *Holley* and *Dowdy* actions for

10 pretrial purposes pursuant to Federal Rule of Civil Procedure 42(a), and ordered that the master

11 docket and file for those actions shall be 3:18-cv-06972-JST and shall bear the caption *Holley, et al.*

12 *v. Gilead Sciences, Inc.*

13        WHEREAS, on May 10, 2019, the *Lyons* Plaintiffs filed their action, captioned *Lyons, et al.,*

14 *v. Gilead Sciences, Inc.*, No. 3:19-cv-02538-JST.

15        WHEREAS, on May 17, 2019, this Court issued a Related Case Order relating the *Holley* and

16 *Lyons* actions pursuant to Civil Local Rule 3-12.

17        WHEREAS, counsel for the parties in the above-captioned actions have conferred and

18 concluded that the *Lyons* action should be consolidated with the *Holley* action for all pretrial

19 purposes pursuant to Federal Rule of Civil Procedure 42(a) because the cases involve at least one

20 common question of law or fact arising from allegations (which Gilead denies) that Plaintiffs were

21 injured as a result of ingesting one or more of Gilead's TDF-containing drugs.

22        IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Gilead, through their

23 respective counsel of record, that:

24        1.     Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned cases should

25 be consolidated for all pretrial purposes into one action.

26        2.     The master docket and master file for the consolidated actions should be 3:18-cv-

27 06972-JST and the consolidated action shall bear the caption *Holley, et al., v. Gilead Sciences Inc.*

28

1     3.     This stipulation is without prejudice to or waiver of Gilead's opposition to

2   consolidated trials in any of these cases.

3          IT IS SO STIPULATED.

4   Dated: May 17, 2019                    By:   */s/ Steve W. Berman*

5                                                Steve W. Berman (*pro hac vice*)
                                                 steve@hbsslaw.com
6                                                Anne F. Johnson (*pro hac vice*)
                                                 annej@hbsslaw.com
7                                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                                 1301 Second Avenue, Suite 2000
8                                                Seattle, WA 98101
                                                 Telephone: (206) 623-7292
9                                                Facsimile: (206) 623-0594

10                                               Shana E. Scarlett (SBN 217895)
                                                 shanas@hbsslaw.com
11                                               HAGENS BERMAN SOBOL SHAPIRO LLP
                                                 715 Hearst Avenue, Suite 202
12                                               Berkeley, CA 94710
                                                 Telephone: (510) 725-3000
13                                               Facsimile: (510) 725-3001

14                                               Robert C. Hilliard (*pro hac vice*)
                                                 bobh@hmglawfirm.com
15                                               Katrina Ashley (*pro hac vice*)
                                                 kashley@hmglawfirm.com
16                                               HILLIARD MARTINEZ GONZALES LLP
                                                 719 S. Shoreline Blvd.
17                                               Corpus Christi, TX 78401
                                                 Telephone: (361) 882-1612
18                                               Facsimile: (361) 882-3015

19                                               *Attorneys for Plaintiffs*

20  Dated: May 17, 2019                    By:   */s/ Joshua Anderson*

21                                               Debra E. Pole (Bar No. 97816)
                                                 dpole@sidley.com
22                                               Joshua Anderson (Bar No. 211320)
                                                 janderson@sidley.com
23                                               Alycia A. Degen (Bar No. 211350)
                                                 adegen@sidley.com
24                                               SIDLEY AUSTIN LLP
                                                 555 West Fifth Street
25                                               Los Angeles, CA 90013
                                                 Telephone: (213) 896-6000
26                                               Facsimile: (213) 896-6600

27

28

Daniel A. Spira (*pro hac vice*)
dspira@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000

Inn-Young Park (Bar No. 324129)
ipark@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

*Attorneys for Defendant Gilead Sciences, Inc.*

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

I, Steve W. Berman, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 17, 2019

*/s/ Steve W. Berman*
Steve W. Berman

*Attorney for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the Stipulation and Proposed Order Consolidating Cases for Pretrial Purposes, and good cause appearing therefore, the Court hereby ORDERS that:

1. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned cases are consolidated for all pretrial purposes into one action.

2. The master docket and master file for the consolidated actions shall be 3:18-cv-06972-JST and the consolidated action shall bear the caption *Holley, et al v. Gilead Sciences Inc*.

3. This order is without prejudice to or waiver of Gilead's opposition to consolidated trials in any of these cases.

IT IS SO ORDERED.

Dated: _____          _____
                                    HONORABLE JON S. TIGAR
                                    UNITED STATES DISTRICT COURT JUDGE