Steve W. Berman (admitted *pro hac vice*)
steve@hbsslaw.com
Anne F. Johnson (admitted *pro hac vice*)
annej@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594

*Attorneys for Plaintiffs*

Debra E. Pole (Bar No. 97816)
dpole@sidley.com
Joshua Anderson (Bar No. 211320)
janderson@sidley.com
Alycia A. Degen (Bar No. 211350)
adegen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone:     (213) 896-6000
Facsimile:      (213) 896-6600

*Attorneys for Defendant Gilead Sciences, Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*,<br><br>                    Plaintiffs,<br>     v.<br><br>GILEAD SCIENCES, INC.,<br><br>                    Defendant. | Case Nos. 3:18-cv-06972-JST<br>(and all consolidated actions)<br><br>Assigned to: Hon. Jon S. Tigar<br><br>**SUBMISSION OF AGREED PLAINTIFF FACT SHEET AND PROPOSED CASE MANAGEMENT ORDER** |
| This document relates to:<br><br>    ALL ACTIONS | |

1   Pursuant to the Court's Scheduling Order [Dkt. 63], the parties have met and conferred and
2   agreed upon a form Plaintiff Fact Sheet ("PFS") and implementing proposed Case Management
3   Order, attached hereto as Exhibit 1, which the parties ask be entered by the Court.
4   The parties will be available at the Court's convenience, should the Court need any further
5   information.

6   Dated: May 23, 2019                                        Respectfully submitted,

7                                                       By:   /s/ Steve W. Berman
                                                              Steve W. Berman (admitted *pro hac vice*)
8                                                             steve@hbsslaw.com
                                                              Anne F. Johnson (admitted *pro hac vice*)
9                                                             annej@hbsslaw.com
                                                              HAGENS BERMAN SOBOL SHAPIRO LLP
10                                                            1301 Second Avenue, Suite 2000
                                                              Seattle, WA 98101
11                                                            Tel: (206) 623-7292
                                                              Fax: (206) 623-0594
12
                                                              Shana E. Scarlett (SBN 217895)
13                                                            shanas@hbsslaw.com
                                                              HAGENS BERMAN SOBOL SHAPIRO LLP
14                                                            715 Hearst Avenue, Suite 202
                                                              Berkeley, CA 94710
15                                                            Tel: (510) 725-3000
                                                              Fax: (510) 725-3001
16
                                                              Robert C. Hilliard (admitted *pro hac vice*)
17                                                            bobh@hmglawfirm.com
                                                              Katrina Ashley (admitted *pro hac vice*)
18                                                            kashley@hmglawfirm.com
                                                              HILLIARD MARTINEZ GONZALES LLP
19                                                            719 S. Shoreline Blvd.
                                                              Corpus Christi, TX 78401
20                                                            Tel: (361) 882-1612
                                                              Fax: (361) 882-3015
21
                                                              *Attorneys for Plaintiffs*
22
23
24
25
26
27
28

1
SUBMISSION OF AGREED PLAINTIFF FACT SHEET AND PROPOSED CASE
MANAGEMENT ORDER – Case Nos. 3:18-cv-06972-JST (and consolidated actions)

| | |
|---|---|
| Dated: May 23, 2019 | Respectfully submitted, |
| | By: */s/ Alycia A. Degen*<br>Debra E. Pole (Bar No. 97816)<br>dpole@sidley.com<br>Joshua Anderson (Bar No. 211320)<br>janderson@sidley.com<br>Alycia A. Degen (Bar No. 211350)<br>adegen@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600 |
| | *Attorneys for Defendant Gilead Sciences, Inc.* |

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

I, Steve W. Berman, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

| | |
|---|---|
| Dated: May 23, 2019 | */s/ Steve W. Berman*<br>Steve W. Berman |