# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ADRIAN HOLLEY, *et al.*,                            )   Case No.  3:18-CV-06972
                                                    )
                              Plaintiffs,           )   Hon. Jon S. Tigar
                                                    )
                    vs.                             )
                                                    )   **PLAINTIFF FACT SHEET**
GILEAD SCIENCES, INC.,                              )
                                                    )
                              Defendants.           )
                                                    )
                                                    )
                                                    )
                                                    )
_____ )

## **INSTRUCTIONS**

     In completing this Plaintiff Fact Sheet ("PFS"), you are under oath and must provide information that is true and correct to the best of your knowledge, recollection, information, and belief. Please answer <u>every question</u> and <u>do not leave any blanks</u>. If you cannot recall all the details requested, please provide as much information as you can, including by resort to documents in your custody or possession or your attorney's custody or possession.  You are obligated to amend or supplement your responses if you learn that they are incomplete or incorrect in any material respect.

Be sure to provide in Section VII of this PFS the addresses for *all* healthcare providers, healthcare facilities, and pharmacies identified in this fact sheet.

## **DEFINITIONS**

<u>You or Your:</u> The person who sustained an injury allegedly caused by a TDF medication.

<u>TDF medication:</u> Viread, Truvada, Atripla, Stribild, or Complera.

<u>TAF medication:</u> Genvoya, Odefsey, Descovy, or Biktarvy.

<u>HIV medication:</u> Any medication used for the treatment or prevention of transmission of HIV, including but not limited to any TDF medication or any TAF medication (whether prescribed for treatment or prevention of transmission of HIV, treatment of Hepatitis B, or other).

<u>Healthcare provider:</u> Any provider of healthcare, including but not limited to physicians, general practitioners, midwives, medical specialists, medical doctors, surgeons, plastic surgeons, dentists, oral surgeons, psychologists, psychiatrists, nurses, nurse practitioners, physician assistants, therapists, rehabilitation specialists, physical therapists, occupational therapists, counselors, and pharmacists.

<u>Healthcare facility:</u> All hospitals, clinics, urgent care facilities, outpatient facilities, health departments, medical offices, laboratories, and all other locations at which healthcare, medical diagnosis, care, treatment, or medication is provided by any healthcare provider.

<u>Communication or correspondence:</u> Any oral, written or electronic transmission of information, including, but not limited to, meetings, discussions, conversations, telephone calls, memoranda, letters, emails, text messages, conferences, or seminars or any other exchange of information.

<u>Document:</u> Any writing or recording of every type that is in your possession, custody, or control including, but not limited to, written documents, documents in electronic format, videos, audio recordings, photographs, charts, computer discs, tapes, media, x-rays, drawings, graphs, phone-records, and other data from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably useable form.

## I.    CASE INFORMATION

A.  Name of person completing this PFS: _____

B.  Name of your attorney in this case: _____

    1.  Firm: _____

    2.  Address: _____

    3.  Telephone number: _____

    4.  Email address: _____

C.  If you are completing this PFS in a representative capacity (*e.g.*, on behalf of the estate of a deceased person), please complete the following:

    1.  Your name: _____

    2.  Your address: _____

    3.  Your telephone number: _____

    4.  Your email address: _____

    5.  The individual/estate you are representing: _____

    6.  Your relationship to that individual/estate: _____

    7.  If you were appointed as a representative court, please state the:

        a.  Court that appointed you: _____

        b.  Date of appointment: _____

        c.  The names of any other representatives appointed by the Court:

        _____

8.  If you represent a decedent's estate, please state the:

    a.  Date of decedent's death: _____

    b.  Place of decedent's death: _____

## II.   BIOGRAPHICAL AND BACKGROUND INFORMATION

A.  First name: _____ Middle name: _____ Last name: _____

B.  Maiden or other names used and dates of use: _____

C.  Current address: **_____**

D.  All email addresses: **_____**

E.  Current telephone number(s): _____

F.  All social media handles or user names: _____

G.  Gender: Male:**____**Female:**_____**   Other:**_____**(please specify)

H.  Last four digits of Social Security number: **_____**

I.  Date and place of birth: _____

J.  Current height: _____

K.  Current weight: _____

L.  Ethnicity:  African American/Black: ___  Asian American/Pacific Islander: ___ Caucasian/White: ___  Latino/a: ___  Native American/Indian American: ___  Other: _____ (please specify)

M.  Identify each address at which you have resided since you first started taking any TDF medication, and list when you started and stopped living at each residence:

| 1. Address | 2. Dates of residence |
|---|---|
|  |  |
|  |  |
|  |  |

N.  Have you ever been married or registered as a Domestic Partner? Yes ___ No ___ If yes, provide the following for **each** marriage or registration from when you first started taking any TDF medication to the present:

    1.  Name of current or former spouse or partner: _____

    2.  Date of marriage or registration: _____

    3.  If applicable, date marriage or registration was terminated: _____

3

4.  If applicable, nature of termination (*e.g.* death, divorce): _____

5.  Current or former spouse's date of birth: _____

6.  Current or former spouse's occupation: _____

7.  Current or former spouse's address:

    _____

O.  Do you have any children? Yes ____ No ____ If yes, please provide the following for each child:

| 1. Child's name | 2. Child's year of birth | 3. Child's city and state of residence |
|---|---|---|
| | | |
| | | |
| | | |

P.  Identify each school (beginning with high school), college, university, and other educational institution you have attended:

| 1. Name of school | 2. Dates of attendance | 3. Courses of study pursued | 4. Diplomas or degrees awarded |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Q.  Please complete the following information with respect to your employment during the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present:

| 1. Employer | 2. Address | 3. Occupation/ job duties | 4. Dates of employment and, if you are asserting a claim for lost wages, your reason for leaving | 5. If you are asserting a claim for lost earnings, also provide salary/ bonus/ overtime |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

R.  During the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present, have you ever left a job or taken leave from any job for medical reasons? Yes ____ No ____ If yes, please provide the following:

1.  Medical leave start date: _____

2.  Medical leave end date: _____

3.   Reason for medical leave: _____

S.   During the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present, have you ever applied for workers' compensation, social security, or state or federal disability benefits? Yes ___ No ___ If yes, then as to each application, separately state:

1.   Type of application: _____

2.   Date (or year) of application: _____

3.   Nature of claimed injury/disability: _____

4.   Basis of your claim: _____

5.   Resolution of claim: Denied ___ Granted ___ Other ___ If other, describe:

_____

6.   Outcome of application: _____

7.   Amount awarded: $_____

8.   To what agency or company did you submit your application? _____

9.   Claim/docket number, if applicable: _____

T.   During the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present, have you been denied insurance (life, health, or other) for reasons relating to your health or physical condition? Yes ___ No ___ Only if you are alleging psychiatric or psychological injuries or other injuries related to emotional or mental distress, have you been denied insurance (life, health, or other) for reasons relating to a psychiatric or emotional condition? Yes __ No __ If yes to either question, please provide the following:

1.   Date of denial: _____

2.   Name of insurance company: _____

3.   Company's reason(s) for denial: _____

U.   During the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present, have you ever been a party to a lawsuit where you alleged personal or economic injuries, other than the present suit? Yes ___ No ___ If yes, please provide the following:

1.   Nature of the case: _____

2.   Parties involved: _____

3.   Case number: _____

4.   Where the case was filed: _____

5.   Your attorney: _____

V.   During the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present, have you ever filed for bankruptcy? Yes ___ No ___ If yes,

please state the following:

    1.  Court where you filed for bankruptcy: _____

    2.  Date of bankruptcy filing: _____

    3.  Is your bankruptcy case still open? Yes__ No__

W. Have you been convicted of any crime involving untruthfulness? Yes ___ No ___ If yes, please provide the following for each such crime:

    1.  Identify the crime: _____

    2.  When you were convicted or pled guilty: _____

    3.  Where you were convicted or pled guilty: _____

    4.  Location of incarceration, if any (please also be sure to include any medical treatment and healthcare providers/facilities when answering questions about medical care during your time of incarceration): _____

X. Have you ever served in any branch of the U.S. Military? Yes ___ No ___ If yes, please provide the following:

    1.  What branch of the military: _____

    2.  Dates of service: _____

    3.  Were you discharged for any reason relating to your health or physical condition? Yes ___ No ___ If yes, describe condition: _____

    4.  Only if you are alleging psychiatric or psychological injuries or other injuries related to emotional or mental distress, were you discharged for any reason relating to a psychiatric or emotional condition? Yes ___ No ___ If yes, describe condition: _____

Y. Have you ever been rejected from military service for any reason relating to your health or physical condition? Yes ___ No ___ If yes, please describe the condition: _____

Z. Only if you are alleging psychiatric or psychological injuries or other injuries related to emotional or mental distress, have you ever been rejected from military service for any reason relating to a psychiatric or emotional condition? Yes ___ No ___ If yes, please describe the condition: _____

## III.  TDF MEDICATION INFORMATION

A. Have you been diagnosed with HIV? Yes ___ No ____ If yes, please provide the following:

    1.  Date of diagnosis: _____

    2.  Name of healthcare provider who made diagnosis: _____

3.  Healthcare provider address: _____

4.  Symptoms at time of diagnosis (if any): _____

B.  Have you ever been diagnosed with the Hepatitis B virus? Yes___ No___ If yes, please provide the following:

1.  Date of diagnosis: _____

2.  Name of healthcare provider who made diagnosis: _____

3.  Healthcare provider address: _____

4.  Symptoms at time of diagnosis (if any): _____

C.  Were you ever prescribed a TDF medication for PrEP (or for pre-exposure prophylaxis)? Yes___ No___ If yes, which TDF medication(s): _____

D.  Identify each TDF medication you have ever used, and provide the information requested in the table below:

| 1. Name of TDF medication | 2. Date of first use | 3. Date of last use | 4. Prescribing healthcare provider (be sure to provide address for all healthcare providers in Section VII) | 5. Name, address, and phone number of pharmacy(ies) | 6. Reason(s) you discontinued use |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

E.  Has any healthcare provider recommended that you discontinue use of any TDF medication? Yes ___ No ___ If yes, please provide the following:

| 1. Name of healthcare provider (be sure to provide address for all healthcare providers in Section VII) | 2. Approximate date of recommendation to discontinue | 3. TDF medication | 4. Your understanding of the reason(s) for recommendation |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

F.  If you received oral information and/or reviewed written or electronic information regarding any TDF medication prior to, during, or after your taking the medication, including but not limited to, any oral conversations, written instructions, patient information sheet, labeling,

7

prescribing information, package inserts, brochures, advertisements, promotional materials, websites, or other materials or information from any source, complete the table below:

| 1. Name of TDF medication | 2. Title or type of information reviewed | 3. Source of information (provide name of person, website, office, etc.) | 4. Approximate date you received the information | 5. Describe the content of the information |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## IV.   INJURIES

A.  Are you alleging a kidney injury, illness, or disease resulting from your use of any TDF medication, including, but not limited to, kidney failure or chronic kidney disease? Yes ___ No ___ If yes, please complete the following for **each** such injury, illness, or disease:

   1.  Name of the TDF medication(s) that allegedly caused your kidney injury, illness, or disease: _____

   2.  Type of kidney injury, illness, or disease:

       _____

   3.  Is the injury, illness, or disease continuing? Yes ___ No ___

   4.  How and when did you first become aware of the injury, illness, or disease?

       _____

   5.  Date of onset of symptoms: _____

   6.  Date of diagnosis: _____

   7.  Name(s) of healthcare provider(s) who diagnosed/treated kidney injury, illness, or disease: _____

   8.  Description of treatment: _____

   9.  Date(s) of treatment: _____

   10. Description of current of symptoms, if any: _____

   11. Did you ever experience any other kidney injury, illness, or disease, including <u>before</u> you starting taking the TDF medication? Yes ___ No ___ If yes, please provide the date and description of each previous kidney injury, illness, or disease: Date: _____ Description: _____

12. Have you ever (before, during or after taking any TDF medication) had a kidney-related test or procedure (as an in-patient or out-patient) performed, including, but not limited to, a kidney biopsy, dialysis, diagnostic testing, monitoring testing, and/or lithotripsy? Yes ___ No ___ If yes, please provide the following for each test or procedure:

| a. Name of test or procedure | b. Approximate date of test or procedure | c. Reason for test or procedure, if known | d. Your understanding of the results of the test of procedure | e. Name of healthcare provider |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

13. Have you ever taken any prescription or over-the-counter medication for the treatment or prevention of kidney injuries, illnesses, or diseases? If yes, please provide the following:

| a. Name of medication | b. Start date of use | c. End date of use | d. Prescribing healthcare provider | e. Your understanding of the reason(s) for discontinued use, if known |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

B. Are you alleging a bone injury, illness, or disease resulting from your use of any TDF medication, including, but not limited to, fractures, bone demineralization, osteopenia, or osteoporosis? Yes ___ No ___ If yes, please complete the following for **each** such injury, illness, or disease:

1. Name of the TDF medication(s) that allegedly caused your bone injury, illness, or disease: _____

2. Type of bone injury, illness, or disease: _____

3. Is the injury, illness, or disease continuing? Yes ___ No ___

4. How and when did you first become aware of the injury, illness, or disease? _____

5. Date of onset of symptoms: _____

6. Date of diagnosis: _____

7. Name(s) of healthcare provider(s) who diagnosed/treated bone injury, illness, or disease: _____

8. Description of treatment: _____

9.  Date(s) of treatment: _____

10. Current status of symptoms: _____

11. Did you ever experience any other bone injury, illness, or disease including <u>before</u> you started taking the TDF medication? Yes ___ No ___ If yes, provide the date and description of each previous bone injury, illness, or disease:

_____

12. Have you ever (before, during or after taking  any TDF medication) had a bone-related test or procedure (as an in-patient or out-patient) performed, including, but not limited to, bone mineral density ("BMD"), calcium levels, Vitamin D levels, bone biopsy, bone scan, x-ray, MRI, CT scan, PET scan, or bone ultrasound? Yes ___ No ____ If yes, please provide the following:

| a. Name of test or procedure | b. Approximate date of test or procedure | c. Reason for test or procedure, if known | d. Your understanding of the results of the test or procedure | e. Name of healthcare provider |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

13. Have you ever taken any prescription or over-the-counter medication for the treatment or prevention of bone injuries, illnesses, or diseases? If yes, please provide the following:

| a. Name of medication | b. Start date of use | c. End date of use | d. Prescribing healthcare provider | e. Reason(s) for discontinued use, if known |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

C.  Are you alleging any other injury, illness, or disease resulting from your use of any TDF medication? Yes ___ No___ If yes, please complete the following for **<u>each</u>** such injury, illness, or disease:

1.  Name of the TDF medication(s) that allegedly caused your injury, illness, or disease:

_____

2.  Type of injury, illness, or disease:

_____

3.  Is the injury, illness, or disease continuing? Yes ___ No ___

4.  How and when did you first become aware of the injury, illness, or disease?

_____

5. Date of onset of symptoms: _____

6. Date of diagnosis: _____

7. Name(s) of healthcare provider(s) who diagnosed/treated injury, illness, or disease: _____

8. Description of treatment: _____

9. Date(s) of treatment: _____

10. Current status of symptoms: _____

11. Did you ever experienced this type of injury, illness, or disease <u>before</u> you started taking the TDF medication? Yes ___ No ___ If yes, provide the date and description of each previous injury, illness, or disease:

12. Have you ever (before, during or after taking any TDF medication) had a test or procedure (as an in-patient or out-patient) performed related to this type of injury, illness, or disease? Yes ___ No ___ If yes, please provide the following:

| a. Name of test or procedure | b. Approximate date of test or procedure | c. Reason for test or procedure, if known | d. Your understanding of the results of the test or procedure | e. Name of healthcare provider |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

13. Have you ever taken any prescription or over-the-counter medication for the treatment or prevention of this type of injury, illness, or disease? If yes, please provide the following:

| a. Name of medication | b. Start date of use | c. End date of use | d. Prescribing healthcare provider | e. Reason(s) for discontinued use, if known |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

D. Have you had discussions with anyone (other than your attorney), including, but not limited to, any healthcare provider, about whether any injury, illness, or disease described above is related to the use of any TDF medication? Yes ___ No ___ If yes, please provide the following information for **each** such discussion:

1. Name(s) and address(es) of individual(s): _____

2.  Relationship of individual(s) to you: _____

3.  Approximate date(s) of discussion(s): _____

4.  TDF medication(s) to which discussion(s) related: _____

5.  Injury, illness, or disease to which discussion(s) related: _____

6.  Describe the substance of the discussion(s):

_____

E.  Have you paid or incurred any medical expenses that are related to any injury, disease, or illness that you claim or believe was caused by your use of a TDF medication and for which you seek recovery in the action you have filed? Yes ____ No ____ If yes, state the total amount of such expenses at this time: $_____ and identify the categories of expenses: __ medical bills, ___ insurance co-pays, ___ medication costs, ___ other out-of-pocket expenses __ other expenses (describe) _____

F.  Are you making a claim for lost wages or lost earning capacity for either your present or previous employment? Yes ____ No ____

G.  Describe any activities that you can no longer perform, or cannot perform as well, since the time you experienced the alleged injury(s), illness(es), or disease(s) resulting from your use of a TDF medication: _____

H.  Do you claim a TDF medication worsened a previously preexisting injury, illness, or disease? Yes ____ No ____ If yes, please provide the following:

1.  Type of injury, illness, or disease: _____

2.  TDF medication you claim caused worsening of previous injury, illness, or disease:

_____

I.  Do you claim that your use of any TDF medication increased your risk of a future injury, illness, or disease that you have not yet experienced? Yes ____ No ____ Not at this time__ If yes, answer the following:

1.  Future injury, illness, or disease: _____

2.  Related to use of which TDF medication(s): _____

J.  Have you had any discussions with any healthcare provider about whether your treatment with the above-referenced TDF medication(s) puts you at an increased risk of future injury, illness, or disease? Yes ____ No ____ If yes, please identify:

1.  Name of healthcare provider(s): _____

2.  Specialty(ies): _____

3.  Approximate date(s) of discussion(s): _____

4.  What were you told? _____

Plaintiff Fact Sheet – Confidential

K. Do you claim that you have suffered a psychological or emotional injury as a result of your use of any TDF medication? Yes ___ No ___ If yes, state the nature of the psychological or emotional injury(ies) which you claim: Pain and suffering ___ Depression ___ Anxiety ___ Other (please specify): _____ If you checked any line other than "Pain and suffering," please answer the following:

    1.  Have you sought treatment for this psychological or emotional injury? Yes ___ No ___

    2.  Symptom(s): _____

    3.  Date(s) of onset: _____

    4.  Date(s) of diagnosis: _____

    5.  Do you still have the alleged injury? Yes ___ No ___

    6.  Name(s) and address(es) of healthcare provider(s) who diagnosed/treated injury: _____

    7.  Description of treatment (including prescribed medications): _____

    8.  Date(s) of treatment: _____

## V.  COMMUNICATIONS

A. Have you ever visited any websites, chatrooms, message boards, or other electronic forum regarding any of the TDF medications that you alleged to have caused your injuries? Yes ___ No ___ If yes, please provide the following:

| 1. Electronic forum | 2. Approximate dates of visit | 3. Contents viewed or discussed |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

B. Have you at any time posted about any TDF medication, your physical condition, or any injury, illness, or disease allegedly caused by any TDF medication on any social media account, including but not limited to, Facebook, MySpace, Twitter, Instagram, or LinkedIn? Yes ___ No ___ If yes, please provide the following:

| 1. Username or handle | 2. Form of social media | 3. Approximate date of posting | 4. Exact posting or description of posting |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

C. Have you at any time communicated with anyone (other than your attorneys) about any TDF medication, your physical condition, or any injury, illness, or disease allegedly caused by any TDF medication? Yes ___ No ___ If yes, please provide the following:

| 1. Name of individual | 2. Form of communication (*e.g.*, email, social media, in person, phone, letter) | 3. Approximate sate(s) of communication | 4. Description of discussion |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

D. Have you had any direct communications, written, oral, or electronic, with Gilead Sciences, Inc., or any of its representatives or agents regarding TDF medications or your injuries? Yes ___ No ___ If yes, please provide the following:

| 1. Name of individual | 2. Form of communication (*e.g.*, email, social media, in person, phone, letter) | 3. Approximate date(s) of communication | 4. Description of discussion |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

E. Have you had any direct communications, written, oral, or electronic, with AIDS Healthcare Foundation or any of its representatives or agents regarding TDF medications or your injuries? Yes ___ No ___ If yes, please provide the following:

| 1. Name of individual | 2. Form of communication (*e.g.*, email, social media, in person, phone, letter) | 3. Approximate date(s) of communication | 4. Description of discussion |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

F. Have you made any complaints or reports, orally, electronically, or in writing, to the U.S. Food and Drug Administration, Gilead Sciences, Inc., or any other entity regarding the injuries you claim were caused by a TDF medication? Yes ___ No ___ If yes, please provide the following:

| 1. Approximate date of report or complaint | 2. Method of communication (*e.g.*, email, | 3. Intended recipient of report or | 4. Content of communication | 5. Approximate response date |
|---|---|---|---|---|

| | online posting, survey, in person, phone, letter, mobile app) | complaint | | and description (if any) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

G. Have you ever completed or participated in any surveys, questionnaires, or studies related to any TDF medication or your alleged injuries? Yes ___ No ___ If yes, provide the approximate date(s) of participation, the person or entity responsible for the survey, questionnaire or study, and nature of participation:
_____

H. When did you first learn of personal injury lawsuits involving either any kidney or bone injuries relating to Gilead Sciences, Inc.'s TDF medications or allegations that Gilead withheld an allegedly safer medication?

_____

I. How did you first learn of personal injury lawsuits involving either any kidney or bone injuries relating to Gilead Sciences, Inc.'s TDF medications or allegations that Gilead withheld an allegedly safer medication (*e.g.*, television news story, article, social media, commercial, news, *etc.*): _____

## VI.   MEDICAL HISTORY

A. To the extent not already listed above, list any moderate to serious or chronic medical conditions for which you underwent diagnosis, treatment, or otherwise experienced during the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present and provide the information below:

| 1. Condition | 2. Nature of treatment (if any) | 3. Approximate date(s) of treatment (if any) | 4. Name of healthcare provider (be sure to provide the healthcare provider's address in Section VII) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

B. Have you ever used or taken any of the following medications for the treatment or prevention of HIV, other than TDF medications?

| Medications for the Treatment or Prevention of Transmission of HIV, Other than TDF Medications | Yes | No | Do Not Recall |
|---|---|---|---|
| Aptivus | | | |
| Biktarvy | | | |

| Cimduo | | | |
| --- | --- | --- | --- |
| Combivir | | | |
| Crixivan | | | |
| Delstrigo | | | |
| Descovy | | | |
| Edurant | | | |
| Emtriva | | | |
| Epivir | | | |
| Epzicom | | | |
| Evotaz | | | |
| Fuzeon | | | |
| Genvoya | | | |
| Intelence | | | |
| Invirase | | | |
| Isentress | | | |
| Isentress HD | | | |
| Juluca | | | |
| Kaletra | | | |
| Lexiva | | | |
| Norvir | | | |
| Odefsey | | | |
| Pifeltro | | | |
| Prezcobix | | | |
| Prezista | | | |
| Rescriptor | | | |
| Retrovir | | | |
| Reyataz | | | |
| Selzentry | | | |
| Sustiva | | | |
| Symfi | | | |
| Symtuza | | | |
| Tivicay | | | |
| Triumeq | | | |
| Trizivir | | | |
| Trogarzo | | | |
| Tybost | | | |
| Videx | | | |
| Videx EC | | | |
| Viracept | | | |
| Viramune | | | |
| Viramune XR | | | |
| Vitekta | | | |
| Ziagen | | | |
| Zerit | | | |

If you responded "yes" to any of the above, has any healthcare provider recommended that you discontinue use of any of the foregoing medications? Yes ____ No ____ If yes, please provide the following:

| 1. Name of healthcare provider (be sure to provide address in Section VII) | 2. Approximate date of recommendation | 3. HIV Medication | 4. Reason for recommendation, if known |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

C.  Please list any prescription or over-the-counter medication that you have taken during the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present and provide the information below (be sure to list all pharmacies in Section VII.F):

| 1. Name of medication | 2. Name of prescribing healthcare provider | 3. Approximate dates taken | 4. Your understanding of the reasons for taking medication |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

D.  Identify each insurance carrier or public benefits provider with whom you had health insurance and/or prescription drug coverage during the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present, and please include all private insurance as well as public assistance, if applicable (including but not limited to Medicare, Medicaid, Tricare, State Children's Health Insurance Program, Veterans Health Administration, Indian Healthcare Services, or other government medical or prescription benefits):

| 1. Name of insurance company or public assistance program | 2. Policy or member number | 3. Name of policy holder/insured (if not you) | 4. Approximate dates of coverage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

E.  Have you ever participated in any clinical trials or taken any experimental medication? Yes ____ No ____ If yes, please provide the following:

1.  Name of medication or medical device being studied: _____

2.  For what condition you understand you took such medication or used such device:

   _____

3.  Dates of your participation in the clinical trial: _____

4.  Where the trial took place (name of healthcare facility or healthcare provider):

_____

F.  To your knowledge, have your relatives (*e.g.*, grandparents, parents, siblings, or children) ever had or been diagnosed with any kidney- or bone-related injury, illness, or disease (answer for blood relatives only)? Yes ____ No ____ Unknown ____ If yes, please state the following:

| 1. Name of relative | 2. Relationship to you | 3. Injury, illness, or disease |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

G.  Have you ever used tobacco in any form during the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present? Yes ____ No ____ If yes, please provide the following:

1.  Type(s) of tobacco used: _____

2.  Date(s) of use: _____

3.  Amount of tobacco used: _____ per day for _____ years

4.  Other description of tobacco use: _____

H.  Have you ever consumed alcohol in any form during the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present? Yes ____ No ____ If yes, complete the answer below that best describes your alcohol consumption in the time period referenced above:

1.  ____ drinks per week; or

2.  ____ drinks per month; or

3.  ____ drinks per year; or

4.  Other description of alcohol use: _____

I.  Have you ever consumed any recreational drugs (or prescription drugs used for a nonmedical purpose) in any form during the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present? Yes ____ No ____ If yes, list the drug type, amount used, and date(s) of use: _____

## VII.   MEDICAL PROVIDERS

A.  Please identify the following regarding your current family and/or primary care physician:

1.  Name of healthcare provider: _____

2.  Address of healthcare provider: _____

PLAINTIFF FACT SHEET – CONFIDENTIAL

3.  Specialty: _____

4.  Approximate dates of treatment: _____

B.  Identify your *other* primary care physicians during the time period from the date five (5)  years prior to the date of your first use of any TDF medication to the present:

| 1. Name of healthcare provider | 2. Address of healthcare provider | 3. Specialty | 4. Approximate dates of treatment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

C.  Identify each hospital, clinic, or healthcare facility where you have received inpatient treatment (*i.e.*, overnight treatment), been admitted as a patient, or outpatient treatment (*e.g.*, doctor's visits, urgent care, emergency room treatment) during the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present, including ***but not limited to*** any facility where you received treatment for any bone or kidney injuries, illnesses or disease, or treatment for HIV.  Be sure to provide the requested information for ***all healthcare facilities*** listed in response to your answers to Section III, IV and VI, and provide the following information:

| 1. Name of facility | 2. Address of facility | 3. Approximate dates of admission or treatment | 4. Reason for admission or treatment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

D.  Identify any healthcare provider (other than your primary care physician(s) listed in Section VII.A and VII.B) by whom you have been seen or from whom you have received treatment for any reason during the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present, including ***but not limited to*** any facility where you received treatment for any bone or kidney injuries, illnesses or disease, or treatment for HIV. Be sure to include ***all healthcare providers*** listed in response to your answers to Section III, IV and VI, and provide the following information:

| 1. Name of healthcare provider | 2. Address of healthcare provider | 3. Specialty | 4. Approximate dates of treatment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

E.  If you are claiming any psychological or emotional damages, other than for pain and suffering, identify each psychiatrist, psychologist, mental health counselor, therapist and/or social worker from whom you have received treatment or with whom you have consulted regarding your

health during the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present:

| 1. Name of healthcare provider | 2. Address of healthcare provider | 3. Specialty | 4. Approximate dates of treatment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

F.   Identify each pharmacy that has dispensed medication to you during the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present:

| 1. Name of pharmacy | 2. Address of pharmacy | 3. Approximate dates |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

G.   Have you ever received any assistance with your portion of the cost of any TDF medication through any patient assistance programs, coupons, or rebates, including but not limited to any such programs, coupons, or rebates offered by Gilead Sciences, Inc.? Yes ____ No ____   If you answered yes, please identify the patient assistance program(s) and who provided the benefits, coupons, or rebates: _____.

## VIII.   FACT WITNESSES

Please identify all persons (other than the healthcare providers or other individuals or entities listed above) who you believe possess information concerning your TDF medication use, injury(ies), and current medical conditions, other than your healthcare providers, and please provide their name, address, and his/her/their relationship to you:

| A.  Name | B. Address and phone number | C.  Relationship to you | D.  Nature of information possessed by individual |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

PLAINTIFF FACT SHEET – CONFIDENTIAL

1

## IX.    DOCUMENT DEMANDS

2
3
4
5

Produce all documents in your custody or possession or your attorney's custody or possession, including writings on paper or in electronic form (if you have any in your custody or possession, please indicate which ones you have and attach a copy to this form) and signed authorizations as requested herein. You have a continuing duty to provide the requested documents listed below. If, for any reason, you later discover any documents that are responsive to these requests, you must provide the newly discovery documents to your attorney.

6
7
8
9

A.  A copy of all medical records and/or documents relating to your use of any TDF medication or your treatment for HIV, Hepatitis B, or any injury, illness, or disease referred to in any of your responses to the questions above and concerning any condition you claim is related to the use of any TDF medication, including, but not limited to, all imaging studies of any part of your body that relate in any manner to the diagnosis, treatment, care or management of your condition and the injuries alleged in your Complaint.

10
11
12
13

B.  All documents relating to any TDF medication obtained from any source prior to or at the time of your use of any TDF medication, including but not limited to: patient information sheets, patient booklets or brochures, labeling, package inserts, prescribing information, other handouts or product warnings, online articles or information, or advertisements or promotional materials for the TDF medication.

14
15

C.  All documents you have relating to your purchase of any TDF medication including, but not limited to, receipts, prescriptions, prescription records, pharmacy records, insurance records, containers, labels, or records of purchase.

16
17

D.  If you claim any loss based on medical expenses, provide copies of all documents supporting such expenses, including, but not limited to, bills, invoices, receipts, or insurance records.

18
19

E.  If you have been the claimant or subject of any workers' compensation, social security, or other disability proceeding during the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present, all documents relating to such proceeding.

20

F.  If you claim any lost wages, produce evidence of your income during the time period from the date five (5) years prior to the date of your first use of any TDF medication to the present.

21
22
23

G.  All documents that you or anyone acting on your behalf (other than your lawyer) obtained directly or indirectly from Gilead or its agents relating to any HIV medication, including but not limited to any communications or correspondence between you and any representative or agent of Gilead.

24
25
26
27

H.  All communications (written or electronic) you have made or responded to with anyone (*e.g.*, healthcare providers, other HIV medication users, relatives, *etc.*) other than your lawyer, about any HIV medication(s) you took, this lawsuit, or your alleged injuries. This request includes, but is not limited to, online communications, emails or other electronic communications, internet postings, comments to blogs or articles, and communications through social media that you have sent or received.  If you posted concerning any HIV medication you took on any

28

social media, provide your history from that site (*e.g.*, provide a print out of your Facebook wall, Facebook activity history, or "Download your info" report from Facebook).

I. All personal written documents such as diaries, notes, journals, or calendars written by you describing, discussing, explaining or referring to the injuries, damages, or causes of action alleged by you in the Complaint.

J. Copies of letters testamentary or letters of administration relating to your status as Plaintiff (if applicable).

K. Decedent's death certificate and autopsy report (if applicable).

L. All documents that may be used to support the claims or damages asserted in your Complaint.

| **X.   AUTHORIZATIONS** |
|---|

A. Provide ONE (1) SIGNED AND DATED ORIGINAL copy of "AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION PURSUANT TO HIPAA (45 CFR Parts 160 and 164)" for **each healthcare provider/facility/pharmacy** identified in this Plaintiff Fact Sheet.

B. If you responded "YES" to Section II.S (workers' compensation or disability), provide, **for each source of disability coverage or workers compensation**, ONE (1) SIGNED AND DATED ORIGINAL copy of "AUTHORIZATION FOR THE USE AND DISCLOSURE OF WORKERS' COMPENSATION INFORMATION," Social Security Administration Form SSA-3288 (Consent for Release of Information), and/or authorization for the release of records for the applicable state agency.

C. If you identified any insurance companies in this Plaintiff Fact Sheet, provide ONE (1) SIGNED AND DATED ORIGINAL copy of "AUTHORIZATION FOR THE USE AND DISCLOSURE OF INSURANCE INFORMATION" for **each insurance company** identified.

D. If you are claiming that you suffered a psychological or psychiatric problem as a result of your use of an HIV medication(s), provide ONE (1) SIGNED ORIGINAL copy of "AUTHORIZATION TO DISCLOSE PSYCHIATRIC RECORDS AND PSYCHOTHERAPY NOTES INFORMATION PURSUANT TO HIPAA (45 CFR Parts 160 and 164)" for **each healthcare provider** who diagnosed or treated you for that psychological or psychiatric problem.

E. If you claim any lost wages, provide ONE (1) SIGNED ORIGINAL copy of "AUTHORIZATION FOR THE USE AND DISCLOSURE OF EMPLOYMENT INFORMATION" for **each employer** identified in Section II.Q.

F. If you claim any lost wages, provide ONE (1) SIGNED ORIGINAL copy of Internal Revenue Service Form 4506 (Request for Copy of Tax Return).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DECLARATION**

I declare under penalty of perjury under the laws of the United States and my state of residence that the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, recollection, information, and belief and that I have engaged in the best efforts to identify, locate, and supply all of the information and documents requested in this Plaintiff Fact Sheet.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respect incomplete or incorrect.

_____

Plaintiff's Name (Signature)

_____

Plaintiff's Name (Printed)

_____

Date