# EXHIBIT B

## AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION PURSUANT TO HIPAA (45 CFR Parts 160 and 164)

To:_____

I, the undersigned, or my authorized representative, subject to the condition herein, hereby authorize and request the Custodian above-named entity to disclose to the agents or designees of the law firm of **Sidley Austin LLP**, and/or to their authorized vendor**.**, any and all medical records, including those that may contain HIPAA protected health information (PHI) regarding _____, whether created before or after the date of signature. This authorization should also be construed to permit agents or designees of **Sidley Austin LLP** and/or the authorized vendor to copy, inspect and review any and all such records. Records requested may include, but are not limited to:

> all medical records, physician's records, surgeon's records, pathology/cytology reports, physicals and histories, laboratory reports, operating room records, discharge summaries, progress notes, patient intake forms, consultations, prescriptions, nurses' notes, birth certificate and other vital statistic records, communicable disease testing and treatment records, correspondence, prescription records, medication records, orders for medications, therapists' notes, social worker's records, insurance records, consent for treatment, statements of account, itemized bills, invoices and any other papers relating to any examination, diagnosis, treatment, periods of hospitalization, or stays of confinement, or documents containing information regarding amendment of protected health information (PHI) in the medical records. Copies (NOT originals) of all x-rays, CT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films and of any corresponding reports. I expressly request that all covered entities under HIPAA identified above disclose full and complete protected medical information.

Unless otherwise revoked, this authorization will expire on the following date or event:  Upon Completion of Civil Litigation.  A copy of this authorization may be used in place of and with the same force and effect as the original. The purpose of this authorization is for civil litigation.

**NOTICE**
- **The individual signing this authorization has the right to revoke this authorization at any time, provided the revocation is in writing to Sidley Austin, 555 West Fifth Street, Los Angeles, CA 90013 and/or their authorized vendor except to the extent that the entity has already relied upon this Authorization to disclose protected health information (PHI).**
- **The individual signing this authorization understands that this authorization is voluntary; the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not the individual signs the authorization.**
- **The individual signing this authorization understands that protected health information (PHI) disclosed pursuant to this authorization may be subject to redisclosure by the recipients and that, in such case, the disclosed PHI no longer will be protected by federal privacy regulations.**

---

**AUTHORIZATION FOR THE USE AND DISCLOSURE OF MEDICAL INFORMATION**

- **The individual signing this authorization expressly authorizes the above-named entity to disclose HIV/AIDS records and information to Sidley Austin LLP and/or their authorized vendor, and authorizes re-disclosure of said records and information to consultants, experts, agents, and/or other counsel in this litigation.**
- **The individual signing this authorization understands information authorized for release may include records that may indicate the presence of a communicable disease.**

I have read this Authorization and understand that it will permit the entity identified above to disclose PHI to **Sidley Austin LLP** and/or to their authorized vendor.  A notarized signature is not required, C.F.R. 164.508.


| | |
|---|---|
| Name of Patient | Signature of Patient or Patient's Representative |
| Former Alias/Maiden name of Patient | Date |
| Date of Birth of Patient | Name of Representative |
| Address of Patient | Description of Authority: |
| Social Security Number of Patient | |

## AUTHORIZATION TO DISCLOSE PSYCHIATRIC RECORDS AND PSYCHOTHERAPY NOTES INFORMATION PURSUANT TO HIPAA (45 CFR Parts 160 and 164)

To: _____

I, the undersigned, hereby authorize and request the above-named entity to disclose to the agents or designees the law firm of **Sidley Austin LLP**, and/or to their authorized vendor, any and all psychiatric records and psychotherapy notes records, including those that may contain protected health information (PHI) regarding _____, whether created before or after the date of signature. This authorization should also be construed to permit agents or designees of **Sidley Austin LLP** and/or their authorized vendor to copy, inspect and review any and all such records. Records requested may include, but are not limited to:

> complete copies of all psychiatric records and psychotherapy notes reports, therapist's notes, social worker's records, all medical records, physicians' records, surgeons' records, pathology/cytology reports, laboratory reports, discharge summaries, progress notes, consultations, prescriptions, records of drug abuse and alcohol abuse, physicals and histories, nurses' notes, correspondence, insurance records, consent for treatment, statements of account, itemized bills, invoices, or any other papers concerning any treatment, examination, periods or stays of hospitalization, confinement, diagnosis or other information pertaining to and concerning the physical or mental condition of this patient, or documents containing information regarding amendment of protected health information (PHI) in the medical records. Copies (NOT originals) of all x-rays, CT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films and of any corresponding reports. I expressly request that all covered entities under HIPAA identified above disclose full and complete protected medical information.

Unless revoked in writing, this authorization shall expire on the following date or event:  Upon Completion of Civil Litigation.  The individual signing this authorization will be provided with a copy. The purpose of this authorization is for civil litigation. A copy of this authorization may be used in place of and with the same force and effect as the original.

**NOTICE**
- **The individual signing this authorization has the right to revoke this authorization at any time, provided the revocation is in writing to Sidley Austin, 555 West Fifth Street, Los Angeles, CA 90013 and/or their authorized vendor except to the extent that the entity has already relied upon this Authorization to disclose protected health information (PHI).**
- **The individual signing this authorization understands that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not the individual signs the authorization.**
- **The individual signing this authorization understands that protected health information (PHI) disclosed pursuant to this authorization may be subject to redisclosure by the recipients and**

that, in such case, the disclosed PHI no longer will be protected by federal privacy regulations.

- The individual signing this authorization expressly authorizes the above-named entity to disclose psychiatric records and psychotherapy notes and information to Sidley Austin LLP and/or their authorized agent, and authorizes re-disclosure of said records and information to consultants, experts, agents, and/or other counsel in this litigation.
- The individual signing this authorization expressly authorizes the above-named entity to disclose HIV/AIDS records and information to Sidley Austin LLP and/or their authorized vendor, and authorizes re-disclosure of said records and information to consultants, experts, agents, and/or other counsel in this litigation.
- The individual signing this authorization understands information authorized for release may include records that may indicate the presence of a communicable disease.

I have read this Authorization and understand that it will permit the entity identified above to disclose my PHI, including psychiatric records and psychotherapy notes records and information, to **Sidley Austin LLP**, and/or to their authorized vendor. I further understand that records pertaining to psychiatric records and psychotherapy notes information may be specifically protected by federal and/or state regulations; by signing this authorization I am allowing the disclosure of any psychiatric records and psychotherapy notes information held by the entity identified above.

| | |
|---|---|
| Name of Patient | Signature of Patient or Patient's Representative |
| Former Alias/Maiden name of Patient | Date |
| Date of Birth of Patient | Name of Representative |
| Address of Patient | Description of Authority: |
| Social Security Number of Patient | |

## AUTHORIZATION FOR THE USE AND DISCLOSURE OF INSURANCE INFORMATION

To:_____

I, the undersigned, or my authorized representative, hereby authorize and request the above-named entity to disclose to the agents or designees of the law firm of **Sidley Austin LLP**, and/or their authorized vendor, any and all records containing insurance information, including those that may contain HIPAA (45 CFR Parts 160 and 164) protected health information (PHI) regarding _____, whether created before or after the date of signature. This authorization should also be construed to permit agents or designees of **Sidley Austin LLP** and/or their authorized vendor to copy, inspect and review any and all such records. Records requested may include, but are not limited to:

applications for insurance coverage and renewals; all insurance policies, certificates and benefit schedules regarding the insured's coverage, including supplemental coverage; health and physical examination records that were reviewed for underwriting purposes, and any statements, communications, correspondence, reports, questionnaires, and records submitted in connection with applications or renewals for insurance coverage, or claims; all medical, health, hospital, physicians, nursing or allied health professional reports, records, notes or invoices and bills; all physicians', hospital, dental reports, prescriptions, correspondence, test results, radiology reports and any other medical records that were submitted for claims review purposes; any claim record filed; records of any claim paid; records of all litigation; and any other records of any kind concerning or pertaining to the insured. I expressly request that all covered entities under HIPAA identified above disclose full and complete protected medical information.

Unless otherwise revoked, this authorization will expire on the following date or event:  Upon Completion of Civil Litigation.  A copy of this authorization may be used in place of and with the same force and effect as the original. The purpose of this authorization is for civil litigation.

**NOTICE**
- **The individual signing this authorization has the right to revoke this authorization at any time, provided the revocation is in writing to Sidley Austin, 555 West Fifth Street, Los Angeles, CA 90013 and/or their authorized vendor except to the extent that the entity has already relied upon this Authorization to disclose protected health information (PHI).**
- **The individual signing this authorization understands that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not the individual signs the authorization.**
- **The individual signing this authorization understands that protected health information (PHI) disclosed pursuant to this authorization may be subject to redisclosure by the recipients and that, in such case, the disclosed PHI no longer will be protected by federal privacy regulations.**
- **The individual signing this authorization expressly authorizes the above-named entity to disclose HIV/AIDS records and information to Sidley Austin LLP and/or their authorized vendor, and authorizes re-disclosure of said records and information to consultants, experts, agents, and/or other counsel in this litigation.**
- **The individual signing this authorization understands information authorized for release may include records that may indicate the presence of a communicable disease.**

I have read this Authorization and understand that it will permit the entity identified above to disclose PHI to **Sidley Austin LLP** and/or to their authorized vendor.

| | |
|---|---|
| Name of Insured | Signature of Insured or Insured's Representative |
| Former Alias/Maiden name of Insured | Date |
| Date of Birth of Insured | Name of Representative |
| Address of Insured | Description of Authority: |
| Social Security Number of Insured | |

---

**AUTHORIZATION FOR THE USE AND DISCLOSURE OF INSURANCE INFORMATION**

## <u>AUTHORIZATION FOR THE USE AND DISCLOSURE OF WORKERS' COMPENSATION INFORMATION</u>

To: _____

I, the undersigned, or my authorized representative, hereby authorize and request the above-named entity to disclose to the agents or designees of the law firm of **Sidley Austin LLP**, and/or to their authorized vendor, any and all records containing Workers' Compensation information, including those that may contain HIPAA (45 CFR Parts 160 and 164) protected health information (PHI) regarding _____, whether created before or after the date of signature. This authorization should also be construed to permit agents or designees of **Sidley Austin LLP** and/or their authorized vendor to copy, inspect and review any and all such records. Records requested may include, but are not limited to:

> all workers' compensation claims, including claim petitions, judgments, settlements or agreements, applications, findings, notices of hearings, hearing records, transcripts, decisions and orders; all depositions and reports of witnesses and expert witnesses; employer's accident reports; all other accident, injury, or incident reports; all medical records; records of compensation payment made; investigatory reports and records; applications for employment; records of all positions held; job descriptions of any positions held; salary records; performance evaluations and reports; statements and comments of fellow employees; attendance records; all physicians', hospital, medical, health reports; physical examinations; records relating to health or disability insurance claims, including correspondence, reports, claim forms, questionnaires, records of payments made to physicians, hospitals, and health institutions or professionals; statements of account, itemized bills or invoices; and any other records relating to the above-named individual. Copies (NOT originals) of all x-rays, CT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films and of any corresponding reports. I expressly request that all covered entities under HIPAA identified above disclose full and complete protected medical information.

Unless otherwise revoked, this authorization will expire on the following date or event:  Upon Completion of Civil Litigation.  A copy of this authorization may be used in place of and with the same force and effect as the original. The purpose of this authorization is for civil litigation.

**NOTICE**
- **The individual signing this authorization has the right to revoke this authorization at any time, provided the revocation is in writing to Sidley Austin, 555 West Fifth Street, Los Angeles, CA 90013 and/or their authorized vendor, except to the extent that the entity has already relied upon this Authorization to disclose protected health information (PHI).**
- **The individual signing this authorization understands that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not the individual signs the authorization.**
- **The individual signing this authorization understands that protected health information (PHI) disclosed pursuant to this authorization may be subject to redisclosure by the recipients and that, in such case, the disclosed PHI no longer will be protected by federal privacy regulations.**

- **The individual signing this authorization expressly authorizes the above-named entity to disclose HIV/AIDS records and information to Sidley Austin LLP and/or their authorized vendor, and authorizes re-disclosure of said records and information to consultants, experts, agents, and/or other counsel in this litigation.**
- **The individual signing this authorization understands information authorized for release may include records that may indicate the presence of a communicable disease.**

I have read this Authorization and understand that it will permit the entity identified above to disclose HIPAA protected PHI to **Sidley Austin LLP** and/or to their authorized vendor.

_____
Name of Claimant

_____
Former Alias/Maiden name of Claimant

_____
Date of Birth of Claimant

_____
Address of Claimant

_____
Social Security Number of Claimant

_____
Signature of Claimant or Claimant's Representative

_____
Date

_____
Name of Claimant

Description of Authority:

---

**AUTHORIZATION FOR THE USE AND DISCLOSURE OF WORKERS' COMPENSATION INFORMATION**