Debra E. Pole (SBN 97816)
dpole@sidley.com
Alycia Degen (SBN 211350)
adegen@sidley.com
Joshua Anderson (SBN 211320)
janderson@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
Telephone:  213.896.6000

Daniel A. Spira (admitted *pro hac vice*)
dspira@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:  312.853.7000

Inn-Young Park (SBN 324129)
ipark@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200

*Attorneys for Defendant Gilead Sciences, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>*Plaintiffs,*<br><br>vs.<br><br>GILEAD SCIENCES, INC.,<br><br>*Defendant.* | Case No. 3:18-cv-06972-JST<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED CONSOLIDATED COMPLAINT PURSUANT TO FED. R. CIV. P. 8(a), 9(b), AND 12(b)(6)**<br><br>Assigned to: Hon. Jon S. Tigar<br>Hearing Date:  August 22, 2009<br>Hearing Time:  2:00 p.m.<br>Location:  Courtroom 9<br><br>[Filed concurrently with Motion to Dismiss First Amended Consolidated Complaint Pursuant to Fed. R. Civ. P. 8(a), 9(b), and 12(b)(6)] |

Pursuant to Federal Rule of Evidence 201(b), Defendant Gilead Sciences, Inc. ("Gilead") submits this Request for Judicial Notice ("Request") in Support of its concurrently filed Motion to Dismiss First Amended Consolidated Complaint, and respectfully requests that the Court take judicial notice of the documents attached hereto.  In support of this Request, Gilead states as follows:

1.  In ruling on a motion to dismiss, the Court may take judicial notice of facts "generally known within the trial court's territorial jurisdiction," or those that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).

2.  Additionally, "a court may take judicial notice of documents referenced in the complaint, as well as matters in the public record, without converting a motion to dismiss into one for summary judgment."  *Gustavson v. Wrigley Sales Co.*, 961 F. Supp. 2d 1100, 1113 n.1 (N.D. Cal. 2013) (*citing Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001).  The Court also may "take judicial notice of materials available on government agency websites . . . ."  *Id*.

3.  Thus, "[c]ourts addressing motions to dismiss product-labeling claims routinely take judicial notice of images of the product packaging."  *Hadley c. Kellogg Sales Co.*, 243 F. Supp. 3d 1074, 1087 (N.D. Cal. 2017) (internal quotations omitted); *see also, e.g., Gustavson*, 961 F. Supp. 2d at 1113 n.1 (taking judicial notice of packaging labels "that the [complaint] specifically references and quotes," as well as materials available on FDA's website); *Anderson v. Jamba Juice Co.*, 888 F. Supp. 2d 1000, 1003 (N.D. Cal. 2012) (taking judicial notice of product labels that "form the basis for Plaintiff's allegations in the [complaint]"); *Brazil v. Dole Food Co., Inc.*, 935 F. Supp. 2d 947, 963, n.4 (N.D. Cal. 2013) (taking judicial notice of "packaging labels for Defendants' products"); *In re Amgen Inc. Securities Litig.*, 544 F. Supp. 2d 1009, 1023 (C.D. Cal. 2008) (taking judicial notice of "labels for [drug products in question] taken from the FDA website").

4.  The FDA-approved labeling for five of Gilead's TDF medications—Viread®, Truvada®, Atripla®, Complera®, and Stribild®—are referenced in Plaintiffs' First Amended Consolidated Complaint ("FAC") and form the basis of Plaintiffs' claims, including their Failure to Warn claims (Count II).  *See, e.g.,* FAC ¶¶ 17, 545-577, 610-626.  Moreover, all of the FDA-approved labeling for Viread®, Truvada®, Atripla®, Complera®, and Stribild® are published on FDA's official website.  *See*

https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=BasicSearch.process.

5. Similarly, FDA's "Medical Review" for Stribild® is both referenced in the FAC and published on FDA's website. *See, e.g.,* FAC ¶¶ 376, 445-47. https://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/203100Orig1s000TOC.cfm.

6. Accordingly, pursuant to Federal Rule of Evidence 201(b), Gilead requests that the Court take judicial notice of the following exhibits, each of which is referenced in Plaintiffs' FAC, publicly available on FDA's website, and attached hereto:

- Exhibit A: Viread® Labeling (August 11, 2008)
- Exhibit B: Truvada® Labeling (November 4, 2008)
- Exhibit C: Atripla® Labeling (June 6, 2008)
- Exhibit D: Complera® Labeling (August 10, 2011)
- Exhibit E: Stribild® Labeling (August 27, 2012)
- Exhibit F: Stribild® FDA Medical Review (July 2, 2012)

WHEREFORE, Gilead respectfully requests that the Court take judicial notice of Exhibits A through F hereto.

Dated: July 10, 2019

SIDLEY AUSTIN LLP

By: */s/ Joshua E. Anderson*
Debra E. Pole (Bar No. 97816)
dpole@sidley.com
Joshua E. Anderson (Bar No. 211320)
janderson@sidley.com
Alycia A. Degen (Bar No. 211350)
adegen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Gilead Sciences, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2019, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

/s/ Joshua E. Anderson

Counsel for Defendant Gilead Sciences, Inc.