Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Anne F. Johnson (*pro hac vice*)
annej@ hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Attorneys for Plaintiffs*
[Additional Counsel Listed on Signature Page]

Debra E. Pole (Bar No. 97816)
dpole@sidley.com
Joshua Anderson (Bar No. 211320)
janderson@sidley.com
Alycia A. Degen (Bar No. 211350)
adegen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Gilead Sciences, Inc.*

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*, | Case No. 3:18-cv-06972-JST |
| Plaintiffs, | Hon. Jon S. Tigar |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE FOR GILEAD'S MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| GILEAD SCIENCES, INC., | |
| Defendant. | |

Pursuant to Northern District of California Civil Local Rule 6-2 and 7-12, Plaintiffs and Defendant Gilead Sciences Inc. ("Gilead") (together, the "Parties"), by and through their respective undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, Plaintiffs filed their First Amended Complaint ("FAC") on May 31, 2019;

WHEREAS, on June 5, 2019, the Parties submitted a Joint Stipulation and [Proposed] Order extending Gilead's time to respond to the FAC to July 10, 2019;

WHEREAS, on June 7, 2019, the Court entered the parties' stipulation extending Gilead's time to respond to the FAC to July 10, 2019;

WHEREAS, on July 10, 2019, Gilead filed: (1) a motion to dismiss Plaintiff's FAC for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1); (2) a motion to dismiss Plaintiffs' FAC pursuant to Fed. R. Civ. P. 8(a), 9(b), and 12(b)(6); and (3) a request for judicial notice;

WHEREAS, Plaintiffs' current deadline to oppose these motions is July 24, 2019;

WHEREAS, Gilead's current deadline to file replies in further support of these motions is July 31, 2019;

WHEREAS, Gilead's motions are currently set to be heard on August 22, 2019;

WHEREAS, in light of the fact that Gilead filed multiple motions to dismiss the FAC, the Parties' schedules, and Gilead received a 26-day extension to respond to the FAC, the Parties have agreed to extend Plaintiffs' time to oppose Gilead's motions to August 12, 2019, and Gilead's time to file replies in further support of its motions to August 30, 2019, and to continue the hearing on Gilead's motions to September 12, 2019;

WHEREAS, extending the motions to dismiss briefing and hearing schedule in this manner will not affect any other Court-ordered deadlines; and

WHEREAS, this is the Parties' first request for an extension of time to file oppositions and replies to Gilead's motions to dismiss the FAC.

THEREOFRE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Gilead, that:

1.      Plaintiffs' oppositions to Gilead's motions to dismiss the FAC shall be due on August 12, 2019;

1        2.      Gilead's replies in further support of its motions to dismiss the FAC shall be due on

2    August 30, 2019; and

3        3.      The hearing on the motions shall be set for September 12, 2019, at 2:00 p.m., or at a

4    date and time thereafter that is convenient for the Court.

5        IT IS SO STIPULATED.

6    Dated: July 15, 2019                    By:    /s/ Steve W. Berman
                                                    Steve W. Berman (*pro hac vice*)
7                                                   steve@hbsslaw.com
                                                    Anne F. Johnson (*pro hac vice*)
8                                                   annej@hbsslaw.com
                                                    HAGENS BERMAN SOBOL SHAPIRO LLP
9                                                   1301 Second Avenue, Suite 2000
                                                    Seattle, WA 98101
10                                                  Telephone: (206) 623-7292
                                                    Facsimile: (206) 623-0594
11
                                                    Shana E. Scarlett (SBN 217895)
12                                                  shanas@hbsslaw.com
                                                    HAGENS BERMAN SOBOL SHAPIRO LLP
13                                                  715 Hearst Avenue, Suite 202
                                                    Berkeley, CA 94710
14                                                  Telephone: (510) 725-3000
                                                    Facsimile: (510) 725-3001
15
                                                    Robert C. Hilliard (*pro hac vice*)
16                                                  bobh@hmglawfirm.com
                                                    Katrina Ashley (*pro hac vice*)
17                                                  kashley@hmglawfirm.com
                                                    HILLIARD MARTINEZ GONZALES LLP
18                                                  719 S. Shoreline Blvd.
                                                    Corpus Christi, TX 78401
19                                                  Telephone: (361) 882-1612
                                                    Facsimile: (361) 882-3015
20
                                                    *Attorneys for Plaintiffs*
21

22   Dated: July 15, 2019                    By:    /s/ Joshua Anderson
                                                    Debra E. Pole (Bar No. 97816)
23                                                  dpole@sidley.com
                                                    Joshua Anderson (Bar No. 211320)
24                                                  janderson@sidley.com
                                                    Alycia A. Degen (Bar No. 211350)
25                                                  adegen@sidley.com
                                                    SIDLEY AUSTIN LLP
26                                                  555 West Fifth Street
                                                    Los Angeles, CA 90013
27                                                  Telephone: (213) 896-6000
                                                    Facsimile: (213) 896-6600
28

Daniel A. Spira (*pro hac vice*)
dspira@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:  (312) 853-7000

Inn-Young Park (Bar No. 324129)
ipark@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

*Attorneys for Defendant Gilead Sciences, Inc.*

## **Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

I, Steve W. Berman, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 15, 2019

*/s/ Steve W. Berman*
Steve W. Berman

*Attorney for Plaintiffs*

# [~~PROPOSED~~] ORDER

Pursuant to the Joint Stipulation and [Proposed] Order Modifying Briefing and Hearing Schedule for Gilead's Motions to Dismiss Plaintiffs' First Amended Complaint, the Court hereby ORDERS that:

1. Plaintiffs' oppositions to Gilead's motions to dismiss the FAC shall be due on August 12, 2019;

2. Gilead's replies in further support of its motions to dismiss the FAC shall be due on August 30, 2019; and

3. The motions shall be heard on September ~~12~~ 25, 2019, at 2:00 p.m.

IT IS SO ORDERED.


Dated: _____July 16, 2019_____          _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE