Steve W. Berman (*pro hac vice*)
Anne F. Johnson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: annej@hbsslaw.com

Robert C. Hilliard (*pro hac vice*)
Katrina R. Ashley (*pro hac vice*)
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
Email: bobh@hmglawfirm.com
Email: kashley@hmglawfirm.com

*Attorneys for Plaintiffs*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADRIAN HOLLEY, *et al.*, | Case No. 3:18-cv-06972-JST |
|---|---|
| Plaintiffs, | **PLAINTIFFS' RESPONSE TO GILEAD'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED CONSOLIDATED COMPLAINT PURSUANT TO FED. R. CIV. P. 8(a), 9(b), AND 12(b)(6)** |
| v. | |
| GILEAD SCIENCES, INC., | |
| Defendant. | |
| | Judge: Hon. Jon S. Tigar<br>Hearing Date: September 25, 2019<br>Hearing Time: 2:00 p.m.<br>Location: Courtroom 6 |

1  Plaintiffs submit this Response to Gilead's Request for Judicial Notice in Support of its
2  Motion to Dismiss First Amended Complaint.
3  The Court may deny Gilead's request because the documents requested to be noticed are
4  unnecessary for the resolution of Gilead's Motion. *See Asvesta v. Petroutsas*, 580 F.3d 1000, 1010,
5  n.12 (9th Cir. 2009). Gilead seeks judicial notice of the drug labels to support its argument that
6  Gilead recommended monitoring of creatinine clearance and serum phosphorus for patients at risk of
7  renal impairment. *See* Gilead's Memorandum of Points and Authorities in support of Motion to
8  Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 8(a), 9(b), and 12(b)(6), ECF No. 92
9  ("Mot.") at 8. The Court need not consult extrinsic material because Plaintiffs' First Amended
10 Complaint alleges this fact. *See* First Amended Complaint, ECF No. 84 ("FAC"), ¶ 495. Gilead also
11 requests judicial notice of the labels because they include a warning about "new onset or worsening
12 renal impairment." Mot. at 8. Again, reference to extrinsic material is unnecessary because Plaintiffs'
13 FAC includes this allegation. *See* FAC ¶ 379. Finally, Gilead requests judicial notice of the FDA's
14 Stribild Medical Review to support its argument that Plaintiffs cannot state post-approval failure to
15 warn claims for Stribild. *See* Mot. at 10. As discussed in Plaintiffs' Opposition to Gilead's Motion to
16 Dismiss, filed concurrently with this Response, Plaintiffs do not oppose Gilead's motion to the extent
17 that it seeks dismissal of Plaintiffs' post-approval failure to warn claims with respect to Stribild only.
18 As a result, the Stribild Medical Review is unnecessary to the Court's resolution of that issue.
19 Although judicial notice of the requested documents is unnecessary, Plaintiffs do not oppose
20 Gilead's request. To the extent the Court wants to consider them, the documents are helpful to
21 Plaintiffs' positions.

| | | |
|---|---|---|
| 1 | Dated: August 12, 2019 | Respectfully submitted, |
| 2 | | By: */s/ Steve W. Berman* |
| | | Steve W. Berman (*pro hac vice*) |
| 3 | | Anne F. Johnson (*pro hac vice*) |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 4 | | 1301 Second Avenue, Suite 2000 |
| | | Seattle, WA 98101 |
| 5 | | Telephone: (206) 623-7292 |
| | | Facsimile: (206) 623-0594 |
| 6 | | Email: steve@hbsslaw.com |
| | | Email: annej@hbsslaw.com |
| 7 | | |
| | | Shana E. Scarlett (SBN 217895) |
| 8 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | | 715 Hearst Avenue, Suite 202 |
| 9 | | Berkeley, CA 94710 |
| | | Telephone: (510) 725-3000 |
| 10 | | Facsimile: (510) 725-3001 |
| | | Email: shanas@hbsslaw.com |
| 11 | | |
| | | Robert C. Hilliard (*pro hac vice*) |
| 12 | | Katrina Ashley (*pro hac vice*) |
| | | HILLIARD MARTINEZ GONZALES LLP |
| 13 | | 719 S. Shoreline Blvd. |
| | | Corpus Christi, TX 78401 |
| 14 | | Telephone: (361) 882-1612 |
| | | Facsimile: (361) 882-3015 |
| 15 | | Email: bobh@hmglawfirm.com |
| | | Email: kashley@hmglawfirm.com |
| 16 | | |
| | | *Attorneys for Plaintiffs* |

PLAINTIFFS' RESPONSE TO GILEAD'S REQUEST FOR
JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS – 2    Case No. 3:18-cv-06972-JST
010759-11/1160858 V2