UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JONES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>    Defendant. | Case No. 19-cv-05383-SBA<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to 18-cv-6972 JST.

**IT IS SO ORDERED.**

Dated: September 19, 2019

SAUNDRA BROWN ARMSTRONG
United States District Judge