# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>    Defendant. | Case No. 18-cv-06972-JST<br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE**<br><br>Re: ECF No. 114 |

Discovery disputes in this case are referred to Magistrate Judge Jacqueline Scott Corley, who will advise the parties of how she intends to proceed. Judge Corley may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. All further discovery matters shall be filed pursuant to Judge Corley's procedures.

All currently pending discovery motions are hereby terminated.

**IT IS SO ORDERED**.

Dated: September 24, 2019



JON S. TIGAR
United States District Judge