Robert C. Hilliard (*pro hac vice*)
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
bobh@hmglawfirm.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile : (206) 623-0594
Email: steve@hbsslaw.com

*Attorneys for Plaintiffs*
[Additional Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> GILEAD SCIENCES, INC., <br><br> Defendant. | No. 4:18-cv-06972-JST <br><br> Hon. Jon S. Tigar <br><br> **UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

COMES NOW Hiliard Martinez Gonzales LLP ("the Firm") and respectfully requests that an order be granted to remove ECF Nos. 386 and 392 from the *Holley v. Gilead Sciences, Inc.*, No. 4:18-cv-06972-JST docket on the grounds that a portion of each document was incorrectly filed. Docket Nos. 386 and 392 contain information designated by Defendant Gilead Sciences, Inc. ("Gilead") as

No. 4:19-cv-06972-JST

"CONFIDENTIAL" pursuant to the Protective Order entered in this matter (ECF No. 68), which should have been redacted and/or filed under seal.

On September 25, 2020, the Firm inadvertently filed an unredacted version of its Opposition (ECF No. 386) to Gilead's Motion to Admonish (ECF No. 345), along with several declarations. The Declaration of R. Allan Pixton (ECF No. 392) also contains exhibits that were inadvertently filed not under seal (Exhibits 6, 7, 9, 10, 11, 12, 13, 14, 15, and 19). Upon realizing this error on September 26, 2020, the Firm immediately contacted the Court's Clerk and Deputy, Mauriona Lee, and the Court's Docketing and Docket Correction Clerk, Jacquelyn Lovrin and requested that the documents be made temporarily inaccessible. The email, which was copied to counsel for Gilead, advised the Court's clerks that the Firm was preparing a Motion to Remove Incorrectly Filed Documents, and would file that today along with corrected versions of the pleadings, redacted and under seal.

Because the documents were inadvertently filed on the ECF system and should have, instead, been redacted and/or lodged under seal pending the Court's determination of the administrative motion under Civil L.R. 79-5, Plaintiffs respectfully request that Docket Nos. 386 and 392 be permanently removed from the docket.

Gilead does not oppose this motion.

Dated: September 26, 2020

Respectfully submitted,

HILLIARD MARTINEZ GONZALES LLP

By: */s/ Robert C. Hilliard*
  Robert C. Hilliard (*pro hac vice*)
Katrina R. Ashley (*pro hac vice*)
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
bobh@hmglawfirm.com
kashley@hmglawfirm.com

R. Allan Pixton (*pro hac vice*)
HILLIARD MARTINEZ GONZALES LLP
444 West Lake Street Suite 1700
Chicago, IL 60606
Phone: (312) 238-0295
Facsimile: (312) 238-0309
apixton@hmglawfirm.com

Steve W. Berman (*pro hac vice*)
Anne F. Johnson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com
annej@hbsslaw.com

Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

*Attorneys for Plaintiffs*

No. 4:19-cv-06972-JST

**CERTIFICATE OF SERVICE**

I herby certify that on this 26th day of September, 2020, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

                                          */s/ Robert C. Hilliard*
                                          Robert C. Hilliard