1  Steve W. Berman (admitted *pro hac vice*)
   steve@hbsslaw.com
2  Anne F. Johnson (admitted *pro hac vice*)
   annej@ hbsslaw.com
3  HAGENS BERMAN SOBOL SHAPIRO LLP
4  1301 Second Avenue, Suite 2000
   Seattle, WA 98101
5  Tel: (206) 623-7292
   Fax: (206) 623-0594
6
7  *Attorneys for Plaintiffs*
   [Additional Counsel Listed on Signature Page]
8
   Debra E. Pole (Bar No. 97816)
9  dpole@sidley.com
   Joshua E. Anderson (Bar No. 211320)
10 janderson@sidley.com
11 Alycia A. Degen (Bar No. 211350)
   adegen@sidley.com
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, CA 90013
   Tel: (213) 896-6000
14 Fax: (213) 896-6600
15
   *Attorneys for Defendant Gilead Sciences, Inc.*
16
                         **UNITED STATES DISTRICT COURT**
17
                         **NORTHERN DISTRICT OF CALIFORNIA**
18

19 | ADRIAN HOLLEY, *et al*. | ) No. 4:18-cv-06972-JST |
|---|---|
20 | *Plaintiffs*, | ) (and all consolidated actions) |
| | ) |
21 | vs. | ) **REVISED JOINT STIPULATION AND** |
| | ) **[PROPOSED] ADDENDUM TO CASE** |
| | ) **MANAGEMENT ORDER ON PLAINTIFF** |
22 | GILEAD SCIENCES, INC., | ) **FACT SHEETS AND DOCUMENT** |
| | ) **PRODUCTIONS [ECF NO. 83]** |
23 | *Defendant*. | ) |
| | ) Assigned to: Hon. Jon S. Tigar |
24 | | ) |
25 | | ) |
26 | | ) |

27
28
---

## REVISED JOINT STIPULATION

Pursuant to Northern District of California Civil Local Rule 7-12, Plaintiffs and Defendant Gilead Sciences Inc. ("Gilead") (together, the "Parties"), by and through their respective undersigned counsel of record, submit the following stipulation and proposed Addendum to Case Management Order on Plaintiff Fact Sheets and Document Productions:

WHEREAS, the Court entered Case Management Order on Plaintiff Fact Sheets and Document Productions (ECF No. 83) ("PFS CMO") on May 24, 2019;

WHEREAS, the Plaintiff Fact Sheet ("PFS") requires the submission of provider-specific or entity-specific authorizations for the release of medical and other records; and

WHEREAS, the submission of single signed, blank authorizations would improve the efficiency and expediency of the medical records collection process;

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their undersigned counsel of record, that:

1. Plaintiffs may submit single signed, blank authorizations for the release of medical and other records, rather than provider-specific or entity-specific authorizations;

2. The authorizations are applicable until the completion of the Plaintiff's case;

3. Gilead and Litigation Management, Inc. ("LMI"), the Parties' vendor for collecting Plaintiffs' medical and other records, shall use the submitted authorizations to obtain medical provider, facility, pharmacy, insurance, employment, and Workers' Compensation records from the providers or entities identified in the PFS, or the custodian of records of the foregoing providers or entities identified in the PFS;

4. Gilead and LMI are authorized to fill in the name of the medical provider, facility, pharmacy, insurance company, employer, Workers' Compensation provider, or custodian of records of the foregoing in order obtain such records;

5. Gilead and LMI are authorized to fill in the following information in any authorization signed by the Plaintiff:

    a. The name and/or address of the Plaintiff, or represented party;

-1-

      b. The former name or alias of the Plaintiff, or represented party;

      c. The last four digits of the social security number of the Plaintiff, or represented party;

      d. The date of birth of the Plaintiff, or represented party;

      e. The name of Gilead's counsel or LMI to whom records may be released; and/or

      f. The date and/or updated date; and

6. For any custodian of records not listed in the PFS, Gilead (or LMI on Gilead's behalf) must notify Plaintiff's counsel and request permission to seek records from such providers or facilities pursuant to paragraph 3 of the PFS CMO.

Dated this 3rd day of November, 2020.

**STIPULATED AND AGREED TO BY:**

Dated: November 3, 2020      By:      */s/ Katrina Ashley*
    Steve W. Berman (admitted *pro hac vice*)
    steve@hbsslaw.com
    Anne F. Johnson (admitted *pro hac vice*)
    annej@hbsslaw.com
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Tel: (206) 623-7292
    Fax: (206) 623-0594

    Shana E. Scarlett (SBN 217895)
    shanas@hbsslaw.com
    HAGENS BERMAN SOBOL SHAPIRO LLP
    *715 Hearst Avenue, Suite 202*
    Berkeley, CA 94710
    Tel: (510) 725-3000
    Fax: (510) 725-3001

    Robert C. Hilliard (admitted *pro hac vice*)
    bobh@hmglawfirm.com
    Katrina Ashley (admitted *pro hac vice*)
    kashley@hmglawfirm.com
    HILLIARD MARTINEZ GONZALES LLP
    719 S. Shoreline Blvd.
    Corpus Christi, TX 78401
    Tel: (361) 882-1612

```
                                        Fax:  (361) 882-3015
                                        Jerrold S. Parker (admitted pro hac vice)
                                        Raymond C. Silverman (admitted pro hac vice)
                                        rsilverman@yourlawyer.com
                                        Christine M. Durant (admitted pro hac vice)
                                        cdurant@yourlawyer.com
                                        PARKER WAICHMAN LLP
                                        6 Harbor Park Drive
                                        Port Washington, NY 11050
                                        Tel:  (516) 466-6500
                                        Fax:  (516) 446-6665

                                        Nicholas J. Drakulich (Bar No. 98135)
                                        njd@draklaw.com
                                        Robert J. Drakulich (Bar No. 281575)
                                        rjd@draklaw.com
                                        THE DRAKULICH FIRM, APLC
                                        2727 Camino del Rio South, Ste. 322
                                        San Diego, CA 92108
                                        Tel:  (858) 755-5887
                                        Fax:  (858) 755-6456

                                        Attorneys for Plaintiffs


Dated:  November 3, 2020        By:     /s/ Joshua E. Anderson
                                        Debra E. Pole (Bar No. 97816)
                                        dpole@sidley.com
                                        Joshua E. Anderson (Bar No. 211320)
                                        janderson@sidley.com
                                        Alycia A. Degen (Bar No. 211350)
                                        adegen@sidley.com
                                        SIDLEY AUSTIN LLP
                                        555 West Fifth Street
                                        Los Angeles, CA  90013
                                        Tel:  (213) 896-6000
                                        Fax:  (213) 896-6600

                                        Attorneys for Defendant Gilead Sciences, Inc.
```

-3-

REVISED JOINT STIPULATION AND [PROPOSED] ADDENDUM TO CASE MANAGEMENT ORDER ON PLAINTIFF FACT SHEETS AND DOCUMENT PRODUCTIONS [ECF NO. 83]
NO. 4:18-CV-06972-JST (AND ALL CONSOLIDATED ACTIONS)

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated:  November 3, 2020            By:   */s/ Joshua E. Anderson*
                                                      Joshua E. Anderson

# [PROPOSED] ADDENDUM TO CASE MANAGEMENT ORDER ON PLAINTIFF FACT SHEETS AND DOCUMENT PRODUCTIONS [ECF NO. 83]

Pursuant to the foregoing stipulation of the parties and good cause appearing, it is hereby ORDERED as followed:

1. Plaintiffs may submit single signed, blank authorizations for the release of medical and other records, rather than provider-specific or entity-specific authorizations;

2. The authorizations are applicable until the completion of the Plaintiff's case;

3. Gilead and Litigation Management, Inc. ("LMI"), the Parties' vendor for collecting Plaintiffs' medical and other records, shall use the submitted authorizations to obtain medical provider, facility, pharmacy, insurance, employment, and Workers' Compensation records from the providers or entities identified in the PFS, or the custodian of records of the foregoing providers or entities identified in the PFS;

4. Gilead and LMI are authorized to fill in the name of the medical provider, facility, pharmacy, insurance company, employer, Workers' Compensation provider, or custodian of records of the foregoing in order obtain such records;

5. Gilead and LMI are authorized to fill in the following information in any authorization signed by the Plaintiff:
    a. The name and/or address of the Plaintiff, or represented party;
    b. The former name or alias of the Plaintiff, or represented party;
    c. The last four digits of the social security number of the Plaintiff, or represented party;
    d. The date of birth of the Plaintiff, or represented party;
    e. The name of Gilead's counsel or LMI to whom records may be released; and/or
    f. The date and/or updated date; and

6. For any custodian of records not listed in the PFS, Gilead (or LMI on Gilead's behalf) must notify Plaintiff's counsel and request permission to seek records from such providers or facilities pursuant to paragraph 3 of the PFS CMO.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __November 4, 2020__

_____
Honorable Jon S. Tigar