Robert C. Hilliard (admitted *pro hac vice*)
bobh@hmglawfirm.com
Katrina Ashley (admitted *pro hac vice*)
kashley@hmglawfirm.com
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Tel: (361) 882-1612
Fax: (361) 882-3015

*Attorneys for Robert C. Hilliard and Hilliard Martinez Gonzales LLP*

Debra E. Pole (SBN 97816)
dpole@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600

*Attorneys for Defendant Gilead Sciences, Inc.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>*Plaintiffs,*<br><br>vs.<br><br>GILEAD SCIENCES, INC.,<br><br>*Defendant.* | Case No.: 4:18-cv-06972-JST<br>(and consolidated cases)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: ORDER GRANTING IN PART DEFENDANT'S MOTIONS FOR SANCTIONS AGAINST ROBERT C. HILLIARD AND HILLIARD MARTINEZ GONZALES LLP**<br><br>Re: ECF Nos. 412, 597<br><br>Assigned to: Hon. Jon S. Tigar |

Pursuant to Northern District of California Civil Local Rule 7-12 and the Court's March 12, 2021, Order Granting in Part Defendant's Motions for Sanctions Against Robert C. Hilliard and Hilliard Martinez Gonzales LLP (ECF No. 597) ("Sanctions Order"), Robert C. Hilliard ("Hilliard") and Hilliard Martinez Gonzales LLP ("HMG"), and Defendant Gilead Sciences, Inc. ("Gilead") (collectively with Hilliard and HMG, the "Parties"), by and through their respective undersigned counsel of record, submit the following Stipulation and Proposed Order:

WHEREAS, on March 12, 2021, the Court entered its Sanctions Order directing the Parties to meet and confer to attempt to agree on an appropriate monetary sanction to compensate Gilead for its reasonable fees incurred in addressing Hilliard's and HMG's violation of the protective order.

THEREFORE, the Parties hereby stipulate and propose that HMG pay Gilead the amount of $50,000.00, by wire transfer, no later than April 16, 2021.

THEREFORE, it is further agreed that in entering into this Stipulation and Order, (a) Hilliard and HMG are not agreeing to and/or waiving their rights to appeal or otherwise contest the Sanctions Order, and (b) in the event that Hilliard and/or HMG appeal or otherwise contest the Sanctions Order, Gilead is not waiving its right to seek a monetary sanction of greater than $50,000 to compensate Gilead for all of its reasonable fees incurred in addressing the violation of the protective order, as well as for any fees incurred in litigating any subsequent challenge and/or appeal relating to the Sanctions Order or this Order.

Dated: March 25, 2021

HILLIARD MARTINEZ GONZALES LLP

By: */s/ Robert C. Hilliard*
Robert C. Hilliard (admitted *pro hac vice*)
bobh@hmglawfirm.com
Katrina Ashley (admitted *pro hac vice*)
kashley@hmglawfirm.com
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Tel: (361) 882-1612
Fax: (361) 882-3015

*Attorneys for Robert C. Hilliard and Hilliard Martinez Gonzales LLP*

1

STIP. AND [PROP.] ORDER RE: ORDER GRANTING IN PART DEFENDANT'S MOTIONS FOR SANCTIONS AGAINST ROBERT C. HILLIARD & HILLIARD MARTINEZ GONZALES LLP, CASE NO. 4:18-CV-06972-JST (AND CONSOLIDATED CASES)

Dated:  March 25, 2021

SIDLEY AUSTIN LLP

By:  */s/ Joshua E. Anderson*
Debra E. Pole (SBN 97816)
dpole@sidley.com
Joshua E. Anderson (SBN 211320)
janderson@sidley.com
Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel:  (213) 896-6000
Fax:  (213) 896-6600

*Attorneys for Defendant Gilead Sciences, Inc.*

2

STIP. AND [PROP.] ORDER RE: ORDER GRANTING IN PART DEFENDANT'S MOTIONS FOR SANCTIONS AGAINST ROBERT C. HILLIARD & HILLIARD MARTINEZ GONZALES LLP, CASE NO. 4:18-CV-06972-JST (AND CONSOLIDATED CASES)

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Granting in Part Defendant's Motions for Sanctions Against Robert C. Hilliard and Hilliard Martinez Gonzales LLP. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: March 25, 2021                                By:  */s/ Joshua E. Anderson*
                                                                      Joshua E. Anderson

3

STIP. AND [PROP.] ORDER RE: ORDER GRANTING IN PART DEFENDANT'S MOTIONS FOR SANCTIONS AGAINST ROBERT C. HILLIARD & HILLIARD MARTINEZ GONZALES LLP, CASE NO. 4:18-CV-06972-JST (AND CONSOLIDATED CASES)

**[PROPOSED] ORDER**

Pursuant to the Stipulation re: the Court's March 12, 2021, Order Granting in Part Defendant's Motions for Sanctions Against Robert C. Hilliard and Hilliard Martinez Gonzales LLP (ECF No. 597) ("Sanctions Order"), and good cause appearing, it is hereby ORDERED as follows:

1. The above Stipulation is GRANTED;
2. Hilliard Martinez Gonzales LLP shall pay Gilead the amount of $50,000.00, by wire transfer, no later than April 16, 2021;
3. Robert C. Hilliard and Hilliard Martinez Gonzales LLP are not agreeing to and/or waiving their right to appeal or otherwise contest the Sanctions Order; and
4. In the event that Hilliard and/or HMG appeal or otherwise contest the Sanctions Order, Gilead is not waiving its right to seek a monetary sanction of greater than $50,000 to compensate Gilead for all of its reasonable fees incurred in addressing the violation of the protective order, as well as for any fees incurred in litigating any subsequent challenge and/or appeal relating to the Sanctions Order or this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____March 29_____, 2021

_____
Honorable Jon. S. Tigar
U.S. District Judge

4

STIP. AND [PROP.] ORDER RE: ORDER GRANTING IN PART DEFENDANT'S MOTIONS FOR SANCTIONS AGAINST ROBERT C. HILLIARD & HILLIARD MARTINEZ GONZALES LLP, CASE NO. 4:18-CV-06972-JST (AND CONSOLIDATED CASES)