UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GILEAD SCIENCES, INC., et al.,<br><br>　　　　Defendants. | Case No. 18-cv-06972-JST   (JSC)<br><br>**ORDER RE: ADDITIONAL CUSTODIAL DOCUMENTS DISPUTE**<br><br>Re: Dkt. No. 763 |

Now pending before the Court is a discovery dispute joint letter regarding Plaintiffs' demand that Defendants produce additional custodial documents. (Dkt. No. 763.)   Upon review of the submission, and having heard oral argument on August 26, 2021, the Court grants in part and denies in part Plaintiffs' request.

As a preliminary matter, and as explained at oral argument, the district court's giving Defendants a December 2020 deadline to produce documents does not mean that it cannot be required to produce any more documents.

Plaintiffs' proposed searches 1 and 2 are granted for the period 2000-2004.  Plaintiffs offer evidence, that based on their review of documents produced thus far, there is reason to believe that the additional searches with the new terms would uncover relevant documents that the agreed-to searches did not reveal.  Further, Plaintiffs could not have known of the short-hand used by Defendants' employees until they reviewed the produced the documents.  The Court is persuaded that the additional burden on Defendants is proportional to the needs of the case and consistent with an orderly discovery process.

Plaintiffs' proposed searches 3 and 4 are denied.  Unlike searches 1 and 2, Plaintiffs do not identify anything in the voluminous production thus far that suggests these new searches will

uncover more of what Plaintiffs seek.  And Plaintiffs offer no explanation for why, if the additional documentation they seek exists, it would not have been uncovered by the thorough searches the parties previously agreed to conduct.

This Order disposes of Docket No. 763.

**IT IS SO ORDERED.**

Dated: August 30, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2