Steve W. Berman (admitted *pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel:  (206) 623-7292
Fax:  (206) 623-0594

*Attorneys for the Holley and Harlan Plaintiffs*

Debra E. Pole (SBN 097816)
dpole@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Tel:  (213) 896-6000
Fax:  (213) 896-6600

*Attorneys for Defendant Gilead Sciences, Inc.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>    *Plaintiffs,*<br><br>    vs.<br><br>GILEAD SCIENCES, INC.,<br><br>    *Defendant.* | Case No. 4:18-cv-06972-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR PRETRIAL PURPOSES** |
| ANTHONY HARLAN, et al.,<br><br>    *Plaintiffs,*<br><br>    vs.<br><br>GILEAD SCIENCES, INC.,<br><br>    *Defendant.* | Case No. 4:22-cv-03156-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR PRETRIAL PURPOSES** |

|   |   |
|---|---|
| 1 | Plaintiffs in *Holley et al. v. Gilead Sciences, Inc.*, No. 4:18-cv-06972-JST ("*Holley*") and |
| 2 | *Harlan et al. v. Gilead Sciences, Inc.*, No. 4:22-cv-03156-JST ("*Harlan*") (together, "Plaintiffs"), |
| 3 | and Defendant Gilead Sciences, Inc. ("Gilead"), hereby stipulate as follows: |
| 4 | WHEREAS, the *Holley* Plaintiffs filed their Complaint in this District on November 16, |
| 5 | 2018. ECF No. 1. |
| 6 | WHEREAS, on April 22, 2020, this Court consolidated *Holley* with *Jones et al. v. Gilead* |
| 7 | *Sciences, Inc.*, No. 4:19-cv-05383-JST ("*Jones*"), and all actions that had previously been |
| 8 | consolidated with either case, into a single action for pretrial purposes pursuant to Federal Rule of |
| 9 | Civil Procedure 42(a). This Court ordered that the master docket and file for those actions shall be |
| 10 | 4:18-cv-06972-JST and shall bear the caption *Holley et al. v. Gilead Sciences, Inc.* ECF No. 233. |
| 11 | WHEREAS, on May 17, 2022, the *Harlan* Plaintiffs filed their Complaint in the Middle |
| 12 | District of Florida. |
| 13 | WHEREAS, on May 25, 2022, the parties' joint motion in the Middle District of Florida to |
| 14 | transfer the *Harlan* action to this district was granted. |
| 15 | WHEREAS, on June 3, 2022, this Court issued a Related Case Order relating the *Holley* and |
| 16 | *Harlan* actions pursuant to Civil Local Rule 3-12. ECF No. 948. |
| 17 | WHEREAS, counsel for the parties in the above-captioned actions have conferred and |
| 18 | concluded that the *Harlan* action should be consolidated with the *Holley* action for all pretrial |
| 19 | purposes pursuant to Federal Rule of Civil Procedure 42(a) because the cases involve at least one |
| 20 | common question of law or fact arising from allegations (which Gilead denies) that Plaintiffs were |
| 21 | injured as a result of ingesting one or more of Gilead's TDF-containing drugs. |
| 22 | THEREFORE, IT IS HEREBY STIPULATED, by Plaintiffs and Gilead, through their |
| 23 | respective counsel of record, that: |
| 24 | 1.  Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned cases shall be |
| 25 | consolidated for all pretrial purposes into one action. |
| 26 | 2.  The master docket and master file for the consolidated actions shall be 4:18-cv- |
| 27 | 06972-JST and the consolidated action shall bear the caption *Holley et al. v. Gilead* |
| 28 | *Sciences, Inc.* |

1

3. This stipulation is without prejudice to or waiver of Gilead's opposition to consolidated trials in any of these cases.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| Dated: June 7, 2022 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: */s/ Steve W. Berman* |
| | Steve W. Berman (admitted *pro hac vice*) |
| | steve@hbsslaw.com |
| | Anne F. Johnson (admitted *pro hac vice*) |
| | annej@hbsslaw.com |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1301 Second Avenue, Suite 2000 |
| | Seattle, WA 98101 |
| | Tel: (206) 623-7292 |
| | Fax: (206) 623-0594 |
| | |
| | Shana E. Scarlett (SBN 217895) |
| | shanas@hbsslaw.com |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| | Tel: (510) 725-3000 |
| | Fax: (510) 725-3001 |
| | |
| | Robert C. Hilliard (admitted *pro hac vice*) |
| | bobh@hmglawfirm.com |
| | Katrina Ashley (admitted *pro hac vice*) |
| | kashley@hmglawfirm.com |
| | HILLIARD MARTINEZ GONZALES LLP |
| | 719 S. Shoreline Blvd. |
| | Corpus Christi, TX 78401 |
| | Tel: (361) 882-1612 |
| | Fax: (361) 882-3015 |
| | |
| | *Attorneys for the Holley and Harlan Plaintiffs* |
| | |
| Dated: June 7, 2022 | SIDLEY AUSTIN LLP |
| | By: */s/ Joshua E. Anderson* |
| | Debra E. Pole (SBN 97816) |
| | dpole@sidley.com |
| | Joshua E. Anderson (SBN 211320) |
| | janderson@sidley.com |
| | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, Suite 4000 |
| | Los Angeles, CA 90013 |
| | Tel: (213) 896-6000 |
| | Fax: (213) 896-6600 |
| | |
| | *Attorneys for Defendant Gilead Sciences, Inc.* |

2

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR PRETRIAL PURPOSES
CASE NO. 4:18-CV-06972-JST (AND RELATED CASES)

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2022, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

*/s/ Joshua E. Anderson*
Joshua E. Anderson

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Joshua E. Anderson, am the ECF user whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Joshua E. Anderson*
Joshua E. Anderson

**[PROPOSED] ORDER**

Pursuant to the Stipulation and Proposed Order Consolidating Cases for Pretrial Purposes, and good cause appearing, the Court hereby ORDERS that:

1. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned cases shall be consolidated for all pretrial purposes into one action.

2. The master docket and master file for the consolidated actions shall be 4:18-cv-06972-JST and the consolidated action shall bear the caption *Holley et al. v. Gilead Sciences, Inc.*

3. This stipulation is without prejudice to or waiver of Gilead's opposition to consolidated trials in any of these cases.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/14/2022

_____
The Honorable Jon S. Tigar
United States District Judge

5

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR PRETRIAL PURPOSES
CASE NO. 4:18-CV-06972-JST (AND RELATED CASES)