Robert C. Hilliard (*pro hac vice*)
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
Email: bobh@hmglawfirm.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

*Attorneys for Plaintiffs*
[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>                                Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>                                Defendant.<br><br>*This Document Relates to Plaintiffs Listed on Exhibits A attached to the filed Declaration of Leigh Ann Massey [ECF No. 938-3], and originally filed in the following cases:* | No. 4:18-cv-06972-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RESOLVING DEFENDANT GILEAD SCIENCES, INC.'S SIXTH MOTION TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS (ECF NO. 938)** |

1

*Bresheare, et al. v. Gilead Sciences, Inc.*, No. 4:21-cv-06461-JST;

*Brooks, et al. v. Gilead Sciences, Inc.*, No. 4:21-cv-06458-JST;

*Campbell, A. et al. v. Gilead Sciences, Inc.*, No. 4:21-cv-08240-JST;

*Cox, J. et al v. Gilead Sciences, Inc.*, No. 4:21-cv-06807-JST;

*Drummond, et al. v. Gilead Sciences, Inc.*, No. 4:21-cv-07017-JST;

*Geller et al. v. Gilead Sciences, Inc.*, No. 4:21-cv-08752-JST;

*Hamilton et al. v. Gilead Sciences, Inc.*, No.4:21-cv-07687-JST;

*Hopson, et al v. Gilead Sciences, Inc.*, No. 4:21-cv-06581-JST;

*Miller, C. et al. v. Gilead Sciences, Inc.*, No. 4:21-cv-06947-JST;

*Pegeron, et al. v. Gilead Sciences, Inc.*, No. 4:21-cv-06822-JST;

*Walsh, Barbara, et al v Gilead Science, Inc.*, No. 4:21-cv-06184-JST;

*Williams, B. et al. v. Gilead Sciences, Inc.*, No. 4:21-cv-06658-JST;

*Woodley, et al. v. Gilead Sciences, Inc.*, No. 4:21-cv-06574-JST

Plaintiffs and Defendant Gilead Sciences, Inc. ("Gilead"), hereby stipulate and agree as follows:

WHEREAS, on May 6, 2022, Gilead filed its sixth Motion to Dismiss the claims of Plaintiffs listed on Exhibit A to the Declaration of Leigh Ann Massey that accompanied that Motion (ECF No. 938-3).

WHEREAS, on May 20, 2022, Plaintiffs filed their response to Gilead's Motion (ECF No. 944).

WHEREAS, the Parties have met and conferred and agree on the appropriate disposition of Gilead's Sixth Motion to Dismiss and seek to both reduce the burden on the Court and avoid further briefing on the matter;

WHEREAS, regarding the 145 Plaintiffs subject to Gilead's Sixth Motion to Dismiss for Failure to Submit a Plaintiff Fact Sheet (ECF No. 938), identified in Gilead's Exhibit A to the Declaration of Leigh Ann Massey (ECF No. 938-3), and Plaintiffs Robert Patmon and Stephen Riggs, whose claims are pending in *Lyons, et al. v. Gilead Sciences, Inc.*, 4:19-cv-02538-JST:

1. The 54 Plaintiffs identified in Schedule A hereto have cured their delinquencies by producing Plaintiff Fact Sheets ("PFSs") and, by agreement of the Parties, are withdrawn from Gilead's Motion to Dismiss (ECF No. 938);
2. Plaintiffs' counsel will file a motion to withdraw as counsel for the 76 Plaintiffs identified in Schedule B not later than July 15, 2022;
3. The 15 Plaintiffs identified in Schedule C hereto have voluntarily dismissed their claims (ECF No. 952);
4. The Parties agree as to the dismissal of Robert Patmon and Stephen Riggs, whose claims are pending in *Lyons, et al. v. Gilead Sciences, Inc.*, 4:19-cv-02538-JST.

WHEREAS, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:

1. Gilead's Sixth Motion to Dismiss the Claims of Certain Plaintiffs for Failure to Submit a Plaintiff Fact Sheet (ECF No. 877) shall be disposed of as follows:

3

STIPULATION AND [PROPOSED] ORDER RESOLVING DEFENDANT GILEAD SCIENCES, INC'S SIXTH MOTION TO DISMISS (ECF NO. 938) – No. 4:18-cv-06972-JST

a. Plaintiffs' counsel shall file a motion to withdraw as counsel for the 76 Plaintiffs identified in Schedule B hereto not later than July 15, 2022. The claims of any Schedule B Plaintiff for whom Plaintiffs' counsel fails to move to withdraw by that date shall be DISMISSED without prejudice;

b. The claims of plaintiffs Robert Patmon and Stephen Riggs, currently pending in *Lyons, et al. v. Gilead Sciences, Inc.*, 4:19-cv-02538-JST, are dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own costs;

c. Gilead's Motion is withdrawn as to all remaining Plaintiffs, (*i.e.*, those identified in Schedules A and C), without prejudice to Gilead's rights under Section 2 of the Court's Case Management Order on Plaintiff Fact Sheets and Document Productions (ECF No. 83).

4

STIPULATION AND [PROPOSED] ORDER RESOLVING DEFENDANT GILEAD SCIENCES, INC'S SIXTH MOTION TO DISMISS (ECF NO. 938) – No. 4:18-cv-06972-JST

| | | |
|---|---|---|
| 1 | DATED: June 15, 2022 | By: */s/ Robert C. Hilliard* |
| 2 | | Robert C. Hilliard (*pro hac vice*) |
| 3 | | Katrina R. Ashley (*pro hac vice*)<br>HILLIARD MARTINEZ GONZALES LLP |
| 4 | | 719 S. Shoreline Blvd.<br>Corpus Christi, TX 78401 |
| 5 | | Telephone: (361) 882-1612<br>Facsimile: (361) 882-3015 |
| 6 | | Email: bobh@hmglawfirm.com |
| 7 | | Email: kashley@hmglawfirm.com |
| 8 | | Steve W. Berman (*pro hac vice*) |
| 9 | | HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000 |
| 10 | | Seattle, WA 98101<br>Telephone: (206) 623-7292 |
| 11 | | Facsimile: (206) 623-0594<br>Email: steve@hbsslaw.com |
| 12 | | |
| 13 | | Shana E. Scarlett (SBN 217895)<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 14 | | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| 15 | | Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001 |
| 16 | | Email: shanas@hbsslaw.com |
| 17 | | *Attorneys for Plaintiffs* |
| 18 | | |
| 19 | DATED: June 15, 2022 | By: */s/ Rebecca J. Schwartz* |
| 20 | | Rebecca J. Schwartz (*pro hac vice*)<br>rschwartz@shb.com |
| 21 | | Christopher Cotton (*pro hac vice*)<br>ccotton@shb.com |
| 22 | | Leigh Ann Massey (*pro hac vice*) |
| 23 | | lmassey@shb.com<br>SHOOK, HARDY & BACON L.L.P. |
| 24 | | 2555 Grand Blvd.<br>Kansas City, MO 64108 |
| 25 | | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 26 | | |
| 27 | | *Attorneys for Defendant Gilead Sciences, Inc.* |
| 28 | | |

5

STIPULATION AND [PROPOSED] ORDER RESOLVING DEFENDANT GILEAD SCIENCES, INC'S SIXTH
MOTION TO DISMISS (ECF NO. 938) – No. 4:18-cv-06972-JST

| | |
|---|---|
| 1 | **ATTESTATION** |

     I, Robert C. Hilliard, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: June 15, 2022                 */s/ Robert C. Hilliard*
                                                     Robert C. Hilliard

                                                   *Attorney for Plaintiffs*

6

STIPULATION AND [PROPOSED] ORDER RESOLVING DEFENDANT GILEAD SCIENCES, INC'S SIXTH MOTION TO DISMISS (ECF NO. 938) – No. 4:18-cv-06972-JST

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation of the Parties, and good cause appearing, it is hereby ORDERED as follows:

1. The above Stipulation of the Parties is GRANTED.

2. Gilead's Sixth Motion to Dismiss the Claims of Certain Plaintiffs for Failure to Submit a Plaintiff Fact Sheet (ECF No. 938) is disposed of as follows:

    a. Plaintiffs' counsel shall file a motion to withdraw as counsel for the Plaintiffs identified in Schedule B hereto not later than July 15, 2022. The claims of any Schedule B Plaintiff for whom Plaintiffs' counsel fails to move to withdraw by that date shall be DISMISSED without prejudice;

    b. The claims of plaintiffs Robert Patmon and Stephen Riggs, currently pending in *Lyons, et al. v. Gilead Sciences, Inc.*, 4:19-cv-02538-JST, are dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own costs;

    c. Gilead's Motion is hereby deemed withdrawn as to all remaining Plaintiffs, (*i.e.*, those identified in Schedules A and C), without prejudice to Gilead's rights under Section 2 of the Court's Case Management Order on Plaintiff Fact Sheets and Document Productions (ECF No. 83).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____June 15_____, 2022

_____
The Honorable Jon S. Tigar

# SCHEDULE A

| LMI ID | Plaintiff | Case Name | Case Number |
|---|---|---|---|
| 1083301 | Andrews, Jon | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1007840 | Andrews, Rufus | *Woodley, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06574-JST |
| 1068910 | Banks, Walter S., Jr. | *Walsh, Barbara, et al v Gilead Science, Inc.* | 4:21-cv-06184-JST |
| 1067623 | Brown, Denise | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1083289 | Burgess, Karen A. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083396 | Caball Rodriguez, Martin A. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067626 | Causman, Paul F. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067630 | Clark, Teresa | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1083271 | Cross, Phillip J. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067631 | Davis, Rosalyn E. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1007589 | Davis, William F. | *Miller, C. et al. v. Gilead Sciences, Inc* | 4:21-cv-06947-JST |
| 1074005 | DuBois, David | *Hamilton et al. v. Gilead Sciences, Inc.* | 4:21-cv-07687-JST |
| 1083256 | Einhorn, Jeffrey | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067043 | Febus, Raymond | *Brooks, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06458-JST |
| 1067045 | Gabe, Phoenix JD | *Brooks, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06458-JST |
| 1068915 | Gabriele, Roberto | *Walsh, Barbara, et al v Gilead Science, Inc.* | 4:21-cv-06184-JST |
| 1083331 | Hansen, Kiger | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067049 | Hernandez, Pedro L. | *Brooks, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06458-JST |
| 1067051 | Hogue, Tanita S. | *Brooks, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06458-JST |
| 1007790 | James, Misha A. | *Williams, B. et al. v. Gilead Sciences, Inc.* | 4:21-cv-06658-JST |
| 1074003 | Jane Doe 18 | *Hamilton et al. v. Gilead Sciences, Inc.* | 4:21-cv-07687-JST |
| 1004954 | John Doe 27 | *Bresheare, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06461-JST |
| 1074004 | John Doe 34 | *Hamilton et al. v. Gilead Sciences, Inc.* | 4:21-cv-07687-JST |
| 1067641 | Johnson, Eula Faye | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1007794 | Justice, Samuel Keith | *Williams, B. et al. v. Gilead Sciences, Inc.* | 4:21-cv-06658-JST |
| 1074011 | Kern, Kam | *Hamilton et al. v. Gilead Sciences, Inc.* | 4:21-cv-07687-JST |
| 1083347 | Kimball, Mark G. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1074012 | Magana, Marc | *Hamilton et al. v. Gilead Sciences, Inc.* | 4:21-cv-07687-JST |
| 1083367 | Martin, Richard G. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083376 | Miller, Michael E. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1068925 | Morea, Robert | *Walsh, Barbara, et al v Gilead Science, Inc.* | 4:21-cv-06184-JST |
| 1006284 | Overcash, Joe | *Cox, J. et al v. Gilead Sciences, Inc.* | 4:21-cv-06807-JST |
| 1067660 | Pena, Helen | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1074016 | Pridgen, Tonya | *Hamilton et al. v. Gilead Sciences, Inc.* | 4:21-cv-07687-JST |
| 1067663 | Quackenbush, Kristen M. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1083416 | Ramos Velasquez, Carlos | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067063 | Reyes, Alejandro N. | *Brooks, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06458-JST |
| 1083315 | Rios Figueroa, Manuel | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067665 | Sanchez, Ruth D. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067019 | Sanes, Maria M. | *Drummond, et al. v. Gilead Sciences, Inc.* | 4:21-cv-07017-JST |
| 1067671 | Simmons, Larry L. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1006289 | Sloan, Pamela Ann | *Cox, J. et al v. Gilead Sciences, Inc.* | 4:21-cv-06807-JST |
| 1067679 | Souder, Mark Edward | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067020 | Stewart, Edward | *Drummond, et al. v. Gilead Sciences, Inc.* | 4:21-cv-07017-JST |
| 1067681 | Straw, Valerie | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |

| | | | |
|---|---|---|---|
| 1067685 | Throneburg, Michael W. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067686 | Tolbert, Donie Metha | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067690 | Varner, Deaver A., Sr. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1068932 | Vinson, Joel K. | *Walsh, Barbara, et al v Gilead Science, Inc.* | 4:21-cv-06184-JST |
| 1007793 | Williams-Taylor, Patricia M. | *Williams, B. et al. v. Gilead Sciences, Inc.* | 4:21-cv-06658-JST |
| 1007776 | Williams, Beverly | *Williams, B. et al. v. Gilead Sciences, Inc.* | 4:21-cv-06658-JST |
| 1083424 | Williams, Jamaal A. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1006293 | Williams, Wesley H. | *Cox, J. et al v. Gilead Sciences, Inc.* | 4:21-cv-06807-JST |
| 1067620 | Wright, Gerald D. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |

# SCHEDULE B

| LMI ID | Plaintiff | Case Name | Case Number |
|---|---|---|---|
| 1083303 | Alexander, Anthony F. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067622 | Bones, Ausberto | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1084782 | Bradley, Jonathan M. | *Campbell, A. et al. v. Gilead Sciences, Inc.* | 4:21-cv-08240-JST |
| 1074002 | Brown, Flecia | *Hamilton et al. v. Gilead Sciences, Inc.* | 4:21-cv-07687-JST |
| 1067624 | Brown, Stephanie | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1083292 | Bryant, Julia M. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1068912 | Chapman, Victor | *Walsh, Barbara, et al v Gilead Science, Inc.* | 4:21-cv-06184-JST |
| 1083282 | Clark, Byron | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067629 | Clark, Gary Lee, II | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1083279 | Cline, Gary | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083277 | Colvin, Bobbie J. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1006281 | Davis, Jacqueline Rochelle | *Cox, J. et al v. Gilead Sciences, Inc.* | 4:21-cv-06807-JST |
| 1084777 | DeJean, Maurice A. | *Campbell, A. et al. v. Gilead Sciences, Inc.* | 4:21-cv-08240-JST |
| 1074006 | Dukes, Shaquille | *Hamilton et al. v. Gilead Sciences, Inc.* | 4:21-cv-07687-JST |
| 1083311 | Feldman, Thomas | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083316 | Fiore, Michael A. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1068916 | Freeman, Glora | *Walsh, Barbara, et al v Gilead Science, Inc.* | 4:21-cv-06184-JST |
| 1083319 | Gaines, Carolyn J. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067005 | Gatwood, Edwin | *Drummond, et al. v. Gilead Sciences, Inc.* | 4:21-cv-07017-JST |
| 1083324 | Gibbs, Jeremy A. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083326 | Greene, Larry W. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083328 | Gurule, Gene C. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067046 | Hanson, Matthew C. | *Brooks, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06458-JST |
| 1083333 | Henry, Robert | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067638 | Jackson, Arthur M. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1074000 | Jane Doe 19 | *Hamilton et al. v. Gilead Sciences, Inc.* | 4:21-cv-07687-JST |
| 1007801 | John Doe 25 | *Williams, B. et al. v. Gilead Sciences, Inc.* | 4:21-cv-06658-JST |
| 1067642 | Jones, Jabbar C. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067643 | Jordan, Richard M. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067645 | Kenney, Terry Kent | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067055 | Krusec, Kristina Marie | *Brooks, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06458-JST |
| 1083359 | Marcus, Paul K., Jr. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067014 | Marinaro, Caterina | *Drummond, et al. v. Gilead Sciences, Inc.* | 4:21-cv-07017-JST |
| 1083366 | Martin, Gerald | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067647 | Matusinsky, Jose | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067058 | McClure, Kristin E. | *Brooks, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06458-JST |
| 1067059 | Mcfarren, Kent C. | *Brooks, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06458-JST |
| 1083370 | McIntyre, Emerald | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067060 | McNeal, Gerald | *Brooks, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06458-JST |
| 1067650 | Medley, Kevin | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1006271 | Melvin, Bernette | *Cox, J. et al v. Gilead Sciences, Inc.* | 4:21-cv-06807-JST |
| 1074014 | Miller, Lashanta | *Hamilton et al. v. Gilead Sciences, Inc.* | 4:21-cv-07687-JST |
| 1083379 | Mintz-Peller, Andrew | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083380 | Montgomery, William | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067653 | Moore, Bryan | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |

| | | | |
|---|---|---|---|
| 1067654 | Napier, Mark N. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067658 | Nikkila, Viki M. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067061 | Orth, Donald J. | *Brooks, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06458-JST |
| 1074015 | Pierre, Salvatore | *Hamilton et al. v. Gilead Sciences, Inc.* | 4:21-cv-07687-JST |
| 1067016 | Powell, Swan C. | *Drummond, et al. v. Gilead Sciences, Inc.* | 4:21-cv-07017-JST |
| 1083390 | Price, Vanetta | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083391 | Reabold, Michael | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083394 | Robinson, Belinda M. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067666 | Santiago, Jose P. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067672 | Singletary, Christopher Lee | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1083405 | Smith, Arthur C. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083432 | Smythe, John B. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067022 | Stwalley, Amber | *Drummond, et al. v. Gilead Sciences, Inc.* | 4:21-cv-07017-JST |
| 1067683 | Taylor, William A., Jr. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067684 | Teeters, Trevor | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1084761 | Thelusma, Lavanie | *Campbell, A. et al. v. Gilead Sciences, Inc.* | 4:21-cv-08240-JST |
| 1006290 | Turner, Patricia A. | *Cox, J. et al v. Gilead Sciences, Inc.* | 4:21-cv-06807-JST |
| 1007783 | Valdivia, Daniel | *Williams, B. et al. v. Gilead Sciences, Inc.* | 4:21-cv-06658-JST |
| 1067023 | Volpe, Ralphiel R. | *Drummond, et al. v. Gilead Sciences, Inc.* | 4:21-cv-07017-JST |
| 1083420 | Walker, Willie, Jr. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1007845 | Ward, Timothy | *Woodley, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06574-JST |
| 1068930 | Watt, Michael | *Walsh, Barbara, et al v Gilead Science, Inc.* | 4:21-cv-06184-JST |
| 1067069 | Webb, Cecilio | *Brooks, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06458-JST |
| 1067025 | White, Antweon | *Drummond, et al. v. Gilead Sciences, Inc.* | 4:21-cv-07017-JST |
| 1067695 | Williams, Tracey W. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067024 | Wimer, Wesley | *Drummond, et al. v. Gilead Sciences, Inc.* | 4:21-cv-07017-JST |
| 1067619 | Wise, Nichele B. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1007822 | Woodley, Edwin R. | *Woodley, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06574-JST |
| 1083426 | Woods, Moria | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1007847 | Wright, Edwin | *Woodley, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06574-JST |
| 1083428 | Wright, Nashawn | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |

# SCHEDULE C

| LMI ID | Plaintiff | Case Name | Case Number |
|---|---|---|---|
| 1007826 | Crawford, Frank | *Woodley, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06574-JST |
| 1083317 | Fletcher, Dan Raymon | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1067008 | Hanson, Kim L. | *Drummond, et al. v. Gilead Sciences, Inc.* | 4:21-cv-07017-JST |
| 1007960 | Hopson, Douglas | *Hopson, et al v. Gilead Sciences, Inc.* | 4:21-cv-06581-JST |
| 1083358 | Lyles, Henry | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083361 | Lynch, Karl | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1006283 | Melendez, Jimmy J. | *Cox, J. et al v. Gilead Sciences, Inc.* | 4:21-cv-06807-JST |
| 1083375 | Miller, Lenard | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083387 | Nunn, Tynetta | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083389 | Padilla, Martha | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1007837 | Richardson, Richard | *Woodley, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06574-JST |
| 1067667 | Sarrafian, Sherese | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067669 | Shoetan, Moji | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067693 | Wesley, Lawrence P. | *Pegeron, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06822-JST |
| 1067026 | Wolf, Gregory D. | *Drummond, et al. v. Gilead Sciences, Inc.* | 4:21-cv-07017-JST |