# EXHIBIT A

**REPORT OF MEREDITH ROSENTHAL, PH.D.
IN SUPPORT OF GILEAD PERSONAL INJURY LITIGATION**
*Adrian Holley, et al. v. Gilead Sciences, Inc.*

CONTENTS

I.     Executive Summary ...........................................................................................1

II.    Qualifications ....................................................................................................2

III.   Background ........................................................................................................3

       A.   Overview of Gilead Drugs .....................................................................3

       B.   Allegations in this Matter.......................................................................5

IV.    Economics of the Pharmaceutical Industry ....................................................8

V.     Competition in the Pharmaceutical Market ...................................................9

       A.   The Hatch Waxman Act and Generic Entry............................................10

VI.    Brand Manufacturer Strategies to Extend Market Exclusivity ...................14

VII.   Internal Documentation Suggests Gilead's Alleged Conduct in Delaying TAF
       Can be Explained Based on the Economics of Product Switches................18

## I.    EXECUTIVE SUMMARY

1.    I have been retained by counsel to the plaintiffs to provide an overview of the pharmaceutical industry as context for some of the allegations in this matter.  I understand that plaintiffs, who used HIV treatments containing tenofovir disoproxil fumarate ("TDF") developed and sold by Gilead, have brought this personal injury litigation against the company.  The plaintiffs allege that "Gilead intentionally withheld a safer alternative design of TDF drugs it knew to be dangerously toxic to patients' kidneys and bones, while failing to adequately warn about the risks and safer use of the defective drugs, solely to make more money."[1]

2.    My assignment in this matter is to: (1) describe the nature of price competition in the market for prescription drugs, including the role of the Hatch-Waxman Act that governs marketing exclusivity and the regulatory process through which generic drugs become available; (2) explain how, in light of the economic and regulatory features of the pharmaceutical industry, manufacturers of brand-name drugs can prevent loss of sales to generics by persuading prescribers to switch their patients to a newer drug prior to generic entry for the older drug; and (3) assess whether Gilead's conduct in this case is consistent with an effort to prevent loss of sales to generics.

3.    My overall opinion as it relates to this case is that Gilead had an economic incentive to delay the development of HIV drugs containing tenofovir alafenamide fumarate ("TAF") in order to implement a so-called product switch (detailed below) to protect itself from generic drug competition.

4.    In Section II, I present my qualifications.  In Section III, I summarize the allegations in this matter and provide background on the defendant's drugs.  Section IV discusses the relevant features of competition and pricing in the prescription drug market.  Section V describes competition in the pharmaceutical industry including the central role of generic entry and its effects on brand drug market share and profitability.  Section VI discusses some of the strategies used by brand pharmaceutical manufacturers to protect market exclusivity and the higher

---

[1] First Amended Consolidated Complaint for Damages, *Adrian Holley, et al. v. Gilead Sciences, Inc*., United States District Court for the Northern District of California, No 3:18-cv-06972-JST, May 31, 2019 (hereafter, "Complaint"), ¶ 18.

profitability that accompanies it.  Section VII identifies discovery materials from defendants that support the allegations that Gilead delayed entry of a safer product in order to maximize the profitability of their HIV-drug franchise and minimize loss of market share to generics.

## II.  QUALIFICATIONS

5.      My name is Meredith Rosenthal.  I am the C. Boyden Gray Professor of Health Economics and Policy at the Harvard T.H. Chan School of Public Health in Boston, Massachusetts and an Academic Affiliate of Greylock McKinnon Associates ("GMA"), a consulting and litigation support firm.  My principal research interests concern the economics of the health care industry, including pharmaceuticals.

6.      At Harvard, I have taught undergraduate-, Masters-, and Ph.D.-level health economics and health policy courses.  I have conducted research on a wide variety of health economics topics, with a focus on the financing and organization of the U.S. health care system.  Specific topics I have studied include the effect of payment incentives on provider behavior,[2] payment and delivery system reform,[3] and advertising of prescription drugs.[4]  I have published more than 170 peer-reviewed journal articles, essays, and book chapters.

7.      Since 1996, I have worked as an expert in health economics through GMA, primarily related to litigation in health care markets generally and the pharmaceutical industry in

---

[2] See M. Rosenthal, "Risk Sharing and the Supply of Mental Health Services," *Journal of Health Economics*, 19(6), November 2000, pp. 1047-65; M. Rosenthal, R. Frank, Z. Li, and A. Epstein, "From Concept to Practice: Early Experience with Pay-for-Performance," *Journal of the American Medical Association*, 294(14), October 2005, pp. 1788-93; and M. Rosenthal, Z. Li, A. Robertson, and A. Milstein, "Impact of Financial Incentives for Prenatal Care on Birth Outcomes and Spending," *Health Services Research*, 44(5), Part 1, October 2009, pp. 1465-79.

[3] See M. Rosenthal, "Beyond Pay for Performance: Emerging Models of Provider-Payment Reform," *New England Journal of Medicine*, 359(12), September 2008, pp. 1197-1200; M. Rosenthal, M. Friedberg, S. Singer, D. Eastman, Z. Li, and E. Schneider, "Effect of a Multipayer Patient-Centered Medical Home on Health Care Utilization and Quality: The Rhode Island Chronic Care Sustainability Initiative Pilot Program," *JAMA Internal Medicine*, September 2013, PMCID: 24018613; and S. Edwards, M. Abrams, M. Rosenthal, *et al.*, "Structuring Payment to Medical Homes After the Affordable Care Act," *Journal of General Internal Medicine*, 2014, PMCID: 417661.

[4] See M. Rosenthal, *et al.*, "Promotion of Prescription Drugs to Consumers," *The New England Journal of Medicine*, 346(7), February 2002, pp. 498-505; M. Rosenthal, *et al.*, "Demand Effects of Recent Changes in Prescription Drug Promotion," *Forum for Health Economics & Policy*, 6(1), January 2003, pp. 1-26; M. Mello, M. Rosenthal, and P. Neumann, "Direct-to-Consumer Advertising and Shared Liability for Pharmaceutical Manufacturers," *Journal of the American Medical Association*, 289(4), January 2003, pp. 477-81; and J. Donohue, E. Berndt, M. Rosenthal, A. Epstein, and R. Frank, "Effects of Pharmaceutical Promotion on Adherence to the Treatment Guidelines for Depression," *Medical Care*, 42(12), December 2004, pp. 1176-85.

particular.  I have submitted written and oral testimony in litigation regarding a variety of matters including those with allegations of foreclosure of generic entry, allegations of improper marketing, allegations of fraudulent use of list prices, and allegations of anticompetitive contracting.

8.      I received an A.B. in International Relations from Brown University in 1990 and a Ph.D. in Health Policy (Economics Track) from Harvard University in 1998.  A more complete description of my qualifications is found in my *Curriculum Vitae*, which is included as Attachment A.  Attachment A also includes a list of my testimony in the past four years and a list of my publications.  Attachment B is a listing of the materials I relied on in forming the opinions included in this report.  GMA is currently compensated at a rate of $900 per hour for my time.  I may also receive additional compensation from GMA based on staff billings in this matter. Neither my nor GMA's compensation in this matter is contingent upon the outcomes in this litigation.  Should additional materials become available after the submission of this report and if asked to do so by counsel or the Court, I reserve the right to update my analysis.

## III.   BACKGROUND

### A.   Overview of Gilead Drugs

9.      Viread, Truvada, Atripla, Complera, and Stribild are prescription drugs indicated for the treatment of Human Immunodeficiency Virus-1 ("HIV")[5] that are manufactured and marketed by Gilead Sciences.  Viread is also indicated to treat chronic Hepatitis B[6] and Truvada is also indicated for pre-exposure prophylaxis ("PrEP") to reduce the risk of sexually acquired HIV in adults at high risk.[7]  Each drug contains a form of the compound tenofovir, a nucleoside

---

[5] Gilead, "Medicines" (https://www.gilead.com/science-and-medicine/medicines).

[6] FDA, "sNDA Approval Letter: NDA 21-356/S-025," August 11, 2008 (Viread) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2008/021356s025ltr.pdf).

[7] FDA, "sNDA Approval Letter: NDA 21752/S-030," July 16, 2012 (Truvada) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2012/021752Orig1s030ltr.pdf).

analogue reverse transcriptase inhibitor ("NRTI"), which blocks one of the enzymes HIV needs in order to replicate.[8]

10.    In the 1990s, Gilead developed tenofovir disoproxil, a form of tenofovir containing tenofovir disoproxil fumarate ("TDF"), which could be administered orally, significantly broadening its use compared to available treatment at the time.[9]  However, due to TDF's low absorption rate, a relatively high dose of 300 mg is typically required in order to achieve the desired therapeutic effect, introducing an increased risk of bone and liver toxicity.[10]  As a result, patients taking these drugs require careful and frequent monitoring for bone, liver, and kidney damage.[11]

11.    TDF 300 mg is an active ingredient in five drugs marketed by Gilead to treat HIV: Viread (TDF 300 mg tablets), approved on October 26, 2001,[12] Truvada (TDF 300 mg/emtricitabine 200 mg tablets), approved August 2, 2004;[13] Atripla (TDF 300 mg/emtricitabine 200 mg/efavirenz 600 mg tablets), approved July 12, 2006;[14] Complera (TDF 30 mg/emtricitabine 200 mg/rilpivirine 25 mg tablets), approved August 10, 2011;[15] and Stribild (TDF 300

---

[8] K. Yoder, "Nucleoside/Nucleotide Reverse Transcriptase Inhibitors," *Healthline*, April 25, 2020 (https://www.healthline.com/health/hiv-aids/nucleoside-nucleotide-reverse-transcriptase-inhibitors).  Gilead, "Medicines," *op. cit.*

[9] B. Baker, "Generic Licensing: The Only Path through the Maze of Gilead and U.S. Patents That Achieves Access to Affordable Prep," *Health GAP* (Global Access Project), November 20, 2019 (https://healthgap.org/generic-licensing-the-only-path-through-the-maze-of-gilead-and-u-s-patents-that-achieves-access-to-affordable-prep/).

[10] Medscape, "Viread (Tenofovir DF) Dosing, Indications, Interactions, Adverse Effects, and More" (https://reference.medscape.com/drug/viread-tenofovir-df-342633).  S. Hosein, "Does Tenofovir (TDF) Cause Liver Injury?" *TheBodyPro*, February 10, 2016 (https://www.thebodypro.com/article/does-tenofovir-tdf-cause-liver-injury).

[11] M. Llamas, "Truvada Side Effects: Bone Density Loss, Kidney Problems," *Drugwatch*, January 27, 2021 (https://www.drugwatch.com/tenofovir-disoproxil-fumarate/side-effects/).

[12] FDA, "NDA Approval Letter: NDA 021356," October 26, 2001 (Viread) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2001/21356ltr.pdf).

[13] FDA, "NDA Approval Letter: NDA 021752," August 2, 2004 (Truvada) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2004/21752ltr.pdf).

[14] FDA, "NDA Approval Letter: NDA 021937," July 12, 2006 (Atripla) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2006/021937s000ltr.pdf).

[15] FDA, "NDA Approval Letter: NDA 202123," August 10, 2011 (Complera) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2011/202123s000ltr.pdf).

mg/emtricitabine 200 mg/elvitegravir 150 mg/cobicistat 150 mg tablets), approved August 27, 2012.[16]

12.    On November 5, 2014, Gilead submitted an application to market Genvoya, its first HIV drug containing tenofovir alafenamide fumarate ("TAF").[17]  Formulated by Gilead over a decade prior to application,[18] TAF can be absorbed into HIV-targeted cells more effectively than TDF, achieving the same therapeutic effect as TDF with a dose that is 10 times smaller.[19]  This enabled TAF drugs to be administered at significantly lower dosages than TDF, reducing toxicity and the risk of negative side effects.[20]  The FDA approved Genvoya on November 5, 2015.[21] Gilead subsequently sought and received FDA approval for a TAF-based version of Complera called Odefsey on March 1, 2016 and a TAF-based version of Truvada called Descovy on April 4, 2016.[22]

### B.  Allegations in this Matter

13.    The Complaint alleges that Gilead discovered TAF, a less toxic form of tenofovir than TDF and, therefore, less harmful to patients, well before deciding to create and seek approval for drugs containing TAF.[23]  Gilead allegedly chose not to pursue the development of pharmaceutical products containing TAF for over 10 years after its discovery, even though TAF-based formulations had significantly reduced risks to consumers compared to TDF, while

---

[16] FDA, "NDA Approval Letter: NDA 203100," August 27, 2012 (Stribild) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2012/0203100Orig1s000ltr.pdf).

[17] FDA, "NDA Approval Letter: NDA 207561," November 5, 2015 (Genvoya) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2015/207561Orig1s000ltr.pdf).

[18] See for example, GILTDF106400201367.

[19] Complaint, ¶ 347.

[20] J. Custodio, *et al.,* "Pharmacokinetics and Safety of Tenofovir Alafenamide in HIV-Uninfected Subjects with Severe Renal Impairment," *Antimicrobial agents and chemotherapy,* 60(9), September 2016, pp. 5135-40.

[21] FDA (November 5, 2015), *op. cit.*

[22] Complaint, ¶¶ 350-51.  FDA, "NDA Approval Letter: NDA 208351," March 1, 2016 (Odefsey) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2016/208351Orig1s000ltr.pdf).  FDA, "NDA Approval Letter: NDA 208215," April 4, 2016 (Descovy) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2016/208215Orig1s000ltr.pdf).

[23] Complaint, ¶ 347.

maintaining the same clinical benefits.[24]  It is alleged that "Gilead knew that by withholding the safer TAF design, it could extend the longevity of its HIV drug franchise and make billions…first, with TDF medications until TDF patent expiration, which would begin by no later than 2018, and second, with TAF medications until TAF patent expiration as late as 2032. … In addition, by delaying the filing of a [New Drug Application] for its first TAF product, for which it received five-year regulatory exclusivity, Gilead knew that it was also delaying the entry of any generic manufacturer…."[25]  In other words, Gilead allegedly withheld a superior treatment and allowed patients to face unnecessary risks associated with TDF products in order to introduce TAF products at a time that would be more financially advantageous.

14.     Gilead had developed TAF before they launched Viread, the first of their TDF drugs, in 2001.[26]  As mentioned above, TAF can be administered at a significantly lower dosage than TDF, reducing toxicity and the risk of negative side effects.[27]  Gilead filed a provisional patent for TAF on July 21, 2000,[28] and published a paper in 2001 showing that TAF needed one-thousandth of the dose compared to tenofovir to achieve the same result in terms of reducing HIV viral load.[29]  Gilead also disclosed these positive TAF results to investors from 2001-2004, and characterized the development of TAF as "promising."[30]

15.     I understand from the Complaint that in 2004, Gilead slowed its introduction of TAF to the market, asserting that TAF-based treatments were not sufficiently different from Viread to make the TAF-based drugs viable.[31]  This assertion was contradicted multiple times in the years following the slowdown in development of TAF, via publications, patents, and clinical results that showed that TAF was superior to TDF.[32]  However, when Gilead restarted its efforts to

---

[24] Complaint, ¶¶ 422-432.

[25] Complaint, ¶¶ 424 and 428.

[26] Complaint, ¶ 347.

[27] Complaint, ¶ 348.

[28] Complaint, ¶ 393.

[29] Complaint, ¶ 394.

[30] Complaint, ¶¶ 397-400.

[31] Complaint, ¶ 403.

[32] Complaint, ¶¶ 406-407.

launch a TAF-based treatment in 2010, it renewed claims of the clinical superiority of TAF over TDF-based treatments.[33]  After restarting TAF development, Gilead referred to TAF-based treatments as "new" even as far as 2015—well over a decade since it was first in development.[34]

16.    Plaintiffs allege that the true rationale behind delaying TAF-based treatments was that Gilead did not want to negatively affect the sales of their TDF-based franchise.  By delaying the launch of TAF-based products, Gilead could sell their TDF-based products until their patent expiration, then launch TAF-based treatments towards the end of the TDF product lifecycle. Under Hatch-Waxman rules, the TAF-based products would enjoy a minimum of five years of market exclusivity, thus extending the market exclusivity of Gilead's HIV franchise.[35]  In other words, Gilead did not want to cannibalize their own sales of TDF-based drugs, so they strategically timed the entry of their TAF-based products to minimize the overlap in the market exclusivity of their TDF and TAF products.[36]

17.    To preserve their profitability, Gilead had to carefully time the launch of their new products.[37]  Gilead did not begin selling TAF-based medicines until 2015, when only two years remained on their TDF patent.[38]  While patent protection on their TDF products would expire no later than 2018, market exclusivity of the Gilead HIV franchise could be extended with the introduction of TAF-based treatments until as late as 2032.[39]

18.    Plaintiffs in this matter allege that they have suffered numerous health complications and pain because of their consumption of Gilead's TDF products.[40]  What follows lays out the landscape of the pharmaceutical industry and explains why it was profitable for Gilead to delay

---

[33] Complaint, ¶ 409.

[34] Complaint, ¶ 421.

[35] Complaint, ¶ 428.

[36] Complaint, ¶¶ 422-424.

[37] Complaint, ¶ 10.

[38] Complaint, ¶¶ 10-11.

[39] Complaint, ¶ 10.

[40] Complaint, Section IV.

TAF-based products, despite, as the Complaint claims,[41] the benefits of TAF-based products to patients.

## IV.   ECONOMICS OF THE PHARMACEUTICAL INDUSTRY

19.     To understand the impact of the defendants' alleged delay of TAF-based products on the plaintiffs, it is necessary to consider both the special features of supply and demand for pharmaceuticals and the institutional context of the pharmaceutical industry.

20.     A critical factor affecting competition in all markets is the nature of demand.  For most goods, the theory of demand is based on the notion that individuals facing a set of alternative goods under a budget constraint choose how much to consume in accordance with the prices they face and their preferences.  Yet prescription drugs do not fit easily into this simple model of demand for three reasons.  First (and accepting there can be some influence of direct-to-consumer advertising and other sources of consumer information), consumers do not generally have well-informed preferences about prescription drugs; they know neither the full universe of therapeutic choices nor the clinical benefits and safety profiles thereof.  Second, individual patients cannot purchase prescription drugs without consulting a professional.  In most cases, a physician diagnoses and treats their condition.  Physicians are generally not informed of the patient's pharmaceutical costs for various medications and have no incentive to lower these costs.  Therefore, physicians do not directly put pressure on prices through their decision making.  Third, patients in the U.S. typically do not pay directly for the full cost of prescription drugs.  Instead, they purchase (or receive through their employers or government agencies) health insurance, which covers most of these costs.

21.     On the supply side of the market, prescription drugs differ from most other goods in that regulations play a central role in determining the number of suppliers of a given medication.  For new drugs, the United States Food and Drug Administration (FDA) requires a manufacturer to submit a New Drug Application (NDA) that contains extensive scientific and clinical evidence to support both the safety and effectiveness of the product.  Since the Hatch-Waxman Act of 1984, drugs approved through an NDA are granted a minimum period of exclusivity, which precludes

---

[41] Complaint, ¶¶ 422-432.

generic entry.  Prospective generic entrants submit an Abbreviated New Drug Application (ANDA), which contains scientific evidence of bioequivalence and pharmaceutical equivalence between the proposed generic and the original product (which is referred to as the "reference listed drug").  Below, I describe these regulatory pathways and their impact on competition in the pharmaceutical industry in greater detail.

## V.   COMPETITION IN THE PHARMACEUTICAL MARKET

22.     Prior to patent expiration, brand-name pharmaceuticals typically face little price competition.  The lack of price competition is in part due to explicit strategies by pharmaceutical manufacturers to differentiate products within a therapeutic class along non-price dimensions, such as the number and types of approved indications (that is, the conditions for which a given drug is approved to treat) and side-effect profiles.  In addition to actual differentiation of product characteristics, pharmaceutical companies may create and reinforce perceived product differentiation through marketing to physicians and consumers.

23.     The ability of a pharmaceutical manufacturer to protect sales from price competition from other brand-name drugs is reinforced by the fact that prescription drugs are so-called "experience" goods.[42]  In economic terms, experience goods are products whose worth cannot be judged by consumers without direct experience.  Search goods, by contrast, can readily be compared prior to purchase based on a list of product characteristics.  Price competition is generally less vigorous among experience goods because there are switching costs (*e.g.*, a patient has to try a new drug that might worsen symptoms and cause adverse effects) that may cause consumers to settle for less than the best value for the money.  Although physicians and patients can build up experience with a range of products in this market, they will be reluctant to switch when they find something that appears to work with tolerable side effects.[43]  Coupled with the fact that physicians have been observed to form habits with regard to drug choice even across

---

[42] E.R. Berndt, "Pharmaceuticals in US health care: Determinants of Quantity and Price," *The Journal of Economic Perspectives*, 16(4), 2002, pp. 45-66 at p. 52.

[43] H.A. Huskamp, "Managing Psychotropic Drug Costs: Will Formularies Work?" *Health Affairs*, 22(5), September 2003, pp. 84-96 at p. 90.

heterogeneous patients,[44] prescription drugs being "experience drugs" substantially buffers existing brand-name drugs from the effects of strategic pricing by other brand-name drugs.

24.    However, unlike other brand-name drugs in the same therapeutic class, generic drugs cannot easily be portrayed as imperfect substitutes for their parent drugs due to rigorous requirements of the FDA that generics function in the same way as their brand-name drug equivalents.[45]    In order for a generic drug to obtain an AB-rating from the FDA and therefore be substitutable for the brand product, it must meet rigorous requirements and establish that, as compared to the reference drug, it has "identical active ingredients(s), dosage form, and route(s) of administration … [and] the same strength … [and] generally will be coded AB if data and information are submitted demonstrating bioequivalence."[46]    Thus, generic entry opens the door for much more vigorous price competition that drives down prices for a given set of AB-rated bioequivalent products.

## A.    The Hatch Waxman Act and Generic Entry

25.    The passage of the Hatch Waxman Act in 1984 both bolstered competition from generic drugs, and extended brand drug manufacturers' periods of market exclusivity devoid of generic competition.[47]    Hatch Waxman encouraged generic drug manufacturers to find and challenge patents that were weak or invalid, and streamlined the entry process via the ANDA process.[48] The ANDA process allowed generic manufacturers to rely on brand manufacturers' clinical trial

---

[44] R.G. Frank and R.J. Zeckhauser, "Custom-made versus ready-to-wear treatments: Behavioral propensities in physicians' choices," *Journal of Health Economics*, 26(6), 2007, pp. 1101-1127 at p. 1102; J.K. Hellerstein, "The importance of the physician in the generic versus trade-name prescription decision," *The RAND Journal of Economics,* 29(1), Spring 1998, pp. 108-136.

[45] The FDA defines generic drugs as follows: "A generic drug is identical – or bioequivalent – to a brand name drug in dosage form, safety, strength, route of administration, quality, performance characteristics and intended use. Although generic drugs are chemically identical to their branded counterparts, they are typically sold at substantial discounts from the branded price. According to the Congressional Budget Office, generic drugs save consumers an estimated $8 to $10 billion a year at retail pharmacies." (see FDA, "What Are Generic Drugs?" (https://www.fda.gov/drugs/generic-drugs/what-are-generic-drugs)).

[46] Food and Drug Administration (FDA), "Orange Book Preface," 37th Edition (http://www.fda.gov/drugs/developmentapprovalprocess/ucm079068.htm), emphasis in original removed.

[47] Drug Price Competition and Patent Term Restoration Act of 1984 (Hatch Waxman Act).

[48] PhRMA, "What is Hatch-Waxman?" July 12, 2018 (https://phrma.org/resource-center/Topics/Cost-and-Value/What-is-Hatch-Waxman).  See also, FDA, "Abbreviated New Drug Application (ANDA)," January 14, 2022 (https://www.fda.gov/drugs/types-applications/abbreviated-new-drug-application-anda).

data on safety and effectiveness, thereby eliminating the need to duplicate these results, reducing both the time and expense associated with generic market entry.[49]  On the brand drug side, Hatch Waxman introduced five-year market exclusivity periods for new and innovative drugs, excluding the regulatory review processing time as part of the life of this exclusivity, and allowed for extensions of exclusivity periods for new applications, or line extensions of existing drugs.[50]

26.     Hatch Waxman has four certifications under which generic manufacturers can submit an ANDA and introduce their drug to the market.  They are as follows:[51]

Paragraph I: The brand drug in question has no patents.

Paragraph II: Any patents previously listed have expired.

Paragraph III: The generic company will enter after the future date when the brand drug's patents expire.

Paragraph IV: The brand drug's patents are invalid or unenforceable, and, therefore, will not be infringed by the generic's ANDA.

27.     Prescription drugs differ from other products in one further, important regard: there exists a structural barrier to substitution between drugs that are not AB-rated by the FDA.  In most states, pharmacists are permitted or even mandated to substitute the AB-rated generic when the brand name is permitted or even mandated.[52]  Conversely, substitution by a pharmacist of a product that is not AB-rated for the one written on the prescription form is not permitted.  This prohibition extends to products that contain the same chemical entity, including the same drug in a different strength or dosage form (tablet versus capsule, for example).

28.     Generic substitution laws mean that the pharmacy becomes the locus for decision making about generic substitution, whereas physicians make decisions about what therapeutic entity to select.  This is critical because pharmacies, unlike physicians, face strong financial incentives to

---

[49] FDA (January 14, 2022), *op. cit.*

[50] PhRMA, *op. cit.*

[51] 21 U.S.C. § 355(j) (2) (A) (vii) (I-IV) (https://www.gpo.gov/fdsys/pkg/USCODE-2010-title21/pdf/USCODE-2010-title21-chap9-subchapV-partA-sec355.pdf).

[52] See, for example, J.C. Vivian, "Generic-Substitution Laws," *US Pharmacist*, 33(6), June 2008, pp. 30-34 at p. 32.

choose an AB-rated generic when one is available.  Generally, for a pharmacy, dispensing a generic is more profitable than dispensing the brand.[53]  Moreover, pharmacies can increase profits by seeking out the lowest cost generic on the market.  The combination of the ability to influence which generic manufacturer's product is used to fill a prescription and the payment incentives that encourage generic use means that pharmacies can, and do in fact, stimulate price competition between manufacturers of AB-rated bioequivalent products.

29.    The Hatch Waxman Act successfully encouraged generic entry and competition in the U.S. market.[54]  According to a 1998 Congressional Budget Office (CBO) report, in the early 1990s, the average generic entrant captured about 44% of the market share (brand plus generics) after one year.[55]  It is not uncommon for a generic drug launched today to capture 80-90% market share in 6 months to a year, as shown in Figure 1 below.[56]  This trend is industry-wide. For example, in 2007, approximately 67% of all U.S. prescriptions were filled with generic drugs and in 2015 this grew to 88%.[57]  By 2018, this proportion was approximately 90%.[58]

---

[53] See Berndt, *op. cit.*, p. 63.

[54] R.G. Frank, "The Ongoing Regulation of Generic Drugs," *The New England Journal of Medicine*, November 2007, 357(20), pp. 1993-1996.

[55] Congressional Budget Office (CBO), "How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry," July 1998, pp. xiii and 67.

[56] See Federal Trade Commission (FTC), "Pay-for-Delay:  How Drug Company Pay-Offs Cost Consumers Billions," January 2010, p. 8, where it reports a 90% generic penetration rate in mature markets (*i.e.*, markets one year after a generic entrant). See also, H. Grabowski, *et al.*, "Updated trends in US brand-name and generic drug competition," *Journal of Medical Economics*, 19(9), pp. 836-844 at Figure 5. Also, see FTC, "Authorized Generics: An Interim Report," June 2009, pp. 15-16, where it reports average retail quantities dispensed of the generics range from approximately 76-84% at the end of six months.

[57] IMS Institute for Healthcare Informatics, "The Use of Medicines in the United States: Review of 2011," April 2012, p. 26 (https://www.kff.org/wp-content/uploads/sites/2/2012/10/ihii_medicines_in_u.s_report_2011.pdf) and QuintilesIMS, "IMS Health Forecasts Global Drug Spending to Increase 30 Percent by 2020, to $1.4 Trillion, As Medicine Use Gap Narrows," November 18, 2015 (https://www.businesswire.com/news/home/20151118005301/en/IMS-Health-Forecasts-Global-Drug-Spending-Increase).

[58] Association for Accessible Medicines (AAM), "The Case for Competition: 2019 Generic Drug and Biosimilars Access and Savings in the U.S. Report," 11th ed., 2019, p. 8.

---

*Figure 1*
*Average monthly brand share of standard units of the molecule/form*
*following first generic entry, from Grabowski, et al.*[59]



30.     The increase in generic entry had important implications for drug prices.  According to the same 1998 CBO report, retail prices for generic drugs were on average 25% less than prices for the original brand drug.[60]  A more recent FTC study reports that generic prices in mature markets (*i.e.*, approximately one year after generic entry) are on average 85% less than the pre-entry brand price.[61]  Moreover, generic drugs substantially reduce patient out-of-pocket costs and save money overall.  In 2020, low-cost generics saved consumers and the healthcare system $338

---

[59] Grabowski, *et al.*, *op. cit.*, Figure 5.

[60] CBO, *op. cit.*, p. xiii.

[61] FTC, 2010, *op. cit.*, p. 8.

billion annually.[62]  In 2020, the average generic copay was $6.61, while the average brand-name copay was $55.82. [63]

31.     In summary, decades of research demonstrates that generic entry leads to a dramatic reduction in the brand drug manufacturer's market share, resulting in large losses in profitability for the incumbent.  While generic entry is an existential threat to brand drugs, it leads to reductions in drug prices, consumers' out-of-pocket spending, as well as overall prescription drug spending by third party payers.

## VI.    BRAND MANUFACTURER STRATEGIES TO EXTEND MARKET EXCLUSIVITY

32.     Brand companies realize most of their profits for a drug in the period before generics enter the market.[64]  As such, brand drug manufacturers are heavily incentivized to extend their drugs' periods of market exclusivity.  Drug manufacturers employ a variety of strategies to extend exclusivity periods that protect them from generic competition, including legal challenges, patent "thickets," line extensions, and pay-for-delay arrangements wherein generic manufacturers are financially compensated or otherwise incentivized to delay market entry.[65]

33.     Another such strategy is a product switch, colloquially referred to as a "product hop."  In a product switch, brand drug manufacturers introduce a slightly modified version of the original product (sometimes a "line extension," defined below) toward the end of the original drug's patent life, and then spend significant resources to encourage existing patients and prescribers to switch to the new product before generic entry occurs on the original product.[66]  Product switching has been identified and studied by legal and economic scholars, including by the

---

[62] AAM, "The U.S. Generic and Biosimilar Medicines Savings Report," October 2021 (https://accessiblemeds.org/sites/default/files/2021-10/AAM-2021-US-Generic-Biosimilar-Medicines-Savings-Report-web.pdf), p. 7.

[63] *Ibid,* p. 6.

[64] Grabowski, *et al., op. cit*. at p. 843.  "[M]anufacturers earn almost all profits on a brand-name drug during the [market exclusivity period]."

[65] K.N. Vokinger, *et al.*, "Strategies That Delay Market Entry of Generic Drugs," *JAMA Internal Medicine*, 177(11), 2017, pp. 1665-1669.

[66] See, for example, V.C. Capati and A.S. Kesselheim, "Drug Product Life-Cycle Management as Anticompetitive Behavior: The Case of Memantine," *Journal of Managed Care and Specialty Pharmacy*, 22(4), April 2016, pp. 339-344.

Federal Trade Commission.[67]  A product switch minimizes the market for the original brand product, such that generic manufacturers either decline to compete against the original drug, or if they do, face a much smaller market.  The goal of a product switch is for brand drug manufacturers to extend their period of market exclusivity by switching the market from an older product to a newer one for which there is no generic substitute.[68]

34.     Line extensions usually contain the same active ingredient (molecule) as the original formulation but have a modified form (e.g., a tablet instead of a capsule), route of administration (e.g., oral instead of transdermal), or release mechanism (e.g., extended-release instead of immediate release).[69]  Brand manufacturers can get a three year exclusivity extension by introducing new formulations.[70]  On one hand, line extensions can offer broader treatment access by making the product available to more patients or by giving patients more options (e.g., if there are some patients who do not tolerate intravenous administration, they might prefer to take a pill).[71]  However, it is not required that line extensions offer clinical benefits over the original formulation.  Thus, many critics caution that, rather than benefitting patients, some line extensions only serve to extend the brand manufacturer's profits.[72]

---

[67] S.D. Shadowen, K.B. Leffler and J.T. Lukens, "Anticompetitive Product Changes in the Pharmaceutical Industry," *Rutgers Law Journal*, 41(1&2), Fall & Winter 2009, pp. 1-81; A. Fowler, "Hurry Up or Wait? Strategic Delay in the Introduction of Pharmaceutical Line Extensions," December 23, 2019 (https://scholar.harvard.edu/files/afowler/files/Fowler_JMP.pdf); J. Cheng, "An Antitrust Analysis of Product Hopping in the Pharmaceutical Industry," *Columbia Law Review*, 108(6), pp. 1471-1515;  Brief for Amicus Curiae FTC Supporting Plaintiff-Appellant, Mylan Pharmaceuticals, Inc., *Plaintiff-Appellant, v. Warner-Chilcott PLC, et al.*, *Defendants-Appellees*, United States Court of Appeals for the Third Circuit, on appeal from the United States District Court, Eastern District of Pennsylvania, Case No. 2:12-cv-03824-PD; Capati and Kesselheim, *op. cit.*

[68] R.F. Beall, A.S. Kesselheim, and A. Sarpatwari, "New drug formulations and their respective generic entry dates," *Journal of Managed Care & Specialty Pharmacy*, 25(2), 2019, pp. 218-224.

[69] Congressional Research Service, "Drug Pricing and Pharmaceutical Patenting Practices," February 2020, p. 20 (https://sgp.fas.org/crs/misc/R46221.pdf).  Committee for a Responsible Federal Budget, "Limiting Evergreening for Name-Brand Prescription Drugs," July 26, 2021 (https://www.crfb.org/sites/default/files/managed/media-documents2022-02/HSI_Limiting_Evergreening_for_Name-Brand_Prescription_Drugs.pdf).

[70] Congressional Research Service, *op. cit.*, p. 9.  Here, because the switch product TAF was a new compound that had not previously been approved by the FDA, Gilead received 5-year marketing exclusivity for Genvoya. Complaint, ¶ 428.

[71] B.T. Shapiro, "Estimating the cost of strategic entry delay in pharmaceuticals: The case of Ambien CR," *Quantitative Marketing and Economics*, 14(3), 2016, pp. 201-231.

[72] M.A. Carrier and S.D. Shadowen, "Product Hopping: A New Framework," *Notre Dame Law Review*, 91(1), 2016, pp. 167-230 at p. 221: "patent law does not require that the product be an improvement and in fact allows patents on 'less effective' products."  See also, for a discussion of line extensions from the perspective of managed care:  J.

---

35.     Product switches rely on the fact that generic substitution laws require that the generic product be bioequivalent to the brand prescribed for automatic substitution to occur.  Because generics for the original product do not meet the bioequivalence standards required to be substituted for the reformulated product, they primarily compete against the original formulation.  As brand drug manufacturers convince patients and prescribers to switch to the reformulation, generic manufacturers that were preparing to compete with the original drug ultimately face a much smaller market opportunity.  Combined with the market exclusivity granted to brand manufacturers from the reformulation as described above, the product switch results in an extension of market exclusivity, and associated higher profits, for the branded drug franchise (the original branded drug and the reformulation of the same molecular entity).

36.     A product switch can be either a "soft switch" or a "hard switch."  A soft switch occurs when the brand drug manufacturer promotes the new product to prescribers to encourage substitution to this new product, but the original formulation is kept on the market.  An illustration of a soft switch appears in Figure 2.

*Figure 2*
*Illustration of a Product Soft Switch*



Berger, *et al.*, "How Drug Life-Cycle Management Patent Strategies May Impact Formulary Management," *American Journal of Managed Care*, January 2017 (https://www.ajmc.com/view/a636-article).

37.     In a hard switch, the manufacturer ceases production of the original product altogether, thereby forcing prescribers to use the reformulated product if they want to keep their patients on the drug.  An illustration of a hypothetical hard switch appears in Figure 3, below.

*Figure 3*
*Illustration of Product Hard Switch*



The timing of a new drug entering the market reflects many factors, including regulatory market characteristics, strategic and profit considerations, and clinical need.  Another consideration for pharmaceutical manufacturers executing a product switch is the risk of cannibalization of their own sales.  Cannibalization refers to lost sales of the original product to the new product.  While the new product might expand the market of potential consumers because of changes in the administration route or other characteristics, it might also simply substitute recurring customers of the old product to the new one.  Research shows that in general, it is socially optimal for new products to enter the market as soon as possible, as consumers that might benefit from the new product do not have to wait.[73]  However, from a profitability standpoint, brand drug manufacturers may strategically delay introducing the reformulation to balance the timing and amount of cannibalization against the need to execute their product switch and prevent market share loss from generic competition to the older product.

---

[73] W.Y. Oi, "The welfare implications of invention," in T. Bresnahan and R. Gordon, eds., The Economics of New Goods, University of Chicago Press for the NBER, 1996, pp. 109-142.

38.     Product switches are effective at combating brand manufacturer market share erosion and loss of sales to generic competition.  A 2020 review of recent, high-profile product switch cases states that product switching "is remarkably effective in the prescription drug market because generic drugs achieve the market share and healthcare savings they are known for through near-universal automatic substitution policies.  Generic substitution and savings are thwarted if patients have been moved to a protected drug before generic competitors can enter the market."[74]  It is evident that the tactic of product switching is profitable for the brand companies that undertake it.  Conversely, the same review found that the five product switches analyzed cost the U.S. healthcare system $4.7 billion in excess spending annually.[75]  A separate study estimates that for a single drug (Ambien CR), the strategic delay in launch cost consumers $644 million over seven years.[76]

## VII.  INTERNAL DOCUMENTATION SUGGESTS GILEAD'S ALLEGED CONDUCT IN DELAYING TAF CAN BE EXPLAINED BASED ON THE ECONOMICS OF PRODUCT SWITCHES

39.     The delayed TAF products, according to the Complaint, were clinically superior to the TDF products.  This is not always the case in product switches – some involve only slight changes (e.g., from a tablet to a capsule) between the older and newer products.[77]  However, the economic incentives that lead brand manufacturers to attempt to execute product switches and the logic that determines their optimal timing (i.e., the tradeoff between cannibalization and preventing generic erosion of the original brand) can be used here to understand why Gilead delayed market entry of their TAF products.

40.     Documentary evidence reveals that Gilead understood the launch of its TAF-based drugs as a means of maintaining sales in the tenofovir market and avoiding the effects of generic TDF-

---

[74] A. Brill, "The Cost of Brand Drug Product Hopping," *Matrix Global Advisors*, September 2020, p. 3 (https://www.optum.com/content/dam/optum3/optum/en/resources/PDFs/3505955-thought-leadership-cost-of-product-hopping-sept2020.pdf). This report analyzes the examples of Prilosec, TriCor, Suboxone, Doryx, and Namenda, which were litigated between 2000 and 2019.

[75] *Ibid.* Another study finds that a product switch involving a single drug cost between $4.3 and $6.5 billion from 2015 and 2017. B.N. Rome, F.A. Tessema, and A.S. Kesselheim, "US Spending Associated With Transition From Daily to 3-Times-Weekly Glatiramer Acetate," *JAMA Internal Medicine*, 180(9), September 2020, pp. 1165-1172.

[76] Shapiro, *op. cit.*

[77] GILTDF106400200181.

based drugs.  In particular, documents produced in this matter suggest that Gilead anticipated that generic TDF competition would jeopardize their dominant position in the HIV drug market and cause a very substantial loss of sales revenue.  In 2010, they developed a 15-year plan for the HIV franchise, which begins by saying:

> "Gilead is at a critical juncture. Gilead's success to date is in large part due to it's [sic] contributions to the field of HIV/AIDS (both in the developing and the developed world) and currently more that [sic] 80% of the revenues come from three products which now are part of the standard of care for HIV infections. These products face competition from alternative generic compounds and in 2018-2021 they will lose patent protection in major markets."[78]

41.    Gilead apparently prepared to mitigate this loss by applying a strategy with some product switch features to their first TAF product.  As early as 2003, a Gilead financial analysis of GS-7340 (the TAF compound that would be first approved in the fixed dose combination, Genvoya) suggested that "GS7340 may provide an additional four years of market exclusivity … developing GS7340 as an exclusivity extension strategy can provide a positive financial return provided that at least 85,000 patients in the US and EU are switched to GS7340 before TDF's patent expiration and are maintained on therapy through 2021."[79]  At the 2011 Goldman Sachs Healthcare Conference, Gilead's President and Chief Executive Officer John Milligan explained that the company's "ability to develop and get [TAF] onto the market prior to [TDF] patent expiration will be key to us, to maintain the longevity."[80]  These documents appear to show that Gilead was anticipating the launch of generic TDF drugs and the ability of their TAF-based products to protect from financial losses by switching these TDF consumers to TAF-based treatments.

42.    As described in Section VI, any TDF generics that launched after Gilead's TAF-based product would, of course, not be bioequivalent to the TAF-based products, and, therefore, not substitutable by pharmacists when the brand TAF-product was prescribed.  Gilead's internal

---

[78] GILTDF109300326146.

[79] GILTDF106400200181.

[80] Thomson StreetEvents, "FINAL TRANSCRIPT: GILD - Gilead Sciences Inc at Goldman Sachs Global Healthcare Conference," *Thomson Reuters,* June 7, 2011. Also cited in Complaint, ¶ 431.

planning documents contain statements suggesting that its "tenofovir exclusivity extension" strategy was premised on this fact. In the September 2003 memo to Gilead's Development Committee, "Financial Analysis of GS7340 as a Tenofovir Exclusivity Extension," a key assumption was that "[p]atients that are switched to the GS7340 products would not be cannibalized by the introduction of generic forms of TDF."[81]

43.     In addition, Gilead's internal documents suggest that the motivation behind the delay and subsequent introduction of TAF-based treatments was to encourage patients and prescribers to switch to TAF before generic TDF generic entry. In an email between Gilead executives, they conclude that "[t]he only viable option...[is to] try to initiate new patients on 7340 and switch as many TDF patients as possible to 7340 within the window between launch (2015) and TDF patent expiration (2017/2018)."[82] Their description of this switching process is nearly identical to common definitions of product switches described above.

44.     The timing element to maximize revenues is clearly present here as Gilead explicitly timed their launch of TAF-based products in relation to anticipated TDF generic entry. In 2003, Gilead stated: "For GS7340 to be successful in switching patients away from TDF, GS7340 will need to be differentiated from Viread and launched well in advance of TDF's patent expiration."[83] Similarly, Gilead employees stated that their TAF drug would likely only perform well if it was launched before generic versions of their TDF drug entered the market: "[I]t would be hard to convince payers to pay for a premium priced HIV drug without direct link to clinical outcome when a generic version of a similar drug is available."[84] Gilead acknowledged that once they initiated patients on TAF, it was unlikely that these patients would switch to a generic version of TDF, even if it were cheaper: "By then, it would be harder for payers (more so private payers than public payers) to force switch patients who are well suppressed on 7340 to generic

---

[81] GILTDF106400200181.

[82] GILTDF104100006212.

[83] GILTDF106400200181 (assuming TAF launch in 2015, two years before TDF patent expiration in 2017). See also GILTDF111601877971 (assuming Gilead would launch TAF two years before the patent expiry of TDF in 2017 and replace TDF with TAF products that had four additional years of patent protection); GILTDF111001201107 (financial analysis of "IP extension strategy for Viread" involved moving TAF development costs forward "such that we would get 7340 on the market two years prior to 2017).

[84] GILTDF104100006212.

TDF."[85]  Gilead recognized the automatic substitution that would follow the arrival of generic TDF drugs, and acted to preempt it by timing the launch of TAF-based drugs for the period before TDF's patent expiry.

45.     Fundamentally, a product switch is about preserving a brand drug's market share when faced with the prospect of generic entry.  The same is true in this matter: documents produced by Gilead show employees talking openly about their TAF-based products being a patent-extension strategy, which I take to mean an extension in their market exclusivity since patent lives are fixed.  For example, a March 2004 email among employees at Gilead mentioned a scenario of GS-7340 as a "base case patent extension strategy."[86]  Similarly, in April 2004, the Development Committee discussed that Gilead would, in fact, pursue the development of GS-7340, if only to acquire continuous patent protection: "If GS-7340 is not efficacious in [a treatment-experienced] population it will be developed but only to replace Viread and provide patent extension.  The timing of development activities for this purpose, however, will require additional discussion."[87]  Moreover, Gilead revealed in April 2003 Development Committee meeting minutes that "[t]he recommendation … was to stop development due to the likelihood that GS-7340 would ultimately cannibalize Viread regardless of its efficacy and safety profile…."  This same document goes on, however, to say that "One reason for continuing/restarting development would be to obtain patent extension."[88]  Thus, Gilead's own documents show that they conceived of the TAF product as a strategy to maintain their market share in the face of generic competition, and they planned the timing of its launch accordingly.

46.     Finally, Gilead's documents reflect the economic incentives of strategically delaying the new product to minimize cannibalization.  From the beginning of TAF development, Gilead's documents stated that TAF "should not be allowed to cannibalize the TDF program."[89]  In 2003, concern about cannibalization of TDF sales "regardless of [TAF's] safety and efficacy profile" caused Gilead to stop the TAF development program until the patent extension strategy could be

---

[85] GILTDF104100006212.

[86] GILTDF111601879352.

[87] GILTDF106400202091.

[88] GILTDF106400200094.

[89] GILTDF104300013011.

considered.[90]   And under the "Viread patent extension strategy," which became the "base case" in 2004, Gilead stated that TAF development would be "delayed" in order to "maximize the lifecycles of Viread and FDC."[91]   As explained above, delaying the entry of a new drug, even if this new drug has full market exclusivity, can be economically beneficial if it extends the overall drug franchise's market exclusivity.   This is because delaying the new drug minimizes the overlap of market exclusivities between the old and the new drug, thereby reducing cannibalization.

47.    Gilead's public justification for the delay of TAF-based products was contradicted by their internal communications, as well as their public-facing statements when they ultimately did launch TAF.   While privately discussing the intentional delay of TAF product development, Gilead claimed (in a 2004 press release that is still available on their website) that they did "not believe that GS 7340 has a profile that differentiates it [from TDF] to an extent that supports its continued development."[92]   Internal documents around this period repeatedly contradict this statement:

- In a 2002 Preliminary Commercial Recommendation, Gilead described GS-7340 as a new oral prodrug that had the potential to provide greater efficacy and a better safety profile than TDF.[93]

- In a 2003 business review, Gilead described GS-7340 as "a novel second generation prodrug of Tenofovir with enhanced potency and superior efficacy in patients who have multiple nucleoside resistant mutations."[94]

---

[90] GILTDF106400200094.

[91] GILTDF108900271721.

[92] Gilead, "Gilead Discontinues Development of GS 9005 and GS 7340; Company Continues Commitment to Research Efforts in HIV," October 21, 2004 (https://www.gilead.com/news-and-press/press-room/press-releases/2004/10/gilead-discontinues-development-of-gs-9005-and-gs-7340-company-continues-commitment-to-research-efforts-in-hiv).  This press release is also referenced in Complaint, ¶ 403.

[93] GILTDF106400201367.

[94] GILTDF106400201449.

- In a May 2004 HIV Strategic Development Plan, Gilead explained that GS-7340 "produced lower systemic exposure to tenofovir than Viread which could translate into reduced potential for long-term toxicity (i.e., renal or bone mineral density)."[95]

- In a September 2004 GS-7340 Development Plan Update, Gilead stated that the benefits of TAF under the "Viread extension/replacement scenario" included the "reduced potential for real or perceived long-term toxicity (i.e., renal or bone mineral density.)"[96]

Thus, while Gilead documents from as far back as 2002 appear to show how that Gilead knew of TAF's improved safety potential, their first TAF-based drug, Genvoya, did not appear on the market until November 2015—a couple of years before the first generic entry for the TDF drugs. To the extent that these documents show that Gilead knew TAF was a safer drug, it is hard to see an economic reason for delaying its development other than to extend the profitability of their tenofovir franchise. The timing of Genvoya's entry shows that Gilead's actions fall into a product switch framework.

48.    Data on Gilead sales for Genvoya suggest that their product switch strategy was highly profitable. Genvoya quickly became a success: between 2016 (the first full year that it was available) and 2017, its sales more than doubled,[97] and in 2018, it comprised the largest share of Gilead's HIV portfolio, with $4.6 billion of $21.6 billion in total product sales.[98] As expected in a product switch, sales of Gilead's TDF-based treatments dropped across the board. For example, Viread's sales declined by 12% and 71% in 2017 and 2018 respectively.[99] Notably, the drop in sales of TDF-based treatments started before generic competition began in late 2017, suggesting the decline was from the product switch, and not from generic competition.

---

[95] GILTDF117308591985.

[96] GILTDF116607970990.

[97] Gilead Sciences, Inc., "Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2018," February 2019, p. 34 (https://investors.gilead.com/static-files/bee9e03b-34e8-452e-89f8-c8a3b0603b90).

[98] *Ibid.*

[99] *Ibid.*

49.    In summary, both the pattern of Gilead's observable conduct (i.e., the timing of their development and launch of TAF-based products) and statements contained in their own documents are consistent with the economic logic of a product switch to extend market exclusivity and thereby maximize profits.

Meredith B. Rosenthal
May 27, 2022

**Attachment A**

# CURRICULUM VITAE

Date: January, 2022

**NAME:**             Meredith B. Rosenthal

**ADDRESS:**          Harvard T. H. Chan School of Public Health
                      677 Huntington Avenue
                      Boston, MA 02115
                      Tel: (617) 432-3418
                      meredith_rosenthal@harvard.edu

**BIRTHPLACE:**       Boston, Massachusetts

## EDUCATION:

1998        Health Policy (Economics track), Ph.D., Harvard University

1990        International Relations (Commerce), A.B., Brown University

## ACADEMIC APPOINTMENTS:

2011-present   C. Boyden Gray Professor of Health Economics and Policy
               Department of Health Policy and Management
               Harvard School of Public Health

2006-2011      Associate Professor of Health Economics and Policy
               Department of Health Policy and Management
               Harvard School of Public Health

1998-2006      Assistant Professor of Health Economics and Policy
               Department of Health Policy and Management
               Harvard School of Public Health

## ADMINISTRATIVE APPOINTMENTS:

2017-2018      Senior Associate Dean for Academic Affairs
               Harvard T. H. Chan School of Public Health

2013-2017      Associate Dean for Diversity
               Harvard T. H. Chan School of Public Health

## PROFESSIONAL SOCIETIES:

2014-present   Elected Member, National Academy of Medicine (Institute of Medicine)
2004-present   American Society of Health Economists
2000-present   International Health Economics Association
1995-present   AcademyHealth
               *Planning Committee for 2008 Annual Research Meeting*

## OTHER PROFESSIONAL EXPERIENCE:

1996-present   Academic Affiliate, Greylock McKinnon Associates

1993-1994      Analyst, Health Economics Research, Inc./The Center for Health Economics Research

1990-1993      Consultant, Price Waterhouse, Tax Economics Department

**SERVICE:**

2016-present     Member, Massachusetts Center for Health Information and Analysis Oversight Council

2013-2017        Board Chair, Massachusetts Health Quality Partners

2007-2016        Member, Massachusetts Public Health Council

2005             Expert Testimony, House Committee on Education and Workforce, House Subcommittee on Employer-Employee Relations, Hearing on Examining Pay-for-Performance Measures and Other Trends in Employer-Sponsored Health Care

2003             Expert Testimony, Senate Special Committee on Aging, Hearing on Direct to Consumer Advertising of Prescription Drugs: Exploring the Consequences

2001             Chair, Massachusetts Special Commission on Physician Compensation

**HONORS AND DISTINCTIONS:**

2016             AcademyHealth Paper of the Year Award

2016             Harvard TH Chan School of Public Health Student Mentoring Award

2015             Harvard TH Chan School of Public Health Advancement of Women Faculty Mentoring Award

2014             Harvard School of Public Health Junior Faculty Mentoring Award

2011             Harvard School of Public Health Teaching Citation

2010             Academy of Management Best Theory to Practice Paper in Health Care Management

2006             Alfred P. Sloan Foundation Industry Studies Fellowship

2003             Labelle Lectureship in Health Policy, McMaster University

**MAJOR ADMINISTRATIVE RESPONSIBILITIES:**

2016-2018        University President's Task Force on Inclusion and Belonging

2012-2014        Harvard School of Public Health Faculty Council, Vice-Chair (2012)

2007-2014        Harvard School of Public Health Committee on Admissions and Degrees, Chair (2010)

2007             Co-Chair, Harvard School of Public Health Child Care Task Force

2006-2011        Harvard School of Public Health Committee on the Concerns of Women Faculty

2000-present     Executive Committee on Higher Degrees in Health Policy, Harvard University

1999-present     Admissions Committee, Ph.D. Program in Health Policy, Harvard University

**EDITORIAL ACTIVITIES:**

| | |
|---|---|
| 1997-present | Referee: *Journal of Health Economics, Inquiry, Health Services Research, Health Affairs, Journal of the American Medical Association, New England Journal of Medicine, and others* |
| 2012-2015 | Member, *New England Journal of Medicine*, Perspective Advisory Board |
| 2008-2014 | Associate Editor, Medical Care, Research and Review |
| 1997-1998 | Assistant Editor, Evidence-based Health Policy and Management |

**MAJOR RESEARCH INTERESTS:**

1. Market-oriented health policy
2. Physician payment incentives
3. Consumerism and consumer-directed health plans
4. Economics of the pharmaceutical industry

**RESEARCH SUPPORT:**

Past Funding:

| | |
|---|---|
| 2015-2021 | Accelerating the Use of Evidence-based Innovations in Healthcare Systems, AHRQ, *Principal Investigator* |
| 2016-2021 | Identifying Cascades of Low-Value Care and the Organizational Practices that Prevent Them, AHRQ, *Co-Investigator* |
| 2016-2018 | Generic Drug Pricing: Actionable Research for Policy, Commonwealth Fund, Principal Investigator |
| 2015-2017 | Improving the Value of Health Care Choices, Arnold Foundation, *Principal Investigator* |
| 2012-2017 | Optimizing Ambulatory Patient Safety in Partnership with Primary Care Transformation, HMS Gift/CRICO, *Co-Principal Investigator* |
| 2016-2017 | Physician Payment in ACOs, Arnold Foundation, *Principal Investigator* |
| 2013-2015 | Understanding the Use and Impact of Price Data in Health Care, RWJF, *Co- Investigator* |
| 2013-2015 | Impact of Price Transparency Tools on Consumer Behavior, RWJF, *Co- Investigator* |
| 2013-2015 | Getting the Complete Picture: What Does the Body of Research on the Patient-Centered Medical Home Really Tell Us? CMWF, *Principal Investigator* |
| 2013-2015 | Prevalence and Variation in Over-Use of Health Services in Commercially Insured Patients, Peter G. Peterson Foundation, *Principal Investigator* |
| 2013-2015 | Measuring Overuse of Health Care: Are Providers and Patients 'Choosing Wisely'?, CMWF, *Co-investigator* |
| 2013-2014 | Prevalence and Variation in Over-Use of Health Services in Medicare: Choosing Wisely, RWJF, *Co-investigator* |

| | |
|---|---|
| 2012-2015 | Evaluating Sequential Strategies to Reduce Readmission in Diverse Populations, AHRQ, *Co-investigator* |
| 2010-2014 | Factors Associated with Effective Implementation of a Surgical Safety Checklist, AHRQ (R18), *Co-investigator* |
| 2010-2014 | A Randomized Trial of Behavioral Economic Interventions to Reduce CVD Risk, NIA (RC4), *Co-investigator* |
| 2008-2010 | Rewarding Quality Diabetes Management, RWJF/Hudson Health Plan, *Principal Investigator* |
| 2008-2009 | Effects of High-Deductible Health Plans on Families with Chronic Conditions, RWJF/Harvard Pilgrim Healthcare Plan, *Co-Investigator* |
| 2008-2008 | Implications of Value-Based Purchasing for Health Disparities: A Synthesis of the Evidence, Office of Minority Health, Department of Health & Human Services, *Principal Investigator* |
| 2008-2008 | Payment Reform Opportunities for Medicaid Programs, University of Pittsburgh, *Principal Investigator* |
| 2007-2009 | Changes in Health Care Financing and Organization: How does Fragmentation of Care Contribute to the Costs of Care? RWJF/HCFO, *Co-investigator* |
| 2006-2008 | Evaluating the Impact of a Novel Pay for Performance Program in a Medicaid Managed Care Plan, The Commonwealth Fund, *Principal Investigator* |
| 2006-2008 | Sloan Industry Studies Fellowship for Meredith Rosenthal, Alfred P. Sloan Foundation, *Principal Investigator* |
| 2005-2008 | Incentive Formularies and the Costs and Quality of Care, Agency for Healthcare Research and Quality, *Co-investigator* |
| 2005-2007 | Strategies to Improve the Value of Health Benefit Spending for Low-Wage Workers, The Commonwealth Fund, *Principal Investigator* |
| 2005–2007 | Uptake and Impact of Health Risk Appraisals, RWJ Health Care Financing and Organization Initiative, *Principal Investigator* |
| 2003-2007 | The Patterns and Impact of Value Based Purchasing, Agency for Healthcare Research and Quality, *Co-investigator* |
| 2002-2007 | Coverage, Organization of Care, and Colorectal Screening,    National Institutes of Health, *Co-investigator* |

**Current Funding**

2019-2022      Price, Spending and Utilization Impacts of Vertical Integration in Massachusetts, Laura and John Arnold Foundation

2018-2022      Generic cancer drugs: pricing and affordability, American Cancer Society

In this study there will be extensive conducting of empirical research using pharmaceutical data and analyzing economic and policy issues related to health care cost control.
Role: Co-Investigator

## TEACHING EXPERIENCE

2021-present    Health Policy 2000: Core Course for the PhD Program in Health Policy

2016-present    Health Policy and Management 260: Health Economics with Applications to Global Health Policy

2003-present    Health Policy and Management 209: Economics for Health Policy

2013-2014      Global Health and Health Policy 50 (Harvard College): The Quality of Care in the United States

1999-2001      Health Policy and Management 507: Mental Health Economics and Policy in the United States

## BIBLIOGRAPHY

### Peer-Reviewed Articles

1.   **Rosenthal MB**, Geraty RD, Frank RG, Huskamp HA. Psychiatric provider practice management companies: Adding value to behavioral health care? *Psychiatric Services*. 1999 Aug;50(8):1011-13.

2.   **Rosenthal MB**. Risk sharing in managed behavioral health care. *Health Affairs*. 1999 Sept-Oct;18(5):204-13.

3.   Huskamp HA, **Rosenthal MB**, Frank RG, Newhouse JP. The Medicare prescription drug benefit: How will the game be played? *Health Affairs*. 2000 Mar-Apr;19(2):8-23.

4.   **Rosenthal MB**. Risk sharing and the supply of mental health services. *Journal of Health Economics*. 2000 Nov;19(6):1047-65.

5.   Cutler DM, Epstein AM, Frank RG, Hartman RS, King C, Newhouse JP, **Rosenthal MB**, Vigdor ER. How good a deal was the tobacco settlement?: Assessing payments to Massachusetts. *Journal of Risk and Uncertainty*. 2000;21(2/3):235-61.

6.   **Rosenthal MB**, Frank RG, Buchanan JL, Epstein AM. Scale and structure of capitated physician organizations in California. *Health Affairs*. 2001 Jul-Aug;20(4):109-19.

7.   **Rosenthal MB**, Landon BE, Huskamp HA. Managed care and market power: Physician organizations in four markets. *Health Affairs*. 2001 Sept-Oct;20(5):187-93.

8.   Frank RG, **Rosenthal MB**. Health plans and selection: Formal risk adjustment vs. market design and contracts. *INQUIRY: The Journal of Health Care Organization, Provision, and Financing*. 2001 Fall;38(3):290-8.

9.  Cutler DM, Gruber J, Hartman RS, Landrum ME, Newhouse JP and **Rosenthal MB.** The economic impacts of the tobacco settlement. *Journal of Policy Analysis and Management*. 2002 Winter; 21(1):1-19.

10. **Rosenthal MB**, Berndt ER, Donohue JM, Frank RG, and Epstein AM. Promotion of prescription drugs to consumers. *New England Journal of Medicine*. 2002 Feb; 346(7):498-505.

11. **Rosenthal MB** and Newhouse JP. Managed care and efficient rationing. *Journal of Health Care Finance*. 2002 Summer;28(4):1-10.

12. **Rosenthal MB**, Frank RG, Buchanan JL, and Epstein AM. Transmission of financial incentives to physicians by intermediary organizations in California. *Health Affairs*. 2002 Jul-Aug;21(4):197-205.

13. Mello M, **Rosenthal MB**, and Neumann PJ. Direct-to-consumer advertising and shared liability for pharmaceutical manufacturers. *JAMA*. 2003 Jan 22-29;289(4):477-81.

14. **Rosenthal MB**, Fernandopulle R, Song HR, and Landon BE. Paying for quality: Providers' incentives for quality improvement. *Health Affairs*. 2004 March-April;23(2):127-41.

15. **Rosenthal MB** and Milstein A. Awakening consumer stewardship of health benefits: Prevalence and differentiation of new health plan models. *Health Services Research*. 2004 Aug;39(4):1055-70.

16. Donohue JM, Berndt ER, **Rosenthal MB**, Epstein AM, and Frank RG. Effects of pharmaceutical promotion on adherence to the treatment guidelines for depression. *Medical Care*. 2004 Dec;42(12):1176-85.

17. **Rosenthal MB**. Doughnut-hole economics. *Health Affairs*. 2004 Nov-Dec; 23(6):129-35.

18. **Rosenthal MB**, Frank RG, Li Z, and Epstein AM. Early experience with pay-for-performance: From concept to practice. *JAMA*. 2005 Oct 12;294(14):1788-93.

19. **Rosenthal MB**, Hsuan C. and Milstein A. A report card on the freshman class of consumer-directed health plans. *Health Affairs*. 2005 Nov-Dec;24(6):1592-1600.

20. **Rosenthal MB**, Zaslavsky AM and Newhouse JP. The geographic distribution of physicians revisited. *Health Services Research*. 2005 Dec;40(6):1931-52.

21. **Rosenthal MB** and Frank RG. What is the empirical basis for paying for quality in health care? *Medical Care Research and Review*. 2006 April;63(2):135-57.

22. **Rosenthal MB** and Daniels NB. Beyond competition: The normative implications of consumer-driven health plans. *Journal of Health Politics, Policy, and Law*. 2006 Jun;31(3):671-86.

23. Landon BE, **Rosenthal MB**, Normand S-LT, Spettell C, Lessler A, Underwood HR, Newhouse JP. Incentive formularies and changes in prescription drug spending. *American Journal of Managed Care*. 2007 June;13(6):360-69.

24. **Rosenthal MB**, Minden S, Manderscheid R, Henderson M. A typology of organizational and contractual arrangements for purchasing and delivery of behavioral health care. *Administration and Policy in Mental Health and Mental Health Services Research*. 2006 Jul;33(4):461-9.

25. **Rosenthal MB**, Landon BE, Normand S-LT, Frank RG, Epstein AM. Pay for performance in commercial HMOs. *New England Journal of Medicine*. 2006 Nov 2;355(18):1895-1902.

26. Mehrotra A, Epstein AM, **Rosenthal MB**. Do integrated medical groups provide higher-quality medical care than individual practice associations*? Annals of Internal Medicine*. 2006 Dec 5;145(11):826-33.

27. Donohue JM, Cevasco M, **Rosenthal MB**. A decade of direct-to-consumer advertising of prescription drugs. *New England Journal of Medicine*. 2007 Aug 16;357(7):673-81.

28. **Rosenthal MB**. Pay for performance and beyond. *Expert Review of Pharmacoeconomics and Outcomes Research*. 2007;7(4):351-5.

29. **Rosenthal MB**, Landon BE, Howitt K, Song HR, Epstein AM. Climbing up the pay-for-performance learning curve: Where are the early adopters now? *Health Affairs*. 2007 Nov-Dec;26(6):1674-82.

30. **Rosenthal MB**, Landon BE, Normand S-LT, Frank RG, Ahmad TS, Epstein AM. Employers' use of value-based purchasing strategies. *JAMA*. 2007 Nov;298(19):2281-8.

31. **Rosenthal MB**, Landrum MB, Meara E, Huskamp HA, Conti RM, Keating NL. Using performance data to identify preferred hospitals. *Health Services Research*. 2007 Dec;42(6):2109-19.

32. Timbie JW, Newhouse JP, **Rosenthal MB**, Normand S-LT. A cost-effectiveness framework for profiling the value of hospital care. *Medical Decision Making*. 2008 May-Jun;28(3):419-34.

33. Landon BE, **Rosenthal MB**, Normand SL, Frank RG, Epstein AM. Quality monitoring and management in commercial health plans. *American Journal of Managed Care*. 2008 Jun;14(6):377-86.

34. Meara E, **Rosenthal MB**, Sinaiko A, Baicker K. State and Federal approaches to health reform: What works for the working poor? *Forum for Health Economics and Policy*. 2007 July;10(1).

35. Mello MM, **Rosenthal MB**. Wellness programs and lifestyle discrimination - the legal limits. *New England Journal of Medicine*. 2008 Jul;359(2):192-9.

36. Camillus JA, **Rosenthal MB**. Health care coalitions: From joint purchasing to local health reform. *Inquiry*. 2008 Summer;45(2):142-52.

37. Schneider EC, **Rosenthal MB**, Gatsonis CG, Zheng J, Epstein AM. Is the type of Medicare insurance associated with colorectal cancer screening prevalence and selection of screening strategy? *Medical Care*. 2008 Sept;46(9):S84-90.

38. **Rosenthal MB**, DeBrantes FS, Sinaiko AD, Frankel M, Robbins RD, Young S. Bridges to excellence--Recognizing high quality care: Analysis of physician quality and resource use. *American Journal of Managed Care*. 2008 Oct;14(10):670-7.

39. Bae, SJ, **Rosenthal MB.** Patients with multiple chronic conditions do not receive lower quality of preventive care. *Journal of General Internal Medicine*. 2008 Sept;23(12):1933-9.

40. Timbie JW, Shahian DM, Newhouse JP, **Rosenthal MB**, Normand S-LT. Composite measures for hospital quality using quality-adjusted life years. *Statistics in Medicine*. 2009 Jan;28(8):1238-54.

41. **Rosenthal MB**, Landon BE, Normand S-LT, Ahmad TS, Epstein AM. Engagement of health plans and employers in addressing racial and ethnic disparities in health care. *Medical Care Research and Review*. 2009 Apr;66(2):219-31.

42. DeBrantes FS, D'Andrea G, **Rosenthal MB**. Should health care come with a warranty? *Health Affairs*. 2009 Jun;28(4):w678-87.

43. Huskamp HA, **Rosenthal MB**. Health risk appraisals: How much do they influence employees' health behavior? *Health Affairs*. 2009 Sept/Oct;28(5):1532-40.

44. **Rosenthal MB**, Li Z, Robertson AD, Milstein A. Impact of financial incentives for prenatal care on birth outcomes and spending. *Health Services Research*. 2009 Oct;44(5):1465-79.

45. **Rosenthal MB**, Li Z, Milstein A. Do patients continue to see physicians who are removed from a PPO network? *American Journal of Managed Care*. 2009 Oct;15(10):713-9.

46. Bae SJ, **Rosenthal MB**. Pharmaceutical promotion, prior authorisation and the use of erectile dysfunction medications in the US Medicaid population. *Journal of Management and Marketing in Healthcare*. 2009 Nov;2(4):384-400.

47. Mullen K, Frank RG, **Rosenthal MB**. Can you get what you pay for? Pay-for-performance and the quality of health care providers. *RAND Journal of Economics*. 2010 Spring;41(1):64-91.

48. Sinaiko A, **Rosenthal MB**. Consumer experience with a tiered physician network: Early evidence. *American Journal of Managed Care*. 2010 Feb;16(2):123-30.

49. Gilfillan RJ, Tomcavage J, **Rosenthal MB**, Davis DE, Graham J, Roy JA, Pierdon SB, Bloom FJ Jr, Graf TR, Goldman R, Weikel KM, Hamory BH, Paulus RA, Steele GD Jr. Value and the medical home: Effects of transformed primary care. *American Journal of Managed Care*. 2010 Aug;16(8):607-14.

50. Van Herck P, De Smedt D, Annemans L, Remmen R, **Rosenthal MB**, Sermeus W. Systematic review: Effects, design choices, and context of pay-for-performance in health care. *BMC Health Services Research*. 2010 Aug; 10(1):247.

51. Weinick RM, Chien AT, **Rosenthal MB**, Bristol SJ, Salamon J. Hospital executives' perspectives on pay-for-performance and racial/ethnic disparities in care. *Medical Care Research and Review*. 2010 Oct;67(5):574-89.

52. Choudhry NK, **Rosenthal MB**, Milstein A. Assessing the evidence for value-based insurance design. *Health Affairs*. 2010 Nov;29(11)1988-94.

53. Kullgren JT, Galbraith AA, Hinrichsen VL, Miorshnik I, Penfold RB, **Rosenthal MB**, Landon BE, Lieu TA. Health care use and decision making among lower-income families in high-deductible health plans. *Archives of Internal Medicine*. 2010 Nov 22; 170(21):1918-25.

54. Galbraith AA, Ross-Degnan R, Somerai SB, Abrams AM, Kleinman K, **Rosenthal MB**, Wharam JF, Adams AS, Miroshnik I, Lieu TA. Use of well-child visits in high-deductible health plans. *American Journal of Managed Care*. 2010 Nov;16(11):833-40.

55. Chien AT, Li Z, **Rosenthal MB**. Improving timely childhood immunizations through pay for performance in Medicaid-managed care. *Health Services Research*. 2010 Dec;45(6p2):1934-47.

56. Turbyville S, **Rosenthal MB**, Pawlson G, Scholle S. Health plan resource use: Bringing us closer to value-based decisions. *American Journal of Managed Care*. 2011 Jan;17(1):68-74.

57. Galbraith AA, Ross-Degnan R, Soumerai S, **Rosenthal MB**, Gay C, Lieu TA. Nearly half of families in high-deductible health plans whose members have chronic conditions face substantial financial burden. *Health Affairs*. 2011 Feb;30(2):322-31.

58. Singer SJ, Burgers J, Friedberg M, **Rosenthal, MB**, Leape L, Schneider, E. Defining and measuring integrated patient care: Promoting the next frontier in health care delivery. *Medical Care Research and Review*. 2011 Feb;68(1),112-27.

59. Landon BE, **Rosenthal MB**, Normand S-LT, Spettell C, Lessler A, Underwood HR, Newhouse JP. Incentive formularies: Spending and utilization for 3 common drug classes. *American Journal of Pharmacy Benefits*. 2011 May/Jun;3(3):152-64.

60. Hussey PS, Ridgely MS, **Rosenthal MB**. The PROMETHEUS bundled payment experiment: Slow start shows problems in implementing new payment models. *Health Affairs*. 2011 Nov;30(11):2116-24.

61. Sinaiko AD, Eastman D, **Rosenthal MB**. How report cards on physicians, physician groups, and hospitals can have greater impact on consumer choices. *Health Affairs*. 2012 Mar;31(3):602-11.

62. Joynt KE, **Rosenthal MB**. Hospital value-based purchasing: Will Medicare's new policy exacerbate disparities? *Circulation: Cardiovascular Quality and Outcomes*. 2012 Mar;5(2):148-9.

63. Conti RM, **Rosenthal MB**, Polite BN, Bach PB, Shih YC. Infused chemotherapy use in the elderly after patent expiration. *Journal of Oncology Practice*. 2012 May 1;8(3S):e18s-e23s.

64. Galbraith AA, Soumerai SB, Ross-Degnan D, **Rosenthal MB**, Gay C, Lieu TA. Delayed and forgone care for families with chronic conditions in high-deductible health plans. *Journal of General Internal Medicine*. 2012 Sep;27(9):1105-11.

65. Weissman JS, Bailit M, D'Andrea G, **Rosenthal MB**. The design and application of shared savings programs: Lessons from early adopters. *Health Affairs*. 2012 Sep;31(9):1959-68.

66. Chien AT, Eastman D, Li Z, **Rosenthal MB**. Impact of a pay for performance program to improve diabetes care in the safety net. *Preventive Medicine*. 2012 Nov;55:S80-5.

67. Conti RM, Bernstein AC, Villaflor VM, Schilsky RL, **Rosenthal MB**, Bach PB. Prevalence of off-label use and spending in 2010 among patent-protected chemotherapies in a population-based cohort of medical oncologists. *Journal of Clinical Oncology*. 2013 Mar 20;31(9):1134-9.

68. **Rosenthal MB**, Friedberg MW, Singer SJ, Eastman D, Li Z, Schneider EC. Effect of a multipayer patient-centered medical home on health care utilization and quality: The Rhode Island chronic care sustainability initiative pilot program. *JAMA Internal Medicine*. 2013 Nov 11;173(20):1907-13.

69. Clarke JL, Miff S, Cutler D, Udow-Phillips M, Wolterman D, **Rosenthal MB**, McGonigal J, Gelinas LS, DeMotte C, Hatlie MJ, Collier S, Hicks D, Doty J, Goeschel C, Rosen M, Weaver SJ, Johnson A, Welch R, Nass PL, McGonigal K. Navigating to excellence: solutions driving exceptional results. *American Journal of Medical Quality*. 2014 Jan-Feb;29(1):3S-18S.

70. Friedberg MW, Schneider EC, **Rosenthal MB**, Volpp K,Werner R. Association between participation in a multipayer medical home intervention and changes in quality, utilization, and costs of care. *JAMA*. 2014 Feb 26;311(8):815-25.

71. Alidina S, **Rosenthal MB**, Schneider EC, Singer SJ, Friedberg MW. Practice environments and job satisfaction in patient-centered medical homes. *The Annals of Family Medicine*. 2014 Jul-Aug;12(4):331-7.

72. Alidina S, Schneider EC, Singer SJ, **Rosenthal MB**. Structural capabilities in small- and medium-sized patient-centered medical homes. *American Journal of Managed Care*. 2014 Jul;20(7):e265-77.

73. Sinaiko AD, **Rosenthal MB**. The impact of tiered physician networks on patient choices. *Health Services Research*. 2014 Aug; 49(4):1348-63.

74. Edwards ST, Abrams MK, Baron RJ, Berenson RA, Rich EC, Rosenthal GE, **Rosenthal MB**, Landon BE. Structuring payment to medical homes after the Affordable Care Act. *Journal of General Internal Medicine*. 2014;29(10):1410-3.

75. JW Peabody, X Huang, R Shimkhada, **Rosenthal MB**. Managing specialty care in an era of heightened accountability: Emphasizing quality and accelerating savings. *American Journal of Managed Care*. 2015 Apr; 21(4):284-292.

76. Colla CH, Sequist TD, **Rosenthal MB**, Schpero WL, Gottlieb DJ, Morden NE. Use of non-indicated cardiac testing in low-risk patients: Choosing wisely. *BMJ: Quality and Safety*. 2014;24(2):149-53.

77. Colla CH, Morden NE, Sequist TD, Schpero WL, **Rosenthal, MB**. Choosing wisely: Prevalence and correlates of low-value health care services in the United States. *Journal of General Internal Medicine*. 2014;30(2):221-8.

78. H Song, AT Chien, J Fisher, J Martin, AS Peters, K Hacker, **MB Rosenthal**, SJ Singer. Development and validation of the primary care team dynamics survey. *Health Services Research*. 2015 Jun;50(3):897-921.

79. Huang X, **Rosenthal MB**. Overuse of cardiovascular services: evidence, causes, and opportunities for reform. *Circulation*. 2015 Jul 21;132(3):205-14.

80. **Rosenthal MB**, Landrum ME, Robbins J, Schneider EC. Pay for performance in Medicaid: Evidence from three natural experiments. *Health Services Research*. 2016 Aug;51(4):1444-66.

81. Friedberg MW, **Rosenthal MB**, Werner RM, Volpp KG,  Schneider EC. Effects of a medical home and shared savings intervention on quality and utilization of care. *JAMA Internal Medicine*. 2015 Aug;175(8):1362-8.

82. **Rosenthal MB**, Sinaiko AD, Eastman D, Chapman B, Partidge G. Impact of the Rochester medical home initiative on primary care practices, quality, utilization, and costs. *Medical Care*. 2015 Nov;53(11):967-73.

83. Asch DA, Troxel AB, Stewart WF, Sequist TD, Jones JB, Hirsch AG, Hoffer K, Zhu J, Wang W, Hodlofski A, Frasch AB, Finnerty D, **Rosenthal MB**, Gangemi K, Volpp KG. Effect of financial incentives to physicians, patients, or both on lipid levels: A randomized clinical trial. *JAMA*. 2015 Nov 10;314(18):1926-35.

84. Song H, Ryan M, Tendulkar S, Fisher J, Martin J, Peters AS, Frolkis JP, **Rosenthal MB**, Chien AT, Singer SJ. Team dynamics, clinical work satisfaction, and patient care coordination between primary care providers: A mixed methods study. *Health Care Management Review*. 2017 Jan/Mar;42(1):28-41.

85. Reibling N, **Rosenthal MB**. The (missed) potential of the patient-centered medical home for disparities. *Medical Care*. 2016 Jan;54(1):9-16.

86. **Rosenthal MB**, Alidina S, Friedberg MW, Singer SJ, Eastman D, Li Z, Schneider EC.  A difference-in-difference analysis of changes in quality, utilization and cost following the Colorado multi-payer patient-centered medical home pilot. *Journal of General Internal Medicine*. 2015 Oct;31(3):289-96.

87. Emanuel EJ, Ubel PA, Kessler JB, Meyer G, Muller RW, Navathe AS, Patel P, Pearl R, **Rosenthal MB**, Sacks L, Sen AP, Sherman P, Volpp KG. Using behavioral economics to design physician incentives that deliver high-value care. *Annals of Internal Medicine*. 2016 Jan 19;164(2):114-9.

88. Alidina S, **Rosenthal MB**, Schneider EC, Singer SJ. Coordination within medical neighborhoods: Insights from the early experiences of Colorado patient-centered medical homes. *Health Care Management Review*. 2016 Apr-Jun;41(2):101-12.

89. **Rosenthal MB**, Alidina S, Friedberg MW, Singer SJ, Eastman D, Li Z, Schneider EC.  Impact of the Cincinnati aligning forces for quality multi-payer patient centered medical home pilot on health care quality, utilization, and costs.  *Medical Care Research and Review*. 2016 Oct;73(5):532-45.

90. Sinaiko AD, **Rosenthal MB**. Examining a health care price transparency tool: Who uses it, and how they shop for care. *Health Affairs*. 2016 Apr;35(4): 662-70.

91. Shields MC, **Rosenthal MB**. Quality of inpatient psychiatric care at VA, other government, nonprofit, and for-profit hospitals: A comparison. *Psychiatric Services*. 2017 Mar;68(3):225-30.

92. Colla CH, Kinsella EA, Morden NE, Meyers DJ, **Rosenthal MB**, Sequist TD. Physician perceptions of choosing wisely and drivers of overuse. *The American Journal of Managed Care*. 2016 May;22(5):337-43.

93. Frean M., Shelder S., **Rosenthal MB**, Sequist TD, Sommers BD. Health reform and coverage changes among Native Americans. *JAMA Internal Medicine*. 2016 Jun;176(6):858-60.

94. Peiris D, Phipps-Taylor MC, Stachowski CA, Kao LS, Shortell SM, Lewis VA, **Rosenthal MB**, Colla CH. ACOs holding commercial contracts are larger and more efficient than noncommercial ACOs. *Health Affairs*. 2016 Oct;35(10):1849-56.

95. Sinaiko AD, Joynt KE, **Rosenthal MB**. Association between viewing health care price information and choice of health care facility. *JAMA Internal Medicine*. 2016 Dec;176(12):1868-70.

96. Schiavoni KH, Lehmann LS, Guan W, **Rosenthal MB**, Sequist TD, Chien AT. How primary care physicians integrate price information into clinical decision making. *Journal of General Internal Medicine*. 2016 Aug;32(1):81-7.

97. Enomoto LM, Shrestha DP, **Rosenthal MB**, Hollenbeak CS, Gabbay RA. Risk factors associated with 30-day readmission and length of stay in patients with type 2 diabetes. *Journal of Diabetes and Its Complications*. 2016 Oct;31(1):122-7.

98. Chien AT, Ganeshan S, Schuster MA, Lehmann LS, Hatfield LA, Koplan KE, Petty CR, Sinaiko AD, **Rosenthal MB**. The effect of price information on the ordering of images and procedures. *Pediatrics*. 2017 Feb;139(2):1-8.

99. Colla CH, Morden NE, Sequist TD, Mainor AJ, Li Z, **Rosenthal MB**. Payer type and low-value care: Comparing choosing wisely services across commercial and Medicare populations. *Health Services Research*. 2018 Apr;53(2): 730-46.

100. Sinaiko AD, Landrum MB, Meyers DJ, Alidina S, Maeng DD, Friedberg MW, Kern LM, Edwards AM, Flieger SP, Houck PR, Peele P, Reid RJ, McGraves-Lloyd K, Finison K, **Rosenthal MB**. Synthesis of research on patient-centered medical homes brings systematic differences into relief. *Health Affairs (Millwood)*. 2017 Mar;36(3):500-8.

101. Chien AT, Lehmann LS, Hatfield LA, Koplan KE, Petty CR, Sinaiko AD, **Rosenthal MB**, Sequist TD. A randomized trial of displaying paid price information on imaging study and procedure ordering rates. *Journal of General Internal Medicine*. 2016 Dec;32(4):434-8.

102. Thirukumaran CP, Glance LG, Temkin-Greener H, **Rosenthal MB**, Li Y. Impact of Medicare's nonpayment program on hospital-acquired conditions. *Medical Care*. 2017 May;55(5):447-55.

103. Shea JA, Adehare A, Volpp KG, Troxel AB, Finnerty D, Hoffer K, Isaac T, **Rosenthal MB**, Sequist TD, Asch DA.  Patients' views of a behavioral intervention including financial incentives. *American Journal of Managed Care*. 2017 Jun;23(6):366-71.

104. Schpero WL, Morden NE, Sequist TD, **Rosenthal MB**, Gottlieb DJ, Colla CH. For selected services, blacks and Hispanics more likely to receive low-value care than whites. *Health Affairs*. 2017 Jun;36(6):1065-9.

105. Elshaug AG, **Rosenthal MB**, Lavis JN, Brownlee S, Schmidt H, Nagpal S, Littlejohns P, Srivastava D, Tunis S, Saini V. Levers for addressing medical underuse and overuse: achieving high-value health care. *Lancet*. 2017 July 8;390:191-202.

106. Brooks, J.V., Singer, S.J., **Rosenthal, MB**., Chien, A.T. and Peters, A.S., 2017. Feeling inadequate: Residents' stress and learning at primary care clinics in the United States. *Medical Teacher*. 2017; pp.1-8.

107. Galbraith AA, Meyers DJ, Ross-Degnan D, Burns ME, Vialle-Valentin CE, Larochelle MR, Touw S, Zhang F, **Rosenthal MB**, Balaban RB. Long-term impact of a postdischarge community health worker intervention on health care costs in a safety-net system. *Health Services Research*. 2017 Dec;52(6):2061-78.

108. Sheridan B, Chien AT, Peters AS, **Rosenthal MB**, Brooks JV, Singer SJ. Team-based primary care: The medical assistant perspective. *Health Care Management Review*, 2018 Apr-Jun;43(2): pp.115-125.

109. Isaac, T., **Rosenthal MB**, Colla, C.H., Morden, N.E., Mainor, A.J., Li, Z., Nguyen, K.H., Kinsella, E.A. and Sequist, TD. Measuring overuse with electronic health records data. *American Journal of Managed Care*. 2018 Jan; 24(1), pp.19-25.

110. **Rosenthal MB**, Colla CH, Morden NE, Sequist TD, Mainor AJ, Li Z, Nguyen KH. Overuse and insurance plan type in a privately insured population. *American Journal of Managed Care*. 2018 Mar; 24(3), pp.140-6.

111. Percac-Lima S, Pace LE, Nguyen KH, Crofton CN, Normandin KA, Singer SJ, **Rosenthal MB**, Chien AT. Diagnostic Evaluation of Patients Presenting to Primary Care with Rectal Bleeding. *Journal of General Internal Medicine*. 2018 Jan; 33(4): 415-22.

112. Haverkamp M, Peiris D, Mainor A, Westert G, **Rosenthal MB**, Sequist T, Colla C. (2018). ACOs with Risk-Bearing Experience Are Likely Taking Steps to Reduce Low-Value Medical Services. *American Journal Of Managed Care, 24*(7), E216.

113. Thirukumaran, CP, Glance LG, **Rosenthal MB**, Temkin-Greener H, Balkissoon R, Mesfin A, Li Y. 2018. Impact of Medicare's Nonpayment Program on Venous Thromboembolism Following Hip and Knee Replacements. *Health Services Research*, *53*(6), pp.4381-4402.

114. Sinaiko AD, Chien AT, Hassett MJ, Kakani P, Rodin D, Meyers DJ, Fraile B, **Rosenthal MB**, Landrum MB. 2018. What drives variation in spending for breast cancer patients within geographic regions? *Health Services Research*.

115. Pandya A, Asch DA, Volpp KG, Sy S, Troxel AB, Zhu J, Weinstein MC, **Rosenthal MB**, Gaziano TA. 2018. Cost-effectiveness of Financial Incentives for Patients and Physicians to Manage Low-Density Lipoprotein Cholesterol Levels. *JAMA Network Open*, *1*(5), pp.e182008-e182008.

116. Conti RM, Nguyen KH and **Rosenthal MB**, 2018. Generic prescription drug price increases: which products will be affected by proposed anti-gouging legislation? *Journal of Pharmaceutical Policy and Practice*, *11*(1), p.29.

117. Meyers D.J., Chien AT, Nguyen KH, Li, Z, Singer, SJ and **Rosenthal, MB**, 2019. Association of Team-Based Primary Care With Health Care Utilization and Costs Among Chronically Ill Patients. *JAMA Internal Medicine*, *179*(1), pp.54-61.

118. **Rosenthal MB**, Troxel AB, Volpp KG, Stewart WF, Sequist TD, Jones JB, Hirsch AG, Hoffer K, Zhu J, Wang W, Hodlofski A. 2019. Moderating effects of patient characteristics on the impact of financial incentives. *Medical Care Research and Review*, *76*(1), pp.56-72.

119. Minden SL, Kinkel RP, Machado HT, Levin JS, **Rosenthal MB**, Iezzoni LI, 2019. Use and cost of disease-modifying therapies by Sonya Slifka Study participants: has anything really changed since 2000 and 2009? *Multiple Sclerosis Journal–Experimental, Translational and Clinical*, 5(1), p.2055217318820888.

120. Ganguli, I, Lupo, C, Mainor, AJ, Raymond, S, Wang, Q, Orav, EJ, Chang, CH, Morden, N.E., **Rosenthal MB**, Colla, C.H. and Sequist, T.D., 2019. Prevalence and Cost of Care Cascades After Low-Value Preoperative Electrocardiogram for Cataract Surgery in Fee-for-Service Medicare Beneficiaries. *JAMA internal medicine*.

121. Pace, LE, Percac-Lima, S, Nguyen, KH, Crofton, CN, Normandin, KA, Singer, SJ, **Rosenthal MB** and Chien, A.T., 2019. Comparing Diagnostic Evaluations for Rectal Bleeding and Breast Lumps in Primary Care: a Retrospective Cohort Study. *Journal of general internal medicine*, pp.1-8.

122. Sinaiko, AD, Kakani, P, and **Rosenthal MB**, 2019. Marketwide Price Transparency Suggests Significant Opportunities For Value-Based Purchasing. *Health Affairs*, 38(9), pp.1514-1522.

123. **Rosenthal MB**, Shortell, S, Shah, ND, Peiris, D, Lewis, VA, Barrera, JA, Usadi, B and Colla, CH, 2019 Dec. Physician practices in Accountable Care Organizations are more likely to collect and use physician performance information, yet base only a small proportion of compensation on performance data. *Health services research*, 54(6), pp.1214-1222.

124. Shields, MC, Singer, J, **Rosenthal MB**, Sato, L, Keohane, C, Janes, M, Boulanger, J, Martins N, and Rabson, B. 2019. Patient Engagement Activities and Patient Experience: Are Patients With a History of Depression the Canary in the Coal Mine?. *Medical Care Research and Review*, p.1077558719850705.

125. Garcia Mosqueira, A, **Rosenthal MB** and Barnett, M.L., 2019. The association between primary care physician compensation and patterns of care delivery, 2012-2015. *INQUIRY: The Journal of Health Care Organization, Provision, and Financing*, 56, p.0046958019854965.

126. Agénor, M., Murchison, G.R., Chen, JT, Bowen, DJ, **Rosenthal, MB**, Haneuse, S, and Austin, SB. 2020 Feb. Impact of the Affordable Care Act on human papillomavirus vaccination initiation among lesbian, bisexual, and heterosexual U.S. women. Health Services Research, 55(1), 18-25.

127. Huang, X, Larson, LJ, Wang, L, Spinelli, KJ and **Rosenthal MB**, 2019. Transforming Specialty Practice in Pursuit of Value-Based Care: Results from an Integrated Cardiology Practice. *NEJM Catalyst*, 5(2).

128. Ganguli, I, Simpkin, AL, Colla, CH, Weissman, A, Mainor, AJ, **Rosenthal MB** and Sequist, TD, 2020 Apr. Why do physicians pursue cascades of care after incidental findings? a national survey. *Journal of General Internal Medicine*, pp.1-3.

129. Rodin D, Chien AT, Ellimoottil C, Nguyen PL, Kakani P, Mossanen M, **Rosenthal MB,** Landrum MB, Sinaiko AD. Physician and facility drivers of spending variation in locoregional prostate cancer. *Cancer*. 2020 Apr: 126 (8): 1622-1631

130. Pandya A, Soeteman DI, Gupta A, Kamel H, Mushlin AI, **Rosenthal MB**. Can Pay-for-Performance Incentive Levels be Determined Using a Cost-Effectiveness Framework? *Circulation: Cardiovascular Quality and Outcomes*. 2020 Jul: 13 (7): e006492

131. Brantes F, **Rosenthal MB**, Struijs J. Ensuring the Adoption of the Health Care Warranty: A Well-defined Model to Resolve Issues with Risk and Uncertainty. *NEJM Catalyst Innovations in Care Delivery*. 2020 July: 1(4)

13

132. Hague E, Comfort L**, Rosenthal MB**, Shortell S, Rodriguez H. Physician Practices and the Late Adoption of Transparent Peer Comparisons for Performance Feedback. *Health Services Research.* 2020 Aug: 55: 114-115

133. Nguyen KH, Chien AT, Meyers DJ, Li Z, Singer SJ**, Rosenthal MB**. Team-Based Primary Care Practice Transformation Initiative and Changes in Patient Experience and Recommended Cancer Screening Rates. *INQUIRY: The Journal of Health Care Organization, Provision, and Financing.* 2020 Aug: 57: 0046958020952911

134. Fisher ES, Shortell SM, O'Malley AJ, Fraze TK, Wood A, Palm M, Colla CH, **Rosenthal MB**, Rodriguez HP, Lewis VA, Woloshin S, Shah N, Meara E. Financial Integration's Impact On Care Delivery And Payment Reforms: A Survey Of Hospitals And Physician Practices. *Health Affairs.* 2020 Aug: 39 (8): 1302-1311

135. Ganguli I, Sheridan B, Gray J, Chernew M, **Rosenthal MB**, Neprash H. Physician work hours and the gender pay gap—evidence from primary care. *New England Journal of Medicine.* 2020 Oct: 383 (14): 1349-1357

136. Ganguli I, Lupo C, Mainor AJ, Wang Q, Orav EJ, **Rosenthal MB**, Sequist TD, Colla CH. Assessment of Prevalence and Cost of Care Cascades After Routine Testing During the Medicare Annual Wellness Visit. *JAMA.* 2020 Dec, 3(12): e2029891-e2029891

137. Rodin D, Glicksman R, Clark R, Kakani P, Cheung MC, Singh S, **Rosenthal MB**, Sinaiko A. Are We Choosing Wisely? Mammographic Surveillance in Older Women With Breast Cancer in Canada and the United States. *International Journal of Radiation Oncology.* 2020 Nov. 108 (3): e386

138. Gourevitch RA, Chien AT, Bambury EA, Shah NT, Riedl C, Rosenthal MB, Sinaiko AD. Patterns of Use of a Price Transparency Tool for Childbirth Among Pregnant Individuals With Commercial Insurance. JAMA network open. 2021 Aug 2;4(8):e2121410-.

139. Shields MC, Singer J, Rosenthal M, Sato L, Keohane C, Janes M, Boulanger J, Martins N, Rabson B. Patient Engagement Activities and Patient Experience: Are Patients With a History of Depression the Canary in the Coal Mine?. Medical Care Research and Review. 2021 Jun;78(3):251-9.

140. Ganguli, I., Thakore, N., Rosenthal, M.B. and Korenstein, D., 2021. Longitudinal Content Analysis of the Characteristics and Expected Impact of Low-Value Services Identified in US Choosing Wisely Recommendations. *JAMA internal medicine.*

141. Ganguli, I., McGlave, C. and Rosenthal, M.B., 2021. National Trends and Outcomes Associated With Presence and Type of Usual Clinician Among Older Adults With Multimorbidity. JAMA network open, 4(11), pp.e2134798-e2134798.

**Essays and Commentary**

1. **Rosenthal MB**.  Provider reimbursement in the twenty-first century. *Oncology Economics.* 2000 May; 1(5): 45-7.
2. **Rosenthal MB**. Comment: The economics of direct-to-consumer advertising of prescription-only drugs: Prescribed to improve consumer welfare? *Journal of Health Services Research and Policy.* 2004 Jan;9(1):39-42.
3. **Rosenthal, MB** How will paying for performance affect patient care? *Virtual Mentor.* 2006 Mar;8(3):162-165.
4. **Rosenthal MB**. P4P: Rumors of its demise may be exaggerated. *American Journal of Managed Care.* 2007 May;13(5):238-9.

5.  **Rosenthal MB** and Dudley RA. Pay-for-performance: Will the latest payment trend improve care? *Journal of the American Medical Association*. 2007 Feb;297(7):740-43.

6.  **Rosenthal MB.** Nonpayment for performance? Medicare's new reimbursement rule. *New England Journal of Medicine.* 2007 Oct;357(16):1573-5.

7.  **Rosenthal MB** Avoiding disincentives to treat in designing pay-for-performance measures. *Virtual Mentor*. 2007 Jul;9(7):483-486.

8.  **Rosenthal MB.** Beyond pay for performance--Emerging models of provider-payment reform. *New England Journal of Medicine.* 2008 Sept;359(12):1197-1200.

9.  Lee TH, Mongan JJ, Oberlander J, **Rosenthal MB**. Perspective Roundtable: Health care and the recession. *New England Journal of Medicine*. 2009 Jan; 360(4):e5.

10. **Rosenthal MB.** What works in market-oriented health policy? *New England Journal of Medicine.* 2009 May;360(21):2157-60.

11. Gawande AA, Fisher ES, Gruber J, **Rosenthal MB**. Perspective roundtable. The cost of health care — highlights from a discussion about economics and reform. *New England Journal of Medicine*. 2009 Oct 8;361(15):1421-1423.

12. De Brantes F, **Rosenthal MB**, Painter M. Building a bridge from fragmentation to accountability — the Prometheus Payment model. *New England Journal of Medicine*. 2009 Sept 10;361(11):1033-6.

13. Campbell EG, **Rosenthal MB**. Reform of continuing medical education: investments in physician human capital. *Journal of the American Medical Association.* 2009 Oct 28;302(16):1807-8.

14. **Rosenthal MB**, Beckman HB, Dauser Forrest D, Huang ES, Landon BE, Lewis S. Will the patient-centered medical home improve efficiency and reduce costs of care? A measurement and research agenda. *Medical Care Research and Review.* 2010; 67(4):476-84.

15. Sinaiko A, **Rosenthal MB**. Patients' role in accountable care organizations. *New England Journal of Medicine*. 2010 Dec;363(27):2583-5.

16. Sinaiko A, **Rosenthal MB**. Increased price transparency in health care — challenges and potential effects. *New England Journal of Medicine*. 2011 Mar;364(10):891-4.

17. Lewis KH, and **MB Rosenthal**. Individual responsibility or a policy solution — Cap and trade for the US diet? *New England Journal of Medicine*. 2011 Oct;365(17):1561-1563.

18. **Rosenthal MB**. Hard choices — Alternatives for reining in Medicare and Medicaid spending. *New England Journal of Medicine*. 2011 May;364(20):1887-1890.

19. **Rosenthal MB**, Cutler DM, and Feder J. The ACO rules — Striking the balance between participation and transformative potential. *New England Journal of Medicine*. 2011;364(20):1887-90.

20. Chien AT, **Rosenthal MB.** Waste not, want not: Promoting efficient use of health care resources. *Annals of Internal Medicine*. 2013 Jan; 158(1):67-68.

21. **Rosenthal MB**, Mello MM. Sunlight as disinfectant — new rules on disclosure of industry payments to physicians. *New England Journal of Medicine*. 2013 May; 368(22):2052-4.

22. **Rosenthal MB**, Farley T, Gortmaker S, Sunstein CR. NEJM Perspective Roundtable: Health promotion and the State. *New England Journal of Medicine*. 2013; 368(25):e34.

23. Wharam JF, Ross-Degnan D, **Rosenthal MB**. The ACA and high-deductible insurance — strategies for sharpening a blunt instrument. *New England Journal of Medicine*. 2013 Oct;369(16): 1481-4.

24. Sinaiko AD, Chien AT, **Rosenthal MB**. The role of states in improving price transparency in health care. *JAMA Internal Medicine*. 2015 Jun;175(6): 886-7.

25. **Rosenthal MB**. Physician payment after the SGR — the new meritocracy. *New England Journal of Medicine*. 2015 Sept;373(13): 1187-9.

26. Conti RM, **Rosenthal MB**. Pharmaceutical policy reform: Balancing affordability with incentives for innovation. *New England Journal of Medicine*. 2016 Feb;374(8): 703-6.

27. Ortiz SE, Rosenthal MB. 2019. Medical Marketing, Trust, and the Patient-Physician Relationship. *JAMA*, *321*(1), pp.40-41.

28. Ubel, PA, **Rosenthal, MB**. 2019. Beyond Nudges—When Improving Health Calls for Greater Assertiveness. *New England Journal of Medicine*, *380*(4), pp.309-311.

29. **Rosenthal MB**. The Growing Problem of Out-of-Pocket Costs and Affordability in Employer-Sponsored Insurance. *JAMA*. 2021 Jul 27;326(4):305-6.

30. Thirukumaran CP, **Rosenthal MB**. The Triple Aim for Payment Reform in Joint Replacement Surgery: Quality, Spending, and Disparity Reduction. *JAMA*. 2021 Aug 10;326(6):477-8.


**Book Chapters**

1. **Rosenthal MB**, Berndt ER, Donohue JM, Epstein AM, Frank RG. Demand Effects of Recent Changes in Prescription Drug Promotion. In Forum for Health Economics and Policy, <u>Frontiers in Health Policy Research</u>, v. 6, David M. Cutler and Alan M. Garber, eds, MIT Press, 2003 June.

2. **Rosenthal MB**, Donohue JM.  Direct-to-Consumer Advertising of Prescription Drugs: A Policy Dilemma. In <u>Ethics, Public Policy, and the Pharmaceutical Industry in the 21st Century</u>, ed. M. Santoro, Cambridge University Press, 2006.

3. **Rosenthal MB**. Can Federal Provider Payment Reform Produce Better, More Affordable Healthcare? In <u>The Future of Healthcare Reform in the United States</u>, eds. A. Malani, M. Schill, University of Chicago Press, 2015.

**Meredith Rosenthal**
**Testimony (2018-Present)**

*In re Aggrenox Antitrust Litigation*, Case No: 3:14-md-2516-SRU, United States District Court for the District of Connecticut.

*In re Asacol Antitrust Litigation*, United States District Court for the District of Massachusetts, C.A. No. 1:15-cv-12730 (DJC).

*In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices & Antitrust Litigation*, United States District Court for the District of Kansas, Case No. 2:17-md-02785-DDC-TJJ (MDL No. 2785).

*In Re Insulin Pricing Litigation*, United States District Court for the District of New Jersey, Civil Action No. 3:17-cv-00699(BRM)(LHG)

*In re Intuniv Antitrust Litigation*, United Sates District Court for the District of Massachusetts, Lead Case: 1:16-cv-12396-ADB.

*In re Loestrin 24 Fe Antitrust Litigation*, (all actions), United States District Court for the District of Rhode Island, MDL No. 2472, C.A. No. 1:13-md-2472-S-PAS.

*In Re National Prescription Opiate Litigation*, United States District Court for the Northern District of Ohio, Eastern Division, MDL No. 2804, Case No. 17-md-2804.

*In re Niaspan Antitrust Litigation*, United States District Court for the Eastern District of Pennsylvania, MDL No. 2:13-md-2460.

*In re Opana ER Antitrust Litigation*, United States District Court for the Northern District of Illinois, Eastern Division, MDL No. 2580.

*In re Ranbaxy Generic Drug Application Antitrust Litigation*, United States District Court for the District of Massachusetts, MDL No. 19-md-2878-NMG.

*In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation*, United States District Court for the District of Massachusetts, MDL No. 2503 1:14-MD-2503-DJC.

*In re Zetia (ezetimibe) Antitrust Litigation*, United States District Court for the Eastern District of Virginia, Case No. 18-md-2836.

*State of New Hampshire v. Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals Inc., et al.*, Merrimack Superior Court, Docket No. 217-2018-CV-00678.

*UFCW & Employers Benefit Trust vs. Sutter Health et al and People of the State of California ex rel Xavier Becerra vs. Sutter Health*, Superior Court of the State of California for the City and County of San Francisco, Case No. CGC 14-538451 consolidated with CGC-18-565398.

*United States of America and the State of North Carolina v. The Charlotte Mecklenburg Hospital Authority*, United States District Court for the Western District of North Carolina, Charlotte Division, Case No 3:26-cv-00311-RJC-DCK.

*United States of America ex rel. Yoash Gohil v. Sanofi-Aventis U.S. Inc., et al.*, United States District Court for the Eastern District of Pennsylvania, No. 2-c-2964.

*United States of America, et. al., ex rel. Michael Bawduniak, and Fernando Villegas v. Biogen Idec Inc.*, United States District Court for the District of Massachusetts, Nos. 12-10601-IT and 14-10420-IT.

**Attachment B**

## Attachment B: Materials Relied Upon

## Bates Documents

GILTDF104100006212.

GILTDF104300013011.

GILTDF106400200094.

GILTDF106400200181.

GILTDF106400201367.

GILTDF106400201449.

GILTDF106400202091.

GILTDF108900271721.

GILTDF109300326146.

GILTDF111001201107.

GILTDF111601877971.

GILTDF111601879352.

GILTDF116607970990.

GILTDF117708591985.


## Legal Documents

First Amended Consolidated Complaint for Damages, *Adrian Holley, et al. v. Gilead Sciences, Inc.*, United States District Court for the Northern District of California, No 3:18-cv-06972-JST, May 31, 2019.


## Other Documents

21 U.S.C. § 355 (https://www.gpo.gov/fdsys/pkg/USCODE-2010-title21/pdf/USCODE-2010-title21-chap9-subchapV-partA-sec355.pdf).

Association for Accessible Medicines (AAM), "The Case for Competition: 2019 Generic Drug and Biosimilars Access and Savings in the U.S. Report," 11th ed., 2019.

AMA, "The U.S. Generic and Biosimilar Medicines Savings Report," October 2021 (https://accessiblemeds.org/sites/default/files/2021-10/AAM-2021-US-Generic-Biosimilar-Medicines-Savings-Report-web.pdf.

Baker, B., "Generic Licensing: The Only Path through the Maze of Gilead and U.S. Patents That Achieves Access to Affordable Prep," *Health GAP* (Global Access Project), November 20, 2019 (https://healthgap.org/generic-licensing-the-only-path-through-the-maze-of-gilead-and-u-s-patents-that-achieves-access-to-affordable-prep/).

Beall, R.F., A.S. Kesselheim, and A. Sarpatwari, "New drug formulations and their respective generic entry dates," *Journal of Managed Care & Specialty Pharmacy*, 25(2), 2019, pp. 218-224.

Berger, J., *et al.*, "How Drug Life-Cycle Management Patent Strategies May Impact Formulary Management," *American Journal of Managed Care*, January 2017 (https://www.ajmc.com/view/a636-article).

Berndt, E.R., "Pharmaceuticals in US health care: Determinants of Quantity and Price," *The Journal of Economic Perspectives*, 16(4), 2002, pp. 45-66.

Brief for Amicus Curiae FTC Supporting Plaintiff-Appellant, Mylan Pharmaceuticals, Inc., *Plaintiff-Appellant, v. Warner-Chilcott PLC, et al.*, *Defendants-Appellees*, United States Court of Appeals for the Third Circuit, on appeal from the United States District Court, Eastern District of Pennsylvania, Case No. 2:12-cv-03824-PD.

Brill, A., "The Cost of Brand Drug Product Hopping," *Matrix Global Advisors*, September 2020 (https://www.optum.com/content/dam/optum3/optum/en/resources/PDFs/3505955-thought-leadership-cost-of-product-hopping-sept2020.pdf).

Capati, V.C. and A.S. Kesselheim, "Drug Product Life-Cycle Management as Anticompetitive Behavior: The Case of Memantine," *Journal of Managed Care and Specialty Pharmacy*, 22(4), April 2016, pp. 339-344.

Carrier, M.A. and S.D. Shadowen, "Product Hopping: A New Framework," *Notre Dame Law Review*, 91(1), 2016, pp. 167-230.

Cheng, J., "An Antitrust Analysis of Product Hopping in the Pharmaceutical Industry," *Columbia Law Review*, 108(6), pp. 1471-1515.

Committee for a Responsible Federal Budget, "Limiting Evergreening for Name-Brand Prescription Drugs," July 26, 2021 (https://www.crfb.org/sites/default/files/managed/media-documents2022-02/HSI_Limiting_Evergreening_for_Name-Brand_Prescription_Drugs.pdf).

Congressional Budget Office (CBO), "How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry," July 1998.

Congressional Research Service, "Drug Pricing and Pharmaceutical Patenting Practices," February 2020 (https://sgp.fas.org/crs/misc/R46221.pdf).

Custodio, J., *et al.,* "Pharmacokinetics and Safety of Tenofovir Alafenamide in HIV-Uninfected Subjects with Severe Renal Impairment," *Antimicrobial agents and chemotherapy*, 60(9), September 2016, pp. 5135-40.

Drug Price Competition and Patent Term Restoration Act of 1984 (Hatch Waxman Act).

Food and Drug Administration (FDA), "Orange Book Preface," 37th Edition (http://www.fda.gov/drugs/developmentapprovalprocess/ucm079068.htm).

FDA, "Abbreviated New Drug Application (ANDA)," January 14, 2022 (https://www.fda.gov/drugs/types-applications/abbreviated-new-drug-application-anda).

FDA, "NDA Approval Letter: NDA 021356," October 26, 2001 (Viread) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2001/21356ltr.pdf).

FDA, "NDA Approval Letter: NDA 021752," August 2, 2004 (Truvada) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2004/21752ltr.pdf).

FDA, "NDA Approval Letter: NDA 021937," July 12, 2006 (Atripla) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2006/021937s000ltr.pdf).

FDA, "NDA Approval Letter: NDA 202123," August 10, 2011 (Complera) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2011/202123s000ltr.pdf).

FDA, "NDA Approval Letter: NDA 203100," August 27, 2012 (Stribild) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2012/0203100Orig1s000ltr.pdf).

FDA, "NDA Approval Letter: NDA 207561," November 5, 2015 (Genvoya) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2015/207561Orig1s000ltr.pdf).

FDA, "NDA Approval Letter: NDA 208215," April 4, 2016 (Descovy) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2016/208215Orig1s000ltr.pdf).

FDA, "NDA Approval Letter: NDA 208351," March 1, 2016 (Odefsey) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2016/208351Orig1s000ltr.pdf).

FDA, "sNDA Approval Letter: NDA 21-356/S-025," August 11, 2008 (Viread) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2008/021356s025ltr.pdf).

FDA, "sNDA Approval Letter: NDA 21752/S-030," July 16, 2012 (Truvada) (https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2012/021752Orig1s030ltr.pdf).

FDA, "What Are Generic Drugs?" (https://www.fda.gov/drugs/generic-drugs/what-are-generic-drugs).

Federal Trade Commission (FTC), "Pay-for-Delay:  How Drug Company Pay-Offs Cost Consumers Billions," January 2010.

FTC, "Authorized Generics: An Interim Report," June 2009.

Fowler, A., "Hurry Up or Wait? Strategic Delay in the Introduction of Pharmaceutical Line Extensions," December 23, 2019 (https://scholar.harvard.edu/files/afowler/files/Fowler_JMP.pdf).

Frank, R.G. and R.J. Zeckhauser, "Custom-made versus ready-to-wear treatments: Behavioral propensities in physicians' choices," *Journal of Health Economics*, 26(6), 2007, pp. 1101-1127.

Frank, R.G., "The Ongoing Regulation of Generic Drugs," *The New England Journal of Medicine*, November 2007, 357(20), pp. 1993-1996.

Gilead Sciences, Inc., "Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2018," February 2019 (https://investors.gilead.com/static-files/bee9e03b-34e8-452e-89f8-c8a3b0603b90).

Gilead, "Gilead Discontinues Development of GS 9005 and GS 7340; Company Continues Commitment to Research Efforts in HIV," October 21, 2004 (https://www.gilead.com/news-and-press/press-room/press-releases/2004/10/gilead-discontinues-development-of-gs-9005-and-gs-7340-company-continues-commitment-to-research-efforts-in-hiv).

Gilead, "Medicines" (https://www.gilead.com/science-and-medicine/medicines).

Grabowski, H., *et al.*, "Updated trends in US brand-name and generic drug competition," *Journal of Medical Economics*, 19(9), pp. 836-844.

Hellerstein, J.K., "The importance of the physician in the generic versus trade-name prescription decision," *The RAND Journal of Economics,* 29(1), Spring 1998, pp. 108-136.

Hosein, S., "Does Tenofovir (TDF) Cause Liver Injury?" *TheBodyPro*, February 10, 2016 (https://www.thebodypro.com/article/does-tenofovir-tdf-cause-liver-injury).

Huskamp, H.A., "Managing Psychotropic Drug Costs: Will Formularies Work?" *Health Affairs*, 22(5), September 2003, pp. 84-96.

IMS Institute for Healthcare Informatics, "The Use of Medicines in the United States: Review of 2011," April 2012 (https://www.kff.org/wp-content/uploads/sites/2/2012/10/ihii_medicines_in_u.s_report_2011.pdf).

Llamas, M., "Truvada Side Effects: Bone Density Loss, Kidney Problems," *Drugwatch*, January 27, 2021 (https://www.drugwatch.com/tenofovir-disoproxil-fumarate/side-effects/).

Medscape, "Viread (Tenofovir Df) Dosing, Indications, Interactions, Adverse Effects, and More" (https://reference.medscape.com/drug/viread-tenofovir-df-342633).

Oi, W.Y., "The welfare implications of invention," in T. Bresnahan and R. Gordon, eds., The Economics of New Goods, University of Chicago Press for the NBER, 1996, pp. 109-142.

PhRMA, "What is Hatch-Waxman?" July 12, 2018 (https://phrma.org/resource-center/Topics/Cost-and-Value/What-is-Hatch-Waxman).

QuintilesIMS, "IMS Health Forecasts Global Drug Spending to Increase 30 Percent by 2020, to $1.4 Trillion, As Medicine Use Gap Narrows," November 18, 2015 (https://www.businesswire.com/news/home/20151118005301/en/IMS-Health-Forecasts-Global-Drug-Spending-Increase).

Rome, B.N., Tessema, F.A., and Kesselheim, A.S., "US Spending Associated With Transition From Daily to 3-Times-Weekly Glatiramer Acetate," *JAMA Internal Medicine*, 180(9), September 2020, pp. 1165-1172.

Shadowen, S.D., K.B. Leffler, and J.T. Lukens, "Anticompetitive Product Changes in the Pharmaceutical Industry," *Rutgers Law Journal*, 41(1&2), Fall & Winter 2009, pp. 1-81.

Shapiro, B.T., "Estimating the cost of strategic entry delay in pharmaceuticals: The case of Ambien CR," *Quantitative Marketing and Economics*, 14(3), 2016, pp. 201-231.

Thomson StreetEvents, "FINAL TRANSCRIPT: GILD - Gilead Sciences Inc at Goldman Sachs Global Healthcare Conference," *Thomson Reuters*, June 7, 2011.

Vivian, J.C., "Generic-Substitution Laws," *US Pharmacist*, 33(6), June 2008, pp. 30-34.

Vokinger, K.N., *et al.*, "Strategies That Delay Market Entry of Generic Drugs," *JAMA Internal Medicine*, 177(11), 2017, pp. 1665-1669.

Yoder, K., "Nucleoside/Nucleotide Reverse Transcriptase Inhibitors," *Healthline*, April 25, 2020 (https://www.healthline.com/health/hiv-aids/nucleoside-nucleotide-reverse-transcriptase-inhibitors).