# EXHIBIT B

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br>Defendants. | Case No. 4:18-CV-06972-JST |

Common-Issue Rebuttal Expert Report of

Darius N. Lakdawalla, PhD

July 13, 2022

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

# Table of Contents

I.      Qualifications ................................................................................................... 2

II.     Allegations and Assignment ............................................................................ 2

III.    Summary of Opinions ...................................................................................... 4

IV.     Background on Gilead's TDF- and TAF-Containing Drugs ......................... 6

V.      Dr. Rosenthal's and Ms. Fontein's Opinions Regarding Gilead's TAF Development Decisions Are Inconsistent, Speculative, and Contradicted by Internal Gilead Materials ......................................................................................................... 10

    A.      Description of Dr. Rosenthal's and Ms. Fontein's Economic Claims ............ 12

    B.      Dr. Rosenthal and Ms. Fontein Offer Contradictory Theories about Gilead's Motivations Related to the Launch of TAF-Containing Drugs .................................. 14

    C.      Dr. Rosenthal's and Ms. Fontein's Opinions Are Based on Flawed Analyses and Speculative Claims That Ignore or Misrepresent the Available Evidence ........... 16

        1.      Ms. Fontein's Claim That Gilead "Delayed" TAF Development to Prioritize TDF-Based Revenues Is Flawed ...................................................... 16

        2.      Dr. Rosenthal's Claim That Gilead "Delayed" the Launch of TAF-Containing Drugs as Part of a Strategy to Extend Its Market Exclusivity Is Flawed…………………………………………………………………………..20

        3.      Dr. Rosenthal and Ms. Fontein Fail to Demonstrate that Gilead "Delayed" the Launch of TAF-Containing Drugs to Reduce the Impact of Generic Entry on Gilead's TDF-Containing Drugs ......................................... 23

        4.      Dr. Rosenthal and Ms. Fontein Ignore Evidence That as Late as September 2004, Gilead Was Still Considering "Full" Development of TAF-Containing Drugs ................................................................................... 24

    D.      Dr. Rosenthal's Claim That Gilead "Delayed" the Launch of TAF-Containing Drugs to Increase Profits Is Speculative and Contradicted by Gilead's Forecasts ...... 29

        1.      Dr. Rosenthal's Analysis of Gilead's Sales of TDF- and TAF-Containing Drugs Is Flawed ............................................................................ 30

        2.      Gilead's Forecasts Indicate that Gilead Anticipated an "Early" Launch of TAF-Containing Drugs Could be Profitable ............................................. 33

        3.      Economic Analysis of Gilead's Forecasts Contradicts Dr. Rosenthal's Claim That Delaying the Launch of TAF-Containing Drugs Would Lead to Higher Profits .................................................................................... 35

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

## I.        Qualifications

1.        I have been the Quintiles Chair in Pharmaceutical Development and Regulatory Innovation at the University of Southern California ("USC") since 2012.  I am also the Director of Research at the Leonard D. Schaeffer Center for Health Policy and Economics at USC.  I am appointed as a Full Professor and hold a joint appointment at USC's School of Pharmacy and at USC's Sol Price School of Public Policy.  In 2009, I was named a Research Associate at the National Bureau of Economic Research in Cambridge, MA, and I still hold this title.  I earned my Ph.D. in Economics from the University of Chicago in 2000.

2.        I perform research and teach classes in health economics and health policy.  My research has focused primarily on the economics of risks to health, the value and determinants of medical innovation, the economics of health insurance markets, modeling and forecasting health outcomes and spending, and the industrial organization of healthcare markets.  I serve as an Associate Editor at the Journal of Health Economics, and I previously served as Associate Editor at The Review of Economics and Statistics and the American Journal of Health Economics.  I have published over 100 peer-reviewed academic articles in journals of economics, health policy, and medicine.  I have won numerous awards for my research, including the Garfield Prize, the Milken Institute Award for Distinguished Economic Research, and the International Society for Pharmacoeconomics and Outcomes Research Excellence in Research Methodology Award.

3.        In 2006, I co-founded Precision Health Economics ("PHE"), a firm that leveraged the expertise of academics to provide health economic consulting services, primarily to firms in the life sciences and medical device industries.  In 2015, Precision Medicine Group acquired PHE.  At the time of its sale, PHE employed over 60 full-time staff with offices in Los Angeles, Oakland, Boston, and Austin.

4.        My curriculum vitae is attached as **Appendix A**.  A list of my prior testimony over the last four years is attached as **Appendix B**.

## II.       Allegations and Assignment

5.        Plaintiffs Adrian Holley, *et al.*, allege they have sustained injuries caused by their consumption of drugs for the treatment of human immunodeficiency virus ("HIV") which were produced by Defendant Gilead Sciences, Inc. ("Gilead") and contain a tenofovir

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

prodrug known as tenofovir disoproxil fumarate ("TDF").[1]  Plaintiffs allege, among other claims, that before Gilead obtained approval from the U.S. Food and Drug Administration ("FDA") to market its first TDF-containing drug, the company knew that TDF was "toxic" to patients' kidneys and bones, and that another tenofovir prodrug, tenofovir alafenamide ("TAF") was less toxic.[2]  According to Plaintiffs, despite this knowledge, Gilead strategically "delayed" the development and launch of any drugs containing TAF because Gilead "knew that by withholding the safer TAF design, it could extend the longevity of its HIV drug franchise and make billions."[3]

6.     I have been asked by counsel for Gilead to review the reports of Plaintiffs' experts, Dr. Meredith Rosenthal and Ms. Saskia Fontein, and respond to the following opinions expressed by these experts:  (1) Dr. Rosenthal's opinion that Gilead "delayed" the launch of TAF-containing drugs to extend its market exclusivity and maximize the profits of its HIV franchise;[4] and (2) Ms. Fontein's opinion that Gilead "delayed" the launch of TAF because it was "singularly focused on TDF revenues," "failed to see the opportunity that TAF" presented to make Gilead more competitive and gain market share vis-à-vis other HIV drug manufacturers, and only recognized that TAF "offered an opportunity to address [the loss of exclusivity on TDF in 2017]."[5]

7.     In performing my economic analyses and forming my opinions, I have considered a variety of materials, including, but not limited to legal pleadings, internal company documents, deposition testimony, as well as other expert reports provided in this case.  I have also relied on my knowledge, prior experience, academic research on relevant topics, and formal training in economics.  A list of the documents I considered in preparing this report is attached as **Appendix C**.

8.     I am being compensated at my standard billing rate of $900 per hour in this matter.  I have been assisted in this matter by staff at Cornerstone Research, who worked under my direction.  I receive compensation from Cornerstone Research based on its collected staff billings for its support in this matter.  Neither my compensation in this matter nor my

---

[1] First Amended Consolidated Complaint for Damages, Adrian Holley, et al. v. Gilead Sciences, Inc., United States District Court for the Northern District of California, No 3:18-cv-06972-JST, May 31, 2019 ("Complaint"), ¶¶ 1, 3–4.  ("Prodrugs are pharmacologically inactive compounds that can be more efficiently absorbed in the bloodstream and then converted into the active form of the drug within the body.")

[2] Complaint, ¶¶ 5, 7.

[3] Complaint, ¶¶ 7, 10, 425.

[4] Expert Report of Meredith Rosenthal, Ph.D., May 27, 2022 ("Rosenthal Report"), ¶¶ 4, 49.

[5] Expert Report of Saskia Fontein, May 27, 2022 ("Fontein Report"), ¶¶ 4, 166–167.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

compensation from Cornerstone Research is in any way contingent or based on the content of my opinion or the outcome of this or any other matter.  My work on this matter is ongoing, and I reserve the right to modify or supplement my opinions in the event that I become aware of additional facts, information, or contentions of the parties or witnesses.

### III.      Summary of Opinions

9.       Dr. Rosenthal's and Ms. Fontein's opinions on Gilead's motivations regarding its TAF development decisions suffer from a number of flaws.  To begin with, Dr. Rosenthal and Ms. Fontein offer contradictory theories as to why Gilead stopped TAF development in 2004.  Dr. Rosenthal argues that Gilead intentionally "delayed" the entry of its TAF-containing drugs until 2015 in order to maximize its overall HIV franchise profits, while Ms. Fontein claims a contrary motivation—that Gilead "delayed" the launch of TAF-containing drugs to 2015 because it erroneously focused on prioritizing TDF-based revenues only and neglected to consider the commercial benefits that an earlier launch of TAF-containing drugs would have on its overall HIV portfolio.

10.       In further contradiction to Dr. Rosenthal, Ms. Fontein's position supports the notion that it would have been profitable for Gilead to continue to develop and launch TAF-containing drugs in 2004 without "delay" because, as Ms. Fontein argues, these products would have generated substantial incremental revenues, would not have required "prohibitive" development and commercialization expenditures, and would have been less costly to manufacture than TDF-containing drugs.

11.       Dr. Rosenthal also contradicts both herself and Ms. Fontein by labelling Gilead's TAF development decision a "product switch" strategy—Dr. Rosenthal explains that under a product switch, a manufacturer marketing a branded drug introduces a "slightly modified version" of this drug.[6]  But that "product switch" opinion ignores the fact that she and Ms. Fontein are both alleging that Gilead knew all along that TAF was notably clinically superior to TDF.[7]

---

[6] Rosenthal Report, ¶ 33.

[7] Rosenthal Report, ¶ 39 ("The delayed TAF products, according to the Complaint, were clinically superior to the TDF products."); ¶ 47 ("In a 2002 Preliminary Commercial Recommendation, Gilead described GS-7340 as a new oral prodrug that had the potential to provide greater efficacy and a better safety profile than TDF.").  Fontein Report, ¶ 126 ("…Gilead recognized that TAF's 'reduced systemic exposure to tenofovir when compared with Viread' could mean a 'better safety profile' with 'less drug related toxicity'…").  *See also*, Fontein Report, ¶ 159, ("…with a safer TAF that was able to treat more patients and achieve better patient outcomes.").

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

12.    Beyond these inconsistencies and contradictions in their opinions, Dr. Rosenthal and Ms. Fontein both assert that their opinions are supported by internal Gilead documents, but in fact their opinions are unsupported and even contradicted by company documents, including sometimes the very documents they purportedly rely on for their opinions.

13.    For example, Ms. Fontein claims that Gilead refused to consider any course of action that would cannibalize TDF-based revenues and that Gilead ignored the benefits offered by TAF-containing drugs, including substantial revenue opportunities, because the company prioritized TDF-based revenues over its overall HIV franchise.  Yet, she ignores that Gilead forecasts from the period 2003–2004 consistently modeled the impact of TAF on TDF-based revenues, including how the introduction of a TAF-containing drugs would cannibalize sales of TDF-containing drugs, and that Gilead fact witnesses testified that cannibalization of its own products was a normal part of Gilead's business model based on continuous innovation.[8] Gilead's forecasts also contradict Ms. Fontein's hypothesis that Gilead ignored the benefits of TAF-containing drugs because these forecasts estimate large incremental revenues from TAF-containing drugs and recommend "aggressive" or "full" development of TAF-containing drugs.  Ms. Fontein's opinions also defy basic economics, because her opinions depend on the premise that Gilead acted against its own economic self-interest.

14.    Similarly, Dr. Rosenthal claims that Gilead "delayed" the launch of TAF-containing drugs to 2015 to extend the "market exclusivity" of its tenofovir products, but fails to explain how a delay would achieve that result, and ignores that none of the available Gilead forecasts contemplated that (or explained how) generic competition for TDF- or TAF-containing drugs could be delayed by strategically "delaying" the launch of TAF-containing drugs.

15.    Instead, both experts claim that Gilead "delayed" the launch of TAF-containing drugs to reduce the financial impact to Gilead from the anticipated generic entry of TDF-containing drugs in 2017, but neither acknowledges that, consistent with Gilead forecasts, an earlier launch of TAF-containing drugs would lead *more* consumers to switch from TDF-containing to TAF-containing drugs prior to 2017, thereby *better* insulating Gilead from generic entry for TDF-containing drugs.

16.    Furthermore, both experts ignore Gilead forecasts and documents indicating that until as late as September 2004, a month before Gilead announced its decision to stop TAF

---

[8] As discussed in more detail below, these forecasts include, for example, Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852; "GS7340 Development Plan Update," September 16, 2004, GILTDF116607970990–1004; Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

development, Gilead discussed a "full" TAF development scenario with a then-estimated launch of 2008.  Dr. Rosenthal and Ms. Fontein both claim that Gilead's documents indicate that it intended to pursue a so-called "patent extension strategy" with a "delayed" launch in 2015, despite the fact that these same documents indicate that Gilead would employ the alleged patent extension strategy only if the clinical studies for TAF did not produce "positive" results and that Gilead in fact planned to pursue an "aggressive" or "full" development timeline if TAF clinical study results were "positive."  Dr. Rosenthal and Ms. Fontein also fail to investigate other factors that could have influenced Gilead's decision to stop TAF development, including those raised in Gilead's contemporaneous documents and by Gilead's fact witnesses.

17.    Finally, Dr. Rosenthal claims that Gilead "delayed" the launch of TAF-containing drugs to 2015 in order to maximize its HIV franchise profits, but fails to perform her own economic analyses or identify any Gilead analyses demonstrating that the company indeed anticipated a later launch would be more profitable.  Setting aside the other issues with Dr. Rosenthal's claims, and adopting for a moment her flawed assumption that Gilead knew TAF was superior to TDF when it stopped TAF development, I conduct an economic analysis which shows that according to Gilead's contemporaneous forecasts, "delaying" the launch of TAF-containing drugs would reduce, rather than increase, its profits.


### IV.    Background on Gilead's TDF- and TAF-Containing Drugs


18.    In what follows, I briefly discuss the history of Gilead's development of the at-issue TDF- and TAF-containing drugs for the treatment of HIV.  Tenofovir was first identified as a potential treatment for HIV in the 1990s.[9]  Tenofovir itself could be delivered intravenously, but could not be delivered orally because of its low bioavailability.[10]  To overcome that limitation, Gilead worked to develop tenofovir prodrugs that, in contrast to tenofovir, could

---

[9] "A history of Gilead's biggest HIV drug," *Los Angeles Times*, May 29, 2016, available at https://www.latimes.com/business/la-fi-gilead-timeline-20160527-snap-story.html.

[10] Viread® Label, FDA, January 2012, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022577lbl.pdf, p. 23 ("…intravenous administration of tenofovir…"); Tsibris, Athe M. N., and Martin S. Hirsch (2015), "Antiretroviral Therapy for Human Immunodeficiency Virus Infection," in Principles and Practice of Infectious Disease, 8th Edition, eds. J. E. Bennett, et al., Elsevier Inc., 1622–1641 at 1626 ("Tenofovir is a nucleotide adenosine 5ĭ-monophosphate derivative that, because of poor oral bioavailability, is commercially available as the prodrug tenofovir disoproxil fumarate (TDF).").

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

be taken in an oral form.[11]  Gilead first synthesized TDF, a prodrug of tenofovir, in 1996.[12]

Gilead subsequently sought and was eventually granted multiple patents on TDF.[13]  Gilead's

last patents on TDF expired in July 2017, and the six-month pediatric exclusivity extension

expired in January 2018.[14]  These patents covered Viread®, the first TDF-containing drug.

Gilead filed an investigational new drug application ("IND") with FDA in 1997 for Viread,

followed by a new drug application ("NDA") in the spring of 2001.[15]  Gilead obtained

marketing approval from FDA for Viread® in October 2001.[16]  Viread® is a single agent

drug that is typically used as part of a multi-drug HIV treatment regimen.[17]  Gilead continued

to develop additional TDF-containing drugs and received FDA approval in 2004 for

Truvada®, a fixed-dose combination ("FDC") of TDF and emtricitabine ("FTC").[18]  Gilead

subsequently developed three other TDF-containing FDC drugs (Atripla®, Complera®, and

Stribild®), each of which could be used as a single-tablet regimen ("STR") that requires only

one daily pill for the treatment of HIV.[19]  Atripla®, Complera®, and Stribild® were

approved by FDA in 2006, 2011, and 2012, respectively, with Atripla® being the first STR

---

[11] Tsibris, Athe M. N., and Martin S. Hirsch (2015), "Antiretroviral Therapy for Human Immunodeficiency Virus Infection," in Principles and Practice of Infectious Disease, 8th Edition, eds. J. E. Bennett, et al., Elsevier Inc., 1622–1641 at 1626 ("Tenofovir is a nucleotide adenosine 5ΐ-monophosphate derivative that, because of poor oral bioavailability, is commercially available as the prodrug tenofovir disoproxil fumarate (TDF).").

[12] Deposition of William Lee, June 15–16, 2021 ("Lee Deposition"), 456:5-9 ("Q. That it relates to TAF or 7340. Over the last few days, you've testified that tenofovir disoproxil was first synthesized in 1996. Do you remember that? A. I do.").

[13] "Approved Drug Products With Therapeutic Equivalence Evaluations, 32nd Edition," Center for Drug Evaluation and Research, 2012, p. 1229, available at https://thefdalawblog.com/wp-content/uploads/2020/06/OB-Annual-2012-32nd-Ed.pdf.

[14] "Approved Drug Products With Therapeutic Equivalence Evaluations, 32nd Edition," Center for Drug Evaluation and Research, 2012, p. 1229, available at https://thefdalawblog.com/wp-content/uploads/2020/06/OB-Annual-2012-32nd-Ed.pdf; "List of Determinations Including Written Request," FDA, available at https://www.fda.gov/drugs/development-resources/list-determinations-including-written-request.

[15] "Medical Review NDA 21-356 Tenofovir DF for the Treatment of HIV-1 Infection," FDA, November 7, 2001, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2001/21-356_Viread_medr_P1.pdf, pp. 1, 13.

[16] Drug Approval Package for Viread®, FDA, November 20, 2001, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2001/21-356_Viread.cfm.

[17] Viread® Label, FDA, January 2012, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022577lbl.pdf, p. 1.

[18] Drug Approval Package for Truvada®, FDA, January 31, 2006, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2004/021752s000_TruvadaTOC.cfm.

[19] Atripla® Label, FDA, November 2015, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/021937s037lbl.pdf, p. 1; Complera® Label, FDA, October 2018, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/202123s029lbl.pdf , p. 1; Stribild® Label, FDA, September 2016, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/203100s024lbl.pdf , p. 1.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

treatment for HIV to enter the market.[20]  At the end of 2017, the first generic version of Viread® entered the U.S. market.[21]

19.     In 1998, two years after successfully synthesizing TDF, Gilead synthesized TAF and initially selected it as a backup compound to TDF.[22]  There are substantial risks and uncertainty involved in the drug development process,[23] and Gilead often had such backup compounds in case issues emerged with the lead compound during the development process.[24]  Following the discovery of TAF and through October 2004, Gilead conducted development activity related to a single agent TAF-containing drug.[25]  This development activity included completion of several preclinical studies as well as one clinical study.[26]  In mid-2004, Gilead stopped an ongoing clinical trial of TAF after receiving results of a pre-

---

[20] Drug Approval Package for Atripla®, *FDA*, December 13, 2006, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2006/021937TOC2.cfm; Drug Approval Package for Complera®, *FDA*, September 6, 2012, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2011/202123_compleramtm_toc.cfm; Drug Approval Package for Stribild®, *FDA*, October 10, 2012, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/203100Orig1s000TOC.cfm; Gilead Sciences, Inc. Press Release, "Gilead Sciences Announces Second Quarter 2006 Financial Results," July 20, 2006, available at https://www.gilead.com/news-and-press/press-room/press-releases/2006/7/gilead-sciences-announces-second-quarter-2006-financial-results.

[21] Teva Pharmaceutical Industries Ltd Press Release, "Teva Announces Exclusive Launch of Generic Viread® in the United States," December 15, 2007, available at https://www.tevapharm.com/news-and-media/latest-news/teva-announces-exclusive-launch-of-generic-viread-in-the-united-states/.

[22] Lee Deposition, 33:11–13 ("Q. [...] So with respect to TDF, you did, in fact, develop some backups to that; correct?  A. We did, actually. TAF is a backup for TDF."), 381:3–5 ("Q. TAF had been created, the molecule itself, in 1998; correct?  A. Yes.").

[23] DiMasi, Joseph A., Henry G. Grabowski, and Ronald W. Hansen (2016), "Innovation in The Pharmaceutical Industry: New Estimates of R&D Costs," *Journal of Health Economics*, 47, 20–33 at 21. ("The industrial R&D process is marked by substantial financial risks, with expenditures incurred for many development projects that fail to result in a marketed product.").

[24] Deposition of John Milligan, August 30, 2021 ("Milligan Deposition"), 122:17–23 ("THE WITNESS: You know, in drug development you [...] always want to have a backup plan, because you don't know how your drug is going to perform in the clinic. You don't know what the characteristics are going to be over time. You have limited information. When you [...] first get a drug approved.").

[25] Gilead, Development Committee Executive Report, October 28, 2004, GILTDF109000286972–75 at 74 ("The Project Team was requested to provide a timeline for closing down activities on the project. Efforts are to be kept to the minimum necessary."); Deposition of Norbert Bischofberger, August 26, 2021, ("Bischofberger Deposition"), pp. 351:21–352:10 ("Q. At the time that decision was made to discontinue development of TAF in 2004, did you know whether TAF was safe and effective long term for treating HIV in humans? A. No. How could I have known that? The only thing we had done is this 14-day study and -- was it 75 -- I don't remember the sample size. It was a tiny study for 14 days. It's this 101 study. And of course we didn't know anything about long term anything with TAF. Q. And you have referenced 14 days. Can you clarify exactly what you are referring to there? A. Well the study number was only like 101, so it was the Phase I/II study of TAF as monotherapy.").

[26] Lee Deposition, 381:18–20 ("Q. Gilead performed preclinical studies on TAF in 2000; is that fair? A. Yes, that's fair."), 436:23-437:3 ("My next question is: At the time of this memo, in May 2003, had any Phase III clinical trial been done on TAF, the GS-7340? A. No. We -- we had only dosed a total of 20 patients of two doses with 7340. And they were short-term studies, nowhere near the Phase III study.").

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

clinical trial on beagle dogs reporting certain adverse events.[27]  In October 2004, Gilead announced the discontinuation of all TAF development activity.[28]  Gilead restarted TAF development in 2010,[29] and successfully developed several TAF-containing drugs, including Genvoya®, the first TAF-containing drug, which was an STR, and which obtained FDA approval in November 2015.[30]  Gilead thereafter received approval for several additional TAF-containing drugs—namely, Odefsey®, Descovy®, Vemlidy®, and Biktarvy®.  Gilead's TDF- and TAF-containing drugs and their approval dates and composition are shown in Exhibit 1 below.

---

[27] "Development Committee Executive Report," September 23, 2004, GILTDF106600206626–628 at 627 ("Since July 04 Development has been on hold pending further evaluation of cardiovascular effects observed in the chronic dog toxicology study.").

[28] Gilead Sciences, Inc. Press Release, "Gilead Discontinues Development of GS 9005 and GS 7340; Company Continues Commitment to Research Efforts in HIV," October 21, 2004, available at https://www.gilead.com/news-and-press/press-room/press-releases/2004/10/gilead-discontinues-development-of-gs-9005-and-gs-7340-company-continues-commitment-to-research-efforts-in-hiv.

[29] Lee Deposition, 277:20–23 ("Q. And in 2010, you -- Gilead had decided in […] early 2010 that you were going to develop 7340 again; correct?  A. Correct.").

[30] Gilead Sciences, Inc. Press Release, "U.S. Food and Drug Administration Approves Gilead's Single Tablet Regimen Genvoya® (Elvitegravir, Cobicistat, Emtricitabine and Tenofovir Alafenamide) for Treatment of HIV-1 Infection," *Business Wire*, November 5, 2015, available at https://www.businesswire.com/news/home/20151105006409/en/U.S.-Food-and-Drug-Administration-Approves-Gilead%E2%80%99s-Single-Tablet-Regimen-Genvoya%C2%AE-Elvitegravir-Cobicistat-Emtricitabine-and-Tenofovir-Alafenamide-for-Treatment-of-HIV-1-Infection.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

---

### *EXHIBIT 1*
*Gilead TDF-Containing and TAF-Containing Drugs*

| Drug | Date of FDA Approval | Composition |
|------|---------------------|-------------|
| *TDF-Containing Drugs* | | |
| Viread® | 10/26/2001 | TDF |
| Truvada® | 8/2/2004 | TDF/Emtricitabine |
| Atripla® | 7/12/2006 | TDF/Emtricitabine/Efavirenz |
| Complera® | 8/10/2011 | TDF/Emtricitabine/Rilpivirine |
| Stribild® | 8/27/2012 | TDF/Emtricitabine/Elvitegravir/Cobicistat |
| | | |
| *TAF-Containing Drugs* | | |
| Genvoya® | 11/5/2015 | TAF/Emtricitabine/Elvitegravir/Cobicistat |
| Odefsey® | 3/1/2016 | TAF/Emtricitabine/Rilpivirine |
| Descovy® | 4/4/2016 | TAF/Emtricitabine |
| Vemlidy®[1] | 11/10/2016 | TAF |
| Biktarvy® | 2/7/2018 | TAF/Emtricitabine/Bictegravir |

Source:  Drug Approval Package for Viread®, *FDA*, November 20, 2001, available at
https://www.accessdata.fda.gov/drugsatfda_docs/nda/2001/21-356_Viread.cfm; Drug Approval Package for Truvada®, *FDA*,
January 31, 2006, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2004/021752s000_TruvadaTOC.cfm;
Drug Approval Package for Atripla®, *FDA*, December 13, 2006, available at
https://www.accessdata.fda.gov/drugsatfda_docs/nda/2006/021937TOC2.cfm; Drug Approval Package for Complera®,
*FDA*, September 6, 2012, available at
https://www.accessdata.fda.gov/drugsatfda_docs/nda/2011/202123_compleratm_toc.cfm; Drug Approval Package for
Stribild®, *FDA*, October 10, 2012, available at
https://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/203100Orig1s000TOC.cfm; Genvoya®, *FDA*, December 8,
2015, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2015/207561Orig1s000TOC.cfm; Odefsey®, *FDA*,
November 29, 2016, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/208351Orig1s000TOC.cfm;
Drug Approval Package for Descovy®, *FDA*, December 30, 2016, available at
https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/208215Orig1_toc.cfm; Vemlidy®, *FDA*, November 27, 2017,
available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/208464Orig1s000TOC.cfm; Drug Approval Package
for Biktarvy®, *FDA*, March 19, 2018, available at
https://www.accessdata.fda.gov/drugsatfda_docs/nda/2018/210251Orig1s000TOC.cfm.
 [1] Vemlidy® is only FDA-approved for the treatment of chronic hepatitis B virus infection.

---

## V.    Dr. Rosenthal's and Ms. Fontein's Opinions Regarding Gilead's TAF Development Decisions Are Inconsistent, Speculative, and Contradicted by Internal Gilead Materials

20.    Dr. Rosenthal and Ms. Fontein each offer opinions regarding Gilead's motivation for discontinuing TAF development in 2004, based on their review and interpretation of Gilead's internal documents.  Dr. Rosenthal opines that Gilead "strategically timed" the entry of its TAF-containing drugs and "delayed" the launch of these products until 2015 in order to maximize the profits of its HIV franchise.[31]  Ms. Fontein opines that Gilead was "singularly

---

[31] Rosenthal Report, ¶¶ 16–17.  *See also*, Rosenthal Report, ¶ 49 ("In summary, both the pattern of Gilead's observable conduct (i.e., the timing of their development and launch of TAF-based products) and statements contained in their own

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

focused on establishing TDF" and therefore "failed to see the opportunity" presented by TAF
for the revenues of its overall HIV franchise, and that as a result of this flawed decision-
making, Gilead did not launch TAF-containing drugs until 2015.[32]

21.     I have reviewed Dr. Rosenthal's and Ms. Fontein's opinions and analyses and find
that they suffer from several flaws.  First, Dr. Rosenthal and Ms. Fontein present
contradictory theories regarding Gilead's motivation for stopping TAF development in 2004:
Dr. Rosenthal claims that Gilead "delayed" TAF development to maximize its *overall HIV
franchise profits*, while Ms. Fontein claims that Gilead knew of, but ignored the potential of
TAF to generate substantial revenues for its overall HIV franchise at a low manufacturing
cost and instead focused only on maximizing its *TDF-based revenues*.  Second, each expert
supports her theory regarding Gilead's motivation based on flawed analyses and speculative
claims that ignore available evidence or misrepresent the evidence on which the experts claim
to rely.  In the case of Ms. Fontein, the theory she offers regarding Gilead's motivations
behind its TAF development decisions defies basic economics because it assumes that Gilead
would prioritize its TDF-based revenues over its own economic self-interest.  Third, Dr.
Rosenthal provides no economic analysis to justify her claim that Gilead "delayed" TAF
development to maximize its HIV franchise profits.  I therefore conduct an economic analysis
to assess the validity of Dr. Rosenthal's claims.  I find that even if I set aside the flaws in Dr.
Rosenthal's theory and adopt her flawed premise that Gilead knew in 2004 that TAF was
clinically superior to TDF, an economic analysis of Gilead's forecasts demonstrates that
under that premise, Gilead would have expected delaying the launch of TAF-containing
drugs to have reduced rather than increased its TDF- and TAF-based profits—a direct
contradiction to Dr. Rosenthal's claim that Gilead strategically "delayed" TAF development
to increase its total profits.

22.     In this section, I first describe the relevant opinions provided by Dr. Rosenthal and
Ms. Fontein and then describe the flaws in their opinions in detail.

---

documents are consistent with the economic logic of a product switch to extend market exclusivity and thereby maximize
profits."). *See also*, Rosenthal Report, ¶ 47 ("To the extent that these documents show that Gilead knew TAF was a safer
drug, it is hard to see an economic reason for delaying its development other than to extend the profitability of their tenofovir
franchise.").
[32] Fontein Report, ¶¶ 164, 166–168.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

### A.    Description of Dr. Rosenthal's and Ms. Fontein's Economic Claims

23.    As noted above, Dr. Rosenthal and Ms. Fontein each offer opinions regarding Gilead's reasons for stopping TAF development in 2004 based on their review of certain Gilead documents.  In this section, I summarize each of their opinions in turn.

24.    Dr. Rosenthal opines that Gilead's documents "support the allegations that Gilead delayed entry of a safer product in order to maximize the profitability of their HIV-drug franchise and minimize loss of market share to generics."[33]  To support this opinion, Dr. Rosenthal provides a description of "product switches" in the pharmaceutical industry, arguing that under product switches, "brand drug manufacturers introduce a slightly modified version of the original product […] toward the end of the original drug's patent life, and then spend significant resources to encourage existing patients and prescribers to switch to the new product before generic entry occurs on the original product."[34]  She notes that "the product switch results in an extension of market exclusivity, and associated higher profits, for the branded drug franchise (the original branded drug and the reformulation of the same molecular entity)."[35]

25.    Dr. Rosenthal then claims that Gilead's timing in the development and launch of TAF-containing drugs is "consistent with the economic logic of a product switch to extend market exclusivity and thereby maximize profits."[36]  To support this claim, she references a number of Gilead documents to argue that Gilead "anticipated that generic TDF competition would jeopardize their dominant position in the HIV drug market and cause a very substantial loss of sales revenue."[37]  She claims that Gilead's internal documents further suggest that in response to the anticipated loss in TDF-based revenue, Gilead sought to "encourage patients and prescribers to switch to TAF before generic TDF generic entry" and thereby to maximize its revenues.[38]  Dr. Rosenthal claims that manufacturers employ "product switch" strategies because "delaying the entry of a new drug […] can be economically beneficial if it extends

---

[33] Rosenthal Report, ¶ 4.

[34] Rosenthal Report, ¶ 33.

[35] Rosenthal Report, ¶ 35.

[36] Rosenthal Report, ¶ 49.

[37] Rosenthal Report, ¶ 40.

[38] Rosenthal Report, ¶¶ 43–44.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

the overall drug franchise's market exclusivity."[39]  She then argues that "[t]o the extent that [Gilead's] documents show that Gilead knew TAF was a safer drug, it is hard to see an economic reason for delaying its development other than to extend the profitability of their tenofovir franchise."[40]  She further argues that "Gilead's documents reflect the economic incentives of strategically delaying the new product to minimize cannibalization [of TDF-based sales]."[41]

26.    By contrast, Ms. Fontein argues that Gilead stopped TAF development in 2004 due to its decision to prioritize TDF-based revenues.  Specifically, Ms. Fontein claims that Gilead was "singularly focused on TDF revenues" and "clouded by its refusal to seriously consider any course of action that might cannibalize TDF sales or limit uptake of its new TDF-based [fixed-dose combination products]."[42]  She argues that Gilead misjudged the potential opportunity presented by TAF by claiming that "Gilead chose to assume that TAF would add minimal incremental value beyond use as a patent extension strategy" and that "Gilead failed to or refused to see how an improved renal and bone safety profile of TAF could have made TAF a stronger competitor against [GlaxoSmithKline's drug Epzicom], delivering additional market share (and therefore revenues) by eliminating the key downside to TDF, and consequently the entire Gilead HIV portfolio."[43]  She further emphasizes the alleged misjudgment on the part of Gilead by arguing that the development, commercialization, and manufacturing costs for TAF-containing drugs would not have been "prohibitive" and notes that she has "not seen that the cost of the development of TAF was a driving factor in the decision to discontinue development."[44]

27.    According to Ms. Fontein, it was this misguided prioritization of TDF that led Gilead to "delay" the launch of TAF-containing drugs until 2015.  Based on her theory, Gilead viewed TAF as "a risk to [its] TDF revenue in the short-term" and "in the longer-term, Gilead only saw TAF as an opportunity to extend the lifecycle of its tenofovir portfolio following the loss of patent exclusivity for TDF in 2017."[45]  She claims that "Gilead determined that to

---

[39] Rosenthal Report, ¶ 46.

[40] Rosenthal Report, ¶ 47.

[41] Rosenthal Report, ¶ 46.

[42] Fontein Report, ¶¶ 4, 125–126.

[43] Fontein Report, ¶¶ 138–139.

[44] Fontein Report, ¶¶ 121–124.

[45] Fontein Report, ¶ 4.

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

proceed with TAF development, TAF had to deliver incremental sales over TDF by targeting a niche where TAF would not cannibalize TDF."[46]  Specifically, Ms. Fontein argues that Gilead was "willing to consider TAF as a replacement for Viread, but only if TAF development was 'delayed' until the end of TDF's life cycle to limit TAF's impact on TDF sales."[47]  To achieve this goal, Ms. Fontein claims, Gilead "delayed" further development of TAF-containing drugs until 2010.[48]

> **B.    Dr. Rosenthal and Ms. Fontein Offer Contradictory Theories about Gilead's Motivations Related to the Launch of TAF-Containing Drugs**

28.    Both Dr. Rosenthal and Ms. Fontein argue that Gilead strategically "delayed" the launch of TAF-containing drugs to 2015, but they offer contradictory theories for why Gilead allegedly decided to "delay."  To begin with, Dr. Rosenthal and Ms. Fontein identify distinct overarching goals that purportedly motivated Gilead's alleged "delay" of TAF development. Dr. Rosenthal argues that "Gilead delayed entry of a safer product in order to maximize the profitability of *their HIV-drug franchise*" (emphasis added).[49]  By contrast, Ms. Fontein argues that Gilead "delayed" the launch of TAF-containing drugs because it was "singularly focused" on TDF-containing drugs and failed to take advantage of opportunities presented by TAF-containing drugs that would have benefited the "entire Gilead HIV portfolio."[50]  This is a direct contradiction to Dr. Rosenthal's claim that Gilead was focused on the collective profits of its HIV drugs.  That is, according to Ms. Fontein, Gilead's decision to "delay" TAF development derived from its *failure to properly prioritize* its overall HIV portfolio, while according to Dr. Rosenthal, Gilead "delayed" TAF development because it *did prioritize* its overall HIV portfolio.

29.    Furthermore, Ms. Fontein argues that TAF-containing drugs would have generated more revenues than TDF-containing drugs, would have been less costly to produce, and that clinical development and commercialization costs for TAF-containing drugs would not have

---

[46] Fontein Report, ¶¶ 125–126.

[47] Fontein Report, ¶ 132.

[48] Fontein Report, ¶ 94.

[49] Rosenthal Report, ¶ 4.

[50] Fontein Report, ¶¶ 164–168.

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

been "prohibitive." [51]  Ms. Fontein further notes that she has "not seen that the cost of the development of TAF was a driving factor in the decision to discontinue development."[52] Setting aside the validity of these claims, they all indicate that Gilead would have generated more profit if it continued TAF development and launched TAF-containing drugs earlier rather than later.  In other words, Ms. Fontein's claims contradict Dr. Rosenthal's claim that Gilead strategically "delayed" the launch of TAF-containing drugs until 2015 to maximize its HIV franchise profits and that this alleged strategy "was highly profitable."[53]

30.    Additionally, Dr. Rosenthal argues that Gilead's conduct "can be explained based on the economics of product switches"[54] but her description of "product switches" contradicts Ms. Fontein's claims and even Dr. Rosenthal's own claims.  Specifically, Dr. Rosenthal explains that in product switches, "brand drug manufacturers introduce a *slightly modified version* of the original product […] toward the end of the original drug's patent life..." (emphasis added),[55] and she repeatedly refers to this "slightly modified version" in a product switch as a "reformulation of the same molecular entity [as the branded drug]."[56]  Yet contrary to Dr. Rosenthal's characterization of a product switch strategy, TAF is an entirely different molecular entity from TDF, not simply a "reformulation" or "slightly modified version" of TDF.[57]

31.    Importantly, Ms. Fontein and Dr. Rosenthal both argue that TAF was a meaningfully improved therapy relative to TDF, and their opinions that Gilead engaged in misconduct depend on the premise that Gilead knew TAF to be superior to TDF at the time of the decision to stop TAF development.  Ms. Fontein claims that Gilead "recognized that [TAF…] had the potential to be less toxic to kidneys and bones."[58]  More striking is that Dr. Rosenthal

---

[51] Fontein Report, ¶¶ 121–124, 139.

[52] Fontein Report, ¶ 124.

[53] Rosenthal Report, ¶¶ 16, 48.

[54] Rosenthal Report, § VII.

[55] Rosenthal Report, ¶ 33.

[56] Rosenthal Report, ¶ 35.

[57] Chahal, Harinder Singh, et al. (2017), "The US Food and Drug Administration's tentative approval process and the global fight against HIV," *Journal of International AIDS Society*, 20(4), e25019, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5810328/, p. 9 ("TAF was recognized as a new chemical entity and thus received a 5-year marketing exclusivity, set to expire on 5 November 2020."); Drug Approval Letter of Genvoya®, *FDA*, November 5, 2015, available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2015/207561Orig1s000ltr.pdf, p. 2 ("tenofovir alafenamide (the only New Molecular Entity) represents a second prodrug of a well-characterized antiretroviral.").

[58] Fontein Report, ¶ 138.

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

contradicts her own product switch theory, when she claims that Gilead believed TAF to be clinically differentiated and superior to TDF.  Specifically, she notes that Plaintiffs' complaint alleges that "Gilead intentionally withheld a safer alternative design of TDF drugs it knew to be dangerously toxic to patients' kidneys and bones"[59] and then selectively excerpts Gilead's documents to support this allegation.  For example, Dr. Rosenthal notes that "Gilead described GS-7340 as a new oral prodrug that had the potential to provide greater efficacy and a better safety profile than TDF."[60]  As I describe in further detail below, neither Dr. Rosenthal's nor Ms. Fontein's theory of why Gilead allegedly "delayed" the launch of TAF-containing drug makes economic sense with respect to their other claim that TAF is clinically superior to TDF and that Gilead knew this as of 2003–2004.

> **C.    Dr. Rosenthal's and Ms. Fontein's Opinions Are Based on Flawed Analyses and Speculative Claims That Ignore or Misrepresent the Available Evidence**

> **1.    Ms. Fontein's Claim That Gilead "Delayed" TAF Development to Prioritize TDF-Based Revenues Is Flawed**

32.    As I describe in Section V.A, Ms. Fontein claims that Gilead stopped the development of TAF-containing drugs in 2004 and "delayed" the launch of these products until 2015 because Gilead had decided to prioritize revenues generated from TDF-containing drugs over the revenues of its overall HIV franchise.  This claim by Ms. Fontein not only contradicts Dr. Rosenthal's claim about Gilead's purported motivation (as discussed above), but also contradicts contemporaneous Gilead documents, including documents that Ms. Fontein relies on herself, as well as Gilead fact witness testimony.  I discuss these flaws below in detail.

33.    Specifically, Ms. Fontein notes that for pharmaceutical companies, developing a drug that will cannibalize the sales of its other drugs may be "acceptable if it enables a company to be more competitive versus products from other companies."[61]  But she claims that in the context of TAF development, Gilead "was clouded by its refusal to seriously consider any

---

[59] Rosenthal Report, ¶ 1, citing Complaint, ¶ 18.

[60] Rosenthal Report, ¶ 47.  "GS-7340" was Gilead's internal name for TAF.

[61] *See* Fontein Report, ¶ 44 "Cannibalization is acceptable if it enables a company to be more competitive versus products from other companies. From the commercial perspective, it is better to lose share of your existing product to your new product than it is to lose share to a competitor. In addition, if the new product has better efficacy, or is better tolerated or has less toxicity, you can expect patients to stay on it longer, which benefits the company."

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

course of action that might cannibalize TDF sales or limit uptake of its new TDF-based FDCs"[62] and that "Gilead chose to assume that TAF would add minimal incremental value beyond use as a patent extension strategy."[63]  These claims are contradicted by Gilead's contemporaneous documents, testimony from Gilead fact witnesses, and basic economics.

34.    For example, a March 23, 2004 "Special DC Meeting Executive Report" indicates that Gilead's Development Committee considered proceeding with TAF development "immediately" while also noting that Gilead "plan[ned] for GS-7340 to cannibalize Viread."[64]

35.    Similarly, Gilead's July 2004 "Business Review" presentation to Gilead's Operating Group—which Ms. Fontein relies upon[65] and which I understand contains the last available financial forecast for TAF-containing drugs prior to the decision to stop TAF development[66]—indicates that Gilead was planning to pursue TAF development without delay even though it expected the launch of TAF-containing drugs to cannibalize sales from TDF-containing drugs including new TDF-containing FDCs.  In particular, Gilead was planning to launch both a single agent TAF-containing drug and a TAF/FTC combination drug in 2008 in the U.S. and in 2009–2010 in the rest of the world, even though Gilead expected that such launches would limit the revenue growth of the recently launched TDF-containing FDC, Truvada®.[67]

36.    This document also contradicts Ms. Fontein's other claim that Gilead "chose to assume" TAF-containing drugs would add "minimal incremental value."  While Ms. Fontein never explains what she considers to be "minimal" incremental value, this document indicates that Gilead forecasted that a 2008–2009 launch of TAF-containing drugs in the U.S. and Europe would generate annual incremental revenue in these regions starting at $60

---

[62] Fontein Report, ¶¶ 125–126.

[63] Fontein Report, ¶¶ 138–139.

[64] Gilead, "Special DC Meeting Executive Report," March 24, 2004, GILTDF106400201746–748 at 747 ("If GS-7340 achieves Proof-of-Concept, the Project Team was asked to consider if it could immediately move into Ph. 3. Additionally, development assumptions were to plan for GS-7340 to cannibalize Viread in the FDC, assume accelerated approval plus priority review, and launch as part of the FDC.").

[65] Fontein Report, Exhibit B; Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852.

[66] In its September 2004 "Development Plan Update" memorandum, Gilead also provided a forecast for TAF-containing drugs.  However, the July 2004 document appears to reflect Gilead's latest projections for revenues from these drugs before development was stopped in October 2004 because virtually the same (subject to rounding only) revenue numbers appear in the September 2004 "Development Plan Update" memorandum.  "GS7340 Development Plan Update," September 16, 2004, GILTDF116607970990–1004 at 1001.

[67] Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852, pp. 7, 20.

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

million in 2008 and growing to $225 million annually by 2013, the last year included in the forecast.[68]  Note that this incremental revenue is much higher than the incremental revenue that Gilead expected its next TDF-containing FDC, Atripla®, to generate from its U.S.-only launch.  As this document indicates, Gilead expected Atripla® to generate only $19 million in incremental revenue in 2006, its first year after launch, growing to $164 million by 2013.[69]  Ms. Fontein's characterization of this incremental revenue that Gilead expected to be generated by TAF-containing drugs as "minimal" and Gilead's supposed focus on TDF-containing drugs, particularly new TDF-containing FDCs, at the expense of TAF-containing drugs is inconsistent with the internal Gilead documents that she relied upon.

37.    Ms. Fontein does not explain why it would have been economically rational for Gilead to have "delayed" the launch of TAF-containing drugs in light of these documented internal forecasts.  In fact, as late as September 16, 2004, Gilead not only recognized the potential for large incremental revenues from TAF-containing drugs, but also planned to move forward with TAF development in light of these revenues, provided that TAF performed well in clinical studies.  Specifically, the memorandum "GS7340 Development Plan" indicates that as of September 2004, Gilead still considered launching the first TAF-containing drugs as early as 2008 and still expected that such a launch could generate $955 million in total incremental revenue in the U.S. and Europe during the period 2008-2013.[70]  Ms. Fontein provides no explanation or economic analysis to justify why it would make economic sense for Gilead to forego this incremental revenue by "delaying" the launch of TAF-containing drugs.

38.    Other documents also contradict Ms. Fontein's claim that Gilead refused to "seriously consider any course of action that might cannibalize TDF sales" and therefore "delayed" the launch of TAF-containing drugs in order to prioritize TDF-based sales over its overall HIV franchise.[71]  Indeed, earlier Gilead forecasts from April 2003 indicate that as of that time, Gilead contemplated an even earlier launch of a single agent TAF-containing drug—in 2007—and also expected that such a launch would be followed by a 2010 launch of a TAF/FTC combination drug, even though these launches were expected to result in

---

[68] Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852, p. 20.

[69] Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852, p. 21.

[70] Gilead, "GS-7340 Development Plan Update," September 16, 2004, GILTDF116607970990–1004 at 1001.

[71] Fontein Report, ¶¶ 125, 166–167.

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

cannibalization of aggregate Viread® and Truvada® sales of 50 percent in 2010, increasing to 90 percent by 2015.[72]

39.    More generally, neither Ms. Fontein nor Dr. Rosenthal have pointed to a single internal Gilead forecast or memorandum that supports Ms. Fontein's claim that Gilead de-prioritized TAF development in 2004 to prioritize its TDF-containing drugs at the expense of its overall HIV franchise profits.  Indeed, as I discuss in greater detail below, even the "patent extension" scenario discussed in some Gilead documents and referenced by Ms. Fontein cannot be characterized as Gilead prioritizing TDF-containing drugs over TAF-containing ones.

40.    Additionally, Ms. Fontein's claim that Gilead "delayed" TAF development because it was concerned about cannibalization of TDF-based revenues is inconsistent with testimony from Gilead's employees, including, for example, former Executive Vice President of Research, William Lee.[73]  As Dr. Lee testified, for an innovative drug company, cannibalizing older products is a normal part of its business, which is focused on developing and launching better products.  He further testified that this continuous innovation generates benefits for patients and allows Gilead to better compete with other innovative companies in the same therapeutic space.[74]

---

[72] Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143 at 142–143.

[73] "William A. Lee, PhD," *Gilead*, available at https://wwwaagt.gilead.com/about/leadership/senior-management/william-lee; Lee Deposition, 338:14–19 ("Q. It says on here that you are the executive vice president of research at Gilead. That's no longer true, correct, sir? A. That's no longer true. I retired as of June 1 -- I gave up my responsibilities as of May 14th as executive vice president of research.").

[74] *See* Lee Deposition, 299:2–15 ("A. […] Gilead has always cannibalized its own products. Because if you don't cannibalize them, if you don't put out better products, someone else is going to, and you're going to lose the whole market. We've done that consistently with our HIV franchise. One -- the next generation of drug pretty much cannibalizes the last generation. We've done that, I think, fivefold in HIV for entire regimens, three-drug combinations. We also did it very clearly in hepatitis C. So cannibalization of your own market with a better drug that -- that is more broad -- has broader utility is a good thing. I mean, we continue to do that.")*; see also,* 348:3–6 ("Gilead has always been dedicated to cannibalizing their own molecules. So it wouldn't be a reason to necessarily stop a drug if the drug had benefits beyond the current drug.")*; see also,* 426:15–22 ("We -- we want to cannibalize our own products, and you do that by making a better product. Because if you don't do it, someone else is going to do it, and in the end, the patient benefits. If there's no added value to the program, we don't want to do it. And we've done that continuously in HIV, we did it in HCV and we've done it in HBV. It is -- you know, it's part of the -- the Gilead DNA").

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

2. **Dr. Rosenthal's Claim That Gilead "Delayed" the Launch of TAF-Containing Drugs as Part of a Strategy to Extend Its Market Exclusivity Is Flawed**

41.    Dr. Rosenthal opines that Gilead "delayed" the launch of TAF-containing drugs to extend the market exclusivity of its tenofovir products.[75]  Yet she never explains how delaying the launch of TAF-containing drugs would extend Gilead's market exclusivity. Instead, she merely notes that "documents produced by Gilead show employees talking openly about their TAF-containing drugs being a patent-extension strategy, which I take to mean an extension in their market exclusivity since patent lives are fixed."[76]  As I discuss in Section V.C.4, Dr. Rosenthal mischaracterizes the Gilead documents she cites and ignores the evidence that up until it decided to stop TAF development, Gilead was still considering "aggressive" or "full" development of TAF-containing drugs.  In this section, I discuss Dr. Rosenthal's failure to present any evidence or economic analyses that Gilead thought a later launch of TAF-containing drugs would make economic sense because it would offer longer market exclusivity to Gilead's tenofovir products than an earlier launch.

42.    To begin with, the only evidence from Gilead's materials that Dr. Rosenthal points to in support of her claim consists of a Gilead document which states "[i]f GS-7340 [TAF] is not efficacious in [a treatment-experienced] population it will be developed but only to replace Viread and provide patent extension."[77]  This indicates that the so-called "patent extension" that Gilead actually considered was very different from the "market exclusivity extension" that Dr. Rosenthal claims Gilead enacted by allegedly delaying the launch of TAF-containing drugs.  Specifically, as this sentence states, Gilead thought that in a scenario where a single agent TAF-containing drug failed to demonstrate a certain clinical efficacy level, it could still be economically beneficial to expend the research and development ("R&D") resources required to develop and launch it because this drug had later expiring patents than its TDF-containing analogue, Viread®.[78]  In other words, the so-called "patent

---

[75] Rosenthal Report, ¶¶ 45–46.

[76] Rosenthal Report, ¶ 45.

[77] Rosenthal Report, ¶ 45; Gilead, "Development Committee Executive Report," April 29, 2004, GILTDF106400202091–093 at 092.

[78] For example, in an April 2003 document cited by Ms. Fontein, Gilead conducted an "NPV Analysis of GS-7340 as a Patent Extension to Viread" and noted "the patent extension of Viread is 7/25/2017 and GS-7340 is 7/20/21 (without a pediatric extension)."  "NPV Analysis of GS-7340 as a Patent Extension to Viread," GILTDF111601879278 (Attachment to Email from Jung Choi to Peter Virsik, "RE: GS-7430 NPV Analysis," April 13, 2003, GILTDF111601879276–77) at p. 1.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

extension" Gilead is discussing in this document merely reflects Gilead's knowledge as of 2004 that Viread®'s patents were set to expire in 2017 whereas the patents protecting the TAF compound were set to expire four years later, in 2021.[79]  There is nothing in this document that suggests that Gilead thought the *timing* of the launch of TAF-containing drugs would affect the length of exclusivity protection Gilead's products would receive.

43.      Indeed, Dr. Rosenthal appears to recognize this herself when she attempts to redefine the "patent extension" strategy discussed by Gilead as a "market extension" strategy.  As noted above, she does not provide any further explanation on what this alleged strategy consisted of except to repeat the following statements from Plaintiffs' complaint: "[u]nder Hatch-Waxman rules, the TAF-based products would enjoy a minimum of five years of market exclusivity, thus extending the market exclusivity of Gilead's HIV franchise.  In other words, Gilead did not want to cannibalize their own sales of TDF-based drugs, so they strategically timed the entry of their TAF-based products to minimize the overlap in the market exclusivity of their TDF and TAF products."[80]

44.      As discussed below, Dr. Rosenthal's argument that Gilead was trying to minimize cannibalization of its TDF-containing drugs has a number of flaws.  Further, she fails to point to any evidence that Gilead considered the five years of market exclusivity that would be afforded to its first TAF-containing drug under the Hatch-Waxman Act[81] in its 2004 decision making regarding when to launch such a product.  Indeed, the only Gilead document she cites which actually uses the term "market exclusivity" appears to use this term interchangeably with patent exclusivity.  Specifically, Dr. Rosenthal refers to a September 2003 memorandum, which indicates that "GS7340 may provide an additional four years of market exclusivity."[82]  But that reference to "four years" refers to the difference between the anticipated (as of 2003) 2017 expiration of TDF's patent protection and the anticipated (as of 2003) 2021 expiration of TAF's patent protection.  The document later confirms as much in an "Exclusivity" subsection, which states "GS7340 maintains exclusivity through July 2021

---

[79]  Email from Peter Virsik to Jung Choi, "Patent expiration," March 11, 2004, GILTDF112102720475–476, at 476.

[80]  Rosenthal Report, ¶ 16.

[81]  *See, e.g.*, Lakdawalla, Darius N. (2018), "Economics of the Pharmaceutical Industry," *Journal of Economic Literature*, 56(2), 397–449 at 409.

[82]  Gilead, "Financial Analysis of GS7340 as a Tenofovir Exclusivity Extension," September 18, 2003, GILTDF106400200181–88 at 81, as cited by Rosenthal Report, ¶ 41.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

in the US and EU.  […]  Viread's exclusivity ends July 2017 in the US and EU."[83]  A five-year Hatch-Waxman market exclusivity, on the other hand, would end in 2020 (five years after a launch in 2015), not 2021.[84]

45.    This is consistent with the fact that none of Gilead's forecasts from 2003 and 2004 that I have reviewed indicate that Gilead contemplated entry of generic TAF-containing drugs immediately after the end of this five-year market exclusivity.[85]  Specifically, the forecasts that contemplated an "early" launch—regardless of whether they contemplated a 2005, 2007, or 2008 launch for the first TAF-containing drug—all show that Gilead did not forecast any decline in TAF-sales before 2021, when the TAF patents were expected to expire.[86]  In other words, Gilead's forecasts did not assume that TAF-containing drugs would lose share to generic competition before the TAF patents expired.  Despite Dr. Rosenthal's claim to the contrary and her general discussion of market exclusivity under the Hatch-Waxman Act, there is no evidence that Gilead thought a different launch timing for its first TAF-containing drug would affect its tenofovir franchise's market exclusivity.

46.    Notably, Dr. Rosenthal acknowledges that "patent lives are fixed" and any alleged strategic "delay" in the launch of TAF-containing drugs would not extend the patent life of those drugs.[87]  What Dr. Rosenthal fails to acknowledge, however, is that with the patent lives of both TDF- and TAF-containing drugs fixed, any delay in launching the latter drugs would, under Dr. Rosenthal's theory of "product switch," only serve to increase the size of branded TDF-based sales that are at risk of generic competition at the time of entry for generic TDF-containing drugs.  As I describe in more detail in the next section, this would have the effect of increasing rather than reducing the negative economic impact of generic

---

[83] Gilead, "Financial Analysis of GS7340 as a Tenofovir Exclusivity Extension," September 18, 2003, GILTDF106400200181–88 at 82.

[84] Complaint, ¶ 330.

[85] *See* "GS7340 Base Case Forecast Assumptions," March 27, 2003, GILTDF110100929588–89; Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143; Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852; Gilead, "Financial Analysis of GS7340 as a Tenofovir Exclusivity Extension," GILTDF106400200181–88; "NPV Analysis of GS 7340 as a Patent Extension to Viread," GILTDF111601879278 (Attachment to Email from Jung Choi to Peter Virsik, "RE: GS-7430 NPV Analysis," April 13, 2003, GILTDF111601879276–77); Gilead, "GS-7340 Key Development Assumptions R&D Stage Products 2003 Business Review," GILTDF106400201449–63.

[86] "GS7340 Base Case Forecast Assumptions," March 27, 2003, GILTDF110100929588–89; Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143; Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852; Gilead, "GS-7340 Key Development Assumptions R&D Stage Products 2003 Business Review," GILTDF106400201449–63.

[87] Rosenthal Report, ¶ 45.

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

entry on Gilead's HIV franchise—contrary to the purported motivation behind a "product switch" that Dr. Rosenthal offers.

### 3. Dr. Rosenthal and Ms. Fontein Fail to Demonstrate that Gilead "Delayed" the Launch of TAF-Containing Drugs to Reduce the Impact of Generic Entry on Gilead's TDF-Containing Drugs

47.     Dr. Rosenthal and Ms. Fontein both argue that Gilead "delayed" the launch of TAF-containing drugs in an effort to diminish the negative economic impact of generic entry for TDF-containing drugs.  Dr. Rosenthal claims that Gilead documents "appear to show that Gilead was anticipating the launch of generic TDF drugs and the ability of their TAF-based products to protect from financial losses by switching these TDF consumers to TAF-based treatments."[88]  Ms. Fontein claims that although Gilead was not willing to cannibalize revenues for TDF-containing drugs, it "recognized the impact that the loss of exclusivity on TDF in 2017 would have on its revenues, and TAF offered an opportunity to address that problem in the long-term."[89]

48.     Both experts fail to note that an earlier launch of TAF-containing drugs would also lead consumers to switch from TDF-containing drugs to TAF-containing drugs prior to the entry of generic versions of TDF.[90]  In fact, an earlier launch of TAF-containing drugs, according to Gilead, could provide more "protection" (using Dr. Rosenthal's language) from generic entry because an earlier launch could lead more consumers to switch from TDF-containing drugs to TAF-containing drugs prior to the entry of generic versions of TDF.

49.     This is evident in Gilead forecasts that were made prior to Gilead's purported decision to strategically "delay" the launch of TAF-containing drugs, including some documents that are cited by Dr. Rosenthal and Ms. Fontein.  In particular, Gilead forecasts from April 2003 and July 2004 indicate that Gilead expected the number of patients that would switch from TDF-containing drugs to TAF-containing drugs would grow during each year included in the forecast until the entry of generic versions of TDF-containing drugs.[91]

---

[88] Rosenthal Report, ¶ 41.

[89] Fontein Report, ¶ 167.

[90] I use the term "switch" to refer to both existing patients using TDF-containing drugs who switch to TAF-containing drugs and patients who start on TAF-containing drugs instead of TDF-containing drugs.

[91] "NPV Analysis of GS-7340 as a Patent Extension to Viread," GILTDF111601879278 (Attachment to Email from Jung Choi to Peter Virsik, "RE: GS-7430 NPV Analysis," April 13, 2003, GILTDF111601879276–77), p. 5; Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852, pp. 19–20.

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

50.     In other words, Gilead expected that relative to a later launch, an earlier launch of TAF-containing drugs would lead to smaller TDF-based revenues by 2017.  In turn, this would mean smaller branded TDF-based revenues at risk of being cannibalized by generic versions of TDF-containing drugs that were expected to be launched as the TDF patents expired.  Hence, the available evidence shows that if Gilead were indeed trying to time its launch of TAF-containing drugs to protect its HIV franchise revenues from generic versions of its TDF-containing drugs—as Dr. Rosenthal and Ms. Fontein both claim Gilead did—it would not have been economically rational for Gilead to delay the launch of its TAF-containing drugs.

51.     Further, both Dr. Rosenthal and Ms. Fontein claim that Gilead "delayed" the launch of TAF-containing drugs because it was concerned both with cannibalizing revenues of its TDF-containing drugs and with protecting its TDF-based revenues from generic entry.  Setting aside the other flaws in these claims, note that there is a tension between them:  in order to "protect" its TDF-containing drugs from generic entry in the manner purported by Dr. Rosenthal and Ms. Fontein, Gilead would have had to allow TAF-containing drugs to cannibalize Gilead's revenues from TDF-containing drugs.  In fact, a greater extent of cannibalization by 2017 would correspond to a larger amount of revenues from TDF-containing drugs that were "protected" from the generic competition that Gilead expected to occur that year.  Thus, an assumption that Gilead wished to protect its TDF-based sales from generic entry further calls into question the hypothesis that "cannibalization" was an adverse outcome to be avoided.  Neither expert explains how to reconcile this apparent contradiction.

### 4.     Dr. Rosenthal and Ms. Fontein Ignore Evidence That as Late as September 2004, Gilead Was Still Considering "Full" Development of TAF-Containing Drugs

52.     Dr. Rosenthal's and Ms. Fontein's claim that Gilead strategically "delayed" the launch of TAF-containing drugs ignores evidence that as late as September 2004, a month before Gilead announced its decision to stop TAF development, Gilead was still considering proceeding with TAF development without any delay and launching its first TAF-containing drugs as soon as possible.[92]  In addition to ignoring evidence to the contrary, Dr. Rosenthal

---

[92] Gilead, "GS-7340 Development Plan Update," September 16, 2004, GILTDF116607970990–1004 at 0990.

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

and Ms. Fontein provide a biased characterization of the few Gilead documents they chose to review as discussed in more detail below.

53.    To begin with, Dr. Rosenthal and Ms. Fontein ignore that as late as September 2004 Gilead still considered launching both a single agent TAF-containing drug and a TAF/FTC combination drug in 2008 in the U.S., as indicated in an internal Gilead document that both experts rely upon—a September 16, 2004 memorandum "GS-7340 Development Plan Update" written by the GS-7340 Project Team to Gilead's Development Committee.[93] According to this document, Gilead considered a "Full Development Scenario," under which the company would obtain FDA approval for the first TAF-containing drug in Q2 2008.[94]

54.    As this development plan update notes, this scenario was "predicated on obtaining positive results" in the TAF clinical studies.[95]  That is, in direct contradiction to Dr. Rosenthal's and Ms. Fontein's claims that Gilead "delayed" the launch of TAF-containing drugs regardless of their clinical benefits, this document shows that the company's development plans were contingent on TAF's performance in clinical studies.  This document is not unique—prior Gilead documents, some of which are entirely ignored by Dr. Rosenthal and Ms. Fontein, similarly discuss launching TAF-containing drugs in 2008 or earlier.[96]

55.    In addition to ignoring evidence that contradicts their opinions from the documents described above, Dr. Rosenthal and Ms. Fontein each provide biased interpretations of additional documents that they cite in their reports.  For example, Dr. Rosenthal claims that "under the 'Viread patent extension strategy,' which became the 'base case' in 2004, Gilead stated that TAF development would be 'delayed' in order to 'maximize the lifecycles of Viread and FDC.'"[97]  Ms. Fontein similarly claims that Gilead was only willing to consider TAF-containing drugs as a replacement for Viread®, "delaying" their development until the

---

[93] Gilead, "GS-7340 Development Plan Update," September 16, 2004, GILTDF116607970990–1004 at 1002. *See* Rosenthal Report, Attachment B: Materials Relied Upon; *see also,* Fontein Report, Exhibit B.

[94] Gilead, "GS-7340 Development Plan Update," September 16, 2004, GILTDF116607970990–1004 at 1002.

[95] Gilead, "GS-7340 Development Plan Update," September 16, 2004, GILTDF116607970990–1004 at 0999 ("The full development scenario for GS-7340-02 is predicated on obtaining positive results from study GS-120-0103 demonstrating antiviral activity of GS-7340-02 vs. Viread in deep salvage, treatment-experienced patients infected with HIV-1 containing the K65R mutation or three or more TAMs inclusive of M41L / L210W.").

[96] For example, Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143 at 142–143; Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852, p. 7. *See also,* Gilead, "Special DC Meeting Executive Report," March 24, 2004, GILTDF106400201746–748 at 747 ("If GS-7340 achieves Proof-of-Concept, the Project Team was asked to consider if it could immediately move into Ph. 3. Additionally, development assumptions were to plan for GS-7340 to cannibalize Viread in the FDC, assume accelerated approval plus priority review, and launch as part of the FDC.").

[97] Rosenthal Report, ¶ 46.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

end of "TDF's life cycle."[98]  To support their claims, Dr. Rosenthal and Ms. Fontein both cite a March 2004 "HIV Business Review Recommendations" memorandum created by Gilead's HIV Franchise Strategy Team for the company's Development Committee.[99]  Yet, Dr. Rosenthal and Ms. Fontein fail to note that in this same memorandum, Gilead also recommended "aggressive development" of TAF-containing drugs.  In fact, the memorandum includes an "Executive Summary" in which the first sentence of the recommendations for TAF states that "[t]he [HIV Franchise Strategy] Team supports aggressive development of GS-7340 in treatment experienced patients."[100]  Further, the version of the "HIV Business Review Recommendations" memorandum that is cited by Dr. Rosenthal and Ms. Fontein is only a draft version of the memorandum.[101]  In the final version of the same memorandum, the HIV Franchise Strategy Team removed the "patent extension strategy" from the document altogether but maintained the language that the team "support[ed] aggressive development of GS-7340 in treatment experienced patients."[102]

56.    Even setting this aside, Dr. Rosenthal and Ms. Fontein ignore evidence that contradicts their interpretations of the draft memorandum.  They both reference this memorandum to suggest that Gilead considered a "patent extension strategy" to be its "base case" development plan for TAF-containing drugs.[103]  While Plaintiffs' experts both reference a section of the memorandum that is indeed entitled "Base Case: Viread Patent Extension Strategy," they both fail to note that the first sentence of this section states that "[p]ositioning of GS-7340 as a patent extension strategy for Viread will occur if the results of the two proof of concept studies for Treatment Experienced Population and Treatment

---

[98] Fontein Report, ¶ 132 ("Armed with a calculation of the value of using TAF to extend Gilead's market exclusivity over its tenofovir franchise, Gilead was now willing to consider TAF as a replacement for Viread, but only if TAF development was "delayed" until the end of TDF's life cycle to limit TAF's impact on TDF sales, including those of the TDF-based FDCs.").

[99] Rosenthal Report, ¶ 46; Fontein Report, ¶ 132.

[100] Gilead HIV Franchise Strategy Team, "Memo Re: HIV Business Review Recommendations," March 4, 2004, GILTDF108900271721–730 at 22.  Ms. Fontein also relies on an updated version of this document with similar, if not identical content, but still fails to take into account that the document indicates "[t]he Team supports aggressive development of GS-7340 in treatment experienced patients."  Gilead HIV Franchise Strategy Team, "Memo Re: HIV Business Review Recommendations," March 19, 2004, GILTDF112803268474–82 at 74.

[101] Gilead HIV Franchise Strategy Team, "Memo Re: HIV Business Review Recommendations," March 4, 2004, GILTDF108900271721–730.   Deposition of Peter A. Virsik, January 28, 2021 ("Virsik Deposition"), 111:3–12. ("That's right. A draft document.").

[102] Gilead HIV Franchise Strategy Team, "Memo Re: HIV Business Review Recommendations," March 19, 2004, GILTDF112803268474–482.  Virsik Deposition, 161:1–5 ("Q. And does this appear to you to be the final version of the document that we looked at previously as Exhibit 9, with the redlining? A. Assuming there's no redlines on these pages, this looks like the final copy."); Virsik Deposition, 163:4-8 ("Q. And so does this final version of the recommendations to the Development Committee include a section on developing GS-7340 as a Viread patent extension? A. It does not appear to.").

[103] Rosenthal Report, ¶ 46; Fontein Report, ¶ 132.

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

Paradigm Shift strategies are not positive."[104]  That is, the recommendation in this March 2004 memorandum was for Gilead to continue to aggressively develop TAF-containing drugs and only employ the "patent extension strategy" if the clinical studies for TAF did not produce favorable results.  A Gilead memorandum from September 16, 2004, entitled "GS7340 Development Plan Update" similarly notes that the "Full Development Scenario" for TAF-containing drugs is "predicated on obtaining positive results from study GS-120-0103 demonstrating antiviral activity of GS-7340-02 vs. Viread in deep salvage, treatment experienced patients" and notes the "Viread extension/replacement scenario will be implemented if GS-7340-02 does not demonstrate additional antiviral activity."[105]

57.      In another example, Dr. Rosenthal and Ms. Fontein both reference the same April 2003 "Development Committee Executive Report" to support their theories regarding why Gilead "delayed" the development of TAF-containing drugs.[106]  Both experts note that in this document, Gilead's Strategy Review Committee recommended stopping the development of TAF-containing drugs "due to the likelihood that GS-7340 would ultimately cannibalize Viread regardless of its efficacy and safety profile."[107]  However, this recommendation did not reflect an actual decision to stop TAF development.  Dr. Rosenthal and Ms. Fontein fail to note that this same document also indicates that Gilead planned to "reevaluate" the development program for TAF-containing drugs "in Spring 2004."[108]  Gilead's continued development of TAF-containing drugs after April 2003 is clearly evidenced by a number of 2004 documents that summarize Gilead's TAF development activity during this time and indicate Gilead's plan to continue to move forward with development of TAF-containing drugs.  For example, in addition to the March 2004 "HIV Business Review Recommendations"[109] and the September 16, 2004 "GS-7340 Development Plan Update" documents discussed above,[110] a July 1, 2004 "Business Review Update Presentation" to Gilead's Operating Group detailed plans for R&D activities for TAF-containing drugs to

---

[104] Gilead HIV Franchise Strategy Team, "Memo Re: HIV Business Review Recommendations," March 4, 2004, GILTDF108900271721–730 at 724.

[105] Gilead, "GS7340 Development Plan Update," September 16, 2004, GILTDF116607970990–1004 at 0999.

[106] Rosenthal Report, ¶ 45; Fontein Report, ¶ 129.

[107] Rosenthal Report, ¶ 45; Fontein Report, ¶ 129.

[108] Gilead, "Development Committee Executive Report," April 17, 2003, GILTDF106400200094–96 at 95.

[109] Gilead HIV Franchise Strategy Team, "Memo Re: HIV Business Review Recommendations," March 4, 2004, GILTDF108900271721–30.

[110] Gilead, "GS-7340 Development Plan Update," September 16, 2004, GILTDF116607970990–1004.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

continue in that year and for the first TAF-containing drugs to be launched in 2008 in the U.S.[111]

58.    Dr. Rosenthal and Ms. Fontein also fail to investigate any other factors that could have influenced Gilead's decision to stop TAF development in 2004.  For example, Dr. Norbert Bischofberger, the former Chief Scientific Officer at Gilead, has testified that Gilead stopped the development of TAF-containing drugs because Gilead viewed TDF as safe and well-tolerated and viewed TAF as lacking differentiation to be useful beyond TDF.[112]  John Milligan, the former president and CEO of Gilead, similarly testified that at the time Gilead decided to stop TAF development in 2004, there was uncertainty around the safety and efficacy of TAF for the treatment of HIV while there was "far more [safety and efficacy] data on TDF than […] on TAF."[113]  Dr. Milligan further testified that Gilead stopped development of TAF in 2004 because of "manufacturing" issues.[114]  Dr. Lee also testified that stopping the development of TAF was "more of a reflection about the uncertain value of another nucleotide analog on the market" and was also related to the ongoing clinical developments for Viread® combination drugs, which were viewed as "very good drugs."[115]  Dr. Lee's

---

[111] Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852.

[112] Bischofberger Deposition, 27:14–19 ("Q. Okay. During your time at Gilead, is it fair to say you held several roles, correct? A. Correct. Q. Including at some point you became the chief scientific officer, correct? A. Correct.").  Bischofberger Deposition 366:11–367:5 ("Q. And could you please summarize your reasons – after having reviewed the data and discussed with the people at Gilead on both sides of the aisle, so to speak, your reasons for determining to stop the development of TAF in 2004? A. So, number one, we became more and more comfortable with TDF. You know, we had a few thousand in clinical studies, tens of thousands being treated in the real-world setting. So TDF was safe, was well-tolerated, was great in the regimens.  And number two, we just couldn't think of a use, a utility of 7340 that goes beyond TDF. So it was not differentiated. You know, there was not an identifiable patient population where TDF is not useful which 7340 would be useful. And lastly, 7340 had all of these unknowns. It might be safe. It might be not safe. You know, again, those are the three reasons. The main reason is the lack of differentiation.").

[113] Milligan Deposition, 48:17–19 ("Q. And at that point you became the president and CEO, correct? A. Yes"); Milligan Deposition, 211:20–212:13 ("Q. At the time Gilead stopped development of TAF in 2004, did you know whether TAF was safe and effective for the long-term treatment of HIV in humans? THE WITNESS: No, we did not. Q. At the time Gilead stopped development of TAF in 2004, did you know whether TDF was safe and effective for the long-term treatment of HIV in humans? THE WITNESS: We -- we had far more data on TDF than we did on TAF. So we were starting to develop a hypothesis that it was certainly safe -- it would be safe and effective enough that we would be able to treat patients for a longer period of time. So we had quite a bit of data on the safety of Viread at that time.").  Mr. Lee's testimony also corroborated the same concern.  Lee Deposition, 427:23–428:1 ("At that time, in 2004, did you know one way or the other whether TAF was, in fact, safe for treating human beings for HIV? A. No, we did not).

[114] Milligan Deposition, 225:18–22 ("Q. What was your understanding of why Gilead stopped development of TAF in 2004? A. You know, part of it was internal resources. Manufacturing was a -- was a big -- was a big issue.").  See also, Milligan Deposition, 213:4–11 ("Q. By the time Gilead had stopped TAF development in 2004, had Gilead figured out how to commercially manufacture TAF? THE WITNESS: No, we had not figured how to manufacture it in a commercially feasible manner.").  See also, Milligan Deposition Exhibit 31, Email from John Milligan to Marni Kottle, "FW:TAF," June 15, 2016, GILTDF111602278367–68 at 67 ("Additionally, TAF was difficult to make and the Phase I results were obtained with material that was produced in a manner that could not be scaled effectively for a commercial product. So Gilead chose to focused on STRs and research into new third agents, ultimately bringing to market Atripla, Complera and St[r]ibild.").

[115] Lee Deposition, 194:12–25 ("A. Well, it took us a long -- it took us a long time to really stop 7340. And I think that is more of a reflection about the uncertain value of another nucleotide analog on the market. It also had to do with all the things we were doing with Viread and the profile of Viread. At this point we were in clinical developments for a two-drug

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

testimony was also confirmed by Dr. Michael Hitchcock, the former Vice President of Medical Affairs at Gilead, who noted that the decision to stop TAF development was related to "the lack of need for TAF when we had good data on Viread or TDF."[116]  Dr. Rosenthal and Ms. Fontein have not done any assessment of the evidence behind any of these reasons.

> **D.    Dr. Rosenthal's Claim That Gilead "Delayed" the Launch of TAF-Containing Drugs to Increase Profits Is Speculative and Contradicted by Gilead's Forecasts**

59.    As discussed above, Dr. Rosenthal claims that "the pattern of Gilead's observable conduct (i.e., the timing of their development and launch of TAF-containing drugs) and statements contained in their own documents are consistent with the economic logic of a product switch to extend market exclusivity and thereby maximize profits."[117]  Dr. Rosenthal relies on a number of unsubstantiated assumptions and flawed arguments to support this claim.  She provides no economic analysis to show that Gilead anticipated that a delay in launching TAF-containing drugs would actually lead to higher profits.  In fact, the Gilead forecasts from 2003 and 2004 which consider "early" TAF development indicate that Gilead anticipated substantial profits if it were to launch the first TAF-containing drugs in 2007 or 2008 upon obtaining favorable clinical results.  Further, my economic analysis of the available information in these forecasts indicates that had Gilead compared its profits from "delayed" versus non-"delayed" development of TAF-containing drugs, it would have determined that a "delayed" development and launch of TAF-containing drugs would be *less* profitable under the assumption of clinical superiority for TAF-containing drugs.  I describe these findings in further detail below.

---

combination of FTC in Viread and doing trials with a three-drug combination with efavirenz, FTC and Viread. So there was a lot going on, and those are very good drugs. And the absolute need for 7340 was being -- was always in question. You had to believe that there was real advantages to 7340 to want to -- to say Viread wasn't good enough.").

[116] Deposition of Michael Hitchcock, December 17, 2019 ("Hitchcock Deposition, Day 1"), 177:25–178:1 ("And from '03 to '06, I was vice president for medical affairs."); Deposition of Michael Hitchcock, September 30, 2020 ("Hitchcock Deposition, Day 2"), 25:14–18 ("Q. What information did Bill Lee provide you about those topics? A. He said that the decision to stop TAF development was related to the lack of need for TAF when we had good data on Viread or TDF.").

[117] Rosenthal Report, ¶ 49.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

       **1.**      **Dr. Rosenthal's Analysis of Gilead's Sales of TDF- and TAF-Containing Drugs Is Flawed**

60.     In an attempt to support her argument that the alleged "product switch strategy was highly profitable," Dr. Rosenthal notes that Genvoya®, the first TAF-containing drug that became available on the market in November 2015, "quickly became a success" and reports that Genvoya® earned $4.6 billion in global dollar sales in 2018.[118]  Dr. Rosenthal's reliance on Genvoya®'s sales performance does not constitute evidence that the alleged "product switch" strategy was a "success."  To begin with, despite claiming that the strategy was "highly profitable," Dr. Rosenthal never estimates the profit impact of the alleged "product switch" strategy—instead, she only reports sales generated by Genvoya®.

61.     Specifically, according to Dr. Rosenthal's own premise that Gilead "delayed" the launch of TAF-containing drugs to "maximize profits," simply reporting the dollar sales generated by the first TAF-containing drugs does not rule out the possibility that more profits could have been generated from an earlier launch of such a product.  As noted above, Dr. Rosenthal does not claim that "delaying" the launch of TAF-containing drugs would delay generic entry.  Therefore, by "delaying," Gilead cannot increase the incremental profits that TAF-containing drugs would generate—on the contrary, "delaying" would decrease those incremental profits, as there would be fewer years left in the remaining patent life.  Furthermore, as also noted above, Dr. Rosenthal does not conduct any economic analysis or cite to Gilead analysis that compares Gilead profits from an "early" launch of TAF-containing drugs against a "delayed" launch of TAF-containing drugs.  As I demonstrate below, Gilead's forecasts are consistent with the economic notion that a "delayed" launch would be less profitable.

62.     Even setting aside this major conceptual error, Dr. Rosenthal's analysis suffers from a second conceptual problem.  Dr. Rosenthal's argument appears to be based on the implicit assumption that Genvoya®'s sales in 2018 reflect the sales that Gilead would have anticipated in 2004 from "delaying" the launch of TAF-containing drugs.  In particular, Dr.

---

[118] Rosenthal Report, ¶ 48.  In particular, Dr. Rosenthal notes that sales of Genvoya® more than doubled between 2016 and 2017 and were the highest among sales for drugs in Gilead's HIV portfolio in 2018.  Gilead Sciences, Inc. Press Release, "U.S. Food and Drug Administration Approves Gilead's Single Tablet Regimen Genvoya® (Elvitegravir, Cobicistat, Emtricitabine and Tenofovir Alafenamide) for Treatment of HIV-1 Infection," *Business Wire*, November 5, 2015, available at https://www.businesswire.com/news/home/20151105006409/en/U.S.-Food-and-Drug-Administration-Approves-Gilead%E2%80%99s-Single-Tablet-Regimen-Genvoya%C2%AE-Elvitegravir-Cobicistat-Emtricitabine-and-Tenofovir-Alafenamide-for-Treatment-of-HIV-1-Infection.  *See also*, Rosenthal Report, ¶ 47.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

Rosenthal claims that "[t]he timing of Genvoya's entry shows that Gilead's actions fall into a product switch framework."[119]  Dr. Rosenthal offers no support for this assumption.  Indeed, as I discussed above, Gilead documents from 2003 and 2004, including the ones Dr. Rosenthal references to support her claim of strategic "delay," indicate that at that time Gilead only considered developing a single agent TAF-containing drug and a fixed-dose combination of TAF and emtricitabine.[120]  These TAF-containing drugs that Gilead had considered developing were the TAF-containing analogues to Viread® and Truvada®, the only two TDF-containing drugs that had been launched by Gilead at the time.[121]  At that time, Gilead had no TDF-containing STRs on the market—the first TDF-containing STR, Atripla®, received FDA approval only in 2006, and Stribild®, the TDF-containing analogue to Genvoya®, received FDA approval only in 2012.[122]

63.    Dr. Rosenthal also notes that "[a]s expected in a product switch, sales of Gilead's TDF-based treatments dropped across the board [after the entry of TAF-containing treatments]."[123]  To support this argument, she references Gilead's annual report for the fiscal year ending in December 2018, which provides dollar sales for each TDF-containing drug (Viread®, Truvada®, Atripla®, Complera®, and Stribild®) for the years 2016 through 2018.[124]  Dr. Rosenthal claims that all these TDF-containing drugs experienced sales declines during this period, but she fails to demonstrate that these sales declines were due to a "successful" product switch.

64.    For example, Dr. Rosenthal fails to include in her analysis sales of these TDF-containing drugs in 2016, the first full calendar year after Genvoya®, the first TAF-containing drug, was launched in November 2015.  My review of Gilead's prior annual

---

[119] Rosenthal Report, ¶ 47.  Dr. Rosenthal also claims "Gilead apparently prepared to mitigate this loss [from the anticipated entry of generic versions of TDF-containing drugs] by applying a strategy with some product switch features to their first TAF product. As early as 2003, a Gilead financial analysis of GS-7340 (the TAF compound that would be first approved in the fixed dose combination, Genvoya) suggested that 'GS7340 may provide an additional four years of market exclusivity …'" Rosenthal Report, ¶ 41.

[120] Rosenthal Report, ¶ 45.  *See* Gilead, "2004-03-01 GS-7340 for HIV Strategy.ppt," March 1, 2004 Email, GILTDF111601879352; Gilead, "Development Committee Executive Report," April 29, 2004, GILTDF106400202091; Gilead, "April 17, 2003, Development Committee Executive Report," April 17, 2003, GILTDF106400200094.

[121] *See* Exhibit 1.

[122] *See* Exhibit 1.

[123] Rosenthal Report, ¶ 48.

[124] Rosenthal Report, ¶ 48.  *See also,* Gilead Sciences, Inc., "Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2018," February 2019, available at https://d18rn0p25nwr6d.cloudfront.net/CIK-0000882095/e696b52e-e29a-4442-a0cb-ea358375844e.pdf, p. 34.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

reports indicates that Genvoya® generated dollar sales of $1.5 billion in 2016.[125]  According to Dr. Rosenthal's product switch theory, the first full year of Genvoya® sales in 2016 should have coincided with reductions in market share for TDF-containing drugs.  Yet, except for Atripla®, dollar sales for all other TDF-containing drugs, Viread®, Truvada®, Complera®, Stribild®, each increased between 2015 and 2016.[126]  Dr. Rosenthal provides no explanation for why the sales decline she identifies as a hallmark of a product switch was not observed for all these TDF-containing drugs, including Stribild®, the TDF-containing analogue to Genvoya®, until more than a year after the alleged switch occurred, and despite a strong first year of sales for Genvoya®.

65.     Furthermore, Atripla®, the only TDF-containing drug for which a sales decline was observed in the first year after Genvoya®'s launch, first saw a sales decline between 2013 and 2014—well before the November 2015 launch of Genvoya®.[127]  Dr. Rosenthal fails to demonstrate that the decline in Atripla® sales observed after Genvoya®'s launch was caused by that launch, rather than being a continuation of a downward trend that predated Genvoya®'s introduction.

66.     Dr. Rosenthal also notes that "Viread's sales declined by 12% and 71% in 2017 and 2018 respectively" and claims that "the drop in sales of TDF-based treatments started before generic competition began in late 2017, suggesting the decline was from the product switch, and not from generic competition."[128]  However, Dr. Rosenthal only cites annual figures and does not clarify how, based on such figures, she was able to infer that the 2017 decline in Viread® sales started earlier in the year, i.e., before the launch of the first generic version of Viread®.  Indeed, economic literature has found that the impact of generic entry can be very

---

[125] Gilead Sciences, Inc., "Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2016," February 2017, available at https://d18rn0p25nwr6d.cloudfront.net/CIK-0000882095/682725bb-a85a-49b4-b53d-b8dec91a0db0.pdf, p. 50.

[126] Gilead Sciences, Inc., "Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2016," February 2017, available at https://d18rn0p25nwr6d.cloudfront.net/CIK-0000882095/682725bb-a85a-49b4-b53d-b8dec91a0db0.pdf, p. 50.  From 2015 to 2016, sales for Viread® increased by 7 percent, sales for Truvada® increased by 3 percent, sales for Stribild® increased by 5 percent, sales for Complera®/Eviplera® increased by 2 percent, and sales for Atripla® decreased by 17 percent.  Note that Complera® sales include Complera® and Eviplera®, the European brand name for Complera®.

[127] Gilead Sciences, Inc., "Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2016," February 2017, available at https://d18rn0p25nwr6d.cloudfront.net/CIK-0000882095/682725bb-a85a-49b4-b53d-b8dec91a0db0.pdf, p. 50; Gilead Sciences, Inc., "Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2014," February 2015, available at https://d18rn0p25nwr6d.cloudfront.net/CIK-0000882095/c878e471-9556-47e7-879d-ada77da79485.pdf, p. 59.

[128] Rosenthal Report, ¶ 48.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

swift and brand drugs can lose as much as 30–40 percent of their unit sales in the month when generic versions first launch.[129]

## 2.    Gilead's Forecasts Indicate that Gilead Anticipated an "Early" Launch of TAF-Containing Drugs Could be Profitable

67.    Dr. Rosenthal claims that Gilead's alleged "product switch" strategy was profitable based on the actual sales of Gilead's TAF-containing drug Genvoya®, but she fails to note that forecasts from 2003 and 2004 indicate that Gilead anticipated that an "early" launch of TAF-containing drugs in 2007 or 2008 could generate substantial incremental sales and, even more importantly, substantial incremental profits—if TAF could be demonstrated to be clinically superior.  In particular, as discussed above, in July 2004, Gilead developed a forecast for profits from TAF-containing drugs that I understand to be the latest available forecast for such products that Gilead created prior to stopping TAF development.  This July 2004 forecast includes projections for revenues and costs of TAF-containing drugs during the period 2004–2013 assuming the launch of a single agent TAF drug and a TAF/FTC combination drug in 2008.[130]

68.    The July 2004 forecast indicates that Gilead anticipated that a 2008 launch of TAF-containing drugs could generate substantial annual revenues if TAF proved to be clinically superior to TDF.  Specifically, the forecast estimated that TAF-based revenues would increase from $191 million in the launch year of 2008 to $1.9 billion in 2013—the last year included in the forecast.[131]  This forecast indicates that Gilead anticipated that a sizeable portion of these revenues would be incremental revenues, i.e., additional revenues that Gilead would accrue by marketing TAF-containing drugs above what Gilead would accrue from marketing only TDF-containing drugs.  Specifically, Gilead anticipated total incremental revenues from a single agent TAF drug and a TAF/FTC combination drug of $60 million in 2008, with annual incremental revenues increasing to $225 million in 2013.[132]  The

---

[129] Grabowski, Henry, et al. (2016), "Updated Trends in US Brand-Name and Generic Drug Competition," *Journal of Medical Economics*, 19(9), 836–844 at Figure 5.

[130] Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852, pp. 7, 10, 12, 18.

[131] Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852, p. 17.

[132] Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852, p. 20.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

September 2004 forecast also indicates total incremental revenues of $955 million over the same period 2008–2013.[133]

69.    The July 2004 "Business Review" also forecasted costs for the two TAF-containing drugs only through 2009,[134] and these figures provide no basis for Dr. Rosenthal's claim that a "delayed" launch would have been more profitable.  Specifically, Gilead projected $188 million in total nominal R&D costs from the two TAF-containing drugs over the period 2004–2009.[135]  The July 2004 "Business Review" also forecasted sales and marketing ("S&M") costs for these products through 2009, which total $297 million.[136]  Given the large revenues that Gilead expected to earn from launching the two TAF-containing drugs, the cost figures presented in the July 2004 "Business Review" suggest that an "early" launch would be profitable if TAF could be shown to be superior to TDF.  In fact, the July 2004 "Business Review" also estimated the *total* (i.e., without accounting for cannibalization of TDF-based sales) net present value ("NPV") of Gilead's TAF-based profits over the period 2004–2013 to be $1.5 billion.[137]  In April 2003, Gilead created "GS7340 NPV Early launch" forecasts which directly estimated the *incremental* (i.e., after accounting for cannibalization of TDF-based sales) NPV from launching the single agent TAF drug in 2007 and the TAF/FTC combination drug in 2010.[138]  In these forecasts, Gilead estimated that the incremental profit flows over the period 2003–2020 from launching the two TAF-containing drugs had an NPV equal to $201 million if each drug was priced at parity with its respective TDF-containing analogue or $1.1 billion if each TAF-containing drug were priced at a premium relative to its TDF-containing analogue.  Dr. Rosenthal completely ignores these forecasts that contradict her opinion and fails to address why, in light of these forecasts, Gilead would have anticipated that a later launch of TAF-containing drugs would be more profitable.

70.    Further, Ms. Fontein's opinions are supportive of the notion that launching TAF-containing drugs "early" would be even more profitable than estimated in Gilead's July 2004 and April 2003 forecasts.  In particular, Ms. Fontein claims that Gilead should have realized

---

[133] "GS7340 Development Plan Update," September 16, 2004, GILTDF116607970990–1004 at 1001.

[134] Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852.

[135] Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852, p. 10.

[136] Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852, p. 12.

[137] Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852, p. 39.

[138] Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

that the incremental sales from TAF-containing drugs would be more substantial than projected in such Gilead forecasts.[139]  Even if this claim were true, it would have been all the more reason why an earlier launch of TAF-containing drugs would generate more profits than a later one, contrary to Dr. Rosenthal's claims.  In addition, Ms. Fontein argues that Gilead's "expected [cost of goods sold] for TAF 75mg were less than half than that of TDF, with room to further reduce costs long-term."[140]  The NPV estimates in both of these Gilead forecasts do not take into account the cost of goods sold ("COGS") for TDF-containing drugs that Gilead would avoid on TDF-based revenues that are cannibalized by the launch of TAF-containing drugs.[141]  Accounting for these TDF-based manufacturing cost savings would result in an even higher NPV of an "early" launch of TAF-containing drugs.  As such, Ms. Fontein's claims about the revenues and costs of TAF-containing drugs further contradict Dr. Rosenthal's claim that Gilead "delayed" the launch of these products to maximize profits.  In making this unsupported claim, Dr. Rosenthal not only ignores Gilead forecasts that estimated an "early" launch of TAF-containing drugs could be very profitable (if TAF were proven to be clinically differentiated), but she also ignores that such forecasts indicate that by comparison, a "delayed" launch would be less profitable—as shown by the economic analysis I conducted of these forecasts below.

### 3.    Economic Analysis of Gilead's Forecasts Contradicts Dr. Rosenthal's Claim That Delaying the Launch of TAF-Containing Drugs Would Lead to Higher Profits

71.    Even setting aside the major conceptual errors noted above, Dr. Rosenthal's opinions about the relative profitability of an "early" versus "delayed" launch are further undermined by their lack of any quantitative support.  Specifically, Dr. Rosenthal fails to conduct any economic analysis of how profitable Gilead thought a "delayed" launch of TAF-containing drugs would be versus an "early" launch, let alone compare the two to substantiate her claim that Gilead thought the former would be more profitable.  Without endorsing her theories, I adopt Dr. Rosenthal's premise to conduct an economic analysis of such a profitability

---

[139] Fontein Report, ¶ 138.

[140] Fontein Report, ¶ 123.

[141] Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143.

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

comparison.  In particular, to assess Dr. Rosenthal's claim, the proper economic framework would evaluate the profitability of an "early" versus "delayed" launch of TAF-containing drugs from the perspective of Gilead before its decision to stop TAF development in 2004. In order to adopt Gilead's perspective, my economic analysis utilizes the April 2003 Gilead forecasts noted above.[142]  Among the produced Gilead forecasts, these forecasts are useful for such an economic analysis because they are the closest in time to Gilead's announced decision to stop TAF development that still: 1) provide sufficient information to reliably conduct this profitability comparison; and 2) embed Dr. Rosenthal's (and Ms. Fontein's) premise that Gilead expected TAF-containing drugs to show meaningful clinical differentiation from TDF-containing drugs.[143]  In particular, the April 2003 forecasts cover the period through 2020, after which Gilead anticipated the two TAF-containing drugs would lose patent protection.  Contrary to Dr. Rosenthal's claim, my economic analysis of Gilead's 2003 forecasts shows that strategically delaying the launch of TAF-containing drugs would have reduced profits under the premise that those drugs were known to be superior.

---

[142] Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143.

[143] Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143.  I am aware of only five other forecasts from 2003 and 2004 which estimate profits from TAF-containing drugs.  One of these forecasts, from September 2003, is based on the premise that TAF-containing drugs would have minimal clinical differentiation from TDF-containing drugs, which contradicts Plaintiffs' experts' premise that TAF was meaningfully clinically differentiated and Gilead was aware of that as early as 2003.  *See* Gilead, "Financial Analysis of GS7340 as a Tenofovir Exclusivity Extension," GILTDF106400200181.  Another forecast from April 2003 also assumes that TAF-containing drugs would only cannibalize TDF revenue, which indicates that this forecast also assumed that TAF was not meaningfully clinically differentiated from TDF.  *See* "NPV Analysis of GS 7340 as a Patent Extension to Viread," GILTDF111601879278 (Attachment to Email from Jung Choi to Peter Virsik, "RE: GS-7430 NPV Analysis," April 13, 2003, GILTDF111601879276–77), p. 5 ("GS-7340 will only penetrate the Viread single agent share of the total TDF market.").  The three other forecasts— a March 2003 forecast, a 2003 forecast that appears to be created before April 3, 2003, and the July 2004 forecast referenced in the section above— do reflect an expectation that TAF would have some clinical differentiation so that it could generate incremental revenues beyond the revenues cannibalized from TDF-containing drugs.  However, these three forecasts do not cover a sufficient time period nor contain sufficient details on how Gilead estimated TAF-based profits to allow me to reliably estimate the profits Gilead could have expected from a later launch under Plaintiffs' experts' theory of "strategic" delay.  In particular, the March 2003 forecast assumes a launch of the first TAF-containing drug in December 2005 and provides TAF-based annual revenue projections for only the years 2005 – 2010, 2015, and 2020.  This forecast does not provide information on COGS, R&D costs, or S&M costs.  *See* "GS7340 Base Case Forecast Assumptions," March 27, 2003, GILTDF110100929588–89 at 88.  The Gilead "2003 Business Review" presentation, which appears to have been created before April 3, 2003, provides anticipated revenues from an "early" launch of TAF-containing drugs, but for only 2007–2010, 2014, and 2020.  *See* Gilead, "GS-7340 Key Development Assumptions R&D Stage Products 2003 Business Review," GILTDF106400201449–63 at 54.  This forecast also does not provide annual cannibalization rates or incremental revenues that Gilead expected would be generated by TAF-containing drugs.  In addition, the forecast includes R&D costs from 2003–2008 only and does not discuss S&M costs.  While the "2003 Business Review" document includes a higher COGS for TAF-containing drugs (i.e., 7.2 percent of total TAF revenues instead of 5 percent), the qualitative results of my analysis do not change when applying the higher COGS in this document.  Similarly, the July 2004 forecast provides TAF-based revenues only through 2013 and TAF R&D and S&M costs only through 2009— all prior to the actual launch of TAF-containing drugs in 2015.  *See* Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852, p. 17.  That said, the forecasted incremental TAF revenues in the July 2004 document—the document that contains the latest forecast I am aware of before Gilead stopped TAF development in 2004—are largely similar to the ones in the April 2003 document for the years that the forecasts overlap—the first six years after launch.

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

72.     To determine the profit impact of delaying the launch of TAF-containing drugs, I use a standard approach to measure the expected profitability of a drug over its life cycle.[144]  This approach consists of estimating the NPV of a drug product, where the NPV represents the value at a given point in time of expected future cash flows—forecasted revenues and costs— over the forecasted period.  This is an approach that I have used in my own research,[145] and is not only a standard approach used by both academics and industry practitioners, but as noted above, is also the approach Gilead itself employed in its forecasts.

73.     More specifically, I estimate Gilead's expected profits from launching TAF-containing drugs "early" and compare them to Gilead's expected profits from launching TAF-containing drugs in 2015.  To estimate Gilead's expected profits from launching TAF-containing drugs "early," I use Gilead's "GS7340 NPV Early launch" forecasts from April 2003, which anticipate an "early" launch of the first TAF-containing drug in 2007.[146]  As discussed above, these forecasts consider an "early" launch of the single agent TAF drug in 2007 and an "early" launch of the TAF/FTC combination drug in 2010, and consist of two distinct scenarios that vary in their price assumptions for these two TAF-containing drugs relative to their TDF-containing analogues—a price parity scenario and a price premium scenario.[147]

74.     The "GS7340 NPV Early launch" forecasts include annual estimates of total revenues for TAF-containing drugs, total revenues for TDF-containing drugs, and the revenues lost for TDF-containing drugs due to cannibalization by TAF-containing drugs.  (See top panel of Exhibit 2.)  The forecasts estimate the incremental revenues due to the launch of TAF-containing drugs as total revenues for TAF-containing drugs less the revenues lost for TDF-containing drugs due to cannibalization by TAF-containing drugs.  The forecasts also include annual estimates of the COGS, S&M costs, and R&D costs for TAF-containing drugs.  Based on these values, the forecasts estimate annual net profits for TAF-containing drugs for each

---

[144] *See, e.g.*, Hartmann, Marcus, and Ali Hassan (2006), "Application of Real Options Analysis for the Pharmaceutical R&D Project Valuation – Empirical Results from a Survey," Research Policy, 35, 343–354 at 347–48; "Drug Development: Valuing the Pipeline – a UK Study," *Mayer Brown*, March 2009, pp. 9–11.

[145] *See, e.g.*, Shih, Tiffany, et al. (2016), "Reconsidering the Economic Value of Therapies for Multiple Sclerosis in the United States: Who Derives Benefit from Medical Technology?" The American Journal of Managed Care, 22(11), e368–e374.

[146] Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143.

[147] Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

year from 2003–2020, the last full calendar year before the anticipated expiration of the TAF patents, that had been obtained as of 2003.[148]  Over this period, the forecasts estimate that the incremental NPV from launching the two TAF-containing drugs in 2007 and 2010 (relative to not launching these products at all) would be $202 million under the price parity scenario and $1.1 billion under the price premium scenario.[149]

75.    If Dr. Rosenthal is correct in her claim that Gilead "delayed" the launch of TAF-containing drugs to maximize its profits, then Gilead should have anticipated more profits from a launch in 2015.  But an economic analysis indicates that Dr. Rosenthal's claim is not supported by the evidence.  As shown in the bottom panel of Exhibit 2, I estimate the incremental NPV of launching the TAF-containing drugs in 2015 by adapting the price parity scenario from Gilead's April 2003 "GS7340 NPV Early launch" forecasts.  From an economic perspective, the proper methodology to conduct such an estimation would adopt parameters from Gilead's forecast whenever they can reasonably be applied to the "delayed" 2015 launch scenario.  In cases where assumptions are required, I adopt conservative assumptions, and therefore the estimation shown in Exhibit 2 likely overestimates the profitability of a "delayed" launch.

76.    Specifically, following the methodology used by Gilead in this document, I first estimate total TAF-based revenues under the "delayed" scenario, and then decompose these revenues into 1) revenues that are cannibalized from TDF-containing drugs and 2) incremental TAF-based revenues.  I conduct this estimation (rather than assume that TAF-based revenues under the "delayed" scenario would be the same as TAF-based revenues under the "early" launch that Gilead forecasted) to account for the fact that Gilead could have anticipated growth in its overall HIV franchise revenues; in principle, this could have led TAF-based revenues at launch to be higher for a later launch than an earlier one.  To estimate total TAF-based revenues in 2015, the launch year under the "delayed" scenario, I use the growth rate that Gilead forecasted for (pre-cannibalized[150]) TDF-based revenues between 2007, the launch year forecasted by Gilead, and 2015, the launch year under the "delayed"

---

[148] Email from Peter Virsik to Jung Choi, "Patent expiration," March 11, 2004, GILTDF112102720475–76 at 76.

[149] Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143.

[150] By "pre-cannibalized" TDF-based revenues I refer to the TDF-based revenues Gilead forecasted before subtracting the revenues that Gilead forecasted would be cannibalized by a 2007 launch of the first TAF-containing drug.

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

scenario, as a proxy for the growth in Gilead's share of the overall HIV market.[151] Specifically, Gilead forecasted that (pre-cannibalized) TDF-based revenues would increase by 11.9 percent between 2007 and 2015.  I apply this growth rate to Gilead's forecasted total TAF-based revenue of $139.6 million in 2007 to estimate total TAF-based revenue of $156.3 million in 2015 under the "delayed" scenario.  To estimate total TAF-based revenue in every subsequent year after the "delayed" launch in 2015, I use the annual growth rate that Gilead forecasted for the 2007 launch.  For example, Gilead forecasted that TAF-based revenue would increase by 175 percent from 2007 to 2008, one year after the 2007 launch.  I therefore apply a 175 percent increase to $156.3 million (the total TAF-based revenue I estimated for the "delayed" launch year of 2015) to estimate total TAF-based revenue of $429.3 million in 2016, one year after the "delayed" launch.

77.      I then calculate TAF-based revenue that is cannibalized from TDF-containing drugs. Gilead's forecast assumes that a specific share of TDF-based revenues is converted to TAF-based revenues in each year and that this share would grow over time.  For example, the April 2003 forecast projects that 15 percent of TDF-based revenues would be cannibalized by TAF-containing drugs in 2007 (the launch year forecasted by Gilead), 30 percent in 2008 (the first year after launch), 40 percent in 2009 (the second year after launch), and so on.  I use these figures as the cannibalization rates for each year after launch.  I then calculate cannibalized TDF-based revenues in each calendar year as the product of: 1) the cannibalization rate based on years since launch; and 2) the (pre-cannibalized) TDF-based revenues that Gilead estimated for that calendar year.  For example, the TDF-based revenues that are cannibalized in 2015, the launch year under the "delayed" scenario, are estimated as the product of TDF-based (pre-cannibalized) revenues that Gilead forecasted for 2015 and 15 percent (the cannibalization rate that Gilead estimated for 2007, the launch year Gilead forecasted).  Lastly, I calculate incremental TAF-based revenue under the "delayed" launch scenario by subtracting the revenues that are cannibalized from TDF-containing drugs from total TAF-based revenues.

---

[151] The April 2003 forecast does not report revenue for Gilead's overall HIV franchise.  However, Gilead's July 2004 Business Review indicates that Gilead expected its TDF-containing drugs to account for nearly all of Gilead's HIV franchise revenues and to grow at a higher rate than the overall HIV franchise revenues before the anticipated launch of TAF-containing drugs.  *See* Gilead, "Business Review 2004 Update," July 1, 2004, GILTDF114706401852, p. 17.

**CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

78.       I then estimate the annual COGS, S&M costs, and R&D costs under a 2015 launch scenario.  The April 2003 forecast calculates COGS as five percent of total TAF-based revenues, which I adopt to estimate COGS in the 2015 launch scenario.[152]  I shift S&M costs from the April 2003 forecast into the future by eight years to account for a launch of TAF-containing drugs in 2015 as opposed to 2007.  Similarly, I shift annual R&D costs from the April 2003 forecast into the future by eight years.  I then estimate the net profit of TAF-containing drugs in each year using the same calculation that Gilead employed in the April 2003 forecast: incremental TAF-based revenues less COGS, S&M costs, and R&D costs.  I then convert the nominal net profits that would be accrued each year in the future into present value terms (as of the beginning of 2003) using the same annual discount rate of 15 percent reflected in Gilead's April 2003 forecast.[153]  Based on this methodology, and as shown in Exhibit 2, my economic analysis indicates that a "delayed" launch of TAF-containing drugs in 2015 under the price parity assumption employed by Gilead would result in an NPV of $159 million—$43 million less than the NPV of $202 million that Gilead calculated for an "early" launch in 2007.

79.       The above calculation of the incremental NPV from a "delayed" launch of TAF-containing drugs in 2015 likely overestimates the actual incremental NPV for several reasons.  First, this calculation does not take into account that TDF-containing drugs not only reduces Gilead's TDF-based revenues (which this calculation accounts for), but also reduces the TDF-based manufacturing costs that Gilead would have incurred if those TDF-containing drugs had not been cannibalized.  Allowing for cannibalization to have an effect not only on TDF-based revenues but also on TDF-based COGS would further increase the incremental profits from an earlier launch of TAF-containing drugs relative to a 2015 launch of TAF-containing drugs.

80.       This effect is magnified even further under Ms. Fontein's assertion that Gilead's "expected [cost of goods sold] for TAF 75mg [was] less than half than that of TDF, with room to further reduce costs long-term."[154]  Given that the April 2003 forecast used for this analysis assumed that TAF-containing drugs would be priced at parity to TDF-containing drugs, if Gilead anticipated that the COGS per unit for TAF-containing drugs was less than

---

[152] Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143 at 142.

[153] Email from Bruno Delagneau to William Lee, "GS7340 financial analysis," April 17, 2003, GILTDF115006639141–143 at 142.

[154] Fontein Report, ¶ 123.

CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER

the COGS per unit for TDF-containing drugs, it would have anticipated even higher profit margins and thus higher profits on revenues that TAF-containing drugs cannibalized from TDF-containing drugs.

81.    Similarly, if Gilead anticipated that S&M costs under the "delayed" launch scenario would scale with annual TAF-based revenues, as opposed to anticipating the same S&M costs regardless of the size of TAF-based revenues, Gilead would have found an "early" launch to be even more profitable than a "delayed" launch.

82.    Finally, as discussed above, Gilead's April 2003 forecasts included two scenarios: one in which TAF-containing drugs were priced at parity to TDF-containing drugs and another in which TAF-containing drugs were priced at a premium to TDF-containing drugs.  The calculation above adopts the price parity scenario.  An increase in the relative prices of TAF-containing drugs vis-à-vis TDF-containing drugs would increase the profitability of sales of TAF-containing drugs.  In other words, employing the pricing assumptions from Gilead's second scenario in its April 2003 forecast would cause an "early" launch to be even more profitable relative to a "delayed" launch.

83.    In summary, my economic analysis of these Gilead forecasts indicates that if Gilead had compared the present value of profits that it expected to receive from an "early" versus a "delayed" launch of TAF-containing drugs, it would have reached the opposite conclusion that Dr. Rosenthal claims it did—namely, that a "delayed" launch would have been less, and not more, profitable.  Therefore, in addition to all the other flaws enumerated in the preceding sections, there is no economic basis for Dr. Rosenthal's opinion that Gilead strategically "delayed" the launch of TAF-containing drugs because it was more profitable to do so.

Executed this 13th of July, 2022

DARIUS N. LAKDAWALLA, Ph.D.

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

**Exhibit 2**

**Economic Analysis of Net Present Value ("NPV") of a 2007 Launch of TAF-Containing Drugs Forecasted by Gilead vs. a 2015 Strategically "Delayed" Launch of TAF-Containing Drugs Per Plaintiffs' Experts' Theory**

*(USD in Millions)*

**Scenario 1: 2007 Launch of TAF-Containing Drugs (Gilead's Forecast)[1]**

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Branded TDF-Based Revenue | 504.0 | 669.1 | 768.1 | 852.4 | 915.9 | 976.4 | 1,025.2 | 1,025.2 | 1,025.2 | 1,025.2 | 1,025.2 | 1,025.2 | 1,025.2 | 1,025.2 | 820.2 | 512.6 | 256.3 | 205.0 |
| Total TAF-Based Revenue | | | | | 139.6 | 383.6 | 630.2 | 778.4 | 866.1 | 924.9 | 968.8 | 998.6 | 1,028.4 | 1,060.2 | 1,091.7 | 1,123.7 | 1,157.6 | 1,193.3 |
| Cannibalized from Branded TDF-Containing Drugs | | | | | (137.4) | (292.9) | (410.1) | (512.6) | (666.4) | (768.9) | (820.2) | (871.4) | (922.7) | (922.7) | (738.1) | (461.3) | (230.7) | (184.5) |
| Incremental | | | | | 2.2 | 90.7 | 220.2 | 265.8 | 199.7 | 156.1 | 148.6 | 127.2 | 105.7 | 137.5 | 353.5 | 662.3 | 926.9 | 1,008.8 |
| Cost of Goods (5.0%) | | | | | 7.0 | 19.2 | 31.5 | 38.9 | 43.3 | 46.2 | 48.4 | 49.9 | 51.4 | 53.0 | 54.6 | 56.2 | 57.9 | 59.7 |
| Gross Profit | | | | | (4.8) | 71.5 | 188.7 | 226.9 | 156.4 | 109.8 | 100.2 | 77.3 | 54.3 | 84.5 | 298.9 | 606.2 | 869.0 | 949.1 |
| R&D Expenses | 4.5 | 10.0 | 16.5 | 27.7 | 29.3 | 32.6 | 30.1 | 28.9 | 25.0 | 15.0 | 10.0 | 10.0 | 7.5 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 |
| S&M Expenses | | | 1.6 | 20.0 | 63.0 | 78.0 | 90.0 | 95.8 | 98.0 | 83.8 | 70.0 | 65.0 | 60.0 | 55.0 | 45.0 | 40.0 | 40.0 | 40.0 |
| Net Profit | (4.5) | (10.0) | (18.1) | (47.7) | (97.1) | (39.1) | 68.5 | 102.1 | 33.4 | 11.0 | 20.2 | 2.3 | (13.2) | 24.5 | 248.9 | 561.2 | 824.0 | 904.1 |
| NPV[2] | 201.8 | | | | | | | | | | | | | | | | | |

**Scenario 2: 2015 "Delayed" Launch of TAF-Containing Drugs[3]**

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Branded TDF-Based Revenue | 504.0 | 669.1 | 768.1 | 852.4 | 915.9 | 976.4 | 1,025.2 | 1,025.2 | 1,025.2 | 1,025.2 | 1,025.2 | 1,025.2 | 1,025.2 | 1,025.2 | 820.2 | 512.6 | 256.3 | 205.0 |
| Total TAF-Based Revenue[4] | | | | | | | | | | | | | 156.3 | 429.3 | 705.4 | 871.2 | 969.4 | 1,035.3 |
| Cannibalized from Branded TDF-Containing Drugs[5] | | | | | | | | | | | | | (153.8) | (307.6) | (328.1) | (256.3) | (166.6) | (153.8) |
| Incremental[6] | | | | | | | | | | | | | 2.5 | 121.8 | 377.4 | 614.9 | 802.8 | 881.5 |
| Cost of Goods (5.0%) | | | | | | | | | | | | | 7.8 | 21.5 | 35.3 | 43.6 | 48.5 | 51.8 |
| Gross Profit | | | | | | | | | | | | | (5.3) | 100.3 | 342.1 | 571.4 | 754.3 | 829.8 |
| R&D Expenses[7] | | | | | | | | | 4.5 | 10.0 | 16.5 | 27.7 | 29.3 | 32.6 | 30.1 | 28.9 | 25.0 | 15.0 |
| S&M Expenses[8] | | | | | | | | | | | 1.6 | 20.0 | 63.0 | 78.0 | 90.0 | 95.8 | 98.0 | 83.8 |
| Net Profit | | | | | | | | | (4.5) | (10.0) | (18.1) | (47.7) | (97.6) | (10.3) | 222.0 | 446.7 | 631.3 | 731.0 |
| NPV[2] | 158.8 | | | | | | | | | | | | | | | | | |

Source: Email from Bruno Delagneau to William Lee, "GSF340 financial analysis," April 17, 2003, GILTDF11500639141—143 at 142, GILTDF11500639142.xls.

Note:
[1] Gilead's 2003 forecast that considers an early launch of a single agent TAF drug in 2007 and a launch of a TAF/FTC combination drug in 2010. In Gilead's forecast, Branded TDF-Based Revenue is denoted as "Viread revenues (includes combo)." Total TAF-Based Revenue is denoted as "Total TAF-Based Revenue." TAF-Based Revenue cannibalized from branded TDF-containing drugs is denoted as "Viread revenue loss." Incremental TAF-Based Revenue is denoted as "Total GSF340 Incremental revenues." "research and development ("R&D") Expenses are denoted as "TOTAL R&D expenses," and sales and marketing ("S&M") Expenses are denoted as "Total S&M expenses."
[2] Gilead's forecast uses a 15% discount rate when calculating NPV. See Cell B22 of GILTDF11500639142.xls.
[3] Considers a launch of TAF-containing drugs "delayed" by 8 years until 2015, per Dr. Rosenthal's and Ms. Fordin's theory.
[4] Under the "delayed" launch scenario, total TAF-based revenue in 2015, the first year of launch, is assumed to be higher than the total TAF-based revenue that Gilead forecasted for the 2007 launch, where the increase reflects the growth in pre-cannibalized TDF-based revenues that Gilead forecasted for the intervening years. Total TAF-based revenue in 2015 is calculated as [Gilead's Forecasted Total TDF-Based Revenue, 2015] / [Gilead's Forecasted Total TAF-Based revenue in 2016, year 2 after launch, total TAF-based revenue is calculated as [Gilead's Forecasted Total TAF-Based Revenue, year 2 of launch] / [Gilead's Forecasted Total TAF-Based Revenue under the "delayed" scenario follows the revenue growth that Gilead forecasted for a 2007 launch. For example, total TAF-based revenue in 2016, year 2 after launch, is calculated as [Gilead's Forecasted Total TAF-Based Revenue, year 2 of launch] / [Gilead's Forecasted Total TAF-Based Revenue, year 1 of launch]) / [Gilead's Forecasted Total TAF-Based Revenue, year 1 of launch].
[5] Gilead's forecast for a 2007 launch assumes that a specific share of TDF-based revenues are converted to TAF-based revenues in each year. These cannibalization rates can be found in the calculation of "Viread revenue loss" from "Viread revenues (includes combo)" in GILTDF11500639142.xls. To estimate TAF-based revenue that is cannibalized from branded TDF-Based Revenue under a "delayed" launch in 2015, Gilead's forecasted cannibalization rates for each year after launch are multiplied by Gilead's forecasted TDF-containing drugs under a "delayed" launch scenario. These cannibalization rates are calculated as [Gilead's Forecasted Cannibalization Rate, year 1 of launch] / [Gilead's Forecasted Branded TDF-Based Revenue, 2015]. For example, the cannibalization rate for the first year of launch is 15%. Therefore, the TAF-Based Revenue that is cannibalized in 2015, the first year of launch under the "delayed" scenario, is calculated as [Gilead's Forecasted Cannibalization Rate, year 1 of launch] × 15% × [Gilead's Forecasted Branded TDF-Based Revenue, 2015].
[6] Consistent with Gilead's forecast, Incremental TAF-based revenue is estimated as Total TAF-Based Revenue less TAF-Based Revenue that is cannibalized from branded TDF-containing drugs.
[7] I assume that R&D expenses in each year relative to the launch year in the "delayed" launch scenario are the same as the R&D expenses in the respective year in the 2007 launch scenario that Gilead modeled. For example, R&D expenses in 2011, four years before the "delayed" launch, are calculated as the R&D expenses in 2003, four years before the 2007 launch that Gilead modeled.
[8] I assume that S&M expenses in each year relative to the launch year in the "delayed" launch scenario are the same as the S&M expenses in the respective year in the 2007 launch scenario that Gilead modeled. For example, S&M expenses in 2013, two years before the "delayed" launch, are the same as the S&M expenses in 2005, two years before the 2007 launch that Gilead modeled.

1

# APPENDIX A

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER **Appendix A**

# DARIUS N. LAKDAWALLA

Leonard D. Schaeffer Center for Health Policy and Economics (213) 538-8736
University of Southern California                                           dlakdawa@usc.edu
635 Downey Way, VPD #414-K
Los Angeles, CA 90089-3331

---

## EDUCATION
*University of Chicago.* Ph.D. in Economics, June 2000.
*Amherst College.* B.A., Mathematics and Philosophy, 1995. Summa Cum Laude, Phi Beta Kappa.

## PROFESSIONAL EXPERIENCE
| | |
|---|---|
| 2018-present: | *Director of Research,* Leonard D. Schaeffer Center for Health Policy and Economics, University of Southern California |
| 2012-present: | *Quintiles Chair in Pharmaceutical Development and Regulatory Innovation*, University of Southern California |
| 2012-present: | *Full Professor*, School of Pharmacy, University of Southern California |
| 2012-present: | *Full Professor*, Price School of Public Policy, University of Southern California |
| 2009-present: | *Affiliated Adjunct Economist*, RAND Corporation |
| 2021-present: | *Co-Founder and Chief Scientific Officer,* EntityRisk, Inc. |
| 2017-2020: | *Scientific Advisor,* Precision Health Economics |
| 2016-2017: | *Chief Scientific Officer*, Precision Health Economics (On leave from USC) |
| 2009-2013: | *Director of Research*, Leonard D. Schaeffer Center for Health Policy and Economics, University of Southern California |
| 2009-2012: | *Associate Professor (with tenure)*, School of Policy, Planning, and Development, University of Southern California |
| 2007-2009: | *Director of Research*, Bing Center for Health Economics, RAND Corporation. |
| 2006-2015: | *Founding Partner*, Precision Health Economics, LLC, Los Angeles, CA (Company sold to Precision Medicine Group in April 2015) |
| 2006-2009: | *Senior Economist*, RAND Corporation |
| 2003-2006: | *Economist*, RAND Corporation |
| 2000-2003: | *Associate Economist*, RAND Corporation |

## OTHER POSITIONS
| | |
|---|---|
| 2022-present: | *Steering Committee*, Health Technology Assessment Panel, Research Consortium for Health Care Value Assessment |
| 2019-2021: | *Co-Chair,* Aspen Institute/USC Blue-Ribbon Panel on Health Technology Assessment in the U.S. |
| 2019-2020: | *Expert Panel Member,* "Addressing Sickle Cell Disease," National Academy of Medicine |
| 2018-2019: | *Program Chair, Pharmaceutical Economics and Policy*, American Society of Health Economists 2019 Annual Meeting |
| 2016-present: | *Associate Editor, Journal of Health Economics* |
| 2014-2021: | *Associate Editor, American Journal of Health Economics* |
| 2013-present: | *Editorial Board Member, American Journal of Managed Care: Evidence-Based Diabetes* |
| 2012-present: | *Editorial Board Member, American Journal of Managed Care: Evidence-Based Oncology* |
| 2012-2019: | *Associate Editor, Review of Economics and Statistics* |
| 2010-2014: | *Visiting Scholar*, American Enterprise Institute |

2009-present:    *Research Associate*, National Bureau of Economic Research, Cambridge, MA Program Memberships in Health Care and Health Economics

2005-present:    *Editorial Board Member*, BE Press Forum on Health Economics and Policy

2001-2009:    *Faculty Research Fellow*, National Bureau of Economic Research, Cambridge, MA. Program Memberships in Health Care and Health Economics

2002-2009:    *Professor of Economics*, Pardee RAND Graduate School of Public Policy, Santa Monica, CA

## PEER-REVIEWED PUBLICATIONS

1.  Hlávka, Jakub, Bryan Tysinger, Jeffrey Yu, **Darius N. Lakdawalla**. "Access to Disease-Modifying Alzheimer's Therapies: Addressing Possible Challenges Using Innovative Payment Methods." *Value in Health. (forthcoming)*

2.  Langbaum, Jessica B., Julie Zissimopoulos, Rhoda Au, Niranjan Bose, Chris J. Edgar, Evan Ehrenberg, Howard Fillit, Carl V. Hill, Lynne Hughes, Michael Irizarry, Sarah Kremen, **Darius N. Lakdawalla**, Nancy Lynn, Kristina Malzbender, Tetsuyuki Maruyama, Holly A. Massett, Deep Patel, Desi Peneva, Eric M. Reiman, Klaus Romero, Carol Routledge, Michael W. Weiner, Stacie Weninger, and Paul S. Aisen. "Recommendations to Address Key Recruitment Challenges of Alzheimer's Disease Clinical Trials." *Alzheimer's & Dementia: The Journal of the Alzheimer's Association. (forthcoming)*

3.  Chen, Alice J., Jie Zhang,, Abhijit Agarwal, and **Darius N. Lakdawalla**. "Value of Reducing Wait Times for Chimeric Antigen Receptor T-Cell Treatment: Evidence from Randomized Controlled Trial Data on Tisagenlecleucel for Diffuse Large B-Cell Lymphoma." *Value in Health,* 2022.

4.  Yu, Jeffrey, Jakub Hlávka, Elizabeth Joe, Frances Richmond, and **Darius N. Lakdawalla**. "Impact of Non-binding FDA Guidances on Primary Endpoint Selection in Alzheimer's Disease Trials." *Alzheimer's & Dementia: Translational Research & Clinical Interventions, 2022,* 8(1). DOI: https://doi.org/10.1002/trc2.12280.

5.  Lichtenstein, Gary R., Ahva Shahabi, Seath A. Seabury, **Darius N. Lakdawalla**, Oliver Diaz Espinosa, Sarah Green, Michelle Brauer, Robert N. Baldassano. "Increased Lifetime Risk of Intestinal Complications and Extraintestinal Manifestations in Crohn's Disease and Ulcerative Colitis." *Gastroenterology & Hepatology,* 18(1), January 2022.

6.  Hlávka, Jakub P., Jeffrey C. Yu, and **Darius N. Lakdawalla**. "Crosswalk between the Mini-Mental State Examination and the Telephone Interview for Cognitive Status." *Journal of Alzheimer's and Dementia,* 2021. DOI: https://doi.org/10.1002/alz.12569.

7.  Reif, Julian, Hanke Heun-Johnson, Bryan Tysinger, and **Darius N. Lakdawalla**. "Measuring the COVID-19 Mortality Burden in the United States: A Microsimulation Study." *Annals of Internal Medicine*, September 2021. DOI: https://doi.org/10.7326/M21-2239.

8.  **Lakdawalla, Darius N.** and Charles Phelps. "A Guide to Extending and Implementing Generalized Risk-Adjusted Cost-Effectiveness (GRACE)." *European Journal of Health Economics, 2021.* DOI: https://doi.org/10.1007/S10198-021-01367-0.

9.  Lin, Eugene, Khristina Ipapo, Glenn Chertow, Jay Bhattacharya, **Darius N. Lakdawalla**. "Challenging Assumptions of Outcomes and Costs Comparing Peritoneal and Hemodialysis." *Value in Health*. July 30, 2021 (online). DOI: https://doi.org/10.1016/j.jval.2021.05.017.

10. **Lakdawalla, Darius N.** and Meng Li. "Association of Drug Rebates and Competition with Out-of-

Pocket Coinsurance in Medicare Part D, 2014 to 2018." *JAMA Network Open.* 2021; (4(5):e219030. DOI: https://doi.org/10.1001/jamanetworkopen.2021.9030.

11. MacEwan, Joanna, Lauren Zhao, Katie Everson, Larry Liu, Dominik Lautsch, Fan Sun, **Darius N. Lakdawalla**. "Two Steps Forward, One Step Back: 50 Years of Societal Value From LDL-C-Lowering Therapies." *American Journal of Managed Care*. 2021; 27(4): 162-168. DOI: https://doi.org/10.37765/ajmc.2021.88618.

12. Hlavka, Jakub, Jeffrey Yu, Dana Goldman, **Darius N. Lakdawalla.** "The Economics of Alternative Payment Models for Pharmaceuticals." *European Journal of Health Economics*, June 2021; 22(4); pp. 559-569.. DOI: https://doi.org/10.1007/s10198-021-01274-4.

13. **Lakdawalla, Darius N.** and Charles Phelps. "Health Technology Assessment with Diminishing Returns to Health: The Generalized Risk-Adjusted Cost Effectiveness (GRACE) Approach." *Value in Health 2021,* 24(2):244-249.

14. May, Suepattra, Caroline Huber, Meaghan Roach, Jason Shafrin, Wade Aubrey, **Darius N. Lakdawalla**, John Kane, Felicia Forma. "Adoption of Digital Technologies in the Practice of Behavioral Health: Qualitative Case Study of Glucose Monitoring Technology." *Journal of Medical Internet Research 2021*, 23(2):e18119. DOI: https://doi.org/10.2196/18119.

15. Ermini Leaf, Duncan, Bryan Tysinger, Dana P. Goldman, and **Darius N. Lakdawalla**. "Predicting quantity and quality of life with the Future Elderly Model. *Health Economics*. November, 2021; 30(S1): pp. 52-79. DOI: https://doi.org/10.1002/hec.4169.

16. Helland, Eric, **Darius N. Lakdawalla**, Anup Malani, and Seth Seabury. "Unintended consequences of products liability: Evidence from the pharmaceutical market." *Journal of Law, Economics, and Organization*. 2020; 36(3): pp. 598-632.

17. Myerson, Rebecca, Reginald Tucker-Seeley, Dana Goldman, and **Darius N. Lakdawalla**. "Does Medicare improve cancer detection and mortality outcomes?" *Journal of Policy Analysis and Management*. 2020; 39(3), pp. 577-604.

18. Sullivan, Jeffrey, Tiffany M. Shih, Emma van Eijndhoven, Yash J. Jalundhwala, **Darius N. Lakdawalla**, Cindy Zadikoff, Jennifer Benner, Thomas S. Marshall, Kavita R. Sail. "The social value of improvement in activities of daily living among the Advanced Parkinson's disease population." *Forum for Health Economics & Policy,* November 2020; 23(2): p. 1-23.. DOI: https://doi.org/10.1515/fhep-2019-0021.

19. **Lakdawalla, Darius N.** and Charles Phelps. "Health Technology Assessment with Risk Aversion in Health." *Journal of Health Economics,* 72, July 2020. DOI: https://doi.org/10.1016/j.jhealeco.2020.102346.

20. Lin, Eugene, Glenn Chertow, Jay Bhattacharya, and **Darius N. Lakdawalla**. "Early Delays in Insurance Coverage and Long-Term Use of Home-based Peritoneal Dialysis." *Medical Care*, 58(7): 632-642, July 2020.

21. Lichtenstein, Gary R., Ahva Shahibi, Seth A. Seabury, **Darius N. Lakdawalla**, Oliver Diaz Espinosa, Sarah Green, Michelle Brauer, Robert N. Baldassano. "Lifetime Economic Burden of Crohn's Disease and Ulcerative Colitis by Age at Diagnosis." *Clinical Gastroenterology and Hepatology* 2020; 18(4):889-897.

22. Baumgardner, James R., Michelle S. Brauer, Jie Zhang, Yanni Hao, Zhimei Liu, and **Darius N. Lakdawalla**. "CAR-T therapy and historical trends in effectiveness and cost-effectiveness of

3

oncology treatments." *Journal of Comparative Effectiveness Research*, 2020; 9(5): pp. 327-340. DOI:  https://doi.org/10.2217/cer-2019-0065.

23. Li, Meng, **Darius N. Lakdawalla**, Dana P. Goldman. "The association between spending and outcomes for cancer patients." *Journal of Clinical Oncology*, 2020; 38(4): pp. 323-331. DOI: https://doi.org/10.1200/JCO.19.01451.

24. Mattke, Soeren, Stefan Schneider, Patrick Orr, **Darius N. Lakdawalla**, and Dana Goldman. "Temporal trends in mortality after transcatheter aortic valve replacement: a systematic review and meta-regression analysis." *Structural Heart*, 2020; 4(1): pp. 16-23. DOI: 10.1080/24748706.2019.1689321.

25. Shih, Tiffany M, Kavita Sail, Yash Jalundhwala, Jeffrey Sullivan, Emma van Eijndhoven, Cindy Zadikoff, Thomas Marshall, and **Darius N. Lakdawalla**.  "The effect of functional status impairment on nursing home admission risk among patients with advanced Parkinson's disease." *Journal of Medical Economics,* March 2020; 23(3): pp. 297-307. DOI: 10.1080/13696998.2019.1693383.

26. Shafrin, Jason, Alison R. Silverstein, Joanna P. MacEwan, **Darius N. Lakdawalla**, Ainslie Hatch, Felicia M. Forma. "Using Information on Patient Adherence to Antipsychotic Medication to Understand Their Adherence to Other Medications." *Pharmacy and Therapeutics*, 44(6): 350-357. June 2019.

27. MacEwan, Joanna P., Jason Doctor, Karen Mulligan, Suepattra G. May, Katherine Batt, Christopher Zacker, **Darius N. Lakdawalla**, Dana Goldman. "The Value of Progression-Free Survival in Metastatic Breast Cancer: Results from a Survey of Patients and Providers." *MDM Policy & Practice*, 4(1), June 2019, DOI: https://doi.org/10/1177/2381468319855386.

28. Sussell, Jesse, Jacqueline Vanderpuye-Orgle, Diana Vania, Hans-Peter Goertz, and **Darius N. Lakdawalla**.  "Understanding price growth in the market for targeted oncology therapies." *American Journal of Managed Care*, 25(6): 273-277, June 2019.

29. Incerti, Devin, Jeffrey Curtis, Jason Shafrin, **Darius N. Lakdawalla**, and Jeroen P. Jansen. "A flexible open-source decision model for value assessment of biologic treatment for rheumatoid arthritis." *Pharmacoeconomics* 37(6): 829-843, June 2019.

30. Jena, Anupam Bapu, Julia Thornton Snider, Oliver Diaz Espinosa, Andy Ingram, Yuri Sanchez Gonzalez, and **Darius N. Lakdawalla**. "How Does Treating Chronic Hepatitis C Affect Individuals in Need of Organ Transplants in the United Kingdom?" *Value in Health*, Vol. 22, Issue 6, 2019, pp. 669-676.

31. Chen, Alice and **Darius N. Lakdawalla**. "Healing the Poor: The Influence of Patient Socioeconomic Status on Physician Supply Responses." *Journal of Health Economics*, 2019; 64: pp. 43-54. DOI: 10.1016/j.healeco.2019.02.001.

32. Baumgardner, James, Ahva Shahabi, Christopher Zacker, and **Darius N. Lakdawalla**. "Cost Variation and Savings Opportunities in the Oncology Care Model." *The American Journal of Managed Care*, 24(12), December 2018, pp. 618-623.

33. Jena, Anupam B., Jacqeulyn W. Chou, Lara Yoon, Wade M. Aubry, Jan Berger, Wayne Burton, A. Mark Fendrick, Donna M. Fick, David Franklin, Rebecca Killion, **Darius N. Lakdawalla**, Peter J. Neumann, Kavita Patel, John Yee, Brian Sakurada, Kristina Yu-Isenberg. "Understanding and Improving Value Frameworks with Real-world Patient Outcomes." *The American Journal of Managed Care*, 24(11), November 2018, pp. 506-509.

**CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER**                    Appendix A

34.  Baumgardner, James R., Ahva Shahabi, Mark T. Linthicum, Christopher Zacker, and **Darius N. Lakdawalla**. "Share of Oncology Versus Nononcology Spending in Episodes Defined by the Centers for Medicare & Medicaid Services Oncology Care Model." *Journal of Oncology Practice*, 14(11): 506-509, November 2018.

35.  Shafrin, Jason, Katalin Bognar, Katie Everson, Michelle Brauer, **Darius N. Lakdawalla**, and Felicia M. Forma. "Does knowledge of patient non-compliance change prescribing behavior in the real world? A claims-based analysis of patients with serious mental illness." *ClinicoEconomics and Outcomes Research*, 2018; 10: 573-585. DOI: https://doi.org/10.2147/CEOR.S175877.

36.  **Lakdawalla, Darius N**.  "The Economics of the Pharmaceutical Industry." *Journal of Economic Literature*, vol. 56, no. 2, June 2018, pp. 397-449.

37.  Baumgardner, James, Ahva Shahabi, Mark Linthicum, Seanna Vine, Christopher Zacker, **Darius N. Lakdawalla**. "Greater Spending Associated with Improved Survival for Some Cancers in OCM-Defined Episodes." *Journal of Managed Care and Specialty Pharmacy*, 24(6): 504-513, June 2018.

38.  MacEwan, Joanna P., Alison R. Silverstein, Jason Shafrin, **Darius N. Lakdawalla**, Ainslie Hatch, Felicia M. Forma. "Medication Adherence Patterns Among Patients with Multiple Serious Mental and Physical Illnesses." *Advances in Therapy*, 35(5), May 2018, pp. 671-685.

39.  Sachs, Rachel, Nicholas Bagley and **Darius N. Lakdawalla**. "Innovative Contracting for Pharmaceuticals and Medicaid's Best-Price Rule." *Journal of Health Politics, Policy and Law.*, vol. 43, no. 1, 2018, pp. 5-18.

40.  Phelps, Charles, **Darius N. Lakdawalla**, Anirban Basu, Michael. Drummond, Adrian Towse and Patricia Danzon. "Approaches to Aggregation and Decision Making-a Health Economics Approach: An ISPOR Special Task Force Report [5]." *Value in Health*, vol. 21, no. 2, 2018, pp. 146-154.

41.  **Lakdawalla, Darius N.,** Jalpa Doshi, Louis Garrison, Charles Phelps, Anirban Basu and Patricia Danzon. "Defining Elements of Value in Health Care-a Health Economics Approach: An ISPOR Special Task Force Report [3]." *Value in Health*, vol. 21, no. 2, 2018, pp. 131-139.

42.  Garrison, Louis, Peter Neumann, Richard Willke, Anirban Basu, Patricia Danzon, Jalpa Doshi, Michael Drummond, **Darius N. Lakdawalla**, Mark Pauly, Charles Phelps, Scott Ramsey, Adrian Towse and Milton Weinstein. "A Health Economics Approach to Us Value Assessment Frameworks-Summary and Recommendations of the ISPOR Special Task Force Report [7]." *Value in Health*, vol. 21, no. 2, 2018, pp. 161-165.

43.  Shrestha, Anshu, Adi Eldar-Lissai, Ningqi Hou, **Darius N. Lakdawalla** and Katalin Batt. "Real-World Resource Use and Costs of Haemophilia a-Related Bleeding." *Haemophilia*, vol. 23, no. 4, 2017, pp. e267-e275.

44.  Shafrin, Jason, Suepattra May, Anshu Shrestha, Charles Ruetsch, Nicole Gerlanc, Felicia Forma, Ainslie Hatch, **Darius N. Lakdawalla** and Jean-Pierre Lindenmayer. "Access to Credible Information on Schizophrenia Patients' Medication Adherence by Prescribers Can Change Their Treatment Strategies: Evidence from an Online Survey of Providers." *Patient Preference and Adherence*, vol. 11, 2017, pp. 1071-1081.

45.  Shafrin, Jason, Felicia Forma, Ethan Scherer, Ainslie Hatch, Edward Vytlacil and **Darius N. Lakdawalla**. "The Cost of Adherence Mismeasurement in Serious Mental Illness: A Claims-Based Analysis." *American Journal of Managed Care*, vol. 23, no. 5, 2017, pp. e156-e163.

46.  **Lakdawalla, Darius N.,** Jason Shafrin, Ningqi Hou, Desi Peneva, Seanna Vine, Jinhee Park, Jie Zhang, Ron Brookmeyer and Robert Figlin. "Predicting Real-World Effectiveness of Cancer Therapies Using Overall Survival and Progression-Free Survival from Clinical Trials: Empirical Evidence for the ASCO Value Framework." *Value in Health*, vol. 20, no. 7, 2017, pp. 866-875.

47.  **Lakdawalla, Darius N.,** Anup Malani and Julian Reif. "The Insurance Value of Medical Innovation." *Journal of Public Economics*, vol. 145, 2017, pp. 94-102.

48.  **Lakdawalla, Darius N.,** Joanna MacEwan, Robert Dubois, Kimberly Westrich, Mikel Berdud and Adrian Towse. "What Do Pharmaceuticals Really Cost in the Long Run?" *American Journal of Managed Care*, vol. 23, no. 8, 2017, pp. 488-493.

49.  Jena, Anupam, Jie Zhang and **Darius N. Lakdawalla**. "The Trade-Off between Speed and Safety in Drug Approvals." *JAMA Oncology*, vol. 3, no. 11, 2017, pp. 1465-1466.

50.  Bognar, Katalin, John Romley, Jay Bae, James Murray, Jacquelyn Chou and **Darius N. Lakdawalla**. "The Role of Imperfect Surrogate Endpoint Information in Drug Approval and Reimbursement Decisions." *Journal of Health Economics*, vol. 51, 2017, pp. 1-12.

51.  Stevens, Warren, Desi Peneva, Jim Li, Larry Liu, Gordon Liu, Runlin Gao and **Darius N. Lakdawalla**. "Estimating the Future Burden of Cardiovascular Disease and the Value of Lipid and Blood Pressure Control Therapies in China." *BMC Health Services Research*, vol. 16, no. 175, 2016.

52.  Shih, Tiffany, Craig Wakeford, Dennis Meletiche, Jesse Sussell, Adrienne Chung, Yanmei Liu, Jin Joo Shim and **Darius N. Lakdawalla**. "Reconsidering the Economic Value of Multiple Sclerosis Therapies." *American Journal of Managed Care*, vol. 22, no. 11, 2016, pp. e368-e374.

53.  Shafrin, Jason, Taylor Schwartz, **Darius N. Lakdawalla** and Felicia Forma. "Estimating the Value of New Technologies That Provide More Accurate Drug Adherence Information to Providers for Their Patients with Schizophrenia." *Journal of Managed Care and Specialty Pharmacy*, vol. 22, no. 11, 2016, pp. 1285-1291.

54.  Shafrin, Jason, Ron Brookmeyer, Desi Peneva, Jinhee Park, Jie Zhang, Robert Figlin and **Darius N. Lakdawalla**. "The Value of Surrogate Endpoints for Predicting Real-World Survival across Five Cancer Types." *Current Medical Research and Opinion*, vol. 32, no. 4, 2016, pp. 731-739.

55.  Moreno, Gigi, Karen Mulligan, Caroline Huber, Mark Linthicum, David Dreyfus, Timothy Juday, Steven Marx, Yuri Gonzalez, Ron Brookmeyer and **Darius N. Lakdawalla**. "Costs and Spillover Effects of Private Insurers' Coverage of Hepatitis C Treatment." *American Journal of Managed Care*, vol. 22, no. 6 Spec No., 2016, pp. SP236-244.

56.  MacEwan, Joanna, Felicia Forma, Jason Shafrin, Ainslie Hatch, **Darius N. Lakdawalla** and J. P. Lindenmayer. "Patterns of Adherence to Oral Atypical Antipsychotics among Patients Diagnosed with Schizophrenia." *Journal of Managed Care and Specialty Pharmacy*, vol. 22, no. 11, 2016, pp. 1349-1361.

57.  Linthicum, Mark, Yuri Gonzalez, Karen Mulligan, Gigi Moreno, David Dreyfus, Timothy Juday, Steven Marx, **Darius N. Lakdawalla**, Brian Edlin and Ron Brookmeyer. "Value of Expanding HCV Screening and Treatment Policies in the United States." *American Journal of Managed Care*, vol. 22, no. 6 Spec No., 2016, pp. SP227-235.

58.  Jena, Anupam, Warren Stevens, Yuri Gonzalez, Steven Marx, Timothy Juday, **Darius N. Lakdawalla** and Tomas Philipson. "The Wider Public Health Value of HCV Treatment Accrued

by Liver Transplant Recipients." *American Journal of Managed Care*, vol. 22, no. 6 Spec No., 2016, pp. SP212-219.

59.  Snider, Julia, Anupam Jena, Mark Linthicum, Refaat Hegazi, Jamie Partridge, Chris LaVallee, **Darius N. Lakdawalla** and Paul Wischmeyer. "Effect of Hospital Use of Oral Nutritional Supplementation on Length of Stay, Hospital Cost, and 30-Day Readmissions among Medicare Patients with COPD." *Chest*, vol. 147, no. 6, 2015, pp. 1477-1484.

60.  Seabury, Seth, **Darius N. Lakdawalla**, J. Samantha Dougherty, Jesse Sullivan and Dana Goldman. "Medication Adherence and Measures of Health Plan Quality." *American Journal of Managed Care*, vol. 21, no. 6, 2015, pp. e379-389.

61.  Romley, John, Sarah Axeen, **Darius N. Lakdawalla**, Matthew Chernew, Jay Bhattacharya and Dana Goldman. "The Relationship between Commercial Health Care Prices and Medicare Spending and Utilization." *Health Services Research.*, vol. 50, no. 3, 2015, pp. 883-896.

62.  Linthicum, Mark, Julia Thornton Snider, Rhema Vaithianathan, Yanyu Wu, Chris LaVallee, **Darius N. Lakdawalla**, Jennifer Benner and Tomas Philipson. "Economic Burden of Disease-Associated Malnutrition in China." *Asia Pacific Journal of Public Health*, vol. 27, no. 4, 2015, pp. 407-417.

63.  **Lakdawalla, Darius N.,** Jacquelyn Chou, Mark Linthicum, Joanna MacEwan, Jei Zhang and Dana Goldman. "Evaluating Expected Costs and Benefits of Granting Access to New Treatments on the Basis of Progression-Free Survival in Non-Small-Cell Lung Cancer." *JAMA Oncology*, vol. 1, no. 2, 2015, pp. 196-202.

64.  **Lakdawalla, Darius N.** and Wesley Yin. "Insurers' Negotiating Leverage and the External Effects of Medicare Part D." *Review of Economics and Statistics*, vol. 97, no. 2, 2015, pp. 314-331.

65.  **Lakdawalla, Darius N.,** Jason Shafrin, Claudio Lucarelli, Sean Nicholson, Zeba Khan and Tomas Philipson. "Quality-Adjusted Cost of Care: A Meaningful Way to Measure Growth in Innovation Cost Versus the Value of Health Gains." *Health Affairs*, vol. 34, no. 4, 2015, pp. 555-561.

66.  Eber, Michael., Dana Goldman, **Darius N. Lakdawalla**, Tomas Philipson, Daryl Pritchard, M. Marco Huesch, Nicholas Summers, Mark Linthicum, Jesse Sullivan and Robert Dubois. "Clinical Evidence Inputs to Comparative Effectiveness Research Could Impact the Development of Novel Treatments." *Journal of Comparative Effectiveness Research*, 2015, pp. 1-11.

67.  Snider, Julia, Mark Linthicum, Yanyu Wu, Chris LaVallee, **Darius N. Lakdawalla**, Refaat Hegazi and Laura Matarese. "Economic Burden of Community-Based Disease-Associated Malnutrition in the United States." *Journal of Parenteral and Enteral Nutrition*, vol. 38, no. 2 Suppl, 2014, pp. 77S-85S0.

68.  Seabury, Seth, Dana Goldman, Iftekhar Kalsekar, John Sheehan, Kimberly Laubmeier and **Darius N. Lakdawalla**. "Formulary Restrictions on Atypical Antipsychotics: Impact on Costs for Patients with Schizophrenia and Bipolar Disorder in Medicaid." *American Journal of Managed Care*, vol. 20, no. 2, 2014, pp. e52-60.

69.  Mangalmurti, S., Seth Seabury, Amitabh Chandra, **Darius N. Lakdawalla**, William Oetgen and Anupam Jena. "Medical Professional Liability Risk among U.S. Cardiologists." *American Heart Journal*, vol. 167, no. 5, 2014, pp. 690-696.

70.  **Lakdawalla, Darius N.,** Maria Mascarenhas, Anupam Jena, Jackie Vanderpuye-Orgle, Chris LaVallee, Mark Linthicum and Julia Snider. "Impact of Oral Nutrition Supplements on Hospital

Outcomes in Pediatric Patients." *Journal of Parenteral and Enteral Nutrition*, vol. 38, no. 2 Suppl, 2014, pp. 42S-49S.

71. **Lakdawalla, Darius N.,** Anupam Jena and Jason Doctor. "Careful Use of Science to Advance the Debate on the UK Cancer Drugs Fund." *The Journal of the American Medical Association*, vol. 311, no. 1, 2014, pp. 25-26.

72. **Lakdawalla, Darius N.,** Julia Snider, Daniella Perlroth, Chris LaVallee, Mark Linthicum, Tomas Philipson, Jamie Partridge and Paul Wischmeyer. "Can Oral Nutritional Supplements Improve Medicare Patient Outcomes in the Hospital?" *Forum for Health Economics and Policy*, vol. 17, no. 2, 2014, pp. 131-151.

73. Kaestner, Robert, Michael Darden and **Darius N. Lakdawalla**. "Are Investments in Disease Prevention Complements? The Case of Statins and Health Behaviors." *Journal of Health Economics*, vol. 36, 2014, pp. 151-163.

74. Gupta, Charu, Glenn Chertow, Mark Linthicum, Karen Van Nuys, Vasily Belozeroff, Darryl Quarles and **Darius N. Lakdawalla**. "Reforming Medicare's Dialysis Payment Policies: Implications for Patients with Secondary Hyperparathyroidism." *Health Services Research.*, vol. 49, no. 6, 2014, pp. 1925-1943.

75. Goldman, Dana, Joel Fastenau, Riad Dirani, Eric Helland, Geoffrey Joyce, Ryan Conrad and **Darius N. Lakdawalla**. "Medicaid Prior Authorization Policies and Imprisonment among Patients with Schizophrenia." *American Journal of Managed Care*, vol. 20, no. 7, 2014, pp. 577-586.

76. Turakhia, Mintu, Matthew Solomon, Mehul Jhaveri, Pamela Davis, Michael Eber, Ryan Conrad, Nicholas Summers and **Darius N. Lakdawalla**. "Burden, Timing, and Relationship of Cardiovascular Hospitalization to Mortality among Medicare Beneficiaries with Newly Diagnosed Atrial Fibrillation." *American Heart Journal*, vol. 166, no. 3, 2013, pp. 573-580.

77. Solomon, Matthew, Sandeep Vijan, Felicia Forma, Ryan Conrad, Nicholas Summers and **Darius N. Lakdawalla**. "The Impact of Insulin Type on Severe Hypoglycaemia Events Requiring Inpatient and Emergency Department Care in Patients with Type 2 Diabetes." *Diabetes Research and Clinical Practice*, vol. 102, no. 3, 2013, pp. 175-182.

78. Seabury, Seth, Amitabh Chandra, **Darius N. Lakdawalla** and Anupam Jena. "On Average, Physicians Spend Nearly 11 Percent of Their 40-Year Careers with an Open, Unresolved Malpractice Claim." *Health Affairs,* vol. 32, no. 1, 2013, pp. 111-119.

79. Philipson, Tomas, Julia Snider, **Darius N. Lakdawalla**, Benoit Stryckman and Dana Goldman. "Impact of Oral Nutritional Supplementation on Hospital Outcomes." *American Journal of Managed Care*, vol. 19, no. 2, 2013, pp. 121-128.

80. **Lakdawalla, Darius N.,** Mintu Turakhia, Mehul Jhaveri, Essy Mozaffari, Pamela Davis, Lily Bradley and Matthew Solomon. "Comparative Effectiveness of Antiarrhythmic Drugs on Cardiovascular Hospitalization and Mortality in Atrial Fibrillation." *Journal of Comparative Effectiveness Research*, vol. 2, no. 3, 2013, pp. 301-312.

81. **Lakdawalla, Darius N.,** Neeraj Sood and Qian Gu. "Pharmaceutical Advertising and Medicare Part D." *Journal of Health Economics*, vol. 32, no. 6, 2013, pp. 1356-1367.

82. **Lakdawalla, Darius N.** and Neeraj Sood. "Health Insurance as a Two-Part Pricing Contract." *Journal of Public Economics*, vol. 102, 2013, pp. 1-12.

83. **Lakdawalla, Darius N.,** Michael Eber, Felicia Forma, Jesse Sullivan, Pierre-Carl Michaud, Lily Bradley and Dana Goldman. "Measuring the Value of Better Diabetes Management." *American Journal of Managed Care*, vol. 19 Spec No. 2, 2013, p. E11.

84. Goldman, Dana, Charu Gupta, Eshan Vasudeva, Kostas Trakas, Ralph Riley, **Darius N. Lakdawalla**, David Agus, Neeraj Sood, Anupam Jena and Tomas Philipson. "The Value of Diagnostic Testing in Personalized Medicine." *Forum for Health Economics and Policy*, vol. 16, no. 2, 2013, pp. 121-133.

85. Chernew, Michael, Rick McKellar, Wade Aubry, Roy Beck, Jennifer Benner, Jan Berger, A. Mark Fendrick, Felicia Forma, Dana Goldman, Anne Peters Harmel, Rebecca Killion, **Darius N. Lakdawalla,** Douglas Owens and Joe Stahl. "Comparative Effectiveness Research and Formulary Placement: The Case of Diabetes." *American Journal of Managed Care*, vol. 19, no. 2, 2013, pp. 93-96.

86. Bognar, Katalin, Kelly Bell, **Darius N. Lakdawalla**, Anshu Shrestha, Julia Snider, N Thomas and Dana Goldman. "Clinical Outcomes Associated with Rates of Sulfonylurea Use among Physicians." *American Journal of Managed Care: Evidence-Based Diabetes*, vol. 19, 2013, pp. SP182-186.

87. Yin, Wesley, John Penrod, Ross Maclean, **Darius N. Lakdawalla** and Tomas Philipson. "Value of Survival Gains in Chronic Myeloid Leukemia." *American Journal of Managed Care*, vol. 18, no. 11 Suppl, 2012, pp. S257-264.

88. Seabury, Seth, Dana Goldman, J. Ross Maclean, John Penrod and **Darius N. Lakdawalla**. "Patients Value Metastatic Cancer Therapy More Highly Than Is Typically Shown through Traditional Estimates." *Health Affairs*, vol. 31, no. 4, 2012, pp. 691-699.

89. Seabury, Seth, Amitabh Chandra, **Darius N. Lakdawalla** and Anupam Jena. "Defense Costs of Medical Malpractice Claims." *The New England Journal of Medicine*, vol. 366, no. 14, 2012, pp. 1354-1356.

90. Philipson, Tomas, Michal Eber, **Darius N. Lakdawalla**, Mitra Corral, Rena Conti and Dana Goldman. "An Analysis of Whether Higher Health Care Spending in the United States Versus Europe Is 'Worth It' in the Case of Cancer." *Health Affairs*, vol. 31, no. 4, 2012, pp. 667-675.

91. Michaud, Pierre-Carl, Dana Goldman, **Darius N. Lakdawalla**, Yuhui Zheng and Adam Gailey. "The Value of Medical and Pharmaceutical Interventions for Reducing Obesity." *Journal of Health Economics*, vol. 31, no. 4, 2012, pp. 630-643.

92. **Lakdawalla, Darius N.** and Seth Seabury. "The Welfare Effects of Medical Malpractice Liability." *International Review of Law and Economics*, vol. 32, no. 4, 2012, pp. 356-369.

93. **Lakdawalla, Darius N.,** John Romley, Yuri Sanchez, J. Ross Maclean, John Penrod and Tomas Philipson. "How Cancer Patients Value Hope and the Implications for Cost-Effectiveness Assessments of High-Cost Cancer Therapies." *Health Affairs*, vol. 31, no. 4, 2012, pp. 676-682.

94. **Lakdawalla, Darius N.** and George Zanjani. "Catastrophe Bonds, Reinsurance, and the Optimal Collateralization of Risk Transfer." *Journal of Risk and Insurance*, vol. 79, no. 2, 2012, pp. 449-476.

95. **Lakdawalla, Darius N.** and Tomas Philipson. "Does Intellectual Property Restrict Output? An Analysis of Pharmaceutical Markets." *Journal of Law and Economics*, vol. 55, no. 1, 2012, pp. 151-187.

96. Jena, Anupam, Amitabh Chandra, **Darius N. Lakdawalla** and Seth Seabury. "Outcomes of Medical Malpractice Litigation against Us Physicians." *Archives of Internal Medicine*, vol. 172, no. 11, 2012, pp. 892-894.

97. Grabowski, David, **Darius N. Lakdawalla**, Dana Goldman, Michael Eber, Larry Liu, Tamer Abdelgawad, Andreas Kuznik, Michael Chernew and Tomas Philipson. "The Large Social Value Resulting from Use of Statins Warrants Steps to Improve Adherence and Broaden Treatment." *Health Affairs*, vol. 31, no. 10, 2012, pp. 2276-2285.

98. Darkow, Theodore, J. Ross Maclean, Geoffrey Joyce, Dana Goldman and **Darius N. Lakdawalla**. "Coverage and Use of Cancer Therapies in the Treatment of Chronic Myeloid Leukemia." *American Journal of Managed Care*, vol. 18, no. 11 Suppl, 2012, pp. S272-278.

99. Michaud, Pierre-Carl, Dana Goldman, **Darius N. Lakdawalla**, Adam Gailey and Yuhui Zheng. "Differences in Health between Americans and Western Europeans: Effects on Longevity and Public Finance." *Social Science and Medicine*, vol. 73, no. 2, 2011, pp. 254-263.

100. Jena, Anupam, Seth Seabury, **Darius N. Lakdawalla** and Amitabh Chandra. "Malpractice Risk According to Physician Specialty." *The New England Journal of Medicine*, vol. 365, no. 7, 2011, pp. 629-636.

101. Goldman, Dana, **Darius N. Lakdawalla**, Jesse Malkin, John Romley and Tomas Philipson. "The Benefits from Giving Makers of Conventional 'Small Molecule' Drugs Longer Exclusivity over Clinical Trial Data." *Health Affairs*, vol. 30, no. 1, 2011, pp. 84-90.

102. Faulkner, Guy, Paul Grootendorst, Van Nguyen, Tatiana Andreyeva, Kelly Arbour-Nicitopoulos, M. Christopher Auld, Sean Cash, John Cawley, Peter Donnelly, Adam Drewnowski, Laurette Dubé, Roberta Ferrence, Ian Janssen, Jeffrey Lafrance, **Darius N. Lakdawalla**, Rena Mendelsen, Lisa Powell, W. Bruce Traill and Frank Windmeijer. "Economic Instruments for Obesity Prevention: Results of a Scoping Review and Modified Delphi Survey." *International Journal of Behavioral Nutrition and Physical Activity*, vol. 8, 2011, p. 109.

103. Sun, Eric, Anupam Jena, **Darius N. Lakdawalla**, Carolina Reyes, Tomas Philipson and Dana Goldman. "The Contributions of Improved Therapy and Earlier Detection to Cancer Survival Gains." *Forum for Health Economics and Policy*, vol. 12, no. 2, 2010, pp. 1-22.

104. Philipson, Tomas, Seth Seabury, Lee Lockwood, Dana Goldman and **Darius N. Lakdawalla**. "Geographic Variation in Health Care: The Role of Private Markets." *Brookings Papers on Economic Activity*, 2010, pp. 325-361.

105. **Lakdawalla, Darius N.,** Eric Sun, Anupam Jena, Carolina Reyes, Tomas Philipson and Dana Goldman. "An Economic Evaluation of the War on Cancer." *Journal of Health Economics*, 2010, vol. 29, no. 3, pp. 333-346.

106. Jena, Anupam, Dana Goldman, Amee Kamdar, **Darius N. Lakdawalla** and Yang Lu. "Sexually Transmitted Diseases among Users of Erectile Dysfunction Drugs: Analysis of Claims Data." *Annals of Internal Medicine*, vol. 153, no. 1, 2010, pp. 1-7.

107. Goldman, Dana, Pierre-Carl Michaud, **Darius N. Lakdawalla**, Yuhui Zheng, Adam Gailey and Igor Vaynman. "The Fiscal Consequences of Trends in Population Health." *National Tax Journal*, vol. 63, no. 2, 2010, pp. 307-330.

108. Gailey, Adam, **Darius N. Lakdawalla** and Neeraj Sood. "Patents, Innovation, and the Welfare Effects of Medicare Part D." *Advances in Health Economics and Health Services Research*, vol. 22, 2010, pp. 317-344.

109. Chen, Er, Mark Looman, Marianne Laouri, Meghan Gallagher, Karen Van Nuys, **Darius N. Lakdawalla** and Joan Fortuny. "Burden of Illness of Diabetic Macular Edema: Literature Review." *Current Medical Research and Opinion*, vol. 26, no. 7, 2010, pp. 1587-1597.

110. Stewart, Kate, David Grabowski and **Darius N. Lakdawalla**. "Annual Expenditures for Nursing Home Care: Private and Public Payer Price Growth, 1977 to 2004." *Medical Care*, vol. 47, no. 3, 2009, pp. 295-301.

111. Sood, Neeraj, Han de Vries, Italo Gutierrez, **Darius N. Lakdawalla** and Dana Goldman. "The Effect of Regulation on Pharmaceutical Revenues: Experience in Nineteen Countries." *Health Affairs,* vol. 28, no. 1, 2009, pp. w125-137.

112. **Lakdawalla, Darius N.,** Dana Goldman, Pierre-Carl Michaud, Neeraj Sood, Robert Lempert, Ze Cong, Han de Vries and Italo Gutierrez. "U.S. Pharmaceutical Policy in a Global Marketplace." *Health Affairs*, vol. 28, no. 1, 2009, pp. w138-150.

113. **Lakdawalla, Darius N.** and Neeraj Sood. "Innovation and the Welfare Effects of Public Drug Insurance." *Journal of Public Economics*, vol. 93, no. 3-4, 2009, pp. 541-548.

114. **Lakdawalla, Darius N.** and Tomas Philipson. "The Growth of Obesity and Technological Change." *Economics and Human Biology*, vol. 7, no. 3, 2009, pp. 283-293.

115. Goldman, Dana, Anupam Jena, **Darius N. Lakdawalla**, Jennifer Malin, Jesse Malkin and Eric Sun. "The Value of Specialty Oncology Drugs." *Health Services Research*, 2010, vol. 45, no. 1, pp. 115-132.

116. Bhattacharya, Jayanta, Kavita Choudhry and **Darius N. Lakdawalla**. "Chronic Disease and Trends in Severe Disability in Working Age Populations." *Medical Care*, vol. 46, no. 1, 2008, pp. 92-100.

117. **Lakdawalla, Darius N.** and Tomas Philipson. "Labor Supply and Weight." *Journal of Human Resources*, vol. 42, no. 1, 2007, pp. 85-116.

118. Berrebi, Claude and **Darius N. Lakdawalla**. "How Does Terrorism Risk Vary across Space and Time? An Analysis Based on the Israeli Experience." *Defence and Peace Economics*, vol. 18, no. 2, 2007, pp. 113-131.

119. **Lakdawalla, Darius N.,** Robert Reville and Seth Seabury. "How Does Health Insurance Affect Workers' Compensation Filing." *Economic Inquiry*, 2007, vol. 45, no. 2, pp. 286-303.

120. **Lakdawalla, Darius N.** and Tomas Philipson. "Nonprofit Production and Industry Performance." *Journal of Public Economics*, vol. 90, 2006, pp. 1681-1698

121. **Lakdawalla, Darius N.,** Neeraj Sood and Dana Goldman. "HIV Breakthroughs and Risky Sexual Behavior." *Quarterly Journal of Economics*, vol. 121, no. 3, 2006, pp. 1063-1102.

122. **Lakdawalla, Darius N**. "The Economics of Teacher Quality." *Journal of Law and Economics*, vol. 49, 2006, pp. 285-329.

123. Bhattacharya, Jay and **Darius N. Lakdawalla**. "Does Medicare Benefit the Poor?" *Journal of Public Economics*, vol. 90, no. 1-2, 2006, pp. 277-292.

124. **Lakdawalla, Darius N.** and George Zanjani. "Terrorism Insurance Policy and the Public Good." *St. John's Journal of Legal Commentary*, vol. 18, no. 2, 2005, pp. 463-469.

125. **Lakdawalla, Darius N.** and George Zanjani. "Insurance, Self-Protection, and the Economics of Terrorism." *Journal of Public Economics*, vol. 89, no. 9, 2005, pp. 1891-1905.

126. **Lakdawalla, Darius N.,** Dana Goldman and Baoping Shang. "The Health and Cost Consequences of Obesity among the Future Elderly." *Health Affairs*, vol. 24 Suppl 2, 2005, pp. W5R30-41.

127. Goldman, Dana, Baoping Shang, Jay Bhattacharya, Alan Garber, Michael Hurd, Geoffrey Joyce, **Darius N. Lakdawalla**, Constantijn Panis and Paul Shekelle. "Consequences of Health Trends and Medical Innovation for the Future Elderly." *Health Affairs*, vol. 24 Suppl 2, 2005, pp. W5R5-17.

128. Goldman, Dana and **Darius N. Lakdawalla**. "A Theory of Health Disparities and Medical Technology." *B.E. Journals in Economic Analysis and Policy: Contributions to Economic Analysis and Policy*, vol. 4, no. 1, 2005, pp. 1-30.

129. Bhattacharya, Jay and **Darius N. Lakdawalla**. "The Labor Market Value of Health Improvements." *BE Press Forum for Health Economics and Policy, Forum:  Biomedical Research and the Economy*, vol. Article 2, 2005.

130. **Lakdawalla, Darius N.,** Jay Bhattacharya and Dana Goldman. "Are the Young Becoming More Disabled?" *Health Affairs*, vol. 23, no. 1, 2004, pp. 168-176.

131. **Lakdawalla, Darius N.** and Neeraj Sood. "Social Insurance and the Design of Innovation Incentives." *Economics Letters*, vol. 85, no. 1, 2004, pp. 57-61.

132. **Lakdawalla, Darius N.** and Robert Schoeni. "Is Nursing Home Demand Affected by the Decline in Age Difference between Spouses." *Demographic Research*, vol. 8, no. 10, 2003.

133. **Lakdawalla, Darius N.,** Jay Bhattacharya, Dana Goldman, Michael Hurd, Geoffrey Joyce and Constantijn Panis. "Forecasting the Nursing Home Population." *Medical Care*, vol. 41, no. 1, 2003, pp. 8-20.

134. **Lakdawalla, Darius N.** and Tomas Philipson. "The Rise in Old-Age Longevity and the Market for Long-Term Care." *American Economic Review*, vol. 92, no. 1, 2002, pp. 295-306.

**PUBLISHED CONFERENCE ABSTRACTS**

1. Yu, Jeffrey, Bryan Tysinger, Jakub Hlavka, **Darius N. Lakdawalla**. "Heterogeneity in the Economic Value of Early Alzheimer's Disease-Modifying Therapies: An Analysis of Patient Subgroups." *Value in Health,* 25(7), 2022.

2. Chen, Alice, **Darius N. Lakdawalla**, and Partha Deb. "Pharmaceutical Research and Development: Incentives and Costs." 10th Annual Conference of the American Soceity of Health Economics, June 2021.

3. Yu, Jeffrey, Jakub Hlavka, Bryan Tysinger, and **Darius N. Lakdawalla**. "Development of a Survey-Based Predictive Model for Clinical Dementia Rating in Alzheimer's Disease." *Value in Health*, 24(Suppl_1): S242, June 2021.

4.  Alpert, Abby, Alice Chen, and **Darius N. Lakdawalla**. "Can Higher Profitability Raise Pharmaceutical R&D Costs? Evidence from Medicare Part D." 9th Annual Conference of the American Society of Health Economics, June 2020.

5.  Leaf, D. Ermini, Soeren Mattke, Bryan Tysinger, **Darius N. Lakdawalla**. "Long-term Benefits of Expanded Access to Valve Replacement for Aortic Stenosis Patients." *Value in Health* 23(Suppl_1): S93-S94, May 2020.

6.  Phelps, Charles, and **Darius N. Lakdawalla**, "Evaluation of Medical Technologies with Uncertain Benefits." *Value in Health* 22: S774, 2019.

7.  Lin, Eugene, Glenn Chertow, Jayanta Bhattacharya, and **Darius N. Lakdawalla**. "The impact of short-term gaps in insurance coverage on long-term peritoneal dialysis use: an instrumental variable analysis." AcademyHealth, 2019 Annual Research Meeting.

8.  MacEwan, Joanna P., Lauren Zhao, Katie Everson, Larry Liu, Sun Fang, and **Darius N. Lakdawalla**. "Evolving Clinical Benefits and Social Value of Lipid Lowering Therapies." *Circulation: Cardiovascular Quality and Outcomes*, 12(Suppl. 1): A146-A146, April 2019.

9.  Baumgardner, James, Katie Everson, Michelle Brauer, Jie Zhang, Yanni Hao, Jamae Liu, and **Darius N. Lakdawalla**. "CAR-T Therapy Displays Favorable Gains in Health Outcomes and Competitive Cost-Effectiveness When Compared with Past Innovative Cancer Treatments." *Blood* 132(Suppl. 1): 322, November 21, 2018.

10. Jansen, Jeroen, Devin Incerti, Jason Shafrin, A.M. Frederickson, **Darius N. Lakdawalla**, and Karen Reckamp. "A flexible open-source cost-effectiveness model for metastatic EGFR+ non-small cell lung cancer." *Value in Health* 21: S42-S43, October 1, 2018.

11. Incerti, Devin, Jason Shafrin, **Darius N. Lakdawalla**, Lauren Zhao, Mark Linthicum, and Jeroen Jansen. "Improvement of an open-source cost-effectiveness model based on public feedback." *Value in Health* 21: S42, October 1, 2018.

12. Shafrin, Jason, **Darius N. Lakdawalla**, Joanna MacEwan, Alison Silverstein, Adam Hatch and Felicia Forma. "Adherence Patterns among Patients Using Oral Atypical Antipsychotics and Other Medications." *Value in Health*, vol. 20, no. 9, 2017, pp. A403-A403.

13. Mulligan, Karen, Thanh Ton, Lara Yoon, Susan Boklage, Andreas Kuznik, Jesse Sullivan, Mina Kabiri, Mary Panaccio, Keiko Higuchi and **Darius N. Lakdawalla**. "Measuring Indirect Costs (Productivity and Caregiver Burden) in the ACC/AHA Guideline Statin Benefit Groups." *Value in Health*, vol. 20, no. 5, 2017, pp. A269-A269.

14. Sullivan, Jeff, Alison Ward, Beata Korytowsky, Desi Peneva, Jennifer Benner, **Darius N. Lakdawalla**, Bjorn Bolinder, Robert Figlin, and Anupam Jena. "The Social Value of Immunotherapy in Non-Small Cell Lung Cancer." *Value in Health*, vol. 19, no. 3, 2016, pp. A167-A167.

15. **Lakdawalla, Darius N.**, Joanna MacEwan, Adrian Towse, Mikel Berdud, Kimberly Westrich and Robert Dubois. "Estimating the Lifetime Price of Pharmaceuticals: What Are the Long-Term Costs to Society?" *Value in Health*, vol. 19, no. 3, 2016, pp. A273-A273.

16. Shrestha, Anshu, Adi Eldar-Lissai, Yanyu Wu, Katherin Batt, Sangeeta Krishnan and **Darius N. Lakdawalla**. "A New Method for Counting Hemophilia-Related Bleeding Events in Claims Data." *Value in Health*, vol. 18, no. 3, 2015, pp. A2-A2.

17. Snider, Julia, Mark Linthicum, Chris LaVallee and **Darius N. Lakdawalla**. "The Impact of Oral Nutritional Supplementation in Medicare Patients with COPD." *Value in Health*, vol. 17, no. 3, 2014, pp. A179-A180.

18. Seabury, Seth, **Darius N. Lakdawalla**, Deborah Walter, John Hayes, Thomas Gustafson, Anshu Shrestha and Dana Goldman. "Medicaid Formulary Restrictions and Expenditures for Patients with Major Depressive Disorder." *Value in Health*, vol. 17, no. 3, 2014, pp. A222-A222.

19. **Lakdawalla, Darius N.,** Julia Thornton, Daniella Perlroth, Chris LaVallee, Mark Linthicum, Tomas Philipson, Jamie Partridge and Paul Wischmeyer. "Effect of Oral Nutritional Supplements on Hospital Outcomes in Patients Aged 65+ with Congestive Heart Failure." *Value in Health*, vol. 17, no. 7, 2014, p. A503.

20. Stevens, Warren, Laura Henkhaus, Julia Snider and **Darius N. Lakdawalla**. "A Comparison of the Cost-Effectiveness of Low-Cost Unreimbursed Health Technologies and Commonly Reimbursed Drug Therapies." *Value in Health*, vol. 16, no. 3, 2013, pp. A259-A260.

21. Bognar, Katalin, Kelly Bell, **Darius N. Lakdawalla**, Anshu Shrestha, Julia Snider, Nina Thomas and Dana Goldman. "Health Care Costs and Clinical Outcomes Associated with Rates of Sulfonylurea Use by Physicians." *Value in Health*, vol. 16, no. 3, 2013, pp. A173-A174.

22. Pritchard, Daryl, Michael Eber, Marco Huesch, Robert Dubois and **Darius N. Lakdawalla**. "Impact of Comparative Effectiveness Research on Biomedical Innovation and Population Health." *Value in Health*, vol. 16, no. 3, 2013, pp. A266-A266.

23. **Lakdawalla, Darius N.,** Dana Goldman and Tomas Philipson. "Modeling the Health and Medical Care Spending of the Future Elderly: An Update Using the Future Elderly Model." *Value in Health*, vol. 15, no. 4, 2012, pp. A195-A196.

24. Dana Goldman, **Darius N. Lakdawalla** and Tomas Philipson. "Market Exclusivity for Drugs: The Authors Reply." *Health Affairs*, vol. 30, no. 4, 2011.

25. Zheng, Yuhui, Dana Goldman, Pierre-Carl Michaud, **Darius N. Lakdawalla**, Geoffrey Joyce, Igor Vaynman and Adam Gailey. "Projecting the Burden of Alzheimer's Disease and Evaluating the Potential Impacts of Preventing Alzheimer's Disease in the United States." *Value in Health*, vol. 13, no. 3, 2010, pp. A144-A144.

26. Sun, Eric, **Darius N. Lakdawalla**, Carolina Reyes, Dana Goldman, Tomas Philipson and Anupam Jena. "The War on Cancer: An Economic Evaluation of Recent Gains in Cancer Survival." *Value in Health*, vol. 11, no. 3, 2008, pp. A82-A82.

OTHER PUBLICATIONS

1. **Lakdawalla, Darius N.** and Julian Reif. "The hidden cost of Covid-19: years of life lost among the young." *STAT+*. October 14, 2021.

2. Mulligan, Karen and **Darius N. Lakdawalla**. "Federal government should advise on drug negotiations, not run them." *Modern Healthcare*. September 23, 2021.

3. Ward, Alison S., Karen Van Nuys, and **Darius N. Lakdawalla**. "Reducing Racial Disparities in Early Cancer Diagnosis with Blood-Based Tests." USC Leonard D. Schaeffer Center for Health Policy & Economics. July 2021.

4. Goldman, Dana and **Darius N. Lakdawalla**. "FDA's approval of aducanumab paves the way for

'more momentous' Alzheimer's breakthroughs." *STAT+*. June 7, 2021.

5.  Ward, Alison S., Karen Van Nuys, **Darius N. Lakdawalla.** "Impacts of First-in-Class Drug Approvals on Future In-Class Innovation." USC Leonard D. Schaeffer Center for Health Policy & Economics. May 2021.

6.  **Lakdawalla, Darius N.,** Dana Goldman, Karen Van Nuys, Dan Mendelson. "Reassessing the Value of Minimally Invasive Technologies in the Era of COVID-19." USC Schaeffer Center for Health Policy and Economics. March 17, 2021.

7.  **Lakdawalla, Darius N.,** Peter Neumann, Gail Wilensky. "Create a U.S. Institute of Health Technology Assessment to Preserve Innovation and Control Costs." *STAT+*. March 2021.

8.  **Lakdawalla, Darius N.,** Peter J. Neumann, Gail R. Wilensky, Alan Balch, Jalpa A. Doshi, Louis P. Garrison, Margaret A. Hamburg, Joel W. Hay, Zeba M. Khan, Finn Bertum Kristensen, Samuel R. Nussbaum, Daniel A. Ollendorf, William V. Padula, Charles E. Phelps, Dana Gelb Safran, Mark J. Sculpher, Sean R. Tunis, Dana P. Goldman, Ruth Katz, Karen Mulligan, Desi Peneva. "Health Technology Assessment in the U.S.: A Vision for the Future." USC Schaeffer Center for Health Policy and Economics. February 2021.

9.  **Lakdawalla, Darius N.,** Erin Trish. "Why pooled testing could be a breakthrough in the fight against COVID-19." *The Conversation*. July 20, 2020

10.  **Lakdawalla, Darius N.,** Emmet Keeler, Dana Goldman, Erin Trish. "Getting Americans Back to Work (and School) with Pooled Testing." USC Schaeffer Center for Health Policy and Economics. May 2020.

11.  **Lakdawalla, Darius N.** and Charles Phelps. "Evaluation of Medical Technologies with Uncertain Benefits." *American Journal of Managed Care: Clinical Brief*. February 2020.

12.  Mulligan, Karen, **Darius N. Lakdawalla,** Peter J. Neumann, Gail R. Wilensky, Dana P. Goldman, Ruth J. Katz, Jakub Hlavka, Desi Peneva, Martha Ryan. "Health Technology Assessment for the U.S. Healthcare System." USC Schaeffer Center for Health Policy and Economics and The Aspen Institute. February 2020.

13.  Goldman, Dana and **Darius N. Lakdawalla**. "Health Care's Killer App: Life Insurance." *Wall Street Journal* op-ed, March 20, 2019.

14.  Mattke, Soren, **Darius N. Lakdawalla**, and Dana Goldman. "The Long Road to Value-Based Payment: The Case of Transcatheter Aortic Valve Replacement." *Health Affairs Blog,* July 26, 2018.

15.  Goldman, Dana, and **Darius N. Lakdawalla**. "The Global Burden of Medical Innovation." USC Leonard D. Schaeffer Center for Health Policy and Economics, January 2018.

16.  Conti, Rena, and **Darius N. Lakdawalla**. "Putting More into Biopharmaceutical Value Assessments." *Health Affairs Blog*, January 3, 2018.

17.  Chou, Jacquelyn, Glenn Chertow, **Darius N. Lakdawalla**, Alon Yehoshua, and Vasily Belozeroff. "Bundled Payments: Balancing Incentives, Quality, and Affordability." *Health Affairs Blog*, December 20, 2017.

18.  Goldman, Dana and **Darius N. Lakdawalla**.  "Take Me Out to the Pill Game."  *Wall Street Journal* op-ed, June 19, 2017.

19. **Lakdawalla, Darius N.,** Anup Malani, and Jay Bhattacharya. "Why America Needs a Do-Over on Medicaid Reform." *The Conversation*, May 11, 2017.

20. Balch, Alan, and **Darius N. Lakdawalla**. "The Case for Patient-Centered Assessment of Value." *Health Affairs Blog*, May 8, 2017.

21. Sachs, Rachel, Nicholas Bagley, and **Darius N. Lakdawalla**. "Value-Based Pricing for Pharmaceuticals in the Trump Administration." *Health Affairs Blog*, April 27, 2017.

22. Jena, Anupam, and **Darius N. Lakdawalla**. "Value Frameworks for Rare Diseases: Should They Be Different?" *Health Affairs Blog*, April 12, 2017.

23. **Lakdawalla, Darius N.,** and Anup Malani. "How Republicans and Democrats Can Both Keep Their Promises on Health Care." *The Conversation*, March 2, 2017.

24. **Lakdawalla, Darius N.,** and Anup Malani. "Do You Know What the Affordable Care Act Does? Here's a Primer to Help." *The Conversation*, February 27, 2017.

25. **Lakdawalla, Darius N.,** Mark Linthicum and Jackie Vanderpuye-Orgle. "Does Patient Cost Sharing for HCV Drugs Make Sense?" *American Journal of Managed Care*, vol. 22, no. 6 Spec No., 2016, pp. SP188-190.

26. **Lakdawalla, Darius N.,** and Dana Goldman. "Why Academics Consulting with Industry on Health Care May Be an Idea Whose Time Has Come." *The Conversation*, December 21, 2016.

27. Goldman, Dana, and **Darius N. Lakdawalla**. "Election Verdict: Pharma Needs a New Prescription." *StatNews*, November 10, 2016.

28. Philipson, Tomas, and **Darius N. Lakdawalla**. "All or Nothing? Rethinking the FDA Approval Framework." *Forbes*, November 4, 2016.

29. **Lakdawalla, Darius N.,** and Peter Neumann. "Budget Criteria and Value Assessments: A Case of Apples and Oranges?" *Health Affairs Blog*, September 22, 2016.

30. **Lakdawalla, Darius N.,** and Julian Reif. "Health, body weight, and obesity." *The Oxford Handbook of Economics and Human Biology*, 2016.

31. Goldman, Dana P., **Darius N. Lakdawalla**, James R. Baumgardner, and Mark T. Linthicum. "Are Biopharmaceutical Budget Caps Good Public Policy?" *The Economists' Voice* 13(1):27-42, 2016.

32. **Lakdawalla, Darius N.,** Anup Malani, and Julian Reif. "The Complex Relationship Between Healthcare Reform and Innovation." *The Future of Healthcare Reform in the United States,* Anup Malani and Michael H. Schill, eds., University of Chicago Press, 2015.

33. **Lakdawalla, Darius N**. (2015, September 23). "Drug Price Controls End Up Costing Patients Their Health." *New York Times*, Retrieved from http://www.nytimes.com/roomfordebate/2015/09/23/should-the-government-impose-drug-price-controls/drug-price-controls-end-up-costing-patients-their-health

34. Goldman, Dana, and **Darius N. Lakdawalla**. "Moving Beyond Price-Per-Dose in the Pharmaceutical Industry." Web blog post. *Health Affairs Blog*. Health Affairs, 30 September 2015. Web.

35. Goldman, Dana, **Darius N. Lakdawalla**, and Lee Newcomer. "It's Time for Value-Based Payment in Oncology." Web blog post. *Health Affairs Blog*. Health Affairs, 28 April 2015. Web.

36. Goldman, Dana, **Darius N. Lakdawalla**, and Tomas Philipson. "Morality versus Survival in International Comparisons of Cancer Care." Web blog post. *Health Affairs Blog*. Health Affairs, 20 March 2015. Web.

37. Dayoub, Elias, Anupam Jena, and **Darius N. Lakdawalla**. "The End of the Blockbuster? Implications for Pricing of New Drugs." Web blog post. *Health Affairs Blog*. Health Affairs, 16 June 2014. Web.

38. Goldman, Dana, Adam Leive and **Darius N. Lakdawalla**. "Want More Value from Prescription Drugs? We Need to Let Prices Rise and Fall?" *The Economists' Voice*, vol. 10, no. 1, 2013, pp. 39-43.

39. **Lakdawalla, Darius N.,** Jay Bhattacharya, Amitabh Chandra, Michael Chernew, Dana Goldman, Anupam Jena, Anup Malani, and Tomas Philipson. "Best of Both Worlds: Uniting Universal Coverage and Personal Choice in Health Care." *American Enterprise Institute*, August 2013.

40. Seabury, Seth, **Darius N. Lakdawalla** and Dana Goldman. "Patients' Willingness to Pay: The Authors Reply." *Health Affairs*, vol. 31, no. 8, 2012, doi:10.1377/hlthaff.2012.0713.

41. Marco Huesch and **Darius N. Lakdawalla**. "Freedom to Innovate: The Perils of Centralized Medical Research." *Archives of Internal Medicine*, vol. 172, no. 21, 2012, pp. 1692-1693; author reply 1693.

42. Goldman, Dana, Steven Schwartz, **Darius N. Lakdawalla**, Tomas Philipson, and Anupam Jena. "Harnessing the Promise of Comparative Effectiveness Research." Web blog post. *Health Affairs Blog*. Health Affairs, 12 September 2012. Web.

43. Eber, Michael, Dana Goldman, **Darius N. Lakdawalla**, and Tomas Philipson. "When Epidemiology Goes Astray: Valuing Cancer Care in the Unites States and Europe." Web blog post. *Health Affairs Blog*. Health Affairs, 14 May 2012. Web.

44. Chernew, Michael, **Darius N. Lakdawalla**, and Dana Goldman. "Saving Medicare Dollars: Moving from the SGR to Bundled Payments." Web blog post. *Health Affairs Blog*. Health Affairs, 24 February 2012. Web.

45. Goldman, Dana, and **Darius N. Lakdawalla.** "Intellectual Property." *Handbook of Health Economics*, Chapter 13, New York: Elsevier Science, 2012.

46. **Lakdawalla, Darius N.,** and Neeraj Sood. "Incentives to Innovate." *Oxford Handbook of the Economics of the BioPharmaceutical Industry*. New York: Oxford, 2012.

47. Seabury, Seth, Amitabh Chandra, **Darius N. Lakdawalla** and Anupam Jena. "Defense Costs of Medical Malpractice Claims." *The New England Journal of Medicine*. 2012.

48. Huckfeldt, Peter, **Darius N. Lakdawalla**, and Tomas J. Philipson. "Economics of Obesity." *Elgar Companion to Health Economics, 2nd Edition*, Chapter 7 (2), 2012.

49. Goldman, Dana, **Darius N. Lakdawalla,** and Yuhui Zheng. "Food Prices and the Dynamics of Body Weight." *Economic Aspects of Obesity*. Chicago: University of Chicago Press, 2011.

50. Goldman, Dana, **Darius N. Lakdawalla**, Tomas Philipson and Wesley Yin. "Valuing Health Technologies at NICE: Recommendations for Improved Incorporation of Treatment Value in HTA." *Health Economics*, vol. 19, no. 10, 2010, pp. 1109-1116.

51. Gailey, Adam, **Darius N. Lakdawalla,** and Neeraj Sood. "Patents, Innovation, and the Welfare Effects of Medicare Part D." *Advances in Health Economics and Health Services Research*. New York: Elsevier, 2010.

52. Goldman, Dana and **Darius N. Lakdawalla.** "Can the ACA Improve Population Health?" *The Economists' Voice* 7 (5): Article 4. December 2010.

53. Goldman, Dana, **Darius N. Lakdawalla,** Tomas Philipson, and Wesley Yin. "Valuing Health Technologies at NICE: Recommendations for Improved Incorporation of Treatment Value in HTA." *Health Economics* 19 (10): 1109-1116. October 2010.

54. **Lakdawalla, Darius N.** and Tomas Philipson. "Economics of Obesity." *Elgar Companion to Health Economics*. Cambridge: Edward Elgar, 2006.

55. **Lakdawalla, Darius N.,** Tomas Philipson and Jay Bhattacharya. "Welfare-Enhancing Technological Change and the Growth of Obesity." *American Economic Review: AEA Papers and Proceedings*, vol. 95, no. 2, 2005, pp. 253-257.

56. Bhattacharya, Jay, David Cutler, Dana Goldman, Michael Hurd, Geoffrey Joyce, **Darius N. Lakdawalla,** Constantijn Panis and Baoping Shang. "Disability Forecasts and Future Medicare Costs." *Frontiers in Health Policy Research*, edited by David Cutler and Alan M. Garber, vol. 7, MIT Press, 2004.

57. **Lakdawalla, Darius N.,** and George Zanjani. "Terrorism Insurance Policy and the Public Good." *St. John's Journal of Legal Commentary* 18(2): 463-469, Spring 2004.

58. Bhattacharya, Jay, David Cutler, Dana Goldman, Michael Hurd, Geoffrey Joyce, **Darius N. Lakdawalla,** Constantijn Panis, and Baoping Shang. "Disability Forecasts and Future Medicare Costs." *Forum for Health Economics and Policy,* 7(1), Jan 2004.

59. **Lakdawalla, Darius N.,** Jay Bhattacharya and Dana Goldman. "A Response to the Points by Manton and Williamson." *Medical Care*, vol. 41, no. 1, 2003, pp. 28-31.

60. **Lakdawalla, Darius N**. "Quantity over Quality." *Education Next*, 2002, pp. 66-72.

61. Goldman, Dana and **Darius N. Lakdawalla**. "A New Method for Determining Patient Payments for Outpatient Drugs." *American Journal of Managed Care*, vol. 8, no. 2, 2002, pp. 125, 128, 130.

62. Goldman, Dana, and **Darius N. Lakdawalla.** "Comment on 'A Benefit-Based Copay for Prescription Drugs: Patient Contribution Based on Total Benefits, Not Drug Acquisition Cost.'" *American Journal of Managed Care* 8(2): 125-8, February 2002.

63. **Lakdawalla, Darius N.,** and Tomas Philipson. "Public Financing and the Market for Long-Term Care." *Frontiers in Health Policy Research 4*, edited by Alan Garber, NBER. Chicago: University of Chicago Press, 2001.

64. Philipson, Tomas, and **Darius N. Lakdawalla**. "Medical Care Output and Productivity in the Nonprofit Sector." In *Medical Care Output and Productivity*, edited by David Cutler and Ernst Berndt. NBER Studies in Income and Wealth, Volume 62. Chicago: University of Chicago Press, 2001.

CURRENT WORKING PAPERS

1.  **Lakdawalla, Darius N.,** Neeraj Sood and Abby Alpert. "Prescription Drug Advertising and Drug Utilization: The Role of Medicare Part D." National Bureau of Economic Research Working Paper 21714.

2.  Bauer, Daniel, **Darius N. Lakdawalla,** and Julian Reif. "Health Risk and the Value of Life." National Bureau of Economic Research Working Paper 25055.

3.  **Lakdawalla, Darius N.,** Amanda Starc, and Wesley Yin. "Economic incentives and outcomes in the market for oncology treatment." Working Paper.

4.  Chen, Alice, Partha Deb, and **Darius N. Lakdawalla.** "Can higher profitability raise pharmaceutical R&D costs? Evidence from Medicare Part D." Working Paper.

GRANTS

1.  *Co-Principal Investigator, Biogen, Grant Award.* "Schaeffer Center: The Value of Innovation in Alzheimer's Disease Treatment." $350,000 total. (Co-Principal Investigator: Karen Van Nuys)

2.  *Co-Principal Investigator, National Institute on Aging, R01 Grant Award.* "Ensuring Access to Novel Alzheimer's and Dementia Treatments: Evaluating Innovative Payment Approaches." (Co-Principal Investigator: Dana Goldman)

3.  *Co-Project Leader, Covered CA, Grant Submission.* "Evaluating Performance in the California Healthcare Exchanges." $75,000 total. (Co-Project Lead: Wesley Yin)

4.  *Co-Principal Investigator, National Institute of Aging, R01 Grant Submission.* "Physician Perceptions of Medical Malpractice." (Co-Principal Investigator: Seth Seabury)

5.  *Project Lead, National Institute of Health, P01 Grant Award.* March 2012-February 2016. "The Behavioral Effects of Prescription Drug Use." 4 years, $1,888,468 total. (Co-Project Lead: Robert Kaestner)

6.  *Principal Investigator, National Institute on Aging, R01 Grant Award.* May 2009-May 2013. "Medical Malpractice, Health Care Costs, and Technology Adoption." 4 years, $1,300,000 total. (Co-Principal Investigator: Seth Seabury.)

7.  *Co-Project Leader, National Institute on Aging, P01 Grant Award.* July 2005-June 2010. "Causes and Consequences of Obesity Among Older Americans." (Principal Investigator: Michael Hurd. Project Leader: Dana Goldman)

8.  *Co-Principal Investigator, National Institute on Aging, R01 Grant Award.* July 2006-June 2010. "Obesity Among Older Americans." (Principal Investigator: Dana Goldman)

9.  *Principal Investigator, National Institute on Aging, R01 Grant Award.* August 2004-August 2007. "Whom Does Medicare Benefit?" 3 years, $696,000 total. (Co-Principal Investigators: Jay Bhattacharya and Michael Schoenbaum)

10. *Principal Investigator, National Institute on Aging, R03 Grant Award.* June 2005-May 2007. "Medical Malpractice: Implications for Cost and Technology." 2 years, $174,000 total. (Co-Principal Investigator: Seth Seabury.)

11. *Co-Principal Investigator, National Institute of Child Health and Human Development, R03 Grant Award*. September 2004-August 2006. "Childlessness: Choice or Chance?" 2 years, $174,000 total. (Principal Investigator: David Loughran. Co-Principal Investigator: Julie Zissimopoulos.)

12. *Principal Investigator, National Institute of Occupational Safety and Health, R03 Grant Award*. August 2002-August 2004. "Unclaimed Injuries and Workers' Compensation Adequacy." 2-year, $172,000 total. (Co-Principal Investigator: Robert Reville.)

13. *Principal Investigator, National Institute on Aging, R03 Grant Award*. September 2001-September 2002. "The Redistributive Effects of Medicare." 1 year, $86,000 total. (Co-Principal Investigators: Jay Bhattacharya and Michael Schoenbaum)

14. *Principal Investigator, National Institute on Aging, R03 Grant Award*. May 2001-May 2002. "Age Difference of Spouses and Long-Term Care." 1 year, $86,000 total. (Co-Principal Investigator: Robert Schoeni)

## AWARDS

- *2021 ISPOR HEOR Excellence – Methodological Award* – awarded to recognize outstanding research in the field of health economics and outcomes research (HEOR) methodology.
- *2020 PhRMA Foundation Value Assessment Challenge Award,* First Place – awards designed to encourage innovative approaches to defining and measuring value in health care.
- *2019 PhRMA Foundation Value Assessment Challenge Award,* Third Place – awards designed to encourage innovative approaches to defining and measuring value in health care.
- *2016 JMCP Award for Excellence* – awarded annually to recognize an article that represents the best scholarly work in managed care pharmacy, for "Patterns of Adherence to Oral Atypical Antipsychotics Among Patients Diagnosed with Schizophrenia."
- *2009 Eugene Garfield Economic Impact of Medical and Health Research Award* – awarded annually to an outstanding paper demonstrating how medical and health research impacts the economy, for "US Pharmaceutical Policy in a Global Marketplace."
- *2007 Edwin E. and Mary T. Huddleson Award for Outstanding Teaching*, Pardee RAND Graduate School of Public Policy.
- 2003 Milken Institute Award for Distinguished Economic Research — awarded for "Technological Change and the Growth of Obesity."
- *T.W. Schultz Dissertation Fellowship*, University of Chicago, September 1999-June 2000.
- *Nonprofits Fellowship*, National Bureau of Economic Research, September 1998-1999.
- *Century Scholarship*, University of Chicago, September 1995-June 1999.

## TEACHING EXPERIENCE

- *Risk Analysis (PPD 587)*, University of Southern California School of Policy, Planning and Development and Viterbi School of Engineering. Graduate-level course in the Master's in Public Policy and Public Policy Doctoral sequences.
- *Introduction to/Fundamentals of Health Policy and Management (PPD 325),* University of Southern California School of Policy, Planning and Development. Graduate-level course in the Master's in Public Policy and Public Policy Doctoral sequences.
- *Health Economics II (PMEP 544)*, University of Southern California School of Policy, Planning, and Development. Graduate-level course in the Public Policy Doctoral sequences.
- *Health Policy (PPD 415)*, University of Southern California School of Policy, Planning, and Development. Undergraduate elective in the health policy sequence.
- *Advanced Microeconomics*, Pardee RAND Graduate School of Public Policy, 2003-2009. Co-

taught one quarter in Ph.D. microeconomics sequence.

- *Microeconomics Curriculum*, Pardee RAND Graduate School of Public Policy, Fall 2002.  Served on 4-person committee that guided the redesign and implementation of a new microeconomics curriculum for the Ph.D. program in Public Policy.


### SELECTED REFEREEING ACTIVITY

- *American Economic Journals*
- *American Economic Review*
- *American Journal of Health Economics*
- *B.E. Journals of Economic Analysis and Policy*
- *Blood Journal*
- *Demography*
- *Econometrica*
- *Economic Inquiry*
- *Economic Journal*
- *Economics and Human Biology*
- *Education Finance and Policy*
- *European Economic Review*
- *Education Next*
- *Forum for Health Economics and Policy*
- *Geneva Papers on Risk and Insurance*
- *Health Affairs*
- *Health Economics*
- *Health Services Research*
- *International Economic Review*
- *International Journal of Health Care Finance and Economics*
- *JAMA Oncology*
- *Journal of the American Medical Association*
- *Journal of Applied Econometrics*
- *Journal of Development Economics*
- *Journal of Economic Literature*
- *Journal of Empirical Legal Studies*
- *Journal of the European Economic Association*
- *Journal of Gerontology: Social Sciences*
- *Journal of Health Economics*
- *Journal of Human Capital*
- *Journal of Human Resources*
- *Journal of Labor Economics*
- *Journal of Policy Analysis and Management*
- *Journal of Political Economy*
- *Journal of Public Economics*
- *Journal of Regional Science*
- *Journal of Risk and Insurance*
- *The Milbank Quarterly*
- *National Tax Journal*
- *New England Journal of Medicine*
- *PharmacoEconomics*

- *Quarterly Journal of Economics*
- *Review of Economic Studies*
- *Review of Economics of the Household*
- *Review of Economics and Statistics*
- *Social Science and Medicine*
- *Social Science Research*
- *Cambridge University Press*
- National Institutes of Health
- National Science Foundation
- US Department of Agriculture Economic Research Service

## PROFESSIONAL AFFILIATIONS

- American Economic Association
- International Society for Pharmacoeconomics and Outcomes Research
- American Society for Health Economists

## SELECTED POPULAR PRESS MENTIONS

- American Health Law Association. "COVID-19 Implications for Pharmaceutical Litigation." Health Law Weekly (podcast). July 17, 2020.
- Perrone, Matthew, " 'Pooled testing' for COVID-19 holds promise, pitfalls." *Associated Press* (online). June 30, 2020.
- Azvolinsky, Anna. "Despite Generic Imatinib, Cost of Treating CML Remains High." *Cancer Today* (online). February 24, 2020.
- Wapner, Jessica, "Medication keeps getting more expensive – and big pharma won't explain why." *Newsweek* (online), April 24, 2018.
- Callery, Taylor, "How to reboot the FDA." *Politico* (online), December 13, 2017.
- Mason, Melanie, "What would California's proposed single-payer healthcare system mean for me?" *Los Angeles Times* (online), June 1, 2017.
- Finkl, Ed. "A prescription to help cure high drug costs?" *Medical Economics* (online), May 25, 2017.
- Gregory, Sean and Alexandra Sifferlin, "President Trump Vow to Solve the Opioid Crisis. He Needs to Fix this Problem First." *Time* (online), February 24, 2017.
- Sharon, Jason and Mark Linthicum, "Advancing Value in Healthcare." *Genetic Engineering & Biotechnology News* (online), December 12, 2016.
- Hiltzik, Michael, "Will the Trump presidency mean the end of FDA drug regulation?" *Los Angeles Times* (online), November 16, 2016.
- Chang, Alicia, "Prop 61: Big Pharma scores expensive win on California ballot measure." *The Mercury News* (online), November 10, 2016.
- Associated Press, "Prop 61: Big Pharma scores over drug prices." *KSBW* (online), November 9, 2016.
- Swaminathan, Nikhil, "Precision medicine may be health care's next big thing, but we don't yet know how to evaluate precision drugs." *Quartz Media* (online), November 1, 2016.
- Pearson, Steven, "Value: Can we afford to think long-term while ignoring budget impact?" *Health Affairs* Blog (online), September 22, 2016.
- Stanton, Dan et al. "Quality for burgeoning US biosimilars market, says BIO panel." www.biopharma-reporter.com, June 17, 2016.

- Perrone, Matthew, "Apps help people find best drug prices." *The Columbian* (online). June 6, 2016.
- Perrone, Matthew, "Why not shop for lower prescription drugs prices?" *The Salt Lake Tribune* (online), June 2, 2016.
- Perrone, Matthew, "Why aren't you shopping for lower prescription drug prices?" www.medicalexpress.com, June 1, 2016.
- Joszt, Laura, "Briefing shed light on the challenges and opportunities of HCV treatment." *American Journal of Managed Care* (online newsletter), May 27, 2016.
- Plevin, Rebecca, "A financial cast for expanding access to costly hepatitis C drugs," Southern Caifornia Public Radio (online blog), May 18, 2016.
- Feller, Stephen, "Study: Cheaper to cure hepatitis C sooner than later." *United Press International* (online), May 9, 2016.
- Perrone, Matthew, "Breakthrough cholesterol drugs fizzle amid price pushback," *Houston Chronicle* (online), April 22, 2016.
- Perrone, Matthew, "Why so few patients get the new cholesterol busters," www.cbsnews.com, April 20, 2016.
- *The Economist*, July 30, 2009. "Economics Focus: Waist Banned." Discussion of Goldman, Dana, Darius N. Lakdawalla, and Yuhui Zheng, "Food Prices and the Dynamics of Body Weight."
- Steenhuysen, Julie. "Drug Price Controls May Shorten Lives: Report." *Reuters*, December 16, 2008. Discussion of Lakdawalla, Darius N., et al, "US Pharmaceutical Policy in a Global Marketplace."
- *The Wall Street Journal*, August 25, 2006. "Econoblog: Cheap Food, Societal Norms and the Economics of Obesity."
- Morin, Richard. "Breakthrough Breakdown." *Washington Post*, July 11, 2004, page B5. Review of Goldman, Dana, Darius N. Lakdawalla, and Neeraj Sood, "HIV Breakthroughs and Risky Sexual Behavior."
- Winslow, Ron. "Obesity Is Linked to Rising Disability in Younger Adults." *Wall Street Journal*, January 9, 2004, page C1. Review of Lakdawalla, Darius N., Jay Bhattacharya, and Dana Goldman, "Are the Young Becoming More Disabled?"
- Akst, Daniel, *New York Times*, March 2, 2003. "Belt-Loosening in the Work Force." Mention of Lakdawalla, Darius N., and Tomas Philipson, "Technological Change and the Growth of Obesity."
- Morin, Richard. "Age-Old Question." *Washington Post*, January 31, 2003, page B5. Review of: Lakdawalla, Darius N., and Robert Schoeni, "The Decline in the Spousal Age Gap and the Demand for Long-Term Care."
- Varian, Hal. "Economic Scene: Employment and Prosperity Affect Body Inflation." *New York Times*, September 26, 2002, page C2. Review of Lakdawalla, Darius N., and Tomas Philipson, "Technological Change and the Growth of Obesity."
- Sydell, Laura. Radio Interview and Commentary. *Marketplace Morning Report*, National Public Radio. May 30, 2002. Review of: Lakdawalla, Darius N., and Tomas Philipson, "Technological Change and the Growth of Obesity."
- Edmonds, Sarah. Reuters News Service, May 29, 2002. "Innovation Behind Fatter Americans, Study Says." Review of: Lakdawalla, Darius N., and Tomas Philipson, "Technological Change and the Growth of Obesity."
- Gongloff, Mark. CNN/Money Online, May 21, 2002. "Technology Makes You Fat." Review of: Lakdawalla, Darius N., and Tomas Philipson, "Technological Change and the Growth of Obesity."
- Critser, Gregory, *Los Angeles Times*, April 28, 2002. "The Price of Pudge." Mention of Lakdawalla, Darius N., and Tomas Philipson, "Technological Change and the Growth of Obesity."
- Koretz, Gene. "The Young and the Disabled." *BusinessWeek*, June 4, 2001, page 30. Review of: Lakdawalla, Darius N., Jay Bhattacharya, and Dana Goldman, "Are the Young Becoming More Disabled?"
- Morin, Richard. "Unhealthy Paradox." *Washington Post*, May 20, 2001, page B5. Review of:

Lakdawalla, Darius N., Jay Bhattacharya, and Dana Goldman, "Are the Young Becoming More Disabled?"

- Postrel, Virginia. "American Waistlines Have Become the Victims of Economic Progress." *The New York Times*, March 22, 2001, page C2.  Review of:  Lakdawalla, Darius N., and Tomas Philipson, "Technological Change and the Growth of Obesity."
- *Investor's Business Daily*, November 30, 1999. "Are Teachers Underpaid?"  Review of: Lakdawalla, Darius N., "The Declining Relative Quality of Teachers."
- Koretz, Gene. "The Coming Boom in Long-Term Care?" *BusinessWeek*, June 28, 1999, page 26. Review of:  Lakdawalla, Darius N., and Tomas Philipson, "The Rise in Old-Age Longevity and the Market for Long-Term Care."


## SELECTED PRESENTATIONS/ SPEAKING ENGAGEMENTS

- Lakdawalla, Darius. "Frontiers in Value Assessment." International Society for Pharmacoeconomics and Outcomes Research Annual Meeting, Plenary Session, May 20, 2020.
- Lakdawalla, Darius. "Economics of the Pharmaceutical Industry."  National Institutes of Health, Special Interest Group, March 5, 2020.
- Lakdawalla, Darius. "Frontiers of Value Assessment in Healthcare."  Allergan, Executive Seminar, December 11, 2019.
- Lakdawalla, Darius. "Mortality Risk, Insurance, and the Value of Life."  Wharton School of Business, November 1, 2019.
- Lakdawalla, Darius. "Mortality Risk, Insurance, and the Value of Life."  Questrom School of Business, Boston University, October 31, 2019.
- Lakdawalla, Darius. "Economics of the Pharmaceutical Industry."  Congressional Budget Office Panel of Health Advisors.  September 20, 2019.
- Lakdawalla, Darius. "Novel elements of value in healthcare."  International Society for Pharmacoeconomics and Outcomes Research Annual Meeting, Issue Panel, May 20, 2019.
- Lakdawalla, Darius. "Value-based decision making in Healthcare."  UT-Southwestern Medical School, Guest Lecture to Faculty, February 7, 2019.
- Lakdawalla, Darius. "Food Purchasing Behaviors of New SNAP Recipients." *Human Capital Economic Opportunity Working Group: Measuring and Improving Health Equity*, Los Angeles, CA, December 7, 2018.
- Lakdawalla, Darius. "The New Economics of Value in Healthcare." Executive Seminar, Otsuka, Princeton, NJ, November 15, 2018.
- Lakdawalla, Darius. "On Drugs." Toulouse School of Economics Guest Lecture, Toulouse, France, October 24, 2018
- Lakdawalla, Darius. "Patient Socioeconomic Status and Physician Supply Responses." *Toulouse School of Economics Industrial/Organizational Seminar*, Toulouse, France, October 15, 2018
- Lakdawalla, Darius. "On Drugs." *Canadian Health Economist Study Group*, McGill University, Montreal, Canada, May 31, 2018.
- Lakdawalla, Darius. "Should We Move Beyond Conventional Cost-Effectiveness Analysis." *ISPOR Annual Meeting*, Baltimore, MD, May 21, 2018
- Lakdawalla, Darius. "ISPOR's Special Task Force Report on US Value Assessment Frameworks: A Deeper Dive into Its Health Economic Underpinning." *ISPOR Annual Meeting*, Boston, MA, May 22, 2017.
- Lakdawalla, Darius. "Actuarial and Health Economic Approaches to Assess Value: Speaking the Same Language or Need for Translation." *ISPOR Annual Meeting*, Boston, MA, May 22, 2017.
- Lakdawalla, Darius. "A Roadmap to Consumer Clarity in Healthcare Decision Making." *NPAF's Spring Policy Consortium*, Washington, DC, May 17, 2017.

- Lakdawalla, Darius. "An Economic Perspective on Value Frameworks." *AJMC's ACO and Emerging Healthcare Delivery Coalition*, Scottsdale, AZ, May 5, 2017.
- Lakdawalla, Darius. "Risk Annuitization and the Value of Life." *HEC Montreal Seminar Series*, Montreal, Quebec, Canada, October 4, 2016.
- Lakdawalla, Darius. "Saving Lives or Saving Money? Understanding the Dual Nature of Physician Preferences." *Johns Hopkins University Seminar Series*, Baltimore, MD, September 21, 2016.
- Lakdawalla, Darius. Health Economic Perspectives on Value Frameworks: "Measuring Value in Innovative Medicines." *ASHEcon*, Philadelphia, PA, June 14, 2016.
- Lakdawalla, Darius. The Economics of Reimbursing New Medical Innovation: "An Economic Model of Surrogate Endpoints." *ASHEcon*, Philadelphia, PA, June 13, 2016.
- Arnsten, Kathleen, Geoffrey Eich, Darius N. Lakdawalla, and Tomas Philipson. "The Future of Biosimilars: How Will Policy and Market Dynamics Impact Patient Value and Access in the U.S.?" *BIO International*, San Francisco, CA, June 8, 2016.
- Lakdawalla, Darius. "Budget Impact Analysis: An Acceptable Part of Value Assessments or a Discordant Concept?" *ISPOR Symposium*, Boston, MA, May 22, 2016.
- Lakdawalla, Darius. "The value of specialty drugs: Can we develop novel access policies for novel medicines?" ISPOR Annual Meeting, Boston, MA, May, 2016.
- Lakdawalla, Darius N., Anupam Jena, and Ryan Cleary. "Ending Hepatitis C: The Value of Curing the Nation's Deadliest Blood-Borne Disease." *US Congressional Hearing*, Washington, DC, May 2016.
- Goldman, Dana, Darius N. Lakdawalla, and Sam Nussbaum. "Research and Its Practical Application." *Academy of Managed Care Pharmacy*, Panel R5, Impact of Value – Designing Innovative Models on Drug Costs, San Francisco, CA, April 2016.
- Lakdawalla. "The Cost and Value of Biomedical Innovation: Implications for Health Policy." Presentation Title: "What Can We Learn from Recent Hepatitis C Treatments? Understanding the Pricing Process and Spending Consequences for Breakthrough Therapies." Speaker, *Brookings Institute*, Washington, D.C., October, 2014.
- Lakdawalla. "Forecasting Population Health in Asia." Keynote Speaker, *Japanese Health Economics Association*, Tokyo, Japan, September 2014.
- Lakdawalla. "Balancing the Value and Cost of Cancer Therapies." Speaker, *BIO – 2014 International Convention*, San Diego, CA, June 2014.
- Lakdawalla. *ASHEcon – 5th Biennial Meeting*, June 2014.
- Lakdawalla. "Implications of the Affordable Care Act for Diabetes." Presenter, *74th Scientific Sessions – ADA*, San Francisco, CA, June 2014.
- Lakdawalla. "The Affordable Care Act: Will It Help or Harm the Landscape for Biomedical Innovation and Technology?" Panelist, *ISPOR – 19th Annual International Meeting, Issue Panels – Session IV – Panel#2449*, Montreal, QC, Canada, June 2014.
- Lakdawalla. "The Insurance Value of Medical Innovation." *National Bureau of Economic Research- Annual Conference-Health Economics Program Meeting*, Boston, MA, April 2014.
- Lakdawalla, "The Insurance Value of Medical Innovation." Guest Lecturer, *School of Public Health, UCSB*, Santa Barbara, CA, March 2014 (Ted Frech)
- Lakdawalla. "The Insurance Value of Medical Innovation." *National Bureau of Economic Research- Annual Conference-Healthcare Program Meeting*, Boston, MA, February 2014.
- Lakdawalla. "Research & Development, Manufacturing, and the Marketplace in California." *California State Assembly Select Committee on Biotechnology - Information Hearing,* Sacramento, CA, February 2014.
- Lakdawalla, "The Effect of Medicare Part D on bargaining between Drug Companies and Insurance Companies." Guest Lecturer, *School of Public Health, UCLA*, Los Angeles, CA, January 2014 (Bill Comanor)
- Lakdawalla. "Making the Case for Efforts in Personalized and Precision Health." *World Economic Forum Annual Summit on the Global Agenda*, Abu Dhabi, UAE, November 2013.

25

- Lakdawalla. "Mental Health and Medicaid Policy." *Women in Government Annual Healthcare Summit*, Washington, D.C., November 2013.
- Lakdawalla. "The Insurance value of Medical Technology." *University of Illinois at Urbana-Champaign*, Champaign, IL, October 2013.
- Lakdawalla. *Council for Advancing Diabetes Care*, Santa Monica, CA, October 2013.
- Lakdawalla. "Innovation and Insurance." *University of Chicago Applications Workshop,* Chicago, IL, September 2013.
- Lakdawalla. "Healthcare/Microeconomics Workshop." *Indiana University*, Bloomington, IN, September 2013.
- Lakdawalla. "Best of Both Worlds: Uniting Universal Coverage and Personal Choice in Health Care." *American Enterprise Institute Launch Event*, Washington, D.C., August 2013.
- Lakdawalla. "Promoting Clinical Trials for Cancer." *PACE Initiative Workshop*, Los Angeles, CA, July 2013.
- Lakdawalla. "Value of Adherence."/ Session 3: How do we unlock the value of better patient adherence? *AJMC Patient-Centered Diabetes Care Symposium*, Chicago, IL, June 2013.
- Lakdawalla. Panel Discussion of "How Do We Balance Patient Value & Payer Cost in Oncology?" *International Society for Pharmacoeconomics and Outcomes Research 18th Annual International Meeting*, New Orleans, LA, May 2013.
- Lakdawalla. *Council for Advancing Diabetes Care*, Arlington, VA, May 2013.
- Lakdawalla. Discussion of "Hospital Market Structure, Pricing and Quality of Care." *Allied Social Sciences Association Annual Meeting,* San Diego, CA, January 2013.
- Lakdawalla. "Does Statin Use Adversely Affect Health Behaviors?" *Allied Social Sciences Association Annual Meeting,* San Diego, CA, January 2013.
- Lakdawalla. "Medicare Part D and Negotiating Leverage in the Pharmaceutical Industry." *University of Chicago Applications of Economics Workshop*, Chicago, IL, May 2010.
- Lakdawalla. Discussion of "The Rise of Paragraph IV Challenges on Startup Alliance Formation in the Pharmaceutical Industry." *Southern California Applied Microeconomics Conference,* Claremont, CA, April 2010.
- Lakdawalla. "Medicare Part D and Pharmaceutical Advertising." *Robert Wood Johnson Fellowship External Speaker Series*, Berkeley, CA, March 2010.
- Lakdawalla. "Tort Liability for Prescription Drugs." *National Bureau of Economic Research Health Care Program Meeting*, Cambridge, MA, March 2010.
- Lakdawalla. "Medicare Part D and Pharmaceutical Advertising." *American Economic Association Annual Meetings*, Atlanta, GA, January 2010.
- Lakdawalla, "Health Insurance as a Two-Part Pricing Contract." *Toulouse School of Economics Health Economics Conference*, Toulouse, France, October 2009.
- Lakdawalla, "US Pharmaceutical Policy in a Global Context." *Eugene Garfield Award Presentation Lunch*, Washington, D.C., October 2009.
- Lakdawalla. "Health Insurance as a Two-Part Pricing Contract." *Brown University Department of Economics Seminar Series*, Providence, RI, September 2009.

## PhD ADVISEES

- Committee Member for Phyllis Barkman Ferrell, Current
- Proposal Committee Member for Sam Crawford, Current
- Committee Chair for Jaehong Kim, Graduated 2021 (August)
- Proposal Committee Member for Jeffrey Yu, Graduated 2021 (August)
- Proposal Committee Member for Jianhui Xu, Graduated 2021 (August)
- Committee Chair for Jonathan Salcedo, Graduated 2020

- Committee Chair for Laura Henkhaus, Graduated 2019
- Committee Member for Eunhae Shin, Graduated 2019
- Committee Member for Xiaohan Hu, Graduated 2019
- Committee Member for Sarah Axeen, Graduated 2016

1

# APPENDIX B

**DARIUS N. LAKDAWALLA, PRIOR TESTIMONY**

*In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation,* Case No. 3:19-md-02913, U.S. District Court for the Northern District of California; Deposition for the generic report (December 2021); Deposition for the bellwether report (June 2022)

*Victor G. Karraa et al. v. Gilead Sciences, Inc.*, Los Angeles County, Case No. 208TCV17754, (as to Plaintiff Victor G. Karraa only) in *Gilead Tenofovir Cases*, Judicial Council Coordination Proceeding (JCCP) No. 5043 (CJC-19-005043), Superior Court for the State of California, County of San Francisco; Deposition (March 2022)

*Perrigo Securities Litigation*, Class Action and 19 Opt-Out Cases, Class Action Case No. 2:16-CV-02805, U.S. District Court for the District of New Jersey; Deposition in the Class Action (January 2021); Deposition in the Opt-Out Cases (November 2021)

*In re Mylan N.V. Securities Litigation*, Case No. 1:16-CV-07926 (JPO), U.S. District Court for the Southern District of New York; Deposition (July 2021)

1

# APPENDIX C

# Materials Considered List

**Academic Articles**

- Chahal, Harinder Singh, et al. (2017), "The US Food and Drug Administration's tentative approval process and the global fight against HIV," *Journal of International AIDS Society*, 20(4), e25019

- DiMasi, Joseph A., Henry G. Grabowski, and Ronald W. Hansen (2016), "Innovation in The Pharmaceutical Industry: New Estimates of R&D Costs," *Journal of Health Economics*, 47, 20–33

- Grabowski, Henry, et al. (2016), "Updated Trends in US Brand-Name and Generic Drug Competition," *Journal of Medical Economics*, 19(9), 836–844

- Hartmann, Marcus, and Ali Hassan (2006), "Application of Real Options Analysis for the Pharmaceutical R&D Project Valuation – Empirical Results from a Survey," *Research Policy*, 35, 343–354

- Lakdawalla, Darius N. (2018), "Economics of the Pharmaceutical Industry," *Journal of Economic Literature*, 56(2), 397–449

- Shih, Tiffany, et al. (2016), "Reconsidering the Economic Value of Therapies for Multiple Sclerosis in the United States: Who Derives Benefit from Medical Technology?" *The American Journal of Managed Care*, 22(11), e368–e374

- Tsibris, Athe M. N., and Martin S. Hirsch (2015), "Antiretroviral Therapy for Human Immunodeficiency Virus Infection," in *Principles and Practice of Infectious Disease*, 8th Edition, eds. J. E. Bennett, et al., Elsevier Inc., 1622–1641

**Depositions**

- Deposition of Michael James Martin Hitchcock, December 17, 2019, with Exhibits

- Deposition of Michael James Martin Hitchcock, September 30, 2020, with Exhibits

- Deposition of William Lee, June 15–16, 2021, with Exhibits

- Deposition of John Milligan, August 30, 2021, with Exhibits

- Deposition of Norbert Bischofberger, August 26, 2021, with Exhibits

- Deposition of Peter A. Virsik, January 28, 2021, with Exhibits

**Expert Reports and Materials Considered**

- Expert Report and Materials Relied Upon by Saskia Fontein, filed May 27, 2022

- Expert Report and Materials Relied Upon by Meredith Rosenthal, filed May 27, 2022

**Legal Pleadings**

- First Amended Consolidated Complaint for Damages, *Adrian Holley, et al. v. Gilead Sciences, Inc.*, United States District Court for the Northern District of California, No 3:18-cv-06972-JST, May 31, 2019

- Defendant Gilead Sciences, Inc.'s Disclosure of Common-Issue Expert Witnesses Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), *Adrian Holley, et al. v. Gilead Sciences, Inc.*, May 27, 2022

**Publicly Available Materials**

- "A history of Gilead's biggest HIV drug," *Los Angeles Times*, May 29, 2016, available at https://www.latimes.com/business/la-fi-gilead-timeline-20160527-snap-story.html

- "Approved Drug Products with Therapeutic Equivalence Evaluations, 32nd Edition," *Center for Drug Evaluation and Research*, 2012, available at https://thefdalawblog.com/wp-content/uploads/2020/06/OB-Annual-2012-32nd-Ed.pdf

- "Drug Development: Valuing the Pipeline – a UK Study," *Mayer Brown*, March 2009

- "List of Determinations Including Written Request," *FDA*, available at https://www.fda.gov/drugs/development-resources/list-determinations-including-written-request

- "Medical Review NDA 21-356 Tenofovir DF for the Treatment of HIV-1 Infection," *FDA*, November 7, 2001, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2001/21-356_Viread_medr_P1.pdf

- "William A. Lee, PhD," *Gilead*, available at https://wwwaagt.gilead.com/about/leadership/senior-management/william-lee

- Atripla® Label, *FDA*, November 2015, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/021937s037lbl.pdf

- Complera® Label, *FDA*, October 2018, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/202123s029lbl.pdf

- Drug Approval Letter of Genvoya®, *FDA*, November 5, 2015, available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2015/207561Orig1s000ltr.pdf

- Drug Approval Package for Atripla®, *FDA*, December 13, 2006, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2006/021937TOC2.cfm

- Drug Approval Package for Biktarvy®, *FDA*, March 19, 2018, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2018/210251Orig1s000TOC.cfm

- Drug Approval Package for Complera®, *FDA*, September 6, 2012, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2011/202123_compleratm_toc.cfm

- Drug Approval Package for Descovy®, *FDA*, December 30, 2016, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/208215Orig1_toc.cfm

- Drug Approval Package for Stribild®, *FDA*, October 10, 2012, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/203100Orig1s000TOC.cfm

- Drug Approval Package for Truvada®, *FDA*, January 31, 2006, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2004/021752s000_TruvadaTOC.cfm

- Drug Approval Package for Viread®, *FDA*, November 20, 2001, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2001/21-356_Viread.cfm

- Genvoya®, *FDA*, December 8, 2015, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2015/207561Orig1s000TOC.cfm

- Gilead Sciences, Inc. Press Release, "Gilead Discontinues Development of GS 9005 and GS 7340; Company Continues Commitment to Research Efforts in HIV," October 21, 2004, available at https://www.gilead.com/news-and-press/press-room/press-releases/2004/10/gilead-discontinues-development-of-gs-9005-and-gs-7340-company-continues-commitment-to-research-efforts-in-hiv

- Gilead Sciences, Inc. Press Release, "Gilead Sciences Announces Second Quarter 2006 Financial Results," July 20, 2006, available at https://www.gilead.com/news-and-press/press-room/press-releases/2006/7/gilead-sciences-announces-second-quarter-2006-financial-results

- Gilead Sciences, Inc. Press Release, "U.S. Food and Drug Administration Approves Gilead's Single Tablet Regimen Genvoya® (Elvitegravir, Cobicistat, Emtricitabine and Tenofovir Alafenamide) for Treatment of HIV-1 Infection," *Business Wire*, November 5, 2015, available at https://www.businesswire.com/news/home/20151105006409/en/U.S.-Food-and-Drug-Administration-Approves-Gilead%E2%80%99s-Single-Tablet-Regimen-Genvoya%C2%AE-Elvitegravir-Cobicistat-Emtricitabine-and-Tenofovir-Alafenamide-for-Treatment-of-HIV-1-Infection

- Gilead Sciences, Inc., "Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2018," February 2019, available at https://d18rn0p25nwr6d.cloudfront.net/CIK-0000882095/e696b52e-e29a-4442-a0cb-ea358375844e.pdf

- Gilead Sciences, Inc., "Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2016," February 2017, available at https://d18rn0p25nwr6d.cloudfront.net/CIK-0000882095/682725bb-a85a-49b4-b53d-b8dec91a0db0.pdf

- Gilead Sciences, Inc., "Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2014," February 2015, available at https://d18rn0p25nwr6d.cloudfront.net/CIK-0000882095/c878e471-9556-47e7-879d-ada77da79485.pdf

- Odefsey®, *FDA*, November 29, 2016, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/208351Orig1s000TOC.cfm

- Stribild® Label, *FDA*, September 2016, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/203100s024lbl.pdf

- Teva Pharmaceutical Industries Ltd Press Release, "Teva Announces Exclusive Launch of Generic Viread® in the United States," December 15, 2007, available at https://www.tevapharm.com/news-and-media/latest-news/teva-announces-exclusive-launch-of-generic-viread-in-the-united-states/

- Vemlidy®, *FDA*, November 27, 2017, available at
  https://www.accessdata.fda.gov/drugsatfda_docs/nda/2016/208464Orig1s000TOC.cfm
- Viread® Label, *FDA*, January 2012, available at
  https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022577lbl.pdf

**Bates Stamped Documents**

- GILREG00684116–17
- GILREG00704199–656
- GILREG00718858–9029
- GILREG00719224–505
- GILREG01634125–26
- GILTDF102900001134
- GILTDF103400002885
- GILTDF103400002886–87
- GILTDF103600003866
- GILTDF103600004660–61
- GILTDF103600005199–200
- GILTDF103600005464–66
- GILTDF103600005631
- GILTDF104100006212–13
- GILTDF104100006282–83
- GILTDF104100006298–99
- GILTDF104300012298–306
- GILTDF104300013011–29
- GILTDF104300013075
- GILTDF104500014817–32
- GILTDF104500015006
- GILTDF104500017654–58
- GILTDF104500017674–76
- GILTDF104500017683
- GILTDF104700018698

- GILTDF104900030181–204
- GILTDF105000045005–06
- GILTDF105000046979
- GILTDF105000047758–62
- GILTDF105000049064–65
- GILTDF105000053933–59
- GILTDF105200060952
- GILTDF105200061192–96
- GILTDF105200061808
- GILTDF105200061809
- GILTDF105200074111–76
- GILTDF105200075976
- GILTDF105200075977–85
- GILTDF105200076024–27
- GILTDF105200076271–72
- GILTDF105200077098–100
- GILTDF105200080350–51
- GILTDF105300091370
- GILTDF105400103052–70
- GILTDF105400103085–96
- GILTDF105400104006–36
- GILTDF105400104090–112
- GILTDF105400104366–80
- GILTDF105400106318–400
- GILTDF105400115044–74

- GILTDF105500120694
- GILTDF105500123184–211
- GILTDF105600123585–621
- GILTDF105600123623
- GILTDF106200184160–79
- GILTDF106400198956–83
- GILTDF106400199008–12
- GILTDF106400199013–14
- GILTDF106400199024
- GILTDF106400199061
- GILTDF106400199140
- GILTDF106400199247–61
- GILTDF106400199620
- GILTDF106400199858–62
- GILTDF106400200094–96
- GILTDF106400200181–88
- GILTDF106400200189–91
- GILTDF106400200386–89
- GILTDF106400200399–400
- GILTDF106400201449–63
- GILTDF106400201475–78
- GILTDF106400201482
- GILTDF106400201609–16
- GILTDF106400201737–39
- GILTDF106400201746–48
- GILTDF106400201879–83
- GILTDF106400201927–29
- GILTDF106400202091–93
- GILTDF106400202134–36
- GILTDF106400202170–85
- GILTDF106400202186

- GILTDF106400203317–48
- GILTDF106400203349–51
- GILTDF106400203413–21
- GILTDF106400203453
- GILTDF106400205388
- GILTDF106600206542–45
- GILTDF106600206546–53
- GILTDF106600206608–10
- GILTDF106600206626–28
- GILTDF106600207114–22
- GILTDF106600207194
- GILTDF106900212078
- GILTDF106900212465
- GILTDF106900212466
- GILTDF106900212506–07
- GILTDF107100214268–70
- GILTDF107300216953
- GILTDF107300217675–82
- GILTDF107300217886
- GILTDF107400223383–400
- GILTDF107400230260
- GILTDF108900235488–501
- GILTDF108900235743–46
- GILTDF108900236196–201
- GILTDF108900241677–80
- GILTDF108900243630–31
- GILTDF108900268757
- GILTDF108900271715–19
- GILTDF108900271721–30
- GILTDF108900271732–40
- GILTDF108900271999–2004

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER    Appendix C

- GILTDF108900273444
- GILTDF108900279988
- GILTDF108900280010
- GILTDF108900280282
- GILTDF108900280288
- GILTDF108900280289
- GILTDF108900280406–08
- GILTDF108900281650–53
- GILTDF108900282176
- GILTDF108900286724–36
- GILTDF109000286972–75
- GILTDF109000286982–84
- GILTDF109300326146–52
- GILTDF109400334559
- GILTDF109500498464–66
- GILTDF109500552252
- GILTDF109700647514–15
- GILTDF109700647698–701
- GILTDF109900683868–953
- GILTDF110000686831–33
- GILTDF110000687003–116
- GILTDF110000691309–11
- GILTDF110000694767–71
- GILTDF110100741881–82
- GILTDF110100741883–91
- GILTDF110100741892–94
- GILTDF110100741895–97
- GILTDF110100741898–99
- GILTDF110100743274–76
- GILTDF110100768819–20
- GILTDF110100770585–89

- GILTDF110100846763–65
- GILTDF110100847358–59
- GILTDF110100929588–89
- GILTDF110601130278–79
- GILTDF110701142318–21
- GILTDF110701142322–35
- GILTDF111001201081–104
- GILTDF111001201107–08
- GILTDF111601877971–72
- GILTDF111601879276–77
- GILTDF111601879278
- GILTDF111601879352–53
- GILTDF111602126433
- GILTDF111602126434
- GILTDF111602255883–90
- GILTDF112102720475–76
- GILTDF112102903185
- GILTDF112803266502–05
- GILTDF112803267523
- GILTDF112803268474–82
- GILTDF112803269654
- GILTDF113103996531
- GILTDF113504153842
- GILTDF114005146601–05
- GILTDF114305920825–26
- GILTDF114506394800–03
- GILTDF114706401852
- GILTDF115006639141–43
- GILTDF116607925256–57
- GILTDF116607970990–1004
- GILTDF116908251707–23

**CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER**                    **Appendix C**

- GILTDF124808996910–11
- GILTDF124809079122
- GILTDF124809200456–57
- GILTDF124809200458–61

- GILTDF125409510392–94
- GILTDF125409510395
- GILTDF201600004530

In addition to the documents on this list, I considered any other documents cited in my report and my exhibits to form my opinions.