# EXHIBIT C

# EXHIBIT 15

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ADRIAN HOLLEY, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>GILEAD SCIENCES, INC.,<br><br><br><br>                    Defendant. | Case No. 4:18-CV-06972-JST<br><br>**COMMON-ISSUE EXPERT REPORT OF BABAFEMI O. TAIWO, M.B.B.S.** |

1

**TABLE OF CONTENTS**

**Page**

I.     PROFESSIONAL BACKGROUND AND QUALIFICATIONS ...................................3

II.    MATERIALS CONSIDERED........................................................................................4

III.   SCOPE OF TESTIMONY .............................................................................................5

IV.    PREFACE ......................................................................................................................7

V.     THE EMERGENCE OF THE HIV/AIDS EPIDEMIC...................................................8

VI.    KEY TERMS AND BACKGROUND ..........................................................................13

VII.   TRANSMISSION OF HIV..........................................................................................18

VIII.  TREATMENTS FOR HIV/AIDS BEFORE TDF APPROVAL .....................................18

IX.    TDF WAS AN IMPORTANT DEVELOPMENT FOR PEOPLE LIVING WITH HIV. 27

X.     DEVELOPMENT OF FDCs AND STRs.......................................................................30

XI.    TDF'S BENEFITS AND RISKS ..................................................................................34

XII.   TDF PRODUCT LABELING WARNED OF KIDNEY AND BONE RISKS................37

XIII.  THE IMPORTANCE OF INDIVIDUALIZED TREATMENT......................................38

XIV.   HIV TREATMENT TODAY .......................................................................................39

## I.      PROFESSIONAL BACKGROUND AND QUALIFICATIONS

1.      I am the Gene Stollerman Professor of Medicine and Chief of the Division of Infectious Diseases at the Northwestern University Feinberg School of Medicine.

2.      A copy of my curriculum vitae is attached as **Exhibit A**.

3.      As a clinician and researcher, I specialize in the study and treatment of people with human immunodeficiency virus ("HIV") and acquired immunodeficiency syndrome ("AIDS"). I first began treating people with HIV in 1992 and have treated several hundred people with HIV over the course of my career. I also treat people with other infectious diseases, including COVID-19, Hepatitis B, Hepatitis C, sexually transmitted infections, and travel-related infections.

4.      I earned my MBBS degree at the University of Ibadan in Nigeria. An MBBS degree is the equivalent of an M.D. in the United States. After graduating, I completed residency at the Berkshire Medical Center, University of Massachusetts, before completing my fellowship in Infectious Diseases at Northwestern University.

5.      I have served as a member of the Infectious Diseases Society of America, the International AIDS Society, and the Research Advisory Committee for the Research Alliance to Combat HIV/AIDS ("REACH").

6.      I have authored and co-authored numerous articles on HIV/AIDS and related topics. My articles are published in journals such as *AIDS*, *New England Journal of Medicine*, *Journal of Acquired Immune Deficiency Syndrome,* and the *Journal of Future Virology*. I have also served as an Editor of the *Journal of Antimicrobial Chemotherapy,* and the *Journal of AIDS Research and Human Retroviruses*. The full list of my publications to date can be found on my curriculum vitae.

7.      I have received professional honors, including being the recipient of the John Carey Young Investigator Award from the AIDS Clinical Trials Group, National Institutes for Allergy and Infectious Diseases.

8.      I am certified by the Board of Internal Medicine. I am an expert in HIV/AIDS and trained in the treatment of HIV/AIDS and its associated conditions. I am qualified and able to render opinions regarding the treatment of HIV/AIDS, including but not limited to the various HIV medication regimens available since the discovery of HIV.

9.      As a result of my 30 years of practice and my extensive experience in the field of HIV/AIDS, I have served as a principal investigator on clinical trials, a lecturer to other clinicians regarding HIV treatments, and a consultant regarding the development of new therapies and education on HIV/AIDS. I have been invited to speak on HIV/AIDS at professional meetings on all continents except Antarctica. I am a current member of the Department of Health and Human Services Guidelines Review Board. I was appointed by the U.S. Secretary of Health and Human Services to serve a five-year term (ended 2022) on the Advisory Council of the Office of AIDS Research, National Institutes of Health.

10.     I am being compensated at the rate of $500 per hour for my time spent drafting reports, reviewing records, and preparing for and attending depositions.

11.     In the last four years, I have testified once as an expert at trial or by deposition. I provided testimony in the following matter:

      a.      *Gilead Tenofovir Cases*, Judicial Council Coordination Proceeding No. 5043, CJC-19-005043 (Cal. Super. Ct., Aug. 15, 2019).

## II.     MATERIALS CONSIDERED

12.     In preparing this report, I have relied on my general knowledge of clinical and experimental HIV/AIDS therapy that I have acquired from over 30 years of medical education, training, research, and practice, as well as the documents I reference herein.

13.     My general knowledge of clinical and experimental HIV/AIDS therapy includes keeping up to date on the latest medications and treatment options through review of medical literature, published guidelines from the U.S. Department of Health and Human Services ("DHHS Guidelines") and the International Antiviral Society, conference discussions and

presentations, and physician labels for TDF-containing medications, TAF-containing medications, and other HIV medications.

## III.  SCOPE OF TESTIMONY

14.    I have been asked by Gilead Sciences, Inc. ("Gilead") to provide my opinions on the following topics and expect to testify as an expert with respect to:

  a.    The clinical nature of HIV disease;

  b.    The description of the HIV disease process and how it affects individuals and populations;

  c.    How HIV progresses to AIDS;

  d.    Effects of HIV/AIDS on individual health;

  e.    Association of HIV with a large number of co-morbidities and as a risk factor for other illness;

  f.    Community effects and transmission of HIV/AIDS;

  g.    HIV/AIDS social history and background;

  h.    The need for and benefits of HIV treatment to individual people and the public health implications of community-wide treatment;

  i.    How HIV treatment options are selected and individualized;

  j.    The history of HIV treatment options, including a discussion of toxicities, side effects, adherence challenges, limited efficacy, resistance, and other burdens associated with early treatment options;

  k.    How virus mutations and drug resistance complicate HIV treatment and affect morbidity and mortality;

  l.    The contribution of TDF to HIV treatment;

m.    The incorporation of TDF in fixed-dose combinations single tablet regimens and the impact of this on the HIV treatment landscape;

n.    The effectiveness of TDF for HIV treatment, including TDF's impact on adherence, treatment outcomes, and quality of life;

o.    Gilead's FDA-approved warnings in its labeling of the risks associated with exposure to TDF, including renal and bone issues;

p.    The HIV treater community's awareness of renal and bone risks associated with TDF;

q.    The body of evidence (including clinical trials and post-approval use) supporting TDF use;

r.    Caring for persons with HIV, including routine monitoring and subsequent treatment decision making;

s.    The standard of care for treatment of persons with HIV exposed to TDF, including monitoring kidney function;

t.    Considerations for maintaining persons with HIV on effective HIV treatment, including TDF;

u.    TAF as a new and additional treatment option for persons with HIV;

v.    TAF risks/benefits and warnings;

w.    The risk/benefit determination for the use of other antiretroviral agents besides TDF and TAF;

x.    Use and benefits of TDF for PrEP; and

y.    Experimental antiretrovirals in development for treatment and prevention of HIV, and how these products may be used and the potential contributions they will offer to HIV treatment and prevention.

6

15.     I may also comment on or respond to the opinions of Plaintiffs' experts and may testify on any other issues within my expertise that may be raised by the parties or their witnesses. Further, I reserve the right to amend my opinions should additional information be provided or become available.

## IV.     PREFACE

16.     AIDS is caused by infection with HIV. The World Health Organization ("WHO") estimates that since the beginning of the HIV epidemic, 79.3 million people have been diagnosed with HIV and 36.3 million people have died because of HIV.[1]

17.     The development and implementation of antiretroviral therapy (ART) in the late 20th to early 21st centuries were turning points in the global fight against AIDS. Research leading to improve the efficacy, safety, and tolerability of, and the ease of using, antiretroviral drugs facilitated global dissemination of ART in the early 21st century. In 2021, 28.2 million people living with HIV were treated with ART worldwide.[2] Antiretrovirals have been shown to be highly effective in both preventing transmission of HIV and preventing AIDS and death in persons living with HIV. Antiretrovirals, however, do not cure HIV. Although cure of HIV after stem cell transplantation for cancer treatment has been documented in at least three cases,[3] HIV remains an incurable lifelong diagnosis for almost all persons living with HIV. The WHO estimates that in 2020 there were 37.7 million people living with HIV, and that each year there are 1.5 million new HIV cases and 680,000 deaths from HIV-related illness.[4] Despite extensive efforts over the past 40 years, a vaccine

---

[1] *Global Health Observatory, HIV/AIDS*, World Health Organization (July 2021), available at https://www.who.int/data/gho/data/themes/hiv-aids#:~:text=Since%20the%20beginning%20of%20the,at%20the%20end%20of%202020.

[2] *Key Facts, HIV/AIDS*, World Health Organization (Nov. 20, 2021), available at https://www.who.int/news-room/fact-sheets/detail/hiv-aids.

[3] *First Case of HIV Cure in a Woman After Stem Cell Transplantation Reported in CROI-2022*, World Health Organization (Mar. 24, 2022), available at https://www.who.int/news/item/24-03-2022-first-case-of-hiv-cure-in-a-woman-after-stem-cell-transplantation-reported-at-croi-2022.

[4] *Global Health Observatory, HIV/AIDS*, World Health Organization (July 2021), available at https://www.who.int/data/gho/data/themes/hiv-aids.

7

to prevent HIV has not been developed yet, and ART remains the most effective way to prevent and treat HIV.

## V.   THE EMERGENCE OF THE HIV/AIDS EPIDEMIC[5]

18.   In 1981, the U.S. Centers for Disease Control and Prevention ("CDC") received reports of new cases of an extremely rare type of pneumonia, caused by *Pneumocystis carinii (*now called *Pneumocystis jirovecii)*, and an increase in the incidence of Kaposi's sarcoma—a cancer caused by the Human Herpesvirus-8 and identified by the characteristic black/purple lesions it causes on its victims, which had rarely been seen in the United States at the time. Not long after these reports, clinicians began observing increased occurrence among men who have sex with men of chronic lymphadenopathy, a condition characterized by enlarged lymph nodes, and the rare malignancy called diffuse, undifferentiated non-Hodgkin's lymphoma. The only common underlying factor of all these conditions was a severely impaired immune system. This collection of clinical conditions—among others— was recognized as an entirely new syndrome that became known as AIDS.

---

[5] *See generally* Marc N. Gourevitch, *The Epidemiology Of HIV And AIDS*: *Current Trends*, 80 Med. Clin. 1223–39 (1996), available at https://pubmed.ncbi.nlm.nih.gov/8941221/; *Update: Mortality Attributable to HIV Infection Among Persons Aged 25-44 Years–United States, 1994, Morbidity and Mortality Weekly Report*, Centers for Disease Control and Prevention (Feb. 16, 1996), available at https://www.cdc.gov/Mmwr/PDF/wk/mm4506.pdf; Thomas C. Quinn, *The Epidemiology of the Acquired Immunodeficiency Syndrome in the 1990s*, 1 Emergency Medicine Clinics of North America 1–25 (1995), available at https://pubmed.ncbi.nlm.nih.gov/7851311/; Jonathan N. Weber et al., *The Biology and Epidemiology of HIV Infections*, 23 J. Antimicrob. Chemother. 1–7 (1989), available at https://pubmed.ncbi.nlm.nih.gov/2541125/; Robert C. Gallo & Luc Montagnier, *AIDS in 1988*, 259 Sci. Am. 40–48 (1988), available at https://pubmed.ncbi.nlm.nih.gov/3072672/; James W. Curran & William L. Heyward, *The Epidemiology of AIDS in the U.S.*, 259 Sci. Am. 72 (1988), available at https://pubmed.ncbi.nlm.nih.gov/3072674/; Johnathan M. Mann et al., *The International Epidemiology of AIDS*, 259 Sci. Am. 82 (1988), available at https://pubmed.ncbi.nlm.nih.gov/3072675/; Jonathan N. Weber et al., *HIV Infection: The Cellular Picture*, 259 Sci. Am. 100 (1988), available at https://pubmed.ncbi.nlm.nih.gov/2854299/; Harvey V. Fineberg, *The Social Dimensions of AIDS*, 259 Sci. Am. 128 (1988), available at https://pubmed.ncbi.nlm.nih.gov/3072669/; *see also* Albert R. Jonsen & Jeff Stryker, *The Social Impact of AIDS in the United States* (1993), available at https://pubmed.ncbi.nlm.nih.gov/25121219/.

19.     It took years for researchers and physicians to determine what was causing this new condition. Initially, clinicians debated the likely cause of AIDS. Because the syndrome appeared to be transmitted through the exchange of blood or by sexual contact, many (but not all) investigators suspected by late 1982 that the cause of AIDS was a new infectious agent. Others thought the condition may be a form of cancer or correlated with use of certain products. In 1983, researchers at the Pasteur Institute in Paris led by Luc Montagnier confirmed the infectious disease hypothesis. Montagnier and his team first isolated and characterized HIV-1 by culturing T-cells from a lymph node biopsy from a 33-year-old patient with symptoms that precede AIDS, such as lymphadenopathy. Researchers led by Robert Gallo at the National Cancer Institute then isolated the virus from a larger group of patients, allowing production of the virus in higher quantities and allowing long-term propagation of patient isolates for further studies. By then, however, hundreds had died, and thousands more had been infected with the disease.

20.     The discovery in 1983 of HIV as the etiologic agent of AIDS made it possible for researchers to begin studying the viral life cycle of HIV to look for potential targets and start searching for experimental therapies to treat and/or prevent infection. Researchers learned that HIV primarily targets cells of the immune system known as helper T-cells by binding to a molecule known as CD4, which is found on the surface of these cells. After HIV enters the cell, its genetic material, which is encoded in RNA, is converted into DNA by a viral enzyme known as "reverse transcriptase." The DNA "pro virus" is then integrated into the DNA of the target cell by another enzyme called "integrase." Once this step occurs, HIV is persistent for the target cell's lifetime and that of its progeny and, given the lifespan of these cells, is thus considered an incurable condition requiring lifelong treatment with medication. HIV is first produced as an immature virus, which is then converted to the mature, infectious form through a number of steps that involve a third critical enzyme in the life cycle of HIV known as "protease."

21.     By the end of 1988, 82,764 AIDS cases in adults and children had been reported to the CDC throughout the 50 states, the District of Columbia, and Puerto Rico.[6] Meanwhile, the scientific community could offer patients little in the way of effective treatments for HIV/AIDS. Of those 82,764 cases reported, 46,000 patients had already died—including 85% of the patients diagnosed before 1986.[7] From 1981 through 1990, 100,777 deaths among persons with AIDS were reported to the CDC; almost one-third of these deaths were reported in 1990.[8]

22.     In short, AIDS in the early years of the epidemic was characterized by physical, mental, and psychological suffering before eventual death.

23.     By the end of 1992, HIV was the eighth-leading overall cause of death and the leading cause of death for men aged 25–44.[9] HIV would become the leading cause of death for all persons aged 25–44 in 1993.[10] By the end of 1995, over half a million people were infected with AIDS in the United States. By 1996, more than 60% of persons with AIDS had perished.[11]

---

[6] *AIDS and Human Immunodeficiency Virus Infection in the United States: 1988 Update*, Centers for Disease Control and Prevention (May 12, 1989), available at https://www.cdc.gov/mmwr/preview/mmwrhtml/00001477.htm.

[7] *Id.*

[8] *Current Trends Mortality Attributable to HIV Infection/AIDS – United States, 1981 – 1990*, Centers for Disease Control and Prevention (Jan. 25, 1991), available at https://www.cdc.gov/mmwr/preview/mmwrhtml/00001880.htm#:~:text=From%201981%20through%201990%2C%20100%2C777,deaths%20were%20reported%20during%201990.

[9] *Update: Mortality Attributable to HIV Infection Among Persons Aged 25 – 44 Years – United States, 1991 and 1992, Morbidity and Mortality Weekly Report*, Centers for Disease Control and Prevention (Nov. 19, 1993), available at https://www.cdc.gov/mmwr/preview/mmwrhtml/00022174.htm#:~:text=During%20the%201980s%2C%20human%20immunodeficiency,men%20aged%2025%2D44%20years.

[10] *Update: Mortality Attributable to HIV Infection Among Persons Aged 25-44 Years – United States, 1994, Morbidity and Mortality Weekly Report*, Centers for Disease Control and Prevention (Feb. 16, 1996), available at https://www.cdc.gov/Mmwr/PDF/wk/mm4506.pdf.

[11] Marc N. Gourevitch, *The Epidemiology Of HIV And AIDS*, 80 Med. Clin. 1223-1239 (1996), available at https://www.medical.theclinics.com/article/S0025-7125(05)70488-0/pdf.

24.    It was later learned that, beyond destroying the host's immune system and rendering the patient susceptible to opportunistic infections, AIDS also raises inflammation levels in the body. There is evidence to suggest that heightened inflammation increases the occurrence and/or severity of cardiovascular disease, stroke, liver damage, and dementia, among other adverse health conditions.[12]

25.    HIV/AIDS also has direct and indirect effects on bone metabolism, characterized by abnormalities in bone formation and mineralization in untreated people living with the virus. In patients receiving treatment whose viral load is consistently low to undetectable, HIV ceases to be a driver of bone metabolism, while classical risk factors for osteoporosis, which are very common in people living with HIV/AIDS, continue to affect bone metabolism and bone mineral density, similar to the general population. Regular assessment for classical risk factors of osteoporosis is, therefore, important, even during virologically successful ART. Epidemiological studies have shown that the risk of decreased bone mineral density and fracture is higher in people living with HIV/AIDS than in the general population, and it is even higher in cases of co-infection with Hepatitis C.[13]

26.    Untreated or undertreated HIV disease also has an established association with kidney disease. Several clinical syndromes were described during the early years of the virus, including HIV-associated nephropathy ("HIVAN"), noncollapsing focal segmental glomerulosclerosis, and immune-complex kidney disease. Numerous studies have concluded that renal disease in people living with HIV/AIDS is elevated relative to the

---

[12] Steven G. Deeks, *HIV Infection, Inflammation, Immunosenescence, and Aging*, 62 Annu. Rev. Med. 141–55 (2011), available at https://pubmed.ncbi.nlm.nih.gov/21090961/; Lewis H. Kuller et al., *Inflammatory and Coagulation Biomarkers and Mortality in Patients with HIV Infection*, 21 PLoS Med. E203 (2008), available at https://journals.plos.org/plosmedicine/article?id=10.1371/journal.pmed.0050203; Allan R. Tenorio et al., *Soluble Markers of Inflammation and Coagulation but Not T-Cell Activation Predict Non-AIDS-Defining Morbid Events During Suppressive Antiretroviral Treatment*, 210 J. Infect. Dis. 1248–59 (2014), available at https://pubmed.ncbi.nlm.nih.gov/24795473/.

[13] Emmanuel Biver, *Osteoporosis and HIV Infection*, 110 Calcif. Tissue Int. 624–640 (2022), available at https://pubmed.ncbi.nlm.nih.gov/35098324/.

general population.[14] Additionally, traditional risk factors for kidney disease such as hypertension, Hepatitis B or Hepatitis C, and diabetes are overrepresented in communities of people living with HIV. Studies have shown, however, that risk of kidney disease for patients living with HIV is lower when HIV is treated, even when treated with TDF. Illustratively, in the START trial, persons with HIV who initiated ART early had better kidney function test result and were less likely to spill protein in urine (a marker of kidney problems) two years later compared to those who delayed initiation of HIV treatment.[15] Of note, TDF was a component of the ART regimen in almost 90% of those who were treated for HIV.

27.     In these early years, there was a great deal of fear about HIV, even among groups without risk factors for acquiring the disease. HIV/AIDS diagnoses also came with significant stigma. Tragically, HIV/AIDS was most frequently transmitted among already disenfranchised communities, including intravenous drug users, sex workers, and men who have sex with men. The virus was initially referred to as the "gay cancer" or "gay-related immune deficiency." The association of the virus with men who have sex with men contributed to significant existing homophobia and further ostracization of an already marginalized community. Many patients denied treatment, hid their diagnoses from their loved ones, or were abandoned by their family and friends. And because the signs of the virus were often evident—including extreme weight loss, purple lesions, and indicators of other opportunistic infections such as herpes—individuals with the virus experienced harsh and intense stigma in their everyday lives.

---

[14] *See, e.g.*, Fakhrul M. Islam et al., *Relative Risk of Renal Disease Among People Living with HIV: A Systematic Review and Meta-Analysis*, 2 BMC Public Health 234 (2012), available at https://bmcpublichealth.biomedcentral.com/articles/10.1186/1471-2458-12-234.

[15] Amit C. Achhra et al., *Impact of Early Versus Deferred Antiretroviral Therapy on Estimated Glomerular Filtration Rate in HIV-Positive Individuals in the START Trial*, 50 Int. J. Antimicrob. Agents 453–60 (2017), available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5581703/.

## VI.     KEY TERMS AND BACKGROUND

28.     The following terms and definitions are adapted from the Glossary of HIV/AIDS-Related
Terms, published by the National Institutes for Health:[16]

29.     *Adherence*. Adherence is a term used to describe the patient's history of taking medications
exactly as instructed by a health care provider. The instructions can include how many
times to take the medication every day, what time of day to take it, whether to take it with
or without food, drugs to avoid when taking it, and so on. Adherence is the cornerstone of
success in HIV treatment. The benefits of strict adherence to an HIV regimen include
sustained viral suppression, reduced risk of drug resistance, improved overall health and
quality of life, and decreased risk of HIV transmission. In short, adherence is necessary to
reap all the benefits of ART, including improved survival. Adherence was previously, and
may occasionally still be, referred to as "compliance."

30.     *AIDS*. The disease caused by HIV. AIDS occurs when HIV, usually over the course of
years, has weakened a person's immune system, causing increased susceptibility to
infection and cancer. One objective marker that physicians use to determine whether a
patient's HIV has progressed to AIDS is whether the patient has a CD4 count of less than
200 copies/microliter of blood. Once a patient's disease passes this threshold, the patient
can be ravaged by infections that the body is ordinarily well equipped to ward off. These
infections are referred to as "opportunistic infections"; *Pneumocystis jirovecii* exemplifies
an opportunistic infection.

31.     *Antiretroviral*. A drug used to prevent a retrovirus, such as HIV, from replicating, which
means making more copies of itself. The term primarily refers to antiretroviral HIV drugs.
Antiretroviral therapy ("ART") is the term describing the use of a combination of HIV
medicines (called an HIV regimen) to treat HIV. "HAART" is used to describe "highly
active antiretroviral therapy." A person's initial HIV regimen generally includes three

---

[16] *See* NIH, *Glossary of HIV/AIDS-Related Terms*, 9th ed. (2021), available at
https://clinicalinfo.hiv.gov/sites/default/files/glossary/Glossary-English_HIVinfo.pdf.

antiretroviral drugs from two different HIV drug classes, but there is now an option to treat selected persons with regimens that contain two antiretroviral drugs from two classes.

32. **Backbone.** The two NRTIs upon which an initial HIV treatment regimen is built. To complete the HIV treatment regimen, the two NRTIs are combined with a third antiretroviral HIV drug from either the NNRTI, PI, or INSTI drug class. The third antiretroviral drug (e.g., NNRTI, PI, or INSTI) is known as the "anchor" or "third-agent."

33. **CD4 Count.** The CD4 count is a test that measures how many CD4 cells a patient has in his, her, or their blood. CD4 cells are a type of white blood cell, called T-cells, that move throughout the body to find and destroy certain pathogens, including viruses and fungi. HIV damages the immune system by targeting CD4 cells, killing them, and releasing more copies of the virus into the bloodstream. Generally speaking, a lower CD4 count indicates that a person's disease is more advanced. Further, while untreated HIV raises the level of inflammation in the body, persons with the lowest CD4 counts (such as below 200) tend to have higher levels of inflammation and are at greater risk of damage to critical organs. And because the CD4 cells are part of the body's immune defense against cancer, persons with very low CD4 count are also at higher risk of certain cancers that are collectively referred to as "AIDS-related malignancies"; Kaposi's sarcoma and diffuse, undifferentiated non-Hodgkin's lymphoma are examples of AIDS-related malignancies.

34. **Drug Class.** A group of drugs that share common properties, including a similar mechanism of action, chemical structure, or approved use. They sometimes also share side effects, but this does not occur all the time. The classes of antiretroviral drugs currently used to treat and prevent HIV include nucleoside reverse transcriptase inhibitors (NRTIs), non-nucleoside reverse transcriptase inhibitors (NNRTIs), protease inhibitors (PIs), integrase strand transfer inhibitors (INSTIs), and entry inhibitors. Other classes of antiretrovirals are also being investigated, but they are not yet used in medical practice.

35. **Fixed-Dosed Combination ("FDC").** Two or more drugs contained in a single dosage form, such as a capsule or tablet. An example of an FDC HIV medication is Atripla® (a combination of efavirenz ("EFV"), emtricitabine ("FTC"), and TDF). FDC tablets that contain enough antiretroviral drugs to constitute a complete regimen are also called Single-

Tablet Regimen ("STR"). Atripla® is an example of an STR because it is a complete HIV regimen contained in a single pill. Importantly, not all FDC tablets are STR. By reducing the number of pills a person must take each day, fixed-dose combination drugs help improve adherence to an HIV treatment regimen.

36. ***HIV-1 vs. HIV-2.*** HIV-1 and HIV-2 are the two main types of the HIV virus. HIV-1 is the most common type of HIV, accounting for 95% of all infections. HIV-2, on the other hand, is less fatal and progresses more slowly than HIV-1. Between 2010 and 2017, >99.9% of all HIV infections identified in the United States were categorized as HIV-1.[17]

37. ***Integrase Inhibitors or Integrase Strand Transfer Inhibitors ("INSTIs").*** Another antiretroviral drug class. INSTIs block integrase (an HIV enzyme). Blocking integrase prevents HIV from replicating.

38. ***In Vitro.*** An artificial environment outside the body, such as in a test tube or petri dish in a laboratory. *In vitro* studies are studies performed in the lab using test tubes or petri dishes.

39. ***In Vivo.*** In the living body of a plant, animal, or human. *In vivo* studies are studies performed on animals or humans.

40. ***Mutations.*** This is the way HIV becomes resistant to drugs. A mutation is a change in the genetic material of a cell or microorganism. HIV that has undergone mutation can be transmitted from one person to another. Some HIV mutations cause the virus to become resistant to antiretroviral drugs, further complicating treatment.

41. ***NNRTIs.*** Non-Nucleoside Reverse Transcriptase Inhibitors, or NNRTIs, are another antiretroviral drug class. NNRTIs bind to and block HIV reverse transcriptase (an HIV enzyme).

42. ***NRTIs.*** Nucleoside (or Nucleotide) Reverse Transcriptase Inhibitors, or NRTIs, are an antiretroviral drug class. NRTIs block reverse transcriptase (an HIV enzyme). HIV uses

---

[17] Anne H. Peruski, et al., "Trends in HIV-2 Diagnoses and Use of the HIV-1/HIV-2 Differentiation Test—United States, 2010–2017," *MMWR Morb. Mortal. Wkly Rep.* (2020).

reverse transcriptase to convert its RNA into DNA. Blocking reverse transcriptase and reverse transcription prevents HIV from replicating. TDF and TAF are examples of NRTIs.

43. ***Opportunistic Infection.*** An infection caused by a pathogen that is typically controlled by a functional immune system. Patients whose CD4 count is sufficiently suppressed to inhibit the function of the immune system become susceptible to pathogens that would otherwise be unlikely to cause clinical disease. Examples of opportunistic infections seen with HIV are *Pneumocystis carinii* pneumonia (now known as *Pneumocystis jirovecii*) and Human Herpesvirus-8, the causative agent of Kaposi's sarcoma. Opportunistic infections are also sometimes called "AIDS-defining illnesses."

44. ***Person with HIV ("PWH").*** Someone who has contracted the virus and is living with HIV.

45. ***Preexposure Prophylaxis ("PrEP").*** An HIV prevention method for people who are HIV negative and at high risk of HIV. PrEP involves taking a specific combination of HIV medicines daily (daily PrEP) or timed to periods of risk (on-demand PrEP). There are both TDF-containing and TAF-containing PrEP medications, though their approved indications differ.

46. ***Prodrug.*** A prodrug is a bioreversible precursor of a drug, which has some barrier to its utility as an effective drug (e.g., low oral bioavailability). The prodrug must undergo chemical conversion by metabolic processes before becoming an active pharmacological agent. In other words, a prodrug is a medication that the body converts into a pharmacologically active compound after it is administered. Tenofovir disoproxil fumarate ("TDF") and tenofovir alafenamide ("TAF") are two different prodrugs of the compound tenofovir.

47. ***Protease Inhibitors.*** Another antiretroviral drug class. Protease inhibitors, or PIs, block protease (an HIV enzyme). By blocking protease, PIs prevent new (immature) HIV from becoming a mature virus that can infect other CD4 cells.

48. ***Viral Load.*** The amount of HIV in a sample of blood. Viral load is reported as the number of HIV RNA copies per milliliter of blood. An important goal of HIV treatment is to

suppress a person's viral load to a undetectable level—a level too low for the virus to be detected on a viral load test.

49. **_Viral Resistance._** A patient has acquired resistance to a medication when the virus in the patient's body stops responding to a particular medication. Once a patient has developed resistance to a medication, the efficacy of the medication—and, if the patient is on a combination regimen, the efficacy of the entire regimen—is reduced, leading to possible virologic failure. Patients receiving ART can acquire resistance to a particular medication or to an entire drug class (including those in a class that a patient has never used). Most cases of HIV resistance are acquired. When a patient has developed resistance to a medication or class, the patient may be forced to turn to more complicated regimens with less favorable tolerability or safety profiles. Viral resistance has long been one of the main problems complicating the treatment of persons with HIV. The other form of resistance is termed "transmitted resistance." This is when an individual's strain of HIV is already resistant to at least one drug.

50. **_Viral Suppression._** When ART reduces a person's viral load to an undetectable level, HIV loses most, but not all, of its power to cause opportunistic infection, AIDS-related malignancies, and organ damage. This effect occurs because viral suppression boosts CD4 count that has been depressed by HIV and calms down the inflammation caused by HIV. Viral suppression does not mean a person is cured; HIV still remains in the body. If treatment is discontinued, the person's viral load will return to a detectable level in all but the rarest of cases. Consistent with this, CD4 count in persons with viral suppression may not return fully to the level it was before HIV infection occurred and inflammation does not fully normalize. This negative legacy of HIV is best mitigated by starting treatment as soon as possible after transmission. Importantly, however, patients who have an "undetectable viral load" or achieve "viral suppression" do not transmit HIV.[18]

---

[18] Centers for Disease Control and Prevention, _HIV Treatment as Prevention_ (Mar. 7, 2022), available at https://www.cdc.gov/hiv/risk/art/index.html#:~:text=This%20is%20called%20viral%20suppressi on,called%20an%20undetectable%20viral%20load.

## VII.    TRANSMISSION OF HIV

51.    Today, we know that HIV can be transmitted through exchange of bodily fluids from a person infected with the virus, such as blood, breast milk, semen, and vaginal secretions. Although very rare today due to advancements in medicine, HIV can also be transmitted from a mother to her child during pregnancy and delivery. Despite early concerns to this effect, we know that HIV cannot be transmitted through ordinary day-to-day contact such as kissing, hugging, shaking hands, or sharing personal objects. Common transmission methods include unprotected anal or vaginal sex, sharing contaminated needles, or unsterile cutting or piercing. Although transmission via blood transfusion and tissue transplantation occurred with some frequency in the early days of the virus, these methods of transmission are very rare today due to pre-transfusion/transplant testing.

52.    Prevention efforts have included the encouragement of condom use and general sexual health education, needle exchanges, and prophylactic antiretroviral medication. Effective ART with suppression of HIV to undetectable levels in blood eliminates the risk of HIV transmission. This concept is termed "Treatment as Prevention."

## VIII.    TREATMENTS FOR HIV/AIDS BEFORE TDF APPROVAL

53.    In the vast majority of cases, HIV will progress to AIDS and cause death if left untreated. A small group of patients—likely less than 5%—maintain CD4 counts in the normal range despite not being treated. These extremely rare persons with HIV are known as "Long-Term Nonprogressors" ("LTNPs"). An even rarer subset of persons with HIV called "Elite Controllers" have undetectable HIV in blood in the absence of treatment. Because these patients may have no symptoms, many LTNPs and Elite Controllers may not know that they are infected with the virus.

54.    HIV/AIDS is incurable, and the focus of treatment has thus been on preventing the virus's replication and spread. To date, attempts to formulate an effective vaccine or cure for the virus have not yet succeeded. As noted above, there have been scattered reports of

individuals with bone marrow transplants for the treatment of leukemia being cured of HIV, but that procedure is not feasible for the general population.[19]

55.     Initially, the only treatment available to physicians battling HIV/AIDS was management of the opportunistic infections and cancers that inevitably developed once the virus wreaked havoc on a patient's immune system. Such efforts were futile, however, and the typical end result was death after prolonged dehumanizing suffering. The infectious diseases community also attempted to reduce transmission rates by educating patients about methods of transmission, safe sex, and limiting other potentially risky behavior such as intravenous drug use. Despite their best efforts, however, for years physicians remained without effective medications to combat and treat the virus itself, and could offer their patients little hope for survival.

56.     By March 1996, however, the U.S. Food and Drug Administration ("FDA") had approved seven therapies for the treatment of HIV. Five of those therapies—zidovudine ("AZT"), didanosine ("ddI"), zalcitabine ("ddC"), stavudine ("d4T"), and lamivudine ("3TC")— belonged to a class of compounds known as NRTIs. These compounds target the reverse transcriptase enzyme and mimic the natural nucleosides used by cells during DNA synthesis. But the early NRTIs as a class were deeply flawed in at least three ways: they required frequent dosing, all but 3TC were associated with severe toxicities, and they failed to provide sustained efficacy—all of which hindered patient adherence.

57.     ***Dosing/Half-Life***. Because the early NRTIs required frequent dosing in combination with other drugs, patients struggled to comply with optimal dosing recommendations. Of the early NRTIs, AZT required the most frequent dosing (initially 100 mg five times per day or 200 mg three times per day) because of its very short serum and intracellular half-lives.

---

[19] *First Case of HIV Cure in a Woman After Stem Cell Transplantation Reported in CROI-2022*, World Health Organization (Mar. 24, 2022), available at https://www.who.int/news/item/24-03-2022-first-case-of-hiv-cure-in-a-woman-after-stem-cell-transplantation-reported-at-croi-2022; Gero Hütter et al., *Long-Term Control of HIV by CCR5 Delta32/Delta32 Stem-Cell Transplantation*, 360 N. Engl. J. Med. 692–98 (2009), available at https://pubmed.ncbi.nlm.nih.gov/19213682/; Ravinda K. Gupta et al., *HIV-1 Remission Following CCR5Δ32/Δ32 Haematopoietic Stem-Cell Transplantation*, 568 Nature 244–48 (2019), available at https://pubmed.ncbi.nlm.nih.gov/30836379/.

Similarly, ddC was dosed at three times daily. For their part, ddI and 3TC required twice-daily dosing, and ddI required administration 30 minutes to one hour prior to a meal and could not be dosed within two hours after a meal.

58.   *Toxicity/Side Effects*. During this era, it was not uncommon for the side effects of available antiretroviral drugs to be worse than the symptoms of HIV. Crippling gastrointestinal adverse effects such as nausea, vomiting, and diarrhea were common and came on shortly after initiation of treatment with all the early NRTIs except 3TC. Other side effects developed over time and were particularly harsh. For example, use of AZT resulted in headache and bone marrow suppression (with neutropenia, anemia) and myopathy (muscle damage)—side effects that occurred in almost one in three patients. Patients also experienced facial lipoatrophy, or the disappearance of subcutaneous fat from the face, resulting in a gaunt appearance that was cosmetically debilitating and often stigmatizing for patients on AZT. Sometimes fat loss was equally striking in the buttocks and extremities, creating a characteristic physical appearance that became readily recognizable by medical personnel and the general public. One of the most prominent side effects reported by patients using ddI, ddC, and d4T, collectively called "d drugs," was peripheral neuropathy, or nerve damage, a disabling and life-altering chronic pain syndrome that left those who were affected the most swearing off treatment altogether. Unfortunately, these "d drugs" were often prescribed together, multiplying the harm caused. Since peripheral neuropathy is often irreversible even after stopping the culprit HIV medication(s), some PWH who were not killed by AIDS resorted to suicide to escape chronic pain, stigma, depression, and shame. Some of the PWH who miraculously survived this dark period still carry the scars today, over 20 years later, in the form of chronic peripheral neuropathy. Patients on ddI and ddC also frequently experienced severe pancreatitis, which is sudden inflammation of the pancreas with abdominal pain, nausea, and vomiting that was fatal for some. The approach for management of these toxicities was limited: stop the medication (or reduce the dose) and treat the effect until symptoms subside. This meant sufferers were cornered between a rock and a hard place because suspension of HIV treatment or even dose reduction is a recipe for incomplete suppression of HIV and further destruction of the immune system. Studies in 1995 and 1996 of persons with HIV on either AZT monotherapy or AZT/ddI combination therapy found that only 40–60% of patients were

compliant with their prescribed regimen because of the burden of taking numerous pills several times every day and the severe side effects of AZT/ddI, which substantially reduced tolerability and adherence.[20] Indeed, one study of over 400 people on ART from 1996 to 2001 found that the median duration of initial regimens was only 1.6 years, and medication toxicity-associated events were the cause of half of discontinuations or treatment changes.[21]

59.     *Clinical Efficacy/Viral Resistance.* AZT was initially given as a single drug, an approach described as "monotherapy". While treatment with AZT monotherapy would often result in an initial decline in HIV viral load, this was short lived; within a matter of weeks, the HIV viral load would begin to increase, representing the emergence of antiviral resistance. This loss of efficacy was due to mutations in HIV which decreased the ability of the nucleoside analog to inhibit HIV through its mechanism of action. Mutations conferring resistance to AZT included M41L, D67N, K70R, T215Y, T215F, and K219E. Realizing that AZT monotherapy was doing more harm than good, the field started to combine other NRTIs with AZT (dual therapy) but the results were not much different. It quickly became clear that the other NRTIs also had a high risk of treatment failure with loss of activity due to resistance. During prolonged ddI therapy, an L74V mutation conferred decreased susceptibility to ddI and cross resistance to ddC. Indeed, resistance to ddI monotherapy developed in more than half of patients after six months of treatment, and cross resistance was seen between AZT, ddI, and ddC in patients who received long-term AZT therapy. Cross resistance to AZT was also seen in patients receiving long-term d4T therapy. The ability of HIV to fight back by becoming cross resistant to the early NRTIs perplexed clinicians and persons living with HIV, and the HIV community was desperate to find new options for patients who had experienced resistance to NRTI drugs. In other words, HIV's

---

[20] N. Singh et al., *Determinants of compliance with antiretroviral therapy in patients with human immunodeficiency virus: prospective assessment with implications for enhancing compliance*, 8 AIDS Care 261 (1996), available at https://pubmed.ncbi.nlm.nih.gov/8827119/; Richard D. Muma et al., *Zidovudine Adherence Among Individuals with HIV Infection*, 7 AIDS Care 439 (1995), available at https://pubmed.ncbi.nlm.nih.gov/8547359/.

[21] Ray Y. Chen *et al.*, *Duration of Highly Active Antiretroviral Therapy Regimens*, 27 Clin. Infect. Diseases 714–22 (2003), available at https://academic.oup.com/cid/article/37/5/714/312107.

reputation as a uniformly deadly disease was barely changed by the early NRTIs. Hope
waned.

60.     HIV is quite mutable, and it is estimated that, in the absence of effective treatment, each
        virus produced has a point mutation; even when HIV is clinically silent, patients may be
        producing more than 1 billion viral particles a day.[22] Which of these mutants becomes
        established depends on the "selective pressure" that is in play. Antiretroviral drugs are a
        key source of selective pressure in that HIV mutants that are resistant to a particular drug
        are "selected" and thrive when a patient is taking that drug. If a virus develops a mutation
        that confers resistance to an antiretroviral agent, that mutant will sometimes replicate more
        effectively than the drug-sensitive variants. Once these mutations are established, they
        persist indefinitely. These mutations can be transmitted to others, accounting for the up to
        15% baseline resistance seen in individuals with HIV who have yet to take any
        antiretrovirals.[23] The only way to prevent the development of resistance is to completely
        suppress viral replication, as evidenced by a viral load that is undetectable or is at least less
        than 200 copies/mL of blood.

61.     The degree of adherence that is required of people with HIV to achieve durable viral
        suppression is much higher than that required for control of other medical conditions.[24]
        The optimal rate of adherence for ART to achieve complete viral suppression, i.e., viral

---

[22] Feng Gao et al., *Unselected Mutations in the Human Immunodeficiency Virus Type 1 Genome Are Mostly Nonsynonymous and Often Deleterious*, 78 J. Virol. 2426–33 (2004), available at https://pubmed.ncbi.nlm.nih.gov/14963138/; Jose M. Cuevas et al., *Extremely High Mutation Rate of HIV-1 In Vivo*, 13 PLoS Biol. E1002251 (2015), available at https://journals.plos.org/plosbiology/article?id=10.1371/journal.pbio.1002251.

[23] Susan J. Little et al., *Antiretroviral-Drug Resistance Among Patients Recently Infected with HIV*, 347 N. Engl. J. Med. 385–94 (2002), available at https://www.nejm.org/doi/full/10.1056/nejmoa013552; Soo-Yon Rhee et al., *Geographic and Temporal Trends in the Molecular Epidemiology and Genetic Mechanisms of Transmitted HIV-1 Drug Resistance: An Individual-Patient and Sequence-Level Meta-Analysis*, 12 PLoS Med e1001810 (2015), available at https://pubmed.ncbi.nlm.nih.gov/25849352/.

[24] Brenda Wood, *Medication Adherence: The Real Problem When Treating Chronic Conditions*, 37 US Pharm. 3–6 (2012), available at https://www.uspharmacist.com/article/medication-adherence-the-real-problem-when-treating-chronic-conditions.

load less than 200 copies/mL, and prevent the development of resistance is 95%.[25] Although some regimens may be more forgiving, 95% adherence is the goal we set for patients. Clearly this is a very high level of adherence, and the fact that many patients with HIV/AIDS have multiple barriers to adhering to their regimens makes nonadherence an ongoing problem that drives antiviral resistance. In total, only 56.8% of people with HIV in the United States are virally suppressed.[26] Part of the rationale for delaying ART in the past was the concern for developing resistance at an early stage of disease, burning through a therapeutic option that would be more desperately needed at advanced stages of disease.

62.     To avoid the issues associated with NRTIs and provide new options for ART, researchers developed and the HIV-treatment community experimented with other classes of compounds to treat HIV, including PIs and NNRTIs. Development of PIs and NNRTIs continued into the late 1990s and 2000s.

63.     PIs presented their own challenges. They had limited tolerability, two- to three-times daily dosing, and specific toxicities.[27] For example, saquinavir—the first-available PI on the market—still required three-times daily dosing. And limited evidence showed emergence of virus resistance to saquinavir and ritonavir (another early PI). Another PI, indinavir, also had shortcomings, including kidney stones. Early PIs were also associated with difficult side effects, including increased risk of diabetes, high cholesterol, and dorsocervical fat

---

[25] Jeonnette R. Ickovics et al., *Consequences and Determinants of Adherence to Antiretroviral Medication: Results from Adult AIDS Clinical Trials Group Protocol 370*, 7 Antivir. Ther. 185–93 (2002), available at https://pubmed.ncbi.nlm.nih.gov/12487386/.

[26] *HIV Surveillance Report – Supplemental Report*, Centers for Disease Control and Prevention (Vol. 26(2) May 2021), available at https://www.cdc.gov/hiv/pdf/library/reports/surveillance/cdc-hiv-surveillance-report-vol-26-no-2.pdf.

[27] Jacques Fellay et al., *Prevalence of Adverse Events Associated with Potent Antiretroviral Treatment: Swiss HIV Cohort Study*, 358 The Lancet 1322–27 (2001), available at https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(01)06413-3/fulltext; Kees Brinkman et al., *Adverse Effects of Renal Transcriptase Inhibitors Mitochondrial Toxicity as a Common Pathway*, 12 J. AIDS 1735–44 (1998), available at https://pubmed.ncbi.nlm.nih.gov/9792373/; Hélène C.F. Côté et al., *Changes in Mitochondrial DNA as a Marker of Nucleoside Toxicity in HIV-Infected Patients*, 346 N. Engl. J. Med. 811–20 (2002), available at https://www.nejm.org/doi/full/10.1056/nejmoa012035

accumulation (commonly called "buffalo hump"). Indeed, buffalo hump caused by PIs was one of the physical stigmata of a hitherto rare condition caused by PIs termed "lipodystrophy." In lipodystrophy, abnormal fat is deposited around the shoulder and inside the abdomen around essential organs, tilting the body's appearance and metabolic balance toward chronic diseases like obesity, insulin resistance, diabetes, heart disease, and liver disease, to mention a few.

64.     PIs did support the use of HAART—at the time, the combination of two NRTIs as the backbone with one PI or NNRTI as the third agent/anchor. Since these triple combination regimens still generally depended upon the inclusion of drug(s) from the NRTI class, the problems of adherence, toxicity, and resistance related to the NRTIs available at the time persisted. The NRTI backbones available for use in HAART therapy in the late-1990s did not meet all our goals for our patients.[28]

65.     In the late 1990s, I experienced an occupational needlestick injury and the challenges presented by the then-available NRTIs. The injury occurred at the HIV clinic of the Durham County Health Department in North Carolina after a busy morning that ran into lunch time. As I made my way out of the clinic, a nurse called me to assist with a difficult blood draw from one of our sickest patients with HIV, JC. Such requests were common and typically took a few minutes, so I obliged and proceeded to draw JC's blood sample. This venipuncture was, however, different and more challenging, as JC's veins were sclerosed. At one point, the "butterfly" needle being used for the blood draw accidentally came out of JC's vein and made its way into my left hand, breaching my skin and penetrating deep enough to cause bleeding. I had suffered my first and, to this day, only occupational exposure to HIV and Hepatitis C.

66.     After a half-day of mixed emotions that included denial, fear, and self-pity, I presented to the emergency room at Durham Regional Hospital and instructed the bewildered

---

[28] Jacques Fellay et al., *Prevalence of Adverse Events Associated with Potent Antiretroviral Treatment: Swiss HIV Cohort Study*, 358 Lancet 1322–27 (2001), available at https://pubmed.ncbi.nlm.nih.gov/11684213/ (finding that, of over 1000 patients on combination therapy, 47% presented with clinical adverse events and 27% had laboratory abnormalities attributable to ART).

24

emergency room physician on the combination of HIV drugs to prescribe to me for "post-exposure prophylaxis ("PEP")." The objective of PEP is to lower the risk of acquiring HIV after being exposed to the virus. My PEP prescription included nelfinavir 250 mg (five tablets twice a day) and fixed-dose combination of AZT/3TC (300 mg/150 mg twice daily), a total of six tablets twice daily, which I was to take for four weeks. In addition to keeping this ordeal from my family, I also did not initially report the occupational injury at work. I feared that I had acquired HIV.

67.     JC, my patient, died of AIDS and Hepatitis C about two weeks after the needlestick injury, around the time when I started experiencing severe symptoms that suggested I had acquired HIV. I thought that I was going through the typical initial HIV-induced illness, called primary HIV infection or seroconversion illness. My symptoms included nausea, vomiting, extreme fatigue, fever, headache, and loss of appetite. I also had a rash. One night at the height of the illness, I colluded with a laboratory technician to take a sample of my blood and then dismissed the technician so that I could examine the sample alone under a microscope for "atypical lymphocytes." Atypical lymphocytes are physically distorted immune cells that appear in blood only when the body is battling one of a few specific severe infections; HIV is on this short list. Unfortunately, there were a lot of atypical lymphocytes in my blood sample. Engulfed by anger and uncertainty, I became convinced I had contracted HIV and was "seroconverting."

68.     I saw a leading HIV doctor at Duke University Medical Center the following day and asked for the most advanced HIV test possible at the time, an HIV viral load. I fully expected the test to confirm that I had HIV by revealing millions of HIV particles in my blood. But there were none. Two repeat HIV viral load tests gave the same result—no HIV. As it turned out, my symptoms were all due to the HIV medications. Even the angry "atypical lymphocytes" in my blood turned out to be a rare adverse reaction to AZT. I stopped the medications after three weeks, unable to endure the last week of the HAART regimen. While I paid no penalty for non-adherence because I had not acquired HIV, many persons with HIV who could not endure the harsh early HIV medications paid with their lives. I believe that this needlestick injury in the late-1990s galvanized my commitment to the

25

discovery of HIV therapies that are not only effective and safe but also more humane than the ones I took.

69.    We did see improved mortality rates after we began prescribing HAART in the mid-1990s, but the life expectancy of people living with HIV still lagged behind that of people of similar age without HIV. One of the reasons for the continued mortality gap was the practice of delaying HIV treatment until the CD4 count was low enough (e.g., below 200, and later 350) to justify giving HIV drugs that had troublesome side effects and a high risk of resistance. The field was unaware at the time that delaying HIV treatment allowed the virus to further deplete the immune system, making it more difficult to regain lost ground after starting treatment. Hindsight tells us that the practice of delaying HIV treatment due to a lack of conveniently dosed, well-tolerated, safe, and effective HIV regimens cost additional lives.

70.    HAART rekindled hope and energized the HIV-treatment community to search for better tolerated drugs with improved pharmacokinetics, which would translate into lower dosages and a less frequent, more convenient dosing regimen that would increase adherence with treatment-naïve and treatment-experienced patients alike. Another desired attribute was high barrier against resistance emergence. In the years immediately following the advent of HAART, improving survival rates remained a key objective of developing treatment; over time, however, improving quality of life became an increasing focus of innovation. Studies showed a clear patient preference for once-daily therapy.[29]

---

[29] Graeme J. Moyle, *The Assessing Patients' Preferred Treatments (APPT-1) Study*, 14 Int. J. of STD & Aids 34–36 (2003), available at https://pubmed.ncbi.nlm.nih.gov/14617402/; Calvin Cohen et al., *Once-daily Antiretroviral Therapies for HIV Infection: Consensus Statement of an Advisory Committee of the International Association of Physicians in AIDS Care*, 4 J. Int. Assoc. of Phys. AIDS Care 141–45 (2002), available at https://journals.sagepub.com/doi/10.1177/154510970200100406.

## IX.   TDF WAS AN IMPORTANT DEVELOPMENT FOR PEOPLE LIVING WITH HIV.

71.   The introduction of TDF-containing medications made a significant impact on HIV treatment and gave patients living with HIV hope for life expectancies that approached those of people of similar age without HIV.

72.   In March 1997, Gilead filed with FDA an investigational new drug application for TDF, seeking FDA approval to move from preclinical trials to clinical trials, which would involve testing in human beings. Four years later, Gilead filed a new drug application seeking to market and sell the first TDF medication, Viread®, which is a single-agent dose of TDF that would be taken in combination with other antiretrovirals. FDA approved that application in October 2001.

73.   *TDF has better clinical efficacy.* The medical community better understood how HIV became resistant to antiretroviral drugs by the time FDA approved the first TDF-containing medication in October 2001. If an antiretroviral drug was not active enough, or if the drug was too toxic, requiring dose reduction or stoppage, low patient adherence and virologic failure could result. Low adherence would in turn give viruses with the relevant mutations a selective advantage, meaning they would become the dominant form of the virus in the body. Drug combinations were used to create antiretroviral regimens that had increased efficacy and made it more difficult for the virus to mutate. In the late 1990s, there remained an unmet need for drugs that were active against resistant viral strains. TDF was originally developed as a salvage therapy for antiretroviral-experienced patients who had failed their first-line therapy. This was due, in part, to the fact that TDF was found to be active, both *in vitro* and *in vivo*, against AZT-resistant strains.[30] Moreover, clinical studies GD-98-902 and GS-99-907 found that, despite the presence of resistance mutations in 94% of patients, adding TDF to their existing failing regimen caused a significant decline in HIV-RNA from baseline to week 24.[31]

---

[30] *See* B.G. Gazzard, *The Potential Place of Tenofovir in Antiretroviral Treatment Regimens*, 55 Int. J. Clin. Pract. 704, 704 (2001), available at https://pubmed.ncbi.nlm.nih.gov/11777298/.

[31] *See* Michael D. Miller, *K65R, TAMs and Tenofovir*, 6 AIDS Reviews 22, 23 (2004), available at https://pubmed.ncbi.nlm.nih.gov/15168738/; *see also* Paul E. Sax et al., *Abacavir/Lamivudine*

74.     My colleagues and I in the infectious diseases community viewed the approval of Viread®
        in October 2001 as a positive development for HIV treatment. TDF fulfilled multiple unmet
        medical needs, including a higher barrier to resistance, effective suppression of viral load,
        high tolerability, once-daily dosing, and minimal serious side effects. In turn, these benefits
        predicted better adherence. Because TDF could play the role in HAART regimens that
        earlier versions of NRTIs had unsuccessfully played, the infectious diseases community
        recognized that it had a powerful, effective, and necessary drug at its disposal. In short
        order, TDF was designated a preferred antiretroviral drug in HIV clinical practice
        guidelines in the United States and internationally.

75.     *TDF required less frequent dosing*. TDF's active diphosphate metabolite confers a long
        intracellular half-life *in vivo* in excess of 60 hours, which, along with its long elimination
        half-life that averages 17 hours in serum, enables a once-daily dosing regimen.[32] Patient
        adherence is improved with once-daily dosing.

76.     *TDF was better for resistance*. TDF-containing medications not only improved adherence,
        they also prevented the emergence of drug-resistant strains due to its "forgiveness" margin.
        As it is inevitable that patients occasionally forget to take their medication, the
        pharmacokinetics of a drug determine how much drug would still be present in a patient's
        system to deter viral rebound before the next dose.[33] TDF provides a pharmacokinetic
        advantage in the case of a patient's delayed or even missed dose, as there is a period of
        time during which the concentrations of the drug remain high enough to prevent viral
        rebound and resistant strains. TDF's once-daily dosing regimen has thus improved patient

---

*Versus Tenofovir DF/Emtricitabine As Part of Combination Regimens for Initial Treatment of
HIV: Final Results*, 204 J. Infect. Diseases 1191–1201 (2011), available at
https://pubmed.ncbi.nlm.nih.gov/21917892/.

[32] Brian P. Kearney et al., *Tenofovir Disoproxil Fumarate: Clinical Pharmacology and
Pharmacokinetics*, 43 Clin. Pharmacokinet. 595–612 (2004), available at
https://pubmed.ncbi.nlm.nih.gov/15217303/.

[33] Brian Conway, *The Role of Adherence to Antiretroviral Therapy in the Management of HIV
Infection*, 4 (Suppl. 1) J. AIDS 14, 16 (2007), available at
https://pubmed.ncbi.nlm.nih.gov/17525686/.

adherence and, as a result, has improved the durability of HIV regimens by helping to decrease the development of resistance.[34]

77.     ***TDF came with fewer side effects.*** TDF also has a better tolerability profile when compared against earlier NRTIs and other antiretrovirals. The long-felt desire within the infectious diseases community to find drugs with improved side-effect and toxicity profiles was unmet until the approval of TDF in 2001. Previous NRTIs were associated with mitochondrial toxicity resulting in severe adverse effects such as bone marrow suppression, myopathy, cardiomyopathy, neuropathy, pancreatitis, lipoatrophy, and a potentially fatal buildup of dangerous acid in blood, called lactic acidosis.[35] In those days, if a person with HIV came to the clinic gasping for breath, the clinician had to determine whether the difficulty breathing was due to one of the many lung complications of AIDS such as PCP or an adverse effect of NRTIs such as severe anemia from AZT or lactic acidosis from any of the NRTIs. Many persons with HIV died as a result of NRTI-induced lactic acidosis. On the other hand, TDF does not interfere with the mitochondrial DNA synthesis, which means it has a low potential to develop adverse events related to mitochondrial toxicity, including

---

[34] Francois Raffi et al., *Persistence and Adherence to Single-Tablet Regimens in HIV Treatment: A Cohort Study from the French National Healthcare Insurance Database*, 70 J. Antimicrob. Chemother. 2121–28 (2015), available at https://pubmed.ncbi.nlm.nih.gov/25904729/.

[35] William Lewis & Marinos C. Dalakas, *Mitochondrial Toxicity of Antiviral Drugs*, 1 Nature Med. 417–22 (1995), available at https://www.nature.com/articles/nm0595-417; Christine Bechtel-Boenning, *State of the Art: Antiviral Treatment of HIV Infection*, 31 Nursing Clinics of N. Am. 1 (1996), available at https://pubmed.ncbi.nlm.nih.gov/8604373/; Jeffrey A. Kahn, *The Clinical Use of Didanosine*, 4 Anti. Chem. 245-56 (1996), available at https://pubmed.ncbi.nlm.nih.gov/8815689/#affiliation-1; George Friedland et al., *Stavudine (d4T, Zerit®)*, 4 Anti. Chem. 271–77 (1996), available at https://pubmed.ncbi.nlm.nih.gov/8815691/; Gail Skowron, *ddC(Zalcitabine)*, 4 Anti. Chem. 257–69 (1996), available at https://link.springer.com/chapter/10.1007/978-1-4757-9209-6_23; Christine Katlama et al., *Newer Nucleosides: Lamivudine and Stavudine*, 10 AIDS 135–137 (1996), available at https://journals.lww.com/aidsonline/Citation/1996/01001/Newer_nucleosides__lamivudine_and_stavudine.19.aspx; Morton N. Swartz, *Mitochondrial Toxicity – New Adverse Drug Effects*, 333 N. Engl. J. Med. 1146, 1147 (1995), available at https://ur.booksc.me/book/45256383/5b11ae; Kees Brinkman *et al.*, *Adverse Effects of Reverse Transcriptase Inhibitors*, 12 AIDS 1735–44 (1998), available at https://journals.lww.com/aidsonline/Fulltext/1998/14000/Adverse_effects_of_reverse_transcriptase.4.aspx; Côté, *supra* note 27.

lactic acidosis.[36] TDF has a much-improved toxicity and side-effect profile over the prior approved therapies, and thus it provides an alternative to AZT, ddC, ddI, and d4T.[37] TDF does not cause gastrointestinal problems to nearly the same degree as prior NRTI options. TDF can be taken without the rigid food requirements of ddI.

## X.    DEVELOPMENT OF FDCs AND STRs

78.    The first PI-based HAART regimens required patients to take multiple pills three times a day. This burdensome requirement was associated with problems of adherence and tolerability that ultimately reduced the effectiveness of these potentially virally suppressive regimens. The medical community and patients were interested in simplified routines that meant fewer pills and less frequent dosing.

79.    The development of FDCs and STRs were an improvement in HIV therapeutics and patient outcomes.[38] The first FDC was a combination of AZT and 3TC known as Combivir®. That FDC required twice-daily dosing, however, due to the unfavorable pharmacokinetics of AZT. Moreover, Combivir® was encumbered by the toxicities of AZT and the growing appreciation that chronic administration of AZT and its attendant mitochondrial toxicity

---

[36] Rosa Maria Munoz de Benito et al., *Tenofovir Disoproxil Fumarate-Emtricitabine Coformulation For Once-Daily Dual NRTI Backbone*, 4 Expert Rev. Anti Infect. Ther. 523, 529 (2006), available at https://pubmed.ncbi.nlm.nih.gov/17009933/; Gabriel Birkus, *Assessment of Mitochondrial Toxicity in Human Cells Treated with Tenofovir: Comparison With Other Nucleoside Reverse Transcriptase Inhibitors*, 46 Antimicrob Agents Chemo 716 (2002), available at https://journals.asm.org/doi/10.1128/AAC.46.3.716-723.2002; Gabriel Birkus, *Assessment of Mitochondrial Toxicity in Human Cells Treated with Tenofovir: Comparison with Other Nucleoside Reverse Transcriptase Inhibitors*, 46 Antimicrob. Agents. Chemother. 716–23 (2002), available at https://pubmed.ncbi.nlm.nih.gov/11850253/.

[37] Rosa Maria Munoz de Benito et al., *supra*, note 36; *see also* Joel E. Gallant et al., *Efficacy And Safety of Tenofovir DF vs Stavudine In Combination Therapy In Antiretroviral-Naïve Patients: A 3-Year Randomized Study*, 292 J.A.M.A. 191–201 (2004), available at https://pubmed.ncbi.nlm.nih.gov/15249568/#:~:text=Conclusions%3A%20Through%20144%20 weeks%2C%20the,lipid%20profiles%20and%20less%20lipodystrophy; Kathleen Squires et al., *Tenofovir Disoproxil Fumarate in Nucleoside-Resistant HIV-1 Infection*, 139 Ann. Intern. Med. 313 (2003), available at https://pubmed.ncbi.nlm.nih.gov/12965939/.

[38] William R. Truong et al., *Once-Daily, Single-Tablet Regimens For The Treatment of HIV-1 Infection*, 40 PT 44–55 (2015), available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4296592/.

were accompanied by an increasing frequency of disfiguring lipoatrophy and the metabolic consequences of insulin resistance (a cause of adult-onset diabetes).

80.     The advent of Truvada®, which contains TDF plus FTC, provided a once-daily FDC that was more potent, safer, better tolerated, and had a higher barrier to resistance than Combivir®.[39] For these reasons, Truvada® rapidly replaced Combivir® as the first-line NRTI backbone of HIV treatment regimens. At the same time that Truvada® emerged as a preferred initial NRTI combination, EFV was shown to be superior to boosted PIs as a first-line regimen due to its potency, once-daily dosing, and better tolerability and safety profile. As the combination of Truvada® (TDF/FTC) plus EFV became recommended as the preferred first-line ART regimen, there was a great deal of interest in finding an STR for ART. Although Trizivir® (a FDC of AZT, 3TC, and abacavir) had been developed, that regimen needed to be dosed twice daily, carried with it the toxicities of AZT and abacavir (which included a risk of fatal hypersensitivity reaction), and was found to have inferior efficacy compared to EFV-containing ART because all three components were from the same NRTI class of drugs.

81.     There remained interest in further optimizing adherence and the convenience of ART. Accordingly, development of Atripla® (TDF, EFV, and FTC) as the first STR for HIV transformed the field and set a new standard for ART. This medication was the result of an unprecedented collaboration between three pharmaceutical companies—Gilead, Bristol-Myers Squibb, and Merck & Co., Inc.[40] This once-daily single-pill option was a significant improvement over prior options and satisfied an outstanding need in the field because clinicians had long been aware that patients with chronic illnesses tend to suffer from

---

[39] Joel E. Gallant et al., *Tenofovir DF, Emtricitabine, and Efavirenz vs. Zidovudine, Lamivudine, and Efavirenz for HIV*, 354 N. Engl. J. Med. 251–60 (2006), available at https://pubmed.ncbi.nlm.nih.gov/16421366/.

[40] *Bristol-Myers Squibb, Gilead Sciences and Merck & Co., Inc. Announce Plans to Develop Fixed-Dose Combination of Three HIV Medicines*, Gilead Press Release (May 16, 2004), available at https://www.gilead.com/news-and-press/press-room/press-releases/2004/5/bristolmyers-squibb-gilead-sciences-and-merck--co-inc-announce-plans-to-develop-fixeddose-combination-of-three-hiv-medicines; Madhu C. Choudhary & John W. Mellors, *The Transformation of HIV Therapy: One Pill Once A Day*, J. Antivir. Ther. 1–8 (2022), available at https://journals.sagepub.com/doi/pdf/10.1177/13596535211062396.

adherence issues. Since the release of Atripla®, numerous studies have confirmed the value of the STR approach on adherence, patient satisfaction, and other outcomes. The adherence benefits of once-daily dosing have been shown in other medical conditions. Illustratively, a study in 1990 measuring adherence in 105 patients on antihypertensive medications showed that the adherence rate of a three-dose daily regimen was only 59%. The reduction of dose frequency to once daily, however, improved the adherence rate to 83.6%.[41] Atripla® quickly became widely preferred in HIV treatment guidelines, including the DHHS, IAS, and WHO Guidelines, and the STR became the preferred dosing schedule for patients.[42] It allowed people living with HIV to take only one pill, once a day, thus making HIV a more treatable and manageable condition.

82.    The uptake of simplified regimens was associated with improved adherence, viral suppression, and clinical outcomes. One retrospective study demonstrated that patients receiving a STR were more likely to achieve 95% adherence, and this was associated with a 23% decrease in hospitalizations and a 17% reduction in overall health care costs.[43] A large Veteran Administration study showed that patients on STRs were twice as likely to

---

[41] *See* Seth A. Eisen et al., *The Effect of Prescribed Daily Dose Frequency on Patient Medication Compliance*, 150 Arch. Int. Med. 1881, 1883 (1990), available at https://jamanetwork.com/journals/jamainternalmedicine/article-abstract/613842 ("[P]robably the simplest and single most important action that health care providers can take to improve compliance is to select medications that permit the lowest daily dose frequency possible."); *see also* Maureen Baird et al., *A Study of Efficacy, Tolerance and Compliance of Once-Daily Versus Twice-Daily Metoprolol (Betaloc®) in Hypertension*, 7 Clin. & Invest. Med. 95, 95 (1984), available at https://pubmed.ncbi.nlm.nih.gov/6380858/ ("Compliance, as assessed by tablet counts, was significantly improved in the group receiving once daily therapy. Simplification of the dosage regimen to once-daily therapy appears to improve the patient's willingness to comply with the physician's instructions.").

[42] Gaetana Sterrantino et al., *Self-reported Adherence Supports Patient Preference for the Single Tablet Regimen (STR) in the Current CART Era*, 6 Patient Prefer. Adherence 427–33 (2012), available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3379866/.

[43] D. L. Paterson et al., *Adherence to Protease Inhibitor Therapy and Outcomes in Patients with HIV Infection*, 4 Ann. Intern. Med. 21–30 (2000), available at https://pubmed.ncbi.nlm.nih.gov/10877736/.

be 95% compliant, and this process outcome was associated with improved clinical outcomes and, again, with a significant decrease in the rate of hospitalization.[44]

83.    After Atripla®, other TDF-containing STRs have since followed, as well as STRs containing drugs from the major antiretroviral drug classes. Gilead obtained FDA approval for two additional STRs containing TDF: Complera® (containing the NNRTI rilpivirine, which has a different clinical profile to EFV) in 2011 and Stribild® (containing the INSTI elvitegravir and the booster cobicistat) in 2012.

84.    Gilead's TDF medications contain the following drugs and form part of the following regimens:

| Gilead TDF-Containing Medications for HIV Treatment | | | |
|---|---|---|---|
| Medication | Approval Year | Active Ingredients | Regimen |
| Viread® | 2001 | TDF | Taken in combination with other antiretrovirals. |
| Truvada® | 2004 | TDF, FTC | Taken in combination with other antiretrovirals. |
| Atripla® | 2006 | TDF, FTC, EFV | First ever once-daily single-tablet complete regimen. |
| Complera® | 2011 | TDF, FTC, rilpivirine | Once-daily single-tablet complete regimen. |
| Stribild® | 2012 | TDF, FTC, elvitegravir, cobicistat | Once-daily single-tablet complete regimen. |

---

[44] G.A. Rao et al., *Impact of Highly Active Antiretroviral Therapy (HAART) Regimen on Adherence and Risk of Hospitalization in Veterans with HIV/AIDS*, 16 Value in Health 341 (2013), available at https://www.valueinhealthjournal.com/article/S1098-3015(13)02017-2/fulltext?_returnURL=https%3A%2F%2Flinkinghub.elsevier.com%2Fretrieve%2Fpii%2FS10988301513020172%3Fshowall%3Dtrue.

## XI.   TDF'S BENEFITS AND RISKS

85.     TDF became an essential component of HAART regimens for HIV and it enhanced the durability of complete viral suppression. Complete viral suppression allows patients to prevent disease progression and transmission to sexual partners.

86.     By controlling HIV and preventing progression, TDF enhanced patients' quality of life in numerous ways. By creating viral suppression, TDF protected patients from immune deficiencies that allowed opportunistic infectious to take root, thus avoiding the cosmetic side effects and weight loss associated with infections such as Kaposi's sarcoma, and the deadly result of treatment-resistant HIV/AIDS. Viral suppression also allowed people living with HIV/AIDS to enjoy intimate relations without fear of transmitting the virus to others. And by offering a better alternative to earlier NRTIs, such as AZT, patients avoided the toxicities associated with earlier regimens, thereby increasing patient quality of life even more. TDF also freed PWH from the dehumanizing stigmata and other horrific adverse effects of the "d drugs." With these gains, the trajectory of hope took a sharp upward turn.

87.     Even before TDF approval, the infectious diseases medical community anticipated that tenofovir might be associated with tubular injury and renal damage, due to structural similarities between tenofovir and adefovir, a nucleotide analog developed by Gilead in the 1990s for the treatment of HIV. The adefovir prodrug, adefovir dipivoxil, had a notable incidence of tubular injury; thus, Gilead ultimately discontinued pursuit of FDA approval for adefovir dipivoxil for treatment of HIV. Adefovir dipivoxil was, however, approved at a lower dose for treatment of Hepatitis B. Phase 2 and Phase 3 trials of TDF were adequately designed to detect the incidence of adverse renal events; these studies demonstrated a significantly lower incidence of renal events with tenofovir (via TDF) than with adefovir (via adefovir dipivoxil). While treatment with TDF does have a risk of renal impairment, the risk of severe renal toxicity is low.[45]

---

[45] Mark R. Nelson et al., *The Safety of Tenofovir Disoproxil Fumarate for the Treatment of HIV Infection in Adults: The First 4 Years*, 21 AIDS 1273–81 (2007), available at https://pubmed.ncbi.nlm.nih.gov/17545703/.

88.     Around the time TDF was approved, clinicians had other concerns related to HIV and potential renal effects. By 1999, HIV Associated Nephropathy (HIVAN) had become the third-leading cause of end-stage kidney disease among African Americans between the ages of 20 and 64 years in the United States.[46] HIVAN also affected other demographic groups. HIVAN is caused by the direct effects of untreated HIV on the kidney and generally progresses to death. The only way to prevent or treat HIVAN is effective ART with suppression of HIV below the limits of detection in blood. Accordingly, widespread use of TDF was likely a turning point in controlling the menace of HIVAN. Physicians manage the renal risks of TDF by evaluating renal functions prior to initiating TDF and monitoring for changes to renal function subsequently.

89.     The infectious diseases community has also been aware from the early days of TDF availability that TDF is associated with potential bone effects. HIV/AIDS treatment has long been known to cause bone loss. In fact, every patient loses a measurable amount of bone, often estimated at between 1 to 2%, in the first year or two after starting treatment for HIV/AIDS, though the decline in bone mineral density is estimated to be 1 to 3% greater with TDF than other NRTIs in the first year of ART.[47] Effects of TDF on bone mineral density are largely reversible upon discontinuation, and while some studies have found increased bone fracture risk with TDF other studies did not find an association. Nevertheless, physicians should be aware that bone loss is a risk for all HIV patients, and they should monitor according to each individual's risk, noting that HIV itself and conditions prevalent in PWH (such as hypogonadism, smoking, and vitamin D deficiency) are independently associated with bone loss. Additionally, since TDF's approval, the warnings on TDF labeling advised physicians of the renal and bone risks known at the time based on existing clinical data, and appropriate monitoring of patients' kidneys and assessment of risk of and/or monitoring bone density are the standard of care for all patients with HIV/AIDS. This standard of care is particularly necessary as the HIV/AIDS

---

[46] Michael J. Ross & Paul E. Klotman, *Recent Progress in HIV-Associated Nephropathy*, 13 J. Am. Soc. Nephrol. 2997–3004 (2002), available at https://pubmed.ncbi.nlm.nih.gov/12444220/.

[47] Philip M. Grant & Aoife G. Cotter, *Tenofovir and Bone Health*, 11 Curr. Opin. HIV AIDS 326–32 (2016), available at https://pubmed.ncbi.nlm.nih.gov/26859637/.

population ages over time as a result of more efficacious treatment options, as the incidence of bone loss in all persons increases with age.

90.     In my opinion, since TDF's approval in 2001 and through today, the benefit-risk profile of TDF is positive. Serious events are rare. The kidney and bone toxicities are most often manageable with proper patient selection and regular monitoring. In the event of a clinically significant adverse event, prescribers can recommend discontinuing the TDF-based medication—with the goal of optimizing kidney or bone outcomes. TDF has been an overwhelmingly positive development for the millions of patients around the world who have benefitted from it, and it remains an FDA-approved and recommended option for the treatment and prevention of HIV.

91.     DHHS Guidelines and the U.S. Centers for Disease Control continue to recommend TDF as a first-line agent for treatment and prevention of HIV because of the robust evidence on its efficacy and safety in clinical trials and the real world.

92.     TDF, in combination with FTC, also effectively prevents the transmission of HIV when used for preexposure prophylaxis, or PrEP. For years, patients and treaters alike struggled to find a means of biomedical prevention, or a way of protecting uninfected individuals from acquiring HIV through the use of medication as opposed to safe sex practices. Topical microbicides or agents that could be administered intravaginally or intrarectally had proven unsuccessful at preventing transmission of the virus. Early TDF studies in animals, however, demonstrated that TDF, or TDF in combination with FTC, could provide protection against transmission. Clinical trials followed, which further demonstrated that TDF has a profound effect on prevention of HIV transmission. TDF in combination with FTC remains one of the FDA-approved and guidelines-recommended options for PrEP, and it is the only oral regimen currently recommended for PrEP in women and for "on-demand" PrEP in men.[48]

---

[48] *Guidelines for the Use of Antiretroviral Agents in Adults and Adolescents with HIV,* Department of Health and Human Services (Jan 20, 2022) at 64, available at https://clinicalinfo.hiv.gov/sites/default/files/guidelines/documents/guidelines-adult-adolescent-arv.pdf.

## XII.   TDF PRODUCT LABELING WARNED OF KIDNEY AND BONE RISKS

93.   As a treating infectious diseases physician, I review the product labeling of medications being prescribed to my patients to understand the risks, benefits, and proper use of the medications.

94.   Since Viread® was approved by FDA in 2001, TDF-containing medications have always been accompanied by warnings regarding the risk of kidney and bone adverse events and the need to monitor patients. For example:[49]

**Renal Impairment**
Tenofovir is principally eliminated by the kidney.  VIREAD should not be administered to patients with renal insufficiency (creatinine clearance < 60 mL/min) until data become available describing the disposition of VIREAD in these patients.

VIREAD caused harm to the bones of animals. These effects have not been seen in persons taking VIREAD for up to one year.  It is not known if the effects will be seen in persons taking VIREAD for longer periods of time.

**Clinical Monitoring for Bone and Renal Toxicity**
It is not known if long term administration of VIREAD (> 1 year) will cause bone abnormalities. Therefore if bone abnormalities are suspected then appropriate consultation should be obtained.

Although tenofovir-associated renal toxicity has not been observed in pooled clinical studies for up to one year, long term renal effects are unknown.  Consideration should be given to monitoring for changes in serum creatinine and serum phosphorus in patients at risk or with a history of renal dysfunction.

95.   The labels are continuously revised and updated to reflect new information acquired through post-approval studies and evolving science about the potential for renal and bone risks. The updated labels continue to provide treating physicians with the information we need to appropriately care for and monitor our patients' health. For example:[50]

---

[49] Viread® Label (2001), attached hereto as **Exhibit B**.

[50] Viread® Label (2017), attached hereto as **Exhibit C**.

37

**5.2    New Onset or Worsening Renal Impairment**

Tenofovir is principally eliminated by the kidney. Renal impairment, including cases of acute renal failure and Fanconi syndrome (renal tubular injury with severe hypophosphatemia), has been reported with the use of VIREAD *[See Adverse Reactions (6.2)]*.

It is recommended that estimated creatinine clearance be assessed in all patients prior to initiating therapy and as clinically appropriate during therapy with VIREAD. In patients at risk of renal dysfunction, including patients who have previously experienced renal events while receiving HEPSERA®, it is recommended that estimated creatinine clearance, serum phosphorus, urine glucose, and urine protein be assessed prior to initiation of VIREAD, and periodically during VIREAD therapy.

**5.6    Bone Effects**

*Bone Mineral Density:*

In clinical trials in HIV-1 infected adults, VIREAD was associated with slightly greater decreases in bone mineral density (BMD) and increases in biochemical markers of bone metabolism, suggesting increased bone turnover relative to comparators. Serum parathyroid hormone levels and 1,25 Vitamin D levels were also higher in subjects receiving VIREAD *[See Adverse Reactions (6.1)]*.

The effects of VIREAD-associated changes in BMD and biochemical markers on long-term bone health and future fracture risk are unknown. Assessment of BMD should be considered for adults and pediatric patients who have a history of pathologic bone fracture or other risk factors for osteoporosis or bone loss. Although the effect of supplementation with calcium and vitamin D was not studied, such supplementation may be beneficial for all patients. If bone abnormalities are suspected then appropriate consultation should be obtained.

96.    I continue to review and rely on the labels of HIV medications when making prescribing decisions today.

## XIII.   THE IMPORTANCE OF INDIVIDUALIZED TREATMENT

97.    Treatment could not be individualized in the early days of the HIV epidemic because treatment options were few. In the desperate race to save lives, HIV treaters accepted and PWH endured any drug that promised efficacy against HIV, even if the efficacy was partial, and regardless of the inconvenience and toxicities. Discovery of TDF and new drugs from the PI and NNRTI classes expanded options for ART and led to redefinition of ART

38

success from extension of lifespan at all costs to extension of the healthspan (i.e., lifespan in good health) with the highest quality of life. These improvements in ART options coincided with research findings indicating that HIV treatment should be given to all PWH. Adoption of universal HIV treatment for all PWH and the incremental improvements in the efficacy, tolerability, safety, and convenience of ART options continue to raise the bar for ART and expand opportunities to customize HIV treatment to each individual. Integrase inhibitors and other drug classes are now available, often in STR form, creating options that could not have been imagined 30 years ago.

98.     Outside of clinical trials, I can only prescribe HIV medications that are FDA approved. Had I known that TAF existed before it was approved, and that it might have a better safety profile than TDF, that knowledge would not have affected my decision to prescribe TDF-containing medications to my patients.

## XIV.  HIV TREATMENT TODAY

99.     TDF remains an often-used treatment for patients with HIV/AIDS and persons at risk of acquiring HIV. Other medications, including medications containing TAF, have supplemented the menu of options for treating patients with HIV/AIDS today. TDF is also a mainstay for PrEP and is still used by most individuals seeking prophylaxis.

100.    TAF is a prodrug of tenofovir that has demonstrated high antiviral efficacy similar to TDF. One benefit of TAF is that it produces higher levels of intracellular tenofovir in HIV-infected cells. TAF-containing medications—similar to all medications—do come with potential side effects. For example, the most recent label for Biktarvy®, one TAF-containing medication, warns of "[n]ew onset or worsening renal impairment."[51] The DHHS Guidelines state that: "TAF has fewer bone and kidney toxicities than TDF, whereas TDF is associated with lower lipid levels."[52] The DHHS Guidelines also note that greater weight gain has been reported, as well as higher levels of blood cholesterol, with TAF

---

[51] Biktarvy® Label (2021), attached hereto as **Exhibit D**.

[52] DHHS Guidelines, at G-4–5, attached hereto as **Exhibit E**.

compared to TDF. It is still unclear whether such weight and lipid changes are due to TAF or other factors, including TDF weight and lipid suppression.

101.   One TAF-containing medication, Biktarvy®, is especially widely used. It is a fixed-dose combination of the integrase inhibitor, bictegravir, along with TAF and FTC. Bictegravir is viewed by many clinicians to be a leading drug for HIV treatment and a leading drug of the integrase inhibitor class. Biktarvy® is the only STR containing bictegravir.

102.   Looking ahead, infectious diseases researchers are actively developing long-term injectables for the treatment of eligible persons with HIV/AIDS. In just the last few months, FDA has approved a completely injectable regimen that is dosed every month or two months. Researchers hope to build on this progress to continue to provide patients with tolerable and effective treatment options with infrequent dosing. If left untreated, however, HIV remains a lethal disease today.

103.   We have made great progress in HIV treatment since the early days when a diagnosis was a death sentence and treatment options were toxic and poorly tolerated. Still today, the decision whether to prescribe or discontinue a particular medication is an individualized decision rooted in the goal of optimizing the person's safety and virologic success while considering their history, tolerance levels, prior regimens, co-morbidities, and personal preferences.

104.   TDF-containing medications were revolutionary building blocks in transforming HIV into a manageable disease, but we still have work to do to ensure patients the best outcomes and quality of life while living with this chronic disease. The field is energized to build on the gains to date and eventually equalize the healthspan of PWH and those without HIV.

DATED: May 27, 2022

Babafemi O Taiwo

Digitally signed by Babafemi O
Taiwo
Date: 2022.05.27 11:43:29 -05'00'

Babafemi O. Taiwo, M.B.B.S.

# Exhibit A

# BABAFEMI OLAPOJU TAIWO, M.B.B.S.

Gene Stollerman Professor of Medicine, Chief, Division of Infectious Diseases, Northwestern University Feinberg School of Medicine, Chicago, IL, USA

Business Address:          Division of Infectious Diseases
                           Feinberg School of Medicine
                           Northwestern University
                           645 N. Michigan Avenue, Suite 900
                           Chicago, Illinois, US 60611
                           Tel: +1-312-695-5085/ +1-312-6950009
                           Fax: +1-312-695-5088
                           Email: b-taiwo@northwestern.edu

**EDUCATION:**
| | |
|---|---|
| 1991 | University of Ibadan, Nigeria, M.B.B.S. |

**TRAINING:**
| | |
|---|---|
| 1991-1992 | Rotational Housemanship in Medicine, Surgery, OB/GYN and Pediatrics, Oyo State Health Management Board, Nigeria |
| 1993-1994 | Internship, University of Massachusetts |
| 1994-1996 | Residency, University of Massachusetts |
| 2004-2006 | Fellowship, Infectious Diseases, Northwestern University Medical Center |

**BOARD CERTIFICATION and MEDICAL LICENSURE:**
| | |
|---|---|
| 1993-1997 | Licensed Physician, State of Massachusetts |
| 1997-2004 | Licensed Physician, State of North Carolina |
| 2004-Present | Licensed Physician, State of Illinois #036113489 DEA # BT4769886 |
| 1993 | Diplomate, National Board of Medical Examiners |
| 1996 | Certified, American Board of Internal Medicine |
| 2006 | Recertified, American Board of Internal Medicine |
| 2007 | Certified, American Board of Internal Medicine (Infectious Diseases) |

**ACADEMIC APPOINTMENTS:**
| | |
|---|---|
| 1996-1997 | Instructor, Department of Medicine, University of Massachusetts Medical School |

*1*

| 2003-2004 | Associate, Department of Medicine, University of North Carolina |
| 2001-2004 | Assistant Consulting Professor of Community and  Family Medicine, Duke University Medical Center |
| 2002-2004 | Assistant Consulting Professor of General Internal Medicine, Duke University School of Medicine |
| 2007 | Assistant Professor, Division of Infectious Diseases, Feinberg School of Medicine, Northwestern University |
| 2012 | Associate Professor, Division of Infectious Diseases, Feinberg School of Medicine, Northwestern University |
| 2017 | Professor, Division of Infectious Diseases, Feinberg School of Medicine, Northwestern  University |

**HOSPITAL APPOINTMENTS:**

| 1996-1997 | Associate Attending Physician, Berkshire Medical Center, Pittsfield, Massachusetts |
| 1997-2004 | Attending Physician, Durham Regional Hospital, Durham, North Carolina |
| 2002-2004 | Attending Physician, Person Memorial Hospital, Oxford, North Carolina |
| 2007-present | Attending Physician, Northwestern Memorial Hospital, Chicago |

**ADMINISTRATIVE APPOINTMENTS:**

| 1991-1992 | Rotational Housemanship in Medicine, Surgery, OB/GYN and Pediatrics, Oyo State Health Management Board, Nigeria |
| 1992-1993 | Medical Officer, Nigeria Youth Service Corps. |
| 1996-1997 | Clinical Instructor, University of Massachusetts Medical School, Worcester, Massachusetts |
| 1998-2004 | Supervising Physician, HIV Clinic, Durham County Health Department, North Carolina |
| 2000-2004 | Associate Faculty Member, University of North Carolina, Chapel Hill, North Carolina |
| 2001-2004 | Assistant Consulting Professor of General Internal Medicine, Duke University Medical Center, Durham, North Carolina |
| 2002-2004 | Assisting Consulting Professor of General Internal Medicine, Duke University |
| 2002-2004 | Co-investigator, Duke University Adults AIDS Clinical Trials Unit |
| 2002-2004 | Chief, Department of Medicine, Lincoln Community Health Center, Durham, North Carolina |

| | |
|---|---|
| 2007-2012 | Assistant Professor, Division of Infectious Diseases, Northwestern University |
| 2007 - | Site Leader, Northwestern University ACTG Clinical Research Site, Chicago, Illinois |
| 2005-2009 | Assistant Clinical Director, Nigeria, Harvard PEPFAR/APIN Program |
| 2009-2014 | Technical Consultant for Treatment and care, Nigeria, Harvard, PEPFAR/APIN Program |
| 2008-2014 | Academic Director, Northwestern University – AIDS International Training and Research Program |
| 2008 - | Investigator, Multicenter AIDS Cohort Study (MACS), Chicago, Illinois |
| 2009 - | Director of Research, Center for Global Health, Northwestern University |
| 2012-2017 | Associate Professor, Division of Infectious Diseases, Northwestern University |
| 2017 - | Chief, Division of Infectious Diseases, Northwestern University |
| 2017 - | Professor, Division of Infectious Diseases, Northwestern University |

**AWARDS, HONORS, DISTINCTIONS:**

| | |
|---|---|
| 1985 | Loyola College Ibadan, Nigeria, Distinguished Student Scholarship |
| 2009 | John Carey Young Investigator Award from the AIDS Clinical Trials Group, National Institutes for Allergy and Infectious Diseases |
| 2010 | Young Research Superstar Recognition (Ward Round). Northwestern University, February 2010 |
| 2011 | Outstanding Teacher Recognition, Northwestern University |
| 2017 | Excellence in Teaching Award, Feinberg School of Medicine, Northwestern University |
| 2018 | Alpha Omega Alpha, Northwestern University Chapter |
| 2019 | Elected to Nigeria Academy of Science |

**PROFESSIONAL SOCIETY MEMBERSHIPS:**

| | |
|---|---|
| 2001-2004 | Society of General Internal Medicine |
| 2004 - present | Infectious Diseases Society of America |
| 2005 - present | International AIDS Society |

**PROFESSIONAL ACTIVITIES:**

**INSITUTIONAL SERVICE**

University

| | |
|---|---|
| 2007-present | Member, Diversity and Culture Committee, Department of Medicine, Northwestern University |
| 2009-2014 | Member, Medical School Interview Committee, Northwestern University |
| 2010-2013 | Community HIV Immersion Program at the Christian Community Health Center, Chicago (Initiated the Program) |
| 2013-2015 | Member, Medical Scientist Training Program (MSTP), Interview Committee |
| 2016 | Research Day Judge, 12th Annual Lewis Landsberg Research Day |
| 2021 | Promotions and Tenure Committee, Northwestern University |

Hospital

| | |
|---|---|
| 1998-2004 | Pharmacy and Therapeutics Committee, Lincoln Health Center, Durham, NC (Chair, 2002-2004) |
| 2002-2004 | Electronic Medical Records Transition Committee, Lincoln Health Center, Durham, NC (Chair) |
| 2004-2007 | Antimicrobials Committee, NMH |
| 2007-2009 | Clinic Improvement Committee, Infectious Diseases Clinic, NMH |
| 2009-2011 | Electronic Medical Records Committee, Infectious Diseases Clinic, NMH |

Other

| | |
|---|---|
| 2000-2004 | Volunteer Physician, Homeless Shelter, Durham, NC |

**TEACHING**

| | |
|---|---|
| 1997-2004 | Medical student and Resident supervision, Duke Medical Center, North Carolina |
| 2004-present | Medical student and Resident supervision, Northwestern University |
| 2007-present | Fellow supervision, Northwestern University Medical School |

*4*

| | |
|---|---|
| 2008 | Contributing Author, Clinical Care Options for HIV, Northwestern University Medical School |
| 2008-2010 | Coordinator, Research Forum, Division of Infectious Diseases, Northwestern University |
| 2006-2008 | Faculty Supervisor to NU M.D./M.P.H. candidate, Ruth  Abaya |
| 2008-2012 | Research Supervisor to Adedotun Adetunji, MBBS (MSCI Candidate) |
| 2009-2013 | Research Supervisor to Simeon I. Cadmus, DVM, PhD (NU AITRP Trainee) |
| 2008-2011 | Supervisor to Jonah Musa, MD (MSCI candidate) |
| 2008-2010 | Faculty Advisor to Rose Lee, NU MD candidate |
| 2009-2011 | Research Advisor to Nirav Shah, MD, NU Medical  Resident |
| 2009-2011 | Faculty Mentor to Patrick Ryscavage, MD, NU Infectious Diseases Fellow |
| 2009-2012 | Faculty Mentor to Negar Alami, MD, NU Infectious Diseases Fellow |
| 2010-2012 | Research Mentor, Claudia Crowell, MD (Fellow  Infectious Diseases, Children's Memorial Hospital, Chicago) |
| 2010-2012 | Research Supervisor, Almoustapha Maiga, Pharm D, PhD  (NU AITRP) |
| 2010-2014 | Supervising Physician, NU Community HIV Immersion Program, Christian Community Health Center, Chicago |
| 2011 | Contributing Author, Up to date |
| 2011-2013 | Mentor to Adamu Onu, MD (MSc. Epidemiology and Biostatistics candidate) |
| 2011-2013 | Research mentor –Bhatia Ramona, MD, ID Fellow |
| 2012-16 | Research mentor – Sean Kelly, MD |
| 2013-2015 | Faculty Advisor. Michael Sciaudone, 3rd Year Student |
| 2013- 2015 | Member, MD/PhD Admissions Committee Northwestern University |
| 2013-present | Mentor, T32 grant for Infectious Diseases Fellows at Northwestern University |
| 2013- present | Principal Investigator, Multidisciplinary NeuroAIDS Research and Training Program in Nigeria (Mentees: Moses Adewumi PhD, Bibilola Oladeji MBBS MSc, Godwin Ogbole MBBS MSCI, Abel Obosi PhD, Olugbemi Olukolade PhD, Oluseyi Olayinka PhD, Adenekan Osiyemi MBBS MSCI, Morufat Alabi MSc, David Bamidele, MSc) |
| 2014 | Mentor, Amesika Nyaku MD, ID Fellow Northwestern University |
| 2014 | PhD Committee, Onyinye Enyia, Northwestern  University |

5

| | |
|---|---|
| 2014 | Medicine Advisor, Sara Marie Karaba (4th Year Medical Student) |
| 2015 | Faculty Advisor, Christopher William Valle (4th Year Medical Student) |
| 2020 | Mentor, Omar Al Heeti MD, ID Fellow, Northwestern University |

**EXTRAMURAL ACTIVITIES**

| | |
|---|---|
| 2003-2004 | Member, Community Advisory Board, University of North Carolina, Center for AIDS Research (CFAR) |
| 2008-2013 | Member, Research Advisory Committee for the Research Alliance to Combat HIV/AIDS (REACH) |
| 2010 | Member, International Relations Committee for the 2010 AMA International Conference on Physician Health, Chicago |

*Research*

| | |
|---|---|
| 2007-2012 | Member, Focus Group on Optimal Second-line Dual Nucleoside Therapy, Optimization of Antiretroviral Therapy (OpART) Committee, AIDS Clinical Trials Group, National Institutes for Allergy and Infectious Diseases |
| 2007-2010 | External Reviewer, Optimization of Co-infection and Co-Morbidity Management (OpMAN) Committee, AIDS Clinical Trials Group, National Institutes for Allergy and Infectious Diseases. |
| 2008-2013 | Member, Data Management Committee, AIDS Clinical Trials Group, National Institute for Allergy and Infectious Diseases |
| 2008-present | Member, Clinical Working Group, Multicenter AIDS Cohort Study (MACS) |
| 2008-2011 | Vice-Chair, ACTG A5262 (Efficacy and Tolerability of Raltegravir plus Darunavir/ritonavir in Patients With Transmitted Resistance or Failure of First-Line NNRTI-based HAART) |
| 2008-2011 | Vice Chair, ACTG A5270 (A Randomized, Placebo-controlled Non- inferiority Trial of Co-trimoxazole Discontinuation in HIV- infected Adults Receiving Antiretroviral Therapy in Areas of Low Malaria Endemnicity with CD4+ cell Counts Above 200/mm3 for at Least 3 Months) |

| | |
|---|---|
| 2008-2016 | Vice Chair, ACTG A5273 (Multicenter Study of Options for Second Line Effective Combination Therapy) |
| 2009-2011 | Member, Optimal Antiretroviral Therapy Committee, AIDS Clinical Trials Group, National Institutes for Allergy and Infectious Diseases |
| 2009-2011 | Principal Investigator, NWCS 308, Antiretroviral Drug Resistance Evolution in HIV-1 Infected Patients Experiencing Persistent Low- Level Viremia During First-Line Therapy |
| 2009-2014 | Member, Focus Group on Immune Activation, AIDS Clinical Trials Group, National Institutes for Allergy and Infectious Diseases |
| 2010-2013 | Investigator, A5286, A pilot study of rifaximin as a modulator of microbial translocation and immune activation in untreated HIV- infected individuals |
| 2010-2015 | Chair, ACTG A5303, A Phase 2b Exploratory Randomized Trial to Determine the Bone, Immunologic, Virologic and Neurocognitive Effects of a Tenofovir-Sparing, Maraviroc-Containing Antiretroviral Regimen in Treatment-Naïve Patients Infected with R5-Tropic HIV-1 |
| 2011-2013 | Principal Investigator, CNICS Protocol 036, Routine Laboratory Monitoring During Combination Antiretroviral Therapy in the United States |
| 2011-2014 | Chair, MaravIroc Plus DArunavir/ritonavir Study (MIDAS) for Treatment-Naïve Patients Infected with R5-tropic HIV-1 based on Enhanced Sensitivity Trofile |
| 2011 | Proposing Investigator, ACTG DACS 279, Immune Activation in Patients Experiencing a Viral Blip During HAART |
| 2011-present | Member, Quality of Care Working Group, NA-ACCORD 2011-2013  Member, Antiretroviral Strategies Committee, ACTG |
| 2011-2014 | Chair, Optimization of Treatment Experienced Patients Working Group of the Antiretroviral Strategies Committee, ACTG |
| 2012-present | Vice Chair Long-term follow-up of older HIV-infected adults in the ACTG: addressing issues of aging, HIV infection and inflammation. A Multicenter Observational Cohort of the AIDS Clinical Trials Group (ACTG) |

7

| | |
|---|---|
| 2013-2014 | Member, Long Acting Agents Working Group of the ACTG 2013-2014      Chair, ART Simplification Working Group of the ACTG 2013- 2015     Data Safety Monitoring Board for Viriom |
| 2013-present | Data Safety Monitoring Board for the CURE Transformative Sciene Group of the ACTG |
| 2013-present | Data Safety Monitoring Board, Deepa Rao, PhD, NIH/R01- MH098675-01, Reducing HIV Stigma to Improve Health Outcomes for African American Women |
| 2013 | Proposing Investigator NWCS 375, Clinical implications of persistent low-level viremia. |
| 2014-2015 | Member, Scientific Advisory Board, ViiV Healthcare |
| 2014-2016 | Chair, Antiretroviral Therapy Strategies Committee of the ACTG |
| 2014-2017 | Member, Scientific Agenda Steering Committee, ACTG |
| 2015-present | Chair, ACTG A5357, A Proof of Concept Randomized Study of LA Cabotegravir Plus a VRC Broadly Neutralizing Monoclonal Antibody to Maintain Viral Suppression in HIV-1 infected Participants |
| 2015-present | Chair, ACTG A5353, A Study to Evaluate Dolutegravir plus Lamivudine Dual Therapy for Treatment Naïve HIV-1-infected Participants. |
| 2016-- | Chair, Safety Monitoring Committee, Antiretroviral Strategies Committee,  ACTG |
| 2017-present | Member, Executive Committee,  ACTG |
| 2018-2022 | Member, Advisory Council, Office of AIDS Research, NIH |
| 2018- | Member, Planning Committee, 2019 Inter-CFAR HIV Research Symposium for Sub Saharan Africa |
| 2020- | Member, U.S. Department of Health and Human Services HIV Adult and Adolescents Treatment Guidelines Panel |
| 2020-2022 | Member, DSMB Dose-Ranging Study to Evaluate the Safety, Tolerability and Immunogenicity of INO-4500 in Combination with Electroporation in Healthy Volunteers in Ghana |
| 2020-2022 | Member, DSMB Phase 2/3 Randomized, Blinded, Placebo-Controlled Trial to Evaluate the Safety, Immunogenicity, and Efficacy of INO-4800, a Prophylactic Vaccine against COVID-19 Disease, |

*8*

Administered Intradermally Followed by Electroporation in Adults at High Risk of SARS-CoV-2 Exposure

| | |
|---|---|
| 2021 | NIH Office of AIDS Research Task Force on COVID-19 |
| 2021 | Session Co-Chair, ACTHIV Virtual Conference, 2021 |
| 2022 | Conference Co-Chair, ACTHIV, 2022 |

*Teaching*

| | |
|---|---|
| 2014 | External Examiner, PhD Committee, Obaro Michael MD, University of Ibadan |
| 2015-present | Faculty, AIDS Neuropsychological Research Center, UNC Chapel Hill, NC |
| 2015 | External Examiner, PhD Committee, Victor Kramer, McGill University, Canada |
| 2017 | Member, Internal Advisory Board, T32-Ruth L. Kirchstein National Research Service Award Institutional Training Grant entitled "Training Program in Lung Sciences" |

## EDITORIAL RESPONSIBILITIES

| | |
|---|---|
| 2011-present | Editor, Journal Antimicrobial Chemotherapy, ranked 6 out of 70 in infectious diseases. |
| 2012-2015 | Editor, AIDS Research and Human Retroviruses |

## REVIEW RESPONSIBILITIES

| | |
|---|---|
| Reviewer | Journal Antimicrobial Chemotherapy |
| Reviewer | Cochrane Review |
| Reviewer | North Carolina Medical Journal |
| Reviewer | Arthritis Care and Research |
| Reviewer | AIDS Research and Human Retroviruses |
| Reviewer | Cleveland Clinic Journal of Medicine |
| Reviewer | Current HIV Research |
| Reviewer | AIDS Research and Therapy |
| Reviewer | Lancet Infectious Diseases |
| Reviewer | AIDS |

Study Section NIH NAED – November 18, 2016
Study Section International and Cooperative Projects (ICP1) study section- 2019

## RESEARCH GRANTS AND CONTRACTS

### ACTIVE

U54HL143541-02S2                McManus (PI)                07/17/20 – 06/30/22
NIH/NHLBI
Clinical Studies Core, The Center for Advancing Point of Care in Heart, Lung, Blood and Sleep
Diseases
The goal of this supplement funding to our Center for Innovation in Global Health Technologies for
HIV/AIDS at Northwestern (C-THAN) is to clinically evaluate innovative new technologies that
have been evaluated and assisted in their development by NIH in the Rapid Acceleration of
Diagnostics for Coronavirus-19 (RADx) program.
Role: Co-Investigator

U54EB027049-02S1                Murphy (PI)                05/21/20 – 05/22/22
NIH/NIBIB
The Center for Innovation in Point-of-Care Technologies for HIV/AIDS at Northwestern University
(C-THAN)
Supplement project title: Rapid Acceleration of Diagnostics for COVID-19 (RADx)
The overall goal of this supplement is to accelerate the development, validation and
commercialization of point-of-care and home-based tests, as well as improvements to clinical
laboratory tests, that can directly detect SARS-CoV-2.
Role: Co-Investigator

UH3HD096920                Taiwo (PI)                09/01/18 – 08/31/23
NIH/NICHD
Intensive Combination Approach to Rollback the Epidemic (iCARE) in Nigerian Adolescents
The proposed study will develop and test two combination intervention approaches to improve HIV
testing and linkage; and HIV care outcomes among youth age 15-24 in Nigeria using theoretically-
grounded peer navigation and mHealth components.
Role: Principal Investigator

5D43TW009608                Taiwo (PI)                08/05/13 – 01/31/23
NIH/ Fogarty International Center
Multidisciplinary NeuroAIDS Research Training to Improve HIV Outcomes in Nigeria
This program will develop a cadre of skilled, multidisciplinary researchers and outstanding research
support staff, ensuring emergence of broad and integrated NeuroAIDS expertise at the University of
Ibadan, Nigeria.
Role: Principal Investigator

UM1AI069471                           Taiwo (PI)                        12/01/06 – 11/30/27
Chicago Clinical Trials Unit
The specific aims include development and conduct of clinical trials for HIV/AIDS translational
research/drug development, optimization of clinical management including co-morbidities, vaccine
research and development, prevention of mother-to-child transmission and prevention of HIV.
Role: Principal Investigator and Site Leader of Northwestern University Clinical Research Site


U54EB027049                           Murphy/McFall (MPIs)              09/11/18-05/31/23
NIH/NIBIB
The Center for Innovation in Point-of-Care Technologies for HIV/AIDS at Northwestern University
(C-THAN)
The overall goal of this program is to support the development of POC technologies to promote high
priority topics of NIH HIV/AIDS research.
Role: Co-Investigator


P30AI117943                           D'Aquila (PI)                     04/09/15-04/30/25
NIH/NIAID
Third Coast Center for AIDS Research (CFAR)
The overarching objective is to catalyze innovative research aimed at synergizing HIV prevention,
treatment, and cure to end the epidemic in our neighborhoods, nationally, and globally, especially
among young men who have sex with men (YMSM). The Cores will provide services and assays to
enable the entire TC CFAR to make progress toward ending the epidemic (Clinical Sciences (CS)
Core; Behavioral, Social, and Implementation Sciences (BSIS) Core; Viral Pathogenesis (VP) Core),
as well as leadership, communication, networking, seed funding, and mentoring (Administrative and
Developmental Cores).
Role: Director, Clinical Sciences Core


U01HL123336                           Grinspoon (PI)                    08/08/14-04/30/22
NIH/Subcontract from Massachusetts General Hospital
Randomized Trial to Prevent Vascular Events in HIV – REPRIEVE A5332 and A5333
To determine the effects of pitavastatin as a primary prevention strategy for major adverse
cardiovascular events (MACE) in HIV.
Role: Consortium PI


UM1AI068636                           Currier (PI)                      12/01/14-11/30/22
NIH/NIAID/Subcontract from UCLA
AIDS Clinical Trial Group Network - Protocol Funds (Cost-Reimbursable)
Dr. Taiwo serves as Leader of the NU CRS site for the ACTG.
Role: Consortium PI


UM1AI068636                           Currier (PI)                      01/01/13-11/30/22
NIH/NIAID/Subcontract from Brigham & Women's Hospital
AIDS Clinical Trial Group Network - ACTG Committees

Dr. Taiwo serves as Chair of ACTG Executive Committee, is Co-Vice Chair of the A5322 ACTG Committee and Co-Chair of the A5357.
Role: Consortium PI

R01AG054366                         Kuritzkes (PI)                         06/01/17-05/31/22
NIA/ Subcontract from Brigham & Women's Hospital
A5361s Pitavastatin to REduce Physical Function Impairment and FRailty in HIV (PREPARE)
This study will determine if pitavastatin reduces physical function impairment and frailty in HIV infected adults.
Role: Consortium PI

## 16. SCHOLARLY BIBLIOGRAPHY

**1. Taiwo BO**, Roth R. Tuberculosis prophylaxis in HIV-seropositive patients. Berkshire Med J; Spring 1995.

**2. Taiwo BO.** AIDS – related primary CNS lymphoma. AIDS Read 2000; 10: 486-491. PMID: 10967810.

**3. Taiwo BO.** HIV – associated wasting: Brief review and discussion of the impact of oxandrolone. AIDS Patient Care and STDS 2000; 14687: 421-425. PMID: 10977971

**4. Taiwo BO.** Psoas abscess:  A primer for the internist. (CME Article of the Month). South Med  J 2001; 94: 2-5. PMID: 11213936.

**5. Taiwo BO.**   Use of thalidomide in  HIV infection.   AIDS Reader 2001;11:511-3, 518-9, 523-4. PMID:  11708084.

**6. Taiwo BO**, Hicks CB.  Primary human immunodeficiency virus.  South Med J 2002: 95:1312-  7. PMID: 12539999.

**7.** Pollak KI, **Taiwo B**, Lyna P, Baldwin M, Lipkus IM, Bepler G, McBride CM. Reported cessation advice given to African Americans by health care providers in a community health clinic. J Community Health. 2002 ;27(6):381-93. PMID: 12458781

**8.** Pollak KI, Namenek Brouwer RJ, Lyna P, **Taiwo B,** McBride CM. Weight and smoking cessation among low-income African Americans. Am J Prev Med. 2003;25(2):136-9. PMID: 12880881.

**9. Taiwo BO.** Cost-effectiveness of screening for HIV. New Engl J Med 2005;352:2137-9. PubMed PMID: 15901873.

**10. Taiwo BO**. Insulin resistance, HIV infection and anti-HIV therapies. AIDS Read 2005;15: 171-176,179-180. PMID: 15844237.

**11. Taiwo BO.** Nevirapine hepatotoxicity. Int J STD AIDS 2006 Jun;17:364-70. PMID:

**12. Taiwo BO**. Antiretroviral treatment: current approach and future prospects. Afr J Med Sci  2006; Suppl 1: 1-11. PMID: 18050771

**13. Taiwo BO**, Murphy R. Outcomes for therapeutic vaccine trials. Curr Opin Infect Dis 2006:1;502-6. PMID: 19372853

**14. Taiwo BO**, Murphy R. Transmitted resistance: an overview and its potential relevance to the management of HIV-infected persons in resource-limited settings. J Int Assoc Physicians AIDS Care 2007;6(3):188-97. PMID: 17473177.

**15. Taiwo BO,** Hicks CB. Darunavir: an overview of a protease-inhibitor designed to overcome resistance. AIDS Read 2007;17:151-156, 159-161. PMID: 17396332.

**16.** Hawkins C, **Taiwo B,** Julka K, Adewole A, Bolon M, and Stosor V. Shigella sonnei bacteremia: two adult cases and review of the literature. Scand J Infect Dis 2007;39(2):170-3. PMID: 17266091.

**17. Taiwo BO,** Lee C, Venkat D, Tambar S, Venepalli N, Sutton S. Can tumor necrosis factor- alpha blockade predispose to severe babesiosis? Arthritis Rheum 2007;57(1):179-81. PMID: 17266091.

**18. Taiwo BO**, Grant T, Wayne J, Noskin G. Man with a right thigh mass. Clin Infect Dis. 2007 Feb 1;44(3):417, 462-3. PMID: 17205451. Photo Quiz

**19. Taiwo BO**, Murphy R. Clinical applications and availability of CD4+ T cell count testing in sub-Saharan Africa. Cytometry Part B 2008; 74B (Suppl. 1): S11-S18, 2008. PMID: 18061953

**20.** Otegbayo JA**, Taiwo BO,** Akingbola TS, Odaibo GN, Adedapo KS, Penugonda S,

Adewole IF, Olaleye DO, Murphy R, Kanki P. Prevalence of hepatitis B and C seropositivity in a Nigerian cohort of HIV-infected patients. Ann Hepatol 2008; 7(2): 152-156. PMID: 18626434.

21.  **Taiwo BO.** Understanding transmitted resistance through the experience in the USA. Int J Infect Dis 2009;1395):552-9

22.  **Taiwo BO.** Adherence to antiretroviral therapy: The more you look, the more you see. Curr Opin HIV/AIDS 2009;4(6):488-92. PMID: 20048715

23.  Cadmus SIB, Jenkins AO, Godfroid J, Osinusi K, Adewole IF, Murphy RL, **Taiwo BO.** Mycobacterium tuberculosis and Mycobacterium africanum in stools from children in an immunization clinic in Ibadan, Nigeria. Int J Infect Dis 2009;13(6):740-4. PMID: 19188084

24.  Gerschenson M, Kim C, Berzins B, **Taiwo BO,** Libutti DE, Choi J, Weistein J, Shore J, da Silva B, Belsey E, McComsey GA, Murphy RL. Mitochondrial function, morphology  and metabolic parameters improve after switching from  stavudine to a tenofovir-containing  regimen. J Antimicrob Chemother 2009; 63:1244-50. PMID: 19321503.

25.  Walzer PD, Djawe K, Levin L, Daly KR, Kingsley L, Witt M, Golub ET, Bream JH, **Taiwo BO,** Morris A. Long-term serologic responses to the Pneumocystis jirovecii major surface  glycoprotein  in HIV-positive individuals with and without P. jirovecii infection. J Infect Dis 2009; 199:13335-44. PMID:  19301979

26.  **Taiwo BO,** Li X, Palella  F, Jacobson  LP, Margolick JB, Detels R, Rinaldo CR,   Phair JP. Higher risk of AIDS or death in patients with lower CD4 cell counts after virally suppressive HAART. HIV Medicine 2009;10(10):657-60. PMID: 19601997

27.  **Taiwo B**, Glassroth J. Nontuberculous mycobacterial lung disease. Infect Dis Clinics N Am2010;24(3):769-89. PMID: 20674803.

28.  **Taiwo B**, Hicks C, Eron J. Unmet therapeutic needs in the new era of combination antiretroviral therapy of HIV-1. J Antimicrob  Chemother 2010;65(6):1100-7. PMID: 20348088

**29.   Taiwo B**, Murphy RL, Katlama C. Novel antiretroviral combination in treatment-experienced patients with HIV infection: rationale and results. Drugs 2010; 70(13):1629-42. PMID: 20731472.

**30.   Taiwo BO**, Idoko JA, Welty LJ, Otoh I, Job G, Iyaji PG, Agbaji O, Agaba PA, Murphy RL. Assessing the virologic and adherence benefits of patient-selected HIV treatment partners in a resource-limited setting. J Acquir Immune Defic Synd 2010;54:85-92. PMID: 19927005.

**31.   Taiwo B**, Chaplin B, Penugonda S, Meloni S, Akanmu S, Gashau W, Idoko J, Adewole I, Murphy R, Kanki P. Suboptimal etravirine activity is common during failure of nevirapine-based combination antiretroviral therapy in a cohort infected with non-B subtype HIV- 1. Curr HIV Res. 2010 Apr 1;8(3):194-8. PMID: 20163340.

**32.   Cadmus SIB**, Okoje VN, **Taiwo BO**, van Soolingen D. Exposure of dentists to Mycobacterium tuberculosis by patients attending a dental clinic in Ibadan, Nigeria. Emerg Infect Dis 2010;16(9):1479-80. PMID: 20735939.

**33.   Taiwo BO**, Idoko JA, Marcelin AG, Otoh I, Reddy S, Iyaji PG, Agbaji O,Penugonda S, Agaba PA, Murphy RL. Patient-selected treatment partners did not protect against drug resistance during first-line NNRTI-based HAART in a randomized trial. Journal Acquir Immune Defic Syndr 2010;54(5):563-5. PMID: 20647829.

**34.   Hoffman MJ**, Macrie BD, **Taiwo BO**, Qi C. Prosthetic valve/conduit infection caused by Cardiobacterium valvarum. Infection 2010; 38:245-6. PMID: 20352284.

**35.   Musa J, Taiwo B,** Goldsmith S, Sutton S, Berzins B, Murphy RL. Predictors of atypical squamous cell of undetermined significance cervical cytology with high-risk human papilloma virus genotypes. Arch Gynecol Obstet. 2011; 283(2):343-8. PMID: 20229315.

**36.   Agbaji OO**, Agaba PA, **Taiwo B,** Idoko J, Ekong E, Murphy R, Kanki P. Temporal changes in glomerular renal function associated with the use of tenofovir disoproxil fumarate (TDF) in HIV- infected Nigerians. West African Journal of Medicine 2011;30(3):164-8. PMID: 22120479

**37.   Taiwo B**, Gallien S, Aga E, Ribaudo H, Haubrich R, Kuritzkes D, Eron JJ. Antiretroviral drug resistance in HIV-1 infected patients experiencing persistent low-level

viremia during first-line therapy. Journal Infectious Diseases 2011;204(4):515-20. PMID: 21791652

38.  **Taiwo B**, Zheng L, Gallien S, Matining RM, Kuritzkes DR, Wilson CC, Berzins BI, Acosta EP, Bastow B, Kim PS, Eron JJ Jr; ACTG A5262 Team. Efficacy of a Nucleoside-sparing Regimen of Darunavir/Ritonavir Plus Raltegravir in Treatment-Naïve HIV-1-infected Patients (ACTG A5262). AIDS 2011; 25(17):2113-22. PMID: 21857490

39.  Ryscavage PA, Anderson EJ, Sutton SH, Reddy S, **Taiwo B**. Clinical outcomes of adolescent and young adults in adult HIV care. J Acquire Immune Defic Syndr 2011; 58(2):193- 7. PMID: 21826014

40.  Fehintola FA, Scarsi K, Ma Q, Parikh S, Morse GD, **Taiwo B**, Akinola IT, et al. Nevirapine- based antiretroviral therapy impacts antesunate and  dihydroartemisinin disposition  in  HIV- infected Nigerian adults. AIDS Research and Treatment 2012 ;2012:703604. PMID: 3303559

41.  Akanbi MO, Scarsi K, **Taiwo B.** Murphy RL. Combination nucleoside/nucleotide reverse transcriptase inhibitors for treatment of HIV infection. Expert Opin Pharmacother 2012;13(1):65- 79. PMID: 22149368

42.  Bhatia R, Ryscavage P, **Taiwo B**. Accelerated aging and human immunodeficiency virus infection: Emerging challenges of growing older in the era of successful antiretroviral therapy. J Neurovirol 2012; 18(4):247-55. PMID: 22205585

43.  **Taiwo BO,** Bosch RJ. More reasons to re-examine the definition of viral blip during antiretroviral therapy. Journal Infect Dis 2012;205(8):1189-91. PMID: 22438394

44.  Hechter RC, Budoff M, Hodis HN, Rinaldo CR, Jenkins FJ, Jacobson LP, Kingsley LA, **Taiwo B**, Post WS, Margolick JB, and Detels R. Herpes simplex virus type 2 (HSV-2) as a coronary atherosclerosis risk factor in HIV-infected men: Multicenter AIDS Cohort Study.
Atherosclerosis 2012 223(2):433-6. PMID: 2247256

45.  Acosta EP, **Taiwo B,** Eron JJ. Reply to "pharmacokinetic concerns related to darunavir/ritonavir plus raltegravir combination therapy trial. AIDS 2012;26(3):397- 8. PMID: 22217504

**46.** Maiga AI, Fofana DB, Cisse M, Diallo F, Maiga MY, Traore HA, Maiga IA, Sylla A, Fofana,   D**, Taiwo B**, Murphy RL, Katlama C, Tounkara A, Calvez V, Marcelin A.-G. Characterization of HIV-1 antiretroviral drug resistance after second-line treatment failure in Mali, a limited- resources setting. J Antimicrobial Chemotherapy 2012; 67(12):2943-8. PMID: 22888273

**47.** Maiga AI, Penugonda S, Katile D, Diallo F, Fofana DB, Berzins B, Maiga MY, Sylla A, Traore HA, Marcelin AG, Calvez V, Tounkara A, Bellosillo N, Murphy R and **Taiwo B.**
J Acquir Immune Defic Syndr. 2012; 61(3):293-6. PMID: 22828721

**48.** Maiga AI, Fofana DB, Maiga AC, Diallo F, Ait-Arkhoub Z, Daou F, DAOU, Cisse M, Sarro   YS, Oumar AA, Sylla A, **Taiwo B, et al.** Transmitted Antiretroviral Drug Resistance in Newly HIV-infected and Untreated Patients in Segou and Bamako Mali. AIDS Res Hum  Retroviruses 2013; 29(1):182-6. PMID: 22823755

**49.** Adetunji AA, Achenbach C, Feinglass J, Darin KM, Scarsi KK, Ekong  E,  **Taiwo BO**, Adewole IF, Murphy R. Optimizing treatment switch for virologic failure during first-line antiretroviral therapy in resource-limited settings. J Int Ass Provi AIDS Care 2013;12(4):236-40. PMID:  23128403

**50.** Zheng L, Rosenkranz SL, **Taiwo B,** Para MF, Eron JJ, Hughes MG. The  design  of single arm clinical trials of combination  antiretroviral  regimens  for  treatment-naïve HIV-infected patients. AIDS Res Hum Retroviruses 2013;29(4):652-7. PMID: 33228206

**51.** **Taiwo B,** Matining RM, Zheng L, Lederman MM, Rinaldo CR, Kim PS, Berzins BI, Kuritzkes DR, Jennings A, Eron JJ Jr, Wilson CC. Associations of T cell activation and inflammatory biomarkers with virologic response to darunavir/ritonavir plus raltegravir therapy. J Antimicrobial Chemotherapy. 2013;68(8):1857-61. PMID 23599363.

**52.** **Taiwo B,** Yanik EL, Napravnik S, Ryscavage P, Koletar SL, Moore R, Mathews WC, Crane HM, Mayerr K, Zinski A, Kahn JS, Eron JJ; on behalf of the CFAR Network of Integrated Clinical Systems (CNICS) Cohort Study. Evidence for risk stratification when monitoring for toxicities following initiation of combination antiretroviral therapy. AIDS. 2013; 27(10):1593-602. PMID 23435300

**53.** Yanik EL, Napravnik S, Ryscavage P, Eron JJ, Koletar SL, Moore RD, Zinski A, Cole SR, Hunt P, Crane HM, Kahn J, Mathews WC, Mayer KH, **Taiwo BO.** Hematologic, hepatic, renal and lipid laboratory abnormalities after initiation of

combination antiretroviral therapy in the United States, 2000-2010. J Acquir Immune Defic Syndr 2013;63(2):216-20. PMID: 23446495

54.   Akanbi MO, Achenbach CJ, Feinglass J, **Taiwo B,** Onu A, Pho MT, Agbaji O, Kanki P,  Murphy RL. Tuberculosis after one year of combination antiretroviral therapy in Nigeria. AIDS Hum Retroviruses 2013;29(6):931-7. PMID: 23316724

55.   **Taiwo B,** Acosta EP, Ryscavage P, Berzins B, Lu D, Lalezari J, Castro J, Adeyemi O, Kuritzkes DR, Eron JJ, Tsibris A, Swindells S. Virologic response, early HIV-1 decay and maraviroc pharmacokinetics with the nucleos(t)ide-free regimen of maraviroc plus darunavir/ritonavir in a pilot study. JAIDS 2013; 64(2):167-73. PMID: 23797691

56.   Musa J, **Taiwo B**, Achenbach C, et al. High-risk human papillomavirus among HIV-infected women with normal cervical cytology: a pilot study in Jos, Nigeria. Arch Gynecol Obstet 2013; 288(6):1365-70. PMID: 23700253

57.   **Taiwo B,** Hunt PW, Gandhi RT, Ellingson A, McKenna M, Jacobson JM, Gripshover B, Bosch RJ. CD8+ T-cell activation in HIV-1-infected patients experiencing transient low-level viremia during antiretroviral therapy. J Acquir Immune Defic Syndr 2013;63(1):101-4. PMID 23392463

58.   Factors associated with remaining on initial randomized efavirenz-containing regimens. Smurzynski M, Wu K, Schouten JT, Lok JJ, Bosch RJ, **Taiwo B**, Johnson VA, Collier AC. AIDS. 2013;27(12):1887-97. PMID: 23925417

59.   **Taiwo B,** Barcena L, Tressler R. Understanding and controlling chronic immune activation in HIV-infected patients suppressed on combination antiretroviral therapy. Curr HIV/AIDS Rep 2013; 10(1): 21-32. PMID 23225316.

60.   Upton C, **Taiwo B,** Robertson K. Neurotoxicity of antiretroviral therapy. Future Virology 2013;8:469-75

61.   Zheng L, Rosenkranz SL, **Taiwo B,** Para MF, Eron JJ, Hughes M. The design of single-arm clinical trials of combination antiretroviral regimen for treatment-naïve HIV-1 infected patients. AIDS Research and Human Retroviruses. 2013; 29(4):652-7. PMID 23228206

62.   Wohl DA, Arnoczzy G, Fitchtenbaum CJ, Campbell T, **Taiwo B** et al. Comparison of cardiovascular disease risk markers in HIV-infected patients receiving abacavir and

*18*

tenofovir: the nucleoside inflammation, coagulation and endothelial function (NICE) study. Antivir Ther 2014; 19(2):141-7. PMID: 23985706

**63.** Colasanti J, Marconi VC and **Taiwo B**. Antiretroviral reduction: is it time to rethink the unthinkable? AIDS 2014. PMID: 24401641

**64.** Ryscavage P, Kelly S, Li J, Harrigan R and **Taiwo B**. Significance and Clinical Management of Persistent Low-Level Viremia and Very-Low-Level Viremia in HIV-1-Infected Patients. Antimicrob Agents Chemother. 2014;58(7):3585-98. PMID: 24733471

**65.** Li JZ, Chapman B, Charlebois P, Hofmann O, Weiner B, Porter AJ, Samuel R, Vardhanabhuti S, Zheng L, Eron J, **Taiwo B** et al. Comparison of illumina and 454 deep sequencing in participants failing raltegravir-based antiretroviral therapy. PLoS One. 2014 6;9(3):e90485. PMID: 24603872

**66.** Scarsi KK, Fehintola FA, Ma Q, Aweeka FT, Darin KM, Morse GD, Akinola IT, Adedeji WA, Lindegardh N, Tarning J, Ojengbede O, Adewole IF, **Taiwo B**, Murphy RL, Akinyinka OO, Parikh S. Disposition of amodiaquine and desethylamodiaquine in HIV-infected Nigerian subjects on nevirapine-containing antiretroviral therapy. J Antimicrob Chemother. 2014;69(5):1370- 6. PMID: 24446424

**67.** Pollard RB, Rockstroh JK, Pantaleo G, Asmuth DM, Peters B, Lazzarin A, Garcia F, Ellefsen K, Podzamczer D, van Lunzen J, Arastéh K, Schürmann D, Clotet B, Hardy WD, Mitsuyasu R, Moyle G, Plettenberg A, Fisher M, Fätkenheuer G, Fischl M, **Taiwo B,** Baksaas I, Jolliffe D, Persson S, Jelmert O, Hovden AO, Sommerfelt MA, Wendel-Hansen V, Sørensen B. Safety and efficacy of the peptide-based therapeutic vaccine for HIV-1, Vacc-4x: a phase 2 randomised, double-blind, placebo-controlled trial. Lancet Infect Dis. 2014;14(4):291-300. PMID: 24525316

**68.** Lu Zheng, **Babafemi Taiwo**, Rajesh T. Gandhi, Peter W. Hunt, Ann C. Collier, Charles Flexner, Ronald J. Bosch. Factors associated with CD8+ T-cell activation in HIV-1-infected patients on long-term antiretroviral therapy. JAIDS 2014;67(2):153-60. PMID: 25072610

**69.** Vardhanabhuti S, **Taiwo B,** Kuritzkes DR, Eron JJ Jr, Bosch RJ. Phylogenetic evidence of HIV-1 sequence evolution in subjects with persistent low-level viremia. Antivir Ther. 2014. doi: 10.3851/IMP2772. PMID: 24699164

70.   Kelly SG, **Taiwo BO,** Wu Y, Bhatia R, Kettering CS, Gao Y, Li S, Hutten R, Ragin AB. Early suppressive antiretroviral therapy in HIV infection is associated with measurable changes in the corpus callosum. J Neurovirol. 2014;20(5):514-20. PMID: 24965253

71.   Fasunla AJ, Ogunbosi BO, Odaibo GN, Nwaorgu OGB, **Taiwo B,** Olaleye DO, Osinusi, K, Murphy RL, Adewole IF, Akinyinka OO. Comparison of auditory brainstem response in HIV-1 exposed and unexposed newborns and correlation with the maternal viral load and CD4+ cell counts. AIDS. 28(15):2223-30. PMID:25313584

72.   Fasunla AJ, Ogunbosi BO, Odaibo GN, **Taiwo B,** Nwaorgu OGB, Olaleye DO, Murphy RL, Adewole IF, Kanki P, Akinyinka OO. Cleft palate in HIV-exposed newborns of mothers on antiretroviral therapy. Oral Surgery Sept 2014. DOI: 10.1111/ors.12117

73.   Chang HC, Bayeva M, **Taiwo B,** Palella FJ, Hope TJ, Ardehali H.. High Cellular Iron Levels are Associated with Increased HIV Infection and Replication. AIDS Research and Human Retroviruses 2014. PMID:25291189

74.   Musa J, Achenbach C, **Taiwo B,** Berzins B, Silas O, Daru PH, Agbaji O, Imade G, Sagay AS, Idoko JA, Kanki PJ, Murphy RL. High-risk human papilloma virus and cervical abnormalities in HIV-infected women with normal cervical cytology. Infect Agent Cancer. 2014 Nov 3;9(1):36.

75.   Kuti MA, Adesina OA, Awolude OA, Ogunbosi BO, Fayemiwo SA, Akinyemi JO, Adetunji AA, Irabor AE, Odaibo GN, Prosper O, **Taiwo BO,** Olaleye D, Murphy RL, Kanki P, Adewole IF. Dyslipidemia in ART-naïve HIV-infected persons in Nigeria: implications for care. J Int Assoc Prov AIDS Care 2014 ( E pub ahead of print). PMID: 25331224

76.   Tenorio AR, Chan ES, Bosch RJ, Macatangay BJ, Read SW, Yesmin S, **Taiwo B,** Margolis DM, Jacobson JM, Landay AL, Wilson CC; for the A5286 Team. Rifaximin Has a Marginal Impact on Microbial Translocation, T-cell Activation and Inflammation in HIV-Positive Immune Non-responders to Antiretroviral Therapy - ACTG A5286. J Infect Dis. 2015; 211(5):780-90. PMID: 25214516

77.   Maxwell O Akanbi, **Babafemi O Taiwo**, Chad J Achenbach, Obianuju B Ozoh, Daniel O Obaseki, Halima Sule, Oche O Agbaji and Christiana O Ukoli . HIV Associated Chronic Obstructive Pulmonary Disease in Nigeria. J AIDS Clin Res 6: 453. doi:10.4172/2155- 6113.1000453

78.   **Taiwo BO,** Chen E, Fichtenbaum CJ, et al. Less bone loss with Maraviroc-Versus Tenofovir-containing Antiretroviral Therapy in the AIDS Clinical Trials Group A5303 Study.

Clinical Infectious Disease; 61(7):1179-88

**79.** Adejumo O, Oladeji B, Akpa O, Malee K, Baiyewu O, Ogunniyi A, Evans S, Berzins B, **Taiwo B**. Psychiatric disorders and adherence to antiretroviral therapy among a population of HIV-infected adults in Nigeria. Int J STD AIDS. 2015 Sep 18. pii: 0956462415600582. [Epub ahead of print]. PMID: 26384949

**80.** Adejumo OA, Malee KM, Ryscavage P, Hunter SJ, **Taiwo BO**. Contemporary issues on the epidemiology and antiretroviral adherence of HIV-infected adolescents in sub-Saharan Africa: a narrative review. J Int AIDS Soc. 2015 Sep 16;18(1):20049. PMID: 26385853

**81.** Parikh S, Fehintola F, Huang L, Olson A, Adedeji WA, Darin KM, Morse GD, Murphy RL, **Taiwo BO**, Akinyinka OO, Adewole IF, Aweeka FT, Scarsi KK. Artemether-Lumefantrine Exposure in HIV-Infected Nigerian Subjects on Nevirapine-Containing Antiretroviral Therapy. Antimicrob Agents Chemother. 2015 Dec;59(12):7852-6. PMID: 26392500

**82.** Oladeji BD, **Taiwo B**, Mosuro O, Fayemiwo SA, Abiona T, Fought AJ, Robertson K, Ogunniyi A, Adewole IF. Suicidal Behavior and Associations with Quality of Life among HIV/AIDS-Infected Patients in Ibadan, Nigeria**.** J Int Assoc Provid AIDS Care. 2015. pii: 2325957415617829. PMID: 26586788

**83.** Bedimo R, Kang M, Tebas P, Overton ET, Hollabaugh K, McComsey G, Bhattacharya D, Evans C, Brown TT, **Taiwo B**. Effects of Pegylated Interferon/Ribavirin on Bone Turnover Markers in HIV/Hepatitis C Virus-Coinfected Patients. AIDS Res Hum Retroviruses. 2015 Nov 24. [Epub ahead of print]. PMID: 26499270

**84.** Girouard MP, Sax PE, Parker RA, **Taiwo B**, Freedberg KA, Gulick RM, Weinstein MC, Paltiel AD, Walensky RP. The cost-effectiveness and budget impact of two-drug dolutegravir-lamivudine regimens for the treatment of HIV infection in the United States. Clin Infect Dis 2016; 62(6):784-91. PMID: 26658053

**85.** Simeon Cadmus, Bassirou Diarra, Brehima Traore, Mamoudou Maiga, Sophia Sidiqqui, Anatole Tounkara, Olutayo Falodun, Wole Lawal, Isaac Adewole, Robert L. Murphy, D. Van Soolingen and **Babafemi Taiwo**. Nontuberculous mycobacteria isolated from tuberculosis suspects in Ibadan, Nigeria. Journal of Pathogens;2016:6547363. doi: 10.1155/2016/6547363

**86.**  La Rosa A, Harrison L, **Taiwo B**, Wallis C, Zheng L, Kim P, Kumarasamy N, Hosseinipour M, Mellors J, Collier A. Randomized Study of Second-line Antiretroviral Therapy in Resource- Limited Settings: Results of AIDS Clinical Trials Group Protocol A5273. Lancet HIV 2016: Jun;3(6):e247-58. doi: 10.1016/S2352-3018(16)30011-X

**87.**  Robertson KR, Miyahara S, Lee A, Brown TT, Chan ES, Berzins B, Rusin D, Eron JJ, **Taiwo BO.** Neurocognition in maraviroc- compared to tenofovir: a double blind randomized placebo controlled trial ACTG A5303 AIDS. 2016 Jun 20. [Epub ahead of print]

**88.**  Musa J, Nankat J, Achenbach CJ, Shambe IH, **Taiwo BO**, Mandong B, Daru PH, Murphy RL, Sagay AS. Cervical cancer survival in a resource-limited setting-North Central Nigeria. Infect Agent Cancer. 2016 Mar 24;11:15. doi: 10.1186/s13027-016-0062-0

**89.**  Chan ES, Landay AL, Brown TT, Ribaudo HJ, Mirmonsef P, Ofotokun I, Weitzmann MN, Martinson J, Klingman KL, Eron JJ, Fichtenbaum CJ, Plants J, **Taiwo BO**. Differential CD4 count increase and CD4: CD8 ratio normalization with maraviroc compared to tenofovir: a randomized trial. AIDS. 2016 Jun 20. [Epub ahead of print]

**90.**  Kelly S, Nyaku N.Nyaku, **Taiwo BO**. Two-drug treatment approaches in HIV: Finally getting somewhere? Drugs 2016 Feb 17 [E pub ahead of print]. PMID:  26886135

**91.**  Nwogu JN, Ma Q, Babalola CP, Adedeji WA, Morse GD, **Taiwo B**. Pharmacokinetic, Pharmacogenetic, and Other Factors Influencing CNS Penetration of Antiretrovirals**.** AIDS Res Treat. 2016; 2016:2587094

**92.** FK Lopez, Miley M, **Taiwo BO**. Mycobacterium arupense as an emerging cause of tenosynovitis. Emerging Infectious Diseases 2016;22(3. doi:10.3201/eid2203.151479. PMID: 26890501

**93.** Erlandson KM, Wu K, Koletar SL, Kalayjian RC, Ellis RJ, **Taiwo B**, Palella FJ Jr, Tassiopoulos K. Association Between Frailty and Components of the Frailty Phenotype With Modifiable Risk Factors and Antiretroviral Therapy. J Infect Dis. 2017 Mar 15;215(6):933-937.

**94.**  Johs NA, Wu K, Tassiopoulos K, Koletar SL, Kalayjian RC, Ellis RJ, **Taiwo B**, Palella FJ Jr, Erlandson KM. Disability among Middle-Aged and Older Persons with HIV  Infection. Clin  Infect  Dis. 2017 Mar 27. doi: 10.1093/cid/cix253.

**95.** Erlandson KM, Wu K, Koletar SL, Kalayjian RC, Ellis RJ, **Taiwo B**, Palella FJ, Tassiopoulos
K. Frailty and Components of the Frailty Phenotype are Associated with Modifiable Risk Factors and Antiretroviral Therapy. J Infect Dis. 2017 Feb 7. doi: 10.1093/infdis/jix063

**96.** Crowell CS, Maiga AI, Sylla M, **Taiwo B**, Kone N, Oron AP, Murphy RL, Marcelin AG, Traore B, Fofana DB, Peytavin G, Chadwick EG. High Rates of Baseline Drug Resistance and Virologic Failure Among ART Naïve HIV-Infected Children in Mali. Pediatr Infect Dis J. 2017 Feb 13.

**97.** Adetunji AA, Muyibi SA, Imhansoloeva M, Ibraheem OM, Sunmola A, Kolawole OO, Akinrinsola OO, Ojo-Osagie JO, Mosuro OA, Abiolu JO, Irabor AE, Okonkwo P, Adewole IF, **Taiwo BO**. AIDS Care. 2017 May;29(5):575-578

**98.** Kelly SG, Krueger KM, Grant JL, Penugonda S, Feinstein MJ, **Taiwo BO,** Achenbach CJ. Statin Prescribing Practices in the Comprehensive Care for HIV-Infected Patients. J Acquir Immune Defic Syndr. 2017 Sep 1;76(1):e26-e29

**99.** Akanbi MO, Achenbach C, **Taiwo B,** Idoko J, Ani A, Isa Y, Agbaji O, Ukoli C, Akande P, Maiga M, Murphy RL. Evaluation of gene xpert for routine diagnosis of HIV-associated tuberculosis in Nigeria: A prospective cohort study. BMC Pulm Med. 2017 May 30;17(1):8.

**100. Taiwo BO**, Zheng L, Stefanescu A, Nyaku A, Bezins B, Wallis CL, Godfrey C, Sax PE, Acosta E, Haas D, Smith KY, Sha B, Van Dam C, Gulick RM. ACTG A5353: A pilot study of dolutegravir plus lamivudine for initial treatment of HIV-1-infected participants with HIV-1 RNA < 500,000 copies/mL. Clin Infect Dis. 2017 Dec 14. doi: 10.1093/cid/cix1083

**101.** **Taiwo BO**, Marconi VC, Berzins B, Moser CB, Nyaku AN, Fichtenbaum CJ, Benson CA, Wilkin T, Koletar SL, Colasanti J, Acosta EP, Li JZ, Sax PE. Dolutegravir plus lamivudine maintain HIV-1 suppression through week 48 in a pilot randomized trial. Clin Infect Dis. 2017 Dec 26. doi: 10.1093/cid/cix1131.

**102.** Tassiopoulos K, Abdo M, Wu K, Koletar SL, Palella FJ Jr, Kalayjian R, **Taiwo B**, Erlandson KM. Frailty is strongly associated with increased risk of recurrent falls among older HIV-infected adults. AIDS. 2017 Oct 23;31(16):2287-2294. doi: 10.1097/QAD.0000000000001613.16734954.

**103.** Nyaku AN, Kelly SG, **Taiwo** BO. Long-Acting Antiretrovirals: Where Are We now?

*23*

Curr HIV/AIDS Rep. 2017 Apr;14(2):63-71

**104.** Erlandson KM, Perez J, Abdo M, Robertson K, Ellis RJ, Koletar SL, Kalayjian R, **Taiwo B,** Palella FJ Jr, Tassiopoulos K. Frailty, Neurocognitive Impairment, or Both in Predicting Poor Health Outcomes Among Adults Living with HIV. Clin Infect Dis. 2018 May 18. doi: 10.1093/cid/ciy430

**105.** Nyaku AN, Zheng L, Gulick RM, Olefsky M, Berzins B, Wallis CL, Godfrey C, Sax PE, Acosta EP, Haas DW, Smith KY, Sha BE, Van Dam CN, **Taiwo** BO; ACTG A5353 Study Team. Dolutegravir plus lamivudine for initial treatment of HIV-1-infected participants with HIV-1 RNA <500 000 copies/mL: week 48 outcomes from ACTG 5353. J Antimicrob Chemother. 2019 Jan 18

**106.** Gianella S, Marconi VC, Berzins B, Benson CA, Sax P, Fichtenbaum CJ, Wilkin T, Vargas M, Deng Q, Oliveira MF, Moser C, Taiwo BO. Genital HIV-1 Shedding With Dolutegravir (DTG) PluLamivudine (3TC) Dual Therapy. J Acquir Immune Defic Syndr. 2018 Dec 15;79(5):e112-e114.

**107.** Chow FC, Makanjuola A, Wu K, Berzins B, Kim KA, Ogunniyi A, Ellis RJ, Robertson K, Tassiopoulos K, **Taiwo** BO. Physical Activity Is Associated With Lower Odds of Cognitive Impairment in Women but Not Men Living With Human Immunodeficiency Virus Infection. J Infect Dis. 2019 Jan 7;219(2):264-274

**108.** Kalayjian RC, Albert JM, Cremers S, Gupta SK, McComsey GA, Klingman KL, Fichtenbaum CJ, Brown TT, **Taiwo** BO; ACTG A5224s, A5303 Teams. Women have enhanced bone loss associated with phosphaturia and CD4+ cell restoration during initial antiretroviral therapy. AIDS. 2018 Nov 13;32(17):2517-2524

**109.** Ghosn J, **Taiwo** B, Seedat S, Autran B, Katlama C. HIV. Lancet. 2018 Aug 25;392(10148):685- 697

**110.** Akpa O, Miyahara S, **Taiwo B,** Evans S, Berzins B, Robertson K. Similar changes in neuropsychological functioning in english and spanish speaking HIV patients. Brain Behav. 2018 Sep;8(9):e01083. doi: 10.1002/brb3.1083.

**111.** Erlandson KM, Perez J, Abdo M, Robertson K, Ellis RJ, Koletar SL, Kalayjian R, **Taiwo B,** Palella FJ Jr, Tassiopoulos K. Frailty, Neurocognitive Impairment, or Both in Predicting Poor Health Outcomes Among Adults Living with Human Immunodeficiency Virus. Clin Infect Dis. 2019 Jan 1;68(1):131-138.

**112.** Adetunji AA, Adewumi MO, Michael OS, Fayemiwo SA, Ogunniyi A, **Taiwo BO.** Rapid HIV Antigen-Antibody Assays and Detection of Acute HIV Infection in Sub-Saharan Africa. Am J Trop Med Hyg. 2019 Aug;101(2):285-286.

**113.** Adetunji AA, Kuti MA, Audu RA, Muyibi SA, Imhansoloeva M, Mosuro OA, Solanke EA, Akpa OM, Irabor AE, Ladipo M, Berzins B, Robertson K, Ogunniyi A, Adewole IF, **Taiwo BO.** Discordant rapid HIV tests: lessons from a low-resource community. HIV Med. 2018 Jan;19(1):72-76.

**114.** Li JZ, Sax PE, Marconi VC, Fajnzylber J, Berzins B, Nyaku AN, Fichtenbaum CJ, Wilkin T, Benson CA, Koletar SL, Lorenzo-Redondo R, **Taiwo BO.** No Significant Changes to Residual Viremia After Switch to Dolutegravir and Lamivudine in a Randomized Trial. Open Forum Infect Dis. 2019 Feb 11;6(3): ofz056.

**115.** Nwogu JN, Babalola CP, Ngene SO, **Taiwo BO,** Berzins B, Gandhi M. Willingness to Donate Hair Samples for Research Among People Living with HIV/AIDS Attending a Tertiary Health Facility in Ibadan, Nigeria. AIDS Res Hum Retroviruses. 2019 Jul;35(7):642-648.

**116.** Kalayjian RC, Robertson KR, Albert JM, Fichtenbaum CJ, Brown TT, **Taiwo BO**; ACTG 5303 Study Team. Plasma Cystatin C Associates With HIV-Associated Neurocognitive Disorder but Is a Poor Diagnostic Marker in Antiretroviral Therapy-Treated Individuals. J Acquir Immune Defic Syndr. 2019 Jun 1;81(2): e49-e54. doi: 10.1097/QAI.0000000000002016.

**117.** Prasada S, Rivera A, Nishtala A, Pawlowski AE, Sinha A, Bundy JD, Chadha SA, Ahmad FS, Khan SS, Achenbach C, Palella FJ Jr, Ramsey-Goldman R, Lee YC, Silverberg JI, **Taiwo BO**, Shah SJ, Lloyd-Jones DM, Feinstein MJ. Differential Associations of Chronic Inflammatory Diseases with Incident Heart Failure. JACC Heart Fail. 2020 Jun;8(6):489-498.

**118.** Cadmus SI, Akinseye VO, **Taiwo BO,** Pinelli EO, van Soolingen D, Rhodes SG. Interactions between helminths and tuberculosis infections: Implications for tuberculosis diagnosis and vaccination in Africa. PLoS Negl Trop Dis. 2020 Jun 4;14(6):e0008069. doi: 10.1371/journal.pntd.0008069. PMID: 32498074; PMCID: PMC7272205.

**119.** Adewumi OM, Dukhovlinova E, Shehu NY, Zhou S, Council OD, Akanbi MO, **Taiwo B,** Ogunniyi A, Robertson K, Kanyama C, Hosseinipour MC, Swanstrom R. HIV-1 Central Nervous System Compartmentalization and Cytokine Interplay in Non-Subtype B HIV-1 Infections in Nigeria and Malawi. AIDS Res Hum Retroviruses. 2020 Jun;36(6):490-500

**120.** **Taiwo BO,** Quiñones-Mateu ME, Smith K, Zheng L, Gulick R, Nyaku AN, Sax PE, Ha B, Kumwenda J, Olefsky M, Godfrey C, Wallis C. Prior Case of Resistance on Dolutegravir Plus Lamivudine Dual Therapy. AIDS Res Hum Retroviruses. 2020 Apr;36(4):254-255.

25

**121.** Robertson K, Landay A, Miyahara S, Vecchio A, Masters MC, Brown TT, **Taiwo BO.** Limited correlation between systemic biomarkers and neurocognitive performance before and during HIV treatment. J Neurovirol. 2020 Feb;26(1):107-113

**122.** Chow FC, Lyass A, Mahoney TF, Massaro JM, Triant VA, Wu K, Berzins B, Robertson K, Ellis RJ, Tassiopoulos K, **Taiwo B,** D'Agostino RB. Baseline 10-Year Cardiovascular Risk Scores Predict Cognitive Function in Older Persons, and Particularly Women, Living with Human Immunodeficiency Virus Infection. Clin Infect Dis. 2020 Dec 15;71(12):3079-3085.

**123.** Hileman CO, Azzam S, Schlatzer D, Wu K, Tassiopoulos K, Bedimo R, Ellis RJ, Erlandson KM, Kallianpur A, Koletar SL, Landay AL, Palella FJ, Pallaki M, **Taiwo B,** Hoppel CL, Kalayjian RC; ACTG A5322 team. Plasma Citrate and Succinate Are Associated with Neurocognitive Impairment in Older People with HIV. Clin Infect Dis. 2021 Feb10: ciab107. doi: 10.1093/cid/ciab107. Epub ahead of print. PMID: 33564870.

**124.** Beigel JH, Tomashek KM, Dodd LE, Mehta AK, Zingman BS, Kalil AC, et al; ACTT-1 Study Group Members. Remdesivir for the Treatment of Covid-19 - Final Report. N Engl J Med. 2020 Nov 5;383(19):1813-1826.

**125.** Kalil AC, Patterson TF, Mehta AK, Tomashek KM, Wolfe CR, Ghazaryan V, Marconi VC, Ruiz-Palacios GM, Hsieh L, Kline S, Tapson V, Iovine NM, Jain MK, Sweeney DA, El Sahly HM, Branche AR, Regalado Pineda J, Lye DC, Sandkovsky U, Luetkemeyer AF, Cohen SH, Finberg RW, Jackson PEH, **Taiwo B,** … Beigel JH; ACTT-2 Study Group Members. Baricitinib plus Remdesivir for Hospitalized Adults with Covid-19. N Engl J Med. 2021 Mar 4;384(9):795-807.

**126.** Kuhns LM, Johnson AK, Adetunji A, Kuti KM, Garofalo R, Omigbodun O, Awolude OA, Oladeji BD, Berzins B, Okonkwor O, Amoo OP, Olomola O, **Taiwo B.** Adaptation of evidence-based approaches to promote HIV testing and treatment engagement among high-risk Nigerian youth. PLoS One. 2021 Oct 6;16(10):e0258190. doi: 10.1371/journal.pone.0258190. PMID: 34614028; PMCID: PMC8494297.

**127.** Tucker JD, Iwelunmor J, Abrams E, Donenberg G, Wilson EC, Blachman-Demner D, Laimon L, **Taiwo BO,** Kuhns LM, John-Stewart GC, Kohler P, Subramanian S, Ayieko J, Gbaja-Biamila T, Oladele D, Obiezu-Umeh C, Chima KP, Jalil EM, Falcao J, Ezechi OC, Kapogiannis BG. Accelerating adolescent HIV research in low-income and middle-income countries: evidence from a research consortium. AIDS. 2021 Dec 1;35(15):2503-2511. doi: 10.1097/QAD.0000000000003049. PMID: 34870930.

**128.** **Taiwo BO,** Kuti KM, Kuhns LM, Omigbodun O, Awolude O, Adetunji A, Berzins B, Janulis P, Johnson AK, Okonkwor O, Oladeji BD, Muldoon A, Adewumi OM, Amoo P, Atunde H, Kapogiannis B, Garofalo R. Effect of Text Messaging Plus Peer Navigation on Viral Suppression

Among Youth With HIV in the iCARE Nigeria Pilot Study. J Acquir Immune Defic Syndr. 2021 Aug 1;87(4):1086-1092. doi: 10.1097/QAI.0000000000002694. PMID: 34153015; PMCID: PMC8496997.

**129.** Caricchio R, Abbate A, Gordeev I, Meng J, Hsue PY, Neogi T, Arduino R, Fomina D, Bogdanov R, Stepanenko T, Ruiz-Seco P, Gónzalez-García A, Chen Y, Li Y, Whelan S, Noviello S; CAN-COVID Investigators. Effect of Canakinumab vs Placebo on Survival Without Invasive Mechanical Ventilation in Patients Hospitalized With Severe COVID-19: A Randomized Clinical Trial. JAMA. 2021 Jul 20;326(3):230-239. doi: 10.1001/jama.2021.9508. PMID: 34283183; PMCID: PMC8293025.

**130.** Sadoff J, Gray G, Vandebosch A, Cárdenas V, Shukarev G, Grinsztejn B, Goepfert PA, Truyers C, Fennema H, Spiessens B, Offergeld K, Scheper G, Taylor KL, Robb ML, Treanor J, Barouch DH, Stoddard J, Ryser MF, Marovich MA, Neuzil KM, Corey L, Cauwenberghs N, Tanner T, Hardt K, Ruiz-Guiñazú J, Le Gars M, Schuitemaker H, Van Hoof J, Struyf F, Douoguih M; ENSEMBLE Study Group. Safety and Efficacy of Single-Dose Ad26.COV2.S Vaccine against Covid-19. N Engl J Med. 2021 Jun 10;384(23):2187-2201. doi: 10.1056/NEJMoa2101544. Epub 2021 Apr 21. PMID: 33882225; PMCID: PMC8220996.

**131.** Ozer EA, Simons LM, Adewumi OM, Fowotade AA, Omoruyi EC, Adeniji JA, Olayinka OA, Dean TJ, Zayas J, Bhimalli PP, Ash MK, Maiga AI, Somboro AM, Maiga M, Godzik A, Schneider JR, Mamede JI, **Taiwo BO,** Hultquist JF, Lorenzo-Redondo R. Multiple expansions of globally uncommon SARS-CoV-2 lineages in Nigeria. Nat Commun. 2022 Feb 3;13(1):688. doi: 10.1038/s41467-022-28317-5. PMID: 35115515; PMCID: PMC8813984.

**132.** Sarro YDS, Butzler MA, Sanogo F, Kodio O, Tolofoudie M, Goumane MS, Baya B, Diabate S, Diallo IB, Daniogo D, Dembele BPP, Camara I, Kumar A, Dembele E, Kone B, Achenbach CJ, Theron G, Ouattara K, Toloba Y, Diarra B, Doumbia S, **Taiwo B,** Holl JL, Murphy RL, Diallo S, McFall SM, Maiga M. Development and clinical evaluation of a new multiplex PCR assay for a simultaneous diagnosis of tuberculous and nontuberculous mycobacteria. EBioMedicine. 2021 Aug;70:103527. doi: 10.1016/j.ebiom.2021.103527. Epub 2021 Aug 11. PMID: 34391092; PMCID: PMC8365364.

**133.** Wilkins JT, Hirschhorn LR, Gray EL, Wallia A, Carnethon M, Zembower TR, Ho J, DeYoung BJ, Zhu A, Rasmussen-Torvik LJ, **Taiwo B,** Evans CT. Serologic Status and SARS-CoV-2 Infection over 6 Months of Follow Up in Healthcare Workers in Chicago: A Cohort Study. Infect Control Hosp Epidemiol. 2021 Aug 9:1-9. doi: 10.1017/ice.2021.367. Epub ahead of print. PMID: 34369331; PMCID: PMC8438416.

**134.** Nwogu JN, Gandhi M, Owen A, Khoo SH, **Taiwo B,** Olagunju A, Berzins B, Okochi H, Tallerico R, Robertson K, Babalola CP. Associations between efavirenz concentrations, pharmacogenetics and neurocognitive performance in people living with HIV in Nigeria. AIDS.

2021 Oct 1;35(12):1919-1927. doi: 10.1097/QAD.0000000000002984. PMID: 34115651; PMCID: PMC8462442.

**135.** Al-Heeti O, Kumar RN, Kling K, Angarone M, Achenbach C, **Taiwo B.** Remdesivir retreatment: another unproven intervention for COVID-19. J Antimicrob Chemother. 2022 Feb 23;77(3):854-856. doi: 10.1093/jac/dkab472. PMID: 35022726; PMCID: PMC8865007.

**136.** Garofalo R, Adetunji A, Kuhns LM, Omigbodun O, Johnson AK, Kuti K, Awolude OA, Berzins B, Janulis P, Okonkwor O, Oladeji B, Muldoon AL, Amoo OP, Atunde H, Kapogiannis B, **Taiwo BO**. Evaluation of the iCARE Nigeria Pilot Intervention Using Social Media and Peer Navigation to Promote HIV Testing and Linkage to Care Among High-Risk Young Men: A Nonrandomized Controlled Trial. JAMA Netw Open. 2022 Feb 1;5(2):e220148. doi: 10.1001/jamanetworkopen.2022.0148. PMID: 35191969.

**Worldwide web-based publications**

**1.** Krakower D, **Taiwo BO,** Murphy RL, Gandhi R. Adverse effects of antiretroviral therapy in resource-limited settings. Up to date.

**2. Taiwo BO**. Response Confirmed (and Some Fears Allayed) in Maraviroc Trials. HIV Journal Options 2009, Volume 5, Issue  1.

**3.** Advances in HIV Treatment: How HIV Cocktail Work. Web MD 2010. http://www.webmd.com/hiv-aids/features/hiv-aids-treatment

**Books and Chapters**

**1. Taiwo BO**. General HIV Medicine. The Floating Gallery Press, NY, NY, 2004.

**2.** Murphy RL, Flaherty JP, **Taiwo BO**. Contemporary Diagnosis and Management of HIV. Handbooks in Healthcare Company 2008.

**3.** Idoko J, **Taiwo BO,** Murphy R.   Treatment and care  of HIV disease.      In: Adeyi O, Kanki PJ, Odutolu O), Idoko JA, Eds. AIDS in Nigeria: A Nation on the Threshold, Harvard  University Press, Cambridge, MA, 2006, pp 385-436.

**4. Taiwo BO** and Murphy RL. Corticosteroids and  other immunosuppressants. In: Schlossberg's Clinical Infectious Diseases. Cambridge University Press 2008, pp 605-611.

**5. Taiwo BO** and Murphy RL. Antiretroviral Treatment Failure, Drug Resistance, and Management of Therapy-experienced patients. In: From The Ground Up.

*28*

<u>Establishing a Framework for Success.</u> Elizabeth Glaser Foundation, Washington, DC 2009, pp 89-99.

**6.** Christine Katlama, **Babafemi Taiwo,** Robert Murphy. Amprenavir and Fosamprenavir. In: Kucer's <u>The Use of Antibiotics</u>. Edward Arnold Ltd. London, England, pp 2809-23

**7.** WHITE PAPER: Low Level Viremia for the American Academy of HIV Medicine 2013. Available at http://www.aahivm.org/HIV_Specialist/upload/Final%20PDF%2010.31.pdf (Page 11-17

**8.** Thomas G, Bhatia B, **Taiwo BO.** Tuberculosis and Non-Tuberculosis Mycobacterial Infections in Baliga RR (ed). Textbook of Internal Medicine with 1000 MCQs--An Intensive Board Review Book. *Blendon Miller,* 2016

**9.** Section Editor, Anatomic Compartments. T. Hope, DD Richman, M. Stevenson ed. Encyclopedia of AIDS. Springer, 2 0 1 8

**Selected Abstracts**

**1.** Adeyemi O, Huang J, Obias A, Noskin GA**, Taiwo BO.** Trends in species distribution and associated mortality of candidemia. 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy October 25 - 28, 2008, Washington, DC

**2. Taiwo BO,** Idoko J, Penugonda S, et al. Early detection of virologic failure is associated with preserved etravirine activity. XVIII International AIDS Conference 2009, Cape Town.

**3. Taiwo BO,** Idoko JA, Marcelin A, et al. Patient-selected treatment partners did not protect against drug resistance during first-line NNRTI-based HAART in a randomized trial. 17th Conference on Retroviruses and Opportunistic Infections, February 16-19, 2010, San Francisco.
Abstract 867

**4. Taiwo BO,** Gallien S, Aga E, et al. HIV-1 drug resistance evolution during persistent near target viral suppression. International HIV and Hepatitis Virus Drug Resistance Workshop and Curative Strategies. June 8-12, Dubrovnik, Croatia. Oral Abstract 30.

5. **Babafemi Taiwo,** Summer Zheng, Sebastien Gallien, Roy Matining, Daniel Kuritzkes, Baiba Berzins, Edward Acosta, Peter Kim, Joseph Eron and ACTG A5262 Team, A Pilot Efficacy and Safety Trial of Raltegravir Plus Darunavir/Ritonavir for Treatment-Naïve HIV-1 Infected Subjects. Poster 551. 18th Conference on Retroviruses and Opportunistic Infections Boston MA, February 28-March 4, 2011

6. Patrick Ryscavage, Sarah Sutton, Evan Anderson, Susheel Reddy, **Babafemi Taiwo**. Clinical Outcomes of HIV-1-infected Adolescents and Young Adults in Adult-Oriented Care. Poster 694. Conference on Retroviruses and Opportunistic Infections, Boston MA, February 28-March 4, 2011 (Oral, Theme Presentation)

7. Maiga AI, Penugonda S, Fofana DB, Cisse M, Katile D, Maiga MY, Traore HA, Tounkara A, Murphy R, **Taiwo BO**. Connection domain mutations in a treatment-experienced CRFO2_AG infected Malian cohort. IAS 2011 Rome

8. Alami NN, Foroughi M, **Taiwo BO**, et al. CD4 count and eligibility for ART at presentation for HIV care in Tehran, Iran. IAS 2011, Rome

9. **Taiwo B**, Yanik E, Napravnik S, Ryscavage P, Koletar S, Moore RD, Kahn J, Mathews C, Crane H, Eron J. Laboratory abnormalities following initiation of modern ART in the US, 2000- 2010 among the CNICS Cohort. Abstract L-179. (Presented at the March 2012 Conference on
Retroviruses and Opportunistic Infections)

10. **Taiwo B**, Hunt P, Gandhi R, Ellings A, Jacobson J, Bosch R. Immne Activation in HIV-1 patients experiencing transiently detectable viremia during antiretroviral therapy. Abstract D-
267. (Presented at the March 2012 Conference on Retroviruses and Opportunistic Infections)

11. Akanbi M, Achenbach C, Feinglass, J, Onu A, Kyriacou D, **Taiwo B**, Agbaji O, Kanki P, Murphy R. Tuberculosis risk after a year of first-line ART among individuals with HIV infection in Jos, Nigeria. Influence of CD4 cell count and HIV RNA level. (Presented at the March 2012 Conference on Retroviruses and Opportunistic Infections)

12. Wohl D, Fitchenbaum C, Campbell T, **Taiwo B**, Hicks C, McComsey G, Koletar S, Sax P, Stein JH, Cardiovascular disease (CVD) risk marker in patients receiving abacavir, tenofovir, and zidovudine. The nucleoside inflammation, coagulation and endothelial finction (NICE) study. (Presented at the March 2012 Conference on Retroviruses and Opportunistic Infections)

*30*

**13.** Cara Wilson. Roy Matining, Joesph Eron, Lu Zheng, Charles Rinaldo, Michael Lederman, Daniel Kuritzkes, Amy Jennings, Baiba Berzins, Peter Kim and **Babafemi Taiwo**. Association between markers of immune activation, inflammation, coagulation and virologic failure in A5262: A single arm study of darunavir/ritonavir plus raltegrair in treatment-naïve HIV-1 infected patients. Poster 837 (Presented at the March 2012 Conference on Retroviruses and Opportunistic Infections)

**14. Taiwo B**, Swindells S, Berzins B, et al. Week 48 results of the Maraviroc Plus Darunavir/ritonavir Study (MIDAS) for treatment-naive patients infected with R5-tropic HIV-1. XIX International AIDS Conference. July 22-27, 2012, Washington, DC. Abstract TUPE099

**15. Taiwo B,** Swindells S, Berzins B, et al. Maraviroc + Darunavir/ritonavir Once Daily Exhibits Rapid Early Viral Decay: Results of the Viral Dynamics Sub-study of MIDAS. CROI 2013

**16.** Vardhanabhuti S, **Taiwo B**, Kuritzkes D, Eron JJ, Bosch RJ. HIV-sequence evolution during persistent low-level viremia. Presented (Oral) at the HIV Therapy and Resistance Evolution Conference  2013

**17.** Li J, Chapman B, Cherlebois P, Hoffman O, Eron J, **Taiwo B,** Zody M, Henn M, Hide W, Kuritzkes D. Comparison of 454 and illumine deep sequencing in participants failing raltegravir- based antiretroviral therapy and the A5262 Study Team. Poster 108. International Workshop on HIV Resistance 2013

**18. Babafemi Taiwo**, Benjamin Ambruster. Analyzing the drivers of PrEP cost-effectiveness. THPE199. 20th International AIDS Conference. Melbourne Australia, July 20-25, 2014

**19. Babafemi Taiwo,** Benjamin Ambruster. Potential pitfalls of 2013 WHO ART initiation guidelines if supplies do not increase. TUPE386. 20th International AIDS Conference. Melbourne Australia, July 20-25, 2014

**20.** Bedimo R, Kang M, Tebas P, Overton E, Hollobaugh K, McComsey G, Bhattacharya D, Evans C, Brown T, **Taiwo B.** The effects of interferon/ribavirin therapy on bone turnover markers in HIV-HCV coinfected patients. Presented at the 54th ICAAC. September 5-9, 2014. Washington DC

**21.** Bedimo R, Kang M, Tebas P, Overton E, Hollabaugh K, McComsey G, Bhattacharya D, Evans C, Brown T, **Taiwo B.** Effects of Interferon/Ribavirin on Bone Turnover Markers (BTMs) in HIV/HCV Co-Infected Subjects. 16th International Workshop for Comorbidities and Adverse Drug Reactions; Philadelphia, PA; October 5-7, 2014

**22. Babafemi Taiwo**, Ellen Chan, Heather Ribaudo Carl Fichtenbaum, Athe Tsibris, Karin Klingman, Joseph Eron, Baiba Berzins and Todd Brown for the AIDS Clinical Trials Group A5303 Study Team. Less Bone Loss with a Maraviroc Regimen in HIV-infected Treatment- Naïve Subjects. Poster 769 LB. Conference on Retroviruses and Opportunistic Infection; Seattle WA; February 23-26, 2015.

**23.** Oladeji B, **Taiwo B**, Robertson K, et al. Determinants of quality of life in a cohort of people living with HIV in Nigeria. Abstract WEPE332. 8th IAS Conference on HIV Pathogenesis, Treatment & Prevention, Vancouver, Canada, July 19-22, 2015.

**24.** Adejumo O, Oladeji B, Akpa O, Malee K, Baiyewu O, Ogunniyi A, Evans S, Berzins B,**Taiwo B.** Psychiatric Disorders and adherence to antiretroviral therapy among a population of adults with HIV infection in Nigeria. Abstract 24. Presented at 9th INTEREST Workshop, May 5-7, 2015.

**25.** Claudia S Crowell Almoustapha Issiaka Maiga, Mariam Sylla, **Babafemi Taiwo**,Niaboula Koné, Robert Leo Murphy, Anne-Genevieve Marcelin, Ban Traore, Djeneba Bocar Fofana, and Ellen G Chadwick. High rates of baseline NNRTI-resistance and virologic failure among ART naïve HIV-1-infected children in Mali. J Int AIDS Soc. 2015; 18(5Suppl 4): 20479

**26.** Kristin Darin, Oluremi Olaitan, Holly Rawizza, Patrick Akande, Chad Achenbach, **Babafemi Taiwo**, Robert L. Murphy, Phyllis Kanki, Prosper Okonkwo, Kimberly Scarsi. Optimizing therapy for tuberculosis/HIV co-infected patients through a rifabutin access protocol. Poster 296. ACCP Global Conference on Clinical Pharmacy • October 17-21, 2015 • San Francisco

**27.** Michael P. Girouard, Paul E. Sax, Robert A. Parker, **Babafemi Taiwo,** Kenneth A. Freedberg, Roy M. Gulick, Milton C. Weinstein, A. David Paltiel, Rochelle P. Walensky. The cost-effectiveness and budgetary impact of a two-drug dolutegravir-lamivudine regimen for HIV in the United States. Late Breaker. IAS Conference, Vancouver Canada, July 19-22

**28.** La Rosa A., Harrison L., **Taiwo B.,** Wallis C., Zheng L., Kim P., Kumarasamy N., Hosseinipour M., Mellors J., Collier A. ACTG 5273 Randomized Trial of Second-line ART Supports WHO Guidance. Abstract 30, 23rd Annual Conference on Retroviruses and Opportunistic Infections, Boston, Massachusetts, 02/23/2016 - 02/25/2016. (A5273)

**29.** Kalayjian R., Albert J., Cremers S., Klingman K., Fichtenbaum C., Eron J., Brown T., **Taiwo B**. Bone Loss with Antiretroviral Therapy is Associated with Phosphaturia. Abstract 694, 23rd Annual Conference on Retroviruses and Opportunistic Infections, Boston, Massachusetts, 02/23/2016- 02/25/2016. (NWCS 395)

**30.** Erlandson K., Wu K., Kalayjian R., Koletar S., **Taiwo B.,** Palella F., Tassiopoulos K. Factors Associated with Limitations in Daily Activity  Among Older HIV+ Adults. Abstract 721, 23rd Annual Conference on Retroviruses and Opportunistic Infections, Boston, Massachusetts, 02/23/2016 - 02/25/2016. (A5322)

**31.** Erlandson K., Wu K., Koletar S., Kalayjian R**., Taiwo B.,** Palella F., Tassiopoulos K. Frailty   is associated with NNRTI-based Initial ART and Modifiable Risks in ACTG 5322. Abstract 719, 23rd Annual Conference on Retroviruses and Opportunistic Infections, Boston, Massachusetts, 02/23/2016 - 02/25/2016. (A5322)

**32.** Robertson K., Miyahara S., Brown T., Chan E., Berzins B., Rusin D., **Taiwo B.** MVC and TDF Reduce Neurocognitive Impairment in Initial ART. Abstract 147, 23rd Annual Conference on Retroviruses and Opportunistic Infections, Boston, Massachusetts, 02/23/2016  - 02/25/2016. (A5303)

**33.** Chan E., Mirmonsef P., Brown T., Landay A., Ofotokun I., Weitzmann M., Martinson J., Klingman K., Plants J., Ribaudo H., **Taiwo B**. Immunologic Effects of Maraviroc vs. Tenofovir and Associations with Bone Loss. Abstract 695 Late Breaker, 23rd Annual Conference on Retroviruses and Opportunistic Infections, Boston, Massachusetts, 02/23/2016 - 02/25/2016. (A5303)

**34.** Erlandson KM, Wu K, Kalayjian R, Koletar S, **Taiwo B,** Palella FJ, Tassiopoulos K. Factors Associated with Limitations in Daily Activiry Among Older HIV + Adults. 7th International Workshop on Aging. Setember 26-27, Washington DC

**35.** Tassiopoulos K., Abdo M., Koletar S., Palella F., **Taiwo B.,** Erlandson K. Frailty Status and Risk of Falls in HIV-Infected Older Adults in the ACTG A5322 Study.

Abstract 666. Conference on Retroviruses and Opportunistic Infections, Seattle, Washington, 02/13/2017 - 02/16/2017

**36.** Erlandson K., Abdo M., Robertson K., Koletar S., Kalayjian R., **Taiwo B.,** Palella F., Tassiopoulos K. Frailty has a stronger association than neurocognitive impairment with poor outcomes. Conference on Retroviruses and Opportunistic Infections, Seattle, Washington, 02/13/2017 - 02/16/2017.

**37.** Robertson K., Miyahara S., Landay A., Brown T., Fichtenbaum C., Eron J., Klingman K., Tsibris A., **Taiwo B.** Systemic inflammatory and immune biomarkers in neurocognitive changes with initial ART. Abstract 665. Conference on Retroviruses and Opportunistic Infections, Seattle, Washington, 02/13/2017 - 02/16/2017.

**38.** Olubusuyi M. Adewumi, Elena Dukhovlinova, Nathan Shehu, Shuntai Zhou, Maxwell Akanbi, **Babafemi Taiwo**, Adesola Ogunniyi, Kevin Robertson, Ronald Swanstrom. HIV CNS compartmentalization among subjects with HIV-1 subtypes G and CRF02_AG. Abstract 369. Conference on Retroviruses and Opportunistic Infections, Seattle, Washington, 02/13/2017 - 02/16/2017.

**39.** A. Makanjuola, K. Wu, K. Tassiopoulos, B. Berzins, A. Ogunniyi, K. Robertson, **B. Taiwo,** F. Chow. Higher HDL, better brain? Higher HDL cholesterol is associated with better cognition in a cohort of older persons living with HIV infection. Abstract MOPDB0103. 9th International AIDS Society Conference on HIV Science, 23-26 July 2017, Paris, France

**40.** O. Adejumo, K. Malee, S.J. Hunter, R.E. Oladokun, B. Brown, O. Omigbodun1, A. Ogunniyi, K. Robertson**, B. Taiwo.** Children and HIV in Nigeria: prevalence, patterns and correlates of emotional and behavioral comorbidity. Abstract TUEB0470. 9th International AIDS Society Conference on HIV Science, 23-26 July 2017, Paris, France

**41. B.Taiwo**, L. Zheng, A.N. Nyaku, A. Stefanescu, P.E. Sax, D. Haas, B. Berzins, C.L. Wallis, K.Y. Smith, B. Ha, C. Godfrey, J. Kumwenda, E. Acosta, B. Sha, C. Van Dam, R.M. Gulick13,  A5353 Team. ACTG A5353: a pilot study of dolutegravir (DTG) + lamivudine (3TC) for initial treatment of HIV-1-infected participants with HIV-1 RNA < 500,000 copies/mL. Late Breaker Oral Abstract MOAB0107LB. 9th International AIDS Society Conference on HIV Science, 23-26 July 2017, Paris, France

**42.** Chow F, Wu K, Tassiopouluos K, Berzins B, Robertson K, **Taiwo B**. Cardiovascular risk factors associated with neurocognitive impairment differ by sex. Abstract 412. CROI 2018. March 4-7, Boston MA

**43.** Hsue P, Ribaudo H, Deeks SG, Lederman MM, Fichtenbaum C, Luekemeyer A, Daar E, Rodriguez B, **Taiwo B**, Haas D, Johnson V, Stein J, Currier J. Impact of LDMTX on immune activation and endothelial function in HIV. Abstract 79. CROI 2018. March 4-7, Boston MA

**44.** Garofalo R, Adetunji A…., **Taiwo B**. Preliminary Efficacy of a Combination HIV Testing Intervention for Young Men Including MSM in Ibadan, Nigeria. 23rd IAS Conference.

**45.** Achenbach, D Nannini, I Clerc, H Hudson, B Joyce, K Wu, K Tassiopoulos, PW Hunt, **B Taiwo,** R D'Aquila, S Penugonda, L Hou, FJ Palella. Telomere length, telomerase a tivitiy, and age-related disease: ACTG NWCS 422. CJ. Topics in antiviral medicine, **2019**, 27(SUPPL 1), 92s

**46.** Hileman CO, Azzam S, Schlatzer D, Wu K, Tassiopoulos K, Bedimo R, Ellis RJ, Erlandson KM, Koletar SL, Landay A, Palella FJ, Pallaki M, **Taiwo B**, Hoppel CL, Kalayjian R. Tricarboxylic acid metabolites predict metabolic comorbidities and death in aging PWH. Poster presentation at CROI 2020, Boston, MA.

**47.** Hileman CO, Azzam S, Schlatzer D, Wu K, Tassiopoulos K, Bedimo R, Ellis RJ, Erlandson KM, Koletar SL, Landay A, Palella FJ, Pallaki M, **Taiwo B**, Hoppel CL, Kalayjian R. Plasma citrate and succinate predict neurocognitive impairment in older PWH. Poster presentation at CROI 2020, Boston, MA

**48.** Corrilynn O. Hileman, Sausan Azzam, Daniela Schlatzer, Kunling Wu, Katherine Tassiopoulos, Roger Bedimo, Ronald J. Ellis, Kristine M. Erlandson, Susan L. Koletar, Alan Landay, Frank J. Palella, Muralidhar Pallaki, **Babafemi Taiwo**, Charles L. Hoppel, Robert Kalayjian. Tricarboxylic acid metabolites predict metabolic comorbidities and death in aging PWH . Poster 685. CROI 2020

**49.** Phase-2 evaluation of SAB-185, a polyclonal antibody treatment for COVID-19 in ACTIV-2/ACTG A5401. **Taiwo B**, Kara Chew et al.  CROI 2022

**SELECTED PRESENTATIONS**

**1.** Invited Speaker, US National Minority AIDS Education and Training Center. Title: HIV Update, Las Vegas, 2002

**2.** CME Lecture, Oak Forest Hospital. Title: Immunization Update. Oak Forest, IL, November 13, 2006

**3.** Invited Lecture, Harvard PEPFAR Program. Title: Harvard PEPFAR HIV Protocol. Ibadan, Nigeria, February 21, 2007

**4.** Grand Round, West Suburban Hospital. Title: HIV Update. Oak Park, IL, June 6, 2007

**5.** Invited Lecture, University of Maiduguri, Department of Medicine. Title: Treatment of Drug Resistant HIV-1. Maiduguri, Nigeria, June 21, 2007

**6.** Invited Lecture, Harvard PEPFAR Pharmacist Workshop. Title: Novel HIV Therapies. Abuja, Nigeria, August 27, 2007

**7.** Invited Lecture, Harvard PEPFAR Pharmacist Workshop. Title: Pathogenesis of HIV Infection. Abuja, Nigeria, August 28, 2007

**8.** Invited Lecture, Harvard PEPFAR HIV Workshop. Title: Clinical Case Presentations: Challenges in the Treatment of Co-infections. Abuja, Nigeria, September 10, 2007

**9.** Invited Lecture, Harvard PEPFAR HIV Workshop. Title: Antiretroviral Treatment Adherence. Abuja, Nigeria, September 17, 2007

**10.** Fellowship Program Lecture, Northwestern University. Title: HIV in sub-Saharan Africa. November 21, 2007

**11.** Invited Lecture, AIDS Prevention Initiative in Nigeria HIV Conference. Title: Management of HIV. Abuja, Nigeria, January 21, 2008

**12.** CME Lecture, Thorek Hospital. HIV Update. Chicago, IL. March 11, 2008

**13.** Invited Lecture, Harvard PEPFAR Conference. Title: HIV Management. Enugu, Nigeria, March 18, 2008

**14.** Invited Speaker, Faculty of Basic Medical Sciences Annual Conference. Title: From Pollination to Cross Fertilization: Pathways for Success in Biomedical Research. Ibadan, Nigeria, June 27, 2008

**15.** Invited Lecture, AIDS Prevention Initiative in Nigeria. Title: Management of ARV Resistance. Ibadan, Nigeria, August 28, 2008

**16.** CME Lecture, St Mary and Elizabeth Hospital. Title: HIV Update. Chicago, IL, September 23, 2008

**17.** Invited Lecture, Harvard PEPFAR Conference. Title: HIV Resistance Update. Lagos, Nigeria, October 8, 2008

**18.** Invited Lecture, Harvard PEPFAR Conference. Title: Immune Reconstitution in hepatitis/HIB co-infection. Lagos, Nigeria, October 10, 2008

**19.** Invited Lecture, Harvard PEPFAR Conference. Title: TB Drug and Vaccine Pipeline. Lagos, Nigeria, November 10, 2008

**20.** Invited Speaker, NU AITRP Inauguration. Title: HIV/AIDS Research Agenda. University of Ibadan, Nigeria, May 27, 2009

**21.** Invited Speaker, National Medical Association. Title: HIV Treatment Update. Las Vegas, July 28, 2009

**22.** Invited Speaker, Studies of Ocular Complications of AIDS (SOCA) Research Group Meeting. Title: Epidemiology of HIV/AIDS in sub-Saharan Africa. Washington DC, September 10, 2009

**23.** Invited Lecture: University of Ibadan College of Medicine. Title: Antiretroviral Drug Resistance. Ibadan, Nigeria, January 15, 2010

**23.** Grand Round. Title: Advances and Unmet Challenges in the Treatment of HIV-1 Infection   and its Major Co-morbidities. Berkshire Medical Center, University of Massachusetts, August 6, 2010

**24.** Expert Panelist. The Neurology of AIDS (Howard E Gendelman, MD,). University of Nebraska, November 12, 2010

**25.** Invited Speaker, Christian Community Health Center. Title: AIDS Clinical Trials. Chicago, IL, November 11, 2010

**26.** Invited Speaker, AIDS Prevention Initiative in Nigeria HIV Conference. Title: Evolution of Antiretroviral Therapy. December 6, 2010. Abuja, Nigeria

**27.** Invited Speaker, Mali National HIV Conference. Title: Maintaining NU AITRP Relevance in Changing Times. Bamako, Mali, January 12, 2011

**28.** Invited Speaker, Medical Education Partnership Initiative in Nigeria. Title: Faculty Development: Examples from Northwestern University and Opportunities for Collaboration. Abuja, Nigeria, February 17, 2011

**28.** Invited Speaker, Medical Education Partnership Initiative in Nigeria. Title: NU AITRP. University College Hospital, Ibadan, Nigeria, September 21, 2011,

**29.** Invited Speaker, Antiretroviral Therapy Strategies Subcommittee Business Session. Title: Optimizing Treatment of Experience Subjects. ACTG Meeting. Washington DC, November 42011

**30.** Invited Panelist, Road to AIDS 2012, US AIDS Conference. Sheraton Chicago Hotel and Towers, Ballroom III. November 12, 2011

**31.** Invited Speaker, HIV and Hepatitis co-infection, Midwest AIDS Training and Education Center, Chicago, September 2012

**32.** Invited Speaker, NeuroAIDS Update, Northwestern University, December 12, 2012

**33.** Panelist, Medical Students Career Day, Northwestern Univeristy, February 6, 2013

**34.** Invited Speaker, ART Update, Duke University, March 18, 2013

**35.** Guest Speaker, College of Medicine, University of Ibadan. Title: NeuroAIDS and Antiretrovial Therapy. September 17, 2013

**36.** Invited Speaker, North Carolina AIDS Training and Education Council, UNC North Carolia. Title: Low Level Viremia During Antiretroviral Therapy: A Moving Target, October 18, 2013

**37.** Invited Speaker, Advances in Antiretroviral Therapy. Lincoln Community Health Center, North Carolina, October 18, 2013.

**38.** Invited Speaker, NeuroAIDS Rounds Table at the Leadership Retreat of the ACTG, Washington DC, November 19, 2013

**39.** Invited Speaker, World AIDS Day. Title: NeuroAIDS in 2013. Northwestern University, December 2, 2013.

**40.** Invited Speaker, Research Collaboration for NeuroAIDS Studies, Nothwestern University, December 17, 2013.

**41.** Convener, 1st NeuroAIDS Conference in Nigeria, University of Ibadan, March 17 and 18, 2014

**42.** Invited Speaker, NIH Workshop on HIV and Hepatitis. Title: Antiretroviral Therapy Update. Tsibli, Republic of Georgia, June 19, 2014

**43.** Panelist, ViiV Healthcare International Scientific Advisory Board. London, June 16, 2014

**44.** Invited Speaker, Grants Writing Workshop. Title: HIV Biomedical Research. 4th Biomedical Research Conference, University of Ibadan, July 3, 2014

**45.** Grand Rounds, Park Plaza Hospital. Title: New Insights into Managing HIV-1: Guideline Recommendations, Individualized Treatment, and Management of Comorbidities, December 10, 2014.

**46.** Grand Rounds. HIV Update. Swedish Convenant Hospital, December 16, 2014

**47.** Faculty Panelist, Medical Students Career Day, Northwestern University, December 15, 2014

**48.** Invited Lecture, NIH NUMERIC Grant. Title: NeuroAIDS Update, December 15, 2014

**49.** Cabotegravir: A Long Acting Agent Under Development for HIV Treatment and Prevention. HIV Translational Research Center Monthly Seminar Series, January 21, 2015

**50.** Grand Rounds: Advances in HIV Therapeutics, Demeron Teaching Hospital, Stockton, California, April 17, 2015

**51.** Plenary Speaker, Less Bone Loss with Maraviroc- Versus Tenofovir-Containing ART at the Annual ACTG Meeting, June  2015

**52.** Invited Speaker, Anneberg Center for Health Sciences and Clinical Care Options. Title: Best Practices in Antiretroviral Therapy-Switching ART in Virologically Suppressed Patients and After Virologic Failure. Houston, Texas, Dec 10, 2015

**53.** Invited Speaker, Anneberg Center for Health Sciences and Clinical Care Options. Title: Best Practices in Antiretroviral Therapy: Initiating First-line Therapy, Kansas  City, November  18, 2015.

**54.** Invited Panelist, *Medscape* Post CROI Roundtable, Boston, Massachusetts, February 27, 2016

**55.** Convener, 2nd NeuroAIDS Conference in Nigeria, University of Ibadan, March 22-26, 2016

**56.** Invited Panelist, Anneberg Center for Health Sciences and Clinical Care Options. Title: Current Controversies in HIV Management. New York, May 14, 2016

**57.** Invited Panelist, Anneberg Center for Health Sciences and Clinical Care Options. Title: Challenging HIV Cases. San Francisco, May 21, 2016

**58.** Invited Speaker, ID Week (Jointly Sponsored by the Infectious Diseases Society of America, Society for Healthcare Epidemiology of America, and HIV Medicine Association). Title: Long-Acting Antiretroviral Agents. New Orleans, October 27, 2016

**59.** Invited Speaker, The Art of ART. Australasian Society for HIV, Viral Hepatitis and Sexual Health Medicine Conference. July 16,-17, 2017. Melbourne, Asutralia.

**60.** Plenary Speaker, ACTG A5353: a pilot study of dolutegravir (DTG) + lamivudine (3TC) for initial treatment of HIV-1-infected participants with HIV-1 RNA < 500,000 copies/mL. ACTG Annual Meeting, June 26, 2017, Washington DC

**61.** Invited Speaker, Challenges in Managing Older HIV Patients,18[th] International Workshop on Clinical Pharmacology of HIV. June 15, 2017, Chicago, IL

**62.** Invited Speaker, Complex Patients, Resistance and Other Challenges. Scientific Exchange at the 9th International AIDS Society Conference, July 23, 2017, Paris, France

**63.** Invited Speaker: 2018 American Conference for the Treatment of HIV. April 5, 2018

**64.** Two-Drug ART Debate. ACTHIV, Chicago 2018

**65.** Invited Speaker: Greensboro Area Health Education Center. HIV Care in 2018: Clinical Update and Vulnerable Populations. May 7, 2018

**66.** Invited Speaker: Spanish HIV Clinical Forum. Changing the paradigm: Reduced Drug Regimens. Madrid Spain, June 8 and 9, 2018

**67.** Long-Acting ART-Workshop (accepted Pre CROI, Seattle March 2019)

**68.** Post CROI Grand Rounds University of Cincinnati March 2019 (accepted)

**69.** HIV Treatment Basics. ACTHIV 2019

**70.** Management of Treatment Experienced Patients ACTHIV Conference Miami April 2019

**71.** Investigational New Antiretroviral Therapies. IAS Midwest Annual Conference, Chicago 2020

**72.** Renal toxicities - Do we need TAF or two-drug strategy in LMIC. 12th National Conference of AIDS Society of India- ASICON 2019, Chennai

**73.** Newer targets, ARVs and Antibodies in pipeline for Treatment. 12th National Conference of AIDS Society of India- ASICON 2019, Chennai

# Exhibit B

1    **PROPOSED PACKAGE INSERT FOR VIREAD TABLETS – Version 13**

2

3    **VIREAD**™

4    (tenofovir disoproxil fumarate) Tablets

5    ]**Only**

6

7    ┌─────────────────────────────────────────────────────────────────────┐

     WARNING
     **LACTIC ACIDOSIS AND SEVERE HEPATOMEGALY WITH STEATOSIS, INCLUDING
     FATAL CASES, HAVE BEEN REPORTED WITH THE USE OF NUCLEOSIDE
     ANALOGS ALONE OR IN COMBINATION WITH OTHER ANTIRETROVIRALS (SEE
     WARNINGS).**
     └─────────────────────────────────────────────────────────────────────┘

11   **DESCRIPTION**

12   VIREAD is the brand name for tenofovir disoproxil fumarate (a prodrug of tenofovir) which is a
13   fumaric acid salt of *bis*-isopropoxycarbonyloxymethyl ester derivative of tenofovir. *In vivo*
14   tenofovir disoproxil fumarate is converted to tenofovir, an acyclic nucleoside phosphonate
15   (nucleotide) analog of adenosine 5'-monophosphate.  Tenofovir exhibits activity against HIV
16   reverse transcriptase.

17   The chemical name of tenofovir disoproxil fumarate is 9-[($R$)-2-[[bis[[(isopropoxycarbonyl)
18   oxy]methoxy]phosphinyl]methoxy]propyl]adenine fumarate (1:1).  It has a molecular formula of
19   $C_{19}H_{30}N_5O_{10}P \bullet C_4H_4O_4$ and a molecular weight of 635.52.  It has the following structural
20   formula:



22   Tenofovir disoproxil fumarate is a white to off-white crystalline powder with a solubility of 13.4
23   mg/mL in distilled water at 25°C.  It has an octanol/phosphate buffer (pH 6.5) partition
24   coefficient (*log p*) of 1.25 at 25°C.

25   VIREAD tablets are for oral administration.  Each tablet contains 300 mg of tenofovir
26   disoproxil fumarate, which is equivalent to 245 mg of tenofovir disoproxil, and the following
27   inactive ingredients: croscarmellose sodium, lactose monohydrate, magnesium stearate,
28   microcrystalline cellulose, and pregelatinized starch.  The tablets are coated with a blue
29   colored film (Opadry II Y-30-10671-A) that is made of FD&C blue #2 aluminum lake,
30   hydroxypropyl methylcellulose 2910, lactose monohydrate, titanium dioxide, and triacetin.

31   In this insert, all dosages are expressed in terms of tenofovir disoproxil fumarate except
32   where otherwise noted.

Tenofovir Disoproxil Fumarate Tablets                                    NDA 21-356
Gilead Sciences, Inc.                                              Section 2: Labeling

**CLINICAL PHARMACOLOGY**

**Microbiology**

*Mechanism of Action:*  Tenofovir disoproxil fumarate is an acyclic nucleoside phosphonate diester analog of adenosine monophosphate.  Tenofovir disoproxil fumarate requires initial diester hydrolysis for conversion to tenofovir and subsequent phosphorylations by cellular enzymes to form tenofovir diphosphate.  Tenofovir diphosphate inhibits the activity of HIV reverse transcriptase by competing with the natural substrate deoxyadenosine 5'-triphosphate and, after incorporation into DNA, by DNA chain termination.  Tenofovir diphosphate is a weak inhibitor of mammalian DNA polymerases $\alpha$, $\beta$, and mitochondrial DNA polymerase $\gamma$.

*Antiviral Activity In Vitro:*  The in vitro antiviral activity of tenofovir against laboratory and clinical isolates of HIV was assessed in lymphoblastoid cell lines, primary monocyte/macrophage cells and peripheral blood lymphocytes.  The $IC_{50}$ (50% inhibitory concentrations) for tenofovir was in the range of 0.04 μM to 8.5 μM.  In drug combination studies of tenofovir with nucleoside and non-nucleoside analog inhibitors of HIV reverse transcriptase, and protease inhibitors, additive to synergistic effects were observed.  Most of these drug combinations have not been studied in humans.

*In Vitro Resistance:*  HIV isolates with reduced susceptibility to tenofovir have been selected in vitro.  These viruses expressed a K65R mutation in reverse transcriptase and showed a 3-4 fold reduction in susceptibility to tenofovir.

*Cross-resistance:*  Cross-resistance among certain reverse transcriptase inhibitors has been recognized. The in vitro activity of tenofovir against HIV-1 strains with zidovudine-associated reverse transcriptase mutations (M41L, D67N, K70R, L210W, T215Y/F or K219Q/E/N) was evaluated.  Zidovudine-associated mutations may also confer reductions in susceptibility to other NRTIs and these mutations have been reported to emerge during combination therapy with stavudine and didanosine.  In 20 samples that had multiple zidovudine-associated mutations (mean 3), a mean 3.1-fold increase of the $IC_{50}$ of tenofovir was observed (range 0.8 to 8.4).  The K65R mutation is selected both in vitro and in some HIV-infected subjects treated with didanosine, zalcitabine, or abacavir; therefore, some cross-resistance may occur in patients who develop this mutation following treatment with these drugs.  Multinucleoside resistant HIV-1 with a T69S double insertion mutation in the reverse transcriptase showed reduced susceptibility to tenofovir.

*Genotypic and Phenotypic Analyses of VIREAD in Patients with Previous Antiretroviral Therapy (Studies 902 and 907): See Description of Clinical Studies*

*In Vivo Resistance:*

Post baseline genotyping in Studies 902 and 907 showed that seven of 237 VIREAD-treated patients' HIV (3%) developed the K65R mutation, a mutation selected by VIREAD and other NRTIs in vitro.  Among VIREAD-treated patients whose HIV developed NRTI-associated mutations, there was continued HIV RNA suppression through 24 weeks.  The rate and extent of tenofovir-associated resistance mutations has not been characterized in antiretroviral naïve patients initiating VIREAD treatment.

Phenotypic analyses of HIV isolates after 48 weeks (Study 902, n=30) or 24 weeks (Study 907, n=35) of VIREAD therapy showed no significant changes in VIREAD susceptibility unless the K65R mutation had developed.

79

80    **Pharmacokinetics**

81    The pharmacokinetics of tenofovir disoproxil fumarate have been evaluated in healthy
82    volunteers and HIV-infected individuals.  Tenofovir pharmacokinetics are similar between
83    these populations.

84    ***Absorption:***  VIREAD is a water soluble diester prodrug of the active ingredient tenofovir. The
85    oral bioavailability of tenofovir from VIREAD in fasted patients is approximately 25%.
86    Following oral administration of a single dose of VIREAD 300 mg to HIV-infected patients in
87    the fasted state, maximum serum concentrations ($C_{max}$) are achieved in $1.0 \pm 0.4$ hours. $C_{max}$
88    and AUC values are $296 \pm 90$ ng/mL and $2287 \pm 685$ ng*h/mL, respectively.

89    The pharmacokinetics of tenofovir are dose proportional over a VIREAD dose range of 75 to
90    600 mg and are not affected by repeated dosing.

91    ***Effects of Food on Oral Absorption:*** Administration of VIREAD following a high-fat meal
92    (~700 to 1000 kcal containing 40 to 50% fat) increases the oral bioavailability, with an
93    increase in tenofovir $AUC_{0-\infty}$ of approximately 40% and an increase in $C_{max}$ of approximately
94    14%. Food delays the time to tenofovir $C_{max}$ by approximately 1 hour. $C_{max}$ and AUC of
95    tenofovir are $326 \pm 119$ ng/mL and $3324 \pm 1370$ ng*h/mL following multiple doses of VIREAD
96    300 mg once daily in the fed state.  VIREAD should be taken with a meal to enhance the
97    bioavailability of tenofovir.

98    ***Distribution:*** In vitro binding of tenofovir to human plasma or serum proteins is less than 0.7
99    and 7.2%, respectively, over the tenofovir concentration range 0.01 to 25 $\mu$g/mL.  The volume
100   of distribution at steady-state is $1.3 \pm 0.6$ L/kg and $1.2 \pm 0.4$ L/kg, following intravenous
101   administration of tenofovir 1.0 mg/kg and 3.0 mg/kg.

102   ***Metabolism and Elimination:*** In vitro studies indicate that neither tenofovir disoproxil nor
103   tenofovir are substrates of CYP450 enzymes.

104   Following IV administration of tenofovir, approximately 70-80% of the dose is recovered in the
105   urine as unchanged tenofovir within 72 hours of dosing.  After multiple oral doses of VIREAD
106   300 mg once daily (under fed conditions), $32 \pm 10\%$ of the administered dose is recovered in
107   urine over 24 hours.

108   Tenofovir is eliminated by a combination of glomerular filtration and active tubular secretion.
109   There may be competition for elimination with other compounds that are also renally
110   eliminated.

111   ***Special Populations:***

112   There were insufficient numbers from racial and ethnic groups other than Caucasian to
113   adequately determine potential pharmacokinetic differences among these populations.

114   Tenofovir pharmacokinetics are similar in male and female patients.

115   Pharmacokinetic studies have not been performed in children or in the elderly.

116   The pharmacokinetics of tenofovir have not been studied in patients with hepatic impairment;
117   however, tenofovir and tenofovir disoproxil are not metabolized by liver enzymes, so the
118   impact of liver impairment should be limited. (See PRECAUTIONS, Hepatic Impairment)

119   The pharmacokinetics of tenofovir have not been evaluated in patients with renal impairment
120   (creatinine clearance < 60 mL/min).  Because tenofovir is primarily renally eliminated,

121  tenofovir pharmacokinetics are likely to be affected by renal impairment.  (See WARNINGS,
122  Renal Insufficiency)

123  *Drug Interactions:*

124  At concentrations substantially higher (~ 300-fold) than those observed in vivo, tenofovir did
125  not inhibit in vitro drug metabolism mediated by any of the following human CYP450 isoforms:
126  CYP3A4, CYP2D6, CYP2C9 or CYP2E1.  However, a small (6%) but statistically significant
127  reduction in metabolism of CYP1A substrate was observed.  Based on the results of in vitro
128  experiments and the known elimination pathway of tenofovir, the potential for CYP450
129  mediated interactions involving tenofovir with other medicinal products is low.  (See
130  Pharmacokinetics)

131  Tenofovir is primarily excreted by the kidneys by a combination of glomerular filtration and
132  active tubular secretion.  Co-administration of VIREAD with drugs that are eliminated by
133  active tubular secretion may increase serum concentrations of either tenofovir or the co-
134  administered drug, due to competition for this elimination pathway.  Drugs that decrease renal
135  function may also increase serum concentrations of tenofovir.

136  VIREAD has been evaluated in healthy volunteers in combination with didanosine,
137  lamivudine, indinavir, efavirenz, and lopinavir/ritonavir.  Tables 1 and 2 summarize
138  pharmacokinetic effects of co-administered drug on tenofovir pharmacokinetics and effects of
139  tenofovir on the pharmacokinetics of co-administered drug.

140

141  **Table 1.**      **Drug Interactions: Changes in Pharmacokinetic Parameters for Tenofovir[1] in the**
142                 **Presence of the Co-administered Drug**

| Co-administered Drug | Dose of Co-administered Drug (mg) | N | % Change of Tenofovir Pharmacokinetic Parameters[2] (90% CI) | | |
|---|---|---|---|---|---|
| | | | $C_{max}$ | AUC | $C_{min}$ |
| Lamivudine | 150 twice daily x 7 days | 15 | ⇔ | ⇔ | ⇔ |
| Didanosine[3] | 250 or 400 once daily x 7 days | 14 | ⇔ | ⇔ | ⇔ |
| Indinavir | 800 three times daily x 7 days | 13 | ↑ 14 (↓ 3 to ↑ 33) | ⇔ | ⇔ |
| Lopinavir/ Ritonavir | 400/100 twice daily x 14 days | 21 | ↑ 31 (↑ 12 to ↑ 53) | ↑ 34 (↑ 25 to ↑ 44) | ↑ 29 (↑ 11 to ↑ 48) |
| Efavirenz | 600 once daily x 14 days | 29 | ⇔ | ⇔ | ⇔ |

143  1.      Patients received VIREAD 300 mg once daily
144  2.      Increase=↑ ; Decrease= ↓; No Effect= ⇔
145  3.      Buffered formulation
146

147  **Table 2.       Drug Interactions: Changes in Pharmacokinetic Parameters for Co-**
148              **administered Drug in the Presence of VIREAD 300 mg Once Daily**

Tenofovir Disoproxil Fumarate Tablets                                          NDA 21-356
Gilead Sciences, Inc.                                                  Section 2: Labeling

| Co-administered Drug | Dose of Co-administered Drug (mg) | N | % Change of Co-administered Drug Pharmacokinetic Parameters[1] (90% CI) | | |
|---|---|---|---|---|---|
| | | | $C_{max}$ | AUC | $C_{min}$ |
| Lamivudine | 150 twice daily x 7 days | 15 | ↓ 24 (↓ 34 to ↓ 12) | ⇔ | ⇔ |
| Didanosine[2] (see PRECAUTIONS) | 250 or 400 once daily x 7 days | 14 | ↑ 28 (↑ 11 to ↑ 48) | ↑ 44 (↑ 31 to ↑ 59) | - |
| Indinavir | 800 three times daily x 7 days | 12 | ↓ 11 (↓ 30 to ↑ 12 | ⇔ | ⇔ |
| Lopinavir | Lopinavir/Ritonavir 400/100 twice daily x 14 days | 21 | ↓ 15 (↓ 23 to ↓ 6) | ↓ 15 (↓ 22 to ↓ 7) | ⇔ |
| Ritonavir | Lopinavir/Ritonavir 400/100 twice daily x 14 days | 21 | ↓ 28 (↓ 43 to ↓ 9) | ↓ 24 (↓ 33 to ↓ 13) | ↑ 7 (↓ 22 to ↑ 37 ) |
| Efavirenz | 600 once daily x 14 days | 30 | ⇔ | ⇔ | ⇔ |

1.   Increase=↑ ; Decrease= ↓; No Effect= ⇔
2.   Buffered formulation

## INDICATIONS AND USAGE

VIREAD is indicated in combination with other antiretroviral agents for the treatment of HIV-1 infection.  This indication is based on analyses of plasma HIV-1 RNA levels and CD4 cell counts in a controlled study of VIREAD of 24 weeks duration and in a controlled, dose ranging study of VIREAD of 48 weeks duration.  Both studies were conducted in treatment experienced adults with evidence of HIV-1 viral replication despite ongoing antiretroviral therapy.  Studies in antiretroviral naïve patients are ongoing; consequently, the risk-benefit ratio for this population has yet to be determined.

Additional important information regarding the use of VIREAD for the treatment of HIV infection:

- There are no study results demonstrating the effect of tenofovir on clinical progression of HIV.

- The use of VIREAD should be considered for treating adult patients with HIV strains that are expected to be susceptible to tenofovir as assessed by laboratory testing or treatment history.  (See Description of Clinical Studies)

**Description of Clinical Studies:  Treatment Experienced Patients**

**S   Study 907: VIREAD + Standard Background Therapy (SBT) Compared to Placebo + SBT**

Tenofovir Disoproxil Fumarate Tablets                                      NDA 21-356
Gilead Sciences, Inc.                                                Section 2: Labeling

169  Study 907 was a 24 week, double-blind placebo-controlled multicenter study of VIREAD
170  added to a stable background regimen of antiretroviral agents in 550 treatment-experienced
171  patients.  Patients had a mean baseline CD4 cell count of 426 cells/mm$^3$ (range 23-1385),
172  median baseline plasma HIV RNA of 2340 (range 50-75,900) copies/mL, and mean duration
173  of prior HIV treatment was 5.4 years.  Mean age of the patients was 42 years, 85% were male
174  and 69% were Caucasian, 17% African-American and 12% Hispanic.

175  Changes from baseline in log$_{10}$ copies/mL plasma HIV RNA levels over time up to week 24
176  are presented below in Figure 1.

**Figure 1**
**Mean Change from Baseline in Plasma HIV RNA (log$_{10}$ copies/mL) Through Week 24:
Study 907 (All Available Data)**



| | BL | 2 | 4 | 8 | 12 | 16 | 20 | 24 |
|---|---|---|---|---|---|---|---|---|
| ○ VIREAD 300 mg (N=): | 368 | 335 | 358 | 353 | 354 | 353 | 346 | 346 |
| ● Placebo (N=): | 182 | 170 | 179 | 175 | 175 | 173 | 173 | 172 |

177

178  The percent of patients with HIV RNA <400 copies/mL, < 50 copies/mL and outcomes of
179  patients through 24 weeks are summarized in Table 3.

180

181  **Table 3.        Outcomes of Randomized Treatment at Week 24 (Study 907)**

| Outcomes | VIREAD 300 mg (N=368) | Placebo (N=182) |
|---|---|---|
| HIV RNA <400 copies/mL | 149 (40%) | 20 (11%) |
| HIV RNA >400 copies/mL | 189 (51%) | 146 (80%) |
| | | |
| HIV RNA <50 copies/mL | 71 (19%) | 2 (1%) |
| HIV RNA >50 copies/mL | 267 (73%) | 164 (90%) |
| | | |

Tenofovir Disoproxil Fumarate Tablets                                    NDA 21-356
Gilead Sciences, Inc.                                            Section 2: Labeling

| | | |
|---|---|---|
| Discontinued due to adverse reactions | 11 (3%) | 5 (3%) |
| Discontinued due to virologic failure | 0 | 1 (1%) |
| Discontinued due to other reasons[1] | 12 (3%) | 5 (3%) |
| | | |
| Missing HIV RNA level | 7 (2%) | 5 (3%) |

182    1.  Includes discontinuations due to consent withdrawn, lost to follow up, non-compliance, protocol violations,
183          pregnancy, and other reasons.

184

185  Mean change in absolute CD4 counts by week 24 was +11 cells/mm$^3$ for the VIREAD group
186  and -5 cells/mm$^3$ for the placebo group.

187  One patient in the VIREAD group and no patients in the placebo arm experienced a new CDC
188  Class C event

189  **Study 902: VIREAD + Standard Background Therapy (SBT) Compared to Placebo + SBT**

Tenofovir Disoproxil Fumarate Tablets                                         NDA 21-356
Gilead Sciences, Inc.                                                  Section 2: Labeling

190    Study 902 was a double-blind placebo-controlled multicenter study evaluating treatment with
191    VIREAD at three dose levels (75 mg QD, 150 mg QD and 300 mg QD) when added to a
192    stable background regimen of antiretroviral agents in 186 treatment-experienced patients.
193    Placebo patients received VIREAD 300 mg QD at week 24.  All patients received open label
194    VIREAD 300 mg QD after week 48.  Patients had a mean baseline CD4 cell count of 374
195    cells/mm$^3$ (range 9-1240), median baseline plasma HIV RNA of 5010 copies/mL (range 52-
196    575,000), and mean duration of prior HIV treatment was 4.6 years.  Mean age was 42 years,
197    92% were male and 74% were Caucasian, 13% African-American, and 11% Hispanic.  At
198    week 24, the rate of drug discontinuation was 11% for the VIREAD group versus 25% for the
199    placebo group.

200    Changes from baseline in log$_{10}$ copies/mL plasma HIV RNA levels over time up to week 48
201    are presented below in Figure 2.

**Figure 2**
**Mean Change from Baseline in Plasma HIV RNA (log$_{10}$ copies/mL)**
**Through Week 48: Study 902 (All Available Data)**



202    *At week 24, 21 placebo patients crossed over to receive VIREAD 300mg once daily.  At week 48 mean change
203    from week 24 was -0.56 log$_{10}$ copies/mL.

204    Through week 24 the proportion of patients achieving < 400 copies/mL was 19% VIREAD vs.
205    7% placebo and < 50 copies/mL was 11% VIREAD vs. 0% placebo.  The differences for these
206    secondary endpoints were not statistically significant.

207    Mean change in absolute CD4 counts by week 24 were -14 cells/mm$^3$ for the VIREAD group
208    and +20 cells/mm$^3$ for the placebo group.  This result was not statistically significant.  Mean
209    change in CD4 count at week 48 was +11 cells/mm$^3$ for the VIREAD group.

210    No patients experienced a new CDC Class C event through week 24.

Tenofovir Disoproxil Fumarate Tablets                                          NDA 21-356
Gilead Sciences, Inc.                                                    Section 2: Labeling

**Genotypic Analyses of VIREAD in Patients with Previous Antiretroviral Therapy (Studies 902 and 907):**

The virologic response to VIREAD therapy has been evaluated with respect to baseline viral genotype (N=222) in treatment experienced patients participating in trials 902 and 907.  In both of these studies, 94% of the participants evaluated had baseline HIV isolates expressing at least one NRTI mutation.  These included resistance mutations associated with zidovudine (M41L, D67N, K70R, L210W, T215Y/F or K219Q/E/N), the lamivudine/abacavir-associated mutation (M184V), and others.  In addition the majority of participants evaluated had mutations associated with either PI or NNRTI use.  Virologic responses for patients in the genotype substudy were similar to the overall results in studies 902 and 907.

The use of resistance testing and the clinical interpretation of genotypic mutations is a complex and evolving field.  Conclusions regarding the relevance of particular mutations or mutational patterns are subject to change pending additional data.

Several exploratory analyses were conducted to evaluate the effect of specific mutations and mutational patterns on virologic outcome.  Descriptions of numerical differences in HIV RNA response are displayed in Table 4.  Because of the large number of potential comparisons, statistical testing was not conducted.

Varying degrees of cross-resistance of VIREAD to pre-existing zidovudine-associated mutations were observed and appeared to depend on the number of specific mutations.  VIREAD-treated patients whose HIV expressed 3 or more zidovudine-associated mutations that included either the M41L or L210W reverse transcriptase mutation showed reduced responses to VIREAD therapy; however, these responses were still improved compared with placebo.  The presence of the D67N, K70R, T215Y/F or K219Q/E/N mutation did not appear to affect responses to VIREAD therapy.  The HIV RNA responses by number and type of baseline zidovudine-associated mutations are shown in Table 4.

Table 4.     HIV RNA Response at Week 24 by Number of Baseline Zidovudine-Associated Mutations in Studies 902 and 907 (Intent-To-Treat)[1]

| Number of baseline zidovudine-associated mutations[2] | Change in HIV RNA[3]  (N) | |
| --- | --- | --- |
| | VIREAD 300 mg | Placebo |
| None | -0.80 (68) | -0.11 (29) |
| Any | -0.50 (154) | 0 (81) |
| 1 – 2 | -0.66 (55) | -0.04 (33) |
| ≥ 3 including M41L or L210W | -0.21 (57) | +0.01 (29) |
| ≥ 3 without M41L or L210W | -0.67 (42) | +0.07 (19) |

1.  Genotypic testing performed by Virco Laboratories and Visible Genetics TruGene™ technology
2.  M41L, D67N, K70R, L210W, T215Y/F or K219Q/E/N in RT
3.  Average HIV RNA change from baseline through week 24 (DAVG$_{24}$) in log$_{10}$ copies/mL

In the protocol defined analyses, virologic response to VIREAD was not reduced in patients with HIV that expressed the lamivudine/ abacavir-associated M184V mutation.  In the absence of zidovudine-associated mutations, patients with the M184V mutation receiving

246  VIREAD showed a −0.84 $\log_{10}$ copies/mL decrease in their HIV RNA relative to placebo.  In
247  the presence of zidovudine-associated mutations, the M184V mutation did not affect the
248  mean HIV RNA responses to VIREAD treatment.  More data are needed to determine the
249  impact of M184V alone (in the absence of all other NRTI mutations) on subsequent virologic
250  response in patients receiving VIREAD.

251  There were limited data on patients expressing some primary nucleoside reverse
252  transcriptase inhibitor mutations and multi-drug resistant mutations at baseline.  However,
253  patients expressing mutations at K65R (N=6), or L74V without zidovudine-associated
254  mutations (N=6) appeared to have reduced virologic responses to VIREAD.

255  The presence of at least one HIV protease inhibitor or non nucleoside reverse transcriptase
256  inhibitor mutation at baseline did not appear to affect the virologic response to VIREAD.
257  Cross-resistance between VIREAD and HIV protease inhibitors is unlikely because of the
258  different enzyme targets involved.

259  **Phenotypic Analyses of VIREAD in Patients with Previous Antiretroviral Therapy**
260  **(Studies 902 and 907)**

261  The virologic response to VIREAD therapy has been evaluated with respect to baseline
262  phenotype (N=100) in treatment experienced patients participating in trials 902 and 907.
263  Phenotypic analysis of baseline HIV from patients in Studies 902 and 907 demonstrated a
264  correlation between baseline susceptibility to VIREAD and response to VIREAD therapy.
265  Table 5 summarizes the HIV RNA response by baseline VIREAD susceptibility.

266
267  Table 5.        HIV RNA Response at Week 24 by Baseline VIREAD
268                  Susceptibility in Studies 902 and 907 (Intent-To-Treat)[1]

| Baseline VIREAD Susceptibility[2] | Change in HIV RNA[3]  (N) |
|---|---|
| ≤ 1 | -0.74 (35) |
| > 1 and ≤ 3 | -0.56 (49) |
| > 3 and ≤ 4 | -0.3 (7) |
| ≤ 4 | -0.61 (91) |
| > 4 | -0.12 (9) |

269  1.  Tenofovir susceptibility was determined by recombinant phenotypic Antivirogram™ assay (Virco)
270  2.  Fold change in susceptibility from wild-type
271  3.  Average HIV RNA change from baseline through week 24 (DAVG$_{24}$) in $\log_{10}$ copies/mL

272

273  **CONTRAINDICATIONS**

274  VIREAD is contraindicated in patients with previously demonstrated hypersensitivity to any of
275  the components of the product.

276
277  **WARNINGS**

278  **Lactic Acidosis/Severe Hepatomegaly with Steatosis**

279  Lactic acidosis and severe hepatomegaly with steatosis, including fatal cases, have been
280  reported with the use of nucleoside analogs alone or in combination with other antiretrovirals.
281  A majority of these cases have been in women.  Obesity and prolonged nucleoside exposure
282  may be risk factors.  Particular caution should be exercised when administering nucleoside
283  analogs to any patient with known risk factors for liver disease; however, cases have also
284  been reported in patients with no known risk factors.  Treatment with VIREAD should be
285  suspended in any patient who develops clinical or laboratory findings suggestive of lactic

CONFIDENTIAL INFORMATION
x

286  acidosis or pronounced hepatotoxicity (which may include hepatomegaly and steatosis even
287  in the absence of marked transaminase elevations).

288  **Renal Impairment**

289  Tenofovir is principally eliminated by the kidney.  VIREAD should not be administered to
290  patients with renal insufficiency (creatinine clearance < 60 mL/min) until data become
291  available describing the disposition of VIREAD in these patients.

292
293  PRECAUTIONS

294  **Drug Interactions**

295  When administered with VIREAD, $C_{max}$ and AUC of didanosine (administered as the buffered
296  formulation) increased by 28% and 44%, respectively.  The mechanism for this interaction is
297  unknown.  Although an increased rate of didanosine-associated adverse events has not been
298  observed in pooled clinical studies at this time, long term effects are unknown.  Patients
299  taking VIREAD and didanosine concomitantly should be monitored for long term didanosine-
300  associated adverse events. (See CLINICAL PHARMACOLOGY, Drug Interactions and
301  DOSAGE AND ADMINISTRATION)

302  Since tenofovir is primarily eliminated by the kidneys, co-administration of VIREAD with drugs
303  that reduce renal function or compete for active tubular secretion may increase serum
304  concentrations of tenofovir and/or increase the concentrations of other renally eliminated
305  drugs.  Some examples include, but are not limited to, cidofovir, acyclovir, valacyclovir,
306  ganciclovir and valganciclovir.

307  **Hepatic Impairment**

308  The pharmacokinetics of tenofovir have not been studied in patients with hepatic impairment.
309  As tenofovir and tenofovir disoproxil are not metabolized by liver enzymes, the impact of liver
310  impairment should be limited.  However, because tenofovir is not entirely renally excreted (70-
311  80%), tenofovir pharmacokinetics may be altered in patients with hepatic insufficiency.

312  **Fat Redistribution**

313  Redistribution/accumulation of body fat including central obesity, dorsocervical fat
314  enlargement (buffalo hump), peripheral wasting, facial wasting, breast enlargement, and
315  "cushingoid appearance" have been observed in patients receiving antiretroviral therapy.  The
316  mechanism and long-term consequences of these events are currently unknown.  A causal
317  relationship has not been established.

318  **Animal Toxicology**

319  Tenofovir and tenofovir disoproxil fumarate administered in toxicology studies to rats, dogs
320  and monkeys at exposures (based on AUCs) between 6 and 12 fold those observed in
321  humans caused bone toxicity.  In monkeys the bone toxicity was diagnosed as osteomalacia.
322  Osteomalacia observed in monkeys appeared to be reversible upon dose reduction or
323  discontinuation of tenofovir.  In rats and dogs, the bone toxicity manifested as reduced bone
324  mineral density.  The mechanism(s) underlying bone toxicity is unknown.

325  Evidence of renal toxicity was noted in 4 animal species.  Increases in serum creatinine, BUN,
326  glycosuria, proteinuria, phosphaturia and/or calciuria and decreases in serum phosphate were
327  observed to varying degrees in these animals.  These toxicities were noted at exposures
328  (based on AUCs) 2-20 times higher than those observed in humans.  The relationship of the
329  renal abnormalities, particularly the phosphaturia, to the bone toxicity is not known.

CONFIDENTIAL INFORMATION

330   **Clinical Monitoring for Bone and Renal Toxicity**

331   It is not known if long term administration of VIREAD (> 1 year) will cause bone abnormalities.
332   Therefore if bone abnormalities are suspected then appropriate consultation should be
333   obtained.

334   Although tenofovir-associated renal toxicity has not been observed in pooled clinical studies
335   for up to one year, long term renal effects are unknown.  Consideration should be given to
336   monitoring for changes in serum creatinine and serum phosphorus in patients at risk or with a
337   history of renal dysfunction.

338   **Carcinogenesis, Mutagenesis, Impairment of Fertility**

339   Long-term carcinogenicity studies of tenofovir disoproxil fumarate in rats and mice are in
340   progress.

341   Tenofovir disoproxil fumarate was mutagenic in the in vitro mouse lymphoma assay and
342   negative in an in vitro bacterial mutagenicity test (Ames test).  In an in vivo mouse
343   micronucleus assay, tenofovir disoproxil fumarate was negative at doses up to 2000 mg/kg
344   when administered to male mice.

345   There were no effects on fertility, mating performance or early embryonic development when
346   tenofovir disoproxil fumarate was administered at 600 mg/kg/day to male rats for 28 days prior
347   to mating and to female rats for 15 days prior to mating through day seven of gestation.
348   There was, however, an alteration of the estrous cycle in female rats.  A dose of 600
349   mg/kg/day is equivalent to 10 times the human dose based on body surface area
350   comparisons.

351   **Pregnancy**

352   Pregnancy category B: Reproduction studies have been performed in rats and rabbits at
353   doses up to 14 and 19 times the human dose based on body surface area comparisons and
354   revealed no evidence of impaired fertility or harm to the fetus due to tenofovir.  There are,
355   however, no adequate and well-controlled studies in pregnant women.  Because animal
356   reproduction studies are not always predictive of human response, VIREAD should be used
357   during pregnancy only if clearly needed.

358   Antiretroviral Pregnancy Registry:  To monitor fetal outcomes of pregnant women exposed to
359   VIREAD, an Antiretroviral Pregnancy Registry has been established.  Healthcare providers
360   are encouraged to register patients by calling 1-800-258-4263.

361   **Nursing Mothers:  The Centers for Disease Control and Prevention recommend that**
362   **HIV-infected mothers not breast-feed their infants to avoid risking postnatal**
363   **transmission of HIV.**  Studies in rats have demonstrated that tenofovir is secreted in milk.  It
364   is not known whether tenofovir is excreted in human milk.  Because of both the potential for
365   HIV transmission and the potential for serious adverse reactions in nursing infants, **mothers**
366   **should be instructed not to breast-feed if they are receiving VIREAD.**

367   **Pediatric Use**

368   Safety and effectiveness in pediatric patients have not been established.

369   **Geriatric Use**

370   Clinical studies of VIREAD did not include sufficient numbers of subjects aged 65 and over to
371   determine whether they respond differently from younger subjects.  In general, dose selection for the
372   elderly patient should be cautious, keeping in mind the greater frequency of decreased hepatic, renal,
373   or cardiac function, and of concomitant disease or other drug therapy.

CONFIDENTIAL INFORMATION

Tenofovir Disoproxil Fumarate Tablets                        NDA 21-356
Gilead Sciences, Inc.                             Section 2: Labeling

374

375    **ADVERSE REACTIONS**

376    More than 1000 patients have been treated with VIREAD alone or in combination with other
377    antiretroviral medicinal products for periods of 28 days to 143 weeks in Phase I-III clinical
378    trials and a compassionate access study.

379    Assessment of adverse reactions is based on two studies (902 and 907) in which 653
380    treatment experienced patients received double-blind treatment with VIREAD 300 mg (n=443)
381    or placebo (n=210) for 24 weeks followed by extended treatment with VIREAD.

382    *Treatment-Related Adverse Events:* The most common adverse events that occurred in
383    patients receiving VIREAD with other antiretroviral agents in clinical trials were mild to
384    moderate gastrointestinal events, such as nausea, diarrhea, vomiting and flatulence.  Less
385    than 1% of patients discontinued participation in the clinical studies due to gastrointestinal
386    adverse events.

387    A summary of treatment related adverse events is provided in Table 6 below.

388

389    **Table 6.          Treatment-Related Adverse Events (Grades 1-4) Reported in ≥3% of
390                      VIREAD-Treated Patients in the Pooled 902 - 907 Studies (0-24 weeks)**

|                            | VIREAD 300 mg | Placebo |
|----------------------------|---------------|---------|
| Number of Patients Treated | 443           | 210     |
| Nausea                     | 11%           | 10%     |
| Diarrhea                   | 9%            | 8%      |
| Asthenia                   | 8%            | 8%      |
| Headache                   | 6%            | 7%      |
| Vomiting                   | 5%            | 2%      |
| Flatulence                 | 4%            | 0%      |
| Abdominal Pain             | 3%            | 3%      |
| Anorexia                   | 3%            | 1%      |

391

Tenofovir Disoproxil Fumarate Tablets                         NDA 21-356
Gilead Sciences, Inc.                                   Section 2: Labeling

392  ***Laboratory Abnormalities:***  Laboratory abnormalities observed in these studies occurred
393  with similar frequency in the VIREAD and placebo treated groups.  A summary of Grade 3
394  and 4 laboratory abnormalities is provided in Table 7 below.

395

396  **Table 7:**       **Grade 3/4 Laboratory Abnormalities Reported in ≥ 1% of VIREAD-Treated**
397                     **Patients in the Pooled 902 - 907 Studies (0-24 weeks)**

| | VIREAD 300 mg | Placebo |
|---|---|---|
| Number of Patients Treated | 443 | 210 |
| Number of Patients with Grade 3 or 4 Laboratory Abnormalities | 117 (26%) | 78 (37%) |
| Laboratory abnormalities | | |
| Triglyceride (>750 mg/dL) | 37 (8%) | 28 (13%) |
| Creatine kinase (>782 U/L) | 53 (12%) | 38 (18%) |
| Serum amylase (>175 U/L) | 21 (5%) | 14 (7%) |
| AST (M; >180 U/L) (F: >170 U/L) | 16 (4%) | 6 (3%) |
| Urine glucose (3+ or 4+) | 12 (3%) | 6 (3%) |
| ALT elevation (M: >215 U/L) (F: >170 U/L) | 10 (2%) | 4 (2%) |
| Serum glucose (>250 mg/dL) | 8 (2%) | 8 (4%) |
| Neutrophil (<650/mm$^3$) | 6 (1%) | 3 (1%) |

398
399  **OVERDOSAGE**

400  Limited clinical experience at doses higher than the therapeutic dose of VIREAD 300 mg is
401  available.  In Study 901 tenofovir disoproxil fumarate 600 mg was administered to 8 patients
402  orally for 28 days.  No severe adverse reactions were reported.  The effects of higher doses
403  are not known.

404  If overdose occurs the patient must be monitored for evidence of toxicity, and standard
405  supportive treatment applied as necessary.

406  It is not known whether peritoneal dialysis or hemodialysis increases the rate of elimination of
407  tenofovir.

408
409  **DOSAGE AND ADMINISTRATION**

410  The dose of VIREAD (tenofovir disoproxil fumarate) is 300 mg once daily taken orally with a
411  meal.

412  Concomitant administration: Didanosine.  When administered with didanosine VIREAD should
413  be administered 2 hours before or one hour after administration of didanosine (See
414  PRECAUTIONS, Drug Interactions).

415
416    **HOW SUPPLIED**

417    VIREAD is available as tablets.  Each tablet contains 300 mg of tenofovir disoproxil fumarate,
418    which is equivalent to 245 mg of tenofovir disoproxil.  The tablets are almond-shaped, light
419    blue film-coated, and debossed with "GILEAD" and "4331" on one side and with "300" on the
420    other side.  They are packaged as follows: Bottles of 30 tablets (NDC 61958-0401-1)
421    containing a desiccant (silica gel canister or sachet) and closed with child-resistant closure.

422    Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F) (see USP Controlled Room
423    Temperature).

424

## GILEAD
S C I E N C E S

425
426

427    Gilead Sciences, Inc.

428    Foster City, CA  94404

429

430    26 October 2001

431    VIREAD(TM) is a trademark of Gilead Sciences, Inc

432    © 2001, Gilead sciences, Inc.

433 **VIREAD™**

434 (tenofovir disoproxil fumarate) Tablets

435

436 **Patient Information**

437 **VIREAD** (VEER ee ad)

438 Generic Name: tenofovir disoproxil fumarate  (te NOE′ fo veer dye soe PROX il
439 FYOU-mar-ate)

440

441 Read this leaflet carefully before you start taking VIREAD.  Also, read it each time you
442 get your VIREAD prescription refilled, in case something has changed.  This
443 information does not take the place of talking with your doctor when you start this
444 medicine and at check ups.  You should stay under a doctor's care when taking
445 VIREAD.  Do not change or stop your medicine without first talking with your doctor.
446 Talk to your doctor if you have any questions about VIREAD.

447

448 **What is VIREAD and how does it work?**

449 VIREAD is a type of medicine called an HIV (human immunodeficiency virus)
450 nucleotide analog reverse transcriptase inhibitor (NRTI).  VIREAD is always used in
451 combination with other anti-HIV medicines to treat people with HIV infection.  VIREAD
452 is for adults age 18 and older.

453 HIV infection destroys CD4 (T) cells, which are important to the immune system.  After
454 a large number of T cells are destroyed, acquired immune deficiency syndrome
455 (AIDS) develops.

456 VIREAD helps to block HIV reverse transcriptase, a chemical in your body (enzyme) that is
457 needed for HIV to multiply.  VIREAD lowers the amount of HIV in the blood (called viral load)
458 and may help to increase the number of T cells (called CD4 cells).  Lowering the amount of
459 HIV in the blood lowers the chance of death or infections that happen when your immune
460 system is weak (opportunistic infections).

461

462 **Does VIREAD cure HIV or AIDS?**  VIREAD does not cure HIV infection or AIDS.  The long-
463 term effects of VIREAD™ are not known at this time.  People taking VIREAD may still get
464 opportunistic infections or other conditions that happen with HIV infection.  Opportunistic
465 infections are infections that develop because the immune system is weak.  Some of these
466 conditions are pneumonia, herpes virus infections, and *Mycobacterium avium* complex (MAC)
467 infections.

468

469 **Does VIREAD reduce the risk of passing HIV to others**?  VIREAD does not reduce the risk
470 of passing HIV to others through sexual contact or blood contamination.  Continue to practice
471 safe sex and do not use or share dirty needles.
472

473 **Who should not take VIREAD?**

474 Together with your doctor, you need to decide whether VIREAD is right for you.

475
476 Do not take VIREAD if
477 • you have kidney problems.  VIREAD has not been studied in people with kidney problems
478 • you are allergic to VIREAD or any of its ingredients
479

480 **What should I tell my doctor before taking VIREAD?**
481 *Tell your doctor*
482 • *If you are pregnant or planning to become pregnant*: The effects of VIREAD on pregnant
483 women or their unborn babies are not known.

484 • *If you are breast-feeding:* Do not breast-feed if you are taking VIREAD.  Do not breast-
485 feed if you have HIV.  If you are a woman who has or will have a baby, talk with your
486 doctor about the best way to feed your baby.  If your baby does not already have HIV,
487 there is a chance that the baby can get HIV through breast-feeding.

488 • **Tell your doctor about all your medical conditions,** especially liver and kidney
489 problems.

490 • **Tell your doctor about all the medicines you take**, including prescription and non-
491 prescription medicines and dietary supplements.  VIREAD may increase the amount of
492 Videx (didanosine) in your blood.  You may need to be followed more carefully if you are
493 taking these two drugs together.
494

495 It is a good idea to keep a complete list of all the medicines that you take. Make a new list
496 when medicines are added or stopped.  Give copies of this list to all of your healthcare
497 providers **every** time you visit your doctor or fill a prescription.
498

499 **How should I take VIREAD?**

500 • Stay under a doctor's care when taking VIREAD.  Do not change your treatment or stop
501 treatment without first talking with your doctor.

502 • Take VIREAD every day exactly as your doctor prescribed it.  Follow the directions from
503 your doctor, exactly as written on the label. Set up a dosing schedule and follow it
504 carefully.

505 • The usual dose of VIREAD is 1 tablet once a day, in combination with other anti-HIV
506 medicines.

507 • Take VIREAD with a meal.  The amount of VIREAD in your blood increases with food.
508 Taking it with food helps it work better.

509 • If you are also taking didanosine you should take VIREAD two hours before or one hour
510 after didanosine.

- When your VIREAD supply starts to run low, get more from your doctor or pharmacy. This is very important because the amount of virus in your blood may increase if the medicine is stopped for even a short time. The virus may develop resistance to VIREAD and become harder to treat.

- Only take medicine that has been prescribed specifically for you. Do not give VIREAD to others or take medicine prescribed for someone else.

**What should I do if I miss a dose of VIREAD?** It is important that you do not miss any doses. If you miss a dose of VIREAD, take it as soon as possible and then take your next scheduled dose at its regular time. If it is almost time for your next dose, do not take the missed dose. Wait and take the next dose at the regular time. Do not double the next dose.

**What happens if I take too much VIREAD? If you suspect that you took more than the prescribed dose of VIREAD, contact your local poison control center or emergency room right away.**

As with all medicines, VIREAD should be kept out of reach of children.

**What should I avoid while taking VIREAD?**

- Do not breast feed. See "What should I tell my doctor before taking VIREAD?"

**What are the possible side effects of VIREAD?**

- The most common side effects of VIREAD are: diarrhea, nausea, vomiting, and flatulence (intestinal gas).

- VIREAD caused harm to the bones of animals. These effects have not been seen in persons taking VIREAD for up to one year. It is not known if the effects will be seen in persons taking VIREAD for longer periods of time.

- Changes in body fat have been seen in some patients taking anti-HIV medicine. These changes may include increased amount of fat in the upper back and neck ("buffalo hump"), breast, and around the main part of your body (trunk). Loss of fat from the legs, arms and face may also happen. The cause and long term health effects of these conditions are not known at this time.

- There have been other side effects in patients taking VIREAD. However, these side effects may have been due to other medicines that patients were taking or to the illness itself. Some of these side effects can be serious.

- This list of side effects is **not** complete. If you have questions about side effects, ask your doctor, nurse, or pharmacist. You should report any new or continuing symptoms to your doctor right away. Your doctor may be able to help you manage these side effects.

**How do I store VIREAD?**

- Keep VIREAD and all other medications out of reach of children.

552  • Store VIREAD at room temperature 77° F (25°C).  It should remain stable until the
553  expiration date printed on the label.

554  • Do not keep your medicine in places that are too hot or cold.

555  • Do not keep medicine that is out of date or that you no longer need. If you throw any
556  medicines away make sure that children will not find them.

557

558  **General advice about prescription medicines:**

559  Talk to your doctor or other health care provider if you have any questions about this
560  medicine or your condition.  Medicines are sometimes prescribed for purposes other
561  than those listed in a Patient Information Leaflet.  If you have any concerns about this
562  medicine, ask your doctor.  Your doctor or pharmacist can give you information about
563  this medicine that was written for health care professionals.  Do not use this medicine
564  for a condition for which it was not prescribed.  Do not share this medicine with other
565  people.

566  Revised: October 2001

567

568

569  GILEAD
     S C I E N C E S
570

--------------------------------------------------------------------------------
**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**
--------------------------------------------------------------------------------

```
 /s/
---------------------
Mark Goldberger
10/26/01 05:00:20 PM
```

# Exhibit C

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
These highlights do not include all the information needed to use VIREAD safely and effectively. See full prescribing information for VIREAD.

**VIREAD**® (tenofovir disoproxil fumarate) tablets, for oral use
**VIREAD**® (tenofovir disoproxil fumarate) powder, for oral use
Initial U.S. Approval: 2001

---

**WARNING: POSTTREATMENT EXACERBATION OF HEPATITIS**

*See full prescribing information for complete boxed warning.*

**Severe acute exacerbations of hepatitis have been reported in HBV-infected patients who have discontinued anti-hepatitis B therapy, including VIREAD. Hepatic function should be monitored closely in these patients. If appropriate, resumption of anti-hepatitis B therapy may be warranted. (5.1)**

---

-------------------------RECENT MAJOR CHANGES-------------------------
- Indications and Usage (1.1)                                            04/2017
- Boxed Warning, Lactic Acidosis/Severe Hepatomegaly With Steatosis   Removed 04/2017
- Warnings and Precautions, Lactic Acidosis/Severe Hepatomegaly with Steatosis (5.3)              04/2017
- Warnings and Precautions, Coadministration with Other Products (5.4)                                    04/2017
- Warnings and Precautions, Fat Redistribution   Removed 04/2017

-------------------------INDICATIONS AND USAGE-------------------------
VIREAD is a nucleotide analog HIV-1 reverse transcriptase inhibitor and an HBV reverse transcriptase inhibitor.

- VIREAD is indicated in combination with other antiretroviral agents for the treatment of HIV-1 infection in adults and pediatric patients 2 years of age and older. (1)
- VIREAD is indicated for the treatment of chronic hepatitis B in adults and pediatric patients 12 years of age and older. (1)

-------------------DOSAGE AND ADMINISTRATION-------------------
- Recommended dose for the treatment of HIV-1 or chronic hepatitis B in adults and pediatric patients 12 years of age and older (35 kg or more): 300 mg once daily taken orally without regard to food. (2.1)
- Recommended dose for the treatment of HIV-1 in pediatric patients (2 to less than 12 years of age):
  - Tablets: For pediatric patients weighing greater than or equal to 17 kg who can swallow an intact tablet, one VIREAD tablet (150, 200, 250 or 300 mg based on body weight) once daily taken orally without regard to food. (2.2)
  - Oral powder: 8 mg/kg VIREAD oral powder (up to a maximum of 300 mg) once daily with food. (2.2)
- Dose recommended in renal impairment in adults:
  - Creatinine clearance 30−49 mL/min: 300 mg every 48 hours. (2.3)
  - Creatinine clearance 10−29 mL/min: 300 mg every 72 to 96 hours. (2.3)
  - Hemodialysis: 300 mg every 7 days or after approximately 12 hours of dialysis. (2.3)

-------------------DOSAGE FORMS AND STRENGTHS-------------------
- Tablets: 150, 200, 250 and 300 mg (3)
- Oral Powder: 40 mg per 1 g of oral powder (3)

-------------------------CONTRAINDICATIONS-------------------------
None. (4)

-------------------WARNINGS AND PRECAUTIONS-------------------
- New onset or worsening renal impairment: Can include acute renal failure and Fanconi syndrome. Assess estimated creatinine clearance before initiating treatment with VIREAD. In patients at risk for renal dysfunction, assess estimated creatinine clearance, serum phosphorus, urine glucose, and urine protein before initiating treatment with VIREAD and periodically during treatment. Avoid administering VIREAD with concurrent or recent use of nephrotoxic drugs. (5.2)
- Lactic acidosis/severe hepatomegaly with steatosis: Discontinue treatment in patients who develop symptoms or laboratory findings suggestive of lactic acidosis or pronounced hepatotoxicity. (5.3)

- Coadministration with other products: Do not use with other tenofovir-containing products (e.g., ATRIPLA, COMPLERA, DESCOVY, GENVOYA, ODEFSEY, STRIBILD, TRUVADA, or VEMLIDY). Do not administer in combination with HEPSERA. (5.4)
- HIV testing: HIV antibody testing should be offered to all HBV-infected patients before initiating therapy with VIREAD. VIREAD should only be used as part of an appropriate antiretroviral combination regimen in HIV-infected patients with or without HBV coinfection. (5.5)
- Decreases in bone mineral density (BMD): Consider assessment of BMD in patients with a history of pathologic fracture or other risk factors for osteoporosis or bone loss. (5.6)
- Immune reconstitution syndrome: Observed in HIV-infected patients. May necessitate further evaluation and treatment. (5.7)
- Triple nucleoside-only regimens: Early virologic failure has been reported in HIV-infected patients. Monitor carefully and consider treatment modification. (5.8)

-------------------------ADVERSE REACTIONS-------------------------
- In HIV-infected adult subjects: Most common adverse reactions (incidence greater than or equal to 10%, Grades 2–4) are rash, diarrhea, headache, pain, depression, asthenia, and nausea. (6.1)
- In HBV-infected subjects with compensated liver disease: Most common adverse reaction (all grades) was nausea (9%). (6.1)
- In pediatric subjects: Adverse reactions in pediatric subjects were consistent with those observed in adults. (6.1)
- In HBV-infected subjects with decompensated liver disease: Most common adverse reactions (incidence greater than or equal to 10%, all grades) were abdominal pain, nausea, insomnia, pruritus, vomiting, dizziness, and pyrexia. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Gilead Sciences, Inc. at 1-800-GILEAD-5 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch**

-------------------------DRUG INTERACTIONS-------------------------
- Didanosine: Coadministration increases didanosine concentrations. Use with caution and monitor for evidence of didanosine toxicity (e.g., pancreatitis, neuropathy). Consider dose reductions or discontinuations of didanosine if warranted. (7.1)
- HIV-1 protease inhibitors: Coadministration decreases atazanavir concentrations and increases tenofovir concentrations. When coadministered with VIREAD, use atazanavir given with ritonavir. Coadministration of VIREAD with atazanavir and ritonavir, darunavir and ritonavir, or lopinavir/ritonavir increases tenofovir concentrations. Monitor for evidence of tenofovir toxicity. (7.2)

-------------------USE IN SPECIFIC POPULATIONS-------------------
Nursing mothers: Women infected with HIV should be instructed not to breastfeed. (8.3)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling**

**Revised: 04/2017**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**WARNING: POSTTREATMENT EXACERBATION OF HEPATITIS**
**1 INDICATIONS AND USAGE**
    1.1 HIV-1 Infection
    1.2 Chronic Hepatitis B
**2 DOSAGE AND ADMINISTRATION**
    2.1 Recommended Dose in Adults and Pediatric Patients 12 Years
        of Age and Older (35 kg or more)
    2.2 Recommended Dose in Pediatric Patients 2 Years to Less than
        12 Years of Age
    2.3 Dose Adjustment for Renal Impairment in Adults
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
    5.1 Exacerbation of Hepatitis after Discontinuation of Treatment
    5.2 New Onset or Worsening Renal Impairment
    5.3 Lactic Acidosis/Severe Hepatomegaly with Steatosis
    5.4 Coadministration with Other Products
    5.5 Patients Coinfected with HIV-1 and HBV
    5.6 Bone Effects
    5.7 Immune Reconstitution Syndrome
    5.8 Early Virologic Failure
**6 ADVERSE REACTIONS**
    6.1 Adverse Reactions from Clinical Trials Experience
    6.2 Postmarketing Experience
**7 DRUG INTERACTIONS**
    7.1 Didanosine
    7.2 HIV-1 Protease Inhibitors
    7.3 Hepatitis C Antiviral Agents
    7.4 Drugs Affecting Renal Function

**8 USE IN SPECIFIC POPULATIONS**
    8.1 Pregnancy
    8.3 Nursing Mothers
    8.4 Pediatric Use
    8.5 Geriatric Use
    8.6 Patients with Impaired Renal Function
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
    12.1 Mechanism of Action
    12.3 Pharmacokinetics
    12.4 Microbiology
**13 NONCLINICAL TOXICOLOGY**
    13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
    13.2 Animal Toxicology and/or Pharmacology
**14 CLINICAL STUDIES**
    14.1 Clinical Efficacy in Adults with HIV-1 Infection
    14.2 Clinical Efficacy in Adults with Chronic Hepatitis B
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**
\* Sections or subsections omitted from the full prescribing information
are not listed

**FULL PRESCRIBING INFORMATION**

<div style="border:1px solid black;">

**WARNING: POSTTREATMENT EXACERBATION OF HEPATITIS**

**Severe acute exacerbations of hepatitis have been reported in HBV-infected patients who have discontinued anti-hepatitis B therapy, including VIREAD. Hepatic function should be monitored closely with both clinical and laboratory follow-up for at least several months in patients who discontinue anti-hepatitis B therapy, including VIREAD. If appropriate, resumption of anti-hepatitis B therapy may be warranted *[See Warnings and Precautions (5.1)]*.**

</div>

# 1    INDICATIONS AND USAGE

## 1.1    HIV-1 Infection

VIREAD® is indicated in combination with other antiretroviral agents for the treatment of HIV-1 infection in adults and pediatric patients 2 years of age and older.

The following points should be considered when initiating therapy with VIREAD for the treatment of HIV-1 infection:

- VIREAD should not be used in combination with ATRIPLA®, COMPLERA®, DESCOVY®, GENVOYA®, ODEFSEY®, STRIBILD®, TRUVADA®, or VEMLIDY® *[See Warnings and Precautions (5.4)]*.

## 1.2    Chronic Hepatitis B

VIREAD is indicated for the treatment of chronic hepatitis B in adults and pediatric patients 12 years of age and older.

The following points should be considered when initiating therapy with VIREAD for the treatment of HBV infection:

- The indication in adults is based on safety and efficacy data from treatment of subjects who were nucleoside-treatment-naïve and subjects who were treatment-experienced with documented resistance to lamivudine. Subjects were adults with HBeAg-positive and HBeAg-negative chronic hepatitis B with compensated liver disease *[See Clinical Studies (14.2)]*.

- VIREAD was evaluated in a limited number of subjects with chronic hepatitis B and decompensated liver disease *[See Adverse Reactions (6.1), Clinical Studies (14.2)]*.

- The numbers of subjects in clinical trials who had adefovir resistance-associated substitutions at baseline were too small to reach conclusions of efficacy *[See Microbiology (12.4), Clinical Studies (14.2)]*.

3

## 2        DOSAGE AND ADMINISTRATION

### 2.1      Recommended Dose in Adults and Pediatric Patients 12 Years of Age and Older (35 kg or more)

For the treatment of HIV-1 or chronic hepatitis B: The dose is one 300 mg VIREAD tablet once daily taken orally, without regard to food.

For patients unable to swallow VIREAD tablets, the oral powder formulation (7.5 scoops) may be used.

In the treatment of chronic hepatitis B, the optimal duration of treatment is unknown. Safety and efficacy in pediatric patients with chronic hepatitis B weighing less than 35 kg have not been established.

### 2.2      Recommended Dose in Pediatric Patients 2 Years to Less than 12 Years of Age

*HIV-1 Infection*

For the treatment of HIV-1 in pediatric patients 2 years of age and older, the recommended oral dose of VIREAD is 8 mg of tenofovir disoproxil fumarate (tenofovir DF) per kilogram of body weight (up to a maximum of 300 mg) once daily administered as oral powder or tablets.

VIREAD oral powder should be measured only with the supplied dosing scoop. One level scoop delivers 1 g of powder which contains 40 mg of tenofovir DF. VIREAD oral powder should be mixed in a container with 2 to 4 ounces of soft food not requiring chewing (e.g., applesauce, baby food, yogurt). The entire mixture should be ingested immediately to avoid a bitter taste. Do not administer VIREAD oral powder in a liquid as the powder may float on top of the liquid even after stirring. Further patient instructions on how to administer VIREAD oral powder with the supplied dosing scoop are provided in the FDA-approved patient labeling (Patient Information).

VIREAD is also available as tablets in 150, 200, 250, and 300 mg strengths for pediatric patients who weigh greater than or equal to 17 kg and who are able to reliably swallow intact tablets. The dose is one tablet once daily taken orally, without regard to food.

Tables 1 and 2 contain dosing recommendations for VIREAD oral powder and tablets based on body weight. Weight should be monitored periodically and the VIREAD dose adjusted accordingly.

4

**Table 1       Dosing Recommendations for Pediatric Patients ≥2 Years of Age Using VIREAD Oral Powder**

| Body Weight Kilogram (kg) | Oral Powder Once Daily Scoops of Powder |
|---|---|
| 10 to <12 | 2 |
| 12 to <14 | 2.5 |
| 14 to <17 | 3 |
| 17 to <19 | 3.5 |
| 19 to <22 | 4 |
| 22 to <24 | 4.5 |
| 24 to <27 | 5 |
| 27 to <29 | 5.5 |
| 29 to <32 | 6 |
| 32 to <34 | 6.5 |
| 34 to <35 | 7 |
| ≥35 | 7.5 |

**Table 2       Dosing Recommendations for Pediatric Patients ≥2 Years of Age and Weighing ≥17 kg Using VIREAD Tablets**

| Body Weight Kilogram (kg) | Tablets Once Daily |
|---|---|
| 17 to <22 | 150 mg |
| 22 to <28 | 200 mg |
| 28 to <35 | 250 mg |
| ≥35 | 300 mg |

*Chronic Hepatitis B*

Safety and efficacy of VIREAD in patients younger than 12 years of age have not been established.

## 2.3       Dose Adjustment for Renal Impairment in Adults

Significantly increased drug exposures occurred when VIREAD was administered to subjects with moderate to severe renal impairment *[See Clinical Pharmacology (12.3)]*. Therefore, the dosing interval of VIREAD tablets 300 mg should be adjusted in patients with baseline creatinine clearance below 50 mL/min using the recommendations in Table 3. These dosing interval recommendations are based on modeling of single-dose pharmacokinetic data in non-HIV and non-HBV infected subjects with varying degrees of renal impairment, including end-stage renal disease requiring hemodialysis. The safety and effectiveness of these dosing interval adjustment recommendations have not been clinically evaluated in patients with moderate or severe renal impairment; therefore, clinical response to treatment and renal function should be closely monitored

5

in these patients *[See Warnings and Precautions (5.2)]*. There are no data to recommend use of VIREAD tablets 150, 200, or 250 mg or VIREAD oral powder in patients with renal impairment.

No dose adjustment of VIREAD tablets 300 mg is necessary for patients with mild renal impairment (creatinine clearance 50–80 mL/min). Routine monitoring of estimated creatinine clearance, serum phosphorus, urine glucose, and urine protein should be performed in patients with mild renal impairment *[See Warnings and Precautions (5.2)]*.

**Table 3        Dosage Adjustment for Patients with Altered Creatinine Clearance**

| | Creatinine Clearance (mL/min)[a] | | | |
| --- | --- | --- | --- | --- |
| | ≥50 | 30–49 | 10–29 | Hemodialysis Patients |
| **Recommended 300 mg Dosing Interval** | Every 24 hours | Every 48 hours | Every 72 to 96 hours | Every 7 days or after a total of approximately 12 hours of dialysis[b] |

a.   Calculated using ideal (lean) body weight.
b.   Generally once weekly assuming three hemodialysis sessions a week of approximately 4 hours' duration. VIREAD should be administered following completion of dialysis.

The pharmacokinetics of tenofovir have not been evaluated in non-hemodialysis patients with creatinine clearance below 10 mL/min; therefore, no dosing recommendation is available for these patients.

No data are available to make dose recommendations in pediatric patients with renal impairment.

# 3        DOSAGE FORMS AND STRENGTHS

VIREAD is available as tablets or as an oral powder.

VIREAD tablets 150 mg contain 150 mg of tenofovir DF, which is equivalent to 123 mg of tenofovir disoproxil. The tablets are triangle shaped, white, film coated, and debossed with "GSI" on one side and "150" on the other side.

VIREAD tablets 200 mg contain 200 mg of tenofovir DF, which is equivalent to 163 mg of tenofovir disoproxil. The tablets are round shaped, white, film coated, and debossed with "GSI" on one side and "200" on the other side.

VIREAD tablets 250 mg contain 250 mg of tenofovir DF, which is equivalent to 204 mg of tenofovir disoproxil. The tablets are capsule shaped, white, film coated, and debossed with "GSI" on one side and "250" on the other side.

VIREAD tablets 300 mg contain 300 mg of tenofovir DF, which is equivalent to 245 mg of tenofovir disoproxil. The tablets are almond shaped, light blue, film coated, and debossed with "GILEAD" and "4331" on one side and with "300" on the other side.

The oral powder consists of white, taste-masked, coated granules containing 40 mg of tenofovir DF, which is equivalent to 33 mg of tenofovir disoproxil, per level scoop. Each level scoop contains 1 gram of oral powder.

6

## 4   CONTRAINDICATIONS

None.

## 5   WARNINGS AND PRECAUTIONS

### 5.1   Exacerbation of Hepatitis after Discontinuation of Treatment

Discontinuation of anti-HBV therapy, including VIREAD, may be associated with severe acute exacerbations of hepatitis. Patients infected with HBV who discontinue VIREAD should be closely monitored with both clinical and laboratory follow-up for at least several months after stopping treatment. If appropriate, resumption of anti-hepatitis B therapy may be warranted.

### 5.2   New Onset or Worsening Renal Impairment

Tenofovir is principally eliminated by the kidney. Renal impairment, including cases of acute renal failure and Fanconi syndrome (renal tubular injury with severe hypophosphatemia), has been reported with the use of VIREAD *[See Adverse Reactions (6.2)]*.

It is recommended that estimated creatinine clearance be assessed in all patients prior to initiating therapy and as clinically appropriate during therapy with VIREAD. In patients at risk of renal dysfunction, including patients who have previously experienced renal events while receiving HEPSERA®, it is recommended that estimated creatinine clearance, serum phosphorus, urine glucose, and urine protein be assessed prior to initiation of VIREAD, and periodically during VIREAD therapy.

Dosing interval adjustment of VIREAD and close monitoring of renal function are recommended in all patients with creatinine clearance below 50 mL/min *[See Dosage and Administration (2.3)]*. No safety or efficacy data are available in patients with renal impairment who received VIREAD using these dosing guidelines, so the potential benefit of VIREAD therapy should be assessed against the potential risk of renal toxicity.

VIREAD should be avoided with concurrent or recent use of a nephrotoxic agent (e.g., high-dose or multiple non-steroidal anti-inflammatory drugs (NSAIDs)) *[See Drug Interactions (7.4)]*. Cases of acute renal failure after initiation of high dose or multiple NSAIDs have been reported in HIV-infected patients with risk factors for renal dysfunction who appeared stable on tenofovir DF. Some patients required hospitalization and renal replacement therapy. Alternatives to NSAIDs should be considered, if needed, in patients at risk for renal dysfunction.

Persistent or worsening bone pain, pain in extremities, fractures and/or muscular pain or weakness may be manifestations of proximal renal tubulopathy and should prompt an evaluation of renal function in at-risk patients.

### 5.3   Lactic Acidosis/Severe Hepatomegaly with Steatosis

Lactic acidosis and severe hepatomegaly with steatosis, including fatal cases, have been reported with the use of nucleoside analogs, including tenofovir DF, alone or in combination with other antiretrovirals. Treatment with VIREAD should be suspended in

7

any patient who develops clinical or laboratory findings suggestive of lactic acidosis or pronounced hepatotoxicity (which may include hepatomegaly and steatosis even in the absence of marked transaminase elevations).

## 5.4 Coadministration with Other Products

VIREAD should not be used in combination with other drugs containing tenofovir DF or tenofovir alafenamide, including ATRIPLA, COMPLERA, DESCOVY, GENVOYA, ODEFSEY, STRIBILD, TRUVADA, or VEMLIDY. VIREAD should not be administered in combination with HEPSERA (adefovir dipivoxil) *[See Drug Interactions (7.4)]*.

## 5.5 Patients Coinfected with HIV-1 and HBV

Due to the risk of development of HIV-1 resistance, VIREAD should only be used in HIV-1 and HBV coinfected patients as part of an appropriate antiretroviral combination regimen.

HIV-1 antibody testing should be offered to all HBV-infected patients before initiating therapy with VIREAD. It is also recommended that all patients with HIV-1 be tested for the presence of chronic hepatitis B before initiating treatment with VIREAD.

## 5.6 Bone Effects

*Bone Mineral Density:*

In clinical trials in HIV-1 infected adults, VIREAD was associated with slightly greater decreases in bone mineral density (BMD) and increases in biochemical markers of bone metabolism, suggesting increased bone turnover relative to comparators. Serum parathyroid hormone levels and 1,25 Vitamin D levels were also higher in subjects receiving VIREAD *[See Adverse Reactions (6.1)]*.

Clinical trials evaluating VIREAD in pediatric and adolescent subjects were conducted. Under normal circumstances, BMD increases rapidly in pediatric patients. In HIV-1 infected subjects aged 2 years to less than 18 years, bone effects were similar to those observed in adult subjects and suggest increased bone turnover. Total body BMD gain was less in the VIREAD-treated HIV-1 infected pediatric subjects as compared to the control groups. Similar trends were observed in chronic hepatitis B infected adolescent subjects aged 12 years to less than 18 years. In all pediatric trials, skeletal growth (height) appeared to be unaffected *[See Adverse Reactions (6.1)]*.

The effects of VIREAD-associated changes in BMD and biochemical markers on long-term bone health and future fracture risk are unknown. Assessment of BMD should be considered for adults and pediatric patients who have a history of pathologic bone fracture or other risk factors for osteoporosis or bone loss. Although the effect of supplementation with calcium and vitamin D was not studied, such supplementation may be beneficial for all patients. If bone abnormalities are suspected then appropriate consultation should be obtained.

*Mineralization Defects:*

Cases of osteomalacia associated with proximal renal tubulopathy, manifested as bone pain or pain in extremities and which may contribute to fractures, have been reported in association with the use of VIREAD *[See Adverse Reactions (6.2)]*. Arthralgias and

8

muscle pain or weakness have also been reported in cases of proximal renal tubulopathy. Hypophosphatemia and osteomalacia secondary to proximal renal tubulopathy should be considered in patients at risk of renal dysfunction who present with persistent or worsening bone or muscle symptoms while receiving products containing tenofovir DF *[See Warnings and Precautions (5.2)].*

## 5.7   Immune Reconstitution Syndrome

Immune reconstitution syndrome has been reported in HIV-infected patients treated with combination antiretroviral therapy, including VIREAD. During the initial phase of combination antiretroviral treatment, patients whose immune system responds may develop an inflammatory response to indolent or residual opportunistic infections (such as *Mycobacterium avium* infection, cytomegalovirus, *Pneumocystis jirovecii* pneumonia [PCP], or tuberculosis), which may necessitate further evaluation and treatment.

Autoimmune disorders (such as Graves' disease, polymyositis, and Guillain-Barré syndrome) have also been reported to occur in the setting of immune reconstitution; however, the time to onset is more variable, and can occur many months after initiation of treatment.

## 5.8   Early Virologic Failure

Clinical trials in HIV-infected subjects have demonstrated that certain regimens that only contain three nucleoside reverse transcriptase inhibitors (NRTI) are generally less effective than triple drug regimens containing two NRTIs in combination with either a non-nucleoside reverse transcriptase inhibitor or a HIV-1 protease inhibitor. In particular, early virological failure and high rates of resistance substitutions have been reported. Triple nucleoside regimens should therefore be used with caution. Patients on a therapy utilizing a triple nucleoside-only regimen should be carefully monitored and considered for treatment modification.

## 6   ADVERSE REACTIONS

The following adverse reactions are discussed in other sections of the labeling:

- Severe Acute Exacerbation of Hepatitis *[See Boxed Warning, Warnings and Precautions (5.1)].*

- New Onset or Worsening Renal Impairment *[See Warnings and Precautions (5.2)].*

- Lactic Acidosis/Severe Hepatomegaly with Steatosis *[See Warnings and Precautions (5.3)].*

- Bone Effects *[See Warnings and Precautions (5.6)].*

- Immune Reconstitution Syndrome *[See Warnings and Precautions (5.7)].*

## 6.1   Adverse Reactions from Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

9

*Clinical Trials in Adult Patients with HIV-1 Infection*

More than 12,000 subjects have been treated with VIREAD alone or in combination with other antiretroviral medicinal products for periods of 28 days to 215 weeks in clinical trials and expanded access programs. A total of 1544 subjects have received VIREAD 300 mg once daily in clinical trials; over 11,000 subjects have received VIREAD in expanded access programs.

The most common adverse reactions (incidence greater than or equal to 10%, Grades 2–4) identified from any of the 3 large controlled clinical trials include rash, diarrhea, headache, pain, depression, asthenia, and nausea.

*Treatment-Naïve Patients*

*Study 903 – Treatment-Emergent Adverse Reactions:* The most common adverse reactions seen in a double-blind comparative controlled trial in which 600 treatment-naïve subjects received VIREAD (N=299) or stavudine (N=301) in combination with lamivudine and efavirenz for 144 weeks (Study 903) were mild to moderate gastrointestinal events and dizziness.

Mild adverse reactions (Grade 1) were common with a similar incidence in both arms, and included dizziness, diarrhea, and nausea. Selected treatment-emergent moderate to severe adverse reactions are summarized in Table 4.

10

**Table 4**     **Selected Treatment-Emergent Adverse Reactions[a] (Grades 2–4) Reported in ≥5% in Any Treatment Group in Study 903 (0–144 Weeks)**

|  | VIREAD+3TC+EFV | d4T+3TC+EFV |
|---|---|---|
|  | N=299 | N=301 |
| **Body as a Whole** | | |
| Headache | 14% | 17% |
| Pain | 13% | 12% |
| Fever | 8% | 7% |
| Abdominal pain | 7% | 12% |
| Back pain | 9% | 8% |
| Asthenia | 6% | 7% |
| **Digestive System** | | |
| Diarrhea | 11% | 13% |
| Nausea | 8% | 9% |
| Dyspepsia | 4% | 5% |
| Vomiting | 5% | 9% |
| **Metabolic Disorders** | | |
| Lipodystrophy[b] | 1% | 8% |
| **Musculoskeletal** | | |
| Arthralgia | 5% | 7% |
| Myalgia | 3% | 5% |
| **Nervous System** | | |
| Depression | 11% | 10% |
| Insomnia | 5% | 8% |
| Dizziness | 3% | 6% |
| Peripheral neuropathy[c] | 1% | 5% |
| Anxiety | 6% | 6% |
| **Respiratory** | | |
| Pneumonia | 5% | 5% |
| **Skin and Appendages** | | |
| Rash event[d] | 18% | 12% |

a.   Frequencies of adverse reactions are based on all treatment-emergent adverse events, regardless of relationship to study drug.

b.   Lipodystrophy represents a variety of investigator-described adverse events not a protocol-defined syndrome.

c.   Peripheral neuropathy includes peripheral neuritis and neuropathy.

d.   Rash event includes rash, pruritus, maculopapular rash, urticaria, vesiculobullous rash, and pustular rash.

11

*Laboratory Abnormalities:* With the exception of fasting cholesterol and fasting triglyceride elevations that were more common in the stavudine group (40% and 9%) compared with VIREAD (19% and 1%), respectively, laboratory abnormalities observed in this trial occurred with similar frequency in the VIREAD and stavudine treatment arms. A summary of Grades 3–4 laboratory abnormalities is provided in Table 5.

**Table 5      Grades 3–4 Laboratory Abnormalities Reported in ≥1% of VIREAD-Treated Subjects in Study 903 (0-144 Weeks)**

|  | VIREAD+3TC+EFV | d4T+3TC+EFV |
|---|---|---|
|  | N=299 | N=301 |
| Any ≥ Grade 3 Laboratory Abnormality | 36% | 42% |
| Fasting Cholesterol (>240 mg/dL) | 19% | 40% |
| Creatine Kinase (M: >990 U/L; F: >845 U/L) | 12% | 12% |
| Serum Amylase (>175 U/L) | 9% | 8% |
| AST (M: >180 U/L; F: >170 U/L) | 5% | 7% |
| ALT (M: >215 U/L; F: >170 U/L) | 4% | 5% |
| Hematuria (>100 RBC/HPF) | 7% | 7% |
| Neutrophils (<750/mm$^3$) | 3% | 1% |
| Fasting Triglycerides (>750 mg/dL) | 1% | 9% |

*Study 934 – Treatment-Emergent Adverse Reactions:* In Study 934, 511 antiretroviral-naïve subjects received either VIREAD + EMTRIVA® administered in combination with efavirenz (N=257) or zidovudine/lamivudine administered in combination with efavirenz (N=254). Adverse reactions observed in this trial were generally consistent with those seen in previous studies in treatment-experienced or treatment-naïve subjects (Table 6).

*Changes in Bone Mineral Density*

In HIV-1 infected adult subjects in Study 903, there was a significantly greater mean percentage decrease from baseline in BMD at the lumbar spine in subjects receiving VIREAD + lamivudine + efavirenz (−2.2% ± 3.9) compared with subjects receiving stavudine + lamivudine + efavirenz (−1.0% ± 4.6) through 144 weeks. Changes in BMD at the hip were similar between the two treatment groups (−2.8% ± 3.5 in the VIREAD group vs. −2.4% ± 4.5 in the stavudine group). In both groups, the majority of the reduction in BMD occurred in the first 24-48 weeks of the trial and this reduction was sustained through Week 144. Twenty-eight percent of VIREAD-treated subjects vs. 21% of the stavudine-treated subjects lost at least 5% of BMD at the spine or 7% of BMD at the hip. Clinically relevant fractures (excluding fingers and toes) were reported in 4 subjects in the VIREAD group and 6 subjects in the stavudine group. In addition, there were significant increases in biochemical markers of bone metabolism (serum bone-specific alkaline phosphatase, serum osteocalcin, serum C telopeptide, and urinary N telopeptide) and higher serum parathyroid hormone levels and 1,25 Vitamin D levels in

12

the VIREAD group relative to the stavudine group; however, except for bone-specific alkaline phosphatase, these changes resulted in values that remained within the normal range *[See Warnings and Precautions (5.6)]*.

**Table 6        Selected Treatment-Emergent Adverse Reactions[a] (Grades 2−4) Reported in ≥5% in Any Treatment Group in Study 934 (0−144 Weeks)**

| | VIREAD[b]+FTC+EFV | AZT/3TC+EFV |
|---|---|---|
| | N=257 | N=254 |
| Gastrointestinal Disorder | | |
| Diarrhea | 9% | 5% |
| Nausea | 9% | 7% |
| Vomiting | 2% | 5% |
| General Disorders and Administration Site Condition | | |
| Fatigue | 9% | 8% |
| Infections and Infestations | | |
| Sinusitis | 8% | 4% |
| Upper respiratory tract infections | 8% | 5% |
| Nasopharyngitis | 5% | 3% |
| Nervous System Disorders | | |
| Headache | 6% | 5% |
| Dizziness | 8% | 7% |
| Psychiatric Disorders | | |
| Depression | 9% | 7% |
| Insomnia | 5% | 7% |
| Skin and Subcutaneous Tissue Disorders | | |
| Rash event[c] | 7% | 9% |

a.  Frequencies of adverse reactions are based on all treatment-emergent adverse events, regardless of relationship to study drug.

b.  From Weeks 96 to 144 of the trial, subjects received TRUVADA with efavirenz in place of VIREAD + EMTRIVA with efavirenz.

c.  Rash event includes rash, exfoliative rash, rash generalized, rash macular, rash maculopapular, rash pruritic, and rash vesicular.

*Laboratory Abnormalities:*  Laboratory abnormalities observed in this trial were generally consistent with those seen in previous trials (Table 7).

13

Reference ID: 4081303

**Table 7        Significant Laboratory Abnormalities Reported in ≥1% of Subjects in Any Treatment Group in Study 934 (0-144 Weeks)**

|  | VIREAD[a]+FTC+EFV | AZT/3TC+EFV |
|---|---|---|
|  | N=257 | N=254 |
| Any ≥ Grade 3 Laboratory Abnormality | 30% | 26% |
| Fasting Cholesterol (>240 mg/dL) | 22% | 24% |
| Creatine Kinase (M: >990 U/L; F: >845 U/L) | 9% | 7% |
| Serum Amylase (>175 U/L) | 8% | 4% |
| Alkaline Phosphatase (>550 U/L) | 1% | 0% |
| AST (M: >180 U/L; F: >170 U/L) | 3% | 3% |
| ALT (M: >215 U/L; F: >170 U/L) | 2% | 3% |
| Hemoglobin (<8.0 mg/dL) | 0% | 4% |
| Hyperglycemia (>250 mg/dL) | 2% | 1% |
| Hematuria (>75 RBC/HPF) | 3% | 2% |
| Glycosuria (≥3+) | <1% | 1% |
| Neutrophils (<750/mm$^3$) | 3% | 5% |
| Fasting Triglycerides (>750 mg/dL) | 4% | 2% |

a.  From Weeks 96 to 144 of the trial, subjects received TRUVADA with efavirenz in place of VIREAD + EMTRIVA with efavirenz.

*Treatment-Experienced Patients*

*Treatment-Emergent Adverse Reactions:* The adverse reactions seen in treatment-experienced subjects were generally consistent with those seen in treatment-naïve subjects including mild to moderate gastrointestinal events, such as nausea, diarrhea, vomiting, and flatulence. Less than 1% of subjects discontinued participation in the clinical trials due to gastrointestinal adverse reactions (Study 907).

A summary of moderate to severe treatment-emergent adverse reactions that occurred during the first 48 weeks of Study 907 is provided in Table 8.

14

**Table 8        Selected Treatment-Emergent Adverse Reactions[a] (Grades 2−4) Reported in ≥3% in Any Treatment Group in Study 907 (0-48 Weeks)**

| | VIREAD (N=368) (Week 0−24) | Placebo (N=182) (Week 0−24) | VIREAD (N=368) (Week 0−48) | Placebo Crossover to VIREAD (N=170) (Week 24−48) |
|---|---|---|---|---|
| Body as a Whole | | | | |
|   Asthenia | 7% | 6% | 11% | 1% |
|   Pain | 7% | 7% | 12% | 4% |
|   Headache | 5% | 5% | 8% | 2% |
|   Abdominal pain | 4% | 3% | 7% | 6% |
|   Back pain | 3% | 3% | 4% | 2% |
|   Chest pain | 3% | 1% | 3% | 2% |
|   Fever | 2% | 2% | 4% | 2% |
| Digestive System | | | | |
|   Diarrhea | 11% | 10% | 16% | 11% |
|   Nausea | 8% | 5% | 11% | 7% |
|   Vomiting | 4% | 1% | 7% | 5% |
|   Anorexia | 3% | 2% | 4% | 1% |
|   Dyspepsia | 3% | 2% | 4% | 2% |
|   Flatulence | 3% | 1% | 4% | 1% |
| Respiratory | | | | |
|   Pneumonia | 2% | 0% | 3% | 2% |
| Nervous System | | | | |
|   Depression | 4% | 3% | 8% | 4% |
|   Insomnia | 3% | 2% | 4% | 4% |
|   Peripheral neuropathy[b] | 3% | 3% | 5% | 2% |
|   Dizziness | 1% | 3% | 3% | 1% |
| Skin and Appendage | | | | |
|   Rash event[c] | 5% | 4% | 7% | 1% |
|   Sweating | 3% | 2% | 3% | 1% |
| Musculoskeletal | | | | |
|   Myalgia | 3% | 3% | 4% | 1% |
| Metabolic | | | | |
|   Weight loss | 2% | 1% | 4% | 2% |

a.   Frequencies of adverse reactions are based on all treatment-emergent adverse events, regardless of relationship to study drug.
b.   Peripheral neuropathy includes peripheral neuritis and neuropathy.
c.   Rash event includes rash, pruritus, maculopapular rash, urticaria, vesiculobullous rash, and pustular rash.

15

Reference ID: 4081303

*Laboratory Abnormalities:* Laboratory abnormalities observed in this trial occurred with similar frequency in the VIREAD and placebo-treated groups. A summary of Grades 3–4 laboratory abnormalities is provided in Table 9.

**Table 9**    **Grades 3–4 Laboratory Abnormalities Reported in ≥1% of VIREAD-Treated Subjects in Study 907 (0–48 Weeks)**

| | VIREAD (N=368) (Week 0–24) | Placebo (N=182) (Week 0–24) | VIREAD (N=368) (Week 0–48) | Placebo Crossover to VIREAD (N=170) (Week 24–48) |
|---|---|---|---|---|
| Any ≥ Grade 3 Laboratory Abnormality | 25% | 38% | 35% | 34% |
| Triglycerides (>750 mg/dL) | 8% | 13% | 11% | 9% |
| Creatine Kinase (M: >990 U/L; F: >845 U/L) | 7% | 14% | 12% | 12% |
| Serum Amylase (>175 U/L) | 6% | 7% | 7% | 6% |
| Glycosuria (≥3+) | 3% | 3% | 3% | 2% |
| AST (M: >180 U/L; F: >170 U/L) | 3% | 3% | 4% | 5% |
| ALT (M: >215 U/L; F: >170 U/L) | 2% | 2% | 4% | 5% |
| Serum Glucose (>250 U/L) | 2% | 4% | 3% | 3% |
| Neutrophils (<750/mm$^3$) | 1% | 1% | 2% | 1% |

### *Clinical Trials in Pediatric Subjects 2 Years of Age and Older with HIV-1 Infection*

Assessment of adverse reactions is based on two randomized trials (Studies 352 and 321) in 184 HIV-1 infected pediatric subjects (2 to less than 18 years of age) who received treatment with VIREAD (N=93) or placebo/active comparator (N=91) in combination with other antiretroviral agents for 48 weeks. The adverse reactions observed in subjects who received treatment with VIREAD were consistent with those observed in clinical trials in adults.

Eighty-nine pediatric subjects (2 to less than 12 years of age) received VIREAD in Study 352 for a median exposure of 104 weeks. Of these, 4 subjects discontinued from the trial due to adverse reactions consistent with proximal renal tubulopathy. Three of these 4 subjects presented with hypophosphatemia and also had decreases in total body or spine BMD Z score *[See Warnings and Precautions (5.6)]*.

*Changes in Bone Mineral Density:*

Clinical trials in HIV-1 infected children and adolescents evaluated BMD changes. In Study 321 (12 to less than 18 years), the mean rate of BMD gain at Week 48 was less in the VIREAD compared to the placebo treatment group. Six VIREAD treated subjects and one placebo treated subject had significant (greater than 4%) lumbar spine BMD loss at Week 48. Changes from baseline BMD Z-scores were −0.341 for lumbar spine

16

and −0.458 for total body in the 28 subjects who were treated with VIREAD for 96 weeks. In Study 352 (2 to less than 12 years), the mean rate of BMD gain in lumbar spine at Week 48 was similar between the VIREAD and the d4T or AZT treatment groups. Total body BMD gain was less in the VIREAD compared to the d4T or AZT treatment groups. One VIREAD-treated subject and none of the d4T or AZT-treated subjects experienced significant (greater than 4%) lumbar spine BMD loss at Week 48. Changes from baseline in BMD Z scores were −0.012 for lumbar spine and −0.338 for total body in the 64 subjects who were treated with VIREAD for 96 weeks. In both trials, skeletal growth (height) appeared to be unaffected *[See Warnings and Precautions (5.6)]*.

### *Clinical Trials in Adult Subjects with Chronic Hepatitis B and Compensated Liver Disease*

*Treatment-Emergent Adverse Reactions:*  In controlled clinical trials in 641 subjects with chronic hepatitis B (0102 and 0103), more subjects treated with VIREAD during the 48-week double-blind period experienced nausea: 9% with VIREAD versus 2% with HEPSERA. Other treatment-emergent adverse reactions reported in more than 5% of subjects treated with VIREAD included: abdominal pain, diarrhea, headache, dizziness, fatigue, nasopharyngitis, back pain, and skin rash.

During the open-label phase of treatment with VIREAD (weeks 48–384) in Studies 0102 and 0103, 2% of subjects (13/585) experienced a confirmed increase in serum creatinine of 0.5 mg/dL from baseline. No significant change in the tolerability profile was observed with continued treatment for up to 384 weeks.

*Laboratory Abnormalities:*  A summary of Grades 3–4 laboratory abnormalities through Week 48 is provided in Table 10. Grades 3–4 laboratory abnormalities were similar in subjects continuing VIREAD treatment for up to 384 weeks in these trials.

**Table 10      Grades 3-4 Laboratory Abnormalities Reported in ≥1% of VIREAD-Treated Subjects in Studies 0102 and 0103 (0-48 Weeks)**

|  | VIREAD (N=426) | HEPSERA (N=215) |
|---|---|---|
| Any ≥ Grade 3 Laboratory Abnormality | 19% | 13% |
| Creatine Kinase (M: >990 U/L; F: >845 U/L) | 2% | 3% |
| Serum Amylase (>175 U/L) | 4% | 1% |
| Glycosuria (≥3+) | 3% | <1% |
| AST (M: >180 U/L; F: >170 U/L) | 4% | 4% |
| ALT (M: >215 U/L; F: >170 U/L) | 10% | 6% |

The overall incidence of on-treatment ALT flares (defined as serum ALT greater than 2 × baseline and greater than 10 × ULN, with or without associated symptoms) was similar between VIREAD (2.6%) and HEPSERA (2%). ALT flares generally occurred within the first 4–8 weeks of treatment and were accompanied by decreases in HBV

17

DNA levels. No subject had evidence of decompensation. ALT flares typically resolved within 4 to 8 weeks without changes in study medication.

The adverse reactions observed in subjects with chronic hepatitis B and lamivudine resistance who received treatment with VIREAD were consistent with those observed in other hepatitis B clinical trials in adults.

*Clinical Trials in Adult Subjects with Chronic Hepatitis B and Decompensated Liver Disease*

In a small randomized, double-blind, active-controlled trial (0108), subjects with CHB and decompensated liver disease received treatment with VIREAD or other antiviral drugs for up to 48 weeks *[See Clinical Studies (14.2)]*. Among the 45 subjects receiving VIREAD, the most frequently reported treatment-emergent adverse reactions of any severity were abdominal pain (22%), nausea (20%), insomnia (18%), pruritus (16%), vomiting (13%), dizziness (13%), and pyrexia (11%). Two of 45 (4%) subjects died through Week 48 of the trial due to progression of liver disease. Three of 45 (7%) subjects discontinued treatment due to an adverse event. Four of 45 (9%) subjects experienced a confirmed increase in serum creatinine of 0.5 mg/dL (1 subject also had a confirmed serum phosphorus less than 2 mg/dL through Week 48). Three of these subjects (each of whom had a Child-Pugh score greater than or equal to 10 and MELD score greater than or equal to 14 at entry) developed renal failure. Because both VIREAD and decompensated liver disease may have an impact on renal function, the contribution of VIREAD to renal impairment in this population is difficult to ascertain.

One of 45 subjects experienced an on-treatment hepatic flare during the 48-week trial.

*Clinical Trials in Pediatric Subjects 12 Years of Age and Older with Chronic Hepatitis B*

Assessment of adverse reactions is based on one randomized study (Study GS-US-174-0115) in 106 pediatric subjects (12 to less than 18 years of age) infected with chronic hepatitis B receiving treatment with VIREAD (N=52) or placebo (N=54) for 72 weeks. The adverse reactions observed in pediatric subjects who received treatment with VIREAD were consistent with those observed in clinical trials of VIREAD in adults.

In this study, both the VIREAD and placebo treatment arms experienced an overall increase in mean lumbar spine BMD over 72 weeks, as expected for an adolescent population. The BMD gains from baseline to Week 72 in lumbar spine and total body BMD in VIREAD-treated subjects (+5% and +3%, respectively) were less than the BMD gains observed in placebo-treated subjects (+8% and +5%, respectively). Three subjects in the VIREAD group and two subjects in the placebo group had significant (greater than 4%) lumbar spine BMD loss at Week 72. At baseline, mean BMD Z-scores in subjects randomized to VIREAD were −0.43 for lumbar spine and −0.20 for total body, and mean BMD Z-scores in subjects randomized to placebo were −0.28 for lumbar spine and −0.26 for total body. In subjects receiving VIREAD for 72 weeks, the mean change in BMD Z-score was −0.05 for lumbar spine and −0.15 for total body compared to +0.07 and +0.06, respectively, in subjects receiving placebo. As observed in pediatric studies of HIV-infected patients, skeletal growth (height) appeared to be unaffected *[See Warnings and Precautions (5.6)]*.

Reference ID: 4081303

## 6.2     Postmarketing Experience

The following adverse reactions have been identified during postapproval use of VIREAD. Because postmarketing reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

*Immune System Disorders*
allergic reaction, including angioedema

*Metabolism and Nutrition Disorders*
lactic acidosis, hypokalemia, hypophosphatemia

*Respiratory, Thoracic, and Mediastinal Disorders*
dyspnea

*Gastrointestinal Disorders*
pancreatitis, increased amylase, abdominal pain

*Hepatobiliary Disorders*
hepatic steatosis, hepatitis, increased liver enzymes (most commonly AST, ALT gamma GT)

*Skin and Subcutaneous Tissue Disorders*
rash

*Musculoskeletal and Connective Tissue Disorders*
rhabdomyolysis, osteomalacia (manifested as bone pain and which may contribute to fractures), muscular weakness, myopathy

*Renal and Urinary Disorders*
acute renal failure, renal failure, acute tubular necrosis, Fanconi syndrome, proximal renal tubulopathy, interstitial nephritis (including acute cases), nephrogenic diabetes insipidus, renal insufficiency, increased creatinine, proteinuria, polyuria

*General Disorders and Administration Site Conditions*
asthenia

The following adverse reactions, listed under the body system headings above, may occur as a consequence of proximal renal tubulopathy: rhabdomyolysis, osteomalacia, hypokalemia, muscular weakness, myopathy, hypophosphatemia.

## 7     DRUG INTERACTIONS

This section describes clinically relevant drug interactions with VIREAD. Drug interactions trials are described elsewhere in the labeling *[See Clinical Pharmacology (12.3)].*

## 7.1     Didanosine

Coadministration of VIREAD and didanosine should be undertaken with caution and patients receiving this combination should be monitored closely for didanosine-associated adverse reactions. Didanosine should be discontinued in patients who develop didanosine-associated adverse reactions.

19

When administered with VIREAD, $C_{max}$ and AUC of didanosine increased significantly *[See Clinical Pharmacology (12.3)]*. The mechanism of this interaction is unknown. Higher didanosine concentrations could potentiate didanosine-associated adverse reactions, including pancreatitis and neuropathy. Suppression of CD4+ cell counts has been observed in patients receiving VIREAD with didanosine 400 mg daily.

In patients weighing greater than 60 kg, the didanosine dose should be reduced to 250 mg once daily when it is coadministered with VIREAD. In patients weighing less than 60 kg, the didanosine dose should be reduced to 200 mg once daily when it is coadministered with VIREAD. When coadministered, VIREAD and didanosine EC may be taken under fasted conditions or with a light meal (less than 400 kcal, 20% fat). For additional information on coadministration of VIREAD and didanosine, please refer to the full prescribing information for didanosine.

## 7.2    HIV-1 Protease Inhibitors

VIREAD decreases the AUC and $C_{min}$ of atazanavir *[See Clinical Pharmacology (12.3)]*. When coadministered with VIREAD, it is recommended that atazanavir 300 mg is given with ritonavir 100 mg. VIREAD should not be coadministered with atazanavir without ritonavir.

Lopinavir/ritonavir, atazanavir coadministered with ritonavir, and darunavir coadministered with ritonavir have been shown to increase tenofovir concentrations *[See Clinical Pharmacology (12.3)]*. Tenofovir DF is a substrate of P-glycoprotein (Pgp) and breast cancer resistance protein (BCRP) transporters. When tenofovir DF is coadministered with an inhibitor of these transporters, an increase in absorption may be observed. Patients receiving VIREAD concomitantly with lopinavir/ritonavir, ritonavir-boosted atazanavir, or ritonavir-boosted darunavir should be monitored for VIREAD-associated adverse reactions. VIREAD should be discontinued in patients who develop VIREAD-associated adverse reactions.

## 7.3    Hepatitis C Antiviral Agents

Coadministration of VIREAD and EPCLUSA® (sofosbuvir/velpatasvir) or HARVONI® (ledipasvir/sofosbuvir) has been shown to increase tenofovir exposure *[See Clinical Pharmacology (12.3)]*.

In patients receiving VIREAD concomitantly with EPCLUSA, monitor for adverse reactions associated with tenofovir DF.

In patients receiving VIREAD concomitantly with HARVONI without an HIV-1 protease inhibitor/ritonavir or an HIV-1 protease inhibitor/cobicistat combination, monitor for adverse reactions associated with tenofovir DF.

In patients receiving VIREAD concomitantly with HARVONI and an HIV-1 protease inhibitor/ritonavir or an HIV-1 protease inhibitor/cobicistat combination, consider an alternative HCV or antiretroviral therapy, as the safety of increased tenofovir concentrations in this setting has not been established. If coadministration is necessary, monitor for adverse reactions associated with tenofovir DF.

Reference ID: 4081303

### 7.4    Drugs Affecting Renal Function

Since tenofovir is primarily eliminated by the kidneys *[See Clinical Pharmacology (12.3)]*, coadministration of VIREAD with drugs that reduce renal function or compete for active tubular secretion may increase serum concentrations of tenofovir and/or increase the concentrations of other renally eliminated drugs. Some examples include, but are not limited to, cidofovir, acyclovir, valacyclovir, ganciclovir, valganciclovir, aminoglycosides (e.g., gentamicin), and high-dose or multiple NSAIDs *[See Warnings and Precautions (5.2)]*.

In the treatment of chronic hepatitis B, VIREAD should not be administered in combination with HEPSERA (adefovir dipivoxil).

## 8     USE IN SPECIFIC POPULATIONS

### 8.1    Pregnancy

Pregnancy Category B

There are no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, VIREAD should be used during pregnancy only if clearly needed.

Antiretroviral Pregnancy Registry:  To monitor fetal outcomes of pregnant women exposed to VIREAD, an Antiretroviral Pregnancy Registry has been established. Healthcare providers are encouraged to register patients by calling 1-800-258-4263.

Risk Summary

Animal Data

Reproduction studies have been performed in rats and rabbits at doses up to 14 and 19 times the human dose based on body surface area comparisons and revealed no evidence of impaired fertility or harm to the fetus due to tenofovir.

### 8.3    Nursing Mothers

Nursing Mothers:  The Centers for Disease Control and Prevention recommend that HIV-1 infected mothers not breastfeed their infants to avoid risking postnatal transmission of HIV-1. Samples of breast milk obtained from five HIV-1 infected mothers in the first post-partum week show that tenofovir is secreted in human milk. The impact of this exposure in breastfed infants is unknown. Because of both the potential for HIV-1 transmission and the potential for serious adverse reactions in nursing infants, mothers should be instructed not to breastfeed if they are receiving VIREAD.

### 8.4    Pediatric Use

*Pediatric Patients 2 Years of Age and Older with HIV-1 infection*

The safety of VIREAD in pediatric patients aged 2 to less than 18 years is supported by data from two randomized trials in which VIREAD was administered to HIV-1 infected treatment-experienced subjects. In addition, the pharmacokinetic profile of tenofovir in patients 2 to less than 18 years of age at the recommended doses was similar to that found to be safe and effective in adult clinical trials *[See Clinical Pharmacology (12.3)]*.

21

In Study 352, 92 treatment-experienced subjects 2 to less than 12 years of age with stable, virologic suppression on stavudine- or zidovudine-containing regimen were randomized to either replace stavudine or zidovudine with VIREAD (N=44) or continue their original regimen (N=48) for 48 weeks. Five additional subjects over the age of 12 were enrolled and randomized (VIREAD N=4, original regimen N=1) but are not included in the efficacy analysis. After 48 weeks, all eligible subjects were allowed to continue in the study receiving open-label VIREAD. At Week 48, 89% of subjects in the VIREAD treatment group and 90% of subjects in the stavudine or zidovudine treatment group had HIV-1 RNA concentrations less than 400 copies/mL. During the 48 week randomized phase of the study, 1 subject in the VIREAD group discontinued the study prematurely because of virologic failure/lack of efficacy and 3 subjects (2 subjects in the VIREAD group and 1 subject in the stavudine or zidovudine group) discontinued for other reasons.

In Study 321, 87 treatment-experienced subjects 12 to less than 18 years of age were treated with VIREAD (N=45) or placebo (N=42) in combination with an optimized background regimen (OBR) for 48 weeks. The mean baseline CD4 cell count was 374 cells/mm$^3$ and the mean baseline plasma HIV-1 RNA was 4.6 log$_{10}$ copies/mL. At baseline, 90% of subjects harbored NRTI resistance-associated substitutions in their HIV-1 isolates. Overall, the trial failed to show a difference in virologic response between the VIREAD and placebo treatment groups. Subgroup analyses suggest the lack of difference in virologic response may be attributable to imbalances between treatment arms in baseline viral susceptibility to VIREAD and OBR.

Although changes in HIV-1 RNA in these highly treatment-experienced subjects were less than anticipated, the comparability of the pharmacokinetic and safety data to that observed in adults supports the use of VIREAD in pediatric patients 12 years of age and older who weigh greater than or equal to 35 kg and whose HIV-1 isolate is expected to be sensitive to VIREAD. *[See Warnings and Precautions (5.6), Adverse Reactions (6.1), and Clinical Pharmacology (12.3)].*

Safety and effectiveness of VIREAD in pediatric patients younger than 2 years of age with HIV-1 infection have not been established.

*Pediatric Patients 12 Years of Age and Older with Chronic Hepatitis B*

In Study 115, 106 HBeAg negative (9%) and positive (91%) subjects aged 12 to less than 18 years with chronic HBV infection were randomized to receive blinded treatment with VIREAD 300 mg (N=52) or placebo (N=54) for 72 weeks. At study entry, the mean HBV DNA was 8.1 log$_{10}$ copies/mL and mean ALT was 101 U/L. Of 52 subjects treated with VIREAD, 20 subjects were nucleos(t)ide-naïve and 32 subjects were nucleos(t)ide-experienced. Thirty-one of the 32 nucleos(t)ide-experienced subjects had prior lamivudine experience. At Week 72, 88% (46/52) of subjects in the VIREAD group and 0% (0/54) of subjects in the placebo group had HBV DNA <400 copies/mL (69 IU/mL). Among subjects with abnormal ALT at baseline, 74% (26/35) of subjects receiving VIREAD had normalized ALT at Week 72 compared to 31% (13/42) in the placebo group. One VIREAD-treated subject experienced sustained HBsAg-loss and seroconversion to anti-HBs during the first 72 weeks of study participation.

22

Safety and effectiveness of VIREAD in pediatric patients younger than 12 years of age or less than 35 kg with chronic hepatitis B have not been established.

## 8.5    Geriatric Use

Clinical trials of VIREAD did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects. In general, dose selection for the elderly patient should be cautious, keeping in mind the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy.

## 8.6    Patients with Impaired Renal Function

It is recommended that the dosing interval for VIREAD be modified in patients with estimated creatinine clearance below 50 mL/min or in patients with ESRD who require dialysis *[See Dosage and Administration (2.3), Clinical Pharmacology (12.3)]*.

# 10    OVERDOSAGE

Limited clinical experience at doses higher than the therapeutic dose of VIREAD 300 mg is available. In Study 901, 600 mg tenofovir DF was administered to 8 subjects orally for 28 days. No severe adverse reactions were reported. The effects of higher doses are not known.

If overdose occurs the patient must be monitored for evidence of toxicity and standard supportive treatment applied as necessary.

Tenofovir is efficiently removed by hemodialysis with an extraction coefficient of approximately 54%. Following a single 300 mg dose of VIREAD, a four-hour hemodialysis session removed approximately 10% of the administered tenofovir dose.

# 11    DESCRIPTION

VIREAD is the brand name for tenofovir DF (a prodrug of tenofovir) which is a fumaric acid salt of bis-isopropoxycarbonyloxymethyl ester derivative of tenofovir. In vivo tenofovir DF is converted to tenofovir, an acyclic nucleoside phosphonate (nucleotide) analog of adenosine 5'-monophosphate. Tenofovir exhibits activity against HIV-1 reverse transcriptase.

The chemical name of tenofovir DF is 9-[($R$)-2-[[bis[[(isopropoxycarbonyl)oxy]methoxy]phosphinyl]methoxy]propyl]adenine fumarate (1:1). It has a molecular formula of $C_{19}H_{30}N_5O_{10}P \bullet C_4H_4O_4$ and a molecular weight of 635.52. It has the following structural formula:

Reference ID: 4081303

Tenofovir DF is a white to off-white crystalline powder with a solubility of 13.4 mg/mL in distilled water at 25 °C. It has an octanol/phosphate buffer (pH 6.5) partition coefficient (log p) of 1.25 at 25 °C.

VIREAD is available as tablets or as an oral powder.

VIREAD tablets are for oral administration in strengths of 150, 200, 250, and 300 mg of tenofovir DF, which are equivalent to 123, 163, 204, and 245 mg of tenofovir disoproxil, respectively. Each tablet contains the following inactive ingredients: croscarmellose sodium, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and pregelatinized starch. The 300 mg tablets are coated with Opadry II Y-30-10671-A, which contains FD&C blue #2 aluminum lake, hypromellose 2910, lactose monohydrate, titanium dioxide, and triacetin. The 150, 200, and 250 mg tablets are coated with Opadry II 32K-18425, which contains hypromellose 2910, lactose monohydrate, titanium dioxide, and triacetin.

VIREAD oral powder is available for oral administration as white, taste-masked, coated granules containing 40 mg of tenofovir DF per gram of oral powder, which is equivalent to 33 mg of tenofovir disoproxil. The oral powder contains the following inactive ingredients: mannitol, hydroxypropyl cellulose, ethylcellulose, and silicon dioxide.

In this insert, all dosages are expressed in terms of tenofovir DF except where otherwise noted.

## 12   CLINICAL PHARMACOLOGY

### 12.1   Mechanism of Action

Tenofovir DF is an antiviral drug *[See Microbiology (12.4)]*.

### 12.3   Pharmacokinetics

The pharmacokinetics of tenofovir DF have been evaluated in healthy volunteers and HIV-1 infected individuals. Tenofovir pharmacokinetics are similar between these populations.

*Absorption*

VIREAD is a water soluble diester prodrug of the active ingredient tenofovir. The oral bioavailability of tenofovir from VIREAD in fasted subjects is approximately 25%. Following oral administration of a single dose of VIREAD 300 mg to HIV-1 infected subjects in the fasted state, maximum serum concentrations ($C_{max}$) are achieved in $1.0 \pm 0.4$ hrs. $C_{max}$ and AUC values are $0.30 \pm 0.09$ μg/mL and $2.29 \pm 0.69$ μg•hr/mL, respectively.

The pharmacokinetics of tenofovir are dose proportional over a VIREAD dose range of 75 to 600 mg and are not affected by repeated dosing.

In a single-dose bioequivalence study conducted under non-fasted conditions (dose administered with 4 oz. applesauce) in healthy adult volunteers, the mean $C_{max}$ of tenofovir was 26% lower for the oral powder relative to the tablet formulation. Mean AUC of tenofovir was similar between the oral powder and tablet formulations.

24

*Distribution*

In vitro binding of tenofovir to human plasma or serum proteins is less than 0.7 and 7.2%, respectively, over the tenofovir concentration range 0.01 to 25 $\mu$g/mL. The volume of distribution at steady-state is $1.3 \pm 0.6$ L/kg and $1.2 \pm 0.4$ L/kg, following intravenous administration of tenofovir 1.0 mg/kg and 3.0 mg/kg.

*Metabolism and Elimination*

In vitro studies indicate that neither tenofovir disoproxil nor tenofovir are substrates of CYP enzymes.

Following IV administration of tenofovir, approximately 70–80% of the dose is recovered in the urine as unchanged tenofovir within 72 hours of dosing. Following single dose, oral administration of VIREAD, the terminal elimination half-life of tenofovir is approximately 17 hours. After multiple oral doses of VIREAD 300 mg once daily (under fed conditions), $32 \pm 10\%$ of the administered dose is recovered in urine over 24 hours.

Tenofovir is eliminated by a combination of glomerular filtration and active tubular secretion. There may be competition for elimination with other compounds that are also renally eliminated.

*Effects of Food on Oral Absorption*

Administration of VIREAD 300 mg tablets following a high-fat meal (~700 to 1000 kcal containing 40 to 50% fat) increases the oral bioavailability, with an increase in tenofovir $AUC_{0-\infty}$ of approximately 40% and an increase in $C_{max}$ of approximately 14%. However, administration of VIREAD with a light meal did not have a significant effect on the pharmacokinetics of tenofovir when compared to fasted administration of the drug. Food delays the time to tenofovir $C_{max}$ by approximately 1 hour. $C_{max}$ and AUC of tenofovir are $0.33 \pm 0.12$ $\mu$g/mL and $3.32 \pm 1.37$ $\mu$g•hr/mL following multiple doses of VIREAD 300 mg once daily in the fed state, when meal content was not controlled.

*Special Populations*

*Race:* There were insufficient numbers from racial and ethnic groups other than Caucasian to adequately determine potential pharmacokinetic differences among these populations.

*Gender:* Tenofovir pharmacokinetics are similar in male and female subjects.

*Pediatric Patients 2 Years of Age and Older:* Steady-state pharmacokinetics of tenofovir were evaluated in 31 HIV-1 infected pediatric subjects 2 to less than 18 years (Table 11). Tenofovir exposure achieved in these pediatric subjects receiving oral once daily doses of VIREAD 300 mg (tablet) or 8 mg/kg of body weight (powder) up to a maximum dose of 300 mg was similar to exposures achieved in adults receiving once-daily doses of VIREAD 300 mg.

25

Reference ID: 4081303

**Table 11      Mean (± SD) Tenofovir Pharmacokinetic Parameters by Age Groups for HIV-1-infected Pediatric Patients**

| Dose and Formulation | 300 mg Tablet | 8 mg/kg Oral Powder |
|---|---|---|
| | 12 to <18 Years (N=8) | 2 to <12 Years (N=23) |
| $C_{max}$ (µg/mL) | 0.38 ± 0.13 | 0.24 ± 0.13 |
| $AUC_{tau}$ (µg•hr/mL) | 3.39 ± 1.22 | 2.59 ± 1.06 |

Tenofovir exposures in 52 HBV-infected pediatric subjects (12 to less than 18 years of age) receiving oral once-daily doses of VIREAD 300 mg tablet were comparable to exposures achieved in HIV-1 infected adults and adolescents receiving once-daily doses of 300 mg.

*Geriatric Patients:* Pharmacokinetic trials have not been performed in the elderly (65 years and older).

*Patients with Impaired Renal Function:* The pharmacokinetics of tenofovir are altered in subjects with renal impairment *[See Warnings and Precautions (5.2)]*. In subjects with creatinine clearance below 50 mL/min or with end-stage renal disease (ESRD) requiring dialysis, $C_{max}$, and $AUC_{0-\infty}$ of tenofovir were increased (Table 12). It is recommended that the dosing interval for VIREAD be modified in patients with estimated creatinine clearance below 50 mL/min or in patients with ESRD who require dialysis *[See Dosage and Administration (2.3)]*.

**Table 12      Pharmacokinetic Parameters (Mean ± SD) of Tenofovir[a] in Subjects with Varying Degrees of Renal Function**

| Baseline Creatinine Clearance (mL/min) | >80 (N=3) | 50-80 (N=10) | 30-49 (N=8) | 12-29 (N=11) |
|---|---|---|---|---|
| $C_{max}$ (µg/mL) | 0.34 ± 0.03 | 0.33 ± 0.06 | 0.37 ± 0.16 | 0.60 ± 0.19 |
| $AUC_{0-\infty}$ (µg•hr/mL) | 2.18 ± 0.26 | 3.06 ± 0.93 | 6.01 ± 2.50 | 15.98 ± 7.22 |
| CL/F (mL/min) | 1043.7 ± 115.4 | 807.7 ± 279.2 | 444.4 ± 209.8 | 177.0 ± 97.1 |
| $CL_{renal}$ (mL/min) | 243.5 ± 33.3 | 168.6 ± 27.5 | 100.6 ± 27.5 | 43.0 ± 31.2 |

a.   300 mg, single dose of VIREAD

Tenofovir is efficiently removed by hemodialysis with an extraction coefficient of approximately 54%. Following a single 300 mg dose of VIREAD, a four-hour hemodialysis session removed approximately 10% of the administered tenofovir dose.

*Patients with Hepatic Impairment:* The pharmacokinetics of tenofovir following a 300 mg single dose of VIREAD have been studied in non-HIV infected subjects with moderate to severe hepatic impairment. There were no substantial alterations in tenofovir pharmacokinetics in subjects with hepatic impairment compared with unimpaired subjects. No change in VIREAD dosing is required in patients with hepatic impairment.

*Assessment of Drug Interactions*

At concentrations substantially higher (~300-fold) than those observed in vivo, tenofovir did not inhibit in vitro drug metabolism mediated by any of the following human CYP

26

isoforms: CYP3A4, CYP2D6, CYP2C9, or CYP2E1. However, a small (6%) but statistically significant reduction in metabolism of CYP1A substrate was observed. Based on the results of in vitro experiments and the known elimination pathway of tenofovir, the potential for CYP-mediated interactions involving tenofovir with other medicinal products is low.

VIREAD has been evaluated in healthy volunteers in combination with other antiretroviral and potential concomitant drugs. Tables 13 and 14 summarize pharmacokinetic effects of coadministered drug on tenofovir pharmacokinetics and effects of VIREAD on the pharmacokinetics of coadministered drug. Coadministration of VIREAD with didanosine results in changes in the pharmacokinetics of didanosine that may be of clinical significance. Concomitant dosing of VIREAD with didanosine significantly increases the $C_{max}$ and AUC of didanosine. When didanosine 250 mg enteric-coated capsules were administered with VIREAD, systemic exposures of didanosine were similar to those seen with the 400 mg enteric-coated capsules alone under fasted conditions (Table 14). The mechanism of this interaction is unknown.

No clinically significant drug interactions have been observed between VIREAD and efavirenz, methadone, nelfinavir, oral contraceptives, ribavirin, or sofosbuvir.

27

**Table 13     Drug Interactions: Changes in Pharmacokinetic Parameters for Tenofovir[a] in the Presence of the Coadministered Drug**

| Coadministered Drug | Dose of Coadministered Drug (mg) | N | % Change of Tenofovir Pharmacokinetic Parameters[b] (90% CI) | | |
|---|---|---|---|---|---|
| | | | $C_{max}$ | AUC | $C_{min}$ |
| Atazanavir[c] | 400 once daily × 14 days | 33 | ↑ 14 (↑ 8 to ↑ 20) | ↑ 24 (↑ 21 to ↑ 28) | ↑ 22 (↑ 15 to ↑ 30) |
| Atazanavir/ Ritonavir[c] | 300/100 once daily | 12 | ↑ 34 (↑ 20 to ↑ 51) | ↑ 37 (↑ 30 to ↑ 45) | ↑ 29 (↑ 21 to ↑ 36) |
| Darunavir/Ritonavir[d] | 300/100 twice daily | 12 | ↑ 24 (↑ 8 to ↑ 42) | ↑ 22 (↑ 10 to ↑ 35) | ↑ 37 (↑ 19 to ↑ 57) |
| Indinavir | 800 three times daily × 7 days | 13 | ↑ 14 (↓ 3 to ↑ 33) | ⇔ | ⇔ |
| Ledipasvir/ Sofosbuvir[e,f] | 90/400 once daily × 10 days | 24 | ↑ 47 (↑ 37 to ↑ 58) | ↑ 35 (↑ 29 to ↑ 42 ) | ↑ 47 (↑ 38 to ↑ 57) |
| Ledipasvir/ Sofosbuvir[e,g] | | 23 | ↑ 64 (↑ 54 to ↑ 74) | ↑ 50 (↑ 42 to ↑ 59) | ↑ 59 (↑ 49 to ↑ 70) |
| Ledipasvir/ Sofosbuvir[h] | 90/400 once daily × 14 days | 15 | ↑ 79 (↑ 56 to ↑ 104) | ↑ 98 (↑ 77 to ↑ 123) | ↑ 163 (↑ 132 to↑197) |
| Ledipasvir/ Sofosbuvir[i] | 90/400 once daily × 10 days | 14 | ↑ 32 (↑ 25 to ↑ 39 ) | ↑ 40 (↑ 31 to ↑ 50 ) | ↑ 91 (↑ 74 to ↑ 110) |
| Ledipasvir/ Sofosbuvir[j] | 90/400 once daily × 10 days | 29 | ↑ 61 (↑ 51 to ↑ 72) | ↑ 65 (↑ 59 to ↑ 71) | ↑ 115 (↑ 105 to ↑ 126) |
| Lopinavir/ Ritonavir | 400/100 twice daily × 14 days | 24 | ⇔ | ↑ 32 (↑ 25 to ↑ 38) | ↑ 51 (↑ 37 to ↑ 66) |
| Saquinavir/ Ritonavir | 1000/100 twice daily × 14 days | 35 | ⇔ | ⇔ | ↑ 23 (↑ 16 to ↑ 30) |
| Sofosbuvir[k] | 400 single dose | 16 | ↑ 25 (↑ 8 to ↑ 45) | ⇔ | ⇔ |
| Sofosbuvir/ Velpatasvir[l] | 400/100 once daily | 24 | ↑ 55 (↑ 43 to ↑ 68) | ↑ 30 (↑ 24 to ↑ 36) | ↑ 39 (↑ 31 to ↑ 48) |
| Sofosbuvir/ Velpatasvir[m] | 400/100 once daily | 29 | ↑ 55 (↑ 45 to ↑ 66) | ↑ 39 (↑ 33 to ↑ 44) | ↑ 52 (↑ 45 to ↑ 59) |
| Sofosbuvir/ Velpatasvir[n] | 400/100 once daily | 15 | ↑ 77 (↑ 53 to ↑ 104) | ↑ 81 (↑ 68 to ↑ 94) | ↑ 121 (↑ 100 to ↑ 143) |
| Sofosbuvir/ Velpatasvir[o] | 400/100 once daily | 24 | ↑ 36 (↑ 25 to ↑ 47) | ↑ 35 (↑ 29 to ↑ 42) | ↑ 45 (↑ 39 to ↑ 51) |

28

| Sofosbuvir/Velpatasvir[p] | 400/100 once daily | 24 | ↑ 44 (↑ 33 to ↑ 55) | ↑ 40 (↑ 34 to ↑ 46) | ↑ 84 (↑ 76 to ↑ 92) |
|---|---|---|---|---|---|
| Sofosbuvir/Velpatasvir[q] | 400/100 once daily | 30 | ↑ 46 (↑ 39 to ↑ 54) | ↑ 40 (↑ 34 to ↑ 45) | ↑ 70 (↑ 61 to ↑ 79) |
| Tacrolimus | 0.05 mg/kg twice daily × 7 days | 21 | ↑ 13 (↑ 1 to ↑ 27) | ⇔ | ⇔ |
| Tipranavir/Ritonavir[r] | 500/100 twice daily | 22 | ↓ 23 (↓ 32 to ↓ 13) | ↓ 2 (↓ 9 to ↑ 5) | ↑ 7 (↓ 2 to ↑ 17) |
| | 750/200 twice daily (23 doses) | 20 | ↓ 38 (↓ 46 to ↓ 29) | ↑ 2 (↓ 6 to ↑ 10) | ↑ 14 (↑ 1 to ↑ 27) |

a.  Subjects received VIREAD 300 mg once daily.

b.  Increase = ↑; Decrease = ↓; No Effect = ⇔

c.  Reyataz Prescribing Information.

d.  Prezista Prescribing Information.

e.  Data generated from simultaneous dosing with HARVONI (ledipasvir/sofosbuvir). Staggered administration (12 hours apart) provide similar results.

f.  Comparison based on exposures when administered as atazanavir/ritonavir + emtricitabine/tenofovir DF.

g.  Comparison based on exposures when administered as darunavir/ritonavir + emtricitabine/tenofovir DF.

h.  Study conducted with ATRIPLA (efavirenz/emtricitabine/tenofovir DF) coadministered with HARVONI.

i.  Study conducted with COMPLERA (emtricitabine/rilpivirine/tenofovir DF) coadministered with HARVONI.

j.  Study conducted with TRUVADA (emtricitabine/tenofovir DF) + dolutegravir coadministered with HARVONI.

k.  Study conducted with ATRIPLA coadministered with SOVALDI® (sofosbuvir).

l.  Comparison based on exposures when administered as atazanavir/ritonavir + emtricitabine/tenofovir DF.

m.  Comparison based on exposures when administered as darunavir/ritonavir + emtricitabine/tenofovir DF.

n.  Study conducted with ATRIPLA coadministered with EPCLUSA (sofosbuvir/velpatasvir).

o.  Study conducted with STRIBILD (elvitegravir/cobicistat/emtricitabine/tenofovir DF) coadministered with EPCLUSA.

p.  Study conducted with COMPLERA coadministered with EPCLUSA.

q.  Administered as raltegravir + emtricitabine/tenofovir DF.

r.  Aptivus Prescribing Information.


**No effect on the pharmacokinetic parameters of the following coadministered drugs was observed with VIREAD: abacavir, didanosine (buffered tablets), emtricitabine, entecavir, and lamivudine.**

Reference ID: 4081303

**Table 14      Drug Interactions:  Changes in Pharmacokinetic Parameters for Coadministered Drug in the Presence of VIREAD**

| Coadministered Drug | Dose of Coadministered Drug (mg) | N | % Change of Coadministered Drug Pharmacokinetic Parameters[a] (90% CI) | | |
|---|---|---|---|---|---|
| | | | $C_{max}$ | AUC | $C_{min}$ |
| Abacavir | 300 once | 8 | ↑ 12 (↓ 1 to ↑ 26) | ⇔ | NA |
| Atazanavir[b] | 400 once daily × 14 days | 34 | ↓ 21 (↓ 27 to ↓ 14) | ↓ 25 (↓ 30 to ↓ 19) | ↓ 40 (↓ 48 to ↓ 32) |
| Atazanavir[b] | Atazanavir/ Ritonavir 300/100 once daily × 42 days | 10 | ↓ 28 (↓ 50 to ↑ 5) | ↓ 25[c] (↓ 42 to ↓ 3) | ↓ 23[c] (↓ 46 to ↑ 10) |
| Darunavir[d] | Darunavir/Ritonavir 300/100 once daily | 12 | ↑ 16 (↓ 6 to ↑ 42) | ↑ 21 (↓ 5 to ↑ 54) | ↑ 24 (↓ 10 to ↑ 69) |
| Didanosine[e] | 250 once, simultaneously with VIREAD and a light meal[f] | 33 | ↓ 20[g] (↓ 32 to ↓ 7) | ⇔ [g] | NA |
| Emtricitabine | 200 once daily × 7 days | 17 | ⇔ | ⇔ | ↑ 20 (↑ 12 to ↑ 29) |
| Entecavir | 1 mg once daily × 10 days | 28 | ⇔ | ↑ 13 (↑ 11 to ↑ 15) | ⇔ |
| Indinavir | 800 three times daily × 7 days | 12 | ↓ 11 (↓ 30 to ↑ 12) | ⇔ | ⇔ |
| Lamivudine | 150 twice daily × 7 days | 15 | ↓ 24 (↓ 34 to ↓ 12) | ⇔ | ⇔ |
| Lopinavir  Ritonavir | Lopinavir/Ritonavir 400/100 twice daily × 14 days | 24 | ⇔  ⇔ | ⇔  ⇔ | ⇔  ⇔ |
| Saquinavir  Ritonavir | Saquinavir/Ritonavir 1000/100 twice daily × 14 days | 32 | ↑ 22 (↑ 6 to ↑ 41)  ⇔ | ↑ 29[h] (↑ 12 to ↑ 48)  ⇔ | ↑ 47[h] (↑ 23 to ↑ 76)  ↑ 23 (↑ 3 to ↑ 46) |
| Tacrolimus | 0.05 mg/kg twice daily × 7 days | 21 | ⇔ | ⇔ | ⇔ |
| Tipranavir[j] | Tipranavir/Ritonavir 500/100 twice daily | 22 | ↓ 17 (↓ 26 to ↓ 6) | ↓ 18 (↓ 25 to ↓ 9) | ↓ 21 (↓ 30 to ↓ 10) |
| Tipranavir[j] | Tipranavir/Ritonavir 750/200 twice daily (23 doses) | 20 | ↓ 11 (↓ 16 to ↓ 4) | ↓ 9 (↓ 15 to ↓ 3) | ↓ 12 (↓ 22 to 0) |

a.   Increase = ↑; Decrease = ↓; No Effect = ⇔; NA = Not Applicable

b.   Reyataz Prescribing Information.

c.   In HIV-infected subjects, addition of tenofovir DF to atazanavir 300 mg plus ritonavir 100 mg, resulted in AUC and $C_{min}$ values of atazanavir that were 2.3- and 4-fold higher than the respective values observed for atazanavir 400 mg when given alone.

d.   Prezista Prescribing Information.

e.   Videx EC Prescribing Information. Subjects received didanosine enteric-coated capsules.

Reference ID: 4081303

f.    373 kcal, 8.2 g fat

g.    Compared with didanosine (enteric-coated) 400 mg administered alone under fasting conditions.

h.    Increases in AUC and $C_{min}$ are not expected to be clinically relevant; hence no dose adjustments are required when tenofovir DF and ritonavir-boosted saquinavir are coadministered.

i.    Aptivus Prescribing Information.


## 12.4    Microbiology

*Mechanism of Action*

Tenofovir DF is an acyclic nucleoside phosphonate diester analog of adenosine monophosphate. Tenofovir DF requires initial diester hydrolysis for conversion to tenofovir and subsequent phosphorylations by cellular enzymes to form tenofovir diphosphate, an obligate chain terminator. Tenofovir diphosphate inhibits the activity of HIV-1 reverse transcriptase and HBV reverse transcriptase by competing with the natural substrate deoxyadenosine 5'-triphosphate and, after incorporation into DNA, by DNA chain termination. Tenofovir diphosphate is a weak inhibitor of mammalian DNA polymerases $\alpha$, $\beta$, and mitochondrial DNA polymerase $\gamma$.

*Activity against HIV*

*Antiviral Activity*

The antiviral activity of tenofovir against laboratory and clinical isolates of HIV-1 was assessed in lymphoblastoid cell lines, primary monocyte/macrophage cells and peripheral blood lymphocytes. The $EC_{50}$ (50% effective concentration) values for tenofovir were in the range of 0.04 $\mu$M to 8.5 $\mu$M. In drug combination studies, tenofovir was not antagonistic with nucleoside reverse transcriptase inhibitors (abacavir, didanosine, lamivudine, stavudine, zalcitabine, zidovudine), non-nucleoside reverse transcriptase inhibitors (delavirdine, efavirenz, nevirapine), and protease inhibitors (amprenavir, indinavir, nelfinavir, ritonavir, saquinavir). Tenofovir displayed antiviral activity in cell culture against HIV-1 clades A, B, C, D, E, F, G, and O ($EC_{50}$ values ranged from 0.5 $\mu$M to 2.2 $\mu$M) and strain-specific activity against HIV-2 ($EC_{50}$ values ranged from 1.6 $\mu$M to 5.5 $\mu$M).

*Resistance*

HIV-1 isolates with reduced susceptibility to tenofovir have been selected in cell culture. These viruses expressed a K65R substitution in reverse transcriptase and showed a 2- to 4- fold reduction in susceptibility to tenofovir. In addition, a K70E substitution in HIV-1 reverse transcriptase has been selected by tenofovir and results in low-level reduced susceptibility to tenofovir.

In Study 903 of treatment-naïve subjects (VIREAD + lamivudine + efavirenz versus stavudine + lamivudine + efavirenz) *[See Clinical Studies (14.1)]*, genotypic analyses of isolates from subjects with virologic failure through Week 144 showed development of efavirenz and lamivudine resistance-associated substitutions to occur most frequently and with no difference between the treatment arms. The K65R substitution occurred in 8/47 (17%) of analyzed patient isolates in the VIREAD arm and in 2/49 (4%) of analyzed patient isolates in the stavudine arm. Of the 8 subjects whose virus developed K65R in the VIREAD arm through 144 weeks, 7 occurred in the first 48 weeks of treatment and

31

one at Week 96. One patient in the VIREAD arm developed the K70E substitution in the virus. Other substitutions resulting in resistance to VIREAD were not identified in this trial.

In Study 934 of treatment-naïve subjects (VIREAD + EMTRIVA + efavirenz versus zidovudine (AZT)/lamivudine (3TC) + efavirenz) *[See Clinical Studies (14.1)]*, genotypic analysis performed on HIV-1 isolates from all confirmed virologic failure subjects with greater than 400 copies/mL of HIV-1 RNA at Week 144 or early discontinuation showed development of efavirenz resistance-associated substitutions occurred most frequently and was similar between the two treatment arms. The M184V substitution, associated with resistance to EMTRIVA and lamivudine, was observed in 2/19 of analyzed subject isolates in the VIREAD + EMTRIVA group and in 10/29 of analyzed subject isolates in the zidovudine/lamivudine group. Through 144 weeks of Study 934, no subjects have developed a detectable K65R substitution in their HIV-1 as analyzed through standard genotypic analysis.

*Cross Resistance*

Cross resistance among certain reverse transcriptase inhibitors has been recognized. The K65R and K70E substitutions selected by tenofovir are also selected in some HIV-1 infected subjects treated with abacavir or didanosine. HIV-1 isolates with this substitution also show reduced susceptibility to emtricitabine and lamivudine. Therefore, cross resistance among these drugs may occur in patients whose virus harbors the K65R or K70E substitution. HIV-1 isolates from subjects (N=20) whose HIV-1 expressed a mean of three zidovudine-associated reverse transcriptase substitutions (M41L, D67N, K70R, L210W, T215Y/F, or K219Q/E/N), showed a 3.1-fold decrease in the susceptibility to tenofovir.

In Studies 902 and 907 conducted in treatment-experienced subjects (VIREAD + Standard Background Therapy (SBT) compared to placebo + SBT) *[See Clinical Studies (14.1)]*, 14/304 (5%) of the VIREAD-treated subjects with virologic failure through Week 96 had greater than 1.4-fold (median 2.7-fold) reduced susceptibility to tenofovir. Genotypic analysis of the baseline and failure isolates showed the development of the K65R substitution in the HIV-1 reverse transcriptase gene.

The virologic response to VIREAD therapy has been evaluated with respect to baseline viral genotype (N=222) in treatment-experienced subjects participating in Studies 902 and 907. In these clinical trials, 94% of the participants evaluated had baseline HIV-1 isolates expressing at least one NRTI substitution. Virologic responses for subjects in the genotype substudy were similar to the overall trial results.

Several exploratory analyses were conducted to evaluate the effect of specific substitutions and substitutional patterns on virologic outcome. Because of the large number of potential comparisons, statistical testing was not conducted. Varying degrees of cross resistance of VIREAD to pre-existing zidovudine resistance-associated substitutions (M41L, D67N, K70R, L210W, T215Y/F, or K219Q/E/N) were observed and appeared to depend on the type and number of specific substitutions. VIREAD-treated subjects whose HIV-1 expressed 3 or more zidovudine resistance-associated substitutions that included either the M41L or L210W reverse transcriptase substitution showed reduced responses to VIREAD therapy; however, these responses were still

32

improved compared with placebo. The presence of the D67N, K70R, T215Y/F, or K219Q/E/N substitution did not appear to affect responses to VIREAD therapy. Subjects whose virus expressed an L74V substitution without zidovudine resistance associated substitutions (N=8) had reduced response to VIREAD. Limited data are available for subjects whose virus expressed a Y115F substitution (N=3), Q151M substitution (N=2), or T69 insertion (N=4), all of whom had a reduced response.

In the protocol defined analyses, virologic response to VIREAD was not reduced in subjects with HIV-1 that expressed the abacavir/emtricitabine/lamivudine resistance-associated M184V substitution. HIV-1 RNA responses among these subjects were durable through Week 48.

*Studies 902 and 907 Phenotypic Analyses*

Phenotypic analysis of baseline HIV-1 from treatment-experienced subjects (N=100) demonstrated a correlation between baseline susceptibility to VIREAD and response to VIREAD therapy. Table 15 summarizes the HIV-1 RNA response by baseline VIREAD susceptibility.

**Table 15     HIV-1 RNA Response at Week 24 by Baseline VIREAD Susceptibility (Intent-To-Treat)[a]**

| Baseline VIREAD Susceptibility[b] | Change in HIV-1 RNA[c] (N) |
|---|---|
| <1 | −0.74 (35) |
| >1 and ≤3 | −0.56 (49) |
| >3 and ≤4 | −0.3 (7) |
| >4 | −0.12 (9) |

a.   Tenofovir susceptibility was determined by recombinant phenotypic Antivirogram assay (Virco).
b.   Fold change in susceptibility from wild-type.
c.   Average HIV-1 RNA change from baseline through Week 24 ($DAVG_{24}$) in $\log_{10}$ copies/mL.

<u>Activity against HBV</u>

*Antiviral Activity*

The antiviral activity of tenofovir against HBV was assessed in the HepG2 2.2.15 cell line. The $EC_{50}$ values for tenofovir ranged from 0.14 to 1.5 $\mu$M, with $CC_{50}$ (50% cytotoxicity concentration) values greater than 100 $\mu$M. In cell culture combination antiviral activity studies of tenofovir with the nucleoside HBV reverse transcriptase inhibitors entecavir, lamivudine, and telbivudine, and with the nucleoside HIV-1 reverse transcriptase inhibitor emtricitabine, no antagonistic activity was observed.

*Resistance*

Cumulative VIREAD genotypic resistance has been evaluated annually for up to 384 weeks in Studies 0102, 0103, 0106, 0108, and 0121 with the paired HBV reverse transcriptase amino acid sequences of the pretreatment and on-treatment isolates from subjects who received at least 24 weeks of VIREAD monotherapy and remained viremic with HBV DNA greater than or equal to 400 copies/mL (69 IU/mL) at the end of each study year (or at discontinuation of VIREAD monotherapy) using an as-treated analysis. In the nucleotide-naïve population from Studies 0102 and 0103, HBeAg-positive subjects had a higher baseline viral load than HBeAg-negative subjects and a

33

significantly higher proportion of the subjects remained viremic at their last time point on VIREAD monotherapy (15% versus 5%, respectively).

HBV isolates from these subjects who remained viremic showed treatment-emergent substitutions (Table 16); however, no specific substitutions occurred at a sufficient frequency to be associated with resistance to VIREAD (genotypic and phenotypic analyses).

**Table 16       Amino Acid Substitutions in Viremic Subjects across HBV Trials of VIREAD**

| | Compensated Liver Disease | | | |
| --- | --- | --- | --- | --- |
| | Nucleotide-Naïve (N=417)[a] | HEPSERA-Experienced (N=247)[b] | Lamivudine-Resistant (N=136)[c] | Decompensated Liver Disease (N=39)[d] |
| Viremic at Last Time Point on VIREAD | 38/417 (9%) | 37/247 (15%) | 9/136 (7%) | 7/39 (18%) |
| Treatment-Emergent Amino Acid Substitutions[e] | 18[f]/32 (56%) | 11[g]/31 (35%) | 6[h]/8 (75%) | 3/5 (60%) |

a.  Nucleotide-naïve subjects from Studies 0102 (N=246) and 0103 (N=171) receiving up to 384 weeks of treatment with VIREAD.

b.  HEPSERA-experienced subjects from Studies 0102/0103 (N=195) and 0106 (N=52) receiving up to 336 weeks of treatment with VIREAD after switching to VIREAD from HEPSERA. Study 0106, a randomized, double-blind, 168-week Phase 2 trial, has been completed.

c.  Lamivudine-resistant subjects from Study 0121 (N=136) receiving up to 96 weeks of treatment with VIREAD after switching to VIREAD from lamivudine.

d.  Subjects with decompensated liver disease from Study 0108 (N=39) receiving up to 48 weeks of treatment with VIREAD.

e.  Denominator includes those subjects who were viremic at last time point on VIREAD monotherapy and had evaluable paired genotypic data.

f.  Of the 18 subjects with treatment-emergent amino acid substitutions during Studies 0102 and 0103, 5 subjects had substitutions at conserved sites and 13 subjects had substitutions only at polymorphic sites, and 8 subjects had only transient substitutions that were not detected at the last time point on VIREAD.

g.  Of the 11 HEPSERA-experienced subjects with treatment-emergent amino acid substitutions, 2 subjects had substitutions at conserved sites and 9 had substitutions only at polymorphic sites.

h.  Of the 6 lamivudine-resistant subjects with treatment-emergent substitutions during Study 0121, 3 subjects had substitutions at conserved sites and 3 had substitutions only at polymorphic sites.

*Cross Resistance*

Cross resistance has been observed between HBV nucleoside/nucleotide analogue reverse transcriptase inhibitors.

In cell based assays, HBV strains expressing the rtV173L, rtL180M, and rtM204I/V substitutions associated with resistance to lamivudine and telbivudine showed a susceptibility to tenofovir ranging from 0.7- to 3.4-fold that of wild type virus. The rtL180M and rtM204I/V double substitutions conferred 3.4-fold reduced susceptibility to tenofovir.

34

HBV strains expressing the rtL180M, rtT184G, rtS202G/I, rtM204V, and rtM250V substitutions associated with resistance to entecavir showed a susceptibility to tenofovir ranging from 0.6- to 6.9-fold that of wild type virus.

HBV strains expressing the adefovir resistance-associated substitutions rtA181V and/or rtN236T showed reductions in susceptibility to tenofovir ranging from 2.9- to 10-fold that of wild type virus. Strains containing the rtA181T substitution showed changes in susceptibility to tenofovir ranging from 0.9- to 1.5-fold that of wild type virus.

One hundred fifty-two subjects initiating VIREAD therapy in Studies 0102, 0103, 0106, 0108, and 0121 harbored HBV with known resistance substitutions to HBV nucleos(t)ide analogue reverse transcriptase inhibitors: 14 with adefovir resistance-associated substitutions (rtA181S/T/V and/or rtN236T), 135 with lamivudine resistance-associated substitutions (rtM204I/V), and 3 with both adefovir and lamivudine resistance-associated substitutions. Following up to 384 weeks of VIREAD treatment, 10 of the 14 subjects with adefovir-resistant HBV, 124 of the 135 subjects with lamivudine-resistant HBV, and 2 of the 3 subjects with both adefovir- and lamivudine-resistant HBV achieved and maintained virologic suppression (HBV DNA less than 400 copies/mL [69 IU/mL]). Three of the 5 subjects whose virus harbored both the rtA181T/V and rtN236T substitutions remained viremic.

## 13   NONCLINICAL TOXICOLOGY

### 13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility

*Carcinogenesis*

Long-term oral carcinogenicity studies of tenofovir DF in mice and rats were carried out at exposures up to approximately 16 times (mice) and 5 times (rats) those observed in humans at the therapeutic dose for HIV-1 infection. At the high dose in female mice, liver adenomas were increased at exposures 16 times that in humans. In rats, the study was negative for carcinogenic findings at exposures up to 5 times that observed in humans at the therapeutic dose.

*Mutagenesis*

Tenofovir DF was mutagenic in the in vitro mouse lymphoma assay and negative in an in vitro bacterial mutagenicity test (Ames test). In an in vivo mouse micronucleus assay, tenofovir DF was negative when administered to male mice.

*Impairment of Fertility*

There were no effects on fertility, mating performance or early embryonic development when tenofovir DF was administered to male rats at a dose equivalent to 10 times the human dose based on body surface area comparisons for 28 days prior to mating and to female rats for 15 days prior to mating through day seven of gestation. There was, however, an alteration of the estrous cycle in female rats.

### 13.2   Animal Toxicology and/or Pharmacology

Tenofovir and tenofovir DF administered in toxicology studies to rats, dogs, and monkeys at exposures (based on AUCs) greater than or equal to 6 fold those observed in humans caused bone toxicity. In monkeys the bone toxicity was diagnosed as

35

osteomalacia. Osteomalacia observed in monkeys appeared to be reversible upon dose reduction or discontinuation of tenofovir. In rats and dogs, the bone toxicity manifested as reduced bone mineral density. The mechanism(s) underlying bone toxicity is unknown.

Evidence of renal toxicity was noted in 4 animal species. Increases in serum creatinine, BUN, glycosuria, proteinuria, phosphaturia, and/or calciuria and decreases in serum phosphate were observed to varying degrees in these animals. These toxicities were noted at exposures (based on AUCs) 2–20 times higher than those observed in humans. The relationship of the renal abnormalities, particularly the phosphaturia, to the bone toxicity is not known.

## 14   CLINICAL STUDIES

### 14.1   Clinical Efficacy in Adults with HIV-1 Infection

*Treatment-Naïve Adult Patients*

*Study 903*

Data through 144 weeks are reported for Study 903, a double-blind, active-controlled multicenter trial comparing VIREAD (300 mg once daily) administered in combination with lamivudine and efavirenz versus stavudine (d4T), lamivudine, and efavirenz in 600 antiretroviral-naïve subjects. Subjects had a mean age of 36 years (range 18–64); 74% were male, 64% were Caucasian, and 20% were Black. The mean baseline CD4+ cell count was 279 cells/mm$^3$ (range 3–956) and median baseline plasma HIV-1 RNA was 77,600 copies/mL (range 417–5,130,000). Subjects were stratified by baseline HIV-1 RNA and CD4+ cell count. Forty-three percent of subjects had baseline viral loads >100,000 copies/mL and 39% had CD4+ cell counts <200 cells/mm$^3$. Treatment outcomes through 48 and 144 weeks are presented in Table 17.

**Table 17      Outcomes of Randomized Treatment at Week 48 and 144 (Study 903)**

| Outcomes | At Week 48 | | At Week 144 | |
|---|---|---|---|---|
| | VIREAD+3TC +EFV (N=299) | d4T+3TC +EFV (N=301) | VIREAD+3TC +EFV (N=299) | d4T+3TC +EFV (N=301) |
| Responder[a] | 79% | 82% | 68% | 62% |
| Virologic failure[b] | 6% | 4% | 10% | 8% |
| Rebound | 5% | 3% | 8% | 7% |
| Never suppressed | 0% | 1% | 0% | 0% |
| Added an antiretroviral agent | 1% | 1% | 2% | 1% |
| Death | <1% | 1% | <1% | 2% |
| Discontinued due to adverse event | 6% | 6% | 8% | 13% |
| Discontinued for other reasons[c] | 8% | 7% | 14% | 15% |

36

Reference ID: 4081303

a.  Subjects achieved and maintained confirmed HIV-1 RNA <400 copies/mL through Week 48 and 144.
b.  Includes confirmed viral rebound and failure to achieve confirmed <400 copies/mL through Week 48 and 144.
c.  Includes lost to follow-up, subject's withdrawal, noncompliance, protocol violation and other reasons.

Achievement of plasma HIV-1 RNA concentrations of less than 400 copies/mL at Week 144 was similar between the two treatment groups for the population stratified at baseline on the basis of HIV-1 RNA concentration (> or $\leq$100,000 copies/mL) and CD4+ cell count (< or $\geq$200 cells/mm$^3$). Through 144 weeks of therapy, 62% and 58% of subjects in the VIREAD and stavudine arms, respectively, achieved and maintained confirmed HIV-1 RNA <50 copies/mL. The mean increase from baseline in CD4+ cell count was 263 cells/mm$^3$ for the VIREAD arm and 283 cells/mm$^3$ for the stavudine arm.

Through 144 weeks, 11 subjects in the VIREAD group and 9 subjects in the stavudine group experienced a new CDC Class C event.

*Study 934*

Data through 144 weeks are reported for Study 934, a randomized, open-label, active-controlled multicenter trial comparing emtricitabine + VIREAD administered in combination with efavirenz versus zidovudine/lamivudine fixed-dose combination administered in combination with efavirenz in 511 antiretroviral-naïve subjects. From Weeks 96 to 144 of the trial, subjects received a fixed-dose combination of emtricitabine and tenofovir DF with efavirenz in place of emtricitabine + VIREAD with efavirenz. Subjects had a mean age of 38 years (range 18–80); 86% were male, 59% were Caucasian, and 23% were Black. The mean baseline CD4+ cell count was 245 cells/mm$^3$ (range 2–1191) and median baseline plasma HIV-1 RNA was 5.01 log$_{10}$ copies/mL (range 3.56–6.54). Subjects were stratified by baseline CD4+ cell count (< or $\geq$200 cells/mm$^3$); 41% had CD4+ cell counts <200 cells/mm$^3$ and 51% of subjects had baseline viral loads >100,000 copies/mL. Treatment outcomes through 48 and 144 weeks for those subjects who did not have efavirenz resistance at baseline are presented in Table 18.

37

**Table 18    Outcomes of Randomized Treatment at Week 48 and 144 (Study 934)**

| Outcomes | At Week 48 | | At Week 144 | |
|---|---|---|---|---|
| | FTC +VIREAD +EFV (N=244) | AZT/3TC +EFV (N=243) | FTC +VIREAD +EFV (N=227)[a] | AZT/3TC +EFV (N=229)[a] |
| Responder[b] | 84% | 73% | 71% | 58% |
| Virologic failure[c] | 2% | 4% | 3% | 6% |
| Rebound | 1% | 3% | 2% | 5% |
| Never suppressed | 0% | 0% | 0% | 0% |
| Change in antiretroviral regimen | 1% | 1% | 1% | 1% |
| Death | <1% | 1% | 1% | 1% |
| Discontinued due to adverse event | 4% | 9% | 5% | 12% |
| Discontinued for other reasons[d] | 10% | 14% | 20% | 22% |

a. Subjects who were responders at Week 48 or Week 96 (HIV-1 RNA <400 copies/mL) but did not consent to continue the trial after Week 48 or Week 96 were excluded from analysis.

b. Subjects achieved and maintained confirmed HIV-1 RNA <400 copies/mL through Weeks 48 and 144.

c. Includes confirmed viral rebound and failure to achieve confirmed <400 copies/mL through Weeks 48 and 144.

d. Includes lost to follow-up, subject withdrawal, noncompliance, protocol violation and other reasons.

Through Week 48, 84% and 73% of subjects in the emtricitabine + VIREAD group and the zidovudine/lamivudine group, respectively, achieved and maintained HIV-1 RNA <400 copies/mL (71% and 58% through Week 144). The difference in the proportion of subjects who achieved and maintained HIV-1 RNA <400 copies/mL through 48 weeks largely results from the higher number of discontinuations due to adverse events and other reasons in the zidovudine/lamivudine group in this open-label trial. In addition, 80% and 70% of subjects in the emtricitabine + VIREAD group and the zidovudine/lamivudine group, respectively, achieved and maintained HIV-1 RNA <50 copies/mL through Week 48 (64% and 56% through Week 144). The mean increase from baseline in CD4+ cell count was 190 cells/mm$^3$ in the EMTRIVA + VIREAD group and 158 cells/mm$^3$ in the zidovudine/lamivudine group at Week 48 (312 and 271 cells/mm$^3$ at Week 144).

Through 48 weeks, 7 subjects in the emtricitabine + VIREAD group and 5 subjects in the zidovudine/lamivudine group experienced a new CDC Class C event (10 and 6 subjects through 144 weeks).

*Treatment-Experienced Adult Patients*

*Study 907*

Study 907 was a 24-week, double-blind, placebo-controlled multicenter trial of VIREAD added to a stable background regimen of antiretroviral agents in 550 treatment-experienced subjects. After 24 weeks of blinded trial treatment, all subjects continuing on trial were offered open-label VIREAD for an additional 24 weeks. Subjects had a mean baseline CD4+ cell count of 427 cells/mm$^3$ (range 23−1385), median baseline

Reference ID: 4081303

plasma HIV-1 RNA of 2340 (range 50–75,000) copies/mL, and mean duration of prior HIV-1 treatment was 5.4 years. Mean age of the subjects was 42 years; 85% were male, 69% Caucasian, 17% Black, and 12% Hispanic.

The percent of subjects with HIV-1 RNA <400 copies/mL and outcomes of subjects through 48 weeks are summarized in Table 19.

**Table 19        Outcomes of Randomized Treatment (Study 907)**

| Outcomes | 0-24 weeks | | 0-48 weeks | 24-48 weeks |
|---|---|---|---|---|
| | VIREAD (N=368) | Placebo (N=182) | VIREAD (N=368) | Placebo Crossover to VIREAD (N=170) |
| HIV-1 RNA <400 copies/mL [a] | 40% | 11% | 28% | 30% |
| Virologic failure[b] | 53% | 84% | 61% | 64% |
| Discontinued due to adverse event | 3% | 3% | 5% | 5% |
| Discontinued for other reasons[c] | 3% | 3% | 5% | 1% |

a.   Subjects with HIV-1 RNA <400 copies/mL and no prior study drug discontinuation at Week 24 and 48, respectively.

b.   Subjects with HIV-1 RNA ≥400 copies/mL efficacy failure or missing HIV-1 RNA at Week 24 and 48, respectively.

c.   Includes lost to follow-up, subject withdrawal, noncompliance, protocol violation, and other reasons.

At 24 weeks of therapy, there was a higher proportion of subjects in the VIREAD arm compared to the placebo arm with HIV-1 RNA <50 copies/mL (19% and 1%, respectively). Mean change in absolute CD4+ cell counts by Week 24 was +11 cells/mm$^3$ for the VIREAD group and −5 cells/mm$^3$ for the placebo group. Mean change in absolute CD4+ cell counts by Week 48 was +4 cells/mm$^3$ for the VIREAD group.

Through Week 24, one subject in the VIREAD group and no subjects in the placebo arm experienced a new CDC Class C event.

### 14.2   Clinical Efficacy in Adults with Chronic Hepatitis B

*HBeAg-Negative Chronic Hepatitis B*

Study 0102 was a Phase 3, randomized, double-blind, active-controlled trial of VIREAD 300 mg compared to HEPSERA 10 mg in 375 HBeAg- (anti-HBe+) subjects with compensated liver function, the majority of whom were nucleoside-naïve. The mean age of subjects was 44 years; 77% were male, 25% were Asian, 65% were Caucasian, 17% had previously received alpha-interferon therapy, and 18% were nucleoside-experienced (16% had prior lamivudine experience). At baseline, subjects had a mean Knodell necroinflammatory score of 7.8; mean plasma HBV DNA was 6.9 log$_{10}$ copies/mL; and mean serum ALT was 140 U/L.

Reference ID: 4081303

*HBeAg-Positive Chronic Hepatitis B*

Study 0103 was a Phase 3, randomized, double-blind, active-controlled trial of VIREAD 300 mg compared to HEPSERA 10 mg in 266 HBeAg+ nucleoside-naïve subjects with compensated liver function. The mean age of subjects was 34 years; 69% were male, 36% were Asian, 52% were Caucasian, 16% had previously received alpha-interferon therapy, and <5% were nucleoside experienced. At baseline, subjects had a mean Knodell necroinflammatory score of 8.4; mean plasma HBV DNA was 8.7 $\log_{10}$ copies /mL; and mean serum ALT was 147 U/L.

The primary data analysis was conducted after all subjects reached 48 weeks of treatment and results are summarized below.

The primary efficacy endpoint in both trials was complete response to treatment defined as HBV DNA <400 copies/mL (69 IU/mL) and Knodell necroinflammatory score improvement of at least 2 points, without worsening in Knodell fibrosis at Week 48 (Table 20).

**Table 20      Histological, Virological, Biochemical, and Serological Response at Week 48**

|  | 0102 (HBeAg-) | | 0103 (HBeAg+) | |
|---|---|---|---|---|
|  | **VIREAD (N=250)** | **HEPSERA (N=125)** | **VIREAD (N=176)** | **HEPSERA (N=90)** |
| **Complete Response** | 71% | 49% | 67% | 12% |
| **Histology** Histological Response[a] | 72% | 69% | 74% | 68% |
| **HBV DNA** <400 copies/mL (<69 IU/mL) | 93% | 63% | 76% | 13% |
| **ALT** Normalized ALT[b] | 76% | 77% | 68% | 54% |
| **Serology** HBeAg Loss/ Seroconversion | NA[c] | NA[c] | 20%/19% | 16%/16% |
| HBsAg Loss/ Seroconversion | 0/0 | 0/0 | 3%/1% | 0/0 |

a.   Knodell necroinflammatory score improvement of at least 2 points without worsening in Knodell fibrosis.

b.   The population used for analysis of ALT normalization included only subjects with ALT above ULN at baseline.

c.   NA = Not Applicable

*Treatment Beyond 48 Weeks*

In Studies 0102 (HBeAg-negative) and 0103 (HBeAg-positive), subjects who completed double-blind treatment (389 and 196 subjects who were originally randomized to VIREAD and HEPSERA, respectively) were eligible to roll over to open-label VIREAD with no interruption in treatment.

40

In Study 0102, 266 of 347 subjects who entered the open-label period (77%) continued in the study through Week 384. Among subjects randomized to VIREAD followed by open-label treatment with VIREAD, 73% had HBV DNA <400 copies/ml (69 IU/ml), and 63% had ALT normalization at Week 384. Among subjects randomized to HEPSERA followed by open-label treatment with VIREAD, 80% had HBV DNA <400 copies/mL (69 IU/mL) and 70% had ALT normalization through Week 384. At Week 384, both HBsAg loss and seroconversion were approximately 1% in both treatment groups.

In Study 0103, 146 of 238 subjects who entered the open-label period (61%) continued in the study through Week 384. Among subjects randomized to VIREAD, 49% had HBV DNA <400 copies/mL (69 IU/mL), 42% had ALT normalization, and 20% had HBeAg loss (13% seroconversion to anti-HBe antibody) through Week 384. Among subjects randomized to HEPSERA followed by open-label treatment with VIREAD, 56% had HBV DNA <400 copies/mL (69 IU/mL), 50% had ALT normalization, and 28% had HBeAg loss (19% seroconversion to anti-HBe antibody) through Week 384. At Week 384, HBsAg loss and seroconversion were 11% and 8%, respectively, in subjects initially randomized to VIREAD and 12% and 10%, respectively, in subjects initially randomized to HEPSERA.

Of the originally randomized and treated 641 subjects in the two studies, liver biopsy data from 328 subjects who received continuing open-label treatment with VIREAD monotherapy were available for analysis at baseline, Week 48, and Week 240. There were no apparent differences between the subset of subjects who had liver biopsy data at Week 240 and those subjects remaining on open-label VIREAD without biopsy data that would be expected to affect histological outcomes at Week 240. Among the 328 subjects evaluated, the observed histological response rates were 80% and 88% at Week 48 and Week 240, respectively. In the subjects without cirrhosis at baseline (Ishak fibrosis score 0–4), 92% (216/235) and 95% (223/235) had either improvement or no change in Ishak fibrosis score at Week 48 and Week 240, respectively. In subjects with cirrhosis at baseline (Ishak fibrosis score 5–6), 97% (90/93) and 99% (92/93) had either improvement or no change in Ishak fibrosis score at Week 48 and Week 240, respectively. Twenty-nine percent (27/93) and 72% (67/93) of subjects with cirrhosis at baseline experienced regression of cirrhosis by Week 48 and Week 240, respectively, with a reduction in Ishak fibrosis score of at least 2 points. No definitive conclusions can be established about the remaining study population who were not part of this subset analysis.

*Patients with Lamivudine-Resistant Chronic Hepatitis B*

Study 121 was a randomized, double-blind, active-controlled trial evaluating the safety and efficacy of VIREAD compared to an unapproved antiviral regimen in subjects with chronic hepatitis B, persistent viremia (HBV DNA ≥1,000 IU/mL), and genotypic evidence of lamivudine resistance (rtM204I/V +/- rtL180M). One hundred forty-one adult subjects were randomized to the VIREAD treatment arm. The mean age of subjects randomized to VIREAD was 47 years (range 18–73); 74% were male, 59% were Caucasian, and 37% were Asian. At baseline, 54% of subjects were HBeAg-negative, 46% were HBeAg-positive, and 56% had abnormal ALT. Subjects had a mean HBV DNA of 6.4 $\log_{10}$ copies/mL and mean serum ALT of 71 U/L at baseline.

41

After 96 weeks of treatment, 126 of 141 subjects (89%) randomized to VIREAD had HBV DNA <400 copies/mL (69 IU/mL), and 49 of 79 subjects (62%) with abnormal ALT at baseline had ALT normalization. Among the HBeAg-positive subjects randomized to VIREAD, 10 of 65 subjects (15%) experienced HBeAg loss and 7 of 65 subjects (11%) experienced anti-HBe seroconversion through Week 96. The proportion of subjects with HBV DNA concentrations below 400 copies/mL (69 IU/mL) at Week 96 was similar between the VIREAD monotherapy and the comparator arms.

Across the combined chronic hepatitis B treatment trials, the number of subjects with adefovir-resistance associated substitutions at baseline was too small to establish efficacy in this subgroup.

*Patients with Chronic Hepatitis B and Decompensated Liver Disease*

VIREAD was studied in a small randomized, double-blind, active-controlled trial evaluating the safety of VIREAD compared to other antiviral drugs in subjects with chronic hepatitis B and decompensated liver disease through 48 weeks (Study 0108).

Forty-five adult subjects (37 males and 8 females) were randomized to the VIREAD treatment arm. At baseline, 69% subjects were HBeAg-negative and 31% were HBeAg-positive. Subjects had a mean Child-Pugh score of 7, a mean MELD score of 12, mean HBV DNA of 5.8 $\log_{10}$ copies/mL, and mean serum ALT of 61 U/L at baseline. Trial endpoints were discontinuation due to an adverse event and confirmed increase in serum creatinine ≥0.5 mg/dL or confirmed serum phosphorus of <2 mg/dL *[See Adverse Reactions (6.1)]*.

At 48 weeks, 31/44 (70%) and 12/26 (46%) VIREAD-treated subjects achieved an HBV DNA <400 copies/mL (69 IU/mL), and normalized ALT, respectively. The trial was not designed to evaluate treatment impact on clinical endpoints such as progression of liver disease, need for liver transplantation, or death.

# 16    HOW SUPPLIED/STORAGE AND HANDLING

*Tablets*

VIREAD tablets, 150 mg, are triangle-shaped, white, film-coated tablets containing 150 mg of tenofovir DF, which is equivalent to 123 mg of tenofovir disoproxil, and are debossed with "GSI" on one side and with "150" on the other side. Each bottle contains 30 tablets and a desiccant (silica gel canister or sachet), and is closed with a child-resistant closure. (NDC 61958-0404-1)

VIREAD tablets, 200 mg, are round-shaped, white, film-coated tablets containing 200 mg of tenofovir DF, which is equivalent to 163 mg of tenofovir disoproxil, and are debossed with "GSI" on one side and with "200" on the other side. Each bottle contains 30 tablets and a desiccant (silica gel canister or sachet), and is closed with a child-resistant closure. (NDC 61958-0405-1)

VIREAD tablets, 250 mg, are capsule-shaped, white, film-coated tablets containing 250 mg of tenofovir DF, which is equivalent to 204 mg of tenofovir disoproxil, and are debossed with "GSI" on one side and with "250" on the other side. Each bottle contains 30 tablets and a desiccant (silica gel canister or sachet), and is closed with a child-resistant closure. (NDC 61958-0406-1)

Reference ID: 4081303

VIREAD tablets, 300 mg, are almond-shaped, light-blue, film-coated tablets containing 300 mg of tenofovir DF, which is equivalent to 245 mg of tenofovir disoproxil, and are debossed with "GILEAD" and "4331" on one side and with "300" on the other side. Each bottle contains 30 tablets and a desiccant (silica gel canister or sachet), and is closed with a child-resistant closure. (NDC 61958-0401-1)

*Oral Powder*

VIREAD oral powder consists of white, coated granules containing 40 mg of tenofovir DF, which is equivalent to 33 mg of tenofovir disoproxil, per gram of powder and is available in multi-use bottles containing 60 grams of oral powder, closed with a child-resistant closure, and co-packaged with a dosing scoop. (NDC 61958-0403-1)

Store VIREAD tablets and oral powder at 25 °C (77 °F), excursions permitted to 15-30 °C (59-86 °F) *(See USP Controlled Room Temperature).*
**Keep the bottle tightly closed. Dispense only in original container. Do not use if seal over bottle opening is broken or missing.**

## 17    PATIENT COUNSELING INFORMATION

*Advise the patient to read the FDA-approved patient labeling (Patient Information and Instructions for Use).*

Inform patients that VIREAD is not a cure for HIV-1 infection and patients may continue to experience illnesses associated with HIV-1 infection, including opportunistic infections. Patients should remain under the care of a physician when using VIREAD.

Advise patients to avoid doing things that can spread HIV or HBV to others.

- **Do not** share **needles or other injection equipment.**
- **Do not share personal items that can have blood or body fluids on them, like toothbrushes and razor blades.**
- **Do not have any kind of sex without protection.** Always practice safer sex by using a latex or polyurethane condom to lower the chance of sexual contact with semen, vaginal secretions, or blood.
- **Do not breastfeed.** Tenofovir is excreted in breast milk and it is not known whether it can harm the baby. Mothers with HIV-1 should not breastfeed because HIV-1 can be passed to the baby in the breast milk.

Inform patients that:

- The long-term effects of VIREAD are unknown.
- VIREAD tablets and oral powder are for oral ingestion only.
- VIREAD should not be discontinued without first informing their physician.
- If you have HIV-1 infection, with or without HBV coinfection, it is important to take VIREAD with combination therapy.
- It is important to take VIREAD on a regular dosing schedule and to avoid missing doses.

43

- Severe acute exacerbations of hepatitis have been reported in patients who are infected with HBV or coinfected with HBV and HIV-1 and have discontinued VIREAD *[See Warnings and Precautions (5.1)]*.

- Renal impairment, including cases of acute renal failure and Fanconi syndrome, has been reported. VIREAD should be avoided with concurrent or recent use of a nephrotoxic agent (e.g., high-dose or multiple NSAIDs) *[See Warnings and Precautions (5.2)]*.

- Lactic acidosis and severe hepatomegaly with steatosis, including fatal cases, have been reported. Treatment with VIREAD should be suspended in any patient who develops clinical symptoms suggestive of lactic acidosis or pronounced hepatotoxicity *[See Warnings and Precautions (5.3)]*.

- VIREAD should not be coadministered with ATRIPLA, COMPLERA, DESCOVY, GENVOYA, ODEFSEY, STRIBILD, TRUVADA, or VEMLIDY *[See Warnings and Precautions (5.4)]*.

- VIREAD should not be administered in combination with HEPSERA *[See Warnings and Precautions (5.4)]*.

- Decreases in bone mineral density have been observed with the use of VIREAD. Bone mineral density monitoring should be considered in patients who have a history of pathologic bone fracture or at risk for osteopenia *[See Warnings and Precautions (5.6)]*.

- In some patients treated with combination antiretroviral therapy, including VIREAD, signs and symptoms of inflammation from previous infections may occur soon after anti-HIV treatment is started. It is believed that these symptoms are due to an improvement in the body's immune response, enabling the body to fight infections that may have been present with no obvious symptoms. Advise patients to inform their healthcare provider immediately of any symptoms of infection *[See Warnings and Precautions (5.7)]*.

- In the treatment of chronic hepatitis B, the optimal duration of treatment is unknown. The relationship between response and long-term prevention of outcomes such as hepatocellular carcinoma is not known.

Gilead Sciences, Inc.

Foster City, CA 94404

COMPLERA, DESCOVY, EMTRIVA, EPCLUSA, GENVOYA, HARVONI, HEPSERA, ODEFSEY, SOVALDI, STRIBILD, TRUVADA, VEMLIDY, and VIREAD are trademarks of Gilead Sciences, Inc., or its related companies. ATRIPLA is a trademark of Bristol-Myers Squibb & Gilead Sciences, LLC. All other trademarks referenced herein are the property of their respective owners.

© 2017 Gilead Sciences, Inc. All rights reserved.

21356-GS-038

Reference ID: 4081303

**PATIENT INFORMATION**

**VIREAD® (VEER-ee-ad)**

**(tenofovir disoproxil fumarate)**

**tablets and oral powder**

Read this Patient Information before you start taking VIREAD and each time you get a refill. There may be new information. This information does not take the place of talking with your healthcare provider about your medical condition or your treatment.

**What is the most important information I should know about VIREAD?**

**VIREAD can cause serious side effects, including:**

**Worsening of your Hepatitis B infection.**  Your hepatitis B Virus (HBV) infection may become worse (flare-up) if you take VIREAD and then stop it. A "flare-up" is when your HBV infection suddenly returns in a worse way than before.

- Do not let your VIREAD run out. Refill your prescription or talk to your healthcare provider before your VIREAD is all gone.

- Do not stop taking VIREAD without first talking to your healthcare provider.

- If you stop taking VIREAD, your healthcare provider will need to check your health often and do blood tests regularly to check your HBV infection. Tell your healthcare provider about any new or unusual symptoms you may have after you stop taking VIREAD.

  **Talk to your doctor about taking an HIV test before starting treatment with VIREAD for chronic hepatitis B. You should also get a test for HBV if you are taking VIREAD for treatment of HIV.**

**What is VIREAD?**

VIREAD is a prescription medicine used:

1. with other antiviral medicines to treat Human Immunodeficiency Virus-1 (HIV-1) in people 2 years of age and older. HIV is the virus that causes AIDS (Acquired Immune Deficiency Syndrome).

   - When used with other HIV medicines, VIREAD may reduce the amount of HIV in your blood (called "viral load"). VIREAD may also help to increase the number of CD4 (T) cells in your blood which help fight off other infections. Reducing the amount of HIV and increasing the CD4 (T) cell count may improve your immune system. This may reduce your risk of death or infections that can happen when your immune system is weak (opportunistic infections).

   - **VIREAD does not cure HIV infection or AIDS.** People taking VIREAD may still develop infections or other conditions associated with HIV infection.

   - You must stay on continuous HIV therapy to control infection and decrease HIV-related illnesses.

45

- It is very important that you stay under the care of your healthcare provider.
- It is not known if VIREAD is safe and effective for the treatment of HIV-1 infection in children under the age of 2 years.

2. to treat chronic (long-lasting) hepatitis B virus (HBV) in people 12 years of age and older.

   - VIREAD will not cure HBV.
   - VIREAD may lower the amount of HBV in your body.
   - VIREAD may improve the condition of your liver.
   - The long-term effects of taking VIREAD for treatment of chronic hepatitis B infection are not known.
   - It is not known if VIREAD is safe and effective for treatment of chronic hepatitis B in children under the age of 12 years.

**What should I tell my healthcare provider before taking VIREAD?**

**Before you take VIREAD, tell your healthcare provider if you:**

- have liver problems, including hepatitis B (HBV) infection.
- have kidney problems.
- have bone problems.
- have any other medical conditions, including HIV infection.
- are pregnant or plan to become pregnant.  It is not known if VIREAD will harm your unborn baby.

  **Pregnancy Registry.** There is a pregnancy registry for women who take antiviral medicines during pregnancy. Its purpose is to collect information about the health of you and your baby. Talk to your healthcare provider about how you can take part in this registry.

- are breastfeeding or plan to breastfeed. **Do not breastfeed if you are taking VIREAD.** Tenofovir passes into your breast milk. You should not breastfeed because of the risk of passing HIV to your baby. Talk to your healthcare provider about the best way to feed your baby.

**Tell your healthcare provider about all the medicines you take,** including prescription and non-prescription medicines, vitamins and herbal supplements.

VIREAD may affect the way other medicines work, and other medicines may affect how VIREAD works.

**Do not take VIREAD if you also take:**

- other medicines that contain tenofovir (ATRIPLA®, COMPLERA®, DESCOVY®, GENVOYA®, ODEFSEY®, STRIBILD®, TRUVADA®, VEMLIDY®)
- adefovir (HEPSERA®)

Especially tell your healthcare provider if you take the following medications.

46

- didanosine (Videx, Videx EC)
- atazanavir (Reyataz)
- darunavir (Prezista)
- lopinavir with ritonavir (Kaletra)
- ledipasvir with sofosbuvir (HARVONI®)
- sofosbuvir with velpatasvir (EPCLUSA®)

Know the medicines you take. Keep a list of them to show your healthcare provider or pharmacist when you get a new medicine.

**How should I take VIREAD?**

- See "What is the most important information I should know about VIREAD?"
- Take VIREAD exactly as your healthcare provider tells you to take it.
- Take VIREAD at the same time every day.
- For adults and children 12 years of age and older, the usual dose of VIREAD is one 300 mg tablet each day.
- If you are an adult with kidney problems, your healthcare provider may tell you to take VIREAD less often.
- Adults and children 12 years of age and older who are unable to swallow VIREAD tablets whole may take 7½ scoops of VIREAD oral powder.
- For children 2 to 12 years of age, your healthcare provider will prescribe the right dose of VIREAD oral powder or tablets based on your child's body weight.
- Tell your healthcare provider if your child has problems with swallowing tablets.
- See the "Instructions for Use" section at the end of this Patient Information leaflet for information about the right way to measure and take VIREAD oral powder.
- Take VIREAD tablets by mouth, with or without food.
- Do not miss a dose of VIREAD. If you miss a dose of VIREAD, take the missed dose as soon as you remember. If it is almost time for your next dose of VIREAD, do not take the missed dose. Take the next dose of VIREAD at your regular time.
- If you take too much VIREAD, call your local poison control center or go right away to the nearest hospital emergency room.

**What are the possible side effects of VIREAD?**

**VIREAD may cause serious side effects, including:**

- **See "What is the most important information I should know about VIREAD?"**
- **New or worse kidney problems, including kidney failure,** can happen in some people who take VIREAD. Your healthcare provider should do blood tests to check your kidneys before you start treatment with VIREAD. If you have had

47

kidney problems in the past or need to take another medicine that can cause kidney problems, your healthcare provider may need to do blood tests to check your kidneys during your treatment with VIREAD.

- **Too much lactic acid in your blood (lactic acidosis).** Too much lactic acid is a serious but rare medical emergency that can lead to death. Tell your healthcare provider right away if you get these symptoms: weakness or being more tired than usual, unusual muscle pain, being short of breath or fast breathing, stomach pain with nausea and vomiting, cold or blue hands and feet, feel dizzy or lightheaded, or a fast or abnormal heartbeat.

- **Severe liver problems.** In rare cases, severe liver problems can happen that can lead to death. Tell your healthcare provider right away if you get these symptoms: skin or the white part of your eyes turns yellow, dark "tea-colored" urine, light-colored stools, loss of appetite for several days or longer, nausea, or stomach-area pain.

- **Bone problems** can happen in some people who take VIREAD. Bone problems include bone pain, softening or thinning (which may lead to fractures). Your healthcare provider may need to do additional tests to check your bones.

- **Changes in your immune system (Immune Reconstitution Syndrome)** can happen when you start taking HIV medicines. Your immune system may get stronger and begin to fight infections that have been hidden in your body for a long time. Tell your healthcare provider if you start having new symptoms after starting your HIV medicine.

The most common side effects in all people who take VIREAD are:

- nausea
- rash
- diarrhea
- headache
- pain
- depression
- weakness

In some people with advanced HBV-infection, other common side effects may include:

- sleeping problems
- itching
- vomiting
- dizziness
- fever

Tell your healthcare provider if you have any side effect that bothers you or that does not go away.

These are not all the possible side effects of VIREAD. For more information, ask your healthcare provider or pharmacist.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

48

**How should I store VIREAD?**

- Store VIREAD tablets or oral powder at room temperature between 68 °F to 77 °F (20 °C to 25 °C).
- Keep VIREAD in the original container.
- Do not use VIREAD if the seal over the bottle opening is broken or missing.
- Keep the bottle tightly closed.

**Keep VIREAD and all medicines out of the reach of children.**

**General information about VIREAD:**

Medicines are sometimes prescribed for purposes other than those listed in a Patient Information leaflet. Do not use VIREAD for a condition for which it was not prescribed. Do not give VIREAD to other people, even if they have the same condition you have. It may harm them.

Avoid doing things that can spread HIV-1 or HBV infection to others.

**Do not share or re-use needles or other injection equipment.**

**Do not share personal items that can have blood or body fluids on them, like toothbrushes and razor blades.**

**Do not have any kind of sex without protection.** Always practice safe sex by using a latex or polyurethane condom to lower the chance of sexual contact with semen, vaginal secretions, or blood.

A vaccine is available to protect people at risk for becoming infected with HBV. You can ask your healthcare provider for information about this vaccine.

This leaflet summarizes the most important information about VIREAD. If you would like more information, talk with your healthcare provider. You can ask your pharmacist or healthcare provider for information about VIREAD that is written for health professionals.

For more information, go to www.viread.com or call Gilead Sciences, Inc. at 1-800-GILEAD-5 (1-800-445-3235).

**What are the ingredients in VIREAD?**

**Active Ingredient:** tenofovir disoproxil fumarate

**Inactive Ingredients:**

VIREAD tablets: croscarmellose sodium, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and pregelatinized starch.

VIREAD Oral Powder: mannitol, hydroxypropyl cellulose, ethylcellulose, and silicon dioxide.

**Tablet Coating:**

VIREAD tablets 300 mg: Opadry II Y-30-10671-A, which contains FD&C blue #2 aluminum lake, hypromellose 2910, lactose monohydrate, titanium dioxide, and triacetin.

49

VIREAD tablets 150, 200 and 250 mg: Opadry II 32K-18425, which contains hypromellose 2910, lactose monohydrate, titanium dioxide, and triacetin.

**Instructions for Use of VIREAD oral powder**

Read the Instructions for Use below before you give VIREAD oral powder. Be sure you can understand and follow them. If you have any questions, ask your healthcare provider or pharmacist.

**Important information**

- VIREAD oral powder comes in a box that has a bottle of VIREAD and a dosing scoop (see Figure A).



Figure A

- **Only use the dosing scoop to measure VIREAD oral powder.**
- **Only mix VIREAD oral powder with soft foods** that can be swallowed without chewing. Examples of soft foods you can use are: applesauce, baby food, or yogurt.
- **Do not mix VIREAD oral powder with liquid**. The powder may float to the top even after stirring.
- **Give the entire dose right away after mixing** to avoid a bad taste.

**How do I prepare and give VIREAD oral powder?**

1. Wash and dry your hands.
2. Measure ¼ to ½ cup of soft food into a cup or bowl.
3. To open a new bottle of powder, press down on the bottle lid and turn to remove (see picture on the top of the bottle cap). Peel off the foil.
4. Measure the number of scoops prescribed by your healthcare provider.
   - For each full scoop prescribed:
     - Fill the dosing scoop to the top.
     - Use the flat edge of clean knife to make the powder even with the top of the scoop (see Figure B).



Figure B

   - For ½ scoop:

50

- Fill the dosing scoop up to the "½ line" on the side (see Figure C).

½ line  Figure C

5. Sprinkle the VIREAD oral powder on the soft food. Stir with a spoon until well mixed. **Give the entire dose right away after mixing** to avoid a bad taste.

6. Close the bottle of VIREAD tightly.

7. Wash and dry the dosing scoop. Do not store the dosing scoop in the bottle.

See the section "How should I store VIREAD?" for information about how to store VIREAD oral powder.

This Patient Information has been approved by the U.S. Food and Drug Administration.

Manufactured for and distributed by:

Gilead Sciences, Inc.

Foster City, CA 94404

Revised: April 2017

COMPLERA, DESCOVY, GENVOYA, HARVONI, HEPSERA, ODEFSEY, STRIBILD, TRUVADA, VEMLIDY, and VIREAD are trademarks of Gilead Sciences, Inc., or its related companies. ATRIPLA is a trademark of Bristol-Myers Squibb & Gilead Sciences, LLC. All other trademarks referenced herein are the property of their respective owners.

© 2017 Gilead Sciences, Inc. All rights reserved.

21356-GS-038

# Exhibit D

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
These highlights do not include all the information needed to use BIKTARVY safely and effectively. See full prescribing information for BIKTARVY.

BIKTARVY® (bictegravir, emtricitabine, and tenofovir alafenamide) tablets, for oral use
Initial U.S. Approval: 2018

---

**WARNING: POST TREATMENT ACUTE EXACERBATION OF HEPATITIS B**
*See full prescribing information for complete boxed warning.*

**Severe acute exacerbations of hepatitis B have been reported in patients who are coinfected with HIV-1 and HBV and have discontinued products containing emtricitabine (FTC) and/or tenofovir disoproxil fumarate (TDF), and may occur with discontinuation of BIKTARVY. Closely monitor hepatic function in these patients. If appropriate, anti-hepatitis B therapy may be warranted. (5.1)**

---

------------------------RECENT MAJOR CHANGES------------------------
| | |
|---|---|
| Indications and Usage (1) | 10/2021 |
| Dosage and Administration (2.2, 2.4) | 02/2021 |
| Dosage and Administration (2.3) | 10/2021 |
| Warnings and Precautions, New Onset or Worsening Renal Impairment (5.4) | 03/2021 |

------------------------INDICATIONS AND USAGE------------------------
BIKTARVY is a three-drug combination of bictegravir (BIC), a human immunodeficiency virus type 1 (HIV-1) integrase strand transfer inhibitor (INSTI), and emtricitabine (FTC) and tenofovir alafenamide (TAF), both HIV-1 nucleoside analog reverse transcriptase inhibitors (NRTIs), and is indicated as a complete regimen for the treatment of HIV-1 infection in adults and pediatric patients weighing at least 14 kg who have no antiretroviral treatment history or to replace the current antiretroviral regimen in those who are virologically suppressed (HIV-1 RNA less than 50 copies per mL) on a stable antiretroviral regimen with no history of treatment failure and no known substitutions associated with resistance to the individual components of BIKTARVY. (1)

---------------------DOSAGE AND ADMINISTRATION---------------------
- Testing: Prior to or when initiating BIKTARVY test for hepatitis B virus infection. Prior to or when initiating BIKTARVY, and during treatment, assess serum creatinine, estimated creatinine clearance, urine glucose, and urine protein in all patients as clinically appropriate. In patients with chronic kidney disease, also assess serum phosphorus. (2.1)
- Recommended dosage in adults and pediatric patients weighing at least 25 kg: One tablet containing 50 mg BIC, 200 mg FTC, and 25 mg TAF taken once daily with or without food. (2.2)
- Recommended dosage in pediatric patients weighing at least 14 kg to less than 25 kg: One tablet containing 30 mg BIC, 120 mg FTC, and 15 mg TAF taken once daily with or without food. (2.3)

- Renal impairment: BIKTARVY is not recommended in patients with estimated creatinine clearance of 15 to below 30 mL/min, or below 15 mL/min who are not receiving chronic hemodialysis, or below 15 mL/min who have no antiretroviral treatment history. (2.4)
- Hepatic impairment: BIKTARVY is not recommended in patients with severe hepatic impairment. (2.5)

--------------------DOSAGE FORMS AND STRENGTHS--------------------
Tablets: 50 mg of BIC, 200 mg of FTC,  and 25 mg of TAF. (3)
Tablets: 30 mg of BIC, 120 mg of FTC, and 15 mg of TAF. (3)

---------------------------CONTRAINDICATIONS---------------------------
BIKTARVY is contraindicated to be co-administered with:
- dofetilide. (4)
- rifampin. (4)

---------------------WARNINGS AND PRECAUTIONS---------------------
- Immune reconstitution syndrome: May necessitate further evaluation and treatment. (5.3)
- New onset or worsening renal impairment: Assess serum creatinine, estimated creatinine clearance, urine glucose and urine protein when initiating BIKTARVY and during therapy as clinically appropriate in all patients. Also assess serum phosphorus in patients with chronic kidney disease. (5.4)
- Lactic acidosis/severe hepatomegaly with steatosis: Discontinue treatment in patients who develop symptoms or laboratory findings suggestive of lactic acidosis or pronounced hepatotoxicity. (5.5)

---------------------------ADVERSE REACTIONS---------------------------
Most common adverse reactions (incidence greater than or equal to 5%, all grades) are diarrhea, nausea, and headache. (6.1)

To report SUSPECTED ADVERSE REACTIONS, contact Gilead Sciences, Inc. at 1-800-GILEAD-5 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.

---------------------------DRUG INTERACTIONS---------------------------
- Because BIKTARVY is a complete regimen, coadministration with other antiretroviral medications for the treatment of HIV-1 infection is not recommended. (7.1)
- Consult the Full Prescribing Information prior to and during treatment for important drug interactions. (4, 5.2, 7, 12.3)

---------------------USE IN SPECIFIC POPULATIONS---------------------
- Lactation: Women infected with HIV should be instructed not to breastfeed due to the potential for HIV transmission. (8.2)
- Pediatrics: Not recommended for patients weighing less than 14 kg. (8.4)

See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.

**Revised: 10/2021**

**FULL PRESCRIBING INFORMATION: CONTENTS\***
**WARNING: POST TREATMENT ACUTE EXACERBATION OF HEPATITIS B**
**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
    2.1 Testing When Initiating and During Treatment with BIKTARVY
    2.2 Recommended Dosage in Adults and Pediatric Patients Weighing at Least 25 kg
    2.3 Recommended Dosage in Pediatric Patients Weighing at Least 14 to Less than 25 kg
    2.4 Not Recommended in Patients with Severe Renal Impairment
    2.5 Not Recommended in Patients with Severe Hepatic Impairment
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
    5.1 Severe Acute Exacerbation of Hepatitis B in Patients Coinfected with HIV-1 and HBV
    5.2 Risk of Adverse Reactions or Loss of Virologic Response Due to Drug Interactions
    5.3 Immune Reconstitution Syndrome
    5.4 New Onset or Worsening Renal Impairment
    5.5 Lactic Acidosis/Severe Hepatomegaly with Steatosis
**6 ADVERSE REACTIONS**
    6.1 Clinical Trials Experience
    6.2 Postmarketing Experience
**7 DRUG INTERACTIONS**
    7.1 Other Antiretroviral Medications
    7.2 Potential for BIKTARVY to Affect Other Drugs
    7.3 Potential Effect of Other Drugs on One or More Components of BIKTARVY
    7.4 Drugs Affecting Renal Function
    7.5 Established and Potentially Significant Drug Interactions
    7.6 Drugs without Clinically Significant Interactions with BIKTARVY
**8 USE IN SPECIFIC POPULATIONS**
    8.1 Pregnancy
    8.2 Lactation
    8.4 Pediatric Use
    8.5 Geriatric Use
    8.6 Renal Impairment
    8.7 Hepatic Impairment
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
    12.1 Mechanism of Action
    12.2 Pharmacodynamics
    12.3 Pharmacokinetics
    12.4 Microbiology
**13 NONCLINICAL TOXICOLOGY**
    13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
    13.2 Animal Toxicology and/or Pharmacology
**14 CLINICAL STUDIES**
    14.1 Description of Clinical Trials
    14.2 Clinical Trial Results in Adults with HIV-1 and No Antiretroviral Treatment History
    14.3 Clinical Trial Results in Adults with Virologically-Suppressed HIV-1 Who Switched to BIKTARVY
    14.4 Clinical Trial Results in Pediatric Subjects with HIV-1
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**
\*Sections or subsections omitted from the full prescribing information are not listed.

**FULL PRESCRIBING INFORMATION**

---

**WARNING: POST TREATMENT ACUTE EXACERBATION OF HEPATITIS B**

**Severe acute exacerbations of hepatitis B have been reported in patients who are coinfected with HIV-1 and HBV and have discontinued products containing emtricitabine (FTC) and/or tenofovir disoproxil fumarate (TDF), and may occur with discontinuation of BIKTARVY.**

**Closely monitor hepatic function with both clinical and laboratory follow-up for at least several months in patients who are coinfected with HIV-1 and HBV and discontinue BIKTARVY. If appropriate, anti-hepatitis B therapy may be warranted** *[see Warnings and Precautions (5.1)]*.

---

## 1      INDICATIONS AND USAGE

BIKTARVY is indicated as a complete regimen for the treatment of human immunodeficiency virus type 1 (HIV-1) infection in adults and pediatric patients weighing at least 14 kg who have no antiretroviral treatment history or to replace the current antiretroviral regimen in those who are virologically-suppressed (HIV-1 RNA less than 50 copies per mL) on a stable antiretroviral regimen with no history of treatment failure and no known substitutions associated with resistance to the individual components of BIKTARVY.

## 2      DOSAGE AND ADMINISTRATION

### 2.1      Testing When Initiating and During Treatment with BIKTARVY

Prior to or when initiating BIKTARVY, test patients for hepatitis B virus infection *[see Warnings and Precautions (5.1)]*.

Prior to or when initiating BIKTARVY, and during treatment with BIKTARVY, assess serum creatinine, estimated creatinine clearance, urine glucose and urine protein in all patients as clinically appropriate. In patients with chronic kidney disease, also assess serum phosphorus *[see Warnings and Precautions (5.4)]*.

## 2.2    Recommended Dosage in Adults and Pediatric Patients Weighing at Least 25 kg

BIKTARVY is a three-drug fixed dose combination product containing bictegravir (BIC), emtricitabine (FTC), and tenofovir alafenamide  (TAF). The recommended dosage of BIKTARVY is one tablet containing 50 mg of BIC, 200 mg of FTC, and 25 mg of TAF taken orally once daily with or without food in:

- adults and pediatric patients weighing at least 25 kg with an estimated creatinine clearance greater than or equal to 30 mL/min; or
- virologically-suppressed adults with an estimated creatinine clearance below 15 mL/min who are receiving chronic hemodialysis. On days of hemodialysis, administer the daily dose of BIKTARVY after completion of hemodialysis treatment *[see Use in Specific Populations (8.4, 8.6) and Clinical Pharmacology (12.3)]*.

## 2.3    Recommended Dosage in Pediatric Patients Weighing at Least 14 kg to Less than 25 kg

The recommended dosage of BIKTARVY is one tablet containing 30 mg of BIC, 120 mg of FTC, and 15 mg of TAF taken orally once daily with or without food in:

- pediatric patients weighing at least 14 kg to less than 25 kg with an estimated creatinine clearance greater than or equal to 30 mL/min *[see Use in Specific Populations (8.4, 8.6) and Clinical Pharmacology (12.3)]*.

For children unable to swallow a whole tablet, the tablet can be split and each part taken separately as long as all parts are ingested within approximately 10 minutes.

## 2.4    Not Recommended in Patients with Severe Renal Impairment

BIKTARVY is not recommended in patients with *[see Dosage and Administration (2.2, 2.3) and Use in Specific Populations (8.6)]*.:

- severe renal impairment (estimated creatinine clearance of 15 to below 30 mL/min); or
- end stage renal disease (ESRD; estimated creatinine clearance below 15 mL/min who are not receiving chronic hemodialysis; or
- no antiretroviral treatment history and ESRD who are receiving chronic hemodialysis.

## 2.5    Not Recommended in Patients with Severe Hepatic Impairment

BIKTARVY is not recommended in patients with severe hepatic impairment (Child-Pugh Class C) *[see Use in Specific Populations (8.7) and Clinical Pharmacology (12.3)]*.

## 3      DOSAGE FORMS AND STRENGTHS

BIKTARVY tablets are available in two dose strengths:

- 50 mg/200 mg/25 mg tablets: 50 mg of bictegravir (BIC) (equivalent to 52.5 mg of bictegravir sodium), 200 mg of emtricitabine (FTC), and 25 mg of tenofovir alafenamide (TAF) (equivalent to 28 mg of tenofovir alafenamide fumarate). These tablets are purplish brown, capsule-shaped, film-coated, and debossed with "GSI" on one side and "9883" on the other side.

- 30 mg/120 mg/15 mg tablets: 30 mg of BIC (equivalent to 31.5 mg of bictegravir sodium), 120 mg of FTC, and 15 mg of TAF (equivalent to 16.8 mg of tenofovir alafenamide fumarate). These tablets are pink, capsule-shaped, film-coated, and debossed with "GSI" on one side and "B" on the other side.

## 4      CONTRAINDICATIONS

BIKTARVY is contraindicated to be co-administered with:

- dofetilide due to the potential for increased dofetilide plasma concentrations and associated serious and/or life-threatening events *[see Drug Interactions (7.5)]*.

- rifampin due to decreased BIC plasma concentrations, which may result in the loss of therapeutic effect and development of resistance to BIKTARVY *[see Drug Interactions (7.5)]*.

## 5      WARNINGS AND PRECAUTIONS

### 5.1    Severe Acute Exacerbation of Hepatitis B in Patients Coinfected with HIV-1 and HBV

Patients with HIV-1 should be tested for the presence of chronic hepatitis B virus (HBV) infection before or when initiating antiretroviral therapy *[see Dosage and Administration (2.1)]*.

Severe acute exacerbations of hepatitis B (e.g., liver decompensation and liver failure) have been reported in patients who are coinfected with HIV-1 and HBV and have discontinued products containing FTC and/or tenofovir disoproxil fumarate (TDF), and may occur with discontinuation of BIKTARVY. Patients coinfected with HIV-1 and HBV who discontinue BIKTARVY should be closely monitored with both clinical and laboratory follow-up for at least several months after stopping treatment. If appropriate, anti-hepatitis B therapy may be warranted, especially in patients with advanced liver disease or cirrhosis, since post-treatment exacerbation of hepatitis may lead to hepatic decompensation and liver failure.

## 5.2    Risk of Adverse Reactions or Loss of Virologic Response Due to Drug Interactions

The concomitant use of BIKTARVY with certain other drugs may result in known or potentially significant drug interactions, some of which may lead to *[see Contraindications (4) and Drug Interactions (7.5)]*:

- Loss of therapeutic effect of BIKTARVY and possible development of resistance.
- Possible clinically significant adverse reactions from greater exposures of concomitant drugs.

See Table 3 for steps to prevent or manage these possible and known significant drug interactions, including dosing recommendations. Consider the potential for drug interactions prior to and during BIKTARVY therapy; review concomitant medications during BIKTARVY therapy; and monitor for the adverse reactions associated with the concomitant drugs.

## 5.3    Immune Reconstitution Syndrome

Immune reconstitution syndrome has been reported in patients treated with combination antiretroviral therapy. During the initial phase of combination antiretroviral treatment, patients whose immune system responds may develop an inflammatory response to indolent or residual opportunistic infections [such as *Mycobacterium avium* infection, cytomegalovirus, *Pneumocystis jirovecii* pneumonia (PCP), or tuberculosis], which may necessitate further evaluation and treatment.

Autoimmune disorders (such as Graves' disease, polymyositis, Guillain-Barré syndrome, and autoimmune hepatitis) have also been reported to occur in the setting of immune reconstitution; however, the time to onset is more variable, and can occur many months after initiation of treatment.

## 5.4    New Onset or Worsening Renal Impairment

Postmarketing cases of renal impairment, including acute renal failure, proximal renal tubulopathy (PRT), and Fanconi syndrome, have been reported with TAF-containing products; while most of these cases were characterized by potential confounders that may have contributed to the reported renal events, it is also possible these factors may have predisposed patients to tenofovir-related adverse events *[see Adverse Reactions (6.1, 6.2)]*. BIKTARVY is not recommended in patients with severe renal impairment (estimated creatinine clearance of 15 to below 30 mL/min), or patients with ESRD (estimated creatinine clearance below 15 mL/min) who are not receiving chronic hemodialysis, or patients with no antiretroviral treatment history and ESRD who are receiving chronic hemodialysis *[see Dosage and Administration (2.4), Use in Specific Populations (8.6)]*.

Patients taking tenofovir prodrugs who have impaired renal function and those taking nephrotoxic agents including non-steroidal anti-inflammatory drugs are at increased risk of developing renal-related adverse reactions.

Prior to or when initiating BIKTARVY, and during treatment with BIKTARVY, assess serum creatinine, estimated creatinine clearance, urine glucose and urine protein in all patients as clinically appropriate. In patients with chronic kidney disease, also assess serum phosphorus. Discontinue BIKTARVY in patients who develop clinically significant decreases in renal function or evidence of Fanconi syndrome.

## 5.5   Lactic Acidosis/Severe Hepatomegaly with Steatosis

Lactic acidosis and severe hepatomegaly with steatosis, including fatal cases, have been reported with the use of nucleoside analogs, including emtricitabine, a component of BIKTARVY, and tenofovir DF, another prodrug of tenofovir, alone or in combination with other antiretrovirals. Treatment with BIKTARVY should be suspended in any patient who develops clinical or laboratory findings suggestive of lactic acidosis or pronounced hepatotoxicity (which may include hepatomegaly and steatosis even in the absence of marked transaminase elevations).

## 6   ADVERSE REACTIONS

The following adverse reactions are discussed in other sections of the labeling:

- Severe Acute Exacerbations of Hepatitis B *[see Warnings and Precautions (5.1)]*.
- Immune Reconstitution Syndrome *[see Warnings and Precautions (5.3)]*.
- New Onset or Worsening Renal Impairment *[see Warnings and Precautions (5.4)]*.
- Lactic Acidosis/Severe Hepatomegaly with Steatosis *[see Warnings and Precautions (5.5)]*.

## 6.1   Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

Clinical Trials in Adults with No Antiretroviral Treatment History

The primary safety assessment of BIKTARVY was based on Week 48 data from two randomized, double-blind, active-controlled trials, Trial 1489 and Trial 1490, that enrolled 1274 HIV-1 infected adult subjects with no antiretroviral treatment history. A total of 634 subjects received one tablet of BIKTARVY once daily *[see Clinical Studies (14.2)]*.

The most common adverse reactions (all Grades) reported in at least 5% of subjects in the BIKTARVY group in either Trial 1489 or Trial 1490 were diarrhea, nausea, and headache. The proportion of subjects who discontinued treatment with BIKTARVY, abacavir [ABC]/dolutegravir [DTG]/ lamivudine [3TC]), or DTG + FTC/TAF, due to

adverse events, regardless of severity, was 1%, 1%, and <1%, respectively. Table 1 displays the frequency of adverse reactions (all Grades) greater than or equal to 2% in the BIKTARVY group.

**Table 1      Adverse Reactions[a] (All Grades) Reported in ≥ 2% of HIV-1 Infected Adults with No Antiretroviral Treatment History Receiving BIKTARVY in Trials 1489 or 1490 (Week 48 analysis)**

|  | Trial 1489 | | Trial 1490 | |
|---|---|---|---|---|
| **Adverse Reactions** | **BIKTARVY** N=314 | **ABC/DTG/3TC** N=315 | **BIKTARVY** N=320 | **DTG + FTC/TAF** N=325 |
| Diarrhea | 6% | 4% | 3% | 3% |
| Nausea | 5% | 17% | 3% | 5% |
| Headache | 5% | 5% | 4% | 3% |
| Fatigue | 3% | 3% | 2% | 2% |
| Abnormal dreams | 3% | 3% | <1% | 1% |
| Dizziness | 2% | 3% | 2% | 1% |
| Insomnia | 2% | 3% | 2% | <1% |

a.   Frequencies of adverse reactions are based on all adverse events attributed to trial drugs by the investigator. No adverse reactions of Grade 2 or higher occurred in ≥ 1% of subjects treated with BIKTARVY.

Additional adverse reactions (all Grades) occurring in less than 2% of subjects administered BIKTARVY in Trials 1489 and 1490 included vomiting, flatulence, dyspepsia, abdominal pain, rash, and depression.

Suicidal ideation, suicide attempt, and depression suicidal occurred in <1% of subjects administered BIKTARVY; all events were serious and primarily occurred in subjects with a preexisting history of depression, prior suicide attempt or psychiatric illness.

The majority (87%) of adverse events associated with BIKTARVY were Grade 1.

<u>Clinical Trials in Virologically Suppressed Adults</u>

The safety of BIKTARVY in virologically-suppressed adults was based on Week 48 data from 282 subjects in a randomized, double-blind, active-controlled trial (Trial 1844) in which virologically-suppressed subjects were switched from either DTG + ABC/3TC or ABC/DTG/3TC to BIKTARVY; and Week 48 data from 290 subjects in an open-label, active-controlled trial in which virologically-suppressed subjects were switched from a regimen containing atazanavir (ATV) (given with cobicistat or ritonavir) or darunavir (DRV) (given with cobicistat or ritonavir) plus either FTC/TDF or ABC/3TC, to BIKTARVY (Trial 1878). Overall, the safety profile in virologically-suppressed adult subjects in Trials 1844 and 1878 was similar to that in subjects with no antiretroviral treatment history *[see Clinical Studies (14.3)]*.

Clinical Trial in Adults with End Stage Renal Disease (ESRD) Receiving Chronic Hemodialysis

The safety of FTC and TAF (components of BIKTARVY) was evaluated in a single arm, open-label trial (Trial 1825) in virologically-suppressed adults with ESRD (estimated creatinine clearance of less than 15 mL/min) on chronic hemodialysis treated with FTC+TAF in combination with elvitegravir and cobicistat as a fixed-dose combination tablet for 96 weeks (N=55). The most commonly reported adverse reaction (adverse event assessed as causally related by investigator and all grades) was nausea (7%). Serious adverse events were reported in 65% of subjects and the most common most serious adverse events were pneumonia (15%), fluid overload (7%), hyperkalemia (11%) and osteomyelitis (7%). Overall 7% of subjects permanently discontinued treatment due to an adverse event. In an extension phase of Trial 1825 in which 10 subjects switched to BIKTARVY for 48 weeks, the safety findings were similar to those in the initial phase of the open-label trial *[see Use in Specific Populations (8.6), Clinical Studies (14.3)]*.

Laboratory Abnormalities

The frequency of laboratory abnormalities (Grades 3–4) occurring in at least 2% of subjects receiving BIKTARVY in Trials 1489 and 1490 are presented in Table 2.

**Table 2      Laboratory Abnormalities (Grades 3–4) Reported in ≥ 2% of Subjects Receiving BIKTARVY in Trials 1489 or 1490 (Week 48 analysis)**

| Laboratory Parameter Abnormality[a] | Trial 1489 | | Trial 1490 | |
| --- | --- | --- | --- | --- |
| | BIKTARVY N=314 | ABC/DTG/3TC N=315 | BIKTARVY N=320 | DTG + FTC/TAF N=325 |
| Amylase (>2.0 x ULN) | 2% | 2% | 2% | 2% |
| ALT (>5.0 × ULN) | 1% | 1% | 2% | 1% |
| AST  (>5.0 × ULN) | 2% | 1% | 1% | 3% |
| Creatine Kinase (≥10.0 × ULN) | 4% | 3% | 4% | 2% |
| Neutrophils (<750 mm³) | 2% | 3% | 2% | 1% |
| LDL-cholesterol (fasted) (>190 mg/dL) | 2% | 3% | 3% | 3% |

ULN = Upper limit of normal

a.   Frequencies are based on treatment-emergent laboratory abnormalities.

*Changes in Serum Creatinine:* BIC has been shown to increase serum creatinine due to inhibition of tubular secretion of creatinine without affecting renal glomerular function *[see Clinical Pharmacology (12.2)]*. Increases in serum creatinine occurred by Week 4 of treatment and remained stable through Week 48. In Trials 1489 and 1490, median (Q1, Q3) serum creatinine increased by 0.10 (0.03, 0.17) mg per dL from baseline to Week 48 in the BIKTARVY group and was similar to the comparator groups who received ABC/DTG/3TC, or DTG + FTC/TAF.  There were no discontinuations due to renal adverse events and renal serious adverse events were encountered in less than 1% of participants treated with BIKTARVY through Week 48 in clinical trials.

*Changes in Bilirubin:* In Trials 1489 and 1490, total bilirubin increases were observed in 12% of subjects administered BIKTARVY through Week 48.  Increases were primarily Grade 1 (1.0 to 1.5 x ULN) (9%) and Grade 2 (1.5 to 2.5 x ULN) (3%).  Graded bilirubin increases in the ABC/DTG/3TC, and DTG + FTC/TAF groups, were 4% and 6%, respectively. Increases were primarily Grade 1 (3% ABC/DTG/3TC and 5% DTG + FTC/TAF) or Grade 2 (1% ABC/DTG/3TC and 1% DTG + FTC/TAF). There were no discontinuations due to hepatic adverse events through Week 48 in BIKTARVY clinical studies.

<u>Clinical Trials in Pediatric Subjects</u>

The safety of BIKTARVY was evaluated in HIV-1 infected virologically-suppressed subjects between the ages of 12 to less than 18 years and weighing at least 35 kg (N=50) through Week 48 (cohort 1), in virologically-suppressed subjects between the ages of 6 to less than 12 years and weighing at least 25 kg (N=50) through Week 24 (cohort 2), and in virologically suppressed subjects at least 2 years of age and weighing at least 14 to less than 25 kg (N=22) through Week 24 (cohort 3) in an open label clinical trial (Trial 1474) *[see Clinical Studies (14.4)]*. No new adverse reactions or laboratory abnormalities were identified compared to those observed in adults. Adverse reactions were reported in 11% of pediatric subjects. The majority (76%) of adverse reactions were Grade 1. No Grade 3 or 4 adverse reactions were reported. The adverse reaction reported by more than one subject (regardless of severity) was abdominal discomfort (n=2). One subject (1%) had Grade 2 adverse reactions of insomnia and anxiety that led to discontinuation of BIKTARVY. The other adverse reactions that occurred in single subjects were similar to those seen in adults.

## 6.2    Postmarketing Experience

The following events have been identified during post approval use of BIKTARVY or products containing TAF. Because these events are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

*Renal and Urinary Disorders*

Acute renal failure, acute tubular necrosis, proximal renal tubulopathy, and Fanconi syndrome

*Skin and Subcutaneous Tissue Disorders*

Angioedema, Stevens-Johnson syndrome/toxic epidermal necrolysis, and urticaria

## 7    DRUG INTERACTIONS

## 7.1    Other Antiretroviral Medications

Because BIKTARVY is a complete regimen, coadministration with other antiretroviral medications for the treatment of HIV-1 infection is not recommended *[see Indications*

*and Usage (1)]*. Comprehensive information regarding potential drug-drug interactions with other antiretroviral medications is not provided because the safety and efficacy of concomitant HIV-1 antiretroviral therapy is unknown.

## 7.2    Potential for BIKTARVY to Affect Other Drugs

BIC inhibits organic cation transporter 2 (OCT2) and multidrug and toxin extrusion transporter 1 (MATE1) *in vitro*. Coadministration of BIKTARVY with drugs that are substrates of OCT2 and MATE1 (e.g., dofetilide) may increase their plasma concentrations (see Table 3).

## 7.3    Potential Effect of Other Drugs on One or More Components of BIKTARVY

BIC is a substrate of CYP3A and UGT1A1. A drug that is a strong inducer of CYP3A and also an inducer of UGT1A1 can substantially decrease the plasma concentrations of BIC which may lead to loss of therapeutic effect of BIKTARVY and development of resistance *[see Clinical Pharmacology (12.3)]*.

The use of BIKTARVY with a drug that is a strong inhibitor of CYP3A and also an inhibitor of UGT1A1 may significantly increase the plasma concentrations of BIC.

TAF is a substrate of P-glycoprotein (P-gp) and breast cancer resistance protein (BCRP). Co-administration of drugs that inhibit  P-gp and BCRP may increase the absorption and plasma concentrations of TAF *[see Clinical Pharmacology (12.3)]*. Co-administration of drugs that induce P-gp activity are expected to decrease the absorption of TAF, resulting in decreased plasma concentration of TAF, which may lead to loss of therapeutic effect of BIKTARVY and development of resistance (see Table 3).

## 7.4    Drugs Affecting Renal Function

Because FTC and tenofovir are primarily excreted by the kidneys by a combination of glomerular filtration and active tubular secretion, coadministration of BIKTARVY with drugs that reduce renal function or compete for active tubular secretion may increase concentrations of FTC, tenofovir, and other renally eliminated drugs and this may increase the risk of adverse reactions. Some examples of drugs that are eliminated by active tubular secretion include, but are not limited to, acyclovir, cidofovir, ganciclovir, valacyclovir, valganciclovir, aminoglycosides (e.g., gentamicin), and high-dose or multiple NSAIDs *[see Warnings and Precautions (5.4)]*.

## 7.5    Established and Potentially Significant Drug Interactions

Table 3 provides a listing of established or potentially clinically significant drug interactions with recommended prevention or management strategies. The drug interactions described are based on studies conducted with either BIKTARVY, the components of BIKTARVY (BIC, FTC, and TAF) as individual agents, or are drug interactions that may occur with BIKTARVY *[see Contraindications (4), Warnings and Precautions (5.2), and Clinical Pharmacology (12.3)]*.

**Table 3        Established and Potentially Significant[a] Drug Interactions: Alteration in Regimen May be Recommended**

| Concomitant Drug Class: Drug Name | Effect on Concentration[b] | Clinical Comment |
|---|---|---|
| **Antiarrhythmics:** dofetilide | ↑ Dofetilide | Coadministration is contraindicated due to the potential for serious and/or life-threatening events associated with dofetilide therapy *[see Contraindications (4)]*. |
| **Anticonvulsants:** carbamazepine[c] oxcarbazepine phenobarbital phenytoin | ↓ BIC ↓ TAF | Coadministration with alternative anticonvulsants should be considered. |
| **Antimycobacterials:** rifabutin[c] rifampin[c,d] rifapentine | ↓ BIC ↓ TAF | Coadministration with rifampin is contraindicated due to the effect of rifampin on the BIC component of BIKTARVY *[see Contraindications (4)]*. Coadministration with rifabutin or rifapentine is not recommended. |
| **Herbal Products:** St. John's wort[e] | ↓ BIC ↓ TAF | Coadministration with St. John's wort is not recommended. |
| **Medications or oral supplements containing polyvalent cations (e.g., Mg, Al, Ca, Fe):** Calcium or iron supplements[c] Cation-containing antacids or laxatives[c] Sucralfate Buffered medications | ↓ BIC | <u>Antacids containing Al/Mg:</u> BIKTARVY can be taken at least  2 hours before or 6 hours after taking antacids containing Al/Mg. Routine administration of BIKTARVY together with, or 2 hours after, antacids containing Al/Mg is not recommended. <u>Supplements or Antacids containing Calcium or Iron:</u> BIKTARVY and supplements or antacids containing calcium or iron can be taken together with food. Routine administration of BIKTARVY under fasting conditions together  with, or 2 hours after, supplements or antacids containing calcium or iron is not recommended. |
| **Metformin** | ↑ Metformin | Refer to the prescribing information of metformin for assessing the benefit and risk of concomitant use of BIKTARVY and metformin. |

a.   Table is not all inclusive.
b.   ↑ = Increase, ↓ = Decrease.
c.   Drug-drug interaction study was conducted with either BIKTARVY or its components as individual agents.
d.   Strong inducer of CYP3Aand P-gp, and inducer of UGT1A1.
e.   The induction potency of St. John's wort may vary widely based on preparation.

## 7.6    Drugs without Clinically Significant Interactions with BIKTARVY

Based on drug interaction studies conducted with BIKTARVY or the components of BIKTARVY, no clinically significant drug interactions have been observed when BIKTARVY is combined with the following drugs: ethinyl estradiol, ledipasvir/sofosbuvir,

midazolam, norgestimate, sertraline, sofosbuvir, sofosbuvir/velpatasvir, and sofosbuvir/velpatasvir/voxilaprevir.

# 8    USE IN SPECIFIC POPULATIONS

## 8.1    Pregnancy

Pregnancy Exposure Registry

There is a pregnancy exposure registry that monitors pregnancy outcomes in women exposed to BIKTARVY during pregnancy. Healthcare providers are encouraged to register patients by calling the Antiretroviral Pregnancy Registry (APR) at 1-800-258-4263.

Risk Summary

There are insufficient human data on the use of BIKTARVY during pregnancy to inform a drug-associated risk of birth defects and miscarriage. Dolutegravir, another integrase inhibitor, has been associated with neural tube defects (NTDs) *(see Data)*. Discuss the benefit-risk of using BIKTARVY with individuals of childbearing potential, particularly if pregnancy is being planned. BIKTARVY use during pregnancy has been evaluated in a limited number of women reported to the APR; consequently, there are insufficient BIC data from the APR to adequately assess the risk of major birth defects. Reports of pregnant individuals treated with other drug products containing TAF or FTC contribute to APR's overall risk assessment for these components. Available data from the APR show no statistically significant difference in the overall risk of major birth defects for FTC or TAF compared with the background rate for major birth defects of 2.7% in a U.S. reference population of the Metropolitan Atlanta Congenital Defects Program (MACDP) *(see Data)*. The rate of miscarriage is not reported in the APR. The estimated background rate of miscarriage in the clinically recognized pregnancies in the U.S. general population is 15-20%.

In animal reproduction studies, no evidence of adverse developmental outcomes was observed with the components of BIKTARVY at exposures that were either not maternally toxic (rabbits) or greater than (rats and mice) those in humans at the recommended human dose (RHD) *(see Data)*. During organogenesis, systemic exposures (AUC) to BIC were approximately 36 (rats) and 0.6 times (rabbits), to FTC were approximately 60 (mice) and 108 times (rabbits), and to TAF were approximately 2 (rats) and 78 times (rabbits) the exposure at the RHD of BIKTARVY. In rat pre/postnatal development studies, maternal systemic exposures (AUC) were 30 times (BIC), 60 times (FTC), and 19 times (TDF) the exposures of each component in humans at the RHD.

Data

*Human Data*

Prospective reports from the APR of overall major birth defects in pregnancies exposed to the components of BIKTARVY are compared with a U.S. background major birth defect rate. Methodological limitations of the APR include the use of MACDP as the external comparator group. The MACDP population is not disease-specific, evaluates women and infants from a limited geographic area, and does not include outcomes for births that occurred at less than 20 weeks gestation.

*Bictegravir (BIC):*

Data from an observational study in Botswana showed that dolutegravir, another integrase inhibitor, was associated with increased risk of neural tube defects when administered at the time of conception and in early pregnancy. Data available to date from other sources including the APR, clinical trials, and postmarketing data are insufficient to address this risk with BIC.

There are an insufficient number of reports to the APR to adequately assess the risk of major birth defects associated with BIC exposure. The APR has received prospective reports of 3 birth defects among 100 (3.0%) first trimester exposures to BIC-containing regimens during pregnancy resulting in live births. No birth defects were reported among 40 exposures during the second/third trimester.

*Emtricitabine (FTC):*

Based on prospective reports to the APR of over 5,400 exposures to FTC-containing regimens during pregnancy resulting in live births (including over 3,900 exposed in the first trimester and over 1,500 exposed in the second/third trimester), the prevalence of birth defects in live births was 2.6% (95% CI: 2.2% to 3.2%) and 2.7% (95% CI: 1.9% to 3.7%) following first and second/third trimester exposure, respectively, to FTC-containing regimens.

*Tenofovir Alafenamide (TAF):*

Based on prospective reports to the APR of over 660 exposures to TAF-containing regimens during pregnancy resulting in live births (including over 520 exposed in the first trimester and over 130 exposed in the second/third trimester), the prevalence of birth defects in live births was 4.2% (95% CI: 2.6% to 6.3%) and 3.0% (95% CI: 0.8% to 7.5%) following first and second/third trimester exposure, respectively, to TAF-containing regimens.

*Animal Data*

*Bictegravir:* BIC was administered orally to pregnant rats (5, 30, or 300 mg/kg/day) and rabbits (100, 300, or 1000 mg/kg/day) on gestation days 7 through 17, and 7 through 19, respectively. No adverse embryo-fetal effects were observed in rats and rabbits at BIC exposures (AUC) of up to approximately 36 (rats) and 0.6 (rabbits) times the exposure in humans at the RHD of BIKTARVY. Spontaneous abortion,

increased clinical signs [fecal changes, thin body, and cold-to-touch], and decreased body weight were observed at a maternally toxic dose in rabbits (1000 mg/kg/day; approximately 1.4 times higher than human exposure at the RHD).

In a pre/postnatal development study, BIC was administered orally to pregnant rats (up to 300 mg/kg/day) from gestation days 6 to lactation/post-partum day 24. No significant adverse effects were observed in the offspring exposed daily from before birth (*in utero*) through lactation at maternal and pup exposures (AUC) of approximately 30 and 11 times higher, respectively, than human exposures at the RHD.

*Emtricitabine:* FTC was administered orally to pregnant mice (250, 500, or 1000 mg/kg/day) and rabbits (100, 300, or 1000 mg/kg/day) through organogenesis (on gestation days 6 through 15, and 7 through 19, respectively). No significant toxicological effects were observed in embryo-fetal toxicity studies performed with emtricitabine in mice at exposures approximately 60 times higher and in rabbits at approximately 108 times higher than human exposures at the RHD.

In a pre/postnatal development study with FTC, mice were administered doses up to 1000 mg/kg/day; no significant adverse effects directly related to drug were observed in the offspring exposed daily from before birth (*in utero*) through sexual maturity at daily exposures (AUC) of approximately 60 times higher than human exposures at the RHD.

*Tenofovir alafenamide:* TAF was administered orally to pregnant rats (25, 100, or 250 mg/kg/day) and rabbits (10, 30, or 100 mg/kg/day) through organogenesis (on gestation days 6 through 17, and 7 through 20, respectively). No adverse embryo-fetal effects were observed in rats and rabbits at TAF exposures of approximately 2 (rats) and 78 (rabbits) times higher than the exposure in humans at the recommended daily dose of BIKTARVY. TAF is rapidly converted to tenofovir; the observed tenofovir exposure in rats and rabbits were 55 (rats) and 86 (rabbits) times higher than human tenofovir exposures at the RHD. Since TAF is rapidly converted to tenofovir and lower tenofovir exposures in rats and mice were observed after TAF administration compared to TDF administration, a pre/postnatal development study in rats was conducted only with TDF. Doses up to 600 mg/kg/day were administered through lactation; no adverse effects were observed in the offspring on gestation day 7 [and lactation day 20] at tenofovir exposures of approximately 12 [19] times higher than the exposures in humans at the RHD of BIKTARVY.

## 8.2   Lactation

Risk Summary

The Centers for Disease Control and Prevention recommend that HIV-1-infected mothers in the United States not breastfeed their infants to avoid risking postnatal transmission of HIV-1 infection.

It is not known whether BIKTARVY or all of the components of BIKTARVY are present in human breast milk, affects human milk production, or has effects on the breastfed infant.  Based on published data, FTC has been shown to be present in human breast milk. BIC was detected in the plasma of nursing rat pups likely due to the presence of BIC in milk, and tenofovir has been shown to be present in the milk of lactating rats and rhesus monkeys after administration of TDF *(see Data)*. It is unknown if TAF is present in animal milk.

Because of the potential for 1) HIV transmission (in HIV-negative infants); 2) developing viral resistance (in HIV-positive infants); and 3) adverse reactions in a breastfed infant similar to those seen in adults, instruct mothers not to breastfeed if they are receiving BIKTARVY.

Data

*Animal Data*

> *Bictegravir:* BIC was detected in the plasma of nursing rat pups in the pre/postnatal development study (post-natal day 10), likely due to the presence of BIC in milk.

> *Tenofovir alafenamide:* Studies in rats and monkeys have demonstrated that tenofovir is secreted in milk. Tenofovir was excreted into the milk of lactating rats following oral administration of TDF (up to 600 mg/kg/day) at up to approximately 24% of the median plasma concentration in the highest dosed animals at lactation day 11. Tenofovir was excreted into the milk of lactating monkeys following a single subcutaneous (30 mg/kg) dose of tenofovir at concentrations up to approximately 4% of plasma concentration, resulting in exposure (AUC) of approximately 20% of plasma exposure.

## 8.4    Pediatric Use

The safety and effectiveness of BIKTARVY have been established as a complete regimen for the treatment of human immunodeficiency virus type 1 (HIV-1) infection in pediatric patients weighing at least 14 kg who have no antiretroviral treatment history or to replace the current antiretroviral regimen in those who are virologically-suppressed (HIV-1 RNA less than 50 copies per mL) on a stable antiretroviral regimen with no history of treatment failure and no known substitutions associated with resistance to the individual components of BIKTARVY *[see Indications and Usage (1) and Dosage and Administration (2.2, 2.3)]*.

Use of BIKTARVY in pediatric patients weighing at least 14 kg is supported by the following:

- trials in adults *[see Clinical Studies (14.1)]*
- an open-label trial in three age-based cohorts of virologically-suppressed pediatric subjects *[see Clinical Studies (14.4)]*
  - Cohort 1: 12 to less than 18 years of age and weighing at least 35 kg

receiving BIKTARVY through Week 48 (N=50),
- ○ Cohort 2: 6 to less than 12 years of age and weighing at least 25 kg receiving BIKTARVY through Week 24 (N=50), and
- ○ Cohort 3: at least 2 years of age and weighing at least 14 to less than 25 kg through Week 24 (N=22). No pediatric subjects 2 years of age were enrolled; of the 6 pediatric subjects who were 3 years of age at enrollment, 3 subjects weighed between 14 to less than 15 kg.

The safety and efficacy of BIKTARVY in these pediatric subjects were similar to that in adults, and there was no clinically significant change in exposure for the components of BIKTARVY *[see Adverse Reactions (6.1), Clinical Pharmacology (12.3), and Clinical Studies (14.4)]*.

Safety and effectiveness of BIKTARVY in pediatric patients weighing less than 14 kg have not been established.

## 8.5   Geriatric Use

Clinical trials in virologically-suppressed subjects (Trials 4449, 1844, and 1878) included 111 subjects aged 65 years and over who received BIKTARVY, including 86 patients from an open-label, single-arm trial of subjects aged 65 years and over who were switched from their previous antiretroviral regimen to BIKTARVY *[see Clinical Studies (14.3)]*. Of the total number of BIKTARVY-treated patients in these trials, 100 (90%) were 65 to 74 years of age, and 11 (10%) were 75 to 84 years of age. No overall differences in safety or effectiveness were observed between elderly subjects and adults between 18 and less than 65 years of age, and other reported clinical experience has not identified differences in responses between the elderly and younger patients, but greater sensitivity of some older individuals cannot be ruled out.

## 8.6   Renal Impairment

The pharmacokinetics, safety, virologic and immunologic responses of FTC and TAF (components of BIKTARVY) were evaluated in a single arm, open-label trial (Trial 1825) in virologically-suppressed adults with ESRD (estimated creatinine clearance of less than 15 mL/min) on chronic hemodialysis treated with FTC+TAF in combination with elvitegravir and cobicistat as a fixed-dose combination tablet for 96 weeks (N=55). In an extension phase of Trial 1825, 10 virologically-suppressed subjects switched to BIKTARVY and all remained virologically suppressed for 48 weeks *[see Adverse Reactions (6.1), Clinical Pharmacology (12.3), Clinical Studies (14.3)]*.

No dosage adjustment of BIKTARVY is recommended in patients with estimated creatinine clearance greater than or equal to 30 mL/min, or in virologically-suppressed adults (estimated creatinine clearance below 15 mL/min) who are receiving chronic hemodialysis. On days of hemodialysis, administer the daily dose of BIKTARVY after completion of hemodialysis treatment *[see Dosage and Administration (2.2)]*

BIKTARVY is not recommended in patients with estimated creatinine clearance of below 30 mL/min, by Cockcroft-Gault, or patients with ESRD (estimated creatinine

clearance below 15 mL/min) who are not receiving chronic dialysis, or patients with no antiretroviral treatment history and ESRD who are receiving chronic dialysis, as the safety and/or efficacy of BIKTARVY has not been established in these populations *[see Dosage and Administration (2.4), Warnings and Precautions (5.4) and Clinical Pharmacology (12.3)]*.

## 8.7   Hepatic Impairment

No dosage adjustment of BIKTARVY is recommended in patients with mild (Child-Pugh Class A) or moderate (Child-Pugh Class B) hepatic impairment. BIKTARVY has not been studied in patients with severe hepatic impairment (Child-Pugh Class C). Therefore, BIKTARVY is not recommended for use in patients with severe hepatic impairment *[see Dosage and Administration (2.4) and Clinical Pharmacology (12.3)]*.

## 10   OVERDOSAGE

No data are available on overdose of BIKTARVY in patients. If overdose occurs, monitor the patient for evidence of toxicity. Treatment of overdose with BIKTARVY consists of general supportive measures including monitoring of vital signs as well as observation of the clinical status of the patient.

Hemodialysis treatment removes approximately 30% of the FTC dose over a 3-hour dialysis period starting within 1.5 hours of FTC dosing (blood flow rate of 400 mL/min and a dialysate flow rate of 600 mL/min). It is not known whether FTC can be removed by peritoneal dialysis.

Tenofovir is efficiently removed by hemodialysis with an extraction coefficient of approximately 54%.

## 11   DESCRIPTION

BIKTARVY (bictegravir, emtricitabine, and tenofovir alafenamide) is a fixed dose combination tablet containing bictegravir (BIC), emtricitabine (FTC), and tenofovir alafenamide (TAF) for oral administration.

- BIC is an integrase strand transfer inhibitor (INSTI).
- FTC, a synthetic nucleoside analog of cytidine, is an HIV nucleoside analog reverse transcriptase inhibitor (HIV NRTI).
- TAF, an HIV NRTI, is converted *in vivo* to tenofovir, an acyclic nucleoside phosphonate (nucleotide) analog of adenosine 5′-monophosphate.

BIKTARVY tablets are available in two dose strengths:

- 50 mg/200 mg/25 mg tablet containing 50 mg of BIC (equivalent to 52.5 mg of bictegravir sodium), 200 mg of FTC, and 25 mg of TAF (equivalent to 28 mg of tenofovir alafenamide fumarate).

- 30 mg/120 mg/15 mg tablet containing 30 mg of BIC (equivalent to 31.5 mg of bictegravir sodium), 120 mg of FTC, and 15 mg of TAF (equivalent to 16.8 mg of tenofovir alafenamide fumarate).

Both dose strengths of BIKTARVY tablets include the following inactive ingredients: croscarmellose sodium, magnesium stearate, and microcrystalline cellulose. The tablets for both dose strengths are film-coated with a coating material containing iron oxide black, iron oxide red, polyethylene glycol, polyvinyl alcohol, talc, and titanium dioxide.

*Bictegravir:* The chemical name of bictegravir sodium is 2,5-Methanopyrido[1',2':4,5]pyrazino[2,1-*b*][1,3]oxazepine-10-carboxamide, 2,3,4,5,7,9,13,13a-octahydro-8-hydroxy-7,9-dioxo-*N*-[(2,4,6-trifluorophenyl)methyl]-, sodium salt (1:1), (2*R*,5*S*,13a*R*)-.

Bictegravir sodium has a molecular formula of $C_{21}H_{17}F_3N_3NaO_5$ and a molecular weight of 471.4 and has the following structural formula:



Bictegravir sodium is an off-white to yellow solid with a solubility of 0.1 mg per mL in water at 20 °C.

*Emtricitabine:* The chemical name of FTC is 4-amino-5-fluoro-1-(2*R*-hydroxymethyl-1,3-oxathiolan-5*S*-yl)-(1H)-pyrimidin-2-one. FTC is the (-)enantiomer of a thio analog of cytidine, which differs from other cytidine analogs in that it has a fluorine in the 5 position.

FTC has a molecular formula of $C_8H_{10}FN_3O_3S$ and a molecular weight of 247.2 and has the following structural formula:



FTC is a white to off-white powder with a solubility of approximately 112 mg per mL in water at 25 °C.

*Tenofovir alafenamide:* The chemical name of tenofovir alafenamide fumarate drug substance is L-alanine, *N*-[(*S*)-[[(1*R*)-2-(6-amino-9*H*-purin-9-yl)-1-methylethoxy]methyl]phenoxyphosphinyl]-, 1-methylethyl ester, (2*E*)-2-butenedioate (2:1).

Tenofovir alafenamide fumarate has an empirical formula of $C_{21}H_{29}O_5N_6P \cdot \frac{1}{2}(C_4H_4O_4)$ and a formula weight of 534.5 and has the following structural formula:



Tenofovir alafenamide fumarate is a white to off-white or tan powder with a solubility of 4.7 mg per mL in water at 20 °C.

# 12   CLINICAL PHARMACOLOGY

## 12.1   Mechanism of Action

BIKTARVY is a fixed dose combination of antiretroviral drugs bictegravir (BIC), emtricitabine (FTC), and tenofovir alafenamide (TAF) *[see Microbiology (12.4)]*.

## 12.2   Pharmacodynamics

Cardiac Electrophysiology

In a thorough QT/QTc trial in 48 healthy subjects, BIC at doses 1.5 and 6 times the recommended dose did not affect the QT/QTc interval and did not prolong the PR interval. In a thorough QT/QTc trial in 48 healthy subjects, TAF at the recommended dose or at a dose 5 times the recommended dose, did not affect the QT/QTc interval and did not prolong the PR interval. The effect of FTC on the QT interval is not known.

Effects on Serum Creatinine

Mean change from baseline in serum creatinine in healthy subjects who received BIC 75 mg (1.5 times the approved recommended dosage) once daily with food for 14 days was 0.1 mg per dL on Days 7 and 14 compared to placebo. BIC did not have a significant effect on the estimated creatinine clearance or on the actual glomerular filtration rate (determined by the clearance of probe drug, iohexol).

## 12.3   Pharmacokinetics

The pharmacokinetic (PK) properties of BIKTARVY components are provided in Table 4. The multiple dose PK parameters of BIKTARVY components (based on population pharmacokinetic analysis) are provided in Table 5.

**Table 4        Pharmacokinetic Properties of the Components of BIKTARVY**

| | | Bictegravir (BIC) | Emtricitabine (FTC) | Tenofovir Alafenamide (TAF) |
|---|---|---|---|---|
| **Absorption** | | | | |
| $T_{max}$ (h)[a] | | 2.0–4.0 | 1.5–2.0 | 0.5–2.0 |
| Effect of high-fat meal (relative to fasting)[b] | AUC ratio | 1.24 (1.16, 1.33) | 0.96 (0.93, 0.99) | 1.63 (1.43, 1.85) |
| | $C_{max}$ ratio | 1.13 (1.06, 1.20) | 0.86 (0.78, 0.93) | 0.92 (0.73, 1.14) |
| **Distribution** | | | | |
| % bound to human plasma proteins | | >99 | <4 | ~80 |
| Blood-to-plasma ratio | | 0.64 | 0.6 | 1.0 |
| **Elimination** | | | | |
| $t_{1/2}$ (h)[c] | | 17.3 (14.8, 20.7) | 10.4 (9.0, 12.0) | 0.51 (0.45, 0.62)[c] |
| **Metabolism** | | | | |
| Metabolic pathway(s) | | CYP3A UGT1A1 | Not significantly metabolized | Cathepsin A[d] (PBMCs) CES1 (hepatocytes) |
| **Excretion** | | | | |
| Major route of elimination | | Metabolism | Glomerular filtration and active tubular secretion | Metabolism |
| % of dose excreted in urine[e] | | 35 | 70 | <1 |
| % of dose excreted in feces[e] | | 60.3 | 13.7 | 31.7 |

PBMCs=peripheral blood mononuclear cells; CES1=carboxylesterase 1

a.  Values reflect administration of BIKTARVY with or without food.

b.  Values refer to geometric mean ratio [high-fat meal/ fasting] in PK parameters and (90% confidence interval). High fat meal is approximately 800  kcal, 50% fat.

c.  $t_{1/2}$ values refer to median (Q1, Q3) terminal plasma half-life. Note that the active metabolite of TAF, tenofovir diphosphate, has a half-life of 150-180 hours within PBMCs.

d.  *In vivo*, TAF is hydrolyzed within cells to form tenofovir (major metabolite), which is phosphorylated to the active metabolite, tenofovir diphosphate. *In vitro* studies have shown that TAF is metabolized to tenofovir by cathepsin A in PBMCs and macrophages; and by CES1 in hepatocytes.

e.  Dosing in mass balance studies: single dose administration of [14C] BIC; single dose administration of [14C] FTC after multiple dosing of FTC for ten days; single dose administration of [14C] TAF.

**Table 5      Multiple Dose PK Parameters of BIC, FTC, and TAF Following Oral Administration of BIKTARVY in HIV-Infected Adults**

| Parameter Mean (CV%) | Bictegravir | Emtricitabine | Tenofovir Alafenamide |
|---|---|---|---|
| $C_{max}$ (microgram per mL) | 6.15 (22.9) | 2.13 (34.7) | 0.121 (15.4) |
| $AUC_{tau}$ (microgram•h per mL) | 102 (26.9) | 12.3 (29.2) | 0.142 (17.3) |
| $C_{trough}$ (microgram per mL) | 2.61 (35.2) | 0.096 (37.4) | NA |

CV=Coefficient of Variation; NA=Not Applicable

<u>Specific Populations</u>

*Patients with Renal Impairment*

No clinically relevant differences in the pharmacokinetics of BIC, TAF, or its metabolite tenofovir were observed between subjects with severe renal impairment (estimated creatinine clearance of 15 to less than 30 mL/min, by Cockcroft-Gault method) and healthy subjects in Phase 1 studies. In a separate Phase 1 study of FTC alone, FTC exposures were increased in subjects with severe renal impairment.

The pharmacokinetics of BIC, FTC and TAF were evaluated in a subset of HIV-1 infected virologically-suppressed subjects with ESRD (estimated creatinine clearance less than 15 mL/min, by Cockcroft-Gault method) receiving chronic hemodialysis in Trial 1825. The pharmacokinetics of TAF were similar between healthy subjects and subjects with ESRD receiving chronic hemodialysis; increases in FTC and tenofovir exposures in subjects with ESRD were not considered clinically relevant. Median (minimum, maximum) BIC $C_{trough}$ values in subjects (n=7) with ESRD who received BIKTARVY were 846 ng/mL (288, 1810) compared to 2540 ng/mL (757, 6499) in subjects (N=584) with normal renal function. Despite significantly lower BIC $C_{trough}$ values in the virologically-suppressed ESRD population, virologic suppression was maintained *[see Use in Specific Populations (8.6), Clinical Studies (14.3)]*.

*Patients with Hepatic Impairment*

*Bictegravir:* Clinically relevant changes in the pharmacokinetics of BIC were not observed in subjects with moderate (Child-Pugh Class B) hepatic impairment.

*Emtricitabine:* The pharmacokinetics of FTC has not been studied in subjects with hepatic impairment; however, FTC is not significantly metabolized by liver enzymes, so the impact of hepatic impairment should be limited.

*Tenofovir Alafenamide:* Clinically relevant changes in the pharmacokinetics of TAF or its metabolite tenofovir were not observed in subjects with mild or moderate (Child-Pugh Class A and B) hepatic impairment *[see Use in Specific Populations (8.7)]*.

*Hepatitis B and/or Hepatitis C Virus Coinfection*

The pharmacokinetics of BIC, FTC, and TAF have not been evaluated in subjects coinfected with hepatitis B and/or C virus.

*Geriatric Patients*

The pharmacokinetics of BIC, FTC, and TAF have not been fully evaluated in the elderly (65 years of age and older). Population pharmacokinetics analysis of HIV-infected subjects in Phase 3 trials of BIKTARVY showed that age did not have a clinically relevant effect on exposures of BIC and TAF up to 74 years of age *[see Use in Specific Populations (8.5)]*.

*Pediatric Patients*

Mean BIC $C_{trough}$ was lower in 50 pediatric patients aged 12 to less than 18 years and weighing at least 35 kg who received BIKTARVY in Trial 1474 relative to adults following administration of BIKTARVY, but was not considered clinically significant based on exposure-response relationships; exposures of FTC and TAF in these pediatric patients were similar to those in adults (Table 6).

**Table 6      Multiple Dose PK Parameters of BIC, FTC, and TAF Following Oral Administration of BIKTARVY in HIV-Infected Pediatric Subjects Aged 12 to less than 18 years**

| Parameter Mean (CV%) | Bictegravir[a] | Emtricitabine[b] | Tenofovir Alafenamide[a] |
|---|---|---|---|
| $C_{max}$ (microgram per mL) | 6.24 (27.1) | 2.69 (34.0) | 0.133 (70.2) |
| $AUC_{tau}$ (microgram•h per mL) | 89.1 (31.0) | 13.6 (21.7) | 0.196 (50.3) |
| $C_{trough}$ (microgram per mL) | 1.78 (44.4) | 0.064 (25.0) | NA |

CV=Coefficient of Variation; NA=Not Applicable

a.   From Population PK analysis of cohort 1 of Trial 1474 (n=50 for BIC; n=49 for TAF).

b.   From Intensive PK analysis of cohort 1 of Trial 1474 (n=24).

Mean BIC $C_{max}$, and exposures of FTC and TAF ($AUC_{tau}$ and $C_{max}$) achieved in 50 pediatric patients between the ages of 6 to less than 12 years and weighing at least 25 kg, and in 22 pediatric patients at least 2 years of age and weighing at least 14 to less than 25 kg who received BIKTARVY in Trial 1474 were higher than exposures

in adults; however, the increases were not considered clinically significant as the safety profiles were similar in adult and pediatric patients (Tables 7 and 8) *[see Use in Specific Populations (8.4)]*.

**Table 7       Multiple Dose PK Parameters of BIC, FTC, and TAF Following Oral Administration of BIKTARVY in HIV-Infected Pediatric Subjects Aged 6 to less than 12 years**

| Parameter Mean (CV%) | Bictegravir[a] | Emtricitabine[b] | Tenofovir Alafenamide[a] |
|---|---|---|---|
| $C_{max}$ (microgram per mL) | 9.46 (24.3) | 3.89 (31.0) | 0.205 (44.6) |
| $AUC_{tau}$ (microgram•h per mL) | 128 (27.8) | 17.6 (36.9) | 0.278 (40.3) |
| $C_{trough}$ (microgram per mL) | 2.36 (39.0) | 0.227 (323) | NA |

CV=Coefficient of Variation; NA=Not Applicable

a.   From Population PK analysis of cohort 2 of Trial 1474 (n=50 for BIC; n=47 for TAF).

b.   From Intensive PK analysis of cohort 2 of Trial 1474 (n=25 except n=24 for $C_{trough}$).

**Table 8       Multiple Dose PK Parameters of BIC, FTC, and TAF Following Oral Administration of BIKTARVY in HIV-Infected Pediatric Subjects at Least 2 Years of Age[a] and Weighing at Least 14 to Less than 25 kg**

| Parameter Mean (CV%) | Bictegravir[b] | Emtricitabine[c] | Tenofovir Alafenamide[c] |
|---|---|---|---|
| $C_{max}$ (microgram per mL) | 9.15 (44.8) | 3.85 (34.7) | 0.414 (31.0) |
| $AUC_{tau}$ (microgram•h per mL) | 126 (42.4) | 15.0 (21.9) | 0.305 (42.6) |
| $C_{trough}$ (microgram per mL) | 2.43 (40.1) | 0.210 (243) | NA |

CV=Coefficient of Variation; NA=Not Applicable

a.   Cohort 3 of Trial 1474 enrolled pediatric subjects from 3 to 9 years of age.

b.   From Population PK analysis of cohort 3 of Trial 1474 (n=22).

c.   From Intensive PK analysis of cohort 3 of Trial 1474 (n=12 except n=11 for $C_{trough}$ for FTC).

*Race and Gender*

No clinically relevant changes in the pharmacokinetics of BIC, FTC, and TAF were observed based on gender or race.

<u>Drug Interaction Studies</u>

As BIKTARVY is a complete regimen for the treatment of HIV-1 infection, comprehensive information regarding potential drug-drug interactions with other antiretroviral agents is not provided.

BIC is a substrate of CYP3A and UGT1A1.

BIC is an inhibitor of OCT2 and MATE1. At clinically relevant concentrations, BIC is not an inhibitor of hepatic transporters OATP1B1, OATP1B3, OCT1, BSEP, renal transporters OAT1 and OAT3, or CYP (including CYP3A) or UGT1A1 enzymes.

TAF is a substrate of P-gp and BCRP.

At clinically relevant concentrations, TAF is not an inhibitor of drug transporters P-gp, BCRP, hepatic transporters OATP1B1, OATP1B3, OCT1, BSEP, renal transporters OAT1, OAT3, OCT2, MATE1, or CYP (including CYP3A) or UGT1A1 enzymes.

Drug interaction studies were conducted with BIKTARVY or its components. Tables 9 and 10 summarize the pharmacokinetic effects of other drugs on BIC and TAF, respectively. Table 11 summarizes the pharmacokinetic effects of BIKTARVY or its components on other drugs.

*Effect of Other Drugs on BIKTARVY Components*

**Table 9        Effect of Other Drugs on BIC[a]**

| Coadministered Drug | Dose of Coadministered Drug (mg) | BIC (mg) | Mean Ratio of BIC Pharmacokinetic Parameters (90% CI); No effect = 1.00 | | |
|---|---|---|---|---|---|
| | | | $C_{max}$ | AUC | $C_{min}$ |
| Ledipasvir/ Sofosbuvir (fed) | 90/400 once daily | 75 once daily | 0.98 (0.94, 1.03) | 1.00 (0.97, 1.03) | 1.04 (0.99, 1.09) |
| Rifabutin (fasted) | 300 once daily | 75 once daily | 0.80 (0.67, 0.97) | 0.62 (0.53, 0.72) | 0.44 (0.37, 0.52) |
| Rifampin (fed) | 600 once daily | 75 single dose | 0.72 (0.67, 0.78) | 0.25 (0.22, 0.27) | NA |
| Sofosbuvir/ velpatasvir/ voxilaprevir (fed) | 400/100/100+100 voxilaprevir[b] once daily | 50 once daily | 0.98 (0.94, 1.01) | 1.07 (1.03, 1.10) | 1.10 (1.05, 1.17) |
| Voriconazole (fasted) | 300 twice daily | 75 single dose | 1.09 (0.96, 1.23) | 1.61 (1.41, 1.84) | NA |

| Coadministered Drug | Dose of Coadministered Drug (mg) | BIC (mg) | Mean Ratio of BIC Pharmacokinetic Parameters (90% CI); No effect = 1.00 | | |
|---|---|---|---|---|---|
| | | | $C_{max}$ | AUC | $C_{min}$ |
| Maximum strength antacid (simultaneous administration, fasted) | 20 mL[c] single dose (oral) | 50 single dose | 0.20 (0.16, 0.24) | 0.21 (0.18, 0.26) | NA |
| Maximum strength antacid (2 h after BIKTARVY fasted) | 20 mL[c] single dose (oral) | 50 single dose | 0.93 (0.88, 1.00) | 0.87 (0.81, 0.93) | NA |
| Maximum strength antacid (2 h before BIKTARVY fasted) | 20 mL[c] single dose (oral) | 50 single dose | 0.42 (0.33, 0.52) | 0.48 (0.38, 0.59) | NA |
| Maximum strength antacid (simultaneous administration, fed[d]) | 20 mL[c] single dose (oral) | 50 single dose | 0.51 (0.43, 0.62) | 0.53 (0.44, 0.64) | NA |
| Calcium carbonate (simultaneous administration, fasted) | 1200 single dose | 50 single dose | 0.58 (0.51, 0.67) | 0.67 (0.57, 0.78) | NA |
| Calcium carbonate (simultaneous administration, fed[d]) | 1200 single dose | 50 single dose | 0.90 (0.78, 1.03) | 1.03 (0.89, 1.20) | NA |
| Ferrous fumarate (simultaneous administration, fasted) | 324 single dose | 50 single dose | 0.29 (0.26, 0.33) | 0.37 (0.33, 0.42) | NA |
| Ferrous fumarate (simultaneous administration, fed[d]) | 324 single dose | 50 single dose | 0.75 (0.65, 0.87) | 0.84 (0.74, 0.95) | NA |

NA= Not Applicable

a.   All interaction studies conducted in healthy volunteers.

b.   Study conducted with additional voxilaprevir 100 mg to achieve voxilaprevir exposures expected in HCV-infected

patients.

c.   Maximum strength antacid contained 80 mg aluminum hydroxide, 80 mg magnesium hydroxide, and 8 mg simethicone, per mL.

d.   Reference treatment administered under fasted conditions.

## Table 10      Effect of Other Drugs on TAF[a]

| Coadministered Drug | Dose of Coadministered Drug (mg) | Tenofovir Alafenamide (mg) | Mean Ratio of Tenofovir Alafenamide Pharmacokinetic Parameters (90% CI); No effect = 1.00 | | |
|---|---|---|---|---|---|
| | | | $C_{max}$ | AUC | $C_{min}$ |
| Carbamazepine | 300 twice daily | 25 single dose[b] | 0.43 (0.36, 0.51) | 0.46 (0.40, 0.54) | NA |
| Ledipasvir/sofosbuvir | 90/400 once daily | 25 once daily | 1.17 (1.00, 1.38) | 1.27 (1.19, 1.34) | NA |
| Sofosbuvir/ velpatasvir/ voxilaprevir | 400/100/100 +100 voxilaprevir[c] once daily | 25 once daily | 1.28 (1.09, 1.51) | 1.57 (1.44, 1.71) | NA |

NA= Not Applicable

a.   All interaction studies conducted in healthy volunteers.

b.   Study conducted with emtricitabine/tenofovir alafenamide.

c.   Study conducted with additional voxilaprevir 100 mg to achieve voxilaprevir exposures expected in HCV-infected patients.

*Effect of BIKTARVY Components on Other Drugs*

## Table 11      Effect of Components of BIKTARVY on Other Drugs[a]

| Coadministered Drug | Dose of Coadministered Drug (mg) | BIC (mg) | TAF (mg) | Mean Ratio of Coadministered Drug Pharmacokinetic Parameters (90% CI); No effect = 1.00 | | |
|---|---|---|---|---|---|---|
| | | | | $C_{max}$ | AUC | $C_{min}$ |
| Ledipasvir | 90/400 once daily | 75 once daily | 25 once daily | 0.85 (0.81, 0.90) | 0.87 (0.83, 0.92) | 0.90 (0.84, 0.96) |
| Sofosbuvir | | | | 1.11 (1.00, 1.24) | 1.07 (1.01, 1.13) | NA |
| GS-331007[b] | | | | 1.10 (1.07, 1.13) | 1.11 (1.08, 1.14) | 1.02 (0.99, 1.06) |
| Metformin | 500 twice daily | 50 once daily | 25 once daily | 1.28 (1.21, 1.36) | 1.39 (1.31, 1.48) | 1.36 (1.21, 1.53) |
| Midazolam | 2 single dose | 50 once daily | 25 once daily | 1.03 (0.87, 1.23) | 1.15 (1.00, 1.31) | NA |
| Norelgestromin | norgestimate 0.180/0.215/0.250 once daily / ethinyl estradiol 0.025 once daily | 75 once daily | - | 1.23 (1.14, 1.32) | 1.08 (1.05, 1.10) | 1.10 (1.05, 1.15) |
| Norgestrel | | | | 1.15 (1.10, 1.21) | 1.13 (1.07, 1.19) | 1.14 (1.06, 1.22) |

| Coadministered Drug | Dose of Coadministered Drug (mg) | BIC (mg) | TAF (mg) | Mean Ratio of Coadministered Drug Pharmacokinetic Parameters (90% CI); No effect = 1.00 | | |
|---|---|---|---|---|---|---|
| | | | | $C_{max}$ | AUC | $C_{min}$ |
| Ethinyl estradiol | | | | 1.15 (1.03, 1.27) | 1.04 (0.99, 1.10) | 1.05 (0.95, 1.14) |
| Norelgestromin | norgestimate 0.180/0.215/0.250 once daily / ethinyl estradiol 0.025 once daily | - | 25 once daily [c] | 1.17 (1.07,1.26) | 1.12 (1.07, 1.17) | 1.16 (1.08, 1.24) |
| Norgestrel | | | | 1.10 (1.02, 1.18) | 1.09 (1.01, 1.18) | 1.11 (1.03, 1.20) |
| Ethinyl estradiol | | | | 1.22 (1.15, 1.29) | 1.11 (1.07, 1.16) | 1.02 (0.92, 1.12) |
| Sertraline | 50 single dose | - | 10 once daily [d] | 1.14 (0.94, 1.38) | 0.93 (0.77, 1.13) | NA |
| Sofosbuvir | 400/100/100+ 100[e] once daily | 50 once daily | 25 once daily | 1.14 (1.04,1.25) | 1.09 (1.02, 1.15) | NA |
| GS-331007[b] | | | | 1.03 (0.99,1.06) | 1.03 (1.00,1.06) | 1.01 (0.98, 1.05) |
| Velpatasvir | | | | 0.96 (0.91,1.01) | 0.96 (0.90, 1.02) | 0.94 (0.88, 1.01) |
| Voxilaprevir | | | | 0.90 (0.76, 1.06) | 0.91 (0.80, 1.03) | 0.97 (0.88, 1.06) |

NA= Not Applicable

a.  All interaction studies conducted in healthy volunteers.
b.  The predominant circulating nucleoside metabolite of sofosbuvir.
c.  Study conducted with emtricitabine/tenofovir alafenamide.
d.  Study conducted with elvitegravir/cobicistat/emtricitabine/tenofovir alafenamide.
e.  Study conducted with additional voxilaprevir 100 mg to achieve voxilaprevir exposures expected in HCV-infected patients.

## 12.4   Microbiology

Mechanism of Action

*Bictegravir:* BIC inhibits the strand transfer activity of HIV-1 integrase (integrase strand transfer inhibitor; INSTI), an HIV-1 encoded enzyme that is required for viral replication. Inhibition of integrase prevents the integration of linear HIV-1 DNA into host genomic DNA, blocking the formation of the HIV-1 provirus and propagation of the virus.

*Emtricitabine:* FTC, a synthetic nucleoside analog of cytidine, is phosphorylated by cellular enzymes to form emtricitabine 5'-triphosphate. Emtricitabine 5'-triphosphate inhibits the activity of the HIV-1 reverse transcriptase by competing with the natural substrate deoxycytidine 5'-triphosphate and by being incorporated into nascent viral DNA which results in chain termination. Emtricitabine 5'-triphosphate is a weak

inhibitor of mammalian DNA polymerases α, β, ℇ, and mitochondrial DNA polymerase γ.

*Tenofovir Alafenamide:* TAF is a phosphonamidate prodrug of tenofovir (2'-deoxyadenosine monophosphate analog). Plasma exposure to TAF allows for permeation into cells and then TAF is intracellularly converted to tenofovir through hydrolysis by cathepsin A. Tenofovir is subsequently phosphorylated by cellular kinases to the active metabolite tenofovir diphosphate. Tenofovir diphosphate inhibits HIV-1 replication through incorporation into viral DNA by the HIV reverse transcriptase, which results in DNA chain-termination. Tenofovir diphosphate is a weak inhibitor of mammalian DNA polymerases that include mitochondrial DNA polymerase γ and there is no evidence of toxicity to mitochondria in cell culture.

Antiviral Activity in Cell Culture

The triple combination of BIC, FTC, and TAF was not antagonistic with respect to antiviral activity in cell culture.

*Bictegravir:* The antiviral activity of BIC against laboratory and clinical isolates of HIV-1 was assessed in lymphoblastoid cell lines, PBMCs, primary monocyte/macrophage cells, and CD4+ T-lymphocytes. In MT-4 cells (human lymphoblastoid T-cell line) acutely infected with HIV-1 IIIB, the mean 50% effective concentration ($EC_{50}$) was 2.4±0.4 nM, and the protein-adjusted $EC_{95}$ value was 361 nM (0.162 micrograms per mL). BIC displayed antiviral activity in activated PBMCs against clinical isolates of HIV-1 representing groups M, N, and O, including subtypes A, B, C, D, E, F, and G, with a median $EC_{50}$ value of 0.55 nM (range <0.05 to 1.71 nM). The $EC_{50}$ value against a single HIV-2 isolate was 1.1 nM.

*Emtricitabine:* The antiviral activity of FTC against laboratory and clinical isolates of HIV-1 was assessed in T lymphoblastoid cell lines, the MAGI-CCR5 cell line, and PBMCs. In PBMCs acutely infected with HIV-1 subtypes A, B, C, D, E, F, and G, the median $EC_{50}$ value for FTC was 9.5 nM (range 1 to 30 nM) and against HIV-2 was 7 nM.

*Tenofovir Alafenamide:* The antiviral activity of TAF against laboratory and clinical isolates of HIV-1 subtype B was assessed in lymphoblastoid cell lines, PBMCs, primary monocyte/macrophage cells and CD4-T lymphocytes. The $EC_{50}$ values for TAF ranged from 2.0 to 14.7 nM. TAF displayed antiviral activity in cell culture against all HIV-1 groups (M, N, O), including subtypes A, B, C, D, E, F, and G ($EC_{50}$ values ranged from 0.1 to 12 nM) and strain specific activity against HIV-2 ($EC_{50}$ values ranged from 0.9 to 2.6 nM).

Resistance

*In Cell Culture*

*Bictegravir:* HIV-1 isolates with reduced susceptibility to BIC have been selected in cell culture. In one selection with BIC, a virus pool emerged expressing amino acid substitutions M50I and R263K in the HIV-1 integrase. M50I, R263K, and M50I+R263K substitutions, when introduced into a wild-type virus by site-directed

mutagenesis, conferred 1.3-, 2.2-, and 2.9-fold reduced susceptibility to BIC, respectively. In a second selection, emergence of amino acid substitutions T66I and S153F was detected, and 0.4-, 1.9-, and 0.5-fold reductions in BIC susceptibility were observed with T66I, S153F, and T66I+S153F, respectively. In addition, S24G and E157K substitutions emerged during the selection process.

*Emtricitabine:* HIV-1 isolates with reduced susceptibility to FTC were selected in cell culture and in subjects treated with FTC. Reduced susceptibility to FTC was associated with M184V or I substitutions in HIV-1 RT.

*Tenofovir Alafenamide:* HIV-1 isolates with reduced susceptibility to TAF were selected in cell culture. HIV-1 isolates selected by TAF expressed a K65R substitution in HIV-1 RT, sometimes in the presence of S68N or L429I substitutions; in addition, a K70E substitution in HIV-1 RT was observed.

*In Clinical Trials*

*In Subjects with No Antiretroviral Treatment History:* Pooled genotypic resistance analyses were performed on paired baseline and on-treatment HIV-1 isolates from subjects receiving BIKTARVY through Week 48 in Trials 1489 and 1490 *[see Clinical Studies (14.2)]* who had HIV-1 RNA greater than or equal to 200 copies/mL at the time of confirmed virologic failure, Week 48, or early study drug discontinuation. No specific amino acid substitutions emerged consistently in the 8 treatment failure subjects with evaluable genotypic resistance data and failed to establish an association with genotypic BIC resistance. There were no treatment-emergent NRTI resistance-associated substitutions detected in the 8 evaluated treatment failure isolates. Phenotypic resistance analyses of failure isolates found fold-changes in drug susceptibility below the biological or clinical cutoffs for BIC, FTC, and TFV, compared to wild-type reference HIV-1.

*In Virologically Suppressed Adult Subjects:* In 2 switch trials, Trials 1844 and 1878 *[see Clinical Studies (14.3)]*, of virologically suppressed HIV-1 infected subjects (n=572), only one subject with virologic rebound in the resistance analysis population had IN genotypic and phenotypic data, and 2 rebounders had RT genotypic and phenotypic data. No subjects had HIV-1 with treatment-emergent genotypic or phenotypic resistance to BIC, FTC, or TAF.

*In Virologically Suppressed Pediatric Subjects:* In Trial 1474 *[see Clinical Studies (14.4)]*, two of 50 subjects in cohort 1 were evaluated for the development of resistance through Week 48; no amino acid substitutions known to be associated with resistance to BIC, FTC, or TFV were detected.  No subjects in cohort 2 or 3 met the criteria for resistance analyses through Week 24.

Cross-Resistance

*Bictegravir:* Cross-resistance has been observed among INSTIs. The susceptibility of BIC was tested against 64 clinical isolates expressing known INSTI resistance-associated substitutions listed by IAS-USA (20 with single substitutions and 44 with 2 or more substitutions). Isolates with a single INSTI-resistance substitution

including E92Q, T97A, Y143C/R, Q148R, and N155H showed less than 2-fold reduced susceptibility to BIC. All isolates (n=14) with more than 2.5-fold reduced susceptibility to BIC (above the biological cutoff for BIC) contained G140A/C/S and Q148H/R/K substitutions; the majority (64.3%, 9/14) had a complex INSTI resistance pattern with an additional INSTI-resistance substitution L74M, T97A, or E138A/K. Of those evaluated isolates containing G140A/C/S and Q148H/R/K substitutions in the absence of additional INSTI-resistance substitutions, 38.5% (5/13) showed more than 2.5-fold reduction. In addition, site-directed mutant viruses with G118R (dolutegravir and raltegravir treatment-emergent substitution) and G118R+T97A had 3.4- and 2.8-fold reduced susceptibility to BIC, respectively.

BIC demonstrated equivalent antiviral activity with less than 2-fold reductions in susceptibility against HIV-1 variants expressing substitutions associated with resistance to NNRTIs, NRTIs, and PIs, compared with the wild-type virus.

*Emtricitabine:* Cross-resistance has been observed among NRTIs. FTC-resistant viruses with an M184V/I substitution in HIV-1 RT were cross-resistant to lamivudine. HIV-1 isolates containing the K65R RT substitution, selected *in vivo* by abacavir, didanosine, and tenofovir, demonstrated reduced susceptibility to inhibition by FTC.

*Tenofovir Alafenamide:* Cross-resistance has been observed among NRTIs. Tenofovir resistance substitutions K65R and K70E result in reduced susceptibility to abacavir, didanosine, emtricitabine, lamivudine, and tenofovir. HIV-1 with multiple thymidine analog substitutions (M41L, D67N, K70R, L210W, T215F/Y, K219Q/E/N/R), or multinucleoside resistant HIV-1 with a T69S double insertion mutation or with a Q151M substitution complex including K65R, showed reduced susceptibility to TAF in cell culture.

## 13   NONCLINICAL TOXICOLOGY

### 13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility

Bictegravir

BIC was not carcinogenic in a 6-month rasH2 transgenic mouse study at doses of up to 100 mg/kg/day in males and 300 mg/kg/day in females. BIC was not carcinogenic in a 2-year rat study at doses up to 300 mg/kg/day, which resulted in exposures of approximately 31 times the exposure in humans at the recommended dose of BIKTARVY.

BIC was not genotoxic in the reverse mutation bacterial test (Ames test), mouse lymphoma or rat micronucleus assays.

BIC did not affect fertility, reproductive performance or embryonic viability in male and female rats at 29 times higher exposures (AUC) than in humans at the recommended dose of BIKTARVY.

Emtricitabine

In long-term carcinogenicity studies of FTC, no drug-related increases in tumor incidence were found in mice at doses up to 750 mg per kg per day (25 times the human systemic exposure at the recommended dose of BIKTARVY) or in rats at doses up to 600 mg per kg per day (30 times the human systemic exposure at the recommended dose of BIKTARVY).

FTC was not genotoxic in the reverse mutation bacterial test (Ames test), mouse lymphoma or mouse micronucleus assays.

FTC did not affect fertility in male rats at approximately 140 times or in male and female mice at approximately 60 times higher exposures (AUC) than in humans given the recommended dose of BIKTARVY. Fertility was normal in the offspring of mice exposed daily from before birth (in utero) through sexual maturity at daily exposures (AUC) of approximately 60 times higher than human exposures at the recommended dose of BIKTARVY.

Tenofovir Alafenamide

Since TAF is rapidly converted to tenofovir and a lower tenofovir exposure in rats and mice was observed after TAF administration compared to TDF administration, carcinogenicity studies were conducted only with TDF. Long-term oral carcinogenicity studies of TDF in mice and rats were carried out at exposures up to approximately 10 times (mice) and 4 times (rats) those observed in humans following a 300 mg dose of TDF. The tenofovir exposure in these studies was approximately 151 times (mice) and 51 times (rat) those observed in humans after administration of the daily recommended dose of BIKTARVY. At the high dose in female mice, liver adenomas were increased at tenofovir exposures approximately 151 times the exposure observed in humans at the recommended dose of BIKTARVY. In rats, the study was negative for carcinogenic findings.

TAF was not genotoxic in the reverse mutation bacterial test (Ames test), mouse lymphoma or rat micronucleus assays.

There were no effects on fertility, mating performance or early embryonic development when TAF was administered to male rats at a dose equivalent to 155 times the human dose of BIKTARVY based on body surface area comparisons for 28 days prior to mating and to female rats for 14 days prior to mating through Day 7 of gestation.

## 13.2   Animal Toxicology and/or Pharmacology

Minimal to slight infiltration of mononuclear cells in the posterior uvea was observed in dogs with similar severity after three and nine month administration of TAF; reversibility was seen after a three month recovery period. No eye toxicity was observed in the dog at systemic exposures of 7 (TAF) and 14 (tenofovir) times the exposure seen in humans with the recommended daily dose of BIKTARVY.

## 14    CLINICAL STUDIES

### 14.1    Description of Clinical Trials

The efficacy and safety of BIKTARVY were evaluated in the trials summarized in Table 12.

**Table 12        Trials Conducted with BIKTARVY in Subjects with HIV-1 Infection**

| Trial | Population | Trial Arms (N) | Timepoint (Week) |
|---|---|---|---|
| Trial 1489[a] (NCT 02607930) | Adults with no antiretroviral treatment history | BIKTARVY (314) ABC/DTG/3TC (315) | 48 |
| Trial 1490[a] (NCT 02607956) | | BIKTARVY (320) DTG + FTC/TAF(325) | 48 |
| Trial 1844[a] (NCT 02603120) | Virologically-suppressed[c] adults | BIKTARVY (282) ABC/DTG/3TC (281) | 48 |
| Trial 1878[b] (NCT 02603107) | | BIKTARVY (290) ATV or DRV (with cobicistat or ritonavir) plus either FTC/TDF or ABC/3TC (287) | 48 |
| Trial 1825[d] (NCT 02600819) | Virologically-suppressed[c] adults with ESRD[e] receiving chronic hemodialysis | FTC+TAF in combination with elvitegravir and cobicistat as a fixed-dose combination (55). In an extension phase of Trial 1825, 10 virologically-suppressed subjects switched to BIKTARVY. | 48[f] |
| Trial 4449[d] (NCT 03405935) | Virologically-suppressed[c] adults aged 65 years and over | BIKTARVY (86) | 48 |
| Trial 1474[d] (cohort 1) (NCT 02881320) | Virologically-suppressed[c] adolescents between the ages of 12 to less than 18 years (at least 35 kg) | BIKTARVY (50) | 48 |
| Trial 1474[d] (cohort 2) (NCT 02881320) | Virologically-suppressed[c] children between the ages of 6 to less than 12 years (at least 25 kg) | BIKTARVY (50) | 24 |
| Trial 1474[d] (cohort 3) (NCT 02881320) | Virologically- suppressed[c] children at least 2 years of age (at least 14 to less than 25 kg) | BIKTARVY (22) | 24 |

a.   Randomized, double blind, active controlled trial.
b.   Randomized, open label, active controlled trial.
c.   HIV-1 RNA less than 50 copies per mL.
d.   Open label trial.
e.   End stage renal disease (estimated creatinine clearance of less than 15 mL/min by Cockcroft-Gault method).
f.   Subjects received FTC+TAF in combination with elvitegravir and cobicistat for 96 weeks, followed by an extension phase in which 10 subjects received BIKTARVY for 48 weeks.

## 14.2    Clinical Trial Results in Adults with HIV-1 and No Antiretroviral Treatment History

In Trial 1489, adults were randomized in a 1:1 ratio to receive either BIKTARVY (containing 50 mg of BIC, 200 mg of FTC, and 25 mg of TAF) (N=314) or ABC/DTG/3TC (600 mg/50 mg/300 mg) (N=315) once daily. In Trial 1490, subjects were randomized in a 1:1 ratio to receive either BIKTARVY (N=320) or DTG + FTC/TAF (50 mg + 200 mg/25 mg) (N=325) once daily.

In Trial 1489, the mean age was 34 years (range 18–71), 90% were male, 57% were White, 36% were Black, and 3% were Asian. 22% of patients identified as Hispanic/Latino. The mean baseline plasma HIV-1 RNA was 4.4 $\log_{10}$ copies/mL (range 1.3–6.5). The mean baseline CD4+ cell count was 464 cells per mm$^3$ (range 0–1424) and 11% had CD4+ cell counts less than 200 cells per mm$^3$. 16% of subjects had baseline viral loads greater than 100,000 copies per mL.

In Trial 1490, the mean age was 37 years (range 18–77), 88% were male, 59% were White, 31% were Black, and 3% were Asian. 25% of patients identified as Hispanic/Latino. The mean baseline plasma HIV-1 RNA was 4.4 $\log_{10}$ copies/mL (range 2.3–6.6). The mean baseline CD4+ cell count was 456 cells per mm$^3$ (range 2–1636) and 12% had CD4+ cell counts less than 200 cells per mm$^3$. 19% of subjects had baseline viral loads greater than 100,000 copies per mL.

In both trials, subjects were stratified by baseline HIV-1 RNA (less than or equal to 100,000 copies per mL, greater than 100,000 copies per mL to less than or equal to 400,000 copies per mL, or greater than 400,000 copies per mL), by CD4 count (less than 50 cells per mm$^3$, 50-199 cells per mm$^3$, or greater than or equal to 200 cells per mm$^3$), and by region (US or ex-US).

Treatment outcomes of Trials 1489 and 1490 through Week 48 are presented in Table 13.

**Table 13      Virologic Outcomes of Randomized Treatment in Trials 1489 and 1490 at Week 48[a] in Adults with No Antiretroviral Treatment History**

| | Trial 1489 | | Trial 1490 | |
|---|---|---|---|---|
| | BIKTARVY (N=314) | ABC/DTG/3TC (N=315) | BIKTARVY (N=320) | DTG + FTC/TAF (N=325) |
| **HIV-1 RNA < 50 copies/mL** | 92% | 93% | 89% | 93% |
| Treatment Difference (95% CI) BIKTARVY vs. Comparator | -0.6% (-4.8% to 3.6%) | | -3.5% (-7.9% to 1.0%) | |
| **HIV-1 RNA ≥ 50 copies/mL[b]** | 1% | 3% | 4% | 1% |
| **No Virologic Data at Week 48 Window** | 7% | 4% | 6% | 6% |
| Discontinued Study Drug Due to AE or Death[c] | 0 | 1% | 1% | 1% |
| Discontinued Study Drug Due to Other Reasons and Last Available HIV-1 RNA <50 copies/mL[d] | 5% | 3% | 3% | 4% |
| Missing Data During Window but on Study Drug | 2% | <1% | 2% | 1% |

a.  Week 48 window was between Day 295 and 378 (inclusive).

b.  Includes subjects who had ≥ 50 copies/mL in the Week 48 window; subjects who discontinued early due to lack or loss of efficacy; subjects who discontinued for reasons other than an adverse event (AE), death or lack or loss of efficacy and at the time of discontinuation had a viral value of ≥ 50 copies/mL.

c.  Includes subjects who discontinued due to AE or death at any time point from Day 1 through the time window if this resulted in no virologic data on treatment during the specified window.

d.  Includes subjects who discontinued for reasons other than an AE, death, or lack or loss of efficacy, e.g., withdrew consent, loss to follow-up, etc.

Treatment outcomes were similar across subgroups by age, sex, race, baseline viral load, and baseline CD4+ cell count.

In Trials 1489 and 1490, the mean increase from baseline in CD4+ count at Week 48 was 233 and 229 cells per mm$^3$ in the BIKTARVY and ABC/DTG/3TC groups, respectively, and 180 and 201 cells per mm$^3$ in the BIKTARVY and DTG + FTC/TAF groups, respectively.

## 14.3   Clinical Trial Results in Adults with Virologically-Suppressed HIV-1 Who Switched to BIKTARVY

In Trial 1844, the efficacy and safety of switching from a regimen of DTG + ABC/3TC or ABC/DTG/3TC to BIKTARVY were evaluated in a randomized, double-blind trial of virologically-suppressed (HIV-1 RNA less than 50 copies per mL) HIV-1 infected adults (N=563, randomized and dosed). Subjects must have been stably suppressed (HIV-1 RNA less than 50 copies per mL) on their baseline regimen for at least 3 months prior to trial entry and had no history of treatment failure. Subjects were randomized in a 1:1 ratio to either switch to BIKTARVY (containing 50 mg of BIC, 200 mg of FTC, and 25 mg of TAF) at baseline (N=282), or stay on their baseline antiretroviral regimen

(N=281). Subjects had a mean age of 45 years (range 20–71), 89% were male, 73% were White, and 22% were Black. 17% of subjects identified as Hispanic/Latino. The mean baseline CD4+ cell count was 723 cells per $mm^3$ (range 124–2444).

In Trial 1878, the efficacy and safety of switching from either ABC/3TC or FTC/TDF (200/300 mg) plus ATV or DRV (given with either cobicistat or ritonavir) to BIKTARVY (containing 50 mg of BIC, 200 mg of FTC, and 25 mg of TAF) were evaluated in a randomized, open-label study of virologically-suppressed HIV-1 infected adults (N=577, randomized and dosed). Subjects must have been stably suppressed on their baseline regimen for at least 6 months, must not have been previously treated with any INSTI, and had no history of treatment failure. Subjects were randomized in a 1:1 ratio to either switch to BIKTARVY (N=290) or stay on their baseline antiretroviral regimen (N=287). Subjects had a mean age of 46 years (range 20–79), 83% were male, 66% were White, and 26% were Black. 19% of subjects identified as Hispanic/Latino. The mean baseline CD4+ cell count was 663 cells per $mm^3$ (range 62–2582). Subjects were stratified by prior treatment regimen. At screening, 15% of subjects were receiving ABC/3TC plus ATV or DRV (given with either cobicistat or ritonavir) and 85% of subjects were receiving FTC/TDF plus ATV or DRV (given with either cobicistat or ritonavir).

Treatment outcomes of Trials 1844 and 1878 through Week 48 are presented in Table 14.

**Table 14      Virologic Outcomes of Trials 1844 and 1878 at Week 48[a] in Virologically-Suppressed Adults who Switched to BIKTARVY**

|  | Trial 1844 | | Trial 1878 | |
|---|---|---|---|---|
|  | BIKTARVY (N=282) | ABC/DTG/3TC (N=281) | BIKTARVY (N=290) | ATV- or DRV-based regimen[b] (N=287) |
| **HIV-1 RNA ≥ 50 copies/mL[c]** | 1% | <1% | 2% | 2% |
| Treatment Difference (95% CI) | 0.7% (-1.0% to 2.8%) | | 0.0% (-2.5% to 2.5%) | |
| **HIV-1 RNA < 50 copies/mL** | 94% | 95% | 92% | 89% |
| **No Virologic Data at Week 48 Window** | 5% | 5% | 6% | 9% |
| Discontinued Study Drug Due to AE or Death and Last Available HIV-1 RNA < 50 copies/mL | 2% | 1% | 1% | 1% |
| Discontinued Study Drug Due to Other Reasons and Last Available HIV-1 RNA < 50 copies/mL[d] | 2% | 3% | 3% | 7% |
| Missing Data During Window but on Study Drug | 2% | 1% | 2% | 2% |

a. Week 48 window was between Day 295 and 378 (inclusive).
b. ATV given with cobicistat or ritonavir or DRV given with cobicistat or ritonavir plus either FTC/TDF or ABC/3TC.
c. Includes subjects who had ≥ 50 copies/mL in the Week 48 window; subjects who discontinued early due to lack or loss of efficacy; subjects who discontinued for reasons other than lack or loss of efficacy and at the time of discontinuation had a viral value of ≥ 50 copies/mL.
d. Includes subjects who discontinued for reasons other than an AE, death, or lack or loss of efficacy, e.g., withdrew consent, loss to follow-up, etc.

In Trial 1844, treatment outcomes between treatment groups were similar across subgroups by age, sex, race, and region. The mean change from baseline in CD4+ count at Week 48 was -31 cells per mm$^3$ in subjects who switched to BIKTARVY and 4 cells per mm$^3$ in subjects who stayed on ABC/DTG/3TC.

In Trial 1878, treatment outcomes between treatment groups were similar across subgroups by age, sex, race, and region. The mean change from baseline in CD4+ count at Week 48 was 25 cells per mm$^3$ in patients who switched to BIKTARVY and 0 cells per mm$^3$ in patients who stayed on their baseline regimen.

In Trial 1825, an open-label single arm trial, the efficacy, safety, and pharmacokinetics of FTC and TAF (components of BIKTARVY) were evaluated in virologically-suppressed adults with ESRD (estimated creatinine clearance of less than 15 mL/min) on chronic hemodialysis treated with FTC+TAF in combination with elvitegravir and cobicistat as a fixed-dose combination tablet for 96 weeks (N=55). In an extension phase of Trial 1825,

10 virologically-suppressed subjects switched to BIKTARVY and all subjects remained virologically suppressed (HIV-1 RNA < 50 copies/mL) for 48 weeks.

In Trial 4449, the efficacy and safety of switching from a stable antiretroviral regimen to BIKTARVY (containing 50 mg of BIC, 200 mg of FTC, and 25 mg of TAF) were evaluated in an open-label, single arm trial of virologically-suppressed (HIV-1 RNA less than 50 copies per mL) HIV-1 infected adults aged 65 years and over (N=86). Subjects treated with BIKTARVY had a mean age of 70 years (range: 65 to 80). The primary endpoint was the proportion of subjects with HIV RNA > 50 copies/mL at Week 48. No subjects had HIV RNA > 50 copies/mL. Ninety-one percent (78/86) of subjects remained suppressed (HIV-1 RNA < 50 copies/mL) at Week 48. Eight subjects did not have virologic data at the Week 48 timepoint due to discontinuation or missing data.

## 14.4   Clinical Trial Results in Pediatric Subjects with HIV-1

In Trial 1474, an open-label, single arm trial the efficacy, safety, and pharmacokinetics of BIKTARVY in HIV-1 infected pediatric subjects were evaluated in virologically-suppressed adolescents between the ages of 12 to less than 18 years weighing at least 35 kg (N=50), in virologically-suppressed children between the ages of 6 to less than 12 years weighing at least 25 kg (N=50), and in virologically-suppressed children at least 2 years of age and weighing at least 14 to less than 25 kg (N=22).

*Cohort 1: Virologically-suppressed adolescents (12 to less than 18 years; at least 35 kg)*

Subjects in cohort 1 treated with BIKTARVY (containing 50 mg of BIC, 200 mg of FTC, and 25 mg of TAF) once daily had a mean age of 14 years (range: 12 to 17) and a mean baseline weight of 51.7 kg (range: 35 to 123), 64% were female, 27% were Asian and 65% were black.  At baseline, median CD4+ cell count was 750 cells per mm$^3$ (range: 337 to 1207), and median CD4+% was 33% (range: 19% to 45%).

After switching to BIKTARVY, 98% (49/50) of subjects in cohort 1 remained suppressed (HIV-1 RNA < 50 copies/mL) at Week 48.  The mean change from baseline in CD4+ cell count at Week 48 was -22 cells per mm$^3$.

*Cohort 2: Virologically-suppressed children (6 to less than 12 years; at least 25 kg)*

Subjects in cohort 2 treated with BIKTARVY once daily had a mean age of 10 years (range: 6 to 11) and a mean baseline weight of 31.9 kg (range: 25 to 69), 54% were female, 22% were Asian and 72% were black.  At baseline, median CD4+ cell count was 898 cells per mm$^3$ (range 390 to 1991) and median CD4+% was 37% (range: 19% to 53%).

After switching to BIKTARVY (containing 50 mg of BIC, 200 mg of FTC, and 25 mg of TAF), 100% (50/50) of subjects in cohort 2 remained suppressed (HIV-1 RNA < 50 copies/mL) at Week 24. The mean change from baseline in CD4+ cell count at Week 24 was -24 cells per mm$^3$.

*Cohort 3: Virologically-suppressed children (at least 2 years; at least 14 to less than 25 kg)*

Subjects in cohort 3 treated with BIKTARVY (containing 30 mg of BIC, 120 mg of FTC, and 15 mg of TAF) once daily had a mean age of 5 years (range: 3 to 9) and a mean baseline weight of 18.8 kg (range: 14 to 24), 50% were female, 23% were Asian and 73% were black. At baseline, the mean CD4+ cell count (SD) was 1104 (440), and the mean CD4% (SD) was 33.4% (6.0%).

After switching to BIKTARVY, 91% (20/22) of subjects in cohort 3 remained suppressed (HIV-1 RNA < 50 copies/mL) at Week 24. HIV-1 RNA was not collected at Week 24 for 2 subjects because of COVID-19 pandemic-related study disruption. The mean change from baseline to Week 24 in CD4+ cell count (SD) was −126 (264.2) cells per $mm^3$; and the mean change in CD4% (SD) from baseline to Week 24 was 0.2% (4.4%).

## 16   HOW SUPPLIED/STORAGE AND HANDLING

BIKTARVY tablets are available in bottles and blister packs:

### Bottle

- 50 mg/200 mg/25 mg tablets each contain 50 mg of bictegravir (BIC), 200 mg of emtricitabine (FTC), and 25 mg of tenofovir alafenamide (TAF). These tablets are purplish brown, capsule-shaped, and film-coated with "GSI" debossed on one side and "9883" on the other side (NDC 61958-2501-1).
- 30 mg/120 mg/15 mg tablets each contain 30 mg of BIC,120 mg of FTC, and 15 mg of TAF. These tablets are pink, capsule-shaped, and film-coated with "GSI" debossed on one side and "B" on the other side (NDC 61958-2505-1).

Each bottle contains 30 tablets, a silica gel desiccant, polyester coil, and is closed with a child-resistant closure.

Store bottle below 30 °C (86 °F).

Keep bottle tightly closed.

### Blister Pack

- 50 mg/200 mg/25 mg tablets each contain 50 mg of BIC, 200 mg of FTC, and 25 mg of TAF. These tablets are purplish brown, capsule-shaped, and film-coated with "GSI" debossed on one side and "9883" on the other side (NDC 61958-2501-3).

Each blister pack contains 30 tablets (4 strips each containing 7 tablets and 1 strip containing 2 tablets). Blister packs are sealed with a child-resistant laminated foil lidding material (peel-push), and each blister cavity contains a die-cut desiccant film which is heat staked to the foil lidding material.

Store blister pack at 25 °C (77 °F), excursions permitted to 15–30 °C (59–86 °F) (see USP Controlled Room Temperature).

Dispense only in original containers.

## 17   PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Patient Information).

Post-treatment Acute Exacerbation of Hepatitis B in Patients with HBV Coinfection

Severe acute exacerbations of hepatitis B have been reported in patients who are coinfected with HBV and HIV-1 and have discontinued products containing FTC and/or TDF, and may likewise occur with discontinuation of BIKTARVY *[see Warnings and Precautions (5.1)]*. Advise the patient to not discontinue BIKTARVY without first informing their healthcare provider.

Drug Interactions

BIKTARVY may interact with certain drugs; therefore, advise patients to report to their healthcare provider the use of any other prescription or non-prescription medication or herbal products including St. John's wort *[see Contraindications (4) and Drug Interactions (7)]*.

Immune Reconstitution Syndrome

Advise patients to inform their healthcare provider immediately of any symptoms of infection, as in some patients with advanced HIV infection (AIDS), signs and symptoms of inflammation from previous infections may occur soon after anti-HIV treatment is started *[see Warnings and Precautions (5.3)]*.

Renal Impairment

Advise patients to avoid taking BIKTARVY with concurrent or recent use of nephrotoxic agents. Postmarketing cases of renal impairment, including acute renal failure, have been reported *[see Warnings and Precautions (5.4)]*.

Lactic Acidosis and Severe Hepatomegaly

Lactic acidosis and severe hepatomegaly with steatosis, including fatal cases, have been reported with use of drugs similar to BIKTARVY. Advise patients that they should stop BIKTARVY if they develop clinical symptoms suggestive of lactic acidosis or pronounced hepatotoxicity *[see Warnings and Precautions (5.5)]*.

Missed Dosage

Inform patients that it is important to take BIKTARVY on a regular dosing schedule with or without food and to avoid missing doses as it can result in development of resistance *[see Dosage and Administration (2.2)]*.

Tablet Splitting

Advise caregivers that, for children unable to swallow a whole tablet, the tablet can be split and each part taken separately as long as all parts are ingested within approximately 10 minutes *[see Dosage and Administration (2.3)]*.

Pregnancy Registry

Inform patients that there is an antiretroviral pregnancy registry to monitor fetal outcomes of pregnant women exposed to BIKTARVY *[see Use in Specific Populations (8.1)]*.

Lactation

Instruct women with HIV-1 infection not to breastfeed because HIV-1 can be passed to the baby in breast milk *[see Use in Specific Populations (8.2)]*.

BIKTARVY is a trademark of Gilead Sciences, Inc., or its related companies. All other trademarks referenced herein are the property of their respective owners.

© 2021 Gilead Sciences, Inc. All rights reserved.

| |
|---|
| **Patient Information**<br>**BIKTARVY® (bik-TAR-vee)**<br>**(bictegravir, emtricitabine,**<br>**and tenofovir alafenamide)**<br>**tablets** |

**Important: Ask your healthcare provider or pharmacist about medicines that should not be taken with BIKTARVY.**
For more information, see "What should I tell my healthcare provider before taking BIKTARVY?"

**What is the most important information I should know about BIKTARVY?**

**BIKTARVY can cause serious side effects, including:**

- **Worsening of hepatitis B virus (HBV) infection. Your healthcare provider will test you for HBV infection before or when you start treatment with BIKTARVY. If you have HBV infection and take BIKTARVY, your HBV may get worse (flare-up) if you stop taking BIKTARVY. A "flare-up" is when your HBV infection suddenly returns in a worse way than before.**

  - Do not run out of BIKTARVY. Refill your prescription or talk to your healthcare provider before your BIKTARVY is all gone.

  - Do not stop taking BIKTARVY without first talking to your healthcare provider.

  - If you stop taking BIKTARVY, your healthcare provider will need to check your health often and do blood tests regularly for several months to check your liver, and may give you a medicine to treat hepatitis B. Tell your healthcare provider about any new or unusual symptoms you may have after you stop taking BIKTARVY.

**For more information about side effects, see "What are the possible side effects of BIKTARVY?"**

**What is BIKTARVY?**

BIKTARVY is a prescription medicine that is used without other human immunodeficiency virus-1 (HIV-1) medicines to treat HIV-1 infection in adults and children who weigh at least 31 pounds (14 kg):

- who have not received HIV-1 medicines in the past, **or**
- to replace their current HIV-1 medicines for people whose healthcare provider determines that they meet certain requirements.

HIV-1 is the virus that causes Acquired Immune Deficiency Syndrome (AIDS).

BIKTARVY contains the medicines bictegravir, emtricitabine, and tenofovir alafenamide.

It is not known if BIKTARVY is safe and effective in children who weigh less than 31 pounds (14 kg).

**Do not take BIKTARVY if you also take a medicine that contains:**

- dofetilide
- rifampin

**What should I tell my healthcare provider before taking BIKTARVY?**

**Before taking BIKTARVY, tell your healthcare provider about all your medical conditions, including if you:**

- have liver problems, including HBV infection
- have kidney problems
- are pregnant or plan to become pregnant. It is not known if BIKTARVY can harm your unborn baby. Tell your healthcare provider if you become pregnant during treatment with BIKTARVY.

  **Pregnancy Registry:** There is a pregnancy registry for women who take BIKTARVY during pregnancy. The purpose of this registry is to collect information about the health of you and your baby. Talk with your healthcare provider about how you can take part in this registry.

- are breastfeeding or plan to breastfeed. Do not breastfeed if you take BIKTARVY.

  - You should not breastfeed if you have HIV-1 because of the risk of passing HIV-1 to your baby.

  - At least one of the medicines in BIKTARVY can pass to your baby in your breast milk. It is not known if the other medicines in BIKTARVY can pass into your breast milk.

  Talk with your healthcare provider about the best way to feed your baby.

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, antacids, laxatives, vitamins, and herbal supplements.

Some medicines may interact with BIKTARVY. Keep a list of your medicines and show it to your healthcare provider and pharmacist when you get a new medicine.

- You can ask your healthcare provider or pharmacist for a list of medicines that interact with BIKTARVY.

- **Do not start a new medicine without telling your healthcare provider.** Your healthcare provider can tell you if it is safe to take BIKTARVY with other medicines.

**How should I take BIKTARVY?**
- Take BIKTARVY exactly as your healthcare provider tells you to take it. BIKTARVY is taken by itself (not with other HIV-1 medicines) to treat HIV-1 infection.
- Take BIKTARVY 1 time each day with or without food.
- For children unable to swallow a whole tablet, the tablet can be split and each part taken separately as long as all parts are swallowed within about 10 minutes.
- If you are on dialysis, take your daily dose of BIKTARVY following dialysis.
- Do not change your dose or stop taking BIKTARVY without first talking with your healthcare provider. Stay under a healthcare provider's care during treatment with BIKTARVY.
- If you take antacids that contain aluminum or magnesium, take BIKTARVY at least 2 hours before or 6 hours after you take these antacids.
- If you take supplements or antacids that contain iron or calcium, take BIKTARVY with food at the same time that you take these supplements or antacids.
- Do not miss a dose of BIKTARVY.
- If you take too much BIKTARVY, call your healthcare provider or go to the nearest hospital emergency room right away.
- When your BIKTARVY supply starts to run low, get more from your healthcare provider or pharmacy. This is very important because the amount of virus in your blood may increase if the medicine is stopped for even a short time. The virus may develop resistance to BIKTARVY and become harder to treat.

**What are the possible side effects of BIKTARVY?**
**BIKTARVY may cause serious side effects, including:**
- **See "What is the most important information I should know about BIKTARVY?"**
- **Changes in your immune system (Immune Reconstitution Syndrome)** can happen when you start taking HIV-1 medicines. Your immune system may get stronger and begin to fight infections that have been hidden in your body for a long time. Tell your healthcare provider right away if you start having any new symptoms after starting your HIV-1 medicine.
- **New or worse kidney problems, including kidney failure.** Your healthcare provider should do blood and urine tests to check your kidneys when starting and during treatment with BIKTARVY. Your healthcare provider may tell you to stop taking BIKTARVY if you develop new or worse kidney problems.
- **Too much lactic acid in your blood (lactic acidosis).** Too much lactic acid is a serious but rare medical emergency that can lead to death. **Tell your healthcare provider right away if you get these symptoms:** weakness or being more tired than usual, unusual muscle pain, being short of breath or fast breathing, stomach pain with nausea and vomiting, cold or blue hands and feet, feel dizzy or lightheaded, or a fast or abnormal heartbeat.
- **Severe liver problems.** In rare cases, severe liver problems can happen that can lead to death. **Tell your healthcare provider right away if you get these symptoms:** skin or the white part of your eyes turns yellow, dark "tea-colored" urine, light-colored stools, loss of appetite for several days or longer, nausea, or stomach-area pain.

**The most common side effects of BIKTARVY** are diarrhea, nausea, and headache.
These are not all of the possible side effects of BIKTARVY.
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store BIKTARVY?**
- Store BIKTARVY bottle below 86 °F (30 °C).
- Keep the bottle tightly closed.
- Store BIKTARVY blister pack at room temperature between 68 °F to 77 °F (20 °C to 25 °C).
- Keep BIKTARVY in its original bottle or blister pack.
- BIKTARVY comes in a child-resistant package.

**Keep BIKTARVY and all medicines out of reach of children.**

**General information about the safe and effective use of BIKTARVY.**

Medicines are sometimes prescribed for purposes other than those listed in a Patient Information leaflet. Do not use BIKTARVY for a condition for which it was not prescribed. Do not give BIKTARVY to other people, even if they have the same symptoms you have. It may harm them. If you would like more information, talk with your healthcare provider. You can ask your healthcare provider or pharmacist for information about BIKTARVY that is written for health professionals.

**What are the ingredients in BIKTARVY?**

**Active ingredients:** bictegravir, emtricitabine, and tenofovir alafenamide.

**Inactive ingredients:** croscarmellose sodium, magnesium stearate, and microcrystalline cellulose.

The tablets are film-coated with a coating material containing iron oxide black, iron oxide red, polyethylene glycol, polyvinyl alcohol, talc, and titanium dioxide.

Manufactured and distributed by: Gilead Sciences, Inc. Foster City, CA 94404

BIKTARVY is a trademark of Gilead Sciences, Inc., or its related companies.  All other trademarks referenced herein are the property of their respective owners.

© 2021 Gilead Sciences, Inc. All rights reserved. 210251-GS-009

For more information, call 1-800-445-3235 or go to www.BIKTARVY.com.

This Patient Information has been approved by the U.S. Food and Drug Administration.                                      Revised:10/2021

**Gilead Sciences**                    3