# EXHIBIT J



# Invoice

**Bill-To**

Sidley Austin LLP

Attn: Elizabeth Curtin

One South Dearborn

Chicago, IL 60603

**Bill From**

University Physician's Inc.
DBA University of Colorado Medicine
13199 E Montview Blvd.
Aurora, CO 80045-7201

| Tax ID # | 74-2161737 |
|---|---|

**Contact Us**

Sharon Roybal-Samora

| Ph: | 303-493-8240 |
|---|---|
| E-mail: | ContractBilling@cumedicine.us |
| **Invoice number** | FIN-061382 |
| Payment Due | 8/21/2022 |
| Invoice date | 7/22/2022 |
| Invoice account | CUST-001376 |
| Your reference | TDF Litigation |

**Make Check Payable To:**

University of Colorado Medicine

**Terms:** Net 30

**Remit Payment To:**

University of Colorado Medicine

C/O Finance Department
P.O. Box 110247
Aurora, CO 80042-0247

| Service From | Service To | Dept. | Description | Qty | Unit | Rate | Amount Due |
|---|---|---|---|---|---|---|---|
| 4/15/2022 | 4/15/2022 | MEDI | Sidley Austin-Meeting-Campbell,T | 0.42 | Hour(s) | 500.00 | $210.00 |
| 4/26/2022 | 4/29/2022 | MEDI | Sidley Austin-Review-Campbell,T | 9.50 | Hour(s) | 500.00 | $4,750.00 |

4/26/22 1 hr review expert report

4/27/22 1 hr review expert report

4/28/22 3.5 hr review expert report

4/29/22 4 hrs review expert report

| | |
|---|---|
| **Total Amount Due** | **$4,960.00** |



# Invoice

**Bill-To**

Sidley Austin LLP

Attn: Elizabeth Curtin
One South Dearborn
Chicago, IL 60603

**Bill From**

University Physician's Inc.
DBA University of Colorado Medicine
13199 E Montview Blvd.
Aurora, CO 80045-7201

| | |
|---|---|
| Tax ID # | 74-2161737 |

**Contact Us**

Sharon Roybal-Samora

| | |
|---|---|
| Ph: | 303-493-8240 |
| E-mail: | ContractBilling@cumedicine.us |
| **Invoice number** | FIN-061383 |

**Make Check Payable To:**          **Remit Payment To:**

University of Colorado Medicine    University of Colorado Medicine

                                   C/O Finance Department
                                   P.O. Box 110247
**Terms:**   Net 30                Aurora, CO 80042-0247

| | |
|---|---|
| Payment Due | 8/21/2022 |
| Invoice date | 7/22/2022 |
| Invoice account | CUST-001376 |
| Your reference | TDF Litigation |

| Service From | Service To | Dept. | Description | Qty | Unit | Rate | Amount Due |
|---|---|---|---|---|---|---|---|
| 5/10/2022 | 5/23/2022 | MEDI | Sidley Austin-Meeting-Campbell,T | 1.33 | Hour(s) | 500.00 | $665.00 |

5/10/22 0.83 hrs
5/23/22 0.50 hrs

| Service From | Service To | Dept. | Description | Qty | Unit | Rate | Amount Due |
|---|---|---|---|---|---|---|---|
| 5/20/2022 | 5/23/2022 | MEDI | Sidley Austin-Review-Campbell,T | 3.50 | Hour(s) | 500.00 | $1,750.00 |

5/20/22 3 hrs review & editing of expert report
5/23/22 050 hrs review of revised report

| | |
|---|---|
| **Total Amount Due** | **$2,415.00** |



# Invoice

**Bill-To**

Sidley Austin LLP

Attn: Elizabeth Curtin

One South Dearborn

Chicago, IL 60603

**Bill From**

University Physician's Inc.
DBA University of Colorado Medicine
13199 E Montview Blvd.
Aurora, CO 80045-7201

| Tax ID # | 74-2161737 |
|---|---|

**Contact Us**

Sharon Roybal-Samora

| Ph: | 303-493-8240 |
|---|---|
| E-mail: | ContractBilling@cumedicine.us |

**Make Check Payable To:**

University of Colorado Medicine

**Terms:**  Net 30

**Remit Payment To:**

University of Colorado Medicine

C/O Finance Department
P.O. Box 110247
Aurora, CO 80042-0247

| Invoice number | FIN-061384 |
|---|---|
| Payment Due | 8/21/2022 |
| Invoice date | 7/22/2022 |
| Invoice account | CUST-001376 |
| Your reference | TDF Litigation |

| Service From | Service To | Dept. | Description | Qty | Unit | Rate | Amount Due |
|---|---|---|---|---|---|---|---|
| 6/17/2022 | 6/17/2022 | MEDI | Sidley Austin-Review-Campbell,T | 2.00 | Hour(s) | 500.00 | $1,000.00 |
| 6/22/2022 | 6/22/2022 | MEDI | Sidley Austin-Meeting-Campbell,T | 0.83 | Hour(s) | 500.00 | $415.00 |
| 6/30/2022 | 6/30/2022 | MEDI | Sidley Austin-Other-Campbell,T | 1.50 | Hour(s) | 500.00 | $750.00 |

Edit Rebuttal Report

| | Total Amount Due | $2,165.00 |
|---|---|---|