# Exhibit B

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*, | No. 4:18-cv-06972-JST |
| Plaintiffs, | |
| v. | Judge: Hon. Jon S. Tigar |
| GILEAD SCIENCES, INC., | **CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER** |
| Defendant. | |

# REBUTTAL REPORT OF DR. CHRISTOPHER S. KOVACS

# TO THE EXPERT REPORTS OF

# DR. ADRIAN DOBS, DR. GRACE MCCOMSEY,

# DR. JONATHAN P.  JAROW, AND DR. AMY G. EGAN

# TABLE OF CONTENTS

<u>**Page**</u>

I.     INTRODUCTION ......................................................................................... 1

II.     ANALYSIS.................................................................................................... 2

    A.     The Gilead Reports Offer Superficial Analysis of the Evidence that TDF Causes Greater Bone Loss than Placebo and Comparator Medications................................................................................................ 2

        1.     The Dobs Report ................................................................... 11

        2.     The McComsey Report ......................................................... 17

        3.     Conclusion ............................................................................ 30

    B.     The Gilead FDA Reports Offer Insight into FDA Policies and Procedures, But No Substance Where Bone and Renal Safety of TDF Are Concerned.................................................................................. 31

        1.     The Jarow Report .................................................................. 31

        2.     The Egan Report… ............................................................... 41

        3.     Conclusion ............................................................................ 46

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

## I.    INTRODUCTION

1.    My name is Dr. Christopher S. Kovacs. I am a clinician scientist and academic Endocrinologist specializing in bone metabolism and its disorders, including osteoporosis. A summary of my qualifications is included in my May 26, 2022 Expert Report (the "Kovacs Report"). In this Rebuttal Report, I respond to the expert reports of Dr. Adrian Dobs ("Dobs Report") and Dr. Grace McComsey ("McComsey Report")(collectively "the Gilead Reports"). I also respond to the expert reports of former FDA employees Dr. Jonathan P. Jarow ("Jarow Report") and Dr. Amy G. Egan ("Egan Report") (collectively "the Gilead FDA Reports").

2.    Common issues across all four reports include that none of these experts reviewed the study protocols (at all or in depth), or preclinical and clinical trial data about tenofovir disoproxil fumarate (TDF). Instead, all four experts relied upon summary data from journal publications relating to one or both of two Gilead clinical studies (GS-99-902 and GS-99-903) and quoted those data erroneously. Those summary publications present only a brief, high-level view of study protocols and optimized presentations of summary data rather than the true data. By not reviewing the study protocols and original clinical study reports, their analyses neither see nor address the myriad problems with methodologies, data collection, data quality, and data interpretation that I detailed in my initial report (the "Kovacs Report"). They also do not address how data, such as from GS-99-902, was misrepresented in the journal publication and other study reports in order to present the data in a more favorable way.

3.    By viewing only a report of the long-term extension phase of the GS-99-903 study, during which only a subset of the original cohort were followed, they missed the substantial bone loss that occurred in the full cohort on TDF vs. active comparator during the initial 48 weeks. They did not see that statistically significant data about renal phosphate excretion induced by TDF was misrepresented to the FDA as showing nothing of significance. Nor did they see that when 33%

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

of subjects experienced a predefined clinically significant (>5%) loss of lumbar spine BMD, Gilead altered its definition of clinically significant adverse bone outcomes to drop change in BMD and consider only the occurrence of fractures as being relevant.

4.      None of these four individuals are expert in calcium, phosphate, bone metabolism, or osteoporosis. This lack of expertise contributed to their mistaken dismissal of mean bone mineral density (BMD) losses of 2-4% induced by TDF as being of no clinical importance, and their erroneous impression that the Gilead studies had power to detect whether TDF causes fractures. Someone with expertise in osteoporosis would recognize that the BMD losses induced by TDF are of substantial magnitude and speed to increase the risk of fractures, especially in those who lose the most BMD (which reached 15% losses in some subjects). Moreover, an osteoporosis expert would know that the Gilead studies had less than $1/20^{th}$ the number of subjects needed (>8,000), and less than a third the duration required (3 years), to confirm whether TDF causes an increase in the numbers of fractures compared to placebo or active comparator.

5.      The analysis will proceed in two main parts. First, I address the issues common to both Gilead Reports. I will then analyze problems specific to the Dobs Report. I then will address issues specific to the McComsey Report. In the second portion, I will analyze the Gilead FDA Reports. Similarly, I will look individually at problems in the Jarow Report and then in the Egan Report.

## II.      ANALYSIS

### A.      The Gilead Reports Offer Superficial Analysis of the Evidence that TDF Causes Greater Bone Loss than Placebo and Comparator Medications.

6.      Both Dr. Dobs and Dr. McComsey commented extensively upon the product labels and how concerns about TDF's possible effects on bone were communicated to physicians who might read those fine details. However, those labels gave only weak and vague guidance that could

not be enacted, because BMD monitoring to detect bone loss is not permitted or reimbursed for most patients. Both experts were unconvinced that the bone loss caused by TDF is of clinical consequence because no study found an increase in fractures. However, neither expert realized that the largest Gilead study had far too few subjects, and was of too short a duration, to have any power to detect if bone loss from TDF causes fractures or not.

7.      The bulk of both reports consist of a primer on bone metabolism, osteoporosis, and its treatment; much of that is not directly relevant to the issues at hand. Both experts made numerous factual errors with those background reviews, which betray a lack of understanding and expertise with respect to bone metabolism, osteoporosis, fracture risk, and practical aspects regarding use of BMD testing by dual x-ray absorptiometry (DXA).

8.      There is consensus that an HIV+ patient has an increased risk of bone loss, osteoporosis, and fractures. Both Gilead Reports cited a 3-fold increased risk of osteoporosis in HIV+ patients compared to individuals without HIV, and up to a 27% prevalence of osteoporosis in the HIV+ population.[1] There are many causes for HIV+ patients to lose bone and develop osteoporosis, just as there are multiple factors that determine peak bone mass and the maintenance of it during adulthood in healthy individuals. There is also agreement that osteoporosis is a serious condition with Dr. Dobs noting that "*[f]ractures of the spine and hip are particularly of concern since they are associated with chronic pain, deformity, depression, disability, and death. Approximately 50% of patients with a hip fracture will never be able to walk without assistance and 25% will require long-term care…direct cost of a new osteoporotic fracture in the US is estimated to rise to 25.3 M per year by 2025.*"[2]

---

[1] Dobs Report at 10; McComsey Report at 11.

[2] Dobs Report at 3.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

9.      Both experts recommended baseline BMD screening for HIV+ patients, specifically "*postmenopausal females and males aged 50 years of age or older.*"[3] However, this recommendation is somewhat impractical. As Dr. Dobs and Dr. McComsey both observe, DXA scans are not widely available because insurance companies largely restrict DXA use to much older individuals.[4]  This means that children, adolescents, and adults under ages 65-70 (or 50 if the HIV-specific recommendations are followed) are generally unable to have BMD measured to assess for bone loss associated with HIV and TDF use. BMD loss is a silent process, detectable only by BMD scans – unless sufficient bone loss has occurred, and enough time elapsed, for one or more fragility fractures to occur.

10.     Neither Dr. Dobs nor Dr. McComsey discussed the preclinical data that showed TDF caused significant bone loss through renal calcium and phosphate wasting, and secondary hyperparathyroidism.[5] Both simply acknowledged that the early Viread labels briefly mentioned that animal studies showed evidence of TDF causing bone loss.[6]

11.     Neither Dr. Dobs nor Dr. McComsey include any analysis of Gilead's study protocols or Clinical Study Reports. As I detailed in the Kovacs Report, there were pervasive problems with study conduct, data quality, and data interpretation in those protocols and reports.[7] Specifically, the GS-99-902 study's primary report showed up to a 37% incidence of hypophosphatemia and a 21% incidence of hypocalcemia. In the small subset of 62 subjects who had BMD monitoring done, there was a time-and-dose-dependent loss of mean BMD at 48 weeks

---

[3] Dobs Report at 11 (citing McComsey G et. al, Bone Disease in HIV Infection: A Practical Review and Recommendations for HIV Care Providers ("McComsey 2010")).

[4] Dobs Report at 6; McComsey Report at 6.

[5] *See* Kovacs Report at 58-70.

[6] Dobs Report at 12; McComsey Report at 12.

[7] *See* Kovacs Report at 41-56.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

(placebo +1.0%, low dose +0.52%, intermediate dose -1.35%, high dose -1.66%).[8] Moreover, the placebo group lost 4% of mean BMD when switched to TDF between 24 and 48 weeks. No statistical analysis was shown for those data.[9] Gilead switched to reporting median BMD changes in later reports about the 902 study; notably, the median changes did not show any dose-dependence.[10]

12.     This is the only time that Gilead quoted median BMD changes for its studies. The switch suggests a deliberate change to present the data more favorably. Such a switch violates the basic principles of how statistical analyses of data are to be conducted: one cannot choose *post hoc* the analysis that gives the result one is most pleased with. Moreover, median results are used to summarize data that are not normally distributed and for which non-parametric methods of statistical analysis are required; however, Gilead made no reference to either the data distribution or any need to use non-parametric statistical tests.

13.     Dr. McComsey cited Schooley 2002 as showing that TDF caused no significant loss of BMD at 48 weeks.[11] Notably Schooley 2002 is a journal publication of the GS-99-902 study, which reported those favorable median BMD changes rather than the time-and-dose-dependent loss of mean BMD with use of TDF compared to placebo.[12] Dr. Dobs cited Schooley 2002 and Fung 2002 together and remarked that these studies "s*howed no difference in the amount of bone loss seen with TDF compared to other HIV medications.*"[13] Neither Schooley nor Fung

---

[8] Kovacs Report at 72-73.

[9] Kovacs Report at 72-73.

[10] Kovacs Report at 75-78.

[11] McComsey Report at 12-13.

[12] *See* Schooley 2002.

[13] Dobs Report at 12.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

are reports of changes in BMD on TDF compared to other HIV medications.[14] The Schooley report is of a placebo-controlled trial.[15] The Fung report mentions in passing some preliminary but unpublished data from conference abstracts suggesting that fractures might be more common on placebo than TDF. But the problems with these unpublished fracture data have been discussed in my Report.[16]

14.     In the larger GS-99-903 study, mean BMD declined over 48 weeks more on TDF than a non-TDF regimen, respectively -3.3% vs. -2.0% at the lumbar spine and -3.2% vs. -1.8% at the total hip; both values were statistically significant.[17] By 144 weeks, 33% of TDF-treated subjects had a marked (>5%) loss in BMD at the lumbar spine, 13% had a marked (>7%) loss at the hip, and the most extreme losses in individual subjects were 15.5% in the lumbar spine and 15.9% in the total hip.[18] The BMD loss appeared to stabilize but was confounded by dropouts of subjects, including those who had lost the most BMD. At 144 weeks, compared to baseline the lumbar spine BMD was -2.0% on TDF vs. -1.0% on comparator, while the total hip was -3.0% on TDF and -1.7% on comparator (statistically significant in the spine and bordering on significance at the hip with p=0.06).[19]

15.     Dr. Dobs did not cite the GS-99-903 data at all, despite it being the largest Gilead study with BMD analyzed in most subjects.[20]

16.     Dr. McComsey did not cite the primary 48-week GS-99-903 data either, but only

---

[14] *See* Schooley 2002; *see also* Fung 2002.

[15] *See generally* Schooley 2002.

[16] Kovacs Report at 10-11; 75-92.

[17] Kovacs Report at 79-80.

[18] Kovacs Report at 80-81, citing GILREG01833666 and GILREG01834037.

[19] Kovacs Report at 80.

[20] *See generally* Dobs Report.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

the results of the long-term extension, writing that "*extended to 144 weeks, these studies showed bone loss similar to that seen with other antiretroviral medications at the hip bone, although BMD was lower with TDF than with the comparator at the lumbar spine. [Gallant 2004, Madruga 2007].*"[21] Dr. McComsey's statements are incorrect. First, as noted in Paragraph 10 above, the 144-week data revealed that TDF caused a *significantly* greater loss of BMD at the lumbar spine vs. active comparator, with 33% of TDF-treated subjects having a marked (>5%) loss at that site.[22] Moreover, at 48 weeks in the original larger cohorts, the BMD losses were significantly higher on TDF than comparator at both the spine and hip.[23]

17.    In addition, Madruga 2007 reports on an open-label extension phase of the GS-99-903 study in which only 85 of the original 301 subjects on comparator treatment were switched at 144 weeks to TDF and followed for an additional 144 weeks (288 weeks total).[24] TDF induced a marked 2.6% loss of hip BMD that was statistically significant, while the spine BMD did not change significantly.[25] Therefore, the data do not show what Dr. McComsey claims. The GS-99-903 study showed significant loss of spine and hip BMD vs. active comparator at 48 weeks, significant loss of spine BMD vs. active comparator at 144 weeks (33% of whom experienced predefined marked losses in the lumbar spine), and significant loss of hip BMD between 144-288 weeks in response to being switched from comparator to TDF.

18.    Both Dr. Dobs and Dr. McComsey appear reassured by no clear signal of increased fracture risk, despite the lack of power for any of the studies to show this. But as noted in my

---

[21] McComsey Report at 13.

[22] Gallant 2004; Kovacs Report at 80-81, citing GILREG01833666 and GILREG01834037.

[23] Kovacs Report at 79.

[24] Madruga 2007.

[25] Madruga 2007.

Report, the largest study had about 1/20[th] the >8,000 subjects needed in osteoporosis studies to show a difference in fracture outcomes between treatment and placebo over three years; far more subjects would be needed to show a difference at 48 weeks, which was the common duration of the randomized phases of the Gilead studies.[26] Dr. McComsey stated, "*Importantly, these studies showed no increased fracture risk with the use of TDF*" and that *"[i]nitial post-marketing studies continued to show no increased risk of bone loss or fracture with TDF compared to other antiretrovirals. [Fung 2002, Nelson 2007].*"[27] However, the aforementioned Fung paper refers to unpublished abstract data of largely finger and toe fractures, which are irrelevant as evidence of skeletal fragility.[28] Nelson refers to early post-marketing surveillance data in which "bone abnormalities" included bone pain or fractures, and few patients were reported as having that complication.[29] The data reported by Nelson are very weak because they rely on a physician suspecting that there may be a link between a symptom and one of the drugs a patient is taking, and then for that physician to make the effort to report the possible outcome.[30] Nelson notes within the report that the data are typically biased from under-reporting.[31] The data are also weak due to there being no comparator, and that it takes time for fractures to develop after a loss of BMD, as I explained in the Kovacs Report.

19.    Both Dr. Dobs and Dr. McComsey acknowledged that later studies confirmed that TDF causes more bone loss than comparator treatments. Dr. McComsey wrote "*more robust assessment of the long-term bone effects of TDF became possible. It is now appreciated that the*

---

[26] Kovacs Report at 18, 80, 122.

[27] McComsey Report at 13.

[28] Fung 2002.

[29] Nelson 2007.

[30] *Id.*

[31] *Id.*

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

*first year or two of TDF therapy is associated with slightly greater bone loss than that seen with the use of many other antiretrovirals.*"[32] Dr. Dobs specified that the "*degree of bone loss seen with TDF use is comparable to that seen with protease inhibitors, about 2-4% per year. As with other antiretroviral medications, this bone loss is mainly observed in the first year or two of treatment.*"[33] Both asserted that the 2-4% excess losses are clinically unimportant, "slight," or "minor";[34] their statements that the bone loss is "slightly greater" or "comparable to" the loss seen with other antivirals is refuted by the fact that the bone losses induced by TDF were statistically significantly greater than those on comparator treatment. Furthermore, for perspective, note that (as described in my Report) the BMD increase required to predict a clinically significant fracture risk reduction in osteoporosis treatment studies has been confirmed to be 1.42% for vertebral fractures, 3.18% for hip fractures, and 2.13% for non-vertebral fractures.[35] Conversely, a decrease in BMD of that amount should hold the same weight to predict fractures.

20.    That report led the FDA on June 1, 2022, to announce that change in BMD is now an accepted surrogate for fracture risk outcomes in clinical trials designed to test osteoporosis treatments.[36] The decreases in BMD that Dr. Dobs and Dr. McComsey acknowledged will occur within one year on TDF treatment, including the differences in BMD loss between use of TDF versus active comparator, exceed the magnitude of what the FDA recognizes to be clinically

---

[32] McComsey Report at 13.

[33] Dobs Report at 12.

[34] Dobs Report at 11; McComsey Report at 13.

[35] Black DM, Bauer DC, Vittinghoff E, Lui LY, Grauer A, Marin F, et al. Treatment-related changes in bone mineral density as a surrogate biomarker for fracture risk reduction: meta-regression analyses of individual patient data from multiple randomised controlled trials. Lancet Diabetes Endocrinol. 2020;8(8):672-82.

[36] Foundation for the National Institutes of Health. FDA Approves Biomarker Qualification Plan for the First Surrogate Endpoint in Anti-Osteoporosis Drug Trials.  2022 [1 June 2022], *available at* https://fnih.org/news/announcements/fda-approves-biomarkers-qualification-plan-first-surrogate-endpoint-anti.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

significant changes.[37]

21.    Neither Dr. Dobs nor Dr. McComsey mentioned any of the data from pediatric HIV+ patients or from HBV patients; those studies confirmed that BMD loss on TDF is not unique to adult HIV+ subjects.[38] The pediatric data are especially concerning because loss of BMD during growth or failure to reach peak bone mass will have life-long effects to increase fracture risk; this is why osteoporosis is considered a pediatric disease with geriatric consequences.[39] Dr. McComsey acknowledged that *"[y]ounger patients on TDF have been shown to have greater decreases in bone density than older patients, but this decline is less likely to be clinically significant because younger patients have denser bones to begin with.*"[40] This position is nonsensical since the greater losses in younger patients mean that peak bone mass will be reduced, and those younger patients will live longer with a sustained reduction in BMD and therefore will have more time to fracture.

22.    Both experts cited that the various labels for TDF have mentioned the potential for BMD loss to occur. But despite the GS-99-902 study demonstrating that TDF caused a time and dose-dependent loss of BMD, the initial product label did not mention this but instead asserted that it is unknown whether use of TDF would cause bone loss ("bone abnormalities").[41]  The 2003 revised label mentioned that significant BMD loss had occurred in the GS-99-903 study but only vaguely mentioned that the proportion of patients who lost a reportable amount of BMD (>5% at

---

[37] Black DM, Bauer DC, Vittinghoff E, Lui LY, Grauer A, Marin F, et al. Treatment-related changes in bone mineral density as a surrogate biomarker for fracture risk reduction: meta-regression analyses of individual patient data from multiple randomised controlled trials. Lancet Diabetes Endocrinol. 2020;8(8):672-82.

[38] Kovacs Report at 93-103.

[39] Hightower L. Osteoporosis: Pediatric disease with geriatric consequences. Orthop Nurs. 2000;19(5):59-62.

[40] McComsey Report at 13.

[41] Initial Viread label, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2001/21356lbl.pdf

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

the lumbar spine and >7% at the hip) was "higher" in the TDF group.[42] It was not until the 2008 revision of the label that this was clarified to be 28% of TDF-treated subjects in the GS-99-903 study (but seen as 33% in the clinical study report).[43] The explicit statement that more than a quarter of subjects lost a reportable amount of BMD on TDF is far more compelling and alarming.

## 1.      The Dobs Report

23.      Dr. Dobs does not have primary expertise in mineral and bone physiology or in osteoporosis, which explains numerous erroneous and contradictory statements contained in her report, some of which are highlighted in this section.

24.      "…*the building of bone in one's teens and twenties is crucial since after that age there is a slow decline in bone density…loss of bone that occurs with aging is really a pediatric disease*[.]"[44]

25.      It is widely accepted that maximizing peak bone mass is crucial for long-term skeletal health. Dr. Dobs's statement underscores that bone loss during childhood and adolescence can be particularly devastating for long term bone health, and that osteoporosis begins as a pediatric disease if the achieved peak bone mass is lower than expected. Therefore, a drug that causes bone loss or reduces peak bone mass should be avoided in children and adolescents wherever possible. Dr. Dobs's statement contrasts with Dr. McComsey's assertion that BMD loss

---

[42] Viread label, August 2003, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2003/21356se5-003_viread_lbl.pdf

[43] Viread label, August 2008, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2008/021356s025lbl.pdf and Kovacs Report at 80-81, citing GILREG01833666 and GILREG01834037

[44] Dobs Report at 2.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

in childhood is not likely to be clinically significant.[45]

26.    "*Importantly, there are no screening guidelines that recommend DXA screening based on a history of antiretroviral medication use.*"[46]

27.    Dr. Dobs noted that HIV+ patients have a 3-fold or greater risk of osteoporosis and fractures, and that guidelines recommend BMD screening in women with *"known secondary causes of osteoporosis"* and in men "*if they have risk factors for fracture."* The International Society of Clinical Densitometry (ISCD), which sets the consensus standards for use of DXA and interpretation of BMD results, advises screening of adults with diseases, conditions, or use of medications associated with low bone mass or bone loss.[47] Being HIV+ covers all three of the ISCD's indications. Therefore, "a history of antiretroviral medication use" is certainly covered by screening guidelines without having to be explicitly named.

28.    "*As my analysis above shows, there is not a linear relationship between bone density and fracture risk...[i]f anything, it appears that the increased risk of fracture in this population is due to frailty, not bone mineral density…one recent study suggests that in HIV-positive patients, bone mineral density only accounts for 15% of the fracture risk…*"[48]

29.    As an initial matter, it is unclear what analysis Dr. Dobs is referring to here because the preceding section in the Dobs Report was a primer on bone metabolism with no data analysis.[49]

---

[45] *See* Para. 21 *supra.*

[46] Dobs Report at 11.

[47] ISCD. Updated 2013 Official Positions of the International Society for Clinical Densitometry. West Hartford, CT: ISCD; 2013.

[48] Dobs Report 12-13.

[49] Dobs Report 11-12.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

More importantly, bone density has a well-known curvilinear relationship to fracture risk that has been demonstrated by dozens of studies.[50] The FRAX model works best when there is a femoral neck BMD measurement from the patient to use in the analysis. Furthermore, BMD predicts fracture risk beginning within the normal BMD range and increasing further as the BMD drops to the osteoporotic and lower levels.[51] While the claim that low BMD accounts for only 15% of fracture risk is in line with some studies of osteoporosis (and reflects confounding problems from the two-dimensional nature of its data[52]), low BMD is nevertheless a robust predictor in fracture risk models such as FRAX.

30.    "*uncontrolled disease, not low bone density, is the main fracture risk in this population.*"[53]

31.    The accuracy of this statement is debatable due to the presence of many confounders in patients with uncontrolled disease. However, Dobs acknowledged that HIV+ patients are at 3-fold or higher the risk of osteoporosis and fractures compared to healthy subjects. It would seem sensible to use effective treatments that control the disease without causing further bone loss that may complicate the patient's life even more.

---

[50] Hui SL, Slemenda CW, Johnston CC, Jr. Age and bone mass as predictors of fracture in a prospective study. *J Clin Invest*. 1988;**81**(6):1804-9 and Siris ES, Miller PD, Barrett-Connor E, Faulkner KG, Wehren LE, Abbott TA, et al. Identification and fracture outcomes of undiagnosed low bone mineral density in postmenopausal women: results from the National Osteoporosis Risk Assessment. JAMA. 2001;286(22):2815-22 and many other analyses because the curvilinear relationship is well known and forms part of the FRAX analysis of fracture risk.

[51] Siris ES, Miller PD, Barrett-Connor E, Faulkner KG, Wehren LE, Abbott TA, et al. Identification and fracture outcomes of undiagnosed low bone mineral density in postmenopausal women: results from the National Osteoporosis Risk Assessment. *JAMA*. 2001;**286**(22):2815-22, among many analyses showing this.

[52] Kovacs Report at 44-49.

[53] Dobs Report 13.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

32.    "*The data examining the effect on bone of switching HIV medications is limited.*"[54]

33.    As noted in the Kovacs Report, there are multiple studies indicating that switching from TDF allows improvement in BMD, including one first-authored by Dr. McComsey and others cited by her.[55]

34.    "*Importantly, a formal diagnosis of osteoporosis requires a DXA reading and cannot be based on other imaging modalities.*"[56]

35.    This is incorrect. BMD is used to diagnose osteoporosis in a patient who has not yet had a fragility fracture. If the patient has already had a fragility fracture, by definition that patient has osteoporosis; BMD is not required but is useful for monitoring response to treatment.

36.    "*a T-score of zero would indicate that the patient has a BMD identical to a young healthy individual... Normal BMD is defined as a SD≥-1.0*"[57]

37.    A normal range or 95% confidence interval for any measurement is established by 2 standard deviations (SD) above and below the mean value in the healthy population. Therefore, the normal range for BMD would theoretically be +2.0 to -2.0 SD, but the 1992 WHO expert committee (which determined the definitions that are used globally) decided to consider -1.0 SD to be "osteopenia" or "low bone mass" and -2.5 SD to be osteoporosis in someone who has not yet fractured. Consider the original WHO report on this matter which shows +2.0 SD as the upper end

[54] Dobs Report at 13.

[55] Kovacs Report at 116.

[56] Dobs Report at 5.

[57] Dobs Report at 5.

of the normal range.[58]  Consequently, normal BMD ranges from +2.0 to -1.0 SD, with values above

+2.0 being abnormal and potentially indicating osteopetrosis and other sclerosing bone disorders.

38.    "*A Z-score compares the patient's BMD to a population of age-matched peers and is rarely used except in specific populations.*"[59]

39.    The Z-score is used in *all* individuals less than age 50, including children and adolescents, as per the international standards of the ISCD.[60] This is not rare. Also, the Z score is meant to be viewed in all subjects when the first (baseline) BMD measurement is obtained because a low Z score in an adult implies more excessive bone loss than can be explained by age alone, and therefore the need to investigate for secondary causes of bone loss.

40.    "*In any one year after age 50, there is usually a 3% decline in BMD. The variability of the machine is also about 3%. That means that if a patient gets a DXA two days in a row, the measurement can be 3% higher or lower. Thus, any change over one year might be simply the precision of the machine, rather than a true measure of bone changes. For this reason, many insurance companies will not pay for a procedure unless two years have passed*."[61]

41.    There are multiple errors in the above statement. Annual losses are not 3% over age

---

[58] Kanis JA, Melton LJ, 3rd, Christiansen C, Johnston CC, Khaltaev N. The diagnosis of osteoporosis. J Bone Miner Res. 1994;9(8):1137-41.

[59] Dobs Report at 5.

[60] ISCD. Updated 2013 Official Positions of the International Society for Clinical Densitometry. West Hartford, CT: ISCD; 2013.

[61] Dobs Report at 6.

50 as review of NHANES data will show.[62] That rate would lead to a horrendous prevalence of osteoporosis. Losses >2% per year are considered excessive. The variability due to the machine or its precision error is not 3%; it is typically ≤1%. It is the added effect of the technologist, positioning of the patient, and other factors that lead to increased variability with each measurement, and the consideration of the Least Significant Change (LSC), which I explained in my report.[63] The LSC is the minimum amount that the BMD needs to have increased or decreased from one measurement to the next in an individual patient, in order to be certain that a true change in BMD has occurred. This is best expressed in absolute terms as a $g/cm^2$ change that is significant, but if expressed as a percentage, it is typically around 2.7% for the lumbar spine and around 4-5% for the total hip. It must be determined for each technologist by using a specific machine at a specific institution.

42.     "*All medications in this class have been associated with a risk of osteonecrosis of the jaw and atypical fracture of the femur. Thus, the recommendation is to use bisphosphonates for only 3-5 years, followed by a 'drug holiday' and further evaluation*."[64]

43.     The recommendation is to NOT do this in subjects who remain at high risk of fracture. A "drug holiday" can be considered in someone whose fracture risk has been reduced to moderate or ideally low risk.

44.     "*As mentioned above, osteomalacia is a distinct diagnosis involving 'softening' of*

---

[62] Looker AC, Borrud LG, Hughes JP, Fan B, Shepherd JA, Melton L, Jr. Lumbar spine and proximal femur bone mineral density, bone mineral content, and bone area: United States, 2005-2008. National Center for Health Statistics. Vital and Health Statistics. 2012;11(251):1-132.

[63] Kovacs Report at 47-49.

[64] Dobs Report at 9.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

*the bones and decreased mineralization. This contrasts with osteoporosis in which there is loss of mineralization.*"[65]

45.     This is incorrect. First, Dr. Dobs wrote that the conditions differ because one causes decreased mineralization and the other causes loss of mineralization. If true, then there is no difference between osteomalacia and osteoporosis. But osteomalacia and osteoporosis are correctly defined and explained in the Kovacs Report.[66] Briefly, mineralization is **normal** in osteoporosis, but the BMD reading appears reduced because there is less bone present (loss of microarchitecture, porosity of cortical bone). This is analogous to a Swiss cheese that is full of holes (osteoporotic bone) as compared to a solid cheese (normal bone). In osteomalacia, a normal amount of bone may be present, but it is undermineralized. This leads to a reduced BMD reading, and the situation is analogous to a soft cheese compared to a hard cheese. Rickets differs further from osteomalacia because the growth plate is also undermineralized in rickets, which in turn leads to reduced lengthening of the long bones (shorter final height achieved) and abnormal shapes of the bones near the joints. The expert's misunderstanding may be compounded by her misunderstanding of BMD by DXA: the two-dimensional aspect of the technique and its data causes one to think that mineralization is reduced when it is not.

### 2.     The McComsey Report

46.     Although Dr. McComsey has published on the subject of HIV-related bone loss, she is an infectious disease expert and does not have primary expertise in mineral and bone physiology or in osteoporosis. This explains numerous erroneous and contradictory statements

---

[65] Dobs Report at 9-10.

[66] Kovacs Report at 30-32.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

made by her, some of which are highlighted here. Dr. McComsey also contradicts statements she

made in her own peer-reviewed guideline about management of bone loss in HIV+ patients.

47.     In Dr. McComsey's first-authored guideline article "Bone Disease in HIV

Infection: A Practical Review and Recommendations for HIV Care Providers," she wrote:

> *Of greatest interest for most clinicians…(TDF) has been strongly associated with an acute decrease in BMD; in a recently presented study, there was more bone loss in patients with HIV suppression who were switched to TDF than in those who were switched to abacavir…Two prospective studies involving subjects who were initiating their first ART regimen showed that TDF-containing regimens led to a significantly larger decrease in spine and hip BMD than did ABC-containing regimens…TDF may affect bone indirectly through proximal tubule toxicity, resulting in phosphate wasting and increased bone turnover…*[67]

48.     In that guideline, co-authored by the well-known bone and osteoporosis expert Dr.

Elizabeth Shane from Columbia University, Dr. McComsey specifically acknowledged that TDF

causes rapid bone loss of a greater magnitude as compared to other antiretroviral regimens, and

provided specific recommendations about assessing and then stopping TDF in patients who suffer

marked loss of BMD. Whereas most USA-based guidelines limit use of BMD as a screening tool

to postmenopausal women over 65 and men over 70, Dr. McComsey wrote that, in the HIV+

population, BMD should be done in *all* postmenopausal women and in all men over age 50 because

"we believe that current evidence supports the inclusion of HIV-infection among other risk factors

[for low BMD and fractures]."[68] The guideline also specifies that if significant BMD loss is found

in TDF-treated subjects, then fractional excretion of phosphate should be measured. Further

acknowledged therein is that there have been "no properly powered studies" of TDF with respect

to fracture outcomes.[69] That last statement echoes that the Gilead studies were too small and of too

---

[67] McComsey 2010.

[68] McComsey 2010.

[69] McComsey 2010.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

short a duration to be able to demonstrate if TDF causes fractures, and yet Dr. McComsey contradicted herself in her Report by using the lack of fractures in the Gilead studies as evidence that TDF does not cause fractures. In fact, much of what she wrote in that guideline contradicts her Report in which her remarks attempt to minimize the importance of TDF-associated bone loss.

49.    "*By the fifth decade of life, most people will experience a gradual loss of 0.5-1.0% of their bone density per year… Starting several years before the onset of menopause and continuing for 3-5 years thereafter, most women will see 1-2% loss of bone density per year.*"[70]

50.    These annualized losses are correct and contradict Dr. Dobs's erroneous claim that BMD declines 3% per year after age 50.[71]

51.    "*DEXA machines are not always readily available in all locations. DEXA scans can also be expensive and may not be covered by insurance.*"[72]

52.    The limited availability of DXA in the United States, and remarks that guidelines do not allow for its use in HIV+ patients under age 50, contradict Dr. McComsey's later remarks that BMD losses can be detected and treated before a fracture occurs.[73] If DXA is not available to patients under age 50 (or in women less than 65 and men less than 70 if the HIV-specific recommendations are not accepted by insurance companies), then it cannot be used to detect and treat BMD losses before fracture occurs. BMD loss is silent, causing no symptoms until a fracture results, and cannot be detected unless DXA is used routinely for surveillance.

---

[70] McComsey Report at 3.

[71] *See* Dobs Report at 6.

[72] McComsey Report at 5.

[73] McComsey Report at 9.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

53.    "*It is useful to remember that bone density changes are typically slow, so any unexpectedly large discrepancy must be closely evaluated to rule out technical issues skewing the results.*"[74]

54.    While BMD changes are typically slow, BMD losses for patients taking TDF occur much more quickly compared to patients not taking TDF. Dr. McComsey herself has acknowledged BMD loss rates are higher for patients taking TDF, as shown by studies suggesting a 2-4% loss over the first year.[75] In the GS-99-903 study, 33% of TDF-treated patients experienced a >5% decline in lumbar spine BMD during a period of 144 weeks, while 13% of TDF-treated patients experienced a >7% decline in total hip BMD.[76]

55.    " … *it is almost always impossible to determine with any certainty the degree to which any individual factor contributed to that patient's bone loss.*"[77]

56.    In a randomized controlled clinical trial of sufficient size, patient variables are balanced between the arms such that any differences between treatment and active comparator, or treatment and placebo, are attributable to the treatment being studied. There is no doubt from randomized clinical trials that TDF causes more BMD loss than placebo or active comparator, which Dr. McComsey admits in her report and in her 2010 guideline.[78]

57.    " … *bone loss and osteoporosis are silent conditions unless they result in clinically*

---

[74] McComsey Report at 9.

[75] McComsey Report at 13.

[76] Kovacs Report at 80-81, citing GILREG01833666 and GILREG01834037.

[77] McComsey Report at 7.

[78] McComsey Report at 13 and McComsey 2010.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

*significant fractures. This is why screening at-risk populations [with] bone density is so important: it is preferable for the patient to identify and ameliorate the increased risk before any fracture occurs.*"[79]

58.     The statement is correct but the point is impractical given that DXA use is restricted by insurance companies and there is a general lack of its availability. Limited access to DXA is even worse where payors refuse to accept guidelines that suggest DXA should be used in HIV+ patients who are younger than the ages recommended for screening in the general population.


59.     "*No governmental agency or professional society currently recommends routine screening of bone mineral density in male patients without risk factors such as HIV infection.*"[80]

60.     This statement is confusing; it appears that Dr. McComsey may have meant the opposite, that no government agency or society recommends screening male patients **with** risk factors such as HIV infection. In fact being HIV+, whether male or female, is an indication to do BMD screening, while consensus guidelines cited by both experts recommend all males (whether HIV positive or negative) to be screened at age 65 and older. Her 2010 guideline recommended BMD screening in HIV+ patients and specifically recommended stopping TDF if the BMD Z score was -2.0 SD or lower, which could only be determined by BMD screening. Furthermore, as noted earlier, the ISCD (which sets the international standards for use of DXA to measure BMD) recommends BMD screening in patients with disease, conditions, or treatments known to cause BMD loss.[81] TDF is known to cause greater bone loss than other HIV treatments, as Dr.

---

[79] McComsey Report at 9.

[80] McComsey Report at 9.

[81] ISCD. Updated 2013 Official Positions of the International Society for Clinical Densitometry. West Hartford, CT: ISCD; 2013.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

McComsey specifically stated in her 2010 guideline.

61.     "...*it is generally easier to prevent further bone loss than it is to rebuild bone, which again highlights the importance of screening and early identification of bone loss. Thus, a primary goal ... is to decrease the risk of future fracture by maintaining current bone density levels*."[82]

62.     Once again, if DXA is not available due to insurance restrictions or because clinicians don't know they should be using it in HIV+ (and especially TDF-treated) patients, then this recommendation is practically meaningless since patients don't have access. Moreover, by asserting earlier that TDF-induced BMD losses are "minor," Dr. McComsey's language undermines the value of DXA scans for HIV+ patients and certainly offers no support for the notion that insurance payors should expand access. Her statement contradicts her own 2010 guideline that recommends stopping TDF if BMD losses result in a Z score of -2.0 in any individual patient. If the losses are "minor" then why recommend stopping TDF, and how can the BMD loss be detected if DXA cannot be done due to restrictions on access?

63.     "*Every patient diagnosed with low bone density or osteoporosis should undergo a medication review, and the provider should consider stopping or changing any medications that are suspected to be associated with bone loss*."[83]

64.     Switching from TDF would be a consideration and Dr. McComsey's 2010 guideline specifically suggested switching from TDF. Several clinical studies have confirmed that

---

[82] McComsey Report at 9.

[83] McComsey Report at 9.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

switching away from TDF allows bone recovery, including one by Dr. McComsey and others that she cited.[84]

65.     "*Osteomalacia in children is usually due to nutritional deficiencies and in extreme cases can lead to rickets. In adults, osteomalacia can be related to severe vitamin D deficiency or renal disease.*"[85]

66.     As I explained in Kovacs Report, osteomalacia is due to a bone deficit in calcium, phosphate, or both. Renal wasting of minerals will cause osteomalacia, and TDF was confirmed to cause renal phosphate and calcium wasting in preclinical studies, and renal phosphate wasting in GS-99-902 and GS-99-907 before Gilead stopped monitoring for it. This is also why Dr. McComsey's 2010 guideline specifies assessing renal phosphate excretion in TDF-treated patients who have experienced significant loss of BMD.

67.     "*Because of the increased incidence of bone loss in patients with HIV, several authors have recommended expanding DEXA screening protocols beyond those promulgated by the WHO and the AACE. The current recommendations, adopted by the Infectious Disease Society of America and the European AIDS Clinical Society, include screening all men with HIV over age 50 and all postmenopausal women with HIV.*"[86]

68.     As mentioned at the beginning of this section, it is notable that Dr. McComsey's 2010 article singled out TDF as being particularly problematic for bone loss and renal phosphate

---

[84] McComsey 2010.

[85] McComsey Report at 10.

[86] McComsey Report at 11.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

wasting.[87]

69.     "*So it is not surprising that the association between TDF and mild to moderate bone loss was not fully appreciated in humans until TDF had been in use for several years*."[88]

70.     Had Dr. McComsey reviewed the clinical trial data from Gilead, it would be evident that the effect of TDF to cause bone loss had been confirmed prior to it being marketed. The pivotal GS-99-903 study also showed significant bone loss vs. active comparator at its primary outcome of 48 weeks, and again at 144 weeks and 288 weeks. The use of the phrases "mild" and "moderate" are inappropriate given the speed and magnitude of the loss, and that 33% of TDF-treated subjects experienced a predefined clinically significant (>5%) loss of lumbar spine BMD by 144 weeks in the GS-99-903 study.

71.     "*Younger patients on TDF have been shown to have greater decreases in bone density than older patients, but this decline is less likely to be clinically significant because younger patients have denser bones to begin with …. Additionally, this bone loss is less likely to be recognized because DEXA scans are rarely ordered for younger patients*."[89]

72.     Younger patients do have a lower fracture risk than older patients, but any sustained bone loss or failure to achieve a normal peak bone mass will contribute to a further increase in fracture risk as the patient ages. Dr. McComsey's dismissal of pediatric bone loss as unimportant contradicts the remarks of Dr. Dobs, who correctly noted the "crucial" importance of reaching a good peak bone mass, and how osteoporosis in older adults is considered to originate as a pediatric

---

[87] McComsey 2010.

[88] McComsey Report at 12.

[89] McComsey Report at 13.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

disease.[90] The remark by Dr. McComsey emphasizes again that bone loss won't be detected in younger patients because of infrequent use of DXA.

73.     "*In addition to the mechanisms proposed for antiretrovirals as a class, it has been hypothesized that one mechanism for bone loss involves TDF-induced phosphate wasting in the kidneys, but that has not been consistently demonstrated*."[91]

74.     This is contradicted by Dr. McComsey's own 2010 guideline that specifically advised assessing renal phosphate excretion in TDF-treated patients who have developed osteopenia or osteoporosis. The preclinical and clinical Gilead studies did show renal phosphate wasting and hypophosphatemia (although the significance of the data for GS-99-907 was kept unrevealed for many years), and subsequent independent clinical reports confirmed it.

75.     "*My review of the FDA-approved labels for TDF-containing medications confirmed that these labels included increasing information about the bone effects of TDF*."[92]

76.     It would have been more informative for Dr. McComsey to have reviewed the primary clinical trial data instead, which showed that TDF induces BMD loss, renal phosphate wasting, and the development of hypocalcemia and hypophosphatemia. The labels are not so useful. It took until August 2008 for the label to specifically acknowledge the high percentage of TDF-treated subjects who experienced >5% losses of BMD during the GS-99-903 study, despite this information being available in August 2002 and in final form by August 2004.[93] Further

---

[90] Dobs Report at 10.

[91] McComsey Report at 13.

[92] McComsey Report at 13.

[93] Viread label, August 2003, *available at* https://www.accessdata.fda.gov/drugsatfdadocs/label/2003/21356se5-003_viread_lbl.pdf; Viread label, August 2008, *available at*

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

discussion about the vague information the labels contained can be found below in Section B, the response to the Gilead FDA Reports.

77.     "*If there is an increased risk of fracture associated with HIV, it is likely to be due to comorbidities associated with HIV, such as weight loss and frailty, not low bone density.*"[94]

78.     BMD loss increases the risk of fracture in any patient. It is nonsensical to suggest that resorbing the microarchitecture of the skeleton will not affect bone strength and, thereby, fracture risk in HIV+ patients. This is analogous to claiming that removing steel girders and concrete blocks from a building's inner structure will be detrimental to some but not all buildings.

79.     "*It is impossible, however, to untangle the exact contributions to bone loss of HIV and the medications used to treat HIV.*"[95]

80.     The randomized controlled clinical trials by Gilead and independent investigators showed the TDF causes bone loss compared to placebo and active comparators, including a study done by Dr. McComsey.[96] There is nothing to untangle in such comparisons: use of TDF was the cause. It is in post-marketing surveys and epidemiological studies that it is more difficult to determine causes.

81.     "*A further consideration in the risk-benefit analysis is the fact that changes to bone are slow and modest, can be monitored, and can be treated. Therefore, even if a patient*

---

https://www.accessdata.fda.gov/drugsatfda_docs/label/2008/021356s025lbl.pdf and Kovacs Report at 80-81, citing GILREG01789453, GILREG01833666, and GILREG01834037.

[94] McComsey Report at 14.

[95] McComsey Report at 15.

[96] Kovacs Report at 72-73, 78-88, 93-103, and 112-121.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

*experiences bone loss in association with the use of TDF, that bone loss can be identified before it becomes an increased risk for fracture… In my professional opinion, the benefits of effective antiretroviral therapy with TDF almost always outweigh its risks to bone, particularly since those risks can be monitored and ameliorated.*"[97]

82.     Dr. McComsey's concluding remarks repeat the ongoing contradictions…if BMD changes cannot be monitored, then it is not possible to identify BMD losses before fractures occur, or to treat those losses. Instead, it may be reasonable to use effective HIV treatments that are not associated with the same degree of bone loss that TDF causes.

83.     "… *while disuse can lead to thinner bones. In addition to these macroscopic changes to bone ...*"[98]

84.     The bones of an osteoporotic person are NOT macroscopically or visibly thinner. The changes are at the microscopic level where cortical bone becomes porous, and where the cross-connections (trabeculae) of trabecular bone are fewer and thinner.

85.     "*On a population basis, women have a lower bone mineral density than men… In men, testosterone is the primary hormone regulating bone density*"[99]

86.     Men and women have the same average BMD when properly measured by volumetric devices; men simply have thicker or larger bones than women. It is the artifact of two-dimensional "areal BMD" by DXA that leads to an apparently higher BMD value in men.[100] Also,

---

[97] McComsey Report at 16.

[98] McComsey Report at 2.

[99] McComsey Report at 3.

[100] Kovacs Report at 44-47.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

it is estradiol, the female sex steroid, and not testosterone that has the greatest effect on maintaining bone density in men.[101]

87.    "*The raw data from a DEXA scan is reported as grams of mineral per square centimeter of bone area, but that data is rarely useful to the clinician.*"[102]

88.    In contrast to Dr. McComsey's erroneous statement, these g/cm$^2$ values are the primary data used by the clinician and radiologist to determine if there has been a significant change in BMD from one reading to the next in the same patient. Also, the FRAX model preferentially uses the 4-digit g/cm$^2$ data rather than the derived 2-digit T score for more accuracy. As I discussed in the Kovacs Report, the T scores (which Dr. McComsey claims are the useful data) are NOT to be used to compare one measurement to the next.[103] The BMD in g/cm$^2$ can change significantly without any change in T score. The T score is useful only for determining if the level of BMD is in the normal, low, or osteoporotic range in individuals over age 50. The Z score serves the same purpose in individuals under age 50, as well as identifying adults whose BMD is much lower than expected for age (and, therefore, in need of investigations to rule out secondary causes of bone loss and osteoporosis).

89.    "*For clinical purposes, a T-score equal to or greater than -1.0 is considered normal*."[104]

90.    As noted above in response to Dr. Dobs, above +2.0, the T score is not normal but

---

[101] Kovacs Report at 24.

[102] McComsey Report at 5.

[103] Kovacs Report at 44-49.

[104] McComsey Report at 7.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

in keeping with sclerosing bone disorders and osteopetrosis, which cause fragility because the bone is unable to yield in response to a load (i.e., brittle). The lumbar spine BMD can also become high due to osteoarthritis, a calcified aorta, and conditions such as ankylosing spondylitis, and in all these conditions the high value is not indicative of stronger bone.

91.     "*In general, DEXA is predictive of about half of an individual's fracture risk.*"[105]

92.     This is misleading and incorrect as explained in response to Dr. Dobs's report above, wherein Dr. Dobs claims that BMD by DXA predicts only 15% of fracture risk.[106] The portion of fracture risk explainable by BMD varies by age, population studied, and other factors.

93.     "*As discussed above in association with bone loss of any etiology, there is not a direct relationship between bone density score and fracture risk.*"[107]

94.     This is woefully incorrect, and echoes Dr. Dobs's earlier erroneous claim that there is no linear relationship between BMD and fracture risk.[108] If this were true, BMD would not be a key variable in fracture risk calculators. Instead, there is a direct curvilinear relationship between BMD and fracture risk, which is what makes the FRAX model so effective when a femoral neck BMD value is input. Without a femoral neck BMD reading, the FRAX model is far less accurate to predict fracture risk. One can keep all the values in a theoretical patient constant and change only the BMD values to illustrate the relationship between BMD and fracture risk.

---

[105] McComsey Report at 7.

[106] *See* Para. 28-29 *supra.*

[107] McComsey Report at 11.

[108] *See* Para. 28-29 *supra.*

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

### 3.    Conclusion

95.    The Reports by Dr. Dobs and Dr. McComsey are flawed. Neither individual reviewed the original study protocols and clinical study reports which contained pervasive problems with methodologies, data collection, and data quality that I detailed in the Kovacs Report. Both experts claimed that bone loss was largely due to HIV rather than TDF, ignoring the principles of why randomized controlled clinical trials are done, and specifically that the randomized comparisons of TDF to placebo or comparator confirmed that TDF causes greater bone loss, with up to 33% of TDF-treated patients experiencing a predefined clinically significant degree of bone loss. The failure to see an increase in fractures on TDF is not proof that TDF does not cause fractures, but instead the result of the Gilead studies not being designed or powered to detect fractures (too small, too short, and no radiological monitoring for spine fractures in place).

96.    Both experts commented extensively upon the product labels, but the fine details about studies in lengthy labels are not likely to be seen by most clinicians, who will instead focus on whether there are any contraindications to use of a drug, or warnings for specific patient subgroups.

97.    Finally, both experts made repeated remarks that adverse effects of TDF on the skeleton can be avoided by using BMD monitoring to detect those who are losing the most BMD, while Dr. McComsey's clinical guideline also advised measuring renal phosphate excretion in such TDF-treated subjects. But since neither routine BMD surveillance nor monitoring of renal phosphate excretion can be done in most patients due to lack of guidelines or reimbursement by insurers, then these statements have no practical result for most patients. Unless BMD monitoring is done, those who lose the most BMD will do so silently until a fracture occurs.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

**B.    The Gilead FDA Reports Offer Insight into FDA Policies and Procedures, But No Substance Where Bone and Renal Safety of TDF Are Concerned.**

98.    The Gilead FDA Reports largely discuss operational and legislative aspects of the FDA, including how the FDA interacts with pharmaceutical companies during the development of new drugs. I will focus on responding to several comments in which Dr. Jarow and Dr. Egan inaccurately describe the evidence that TDF had adverse effects on phosphate and bone metabolism. As with the aforementioned Gilead Reports, neither expert reviewed the primary data, but instead relied upon summary reports that concealed or misrepresented data.

**1.    The Jarow Report**

99.    Dr. Jarow is not an expert in calcium and bone metabolism or osteoporosis, but a former FDA officer whose employment began well after the pivotal Gilead studies were completed and TDF was marketed. His report provides factual information about FDA policies and procedures, but glosses over important details about data pertaining to bone or renal safety of TDF, and betrays a lack of understanding about its significance.

**Paragraph 11: "*I have not seen any evidence that Gilead withheld data from FDA or that FDA failed to consider applicable data regarding those medications.*"**

100.    Dr. Jarow failed to review the original protocols and clinical study reports containing the primary data pertaining to TDF and bone safety, but instead only reviewed summary publications and evolving product labels for TDF. As discussed above in my analysis of Dr. Dobs and Dr. McComsey's reports, without reviewing these primary sources, and without more expertise in phosphate and bone metabolism, Dr. Jarow cannot address the substantial problems in methodologies, data quality, data interpretation, and lack of power, that affect the reliability of the results in these studies. Dr. Jarow does not address the fact that critical data that should have been

highlighted in the clinical study reports were erroneously dismissed as unimportant, were buried in a table, or were summarized in a selective manner that obscured concerning findings. By being obfuscated in such a manner, such data were effectively withheld from the FDA.

101.    First, as I noted in the Kovacs Report and previously discussed in Paragraph 11, the initial report of the 902 Study showed time and dose-dependent losses of mean BMD that reached -1.66% at 48 weeks in the high-dose TDF group, while the former placebo group abruptly lost 4% of BMD between 24 to 48 weeks after switching to TDF.[109] But in subsequent reports, Gilead chose to show median instead of mean changes in BMD, which eliminated the apparent time-and-dose-dependent loss of BMD.[110] In later reports of the 902 Study, they showed only pooled results from an "all TDF group" that made the BMD changes appear similar to placebo by averaging the results from the low, medium, and high-dose TDF groups together.[111] Again, the generally accepted standard is to report mean results, which Gilead did for reports of BMD changes in the 903 and 907 Studies.[112] However, for most reports of the earlier 902 Study, Gilead selectively quoted the more favorable-appearing median results without justifying it.[113]

102.    Second, the much larger 903 Study not only confirmed that a statistically significant decrease in BMD occurred in the TDF group over the first 48 weeks, but found that 33% of TDF-treated subjects experienced a reportable >5% loss in BMD of the lumbar spine during the entire 144 weeks.[114] This finding was buried in a table and not reported in the summary or conclusions

---

[109] See Para. 11 supra.

[110] See Para. 11 supra.

[111] See Para. 11 supra.

[112] See Para. 11 supra.

[113] See Para. 11 supra.

[114] See Para. 14 supra.

of the Clinical Study Report.[115] Gilead had defined "clinically significant bone abnormalities" to mean bone fractures or declines in BMD that met a certain threshold (e.g., >7%, and later, >5% at the lumbar spine).[116] But when the 903 Study found a 33% incidence of clinically significant BMD loss, the definition of "clinically significant bone abnormalities" was effectively changed to mean fractures only.[117] Also Gilead indicated to the FDA in 2001 that fractures were the only clinically important bone outcome it was considering.[118] It is inappropriate to change definitions of outcomes in the midst of a study, and in this instance the definition change prevented attention being paid to the percentage of subjects who experienced a marked change in BMD.[119] The high percentage of subjects experiencing reportable BMD loss was eventually added to the product label in 2008.

103.    Third, this was not the only time Gilead changed definitions on bone safety outcomes during its studies. When a child had sustained lumbar spine BMD losses of 6.5% and 5.0% at two consecutive measurements in the GS-01-926 study, Gilead claimed the BMD loss had "resolved" because the second value was not >6%, and despite Gilead knowing that a 1.5% difference between consecutive measurements is not significant (lies within the LSC) for an individual subject.[120] In another subject in the same study, BMD loss was >6% on three occasions, but because the measurements were not consecutive, Gilead claimed the patient had not suffered a reportable level of BMD loss.[121] It is also puzzling that for its pediatric studies, the level of BMD loss that Gilead considered reportable (>6% at the lumbar spine) was even greater than in its adult

---

[115] See Para. 14 *supra*.

[116] See Para. 14 *supra*.

[117] See Para. 14 *supra*.

[118] See GILTDF110100856644.

[119] See Para. 16 *supra*.

[120] See Kovacs Report at 97.

[121] See Kovacs Report at 97.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

studies (>5%). BMD should be constantly increasing in children and adolescents with no losses encountered. Thus, an allowable loss of up to 6% in a study protocol is of even greater magnitude considering that the BMD should have increased, not decreased, at all measurements.

104.    Fourth, although TDF caused increased fractional excretion of phosphate in the 902 Study, Gilead told the FDA that TDF did not cause increased fractional excretion of phosphate in the larger 907 Study, and concluded that phosphate wasting was no longer a concern.[122] But Gilead later admitted in an internal memo that there was a "very statistically significant" worsening of fractional excretion of phosphate on TDF in the 907 Study.[123] Thus, the two studies that measured fractional excretion of phosphate (902 and 907) both showed statistically significant worsening of phosphate excretion caused by TDF. Such phosphate wasting was consistent with the findings from the preclinical studies and could explain the bone demineralization demonstrated in the 902 and 903 Studies, and lead to fractures. Despite the data from the 902, 903, and 907 Studies, it was not until the 2008 revision of the product label, which integrated seven years of post-marketing experience, that the following warning was added: "Cases of osteomalacia (associated with proximal renal tubulopathy) have been reported in association with the use of VIREAD."[124]

105.    Finally, the FDA repeatedly voiced concerns about bone safety of TDF over the longer term and wanted further examination of this in phase III studies.[125] Gilead repeatedly refused and suggested instead that this be done in post-marketing phase IV.[126] Gilead also dropped BMD monitoring from 300 to only 25 subjects in the large and pivotal 907 (phase III) study, thus

---

[122] Kovacs Report at 85-86, citing GILTDF112102663802 and GILTDF114306326411.

[123] Kovacs Report at 86, citing GILTDF112102663800.

[124] Viread label, August 2008, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2008/021356s025lbl.pdf.

[125] Kovacs Report at 75-76, 91-93.

[126] Kovacs Report at 75-76, 91-93.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

preventing independent confirmation of the magnitude of BMD losses that TDF would cause.[127]
Dr. Jarow noted in paragraph 12 that "Accelerated approval [which Gilead sought and obtained]
is not a shortcut for the recommended safety evaluation of a drug."[128] But when the time came for
those phase IV studies, Gilead did not do the bone safety monitoring at all.[129] There were only
open-label extension phases of the phase III studies, which studied bone safety in only a small and
dwindling subset of subjects.

**Paragraph 52: "*Unlike with adefovir dipivoxil, however, TDF's premarket clinical study
program did not reveal clinically significant renal or bone toxicity in the controlled trials.*"**

      106.    As noted in the preceding comments and in the Kovacs Report, the original data
shows that this comment is incorrect. Dr. Jarow cited a different summary report to support his
assertion that there was no clinically significant renal or bone toxicity.[130] Within that document,
Table 10.2.C presents selected BMD data from the 902 Study, but key data (the two lower doses
of TDF, and the 300 mg dose effect at 48 weeks) have been eliminated such that the dose-and-
time-dependent decline in mean BMD caused by TDF during the first 48 weeks is no longer
seen.[131] Also lost in this data presentation is the abrupt 4% loss in BMD that the placebo group
underwent between 24-48 weeks after switching to TDF.[132] The "All Tenofovir" data pools the
lesser losses of BMD on lower doses of TDF (plus the original placebo group after crossover to
TDF) with the greater losses of BMD caused by the high-dose TDF. Such a presentation obfuscates

---

[127] Kovacs Report at 84-88.

[128] Jarow Report at Para. 12.

[129] Kovacs Report at 75-76, 91-93.

[130] Jarow Report at fn. 30 (citing https://www.accessdata.fda.gov/drugsatfda_docs/nda/2001/21-
356_Viread_medr_P2.pdf).

[131] *Id.*

[132] Kovacs Report at 72-73.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

the effect of TDF to cause BMD loss. The data of the "All Tenofovir" group at 72 and 96 weeks are not relevant due to dropouts and exclusion of all but 17 of the original 62 subjects; subjects who lost the most BMD were no longer present, leading to an apparent stability of BMD that may be only artifact of following the subset of subjects who did better.[133] Thus, the Table Dr. Jarow cited is a gross misrepresentation of data from the 902 Study.

107.    Dr. Jarow did not define what he meant by "clinically significant renal or bone toxicity." However, Gilead defined it to mean both fractures and losses of BMD that met certain threshold values.[134] As noted above, the prespecified clinically significant threshold loss of >5% in the lumbar spine was observed in 33% of TDF-treated subjects in the 903 Study.[135] That was clinically significant evidence of bone toxicity, which Dr. Jarow ignored. Furthermore, Dr. Jarow ignores that these Gilead studies were too underpowered to detect a difference in fracture outcomes. Notably, the FDA recently accepted BMD change as a surrogate for fracture outcomes in osteoporosis clinical trials, wherein a 1.42% change in BMD at the lumbar spine over three years was associated with a clinically significant difference in fracture outcomes.[136] A >5% loss in 48 weeks greatly exceeds that clinically significant minimum change in BMD, as do the mean losses of 2-4% that Dr. Dobs and Dr. McComsey admitted occur with TDF.

108.    It is also notable that at a pivotal October 2001 meeting with the FDA, Gilead presented pooled BMD data from the 902 and 907 studies, without acknowledging that the 907 study had done BMD monitoring in only 25 instead of the intended 300 subjects.[137] Gilead stated

---

[133] Kovacs Report at 72-74.

[134] Kovacs Report at 80-81, citing GILREG01833666 and GILREG01834037.

[135] *Id.*; *see also* Para. 11 *supra*.

[136] Black DM (2010).

[137] *See* GILTDF110100856644.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

that the pooled data showed a 2% loss of BMD on placebo as compared to a gain on TDF, but the FDA experts pointed out that the pooled data did not show that; instead, a small gain on placebo and small loss on TDF were evident.[138] Gilead then said it was the 902 data that showed the 2% loss on placebo but were unable to produce it in response to questioning.[139] In fact, it was the aforementioned median results of the 902 study to which Gilead referred, whereas the mean results of the 902 study showed the dose-and-time dependent loss of BMD referred to already.[140] FDA's expert Dr. Henry Bone later remarked that the pooled BMD data were "somewhat comforting…had we seen a problem [of BMD loss] based on the very limited short-term, small number of patients, we would have really been in trouble."[141] But the mean data from 902 did show BMD loss, and so the signal of trouble was already there but hidden from the FDA panel.

**Paragraph 61: Dr. Jarow cites FDA regulations and infers that there were no data to suggest that renal or bone safety monitoring should be recommended in the product labels.**

109.    Dr. Jarow noted that "…the potential for bone abnormalities was a long-term safety concern for FDA and this issue was discussed in depth at a public advisory committee before approval of Viread®. Experts on the advisory committee recommended patient monitoring for signs of osteomalacia in those subjects who may be at risk. Dr. Jarow states that the FDA declined to follow that recommendation but requested further investigation of this issue postmarket."[142] It is notable that the committee with expertise in bone metabolism and osteoporosis was concerned about bone safety of TDF, and they wanted monitoring (BMD, blood and urine tests) for ALL

---

[138] *See* GILTDF110100856644.

[139] *See* GILTDF110100856644.

[140] *See* Para. 11-12 and 101 *supra.*

[141] *See* GILTDF110100856644.

[142] Jarow Report at Para. 65.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

patients treated with TDF and not just an "at risk" subset.[143] Moreover, Dr. Jarow acknowledges that the FDA wanted the issue investigated "postmarket," which means the aforementioned phase IV studies. Gilead had argued to relegate investigation of bone safety to phase IV instead of phase III studies. But again, when the phase IV studies were implemented, Gilead dropped the planned bone safety monitoring, and so it was not done.

110.    Monitoring for signs of osteomalacia would primarily have required baseline and follow-up measurements of BMD to detect a decrease, as well as monitoring of 24-hour urine phosphate to detect an increase in fractional excretion of phosphate. Again, BMD measurements cannot be done routinely in the United States for most TDF-treated patients because they do not meet the reimbursement criteria or osteoporosis screening guidelines, while fractional excretion of phosphate is an esoteric test that most clinicians would not know about. Without specific directions from Gilead or FDA to monitor BMD and measure phosphate excretion, there would be essentially no effective monitoring for the emergence of osteomalacia. Patients who were in trouble would be picked up on the basis of bone pain and fractures rather than a decline in BMD or worsening phosphate excretion.

**Paragraph 68:** *"On the other hand, data from the clinical trials, at the time FDA approved Viread, did not support a recommendation for the type of tests and frequency of laboratory testing for renal function."*

111.    As previously discussed, experts on the FDA's advisory committee stated that such monitoring was needed for all TDF-treated patients based on data from the clinical trials.[144] It is also worth recalling that the phosphate wasting confirmed in the 907 Study was presented to the

---

[143] *See* GILTDF110100856644.

[144] *See* GILTDF110100856644.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

FDA in October 2001 as not being statistically significant (and despite direct questioning by FDA expert Dr. Henry Bone who thought that it appeared significant);[145] in the November 2001 Clinical Study Report without any indication that it was a statistically significant result;[146] and in the September 2004 Clinical Study Report it was erroneously described as not confirming that TDF alters fractional excretion of phosphate.[147] That it was statistically significant was not confirmed until a December 2010 internal memo; whether that result was ever conveyed to the FDA is not clear. Had the correct result been relayed to the FDA in a timely manner in 2001, the expert committee's recommendation to have bone safety monitoring might have been implemented.

**Section VIII Which Discusses U.S. Labeling Must be Based on Clinical Data**

112.    Dr. Jarow noted that the product label advised "In patients with chronic kidney disease, also assess serum phosphorus."[148] This recommendation will not detect osteomalacia due to phosphate wasting, because chronic kidney disease leads to impaired phosphate excretion, which results in *hyper*phosphatemia to develop—not *hypo*phosphatemia. The recommendations in the label were confusing because there was an attempt to recommend monitoring for potential drug toxicity that might cause renal failure and hyperphosphatemia, but not TDF-induced renal phosphate wasting, which is quite different. Furthermore, renal phosphate wasting can occur without a reduction in serum phosphate; renal phosphate excretion needs to be directly assessed.

---

[145] *See* GILTDF110100856644.

[146] *See* Kovacs Report at 90, quoting GILTDF112102663802, Table 52.23.

[147] Kovacs Report at 90, quoting GILTDF114306326411.

[148] Jarow Report at Para. 78.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

**Paragraph 83:** *"FDA provides only high-level guidance in product labeling when there is no affirmative information regarding the specific tests that might need to be performed and the frequency testing. Therefore, in the case of TDF, the more generalized recommendation for renal and bone monitoring was appropriate and consistent with FDA policy."*

113.    Gilead provided vague statements about renal and bone safety monitoring and not the needed specific recommendations to measure BMD at baseline and after a follow-up interval, or to measure fractional excretion of phosphate. The average clinician would be unable to order either test and would likely think that if the serum calcium or phosphate are normal, then there can be no deficit in calcium or phosphate (which is untrue). As explained in my report, the normal physiology of calcium and phosphate is that serum levels are maintained in the normal range unless there is a more marked deficit in the balance of either, but bone loss can occur despite normal serum levels of either mineral.[149] The "generalized recommendation for renal and bone monitoring" was ineffective by failing to recommend any of the needed tests.

114.    The FDA's expert committee had recommended doing the following at baseline and at least three months later in all TDF-treated subjects: serum calcium, phosphate, alkaline phosphatase, parathyroid hormone, 25-hydroxyvitamin D, calcitriol; BMD of the spine, hip, and wrist; and 24-hour urine calcium and phosphate.[150] FDA experts Dr. Bone and Dr. Barbara Lukert indicated these tests were necessary because the required bone safety data were "absent" from the Gilead clinical trials.[151] However, as discussed in the preceding paragraphs, the data presentation prevented signals of harm from being seen by the FDA (bone loss in 902, hypophosphatemia and renal phosphate wasting in 907), and likely caused the FDA not to implement these recommendations. The BMD data from the 903 study were not yet reported to the FDA.

---

[149] *See* Kovacs Report at 14.

[150] *See* GILTDF110100856644.

[151] *See* GILTDF110100856644.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

**Paragraph 84:** *" … the U.S. labeling for Gilead's TDF-containing medications adequately reflected the known safety information…"*

115.    The labeling did not clearly establish that a dose-and-time-dependent reduction in BMD occurred in the 902 and 903 Studies, and that 33% of subjects lost >5% of spine BMD in the 903 study. Data from 903 at 48 weeks was available a month before the initial product label was finalized. Nor was any context given to explain why such a loss could be alarming, such as noting that BMD is normally stable from young adult to age 50 in women, or up to age 60 in men, and that losses of >2% per year of BMD are considered excessive and warrant investigation to determine the cause. The labeling did not establish that significantly increased renal phosphate excretion had been confirmed in the 902 and 907 studies, and that such a change could lead to bone mineral depletion and increased risk of fractures. Nor did the label reveal that in order to detect bone loss or renal phosphate wasting, it would be necessary to do BMD surveillance by DXA, and measure fractional renal phosphate excretion on 24 hour urine collections.

### 2.    The Egan Report

116.    Dr. Egan is not an expert in calcium and bone metabolism or osteoporosis, but a former FDA officer whose employment began years after the development and approval of TDF. Her report provides factual information about FDA policies and procedures, but little substance or understanding about key data pertaining to TDF's effects on phosphate metabolism and bone.

**Page 7: Seen** *"no evidence that Gilead withheld or misrepresented data pertinent to FDA's review and approval of a TDF or TAF submission…"*

117.    See the response to Dr. Jarow's paragraph 11 above (paragraph 100 of this report) for examples of data withheld or misrepresented. Moreover, in the Kovacs Report I detailed the many methodological problems that tainted the quality of calcium, phosphate, and bone-related

data. Without the FDA being fully aware of the methodological problems, the data were effectively misrepresented as high quality when they were not.

**Page 7: Gilead's labeling** *"was supported by the data as it existed and evolved over time"*

118.    See the responses to Dr. Jarow in all sections, above.

**Paragraph 108:** ***"Clinical trials of Viread were designed to detect potential renal and bone safety signals." and the subsequent discussion of published papers re 901, 902, 907, 903***

119.    Dr. Egan evidently did not review the original study protocols in depth or the original data as shown in the clinical study reports, without which it is impossible to adequately assess the data. Furthermore, it would be difficult for anyone to peer review those protocols and the data without having expertise in calcium, phosphate, and bone metabolism. I have discussed the methodological problems with data collection and quality in the Kovacs Report and in this Rebuttal Report.

120.    Dr. Egan described that in the 902 study, *"There was no 'statistically significant' changes in bone mineral density"* but evidently did not review the original data which showed a strong dose-and-time-dependent signal for TDF inducing bone loss. With respect to the much larger 903 Study, she stated that *"[d]ecreases in bone mineral density were small and largely nonprogressive."* In fact, TDF caused a mean 3.3% decline in lumbar spine and a 3.2% decline in total hip BMD over 48 weeks, which are excessive losses and not small. Beyond 48 weeks, fewer subjects were followed and so it is uncertain whether the BMD losses continued or stabilized due to the bias of a "healthier cohort" being followed in the extension phase of any study.

121.    Dr. Egan also noted that "*TDF use was associated with bone mineral density loss during some of the clinical trials. Those clinical trials did not establish that any such bone mineral*

*density loss was clinically significant, as these studies did not demonstrate any clinical sequelae, like bone fractures, from these laboratory abnormalities.*" As noted above in the response to Dr. Jarow, the FDA has since accepted that a lumbar spine BMD change of only 1.42% and a total hip BMD change of only 3.18% over three years are significant in predicting fractures; the losses of BMD induced by TDF exceeded this and were more rapid by occurring in 24 to 48 weeks. Furthermore, the Gilead studies had insufficient subjects compared to the estimated 8,000 or more needed over three years to have sufficient power to detect if fractures were increased by use of TDF vs. placebo or active comparator.

122.    Average or mean loss of BMD was 3.3% in the 903 study, which means that approximately half of subjects will have lost even more BMD than this. The greatest losses were 15.5% in the lumbar spine and 15.9% in the total hip. That is a horrendous loss of BMD that could result in immediate fragility, and which is obscured when only mean losses are considered, as Dr. Egan has done. It is not the entire cohort of TDF-treated subjects that are at risk but the subset who lose the most BMD, and they cannot be identified without doing BMD surveillance.

**Paragraph 109: *"There was no evidence of renal toxicity observed in the clinical trials of Viread."***

123.    This is incorrect. The 902 and 907 studies showed statistically significant worsening of the fractional excretion of phosphate. Only a small deficit in phosphate balance is needed to cause progressive loss of bone mineralization. Up to 37% of subjects in 902 developed hypophosphatemia, which is a delayed response to renal phosphate losses. That hypophosphatemia occurred despite contamination of the data from subjects taking oral phosphate supplementation. The Gilead studies did not use 24-hour urine collections that are needed for rigorous determination

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

of fractional excretion of phosphate, but instead used spot urines that are much more variable and thereby create more noise in the data.

**Paragraph 123:** *"When Viread® was first approved, FDA required Gilead to undertake certain postmarketing commitments and confirmatory trials… A list of the post-marketing commitments that Gilead undertook (including those related to bone and renal safety) are tabulated in Appendix A."*

124.    Gilead did not initiate any phase IV trials to examine bone safety, despite its earlier insistence to FDA that it wanted these done in phase IV rather than phase III. Instead, the open-label phases of existing trials were continued but with a smaller and smaller subset of subjects having BMD monitoring done. The 910 study simply consisted of the few subjects from 902 and 907 who remained to have BMD monitoring done; there were just 7 subjects at the end. There was no comparator group for any of these extension studies. Following subjects in this manner leads to the bias of a healthier cohort; sicker individuals, and those with greater BMD loss, would have been dropped. Studies done independently of Gilead in the post-marketing phase confirmed that TDF caused more BMD loss than other HIV drugs, including tenofovir alafenamide (TAF).[152]

**Paragraph 125: label approved with Viread approval in Oct. 2001** *"reflect[ed] then-available data[.]"*

125.    The label did not relay the 902 study results that showed a time-and-dose dependent loss of BMD over 48 weeks, renal phosphate wasting, and 37% incidence of hypophosphatemia in TDF-treated subjects. Nor did it make clear that the FDA was concerned about loss of BMD or the possibility of fractures developing in the long term.

---

[152] *See* Kovacs Report at 116-120.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

126.    With respect to preclinical data, the original label indicated "In monkeys the bone toxicity was diagnosed as osteomalacia. Osteomalacia observed in monkeys appeared to be reversible upon dose reduction or discontinuation of tenofovir. In rats and dogs, the bone toxicity manifested as reduced bone mineral density. The mechanism(s) underlying bone toxicity is unknown."[153] But as I noted in the Kovacs Report, the evidence of reversibility was not based on any firm data. Reversibility would also only potentially apply to subjects who were able to stop the medication and switch to something else, assuming that BMD loss had been detected.

127.    The label also stated "VIREAD caused harm to the bones of animals. These effects have not been seen in persons taking VIREAD for up to one year."[154] That is false based on BMD loss data from the 902 Study, and data from the 903 Study that became available in August 2002.

128.    The label was revised in August 2003, a year after the Clinical Study Report for the 903 Study showed the significant bone loss on TDF vs. active comparator at 48 weeks. The label stated, "Bone monitoring should be considered for HIV infected patients who have a history of pathologic bone fracture or are at substantial risk for osteopenia."[155] But as I indicated in the Kovacs Report, and as acknowledged by Dr. Dobs and Dr. McComsey above, epidemiological data have shown that essentially all HIV infected patients are at substantial risk for osteopenia (>3-fold the risk of matched subjects without HIV), and so "bone monitoring" should really apply to all[156] – and this is what the FDA expert committee had recommended in 2001.[157] But such bone monitoring requires BMD to be done, which is not available to most patients.

---

[153] Initial Viread label, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2001/21356lbl.pdf.

[154] Initial Viread label, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2001/21356lbl.pdf.

[155] Viread label, August 2003, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2003/21356se5-003_viread_lbl.pdf.

[156] Kovacs Report at 38-41; *see also* Para. 8 *supra*.

[157] *See* GILTDF110100856644.

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

3.       **Conclusion**

129.    Overall, the reports of Dr. Jarow and Dr. Egan largely review policies and procedures of the FDA, and do not rigorously or comprehensively review study protocols or data pertaining to renal or bone safety of TDF. Both reports focus on what the product labels stated, rather than what the data showed.

Dated this 12th day of July, 2022.

_____

                    Dr. Christopher Kovacs

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

# LIST OF WORKS CITED

Black DM, Bauer DC, Vittinghoff E, Lui LY, Grauer A, Marin F, et al. Treatment-related changes in bone mineral density as a surrogate biomarker for fracture risk reduction: meta-regression analyses of individual patient data from multiple randomised controlled trials. Lancet Diabetes Endocrinol. 2020;8(8):672-82.

Foundation for the National Institutes of Health. FDA Approves Biomarker Qualification Plan for the First Surrogate Endpoint in Anti-Osteoporosis Drug Trials.  2022 [1 June 2022], *available at* https://fnih.org/news/announcements/fda-approves-biomarkers-qualification-plan-first-surrogate-endpoint-anti.

ISCD. Updated 2013 Official Positions of the International Society for Clinical Densitometry. West Hartford, CT: ISCD; 2013.

Hui SL, Slemenda CW, Johnston CC, Jr. Age and bone mass as predictors of fracture in a prospective study. J Clin Invest. 1988;81(6):1804-9

Siris ES, Miller PD, Barrett-Connor E, Faulkner KG, Wehren LE, Abbott TA, et al. Identification and fracture outcomes of undiagnosed low bone mineral density in postmenopausal women: results from the National Osteoporosis Risk Assessment. JAMA. 2001;286(22):2815-22.

Stone KL, Seeley DG, Lui LY, Cauley JA, Ensrud K, Browner WS, et al. BMD at multiple sites and risk of fracture of multiple types: long-term results from the Study of Osteoporotic Fractures. J Bone Miner Res. 2003;18(11):1947-54.

Mai HT, Tran TS, Ho-Le TP, Center JR, Eisman JA, Nguyen TV. Two-Thirds of All Fractures Are Not Attributable to Osteoporosis and Advancing Age: Implications for Fracture Prevention. J Clin Endocrinol Metab. 2019;104(8):3514-20.

Kanis JA, Melton LJ, 3rd, Christiansen C, Johnston CC, Khaltaev N. The diagnosis of osteoporosis. J Bone Miner Res. 1994;9(8):1137-41.

Looker AC, Borrud LG, Hughes JP, Fan B, Shepherd JA, Melton LJr. Lumbar spine and proximal femur bone mineral density, bone mineral content, and bone area: United States, 2005-2008. National Center for Health Statistics. Vital and Health Statistics. 2012;11(251):1-132.

McComsey GA, Tebas P, Shane E, Yin MT, Overton ET, Huang JS, Aldrovandi GM, Cardoso SW, Santana JL, Brown TT. Bone disease in HIV infection: a practical review and recommendations for HIV care providers. Clin Infect Dis 2010; 51:937-946

Hightower L. Osteoporosis: Pediatric disease with geriatric consequences. Orthop Nurs. 2000;19(5):59-62

Kanis JA, Melton LJ, 3rd, Christiansen C, Johnston CC, Khaltaev N. The diagnosis of osteoporosis. J Bone Miner Res. 1994;9(8):1137-41.

https://www.accessdata.fda.gov/drugsatfda_docs/nda/2001/21-356_Viread_medr_P2.pdf

Initial Viread label, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2001/21356lbl.pdf

Viread label, August 2003, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2003/21356se5-003_viread_lbl.pdf

Viread label, August 2008, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2008/021356s025lbl.pdf

Dobs Report

McComsey Report

Jarow Report

Egan Report

Kovacs Report

GILREG01833666

GILREG01834037

GILTDF112102663800

GILTDF112102663802

GILTDF114306326411

GILTDF110100856644

Foundation for the National Institutes of Health. FDA Approves Biomarker Qualification Plan for the First Surrogate Endpoint in Anti-Osteoporosis Drug Trials.  2022 [1 June 2022], *available at* https://fnih.org/news/announcements/fda-approves-biomarkers-qualification-plan-first-surrogate-endpoint-anti

**CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**