UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>  Defendant. | Case No. 18-cv-06972-JST<br><br>**ORDER GRANTING CHRISTOPHER BRUGGEMAN'S MOTION TO WITHDRAW HIS MOTION TO INTERVENE**<br><br>Re: ECF No. 966, 1113 |

Christopher Bruggeman has filed a motion to withdraw or dismiss his previously filed motion to intervene "with/without prejudice." ECF No. 1113. The Court grants that motion with prejudice, which means that Bruggeman may not subsequently seek to intervene in this case. The Court makes no determination on the merits of Bruggeman's claims.

The Clerk shall terminate Bruggeman's motion to intervene, ECF No. 966, as moot.

In addition, the Clerk shall serve a copy of this order on Bruggeman at the address listed in ECF No. 1113.

**IT IS SO ORDERED.**

Dated: January 6, 2023

_____
JON S. TIGAR
United States District Judge