UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al., | Case No. 18-cv-06972-JST |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON GENERAL CAUSATION AND TERMINATING AS MOOT DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD** |
| v. | |
| GILEAD SCIENCES, INC., | |
| Defendant. | Re: ECF Nos. 1127, 1214, 1237 |

Before the Court is Plaintiffs' motion for partial summary judgment on general causation. ECF Nos. 1127 (redacted), 1214 (unredacted). Plaintiffs "seek an order granting judgment as a matter of law that TDF [tenofovir disoproxil fumarate] is capable of causing kidney and bone injury." *Id.* at 5. Defendant Gilead Sciences, Inc. does not dispute that TDF is capable of causing kidney and bone injury and offered to enter into a stipulation to that effect. ECF No. 1232 at 6. Plaintiffs refused Gilead's proposal, as well as a proposal that "would have provided that TDF is capable of causing specific kidney and bone conditions as to which the parties do not have a dispute." *Id.*

Although the parties dispute whether TDF is capable of causing chronic kidney disease or fractures, the only relief Plaintiffs seek in their motion is a more general order that TDF is capable of causing kidney and bone injury. Plaintiffs' motion regarding this uncontested fact is granted.

Gilead's motion to supplement the record, ECF No. 1237, is terminated as moot.

**IT IS SO ORDERED.**

Dated: May 25, 2023

_____
JON S. TIGAR
United States District Judge