UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

— — — — — — — — X

Diana Carol Cash    Planiff,

- Against -

NC

Gilead Science Inc.
       Lawyers
   Shook Hardy & Bacon LLP.
        Defendants,

                    CASE NO. 23-CV-0126
                         6-HSG

ORDER Granting Planiff) Motion
to Strike ORDER striking Defendants
May 23-2023 - August 17-2023
Response AS An Improper Sur Reply
              Motion

FILED
MAY 30 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I Diana Carol Cash Plaintiff with my Home Attendance Tomasina Harris Enter the Building 1325 Avenue of Americas 28th Floor and Greated William E. Vita. For A (disposition Aragement) Didnt happened, William E. Vita, Defendant Lawyer for Gilead Science Inc. Take my Large Gym Bag of my Proof of medicine, I have been taken from 2006 to 2019. A triple medication Proff of Address. Copy change of name Award letter from Social Security SSI, SSA, Copies of Health Release forms Sign by me. (Plaintiff) Diana C Cash To: Release To Gilead Science Inc. Copies of my ID. medicade card

On November 2, 2022 at 2:30 AM Disposition that again Derail off set, By Defendant William E. Vita Attorney for Gilead Science Inc. Because William E. Vita had Another Case on Calendar the Same Day. Defendant Gilead Science Inc.. The Defendant Attorney's is very Inconsistent, erratic, change Able, not Compatible or in Keeping with morality, Abuse of Power, Abuse of Authority, in the form of malfeasance, Commission of an unlawful act, (Impeachment) LIER, manipulator, Persistence despite Boundaries

Shook HARDY & BACON LLP.
Attorney for Gilead Science INC.
Defendants. Are very much Afraid
of Loosing of Volnerability Thats
the true feelings Seldom express
Needs (Manipulators). The Defendant
Lawyers Vulnerabilities in Others
in order to take advatage of
me for their own benefits and
Deflect the true motives No
Ability to love, empathy, Remorse
or Conscience. The Defendant
Supervisor in Kanas told me
over the telephone we Don't
care we here to win for
our clients. The Defendants
Attorneys Dont Respect the Judge
ment of the Honorable Judge
or Myself Diana Carol Castro

THE PLAINTIFF I DIANA CAROL CASH CASH CASH Put in A motion to stay Remain in Court Room 2, 4th Floor Before: Judge Haywood S. Gilliam JR AT 2:00pm Case Management Conference On June-27-2023, Case Management state June 20th CASE NO. 23-CV-01266 - HSG I have Been Mockery by Shook Hardy & Bacon LLP. The Defendant Attorneys in Civil Court of the City of New York AND KANAS, Just Ridicule, derision Jeering, Sneering Contempt, Scorn, Scoffing like my life is A Juke. Teasing, Sending All Kinds of papers over and over

Again, The Defendants Discriminate Religion Race The Defendant Attorney in New York Shook Hardy & Bacon LLP. Knew I have had Shoulder surgery and was treated un faily, Prey to Harm me and my case Diana Carol Cash (Plaintiff) Im being Improper phreating by Eric M. Anielak the Attorney for Defendant, Shook Hardy & Bacon Im Begging to to Removed from Improper Threat and unduress and Victimize trample and unused by Pretend ing, fake News) wrong Judge Some one rough on me treated unfair. I Donot will not be in a Court Room That He has alliance His Chaffing, Kidding Ribbing, Joshing

travesty, Charade, Force. My Claim is SIDE Effects, Stomach At BeD time, Hurts from Their medicine Atripla, Tiredness, HeaD Ache, Diarrhea and Skin discoloration Such as Small spots/Freckles darkening of the Palms of the Hands Soles of the feet toes muscle aches weakness that doesn't go away Joint Pain numbness, Tingling of the Hands feet, Arms, legs, Vision Changes Sign of Infection, Such as fever Chills, Swollen lymph nodes trouble breathing Coughing non healing skin sores, Changes in the Shape or location of Body fat especially in your arms legs, Allergic Reaction mental Health problems, Dizziness, trouble Sleeping, drowsiness, Unusal dreams

and waist, persistent muscle aches, weakness, joint pain, numbness or tingling of the Hands, and feet, arms, legs, severe tiredness, vision changes, severe or persistent head aches, fever, chills, trouble breathing, cough, non-healing skin sores, Irritability, Nervousness, heat intolerance, fast Pounding/ irregular heart beat, bulging eyes, unusual growth in the Back of my Neck, unusual thoughts, behavior, anger, severe depression, thoughts of hurting your self or others. I Thank God I haven't had Kidney Problems or liver Problems or seizure

And trouble concentrating.

The TDF law suits filed against Gilead Sciences typically allege that Plaintiffs suffered from serious complication as a result of taking Atripla and other TDF medication. I have been taking Atripla for years. hives swelling of my face, lip tongue fever sore throat burning eyes vomiting, unusual thoughts and behavior, anger, severe depression unusual thoughts or behavior anger, increaed thirst, muscle pain stomach pain, night sweats, cold sores, loss of appetite, dark urine diarrhea, wheezing, upset stomach

The length of time a Health Care System keeps medical records also depends on whether the Patient is on Adult or a minor. Physicians and Hospital are required, by state law to maintain Patient records for at least "6" years from the date of the Patient's last visit. I gave my All paperworks from Pharmaceutrical for 6 years. Rios, and BaBa Drugs with the Doctors Name Also 6 years of Sunrise medical groups 535 Clinton Avenue from Sunrise medical Group 55 Green Avenue Brooklyn N.Y. 11238 Basement

Conclusion for the foregoing Reason Plantiff motion should Be granted The Court Should Consolidate Gilead for all Pretrail Purposes into Action Honorable Haywood, S. Gilliam JR. Set for June 27, 2023 2:00pm in Court Room 24th Floor. 1301 Clay Street Oakland CA. Case Management Statement due by June 20th. Dated May-22-2023

By Diana-C. Cash
(Pro SE)

4155 Kings Highway Brooklyn N.Y. 11234 #3G 1718 676-4906
Cash Diana 444 (At) gmail. com

**FILED**

MAY 30 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: Plantiff
Diana Carol Cash
(Pro Se)
4155 Kings Highway
Brooklyn N.Y. 11234
#3G   1718 676-4904

Diana Cain
Hess Kings Highway
Brooklyn, NY 11234
#3G

Clerk Office
United States District Court
1301 Clay Street Ste. 400 South
South, Oakland CA 94612

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAY 30 2023

RECEIVED

