1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

12
ADRIAN HOLLEY, *et al.*,

Case No.  4:18-cv-06972-JST

13
*Plaintiffs,*

**[PROPOSED] THIRTEENTH AMENDED SCHEDULING ORDER**

14
vs.

15
GILEAD SCIENCES, INC.,

16
*Defendant.*

17

18

19

20

21

22

23

24

25

26

27

28

1    The Court has considered the parties' Notice of Lodging of Joint Proposed Thirteenth

2   Amended Scheduling Order, and now, for good cause appearing, sets the below amended case

3   deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. With respect

4   to the First Early Trial Case, "Current Deadlines" applied to the original first Early Trial Case,

5   Deneen Gardner ("Gardner"), whose claims have been voluntarily dismissed with prejudice, and

6   "Amended Deadlines" apply to the replacement first Early Trial Case, Derrick Jones ("Jones").

7

| Event | Deadline |
|---|---|
| Deadline to submit complete Plaintiff Fact Sheets for cases consolidated with the *Holley* case after the date of this order | Within 60 days of the date of an order consolidating the case with *Holley* |

| Event | Current Deadline for Gardner (Original First Early Trial Case) | Revised Deadline for Jones (New First Early Trial Case) |
|---|---|---|
| **Case-Specific Rule 702 (*Daubert*) and Summary Judgment Motions for Derrick Jones (First Early Trial Case)** | | |
| Deadline to file case-specific Rule 702 (*Daubert*) motions for first Early Trial Case | March 24, 2023 | July 7, 2023 |
| Deadline to file oppositions to case-specific Rule 702 (*Daubert*) motions for first Early Trial Case | April 20, 2023 | July 28, 2023 |
| Deadline to file replies in support of case-specific Rule 702 (*Daubert*) motions for first Early Trial Case | May 4, 2023 | August 11, 2023 |
| Hearing on case-specific Rule 702 (*Daubert*) motions for first Early Trial Case | June 1, 2023 | ~~August 24, 2023~~ September 14, 2023 |
| Deadline to file case-specific summary judgment motion(s) for first Early Trial Case | June 29, 2023 | ~~August 25, 2023~~ September 29, 2023 |
| Deadline to file oppositions to case-specific summary judgment motion(s) for first Early Trial Case | July 27, 2023 | ~~September 22, 2023~~ October 27, 2023 |
| Deadline to file replies in support of case-specific summary judgment motion(s) for first Early Trial Case | August 10, 2023 | ~~October 6, 2023~~ November 13, 2023 |
| Hearing on case-specific summary judgment motion(s) for first Early Trial Case | September 14, 2023 | ~~October 19, 2023~~ December 14, 2023 |
| **Motions *in Limine* for Derrick Jones (First Early Trial Case)** | | |
| Deadline to file motions *in limine* for first Early Trial Case | October 10, 2023 | ~~November 3, 2023~~ January 12, 2024 |
| Deadline to file oppositions motions *in limine* for first Early Trial Case | October 16, 2023 | ~~November 9, 2023~~ January 19, 2024 |

28

| Event | Current Deadline for Gardner (Original First Early Trial Case) | Revised Deadline for Jones (New First Early Trial Case) |
|---|---|---|
| Hearing on motions *in limine* for first Early Trial Case | November 2, 2023 | ~~November 30, 2023~~ February 9, 2024 |
| **Pretrial and Trial for Derrick Jones (<u>First</u> Early Trial Case)** | | |
| Deadline for initial exchange of deposition designations, exhibit lists, proposed jury instructions, and proposed verdict form | October 20, 2023 | ~~November 10, 2023~~ January 19, 2024 |
| Deadline for final pretrial meet and confer | November 2, 2023 | ~~November 30, 2023~~ February 9, 2024 |
| Deadline to serve deposition counter-designations and objections to deposition designations | November 9, 2023 | ~~December 4, 2023~~ February 16, 2024 |
| Deadline to serve objections to deposition counter-designations | November 16, 2023 | ~~December 11, 2023~~ February 23, 2024 |
| Deadline to file joint pretrial statement | December 15, 2023 | ~~December 15, 2023~~ March 8, 2024 |
| Pretrial conference | January 4, 2024, at 9:30 a.m. | ~~January 4, 2024, at 9:30 a.m.~~ March 15, 2024, at 2:00 p.m. |
| Trial of first Early Trial Case | January 29, 2024 | ~~January 29, 2024~~ April 1, 2024 |

| Event | Deadline |
|---|---|
| **Case-Specific Rule 702 (*Daubert*) and Summary Judgment Motions for Michael Hall (<u>Second</u> Early Trial Case)** | |
| Deadline to file case-specific Rule 702 (*Daubert*) motions for second Early Trial Case | December 22, 2023 |
| Deadline to file oppositions to case-specific Rule 702 (*Daubert*)motions for second Early Trial Case | January 19, 2024 |
| Deadline to file replies in support of case-specific Rule 702 (*Daubert*)motions for second Early Trial Case | February 2, 2024 |
| Hearing on case-specific Rule 702 (*Daubert*) motions for second Early Trial Case | March 7, 2024 |
| Deadline to file case-specific summary judgment motion(s) for second Early Trial Case | April 3, 2024 |
| Deadline to file oppositions to case-specific summary judgment motion(s) for second Early Trial Case | May 2, 2024 |
| Deadline to file replies in support of case-specific summary judgment motion(s) for second Early Trial Case | May 16, 2024 |
| Hearing on case-specific summary judgment motion(s) for second Early Trial Case | June 13, 2024 |
| **Motions *in Limine* for Michael Hall (<u>Second</u> Early Trial Case)** | |
| Deadline to file motions *in limine* for second Early Trial Case | July 12, 2024 |

| Event | Deadline |
|---|---|
| Deadline to file oppositions motions *in limine* for second Early Trial Case | July 19, 2024 |
| Hearing on motions *in limine* for second Early Trial Case | August 9, 2024 |
| **Pretrial and Trial for Michael Hall (<u>Second</u> Early Trial Case)** | |
| Deadline for initial exchange of deposition designations, exhibit lists, proposed jury instructions, and proposed verdict form | July 30, 2024 |
| Deadline for final pretrial meet and confer | August 13, 2024 |
| Deadline to serve deposition counter-designations and objections to deposition designations | August 20, 2024 |
| Deadline to serve objections to deposition counter-designations | August 27, 2024 |
| Deadline to file joint pretrial statement | September 20, 2024 |
| Pretrial conference | October 11, 2024, at 2:00 p.m. |
| Trial of second Early Trial Case | November 4, 2024 |

| Event | Deadline |
|---|---|
| **Case-Specific Expert Discovery for Elainder Craft (<u>Fifth</u> Early Trial Case)** | |
| Deadline to serve case-specific expert reports for Elainder Craft and three available deposition dates for each expert | May 15, 2024 |
| Deadline to serve case-specific rebuttal expert reports for Elainder Craft and three available deposition dates for each expect (to the extent dates have not already been provided) | June 14, 2024 |
| Case-specific expert discovery cut-off for Elainder Craft | July 15, 2024 |

**IT IS SO ORDERED.**

Dated: _June 29,_____, 2023

The Honorable Jon S. Tigar
United States District Judge

[PROPOSED] THIRTEENTH AMENDED SCHEDULING ORDER, CASE NO. 4:18-CV-06972-JST (AND CONSOLIDATED CASES)