Robert C. Hilliard (*pro hac vice*)
Anthony S. Godfrey (*pro hac vice*)
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
E-mail: bobh@hilliard-law.com
E-mail: agodfrey@hilliard-law.com

Steve W. Berman (*pro hac vice*)
Anne F. Johnson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: annej@hbsslaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*, | No. 4:18-cv-06972-JST |
| Plaintiff, | Hon. Jon S. Tigar |
| v. | **AMENDED EXHIBIT A TO NOTICE OF MOTION TO WITHDRAW AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS LISTED ON EXHIBIT A** |
| GILEAD SCIENCES, INC., | |
| Defendant. | |
| *This Document Relates to certain plaintiffs, listed on Exhibit A, and originally filed in the following cases:* | |
| *Mosely et al. v. Gilead Sciences, Inc.,* Case No. 4:19-cv-05816-JST; | |
| *Lyons et al. v. Gilead Sciences, Inc.,* Case No. 4:19-cv-02538-JST; | |
| *Holley et al. v. Gilead Sciences, Inc.,* Case No. 4:18-cv-06972-JST; | |
| *Davillier et al. v. Gilead Sciences, Inc.,* Case No. 4:20-cv-00570-JST; | |

1
2
*Calkins et al. v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-01884-JST;

3
*Pennington et al. v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-03489-JST;

4
5
*Goldfinger et al. v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-04043-JST;

6
*Coleman et al. v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-04546-JST;

7
8
*Mack et al. v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-04734-JST;

9
*Lundy et al v. Gilead Sciences Inc., et al.*,
Case No. 4:20-cv-05282-JST;

10
11
*Tharpe et al v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-06033-JST;

12
*Nicholson, et al. v Gilead Sciences, Inc.*,
Case No. 4:20-cv-08751-JST;

13
14
*Gavaldon, A et al v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-00112-JST;

15
*Kachelmyer, et al v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-00328-JST;

16
17
*Clark, A et al v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-00713-JST;

18
*Youakim, et al v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-01054-JST;

19
20
*Natividad, et al v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-01282-JST;

21
*Woellhart, et al v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-01499-JST;

22
23
*White, A. et al v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-02039-JST;

24
*Johnson, C. et al. v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-01931-JST;

25
26
*Hawkins, et al. v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-02539-JST;

27
*Lewis, et al v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-03218-JST;

28

*Jaime, et al. v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-05112-JST;

*Falls, et al. v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-05387-JST.

# EXHIBIT A

| LMI ID | Plaintiff Name | Case Name | Case No. | Attorneys Seeking Withdrawal |
|---|---|---|---|---|
| 633402 | Gabriel, Adam T. | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina R. Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Emily Jeanette Beeson; Michael Ernest Richardson; Whitney Jo Butcher |
| 633623 | Mackey, Carrie | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina R. Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Emily Jeanette Beeson; Michael Ernest Richardson; Whitney Jo Butcher |
| 633544 | Thompson, Renee | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina R. Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Emily Jeanette Beeson; Michael Ernest Richardson; Whitney Jo Butcher |

| | | | | |
|---|---|---|---|---|
| 942227 | Cooper, Haywood | *Clark, A et al v. Gilead Sciences, Inc.* | 4:21-cv-00713-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher; Benjamin Ryan O'Connor; R. Allan Pixton |
| 942257 | Taylor, Freddie C. | *Clark, A et al v. Gilead Sciences, Inc.* | 4:21-cv-00713-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher; Benjamin Ryan O'Connor; R. Allan Pixton |
| 942258 | Thomas, Eli | *Clark, A et al v. Gilead Sciences, Inc.* | 4:21-cv-00713-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher; Benjamin Ryan O'Connor; R. Allan Pixton |

| | | | | |
|---|---|---|---|---|
| 761712 | Swain, Willie James, II | *Coleman et al. v. Gilead Sciences, Inc.* | 4:20-cv-04546-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher; R. Allan Pixton |
| 534106 | Dunn, Karen Denise | *Davillier et al. v. Gilead Sciences, Inc.* | 4:20-cv-00570-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher |
| 534112 | House, Lashika | *Davillier et al. v. Gilead Sciences, Inc.* | 4:20-cv-00570-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher |
| 534094 | Webb, Glinda R. | *Davillier et al. v. Gilead Sciences, Inc.* | 4:20-cv-00570-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher |

| | | | | |
|---|---|---|---|---|
| 1E+06 | Burris, Gwendolyn S. | *Falls, et al. v. Gilead Sciences, Inc.* | 4:21-cv-05387-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson |
| 903484 | Grizzelle, Alfred | *Gavaldon, A et al v. Gilead Sciences, Inc.* | 4:21-cv-00112-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Benjamin L. Crump; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Benjamin Ryan O'Connor; R. Allan Pixton |
| 903489 | Thomas, Dexter | *Gavaldon, A et al v. Gilead Sciences, Inc.* | 4:21-cv-00112-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Benjamin L. Crump; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Benjamin Ryan O'Connor; R. Allan Pixton |
| 686031 | Oakman, Vernetta | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | Steve W. Berman; Shana E. Scarlett; Anne Fornecker Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher; R. Allan Pixton |

| | | | | |
|---|---|---|---|---|
| 978799 | Hopkins, Kevin Charles | *Hawkins, et al. v. Gilead Sciences, Inc.* | 4:21-cv-02539-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson |
| 530336 | Kincey, Antonio | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert C. Hilliard; Katrina R. Ashley; Benjamin L. Crump; Anthony Scott Godfrey; Christopher Robert Pitoun; Emily Jeanette Beeson; Jennifer Lauren Hightower; Melika T. Harris; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Whitney Kendall Siehl |
| 530393 | Sparks, Latanga | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert C. Hilliard; Katrina R. Ashley; Benjamin L. Crump; Anthony Scott Godfrey; Christopher Robert Pitoun; Emily Jeanette Beeson; Jennifer Lauren Hightower; Melika T. Harris; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Whitney Kendall Siehl |

| | | | | |
|---|---|---|---|---|
| 1E+06 | Fitch, Tony | *Jaime, et al. v. Gilead Sciences, Inc.* | 4:21-cv-05112-JST | Steve W. Berman; Shana E. Scarlett; Anne Fornecker Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson |
| 960429 | Williams, Hilton Lee, Jr. | *Johnson, C. et al. v. Gilead Sciences, Inc.* | 4:21-cv-01931-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |
| 914449 | Anderson, Jennifer | *Kachelmyer, et al v. Gilead Sciences, Inc.* | 4:21-cv-00328-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Benjamin Ryan O'Connor |
| 914477 | Dulaney, Carl | *Kachelmyer, et al v. Gilead Sciences, Inc.* | 4:21-cv-00328-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Benjamin Ryan O'Connor |

| | | | | |
|---|---|---|---|---|
| 914479 | Frederickson, Sidney Brock | *Kachelmyer, et al v. Gilead Sciences, Inc.* | 4:21-cv-00328-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Benjamin Ryan O'Connor |
| 990039 | Lewis, Angela | *Lewis, et al v. Gilead Sciences, Inc.* | 4:21-cv-03218-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson |
| 990030 | John Doe 21 | *Lewis, et al v. Gilead Sciences, Inc.* | 4:21-cv-03218-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina R. Ashley |
| 990057 | Suarez, Michael Q. | *Lewis, et al v. Gilead Sciences, Inc.* | 4:21-cv-03218-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson |
| 990059 | Waiters, Patrick A., Jr. | *Lewis, et al v. Gilead Sciences, Inc.* | 4:21-cv-03218-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson |

| | | | | |
|---|---|---|---|---|
| 835470 | Breland, Nancy L. | *Lundy et al v. Gilead Sciences Inc., et al.* | 4:20-cv-05282-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |
| 835475 | Coleman, Noah Columbus, Jr. | *Lundy et al v. Gilead Sciences Inc., et al.* | 4:20-cv-05282-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |
| 835477 | Cunningham, Dan | *Lundy et al v. Gilead Sciences Inc., et al.* | 4:20-cv-05282-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |

| | | | | |
|---|---|---|---|---|
| 529059 | Henry, Walter M. | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Benjamin L. Crump; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher |
| 529079 | Marzett, Erma | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Benjamin L. Crump; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher |
| 529127 | Wells, Alex | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Benjamin L. Crump; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher |
| 730186 | Harris, Jonathan | *Mack et al. v. Gilead Sciences, Inc.* | 4:20-cv-04734-JST | Steve W. Berman; Shana E. Scarlett; Anne Fornecker Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher |

| | | | | |
|---|---|---|---|---|
| 730181 | Schuman, Jerald | *Mack et al. v. Gilead Sciences, Inc.* | 4:20-cv-04734-JST | Steve W. Berman; Shana E. Scarlett; Anne Fornecker Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher |
| 730191 | Slaughter, Linda | *Mack et al. v. Gilead Sciences, Inc.* | 4:20-cv-04734-JST | Steve W. Berman; Shana E. Scarlett; Anne Fornecker Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher |
| 529221 | Dickey, John M. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher |
| 529290 | Holman, James | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher |

| | | | | |
|---|---|---|---|---|
| 529354 | McLeod, Darrin A. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher |
| 529441 | Smith, Lela M. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher |
| 954359 | Birks, Barbara Lynn | *Natividad, et al v. Gilead Sciences, Inc.* | 4:21-cv-01282-JST | Steve W. Berman; Shana E. Scarlett; Anne Fornecker Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |
| 954379 | Sparks, Minnet E. | *Natividad, et al v. Gilead Sciences, Inc.* | 4:21-cv-01282-JST | Steve W. Berman; Shana E. Scarlett; Anne Fornecker Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |

| | | | | |
|---|---|---|---|---|
| 896420 | Thompson, Rodney L. | *Nicholson, et al. v Gilead Sciences, Inc.* | 4:20-cv-08751-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Benjamin Ryan O'Connor |
| 658124 | Hopson, Edmund | *Pennington et al. v. Gilead Sciences, Inc.* | 4:20-cv-03489-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; Whitney Jo Butcher |
| 835576 | Toppins, Harry | *Tharpe et al v. Gilead Sciences, Inc.* | 4:20-cv-06033-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whiney Jo Butcher; Benjamin Ryan O'Connor |
| 835583 | Williams, Randy | *Tharpe et al v. Gilead Sciences, Inc.* | 4:20-cv-06033-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whiney Jo Butcher; Benjamin Ryan O'Connor |

| | | | | |
|---|---|---|---|---|
| 960396 | Tyer, Leon, Jr | *White, A. et al v. Gilead Sciences, Inc.* | 4:21-cv-02039-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson |
| 960398 | Wade, Jason M. | *White, A. et al v. Gilead Sciences, Inc.* | 4:21-cv-02039-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson |
| 954394 | Crowell, Kevin | *Woellhart, et al v. Gilead Sciences, Inc.* | 4:21-cv-01499-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |
| 954395 | Davis, Richard Arnold | *Woellhart, et al v. Gilead Sciences, Inc.* | 4:21-cv-01499-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |

| | | | | |
|---|---|---|---|---|
| 954415 | Sanchez, Michael J. | *Woellhart, et al v. Gilead Sciences, Inc.* | 4:21-cv-01499-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |
| 944722 | Bryant, Darren M. | *Youakim, et al v. Gilead Sciences, Inc.* | 4:21-cv-01054-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |
| 944717 | Floyd, Octavia | *Youakim, et al v. Gilead Sciences, Inc.* | 4:21-cv-01054-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |

| | | | | |
|---|---|---|---|---|
| 944730 | Overby, Nathaniel | *Youakim, et al v. Gilead Sciences, Inc.* | 4:21-cv-01054-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |
| 944731 | Pepper, LeeAnn | *Youakim, et al v. Gilead Sciences, Inc.* | 4:21-cv-01054-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |
| 944733 | Russaw, Robert Lee | *Youakim, et al v. Gilead Sciences, Inc.* | 4:21-cv-01054-JST | Steve W. Berman; Shana E. Scarlett; Anne F. Johnson; Robert Carl Hilliard; Katrina Rose Ashley; Anthony Scott Godfrey; Christopher Robert Pitoun; Michael Ernest Richardson; R. Allan Pixton; Whitney Jo Butcher; Benjamin Ryan O'Connor |