1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7       DARREN JOHNSON, *et al*.,                    Case No. 23-cv-01439-SI

8                              Plaintiffs,            Also to be filed in 18-cv-6972 JST

9              v.                                     **RELATED CASE REFERRAL**

10      GILEAD SCIENCES, INC.,

11                             Defendant.

12          This case was just reassigned to the undersigned judge.  The complaint states that this case

13   is related to an action pending before Judge Tigar.  Pursuant to Civil Local Rule 3-12(c), the Court

14   refers this case to Judge Tigar for a determination of whether it is related to *Holley et al. v. Gilead*

15   *Sciences, Inc.*, 18-cv-6972 JST.

16

17          **IT IS SO ORDERED**.

18

19   Dated: July 24, 2023                    _____

20                                           SUSAN ILLSTON
                                             United States District Judge
21

22

23

24

25

26

27

28

United States District Court
Northern District of California