1   Robert C. Hilliard (admitted *pro hac vice*)
     HILLIARD LAW
2   719 S. Shoreline Blvd.
     Corpus Christi, TX 78401
3   Tel: (361) 882-1612
     Fax: (361) 882-3015
4   Email: bobh@hilliard-law.com

5   Steve W. Berman (admitted *pro hac vice*)
     HAGENS BERMAN SOBOL SHAPIRO LLP
6   1301 Second Avenue, Suite 2000
     Seattle, WA 98101
7   Telephone: (206) 623-7292
     Facsimile: (206) 623-0594
8   Email: steve@hbsslaw.com

9   *Attorneys for Plaintiffs*

10  Jeremiah Wikler (*pro hac vice*)
     jwikler@shb.com
11  Christopher Cotton (*pro hac vice*)
     ccotton@shb.com
12  SHOOK, HARDY & BACON L.L.P.
     2555 Grand Blvd.
13  Kansas City, MO 64108
     Telephone: (816) 474-6550
14  Facsimile: (816) 421-5547
15
16  *Attorneys for Defendant Gilead Sciences, Inc.*

17  [Additional Counsel Listed on Signature Page]

18                    UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20

21  ADRIAN HOLLEY, *et al.*,                   Case No. 4:18-cv-06972-JST

22                              *Plaintiffs*,   **JOINT STIPULATION AND
                                                [PROPOSED] ORDER TO MODIFY
23         v.                                   BRIEFING SCHEDULE FOR
                                                DEFENDANT'S MOTIONS TO
24  GILEAD SCIENCES, INC.,                      DISMISS THE CLAIMS OF CERTAIN
                                                PLAINTIFFS, ECF Nos. 1384, 1385, AND
25                              *Defendant*.     1386**

26  *This Motion relates to certain Plaintiffs
     originally filed in the following cases:*

27  *Arthur et al. v. Gilead Sciences, Inc.,*

28

1    4:19-cv-08435-JST;

2    *Bird, et al. v. Gilead Sciences, Inc.,*
3    4:22-cv-00595-JST;

4    *Black et al. v. Gilead Sciences, Inc.,*
     4:21-cv-04081-JST;
5
     *Boynton et al. v. Gilead Sciences, Inc.,*
6    4:22-cv-00686-JST;

7    *Brooks, et al. v. Gilead Sciences, Inc.,*
8    4:21-cv-06458-JST;

9    *Calkins et al. v. Gilead Sciences, Inc.,*
     4:20-cv-01884-JST;
10
     *Campbell, A. et al. v. Gilead Sciences, Inc.,*
11   4:21-cv-08240-JST;

12   *Clark, A et al v. Gilead Sciences, Inc.,*
13   4:21-cv-00713-JST;

14   *Cox, J. et al v. Gilead Sciences, Inc.,*
     4:21-cv-06807-JST;
15
     *Criado, et al. v. Gilead Sciences, Inc.,*
16   4:21-cv-05656-JST;

17
     *Davillier et al. v. Gilead Sciences, Inc.,*
18   4:20-cv-00570-JST;

19   *Dowdy et al. v. Gilead Sciences, Inc.,*
20   4:19-cv-00481-JST;

21   *Drummond, et al. v. Gilead Sciences, Inc.,*
     4:21-cv-07017-JST;
22
     *Falls, et al. v. Gilead Sciences, Inc.,*
23   4:21-cv-05387-JST;

24   *Frink et al v. Gilead Sciences, Inc.,*
25   4:22-cv-01232-JST;

26   *Garza, et al. v. Gilead Sciences, Inc.,*
27   4:21-cv-05288-JST;

28

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS
THE CLAIMS OF CERTAIN PLAINTIFFS, ECF NOS. 1384, 1385, AND 1386

No. 4:18-cv-06972-JST

1
2
*Gavaldon, A et al v. Gilead Sciences, Inc.,*
4:21-cv-00112-JST;

3
*Gee et al. v. Gilead Sciences, Inc.,*
4:22-cv-00728-JST;

4
5
*Geller et al. v. Gilead Sciences, Inc.,*
4:21-cv-08752-JST;

6
7
*Goldfinger et al. v. Gilead Sciences, Inc.,*
4:20-cv-04043-JST;

8
*Green et al. v. Gilead Sciences, Inc.,*
4:20-cv-07052-JST;

9
10
*Hamilton et al. v. Gilead Sciences, Inc.,*
4:21-cv-07687-JST;

11
12
*Harlan, et al. v. Gilead Sciences, Inc.,*
4:22-cv-03156-JST;

13
14
*Hawkins, et al. v. Gilead Sciences, Inc.,*
4:21-cv-02539-JST;

15
*Holley et al. v. Gilead Sciences, Inc.,*
4:18-cv-06972-JST;

16
17
*Hooper et al. v. Gilead Sciences, Inc.,*
4:21-cv-04283-JST;

18
19
*Hopson, et al v. Gilead Sciences, Inc.,*
4:21-cv-06581-JST;

20
21
*Jaime, et al. v. Gilead Sciences, Inc.,*
4:21-cv-05112-JST;

22
*Johnson, C. et al. v. Gilead Sciences, Inc.,*
4:21-cv-01931-JST;

23
24
*Kachelmyer, et al v. Gilead Sciences, Inc.,*
4:21-cv-00328-JST;

25
26
*Keefe, et al. v. Gilead Sciences, Inc.,*
4:22-cv-01370-JST;

27
28

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS, ECF NOS. 1384, 1385, AND 1386

No. 4:18-cv-06972-JST

1
2
*Kelly, A., et al. v. Gilead Sciences, Inc.,*
4:22-cv-00688-JST;

3
*Koski, et al. v. Gilead Sciences, Inc.,*
4:22-cv-08903-JST;

4
5
*Lassiter, et al. v. Gilead Sciences, Inc.,*
4:22-cv-06635-JST;

6
7
*Lee, et al. v. Gilead Sciences, Inc.,*
4:22-cv-02353-JST;

8
*Leon et al. v. Gilead Sciences, Inc.,*
4:20-cv-03744-JST;

9
10
*Lewis, et al v. Gilead Sciences, Inc.,*
4:21-cv-03218-JST;

11
12
*Lundy et al v. Gilead Sciences Inc., et al.,*
4:20-cv-05282-JST;

13
14
*Lyons et al. v. Gilead Sciences, Inc.,*
*4:19-cv-02538-JST;*

15
*Mack et al. v. Gilead Sciences, Inc.,*
*4:20-cv-04734-JST;*

16
17
*Miller, C. et al. v. Gilead Sciences, Inc.,*
4:21-cv-06947-JST;

18
19
*Mosely et al. v. Gilead Sciences, Inc.,*
4:19-cv-05816-JST;

20
21
*Natividad, et al v. Gilead Sciences, Inc.,*
4:21-cv-01282-JST;

22
*Nicholson, et al. v Gilead Sciences, Inc.,*
4:20-cv-08751-JST;

23
24
*Ortley et al. v. Gilead Sciences, Inc.,*
4:21-cv-09576-JST;

25
26
*Pegeron, et al. v. Gilead Sciences, Inc.,*
4:21-cv-06822-JST;

27
*Pennington et al. v. Gilead Sciences, Inc.,*

28

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS, ECF NOS. 1384, 1385, AND 1386

No. 4:18-cv-06972-JST

4:20-cv-03489-JST;

*Rivers et al. v. Gilead Sciences, Inc.*,
4:19-cv-07991-JST;

*Robinson, B., et al. v. Gilead Sciences, Inc.*,
4:21-cv-09340-JST;

*Seale et al. v. Gilead Sciences, Inc.*,
4:22-cv-01032-JST;

*Sharp, D., et al. v. Gilead Sciences, Inc.*,
4:22-cv-09184-JST;

*Tharpe et al v. Gilead Sciences, Inc.*,
4:20-cv-06033-JST;

*Walsh, Barbara, et al v Gilead Science, Inc.*,
4:21-cv-06184-JST;

*White, A. et al v Gilead Sciences, Inc.*,
4:21-cv-02039-JST;

*Williams, B. et al. v. Gilead Sciences, Inc.*,
4:21-cv-06658-JST;

*Woellhart, et al v. Gilead Sciences, Inc.*,
4:21-cv-01499-JST;

*Woodley, et al. v. Gilead Sciences, Inc.*,
4:21-cv-06574-JST;

*Wright, A. et al. v. Gilead Sciences, Inc.*,
4:21-cv-06082-JST;

*Youakim, et al v. Gilead Sciences, Inc.*,
4:21-cv-01054-JST; and

*Young, A., et al. v. Gilead Sciences, Inc.*,
4:21-cv-10006-JST.

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S  MOTIONS TO DISMISS
THE CLAIMS OF CERTAIN PLAINTIFFS, ECF NOS. 1384, 1385, AND 1386

No. 4:18-cv-06972-JST

**JOINT STIPULATION**

Pursuant to Northern District of California Local Rule 6-2 and 7-12, Plaintiffs and Defendant Gilead Sciences, Inc. ("Gilead") (together, the "Parties"), by and through their respective undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on September 15, 2023, counsel for Gilead filed three Motions to Dismiss the Claims of Certain Plaintiffs (ECF Nos. 1384, 1385, and 1386) (collectively, "Motions");

WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiffs' Responses to Gilead's Motions are currently due on September 29, 2023, and Gilead's Replies (if any) would be due on October 6, 2023;

WHEREAS, Plaintiffs have requested additional time to complete their investigation and responses on behalf of each individual Plaintiff;

WHEREAS, the Parties have agreed that Plaintiffs will have until and including October 20, 2023, to respond to Gilead's Motions, and Gilead will have until and including October 27, 2023, to file any replies;

WHEREAS, extending Plaintiffs' deadline to respond to Gilead's Motions will not affect any current scheduling orders entered by the Court or the anticipated November 16, 2023, setting of the hearing to consider the Motions; and

WHEREAS, this is the Parties' first request for an extension of time of the briefing schedule concerning Gilead's Motions;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, pursuant to Civil Local Rules 6-2 and 7-12, and the Parties ask the Court to order, that:

1. The deadline for Plaintiffs to respond to Gilead's Motions to Dismiss the Claims of Certain Plaintiffs (ECF Nos. 1384, 1385, and 1386) shall be extended to October 20, 2023; and

2. Gilead's deadline to submit any replies in support of its Motions shall also be extended to October 27, 2023.

   **IT IS SO STIPULATED.**

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS, ECF NOS. 1384, 1385, AND 1386

No. 4:18-cv-06972-JST

1    DATED: September 27, 2023                Respectfully submitted,

2                                            By: /s/ *Robert C. Hilliard*
                                                 Robert C. Hilliard (*pro hac vice*)
3                                                Anthony S. Godfrey (*pro hac vice*)
                                                 HILLIARD LAW
4                                                719 S. Shoreline Blvd.
                                                 Corpus Christi, TX 78401
5                                                Telephone: (361) 882-1612
                                                 Facsimile: (361) 882-3015
6                                                Email: bobh@hilliard-law.com
                                                 Email: agodfrey@hilliard-law.com
7
                                                 Steve W. Berman (*pro hac vice*)
8                                                Anne F. Johnson (*pro hac vice*)
                                                 HAGENS BERMAN SOBOL SHAPIRO LLP
9                                                1301 Second Avenue, Suite 2000
                                                 Seattle, WA 98101
10                                               Telephone: (206) 623-7292
                                                 Facsimile: (206) 623-0594
11                                               Email: steve@hbsslaw.com
                                                 Email: annej@hbsslaw.com
12
                                                 Shana E. Scarlett (SBN 217895)
13                                               HAGENS BERMAN SOBOL SHAPIRO LLP
                                                 715 Hearst Avenue, Suite 202
14                                               Berkeley, CA 94710
                                                 Telephone: (510) 725-3000
15                                               Facsimile: (510) 725-3001
                                                 Email: shanas@hbsslaw.com
16
                                                 *Attorneys for Plaintiffs*
17

18   DATED: September 27, 2023                By: /s/ *Jeremiah Wikler.*
                                                 Jeremiah Wikler (*pro hac vice*)
19                                               jwikler@shb.com
                                                 Christopher Cotton (*pro hac vice*)
20                                               ccotton@shb.com

21
                                                 SHOOK, HARDY & BACON L.L.P.
22                                               2555 Grand Blvd.
                                                 Kansas City, MO 64108
23                                               Telephone: (816) 474-6550
                                                 Facsimile: (816) 421-5547
24
                                                 *Attorneys for Defendant Gilead Sciences, Inc.*
25

26

27
                                            - 2 -
28

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS
THE CLAIMS OF CERTAIN PLAINTIFFS, ECF NOS. 1384, 1385, AND 1386
                                                                    No. 4:18-cv-06972-JST

**ATTESTATION**

I, Robert C. Hilliard, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: September 27, 2023                    By: /s/ *Robert C. Hilliard*
                                                  Robert C. Hilliard

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS, ECF NOS. 1384, 1385, AND 1386

No. 4:18-cv-06972-JST

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the Parties, and good cause appearing, it is hereby ORDERED as follows:

1.   The deadline for Plaintiffs to respond to Gilead's September 15, 2023, Motions to Dismiss the Claims of Certain Plaintiffs (ECF Nos. 1384, 1385, and 1386) is extended to October 20, 2023; and

2.   Gilead's deadline to submit any replies in support of its Motions is extended to October 27, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2023

_____
Honorable Jon S. Tigar

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS, ECF NOS. 1384, 1385, AND 1386

No. 4:18-cv-06972-JST