Robert C. Hilliard (admitted *pro hac vice*)
bobh@hilliard-law.com
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Tel: (361) 882-1612
Fax: (361) 882-3015

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*, | Case No. 4:18-cv-06972-JST |
| Plaintiffs, | **PLAINTIFFS' RESPONSE TO DEFENDANT GILEAD SCIENCES, INC.'S NOTICE OF MOTION AND NINTH MOTION TO DISMISS PLAINTIFFS' CLAIMS FOR FAILURE TO SERVE PLAINTIFF FACT SHEETS (ECF No. 1386)** |
| v. | |
| GILEAD SCIENCES, INC., | |
| Defendant. | |
| *This Document Relates to certain plaintiffs, listed on Exhibit A to the Declaration of Jeremiah Wikler (ECF 1386), and originally filed in the following cases:* | |
| *Hooper, et al. v. Gilead Sciences, Inc.,* No. 4:21-cv-04283-JST; | |
| *Jaime, et al. v. Gilead Sciences, Inc.,* No. 4:21-cv-05112-JST; | |
| *Falls, et al. v. Gilead Sciences, Inc.,* No. 4:21-cv-05387-JST; | |
| *Brooks, et al. v. Gilead Sciences, Inc.,* No. 4:21-cv-06458-JST; | |

*Pegeron, et al. v. Gilead Sciences, Inc.,* No. 4:21-cv-06822-JST;

*Geller, et al. v. Gilead Sciences, Inc.,* No. 4:21-cv-08752-JST;

*Young, A., et al. v. Gilead Sciences, Inc.,* No. 4:21-cv-10006-JST;

*Ortley, et al. v. Gilead Sciences, Inc.,* No. 4:21-cv-09576-JST;

*Boynton, et al. v. Gilead Sciences, Inc.,* No. 4:22-cv-00686-JST;

*Gee, et al. v. Gilead Sciences, Inc.,* No. 4:22-cv-00728-JST;

*Frink, et al. v. Gilead Sciences, Inc.,* No. 4:22-cv-01232-JST;

*Seale, et al. v. Gilead Sciences, Inc.,* No. 4:22-cv-01032-JST;

*Kelly, A., v. Gilead Sciences, Inc.*, No. 4:22-cv-00688-JST;

*Keefe, et al. v. Gilead Sciences, Inc.,* No. 4:22-cv-01370-JST;

*Lee, et al. v. Gilead Sciences, Inc.*, No. 4:22-cv-02353-JST;

*Harlan, et al. v. Gilead Sciences, Inc.,* No. 4:22-cv-03156-JST;

*Lassiter, et al. v. Gilead Sciences, Inc.,* No. 4:22-cv-06635-JST;

*Sharp, D., et al. v. Gilead Sciences, Inc.,* No. 4:22-cv-09184-JST;

*Koski, et al. v. Gilead Sciences, Inc.,* No. 4:22-cv-08903-JST; and

*Holley et al. v. Gilead Sciences, Inc.,* No. 4:18-cv-06972-JST.

1   Plaintiffs submit the following Response to Gilead's Ninth Motion to Dismiss the Claims of
2   Certain Plaintiffs for Failure to Serve a Plaintiff Fact Sheet (ECF No. 1386).
3   On September 15, 2023, Gilead filed its Ninth Motion to Dismiss the claims of certain Plaintiffs
4   for failure to serve a Plaintiff Fact Sheet ("PFS"). Since that time, certain Plaintiffs have served a PFS
5   or consented to voluntarily dismiss their claims; and, the Parties have met and conferred regarding the
6   status of other Plaintiffs listed on Exhibit 1 and their PFS. *Infra* §§ A and B; Declaration of Anthony
7   S. Godfrey ("Godfrey Decl.") ¶¶ 4-6.

**A. Plaintiffs who have served a PFS and are to be withdrawn from Gilead's Motion.**

Gilead has previously agreed to withdraw from its Motion those Plaintiffs who have served a PFS since the filing of its Motion to Dismiss, without prejudice to Gilead's rights under Section 2 of the Court's Case Management Order on Plaintiff Fact Sheets and Document Productions (ECF No. 83) ("PFS Order"). Godfrey Decl. at ¶¶ 4-5.

Those Plaintiffs identified on Exhibit 1 – Schedule A, attached to the concurrently filed Declaration of Anthony S. Godfrey, have served a PFS after the filing of Gilead's Motion, and should therefore be withdrawn from the Motion and not dismissed. Godfrey Decl. at ¶ 6.

**B. Remaining Plaintiffs**

Despite their efforts, Plaintiffs' Counsel have been unable to locate or make contact with many of the remaining Plaintiffs listed on Exhibit 1 – Schedule C, attached to the concurrently filed Declaration of Anthony S. Godfrey, or have been unable to otherwise obtain necessary documents and information, and have been unable to identify next of kin for others who have died after the filing of their complaints. Godfrey Decl. ¶ 7. Counsel are therefore unable to certify at this time that such Plaintiffs have served a PFS. However, Gilead has previously represented to Plaintiffs that it will withdraw from its Motion any Plaintiffs who submit a PFS prior to the November 16, 2023 hearing date. *Id*. at ¶ 5. Should Plaintiffs' Counsel locate or make contact with these Plaintiffs, Counsel (or perhaps the Parties jointly), will update the Court regarding the status of PFS service for the Plaintiffs identified on Schedule C, and whether any of these Plaintiffs will be withdrawn from the motion, dismiss their claims, or whether any other action should be taken. *Id* at ¶ 7. To the extent the Court

dismisses these Plaintiffs' claims, they should be dismissed without prejudice pursuant to Section 2.b. of the Court's Case Management Order on Plaintiff Fact Sheets and Document Productions (ECF No. 83).

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court 1) deny Gilead's Motion to Dismiss as to the Plaintiffs listed in Sections A and B above; 2) issue any rulings on the remaining Plaintiffs only after the November 16, 2023 hearing to enable the Parties to update the Court regarding any additional Plaintiffs who may have served their PFS or may be otherwise withdrawn from the Motion; and 3) to the extent the Court dismisses the claims of any Plaintiff for failure to serve a Plaintiff Fact Sheet, that any such dismissal be without prejudice pursuant to Section 2 of ECF No. 83.

| | | |
|---|---|---|
| DATED: October 20, 2023 | | Respectfully submitted, |
| | By: | *Robert C. Hilliard* |
| | | Robert C. Hilliard (*pro hac vice*) |
| | | Anthony S. Godfrey (*pro hac vice*) |
| | | HILLIARD LAW |
| | | 719 S. Shoreline Blvd. |
| | | Corpus Christi, TX 78401 |
| | | Telephone: (361) 882-1612 |
| | | Facsimile: (361) 882-3015 |
| | | Email: bobh@hilliard-law.com |
| | | Email: agodfrey@hillard-law.com |

Steve W. Berman (*pro hac vice*)
Anne F. Johnson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: annej@hbsslaw.com

Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

*Attorneys for Plaintiffs*

- 3 -
PLAINTIFFS' RESPONSE TO GILEAD SCIENCES, INC.'S NOTICE OF MOTION AND NINTH MOTION TO DISMISS PLAINTIFFS' CLAIMS FOR FAILURE TO SERVE PLAINTIFF FACT SHEETS (ECF No. 1386)
No. 4:18-cv-06972-JST

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, I electronically filed the foregoing using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action.

By: /s/ *Robert C. Hilliard*
Robert C. Hilliard