Jeremiah S. Wikler (pro hac vice)
jwikler@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendant Gilead Sciences, Inc.*
[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al., <br><br> *Plaintiffs,* <br><br> vs. <br><br> GILEAD SCIENCES, INC., <br><br> *Defendant.* <br><br> *This documents relates to:* <br><br> *Geller et al. v. Gilead Sciences, Inc.*, Case No. 4:21-cv-08752-JST; <br><br> *Pegeron, et al. v. Gilead Sciences, Inc.*, Case No. 4:21-cv-06822-JST; and <br><br> *Young, A., et al. v. Gilead Sciences, Inc.,* Case No. 4:21-cv-10006-JST. | Case No. 4:18-cv-06972-JST <br><br> **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF FOUR PLAINTIFFS [FAILURE TO RESPOND TO GILEAD'S DEFICIENCY NOTICES]** |

Plaintiffs and Defendant Gilead Sciences, Inc. ("Gilead"), hereby stipulate and agree as follows:

WHEREAS, on May 23, 2023, Gilead filed its second Motion to Dismiss for Failure to Respond to Plaintiff Fact Sheet Deficiency Notices (ECF No. 1291; hereinafter "Motion to Dismiss"), seeking the dismissal of the claims of Plaintiffs listed on Exhibit A to the Declaration of Jeremiah Wikler that accompanied that Motion (ECF No. 1291-2).

WHEREAS, on July 13, 2023, Plaintiffs filed their response to Gilead's Motion to Dismiss (ECF No. 1333).

WHEREAS, on August 22, 2023, the Parties filed a Stipulation and Proposed Order Resolving the Motion to Dismiss (ECF No. 1364), which was subsequently adopted by the Court on August 23, 2023 (ECF No. 1367, hereinafter "Stipulated Order");

WHEREAS, under the Stipulated Order, the following four Plaintiffs, identified in Schedule D of the Stipulated Order, were provided "90 days from the filing of this Stipulation – to and including November 20, 2023 – to serve supplemental Plaintiff Fact Sheets or respond to Gilead's Deficiency Notice pursuant to § 2(b) of the Case Management Order on Plaintiff Fact Sheets ("PFS CMO") (ECF No. 83). The claims of any Schedule D Plaintiff who fails to to [*sic*] serve supplemental Plaintiff Fact Sheets or respond to Gilead's Deficiency Notice by that date shall be DISMISSED without prejudice."

| LMI ID | Plaintiff Name | Case Name | Case Number |
|---|---|---|---|
| 1067675 | Smith, James E | Pegeron, et al. v. Gilead Sciences, Inc. | 4:21-cv-06822-JST |
| 1083346 | Jones, Harriet | Geller et al. v. Gilead Sciences, Inc. | 4:21-cv-08752-JST |
| 1088002 | Davis, Larry W | Young, A., et al. v. Gilead Sciences, Inc. | 4:21-cv-10006-JST |
| 1088126 | Powell, Jeffrey | Young, A., et al. v. Gilead Sciences, Inc. | 4:21-cv-10006-JST |

WHEREAS, the four Plaintiffs have failed to serve supplemental Plaintiff Fact Sheets or respond to Gilead's Deficiency Notices by November 20, 2023, as required by the Stipulated Order.

2

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF FOUR PLAINTIFFS [FAILURE TO RESPOND TO GILEAD'S DEFICIENCY NOTICES] – NO. 4:18-cv-06972-JST

1
2      WHEREAS, THE PARTIES AGREE AND STIPUATE that the four Plaintiffs listed above shall be DISMISSED without prejudice.

3
4  DATED: November 22, 2023                By: */s/ Jeremiah Wikler*
                                            Jeremiah Wikler (*pro hac vice*)
                                            jwikler@shb.com
                                            Christopher Cotton (*pro hac vice*)
                                            ccotton@shb.com
                                            SHOOK, HARDY & BACON L.L.P.
                                            2555 Grand Blvd.
                                            Kansas City, MO 64108
                                            Telephone: (816) 474-6550
                                            Facsimile: (816) 421-5547

                                            *Attorneys for Defendant Gilead Sciences, Inc.*

   DATED: November 22, 2023                By: */s/ Robert C. Hilliard*
                                            Robert C. Hilliard (*pro hac vice*)
                                            Anthony S. Godfrey (*pro hac vice*)
                                            HILLIARD LAW
                                            719 S. Shoreline Blvd.
                                            Corpus Christi, TX 78401
                                            Telephone: (361) 882-1612
                                            Facsimile: (361) 882-3015
                                            Email: bobh@hilliard-law.com
                                            Email: agodfrey@hilliard-law.com

                                            Steve W. Berman (*pro hac vice*)
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
                                            1301 Second Avenue, Suite 2000
                                            Seattle, WA 98101
                                            Telephone: (206) 623-7292
                                            Facsimile: (206) 623-0594
                                            Email: steve@hbsslaw.com

                                            Shana E. Scarlett (SBN 217895)
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
                                            715 Hearst Avenue, Suite 202
                                            Berkeley, CA 94710
                                            Telephone: (510) 725-3000
                                            Facsimile: (510) 725-3001
                                            Email: shanas@hbsslaw.com

                                            *Attorneys for Plaintiffs*

## ATTESTATION

I, Jeremiah S. Wikler, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: November 22, 2023            By: /s/ Jeremiah Wikler
                                    Jeremiah Wikler (*pro hac vice*)
                                    *Attorney for Defendant Gilead Sciences, Inc.*

4

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF FOUR PLAINTIFFS [FAILURE TO RESPOND TO GILEAD'S DEFICIENCY NOTICES] – NO. 4:18-CV-06972-JST

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation of the Parties, and good cause appearing, it is hereby ORDERED that the above-captioned actions are dismissed without prejudice, under Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b), as to the following Plaintiffs only.

| LMI ID | Plaintiff Name | Case Name | Case Number |
|---|---|---|---|
| 1067675 | Smith, James E | Pegeron, et al. v. Gilead Sciences, Inc. | 4:21-cv-06822-JST |
| 1083346 | Jones, Harriet | Geller et al. v. Gilead Sciences, Inc. | 4:21-cv-08752-JST |
| 1088002 | Davis, Larry W | Young, A., et al. v. Gilead Sciences, Inc. | 4:21-cv-10006-JST |
| 1088126 | Powell, Jeffrey | Young, A., et al. v. Gilead Sciences, Inc. | 4:21-cv-10006-JST |

**IT IS SO ORDERED**.

Dated: _____

Honorable Jon S. Tigar

5

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF FOUR PLAINTIFFS [FAILURE TO RESPOND TO GILEAD'S DEFICIENCY NOTICES] – NO. 4:18-CV-06972-JST