Jeremiah S. Wikler (pro hac vice)
jwikler@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendant Gilead Sciences, Inc.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>    *Plaintiffs,*<br><br>  vs.<br><br>GILEAD SCIENCES, INC.,<br><br>    *Defendant.*<br><br>*This documents relates to:*<br><br>*White, A. et al v. Gilead Sciences, Inc.*, Case No. 4:21-cv-02039-JST. | Case No. 4:18-cv-06972-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFF [FAILURE TO PROPERLY VERIFY PLAINTIFF FACT SHEETS]** |

Plaintiffs and Defendant Gilead Sciences, Inc., ("Gilead") hereby stipulate and agree as follows:

WHEREAS, on September 15, 2023, First Motion to Dismiss Plaintiffs' Claims for Failure to Properly Verify Plaintiff Fact Sheets ("PFSs") (ECF Nos. 1385; hereinafter "Motion to Dismiss"), seeking the dismissal of the claims of Plaintiffs listed on Exhibit A to the Declarations of Jeremiah Wikler that accompanied the Motion (ECF No. 1385-2).

WHEREAS, on October 20, 2023, Plaintiffs filed their response to Gilead's Motion to Dismiss (ECF No. 1407).

WHEREAS, on November 15, 2023, the Parties filed a Stipulation and Proposed Order Resolving the Motion to Dismiss (ECF No. 1425), which was adopted by the Court on the same day (ECF No. 1426, hereinafter "Stipulated Order");

WHEREAS, under the Stipulated Order, Plaintiff Michael Place (LMI No. 960390) was to "properly verify his PFS no later than December 15, 2023, or be dismissed without prejudice." ECF No. 1426, ¶ 9.

WHEREAS, Plaintiff Place failed properly verify his PFS by December 15, 2023, as required by the Stipulated Order.

WHEREAS, THE PARTIES AGREE AND STIPULATE that Plaintiff Place shall be DISMISSED without prejudice.

DATED: December 18, 2023            By:  _____/s/_____
                                    Jeremiah Wikler (*pro hac vice*)
                                    jwikler@shb.com
                                    Christopher Cotton (*pro hac vice*)
                                    ccotton@shb.com
                                    SHOOK, HARDY & BACON L.L.P.
                                    2555 Grand Blvd.
                                    Kansas City, MO 64108
                                    Telephone: (816) 474-6550
                                    Facsimile: (816) 421-5547

                                    *Attorneys for Defendant Gilead Sciences, Inc.*

2

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFF [FAILURE TO PROPERLY VERIFY PLAINTIFF FACT SHEETS] – NO. 4:18-CV-06972-JST

DATED: December 18, 2023   By: _____/s/_____

Robert C. Hilliard (*pro hac vice*)
Anthony S. Godfrey (*pro hac vice*)
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
Email: bobh@hilliard-law.com
Email: agodfrey@hilliard-law.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

*Attorneys for Plaintiff*

3

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFF [FAILURE TO PROPERLY VERIFY PLAINTIFF FACT SHEETS] – NO. 4:18-CV-06972-JST

## ATTESTATION

I, Jeremiah S. Wikler, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

\

DATED: December 18, 2023                                By: _____/s/_____
                                                        Jeremiah Wikler (*pro hac vice*)
                                                        *Attorney for Defendant Gilead Sciences, Inc.*

4

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFF [FAILURE TO PROPERLY VERIFY PLAINTIFF FACT SHEETS] – NO. 4:18-CV-06972-JST

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation of the Parties, and good cause appearing, it is hereby ORDERED that the above-captioned action is dismissed without prejudice, under Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b), as to Plaintiff Michael Place (LMI No. 960390) only.

**IT IS SO ORDERED**.

Dated: _____

Honorable Jon S. Tigar

5

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFF [FAILURE TO PROPERLY VERIFY PLAINTIFF FACT SHEETS] – NO. 4:18-CV-06972-JST