Robert C. Hilliard (admitted *pro hac vice*)
bobh@hmglawfirm.com
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Tel: (361) 882-1612
Fax: (361) 882-3015

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*,<br><br>                *Plaintiffs*,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>                *Defendant*. | Case No. 4:18-cv-06972-JST<br><br>**DECLARATION OF ANTHONY S. GODFREY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT GILEAD SCIENCES, INC.'S FOURTH MOTION TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS FOR FAILURE TO RESPOND TO PLAINTIFF FACT SHEET DEFICIENCY NOTICES (ECF No. 1445)** |

DECLARATION OF ANTHONY S. GODFREY IN SUPPORT OF PLAINTIFFS' RESPONSE TO GILEAD'S FOURTH MOTION TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS FOR FAILURE TO RESPOND TO PLAINTIFF FACT SHEET DEFICIENCY NOTICES (ECF NO. 1445)

No. 4:18-cv-06972-JST

I, Anthony S. Godfrey, declare and state as follows:

1. I am an attorney with Hilliard Law, counsel for Plaintiffs in the above-captioned matter, and am admitted *pro hac vice* to practice before this Court. I make this declaration based on my own personal knowledge and pursuant to Civil L.R. 7-3.

2. I have reviewed and complied with Civil Local Rules 7-3 and 7-5.

3. I submit this declaration in support of Plaintiffs' Response to Defendant's Fourth Motion to Dismiss the Claims of Certain Plaintiffs for Failure to Respond to Plaintiff Fact Sheet Deficiency Notices (ECF No. 1445).

4. On December 11, 2023, counsel for Gilead and Plaintiffs held a telephonic meet and confer to discuss the Plaintiffs identified by Gilead to be included in Gilead's Motion to Dismiss (ECF No. 1445).

5. During the December 11, 2023 meet and confer, counsel for Gilead represented that it would remove from its Motion any Plaintiffs who supplemented their PFS in advance of the hearing on this matter.

6. Gilead's Deficiency Notice Letters are served to Plaintiffs' Counsel via the Parties' PFS vendor, LMI, Inc., and include a line item for each alleged deficiency identified.

7. Plaintiffs identified in the attached Exhibit 1 – Schedule A have served a supplemental PFS to Gilead.

8. Plaintiffs identified in the attached Exhibit 1 – Schedule B have served a response to Gilead's Deficiency Notice Letter if no additional information or documents are available. Where required, Counsel have ordered and continue to await production of medical records from various facilities and health care providers, whose response time and retention policies vary widely.

- 1 -
Declaration of Anthony S. Godfrey in Support of Plaintiffs' Response to Gilead's Fourth Motion to Dismiss the Claims of Certain Plaintiffs for Failure to Respond to Plaintiff Fact Sheet Deficiency Notices (ECF No. 1445)

No. 4:18-cv-06972-JST

9. On January 26, 2024, Plaintiffs' Counsel provided Plaintiff Death Notices to Gilead pursuant to the Court's Order Regarding Deceased Plaintiffs (ECF No. 1434).

10. Plaintiffs' Counsel have made extensive efforts to obtain additional documents and information on behalf of the remaining Plaintiffs and supplement their PFS, but have so far been unable to obtain additional documents or information, variously due to a lack of documents or response from health care providers or various facilities, unsuccessful attempts to contact the Plaintiff, or have been unable to identify next of kin for recently-deceased Plaintiffs. Should the remaining Plaintiffs supplement their PFS prior to the hearing date on this matter, Counsel for Gilead has represented that those Plaintiffs will be withdrawn from the instant motion. Prior to the hearing date on this matter, Plaintiffs and Gilead will update the Court regarding the status of supplemental PFS service for these Plaintiffs and whether these Plaintiffs will be withdrawn from the motion. Plaintiffs respectfully request that the Court not rule on the Motion until after the hearing date has passed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

Executed on January 26, 2024, in Dallas, Texas.

By:  /s/ *Anthony S. Godfrey*
ANTHONY S. GODFREY