# EXHIBIT 1

## SCHEDULE A

| LMI ID | Plaintiff Name | Case Name | Case Number |
|---|---|---|---|
| 1088602 | Endicott, Phillip | Bird, et al. v. Gilead Sciences, Inc. | 4:22-cv-00595-JST |
| 1122871 | LaBelle, Craig | Cariano, et al. v. Gilead Sciences, Inc. | 4:22-cv-01867-JST |
| 1122868 | McKinley, Patricia | Cariano, et al. v. Gilead Sciences, Inc. | 4:22-cv-01867-JST |
| 1122863 | Nowlin, Robert | Cariano, et al. v. Gilead Sciences, Inc. | 4:22-cv-01867-JST |
| 1027643 | Chrisman, Robert E. | Criado, et al. v. Gilead Sciences, Inc. | 4:21-cv-05656-JST |
| 1153106 | Jones, Michael A. | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST |
| 1153104 | Jorgensen, James | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST |
| 1153085 | Moss, Torrence | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST |
| 1153083 | Ortiz, Daniel W. | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST |
| 530274 | Sullivan, Larry | Dowdy et al. v. Gilead Sciences, Inc. | 4:19-cv-00481-JST |
| 685973 | Gaines, Cecil J. | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 1126936 | Adams, Ella W. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126957 | Diaz, Felicita O. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126965 | Frazzini, Vincent E. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126969 | Green, Leon | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126971 | Hansen, Craig L. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1127088 | Jane Doe 34 | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126982 | Josue, Diana | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126985 | Love, Jay | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126990 | McMahon, Steven M. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126996 | Moore, Mary H. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126998 | Noto, Leonard | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1127007 | Post, Donald | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1127014 | Richburg, Janice | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1127035 | Wong, Wayne C. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 530366 | Perry, Tamara | Holley et al. v. Gilead Sciences, Inc. | 4:18-cv-06972-JST |
| 1122925 | Doyle, David | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122913 | Goerner, Carol | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1123009 | King, Forrest C. | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1123001 | LeBlanc, David | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122998 | Loller, Jason A. | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122969 | Ricci, Scott | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1123025 | Stephens, William | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1123024 | Thomas, Donald R. | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1106531 | Maxwell, Randall | Kelly, A., et al. v. Gilead Sciences, Inc. | 4:22-cv-00688-JST |
| 1106604 | Rogers, Gerald L. | Kelly, A., et al. v. Gilead Sciences, Inc. | 4:22-cv-00688-JST |
| 1106593 | Skipper, Joseph D. | Kelly, A., et al. v. Gilead Sciences, Inc. | 4:22-cv-00688-JST |
| 1146224 | John Doe 56 | Koski, et al. v. Gilead Sciences, Inc. | 4:22-cv-08903-JST |
| 1144937 | Renz, David | Lassiter, et al. v. Gilead Sciences, Inc. | 4:22-cv-06635-JST |
| 1144502 | Spires, Virginia | Lassiter, et al. v. Gilead Sciences, Inc. | 4:22-cv-06635-JST |
| 835483 | Gordon, Patrick S. | Lundy et al v. Gilead Sciences Inc., et al. | 4:20-cv-05282-JST |
| 529222 | Dillard, Maricsha | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529270 | Hall, Mitchell | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529385 | Parker, Diane | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529404 | Reid, Angelo | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529446 | Snodgrass, Daniel | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 1146213 | Hanson, Michael J. | Sharp, D., et al. v. Gilead Sciences, Inc. | 4:22-cv-09184-JST |
| 1146204 | Morris, Jessica | Sharp, D., et al. v. Gilead Sciences, Inc. | 4:22-cv-09184-JST |
| 1146205 | Sepulveda, Wilda J. | Sharp, D., et al. v. Gilead Sciences, Inc. | 4:22-cv-09184-JST |
| 1027505 | Underdahl, Brian J. | Wright, A. et al. v. Gilead Sciences, Inc. | 4:21-cv-06082-JST |

**SCHEDULE B**

| LMI ID | Plaintiff Name | Case Name | Case Number |
|---|---|---|---|
| 633628 | Peeler, Terris | Calkins et al. v. Gilead Sciences, Inc. | 4:20-cv-01884-JST |
| 1153053 | Bautista, Sonia | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST |
| 1153060 | Shelton, Deloise | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST |
| 1122939 | Calhoun, Derrick D. | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1123010 | Ioannone, Gerald | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122985 | Miller, Stephen E. | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122973 | Prather, Harvey | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122964 | Roerk, Jody | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 529439 | Smith, John | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 1146217 | Burrows, Dedra D. | Sharp, D., et al. v. Gilead Sciences, Inc. | 4:22-cv-09184-JST |

## SCHEDULE C

| LMI ID | Plaintiff Name | Case Name | Case Number |
|---|---|---|---|
| 1122853 | Schlenker, Chris | Cariano, et al. v. Gilead Sciences, Inc. | 4:22-cv-01867-JST |

## SCHEDULE D

| LMI ID | Plaintiff Name | Case Name | Case Number |
|---|---|---|---|
| 1122887 | Deleon, Ashley | Cariano, et al. v. Gilead Sciences, Inc. | 4:22-cv-01867-JST |
| 1122866 | Tran, Nam | Cariano, et al. v. Gilead Sciences, Inc. | 4:22-cv-01867-JST |
| 1122862 | Minor, Montrel | Cariano, et al. v. Gilead Sciences, Inc. | 4:22-cv-01867-JST |
| 1126938 | Baskin, Mark A. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126951 | Canter, John C. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126972 | Harlan, Anthony | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126979 | Janics, Richard A. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126981 | Jones, Ronsheilla | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1127010 | Raroha, Michael | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1127015 | Rivera, Jaime R. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1127023 | Sharp, Dwayne | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 530316 | Frazier, Tammy | Holley et al. v. Gilead Sciences, Inc. | 4:18-cv-06972-JST |
| 1122942 | Burleson, Mark | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1123004 | Kayne, Benjamin | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1123006 | Kouadio, N'goran | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1123002 | Leak, Samantha | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1123000 | LeGrier, Reginald | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122997 | Lipert, Vincent A. | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122990 | Mallonee, Richard | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122988 | Mauricio, Jose M. | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122980 | Nickerson, Robert | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122979 | Nolan, Richard | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122968 | Rivera, Jose | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122956 | Smith, Sheila | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1106578 | Thornton, Tony R. | Kelly, A., et al. v. Gilead Sciences, Inc. | 4:22-cv-00688-JST |
| 1146221 | Riley, Michael D. | Koski, et al. v. Gilead Sciences, Inc. | 4:22-cv-08903-JST |
| 1144501 | Joyner, Joseph J. | Lassiter, et al. v. Gilead Sciences, Inc. | 4:22-cv-06635-JST |
| 1144936 | Lang, Sonya M. | Lassiter, et al. v. Gilead Sciences, Inc. | 4:22-cv-06635-JST |
| 1125393 | Alexander, Latasha | Lee, et al. v. Gilead Sciences, Inc. | 4:22-cv-02353-JST |
| 1125368 | Mosley, Craig L. | Lee, et al. v. Gilead Sciences, Inc. | 4:22-cv-02353-JST |
| 1125355 | Winters, Gregory W. | Lee, et al. v. Gilead Sciences, Inc. | 4:22-cv-02353-JST |
| 1146210 | Jones, Paul D. | Sharp, D., et al. v. Gilead Sciences, Inc. | 4:22-cv-09184-JST |
| 1146201 | Rios, Margaret L. | Sharp, D., et al. v. Gilead Sciences, Inc. | 4:22-cv-09184-JST |