Robert C. Hilliard (*pro hac vice*)
Benjamin R. O'Connor (*pro hac vice*)
HILLIARD LAW LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
Email: bobh@hilliard-law.com
Email: boconnor@hilliard-law.com

Steve W. Berman (*pro hac vice*)
Anne F. Johnson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: annej@hbsslaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GILEAD SCIENCES, INC.,<br><br>　　　　　　　　　　　Defendant.<br><br>This document relates to plaintiff Derrick Jones, originally filed in the following case:<br><br>*Lyons et al. v. Gilead Sciences, Inc.*,<br>No. 4:19-cv-02538-JST | No. 4:18-cv-06972-JST<br><br>**EARLY TRIAL CASE PLAINTIFF DERRICK JONES'S UNOPPOSED MOTION TO DISMISS**<br><br>Assigned to:　　Hon. Jon S. Tigar<br>Hearing Date:　March 14, 2024<br>Hearing Time:　2:00 p.m.<br>Location:　　　Courtroom 6<br>　　　　　　　　(by videoconference) |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that on Thursday, March 14, 2024 at 2:00 p.m., by videoconference, before the Honorable Jon S. Tigar, in Courtroom 6 of this Court, located at 1301 Clay Street, Oakland, CA 94612, Plaintiff Derrick Jones moves this Court for an order of dismissal with prejudice. This Motion is based on Federal Rule of Civil Procedure 41(a)(2), the accompanying Declaration of Benjamin R. O'Connor, the pleadings and filings in this action, and any further evidence or argument properly before the Court.

**STATEMENT OF RELIEF SOUGHT**

Plaintiff Derrick Jones seeks an order dismissing his claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**MEMORANDUM IN SUPPORT**

Early Trial Case Plaintiff Derrick Jones ("Plaintiff" or "Jones") hereby moves to dismiss his case pursuant to Federal Rule of Civil Procedure 41(a)(2). In support of this Motion, Plaintiff states as follows:

On May 10, 2019, Jones, along with other plaintiffs, filed his original complaint. *See Lyons v Gilead Sciences, Inc.*, No. 4:19-cv-02538-JST, ECF No. 1 ¶ 57. On May 31, 2019, Jones, along with other plaintiffs, filed his First Amended Complaint ("FAC"). *See* ECF No. 84. On December 13, 2019, Gilead answered Jones' FAC. *See* ECF No. 142.

In April 2022, Mr. Jones was selected as an Early Trial Case Plaintiff in this litigation. His case is set to begin trial on April 1, 2024. *See* ECF No. 1471 at 2–3. Per the Court's scheduling order, Plaintiff and Gilead Sciences, Inc. ("Gilead," together with Plaintiff, the "Parties") have already filed pretrial motions (e.g., motions *in limine*) related to Mr. Jones's case and have exchanged initial exhibit lists, witness lists, proposed jury instructions, and deposition designations in addition to other pretrial material. *See id.* at 2.

On January 29, 2024, the Court granted Gilead's motion to exclude the testimony of Dr. Derek Fine, who is Plaintiff's case-specific expert on specific causation; that is, that Gilead's drugs containing tenofovir disoproxil fumarate ("TDF") caused Mr. Jones's injuries. *See* ECF No. 1539.

1

1    The Parties have agreed that Wisconsin substantive law applies in this case. *See* O'Connor Decl. at ¶ 3. Under relevant Wisconsin law, absent expert testimony that Mr. Jones was injured and his injuries were caused by the TDF-based drugs that he took, Mr. Jones will likely not be able to prove his claims at trial. *See, e.g.*, *Pinter v. Vill. of Stetsonville*, 2019 WI 74, ¶63, 387 Wis. 2d 475, 929 N.W.2d 547; *Ollman v. Wisconsin Health Care Liability Ins. Plan*, 178 Wis.2d 648, 667, 505 N.W.2d 399 (Ct.App.1993); *Cali v. Danek Med., Inc.*, 24 F. Supp. 2d 941, 950 (W.D. Wis. 1998).

Thus, in light of the exclusion of Dr. Fine's testimony and pursuant to Rule 41(a)(2), Mr. Jones moves to voluntarily dismiss his case.

Counsel for Mr. Jones has communicated with counsel for Gilead about this motion and counsel for Gilead stated that Gilead is unopposed to this motion. *See* O'Connor Decl. at ¶ 4.

In light of the above, the terms of this dismissal of Mr. Jones's case are proper. *See* Fed. R. Civ. P. 41(a)(2).

WHEREFORE, in light of the above reasons, Plaintiff Derrick Jones requests that this Court dismiss his case, with prejudice, under Rule 41.

DATED: February 6, 2024                             Respectfully submitted,

                                                    HILLIARD LAW

                                                    By: */s/ Robert C. Hilliard*

                                                    Robert C. Hilliard (*pro hac vice*)
                                                    Michael E. Richardson (*pro hac vice*)
                                                    Benjamin R. O'Connor (*pro hac vice*)
                                                    719 S. Shoreline Blvd
                                                    Corpus Christi, TX 78401
                                                    Telephone: (361) 882-1612
                                                    Facsimile: (361) 882-3015
                                                    Email: bobh@hillard-law.com
                                                    Email: mrichardson@hilliard-law.com
                                                    Email: boconnor@hilliard-law.com

                                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                                    Steve W. Berman (*pro hac vice*)
                                                    1301 Second Avenue, Suite 2000
                                                    Seattle, WA 98101
                                                    Telephone: (206) 623-7292
                                                    Facsimile: (206) 623-0594

2

Email: steve@hbsslaw.com
Anne F. Johnson (*pro hac vice*)
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (718) 916-3520
Facsimile: (206) 623-0594
Email: annej@hbsslaw.com

*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

*/s/ Robert C. Hilliard*
Robert C. Hilliard

**[PROPOSED] ORDER**

This matter comes before the Court on the Motion of Plaintiff Derrick Jones, pursusant to Federal Rule of Civil Procedure 41(a)(2). No opposition has been filed. The Court has reviewed the record and finds good cause appearing to grant Plaintiff's Motion.

IT IS HEREBY ORDERED, Derrick Jones's claims against Gilead are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

Dated: _____

                                                Honorable Jon S. Tigar
                                                United States District Court Judge