United States District Court
Northern District of California

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   ADRIAN JAVON HOLLEY, et al.,                    Case No. 18-cv-06972-JST

8                         Plaintiffs,

9           v.                                       **ORDER SETTING NEXT EARLY TRIAL CASE AND ORDER REQUIRING RESPONSE TO MOTION TO DISMISS**

10  GILEAD SCIENCES, INC., et al.,

11                        Defendants.                Re: ECF Nos. 1545, 1547

12

13          In the parties' February 5, 2024 joint statement, Plaintiffs state that First Early Trial

14  Plaintiff Derrick Jones will file a motion to dismiss his case with prejudice, which Gilead will not

15  oppose.  ECF No. 1545 at 2.

16          Plaintiffs subsequently filed their motion to dismiss, which states that "Gilead is

17  unopposed to this motion."  ECF No. 1547 at 3.  Within seven days of the date of this order,

18  Gilead shall file either a statement confirming its non-opposition or a statement of opposition.  To

19  avoid unnecessary inefficiencies in the future, the Court encourages the parties to file a stipulation

20  whenever any requested relief is unopposed.

21          The parties dispute whether the next case to be considered should be that of Second Early

22  Trial Plaintiff Michael Hall, who was selected by Plaintiffs, or of Gilead's next selection, Floyd

23  Bromley-Spiegle.  *Id.* at 2–6.  Having considered the parties' arguments, the Court is persuaded by

24  Plaintiffs' position.  The case schedule will proceed with Hall as the next Early Trial Plaintiff.

25          Additionally, the Court notes that the parties characterize their disagreement as one over

26  "which case should become the First Early Trial Case in light of the Jones dismissal."  *Id.* at 2.

27  The Court makes no determination at this time as to when a case counts as one of the six early

28  trials contemplated by the case schedule.  However, for clarity of the record, the parties should

1  continue to refer to Hall as the Second Early Trial Plaintiff.

2     **IT IS SO ORDERED.**

3  Dated:  February 6, 2024



JON S. TIGAR
United States District Judge