Eva M. Weiler (SBN: 233942)
**SHOOK, HARDY & BACON L.L.P.**
5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel.: (949) 475.1500 / Fax: (949) 475.0016
Email: eweiler@shb.com

Patrick Oot (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
1800 K. Street N.W., Suite 1000
Washington, D.C. 20006
Tel.: (202) 783-8400 / Fax: (202) 783-4211
Email: oot@shb.com

Eric Anielak (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Tel.: (816) 474-6550 / Fax: (816) 421-5547
Email: eanielak@shb.com

*Attorneys for Defendant Gilead Sciences, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN HOLLEY, ET AL.<br><br>*Plaintiffs,*<br><br>vs.<br><br>GILEAD SCIENCES, INC.,<br><br>*Defendant.* | Case No.  Case No.  4:18-cv-06972-JST<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Assigned to: Hon. Jon S. Tigar |

**NOTICE OF CHANGE IN COUNSEL**

PLEASE TAKE NOTICE that Defendant Gilead Sciences, Inc. ("Defendant") hereby files this Notice of Change in Counsel for withdrawal of the *pro hac vice* appearance of Michael Casner, formerly of Goldman Ismail Tomaselli Brennan & Baum LLP, as counsel for Defendant. In support, the undersigned states as follows:

1. Michael Casner filed a motion for leave to appear pro hac vice in this matter on October 22, 2021 (ECF No. 813), which was granted by this Court on October 22, 2021 (ECF No. 817).
2. Michael Casner is listed as counsel for Defendant Gilead Sciences, Inc. in the *Holley* matter.
3. Mr. Casner is no longer with the firm of Goldman Ismail Tomaselli Brennan & Baum LLP ("Goldman Ismail") and no longer represents Defendant in this matter.
4. Rami Fakhouri of Goldman Ismail will remain as counsel and continue to represent Defendant in this action.

WHEREFORE, the undersigned respectfully requests that Michael Casner's appearance be withdrawn in this action and that he be removed from future ECF notifications and service lists in this matter.

DATED: May 28, 2024

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Eva M. Weiler*_____
    Eva M. Weiler
    Patrick Oot
    Eric Anielak

Jesse Weisshaar (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
1800 K. Street N.W.
Washington, D.C. 20006
Phone: (202) 783-8400 / Fax: (202) 783-4211
Email: oot@shb.com

Christopher Cotton (*pro hac vice*)
Jeremy Wikler (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**

|   |   |
|---|---|
| 1 | 2555 Grand Blvd. |
| 2 | Kansas City, MO 64108 |
|   | Phone: (816) 474-6550 / Fax: (816) 421-5547 |
| 3 | Email: eanielak@shb.com |
|   | Email: ccotton@shb.com |
| 4 | Email: jwikler@shb.com |

1  2555 Grand Blvd.
   Kansas City, MO 64108
   Phone: (816) 474-6550 / Fax: (816) 421-5547
   Email: eanielak@shb.com
   Email: ccotton@shb.com
   Email: jwikler@shb.com

Bart Williams (SBN: 134009)
Susan Gutierrez (SBN: 273980)
Kyle Casazza (SBN: 254061)
**PROSKAUER ROSE LLP**
**2029** Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Phone: (310) 557-2900
Email: bwilliams@proskauer.com
Email: sgutierrez@proskauer.com
Email: kcasazza@proskauer.com

Lee Popkin (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036-8299
Phone: (212) 969-3000
Email: lpopkin@proskauer.com

Tarek Ismail (*pro hac vice*)
Rami Fakhouri (*pro hac vice*)
**GOLDMAN, ISMAIL, TOMASELLI, BRENNAN & BAUM LLP**
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Phone: (312) 681-6000 / Fax: (312) 881-5191
Email: tismail@goldmanismail.com
Email: rfakhouri@goldmanismail.com

Meghan Kelly (SBN: 292236)
Andrew D. Silverman (SBN: 246539)
Naomi J. Scotten (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10015
Telephone:     (212) 506-5000
Facsimile:      (212) 506-5151
Email: meghan.kelly@orrick.com
Email: asilverman@orrick.com
Email: nscotten@orrick.com

*Counsel for Defendant Gilead Science, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28 day of May, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

*/s/ Eva M. Weiler*
Eva M. Weiler