Eva M. Weiler (SBN: 233942)
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel.: (949) 475.1500 / Fax: (949) 475.0016
Email: eweiler@shb.com

Patrick Oot (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
1800 K. Street N.W., Suite 1000
Washington, D.C. 20006
Tel.: (202) 783-8400 / Fax: (202) 783-4211
Email: oot@shb.com

Eric Anielak (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel.: (816) 474-6550 / Fax: (816) 421-5547
Email: eanielak@shb.com

*Attorneys for Defendant Gilead Sciences, Inc.*

Robert C. Hilliard (*pro hac vice*)
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Tel.: (361) 882-1612 / Fax: (361) 882-3015
Email: bobh@hilliard-law.com

*Attorneys for the Holley Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al., | Case No. 4:18-cv-06972-JST |
| *Plaintiffs,* | **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SUMMARY JUDGMENT DEADLINES FOR SECOND EARLY TRIAL CASE (MICHAEL HALL)** |
| vs. | |
| GILEAD SCIENCES, INC., | Assigned to:    Hon. Jon S. Tigar |
| *Defendant.* | |

Pursuant to Local Rules 6-2 and 7-12 Plaintiffs and Defendant Gilead Sciences, Inc. ("Gilead") (together, the "Parties"), by and through their undersigned counsel of record, respectfully submit the following stipulation and proposed order:

WHEREAS, the Court's Fifteenth Amended Scheduling Order [ECF No. 1586], dated March 21, 2024, sets forth certain amended case deadlines for Second Early Trial Plaintiff Michael Hall;

WHEREAS, the Court's April 19, 2024 Order to Modify Case Deadlines for Second Early Trial Case (Michael Hall) amended certain deadlines for Second Early Trial Plaintiff Michael Hall [ECF No. 1599];

WHEREAS, the Parties have agreed, subject to Court approval, of an extension of the operative deadlines pertaining to summary judgment for Second Early Trial Plaintiff Michael Hall by five (5) weeks; and

WHEREAS, the Parties have previously requested an extension of certain deadlines pertaining to the Second Early Trial Plaintiff Michael Hall but submit that the extension requested herein will be beneficial to the Parties.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, and the Parties ask the Court to order that, the current deadlines for Second Early Trial Plaintiff Michael Hall be amended as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to file case-specific summary judgment motion(s) for Second Early Trial Case | June 7, 2024 | July 12, 2024 |
| Deadline to file oppositions to case-specific summary judgment motion(s) for Second Early Trial Case | July 8, 2024 | August 12, 2024 |
| Deadline to file replies in support of case-specific summary judgment motion(s) for Second Early Trial Case | July 22, 2024 | August 26, 2024 |
| Hearing on case-specific summary judgment motion(s) for Second Early Trial Case | August 22, 2024 | September 26, 2024 (subject to Court's availability) |
| Deadline to file motions *in limine* for Second Early Trial Case | September 20, 2024 | September 20, 2024 |
| Deadline to file oppositions to motions in *limine* for Second Early Trial Case | September 27, 2024 | September 27, 2024 |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SUMMARY JUDGMENT DEADLINES FOR SECOND EARLY TRIAL CASE (MICHAEL HALL) - NO. 4:18-CV-06972-JST

| Hearing on motions *in limine* for Second Early Trial Case | October 18, 2024 | October 18, 2024 |

Events not listed above, including the November 4, 2024 trial date, remain as scheduled.

**IT IS SO STIPULATED**

DATED: May 24, 2024                          **SHOOK, HARDY & BACON L.L.P.**

By:   */s/ Eva M. Weiler*
      Eva M. Weiler
      Patrick Oot
      Eric Anielak

Jesse Weisshaar (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
1800 K. Street N.W.
Washington, D.C. 20006
Phone: (202) 783-8400 / Fax: (202) 783-4211
Email: oot@shb.com

Christopher Cotton (*pro hac vice*)
Jeremy Wikler (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550 / Fax: (816) 421-5547
Email: eanielak@shb.com
Email: ccotton@shb.com
Email: jwikler@shb.com

Bart Williams (SBN 134009)
Susan Gutierrez (SBN 273980)
Kyle Casazza (SBN 254061)
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Phone: (310) 557-2900
Email: bwilliams@proskauer.com
Email: sgutierrez@proskauer.com
Email: kcasazza@proskauer.com

Lee Popkin (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036-8299
Phone: (212) 969-3000
Email: lpopkin@proskauer.com

Tarek Ismail (*pro hac vice*)
Rami Fakhouri (*pro hac vice*)
Michael Casner (*pro hac vice*)
**GOLDMAN, ISMAIL, TOMASELLI, BRENNAN & BAUM LLP**
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Phone: (312) 681-6000 / Fax: (312) 881-5191
Email: tismail@goldmanismail.com
Email: rfakhouri@goldmanismail.com
Email: mcasner@goldmanismail.com

Meghan Kelly (SBN 292236)
Andrew D. Silverman (SBN 246539)
Naomi J. Scotten (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10015
Telephone:     (212) 506-5000
Facsimile:      (212) 506-5151
Email: meghan.kelly@orrick.com
Email: asilverman@orrick.com
Email: nscotten@orrick.com

*Counsel for Defendant Gilead Sciences, Inc.*

*/s/ Benjamin R. O'Connor*
Robert C. Hilliard (pro hac vice)
Benjamin R. O'Connor (pro hac vice)
Michael E. Richardson (pro hac vice)
**HILLIARD LAW**
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
Email: bobh@hilliard-law.com
Email: boconnor@hilliard-law.com
Email: mrichardson@hilliard-law.com

Anne F. Johnson (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
68 3rd Street, Suite 249
Brooklyn, New York 11231
Telephone: (718) 916-3520
Facsimile: (206) 623-0594
Email: annej@hbsslaw.com

Steve W. Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

*Counsel for the Holley Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California regarding signatures, I, Eva M. Weiler, attest that concurrence in the filing of this document has been obtained.

Dated: May 24, 2024              By:      /s/ Eva M. Weiler
                                             Eva M. Weiler

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day May, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

                                                       */s/ Eva M. Weiler*
                                                      Eva M. Weiler

6

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SUMMARY JUDGMENT DEADLINES FOR SECOND EARLY TRIAL CASE (MICHAEL HALL) - NO. 4:18-CV-06972-JST

# ~~PROPOSED~~ ORDER

Pursuant to the foregoing stipulation between the Parties, and good cause appearing, it is hereby ordered as follows:

The following summary judgment deadlines for Second Early Trial Plaintiff Michael Hall are amended as set forth herein:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to file case-specific summary judgment motion(s) for Second Early Trial Case | June 7, 2024 | July 12, 2024 |
| Deadline to file oppositions to case-specific summary judgment motion(s) for Second Early Trial Case | July 8, 2024 | August 12, 2024 |
| Deadline to file replies in support of case-specific summary judgment motion(s) for Second Early Trial Case | July 22, 2024 | August 26, 2024 |
| Hearing on case-specific summary judgment motion(s) for Second Early Trial Case | August 22, 2024 | September 26, 2024 (subject to Court's availability) |
| Deadline to file motions *in limine* for Second Early Trial Case | September 20, 2024 | September 20, 2024 |
| Deadline to file oppositions to motions in *limine* for Second Early Trial Case | September 27, 2024 | September 27, 2024 |
| Hearing on motions *in limine* for Second Early Trial Case | October 18, 2024 | October 18, 2024 |

Events not listed above, including the November 4, 2024 trial date, remain as scheduled.

**IT IS SO ORDERED.**

Dated: May __30__, 2024

_____
Honorable Jon S. Tigar
United States District Judge