| | |
|---|---|
| 1 | Eva M. Weiler (SBN 233942) |
| 2 | eweiler@shb.com |
|   | SHOOK, HARDY & BACON L.L.P. |
| 3 | 5 Park Plaza, Suite 1600 |
|   | Irvine, CA 92614 |
| 4 | Phone: (949) 475-1500 / Fax: (949) 475-0016 |
| 5 | *Attorney for Defendant Gilead Sciences, Inc.* |
| 6 | [Additional Counsel Listed on Signature Page] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al., | Case No. 4:18-cv-06972-JST |
| *Plaintiffs,* | |
| vs. | **STIPULATION AND [PROPOSED] ORDER RELATED TO GILEAD SCIENCES, INC.'S MOTION TO DISMISS [ECF NO. 1444]** |
| GILEAD SCIENCES, INC., | |
| *Defendant.* | |
| *This documents relates to:* | |
| *Sutton, A., et al. v. Gilead Sciences, Inc.,* 4:23-cv-00701-JST. | |

Plaintiff and Defendant Gilead Sciences, Inc., ("Gilead") hereby stipulate and agree as follows:

WHEREAS, on December 20, 2023, Gilead Sciences, Inc. filed its Tenth Motion to Dismiss Plaintiffs' Claims for Failure to Serve Plaintiff Fact Sheets (ECF No. 1444) ("Motion to Dismiss") seeking dismissal of the claims of Plaintiffs listed on Exhibit A to the Declaration of Eva M. Weiler that accompanied the Motion to Dismiss (ECF No. 1444-2).

WHEREAS, on January 26, 2024, Plaintiffs filed their response to Gilead's Motions to Dismiss (ECF Nos. 1535).

WHEREAS, on February 21, 2024, the Parties filed a Stipulation and Proposed Order Resolving the Motion to Dismiss (ECF No. 1565), which was adopted by the Court on the same day (ECF No. 1566, hereinafter "Stipulated Order");

WHEREAS, under the Stipulated Order, Plaintiffs identified in Schedule E were given "until May 19, 2024 to file a motion for substitute, or show good cause why their claims should not be dismissed for failure to comply with discovery obligations." ECF No. 1566.

WHEREAS, by party agreement, Plaintiff Patrick Joe's compliance deadline under the Stipulated Order was extended to May 28, 2024.

WHEREAS, Schedule E Plaintiff Patrick Joe failed to move to substitute or to serve a PFS by May 28, 2024, as required by the Stipulated Order and agreed to by the parties.

WHEREAS, THE PARTIES AGREE AND STIPUATE that Plaintiff Patrick Joe shall be DISMISSED without prejudice.

DATED: May 31, 2024                         By:  /s/ *Eva M. Weiler*
                                                  Eva M. Weiler

2

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFF [ECF NO. 1444] –
NO. 4:18-CV-06972-JST

Patrick Oot (*pro hac vice*)
oot@shb.com
Jesse Weisshaar (*pro hac vice*)
jweisshaar@shb.com
SHOOK, HARDY & BACON L.L.P
1800 K. Street N.W.
Washington, D.C. 20006
Phone: (202) 783-8400
Fax: (202) 783-4211

Eric Anielak (*pro hac vice*)
eanielak@shb.com
Christopher Cotton (*pro hac vice*)
ccotton@shb.com
Jeremiah S. Wikler (*pro hac vice*)
jwikler@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

Bart Williams (SBN: 134009)
bwilliams@proskauer.com
Susan Gutierrez (SBN: 273980)
sgutierrez@proskauer.com
Kyle Casazza (SBN 254061)
kcasazza@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Phone: (310) 557-2900

Lee Popkin (*pro hac vice*)
lpopkin@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Phone: (212) 969-3000

Meghan Kelly (SBN: 292236)
meghan.kelly@orrick.com
Andrew D. Silverman (SBN: 246539)
asilverman@orrick.com
Naomi J. Scotten (*pro hac vice*)
nscotten@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10015
Phone: (212) 506-5000
Fax: (212) 506-5151

Tarek Ismail (*pro hac vice*)
tismail@goldmanismail.com
Rami Fakhouri (*pro hac vice*)
rfakhouri@goldmanismail.com
Michael Casner (*pro hac vice*)
mcasner@goldmanismail.com
GOLDMAN, ISMAIL, TOMASELLI, BRENNAN & BAUM LLP
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Phone: (312) 681-6000
Fax: (312) 881-5191

*Attorneys for Defendant Gilead Sciences, Inc.*

DATED: May 31, 2024   By: /s/ *Anthony S. Godfrey*
Robert C. Hilliard (*pro hac vice*)
Anthony S. Godfrey (*pro hac vice*)
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
Email: bobh@hilliard-law.com
Email: agodfrey@hilliard-law.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Shana E. Scarlett (SBN: 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

*Attorneys for Plaintiffs*

**ATTESTATION**

I, Eva M. Weiler, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 31, 2024    /s/ *Eva M. Weiler*
Eva M. Weiler

*Attorney for Defendant Gilead Sciences Inc.*

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulation of the Parties, and good cause appearing, it is hereby ORDERED that that the above-captioned action is dismissed without prejudice, under Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b), as to Plaintiff Patrick Joe.

**IT IS SO ORDERED**.

Dated: ___June 3, 2024___                           _____
                                                                                  Honorable Jon S. Tigar