Eva M. Weiler (SBN: 233942)
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel.: (949) 475.1500 / Fax: (949) 475.0016
Email: eweiler@shb.com

Patrick Oot (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
1800 K. Street N.W., Suite 1000
Washington, D.C. 20006
Tel.: (202) 783-8400 / Fax: (202) 783-4211
Email: oot@shb.com

Eric Anielak (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel.: (816) 474-6550 / Fax: (816) 421-5547
Email: eanielak@shb.com

*Attorneys for Defendant Gilead Sciences, Inc.*

Robert C. Hilliard (*pro hac vice*)
HILLIARD LAW
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Tel.: (361) 882-1612 / Fax: (361) 882-3015
Email: bobh@hilliard-law.com

*Attorneys for the Holley Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al., | Case No. 4:18-cv-06972-JST |
| *Plaintiffs,* | **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE DEADLINES FOLLOWING SETTLEMENT** |
| vs. | |
| GILEAD SCIENCES, INC., | Assigned to:   Hon. Jon S. Tigar |
| *Defendant.* | |

1    Plaintiffs and Defendant Gilead Sciences, Inc. ("Gilead") (together, the "Parties"), by and
2  through their undersigned counsel of record, respectfully submit the following stipulation and
3  proposed order:
4    WHEREAS, Defendant has reached an agreement in principle to settle the claims of the
5  plaintiffs represented by Hilliard Law, Hagens Berman Sobol Shapiro LLP, and Ben Crump Law
6  LLP  in the litigation pending in the above-referenced consolidated action pending before this Court;
7    WHEREAS, to enable the Parties to finalize the settlement documentation and associated
8  details, and to complete the associated procedural requirements, the Parties request the Court stay all
9  deadlines for the cases listed in Exhibit A (which includes all 6 Early Trial Cases) for 90 days, and
10  specifically vacate all deadlines in the Second Early Trial Case of Plaintiff Michael Hall and the
11  Fifteenth Amended Scheduling Order;
12    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties,
13  and the Parties ask the Court to stay the cases listed in Exhibit A until September 5.

**IT IS SO STIPULATED.**

DATED: June 6, 2024                          **SHOOK, HARDY & BACON L.L.P.**

                                  By:    */s/ Eva M. Weiler*
                                         Eva M. Weiler
                                         Patrick Oot
                                         Eric Anielak

                                         Jesse Weisshaar (*pro hac vice*)
                                         **SHOOK, HARDY & BACON L.L.P.**
                                         1800 K. Street N.W.
                                         Washington, D.C. 20006
                                         Phone: (202) 783-8400 / Fax: (202) 783-4211
                                         Email: oot@shb.com

1

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE DEADLINES FOLLOWING SETTLEMENT -
NO. 4:18-CV-06972-JST

Christopher Cotton (*pro hac vice*)
Jeremy Wikler (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550 / Fax: (816) 421-5547
Email: eanielak@shb.com
Email: ccotton@shb.com
Email: jwikler@shb.com

Bart Williams (SBN 134009)
Susan Gutierrez (SBN 273980)
Kyle Casazza (SBN 254061)
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Phone: (310) 557-2900
Email: bwilliams@proskauer.com
Email: sgutierrez@proskauer.com
Email: kcasazza@proskauer.com

Lee Popkin (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036-8299
Phone: (212) 969-3000
Email: lpopkin@proskauer.com

Tarek Ismail (*pro hac vice*)
Rami Fakhouri (*pro hac vice*)
Michael Casner (*pro hac vice*)
**GOLDMAN, ISMAIL, TOMASELLI, BRENNAN & BAUM LLP**
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Phone: (312) 681-6000 / Fax: (312) 881-5191
Email: tismail@goldmanismail.com
Email: rfakhouri@goldmanismail.com
Email: mcasner@goldmanismail.com

Meghan Kelly (SBN 292236)
Andrew D. Silverman (SBN 246539)
Naomi J. Scotten (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10015
Telephone:    (212) 506-5000

Facsimile:    (212) 506-5151
Email: meghan.kelly@orrick.com
Email: asilverman@orrick.com
Email: nscotten@orrick.com

*Counsel for Defendant Gilead Sciences, Inc.*

Dated:  June 6, 2024    */s/ Benjamin R. O'Connor*
Robert C. Hilliard (pro hac vice)
Benjamin R. O'Connor (pro hac vice)
Michael E. Richardson (pro hac vice)
**HILLIARD LAW**
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
Email: bobh@hilliard-law.com
Email: boconnor@hilliard-law.com
Email: mrichardson@hilliard-law.com

Anne F. Johnson (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
68 3rd Street, Suite 249
Brooklyn, New York 11231
Telephone: (718) 916-3520
Facsimile: (206) 623-0594
Email: annej@hbsslaw.com

Steve W. Berman (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

*Counsel for the Holley Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California regarding signatures, I, Eva M. Weiler, attest that concurrence in the filing of this document has been obtained.

Dated: June 6, 2024            By:     */s/ Eva M. Weiler*
                                              Eva M. Weiler

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day June 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

*/s/ Eva M. Weiler*
Eva M. Weiler

## **PROPOSED ORDER**

Pursuant to the foregoing stipulation between the Parties, and good cause appearing, it is hereby ordered as follows:

All deadlines in the cases in Exhibit A are stayed until September 5, 2024; and

All deadlines in the Second Early Trial Case of Plaintiff Michael Hall and the Fifteenth Amended Scheduling Order are hereby vacated.

**IT IS SO ORDERED.**

Dated: June _____, 2024

_____
Honorable Jon S. Tigar
United States District Judge