1  Eva M. Weiler (SBN 233942)
   eweiler@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   5 Park Plaza, Suite 1600
3  Irvine, CA 92614
   Phone: (949) 475-1500 / Fax: (949) 475-0016
4

5  *Attorney for Defendant Gilead Sciences, Inc.*

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ADRIAN HOLLEY, et al., | Case No. 4:18-cv-06972-JST |
| *Plaintiffs,* | |
| vs. | [PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFFS LISTED ON APPENDIX A TO THIS ORDER [FAILURE TO TIMELY MOVE TO SUBSTITUTE PROPER PARTY PLAINTIFFS] |
| GILEAD SCIENCES, INC., | |
| *Defendant.* | |
| *This documents relates to:* | [Filed concurrently with Defendant Gilead Sciences, Inc.'s Uncontested Motion to Dismiss Claims of Plaintiffs for Failure to Timely Move to Substitute Proper Party Plaintiffs and Declaration of Eva M. Weiler in Support] |
| *Brooks, et al. v. Gilead Sciences, Inc.*, Case No 4:21-cv-06458-JST; | |
| *Calkins, et al. v. Gilead Sciences, Inc.*, Case No 4:20-cv-01884-JST; | Re: ECF No. 1647 |
| *Criado, et al. v. Gilead Sciences, Inc.*, Case No 4:21-cv-05656-JST; | |
| *Davillier, et al. v. Gilead Sciences, Inc.,* Case No. 4:20-cv-00570-JST; | |
| *Geller, et al. v. Gilead Sciences, Inc.*, Case No 4:21-cv-08752-JST; | |
| *Harlan, et al. v. Gilead Sciences, Inc.*, Case No. 4:22-cv-03156-JST; | |

*Jaime, et al. v. Gilead Sciences, Inc.*,
Case No 4:21-cv-05112-JST;

*Kachelmyer, et al. v. Gilead Sciences, Inc.*,
Case No 4:21-cv-00328-JST;

*Lassiter, et al. v. Gilead Sciences, Inc.*,
Case No 4:22-cv-06635-JST;

*Lundy, et al. v. Gilead Sciences, Inc.*,
Case No 4:20-cv-05282-JST;

*Mosely, et al. v. Gilead Sciences, Inc.*,
Case No. 4:19-cv-05816-JST;

*Natividad, et al. v. Gilead Sciences, Inc.*,
Case No 4:21-cv-01282-JST;

*Robinson, B., et al. v. Gilead Sciences, Inc.*,
Case No 4:21-cv-09340-JST; and

*Wright, A., et al. v. Gilead Sciences, Inc.*,
Case No 4:21-cv-06082-JST.

2

[PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFFS LISTED ON APPENDIX A TO THIS ORDER [FAILURE TO TIMELY MOVE TO SUBSTITUTE PROPER PARTY PLAINTIFFS] – NO. 4:18-CV-06972-JST

**[PROPOSED] ORDER**

The Court has considered Defendant Gilead Sciences, Inc.'s ("Gilead's") motion to dismiss the claims of Plaintiffs listed in the Appendix A to this Order ("Plaintiffs") for failure to timely move to substitute proper party plaintiffs pursuant to the Court's November 28, 2023 Stipulation and Order Regarding Deceased Plaintiffs (ECF No. 1435) and Federal Rule of Civil Procedure 25.

GOOD CAUSE APPEARING, including Gilead notifying Plaintiffs' counsel of their failure to timely move to substitute proper party plaintiffs, service of the notice of the Motion, and Plaintiffs' continued failure to move to substitute proper party plaintiffs,

IT IS HEREBY ORDERED that Gilead's Motion is **GRANTED**;

IT IS FURTHER ORDERED that the above-captioned actions are dismissed without prejudice, under Federal Rules of Civil Procedure 25 and 41(b), as to Plaintiffs listed in Appendix A to this Order only.

**IT IS SO ORDERED**.

Dated:   September 3, 2024

_____
Honorable Jon S. Tigar

# Appendix A

| LMI ID | Plaintiff name | Case Name | Case No. |
|---|---|---|---|
| 529368 | Morrison, Dwight | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST |
| 529494 | Williams, Terri | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST |
| 534086 | Hollins, Eric | *Davillier et al. v. Gilead Sciences, Inc.* | 4:20-cv-00570-JST |
| 534119 | Hall, Lonzie | *Davillier et al. v. Gilead Sciences, Inc.* | 4:20-cv-00570-JST |
| 632880 | Chatman, Ella | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST |
| 633381 | O Brien, Danny | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST |
| 633522 | Cregger, Donald | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST |
| 633553 | Hopkins, Seth | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST |
| 835474 | Chatman, Brenda | *Lundy et al v. Gilead Sciences Inc., et al.* | 4:20-cv-05282-JST |
| 914481 | Gamel, David | *Kachelmyer, et al v. Gilead Sciences, Inc.* | 4:21-cv-00328-JST |
| 954371 | Nichols, Emily | *Natividad, et al v. Gilead Sciences, Inc.* | 4:21-cv-01282-JST |
| 1016267 | Harris, Josie | *Jaime, et al. v. Gilead Sciences, Inc.* | 4:21-cv-05112-JST |
| 1027511 | Rivera, Teresa | *Wright, A. et al. v. Gilead Sciences, Inc.* | 4:21-cv-06082-JST |
| 1027647 | Brown, Sarah | *Criado, et al. v. Gilead Sciences, Inc.* | 4:21-cv-05656-JST |
| 1067056 | Knott, Dennis | *Brooks, et al. v. Gilead Sciences, Inc.* | 4:21-cv-06458-JST |

| LMI ID | Plaintiff name | Case Name | Case No. |
|---|---|---|---|
| 1083309 | Fernandez, Carlos | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083342 | Jimenez, Carl | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1083418 | Ventriglia, Susan | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST |
| 1088058 | Milton, Montford | *Robinson, B., et al. v. Gilead Sciences, Inc.* | 4:21-cv-09340-JST |
| 1126943 | Bogard, Lynn | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST |
| 1144932 | Smith, Demetris | *Lassiter, et al. v. Gilead Sciences, Inc.* | 4:22-cv-06635-JST |