Eva M. Weiler (SBN: 233942)
eweiler@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614
Phone: (949) 475-1500 / Fax: (949) 475-0016

Patrick Oot (*pro hac vice*)
oot@shb.com
SHOOK, HARDY & BACON L.L.P.
1800 K. Street N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 783-8400 / Fax: (202) 783-4211

Eric Anielak (*pro hac vice*)
eanielak@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550 / Fax: (816) 421-5547

*Attorney for Defendant Gilead Sciences, Inc.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>*Plaintiffs,*<br><br>vs.<br><br>GILEAD SCIENCES, INC.*,*<br><br>*Defendant.* | Case No. 4:18-cv-06972-JST<br><br>Assigned to:   Hon. Jon S. Tigar<br>Dept. 6<br><br>**NOTICE OF PENDING REPRESENTED PLAINTIFFS NOT PARTICIPATING IN CURRENT SETTLEMENT PROCEEDINGS** |

Per this Court's Order of September 17, 2024 (Dkt. No. 1656), Gilead Sciences, Inc. hereby submits its notice of pending represented plaintiffs not participating in the current settlement proceedings. The names of each plaintiff, their case titles, case numbers, and their associated counsel are listed below:

| Plaintiff Name | Case Caption | Docket Number | Plaintiff Counsel |
|---|---|---|---|
| Alve, David | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Andino, Angelo | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Arthur, Gregory | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Au, Ian | Nitz et al. v. Gilead Sciences, Inc. | 4:20-cv-05550-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Barnett, Anthony | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Baumgartner, Troy | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Bengochea, Miguel | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Bettin, Danny | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Boggan, Marcus | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Boughter, Brian | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Boyd, Steven | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Brent, Dushon | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Brewer, Dana | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Brown, David | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Butler, Annette | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |

2

DEFENDANT GILEAD SCIENCES, INC.'S NOTICE OF PENDING REPRESENTED PLAINTIFFS NOT PARTICIPATING IN CURRENT SETTLEMENT PROCEEDINGS – CASE NO. 4:18-CV-06972-JST

| | | | |
|---|---|---|---|
| Chaney, Samuel | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Clark, Jerry | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Cleveland, Vincent | Nitz et al. v. Gilead Sciences, Inc. | 4:20-cv-05550-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Colter, George | Nitz et al. v. Gilead Sciences, Inc. | 4:20-cv-05550-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Cooper, Gary | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Dalley, Howard | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Deoliveira, Sergio | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Dove, Michael | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Egli, Barbara | Nitz et al. v. Gilead Sciences, Inc. | 4:20-cv-05550-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Evans, James | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Feynman, Suzanne | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Fields, Leroy | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Garcia, Roberto | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Garrity, Chris | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Green, John | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |

3

DEFENDANT GILEAD SCIENCES, INC.'S NOTICE OF PENDING REPRESENTED PLAINTIFFS NOT PARTICIPATING IN CURRENT SETTLEMENT PROCEEDINGS – CASE NO. 4:18-CV-06972-JST

| Gunn, Shamar | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
|---|---|---|---|
| Haynes, Marcus | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Holland, Michael | Nitz et al. v. Gilead Sciences, Inc. | 4:20-cv-05550-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Hudson-Dobbs, Roger | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Igoe, Jimmy | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Jacobs-Young, Lawrence | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| James, Michael | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Johnson, Carla | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Johnson, Daron | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Jones, James | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Jones, William | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Key, Denise | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Kimsey, Ronald | Nitz et al. v. Gilead Sciences, Inc. | 4:20-cv-05550-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Kosiorek, Stephen | Nitz et al. v. Gilead Sciences, Inc. | 4:20-cv-05550-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Lawson, James | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |

4

DEFENDANT GILEAD SCIENCES, INC.'S NOTICE OF PENDING REPRESENTED PLAINTIFFS NOT PARTICIPATING IN CURRENT SETTLEMENT PROCEEDINGS – CASE NO. 4:18-CV-06972-JST

| Leary, Daniel | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
|---|---|---|---|
| Lee, Ronald | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Lugrezia, Ronald | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Matlock, Willie | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Maynard, Mark | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| McClellan, Randy | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Mills, Kenneth | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Mitchell, Brian | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Morales, Oswaldo | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Mossa, Edward | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Mumford, Cynthia | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Neal, Ronald | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Neposchlan, James | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Nitz, Lawrence | Nitz et al. v. Gilead Sciences, Inc. | 4:20-cv-05550-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Pate, Daniel | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |

5

DEFENDANT GILEAD SCIENCES, INC.'S NOTICE OF PENDING REPRESENTED PLAINTIFFS NOT PARTICIPATING IN CURRENT SETTLEMENT PROCEEDINGS – CASE NO. 4:18-CV-06972-JST

| | | | |
|---|---|---|---|
| Peake, Wesley | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Pearson, Robert | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Ramos, Jonathan | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Reid, Reginald | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Richardson, Latanya | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Rodriguez, Louis | Nitz et al. v. Gilead Sciences, Inc. | 4:20-cv-05550-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Schackart, Jeffrey | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Schiwitz, Bruce | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Schnell, Stephan | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Stanley, Michael | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Stewart, Timothy | Nitz et al. v. Gilead Sciences, Inc. | 4:20-cv-05550-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Tardugno, Michael | Jones et al. v. Gilead Sciences, Inc. | 4:19-cv-05383-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Trujillo, Joey | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Wearne, Timothy | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Weeks, Walter | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |

6

DEFENDANT GILEAD SCIENCES, INC.'S NOTICE OF PENDING REPRESENTED PLAINTIFFS NOT PARTICIPATING IN CURRENT SETTLEMENT PROCEEDINGS – CASE NO. 4:18-CV-06972-JST

| Weiss, James | Nitz et al. v. Gilead Sciences, Inc. | 4:20-cv-05550-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
|---|---|---|---|
| Wheeler, Donald | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| White, Bradley | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Williams, Darius | Nitz et al. v. Gilead Sciences, Inc. | 4:20-cv-05550-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Williams, Hugh | Alve et al. v. Gilead Sciences, Inc. | 4:20-cv-04074-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Young, Gary | Arthur et al. v. Gilead Sciences, Inc. | 4:19-cv-08435-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Ysais, Robert | Baumgartner et al. v. Gilead Sciences, Inc. | 4:20-cv-02446-JST | Parker Waichman LLP, The Drakulich Firm, APLC |
| Brown, Flecia | Hamilton et al. v. Gilead Sciences, Inc. | 4:21-cv-07687-JST | Rutherford Law, Stark & Stark |
| Holley, Adrian | Holley et al. v. Gilead Sciences, Inc. | 4:18-cv-06972-JST | Rutherford Law |
| Johnson, Darren | Johnson, D., et al. v. Gilead Sciences, Inc. | 3:23-cv-01439-JST | Hinojosa Law PLLC, Rutherford Law |
| Rochester, Roslyn | Johnson, D., et al. v. Gilead Sciences, Inc. | 3:23-cv-01439-JST | Hinojosa Law PLLC, Rutherford Law |
| Lytch, Angel | Lytch v. Gilead Sciences, Inc. | 4:23-cv-01715-JST | Ian Kaufman Law, LLC |

Dated: September 23, 2024  SHOOK, HARDY & BACON L.L.P.

By: _____
Eva M. Weiler

Patrick Oot (*pro hac vice*)
oot@shb.com
Jesse Weisshaar (*pro hac vice*)
jweisshaar@shb.com
SHOOK, HARDY & BACON L.L.P
1800 K. Street N.W.
Washington, D.C. 20006
Phone: (202) 783-8400
Fax: (202) 783-4211

7

Eric Anielak (*pro hac vice*)
eanielak@shb.com
Christopher Cotton (*pro hac vice*)
ccotton@shb.com
Jeremiah S. Wikler (*pro hac vice*)
jwikler@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

Bart Williams (SBN: 134009)
bwilliams@proskauer.com
Susan Gutierrez (SBN: 273980)
sgutierrez@proskauer.com
Kyle Casazza (SBN: 254061)
kcasazza@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Phone: (310) 557-2900

Lee Popkin (*pro hac vice*)
lpopkin@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Phone: (212) 969-3000

Meghan Kelly (SBN: 292236)
meghan.kelly@orrick.com
Andrew D. Silverman (SBN: 246539)
asilverman@orrick.com
Naomi J. Scotten (*pro hac vice*)
nscotten@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10015
Phone: (212) 506-5000
Fax: (212) 506-5151

8

DEFENDANT GILEAD SCIENCES, INC.'S NOTICE OF PENDING REPRESENTED PLAINTIFFS NOT PARTICIPATING IN CURRENT SETTLEMENT PROCEEDINGS – CASE NO. 4:18-CV-06972-JST

Tarek Ismail (*pro hac vice*)
tismail@goldmanismail.com
Rami Fakhouri (*pro hac vice*)
rfakhouri@goldmanismail.com
Michael Casner (*pro hac vice*)
mcasner@goldmanismail.com
GOLDMAN, ISMAIL, TOMASELLI,
BRENNAN & BAUM LLP
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Phone: (312) 681-6000

Fax: (312) 881-5191


*Attorneys for Defendant Gilead Sciences, Inc.*

9

DEFENDANT GILEAD SCIENCES, INC.'S NOTICE OF PENDING REPRESENTED PLAINTIFFS NOT PARTICIPATING IN CURRENT SETTLEMENT PROCEEDINGS – CASE NO. 4:18-CV-06972-JST