UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GILEAD SCIENCES, INC.,<br><br>　　　　Defendant. | Case No. 18-cv-06972-JST<br><br>**ORDER REGARDING REPRESENTED PLAINTIFFS NOT PARTICIPATING IN CURRENT SETTLEMENT PROCEEDINGS**<br><br>Re: ECF No. 1660 |
| This order relates to:<br><br>*Holley v. Gilead Sciences, Inc.*,<br>Case No. 4:18-cv-06972-JST<br><br>*Jones v. Gilead Sciences, Inc.*,<br>Case No. 4:19-cv-05383-JST<br><br>*Arthur v. Gilead Sciences, Inc.*,<br>Case No. 4:19-cv-08435-JST<br><br>*Baumgartner v. Gilead Sciences, Inc.*,<br>Case No. 4:20-cv-02446-JST<br><br>*Alve v. Gilead Sciences, Inc.*,<br>Case No. 4:20-cv-04074-JST<br><br>*Nitz v. Gilead Sciences, Inc.*,<br>Case No. 4:20-cv-05550-JST<br><br>*Hamilton v. Gilead Sciences, Inc.*,<br>Case No. 4:21-cv-07687-JST<br><br>*Johnson v. Gilead Sciences, Inc.*,<br>Case No. 4:23-cv-01439-JST<br><br>*Lytch v. Gilead Sciences, Inc.*,<br>Case No. 4:23-cv-01715-JST | |

1  At the September 17, 2024 case management conference, the Court ordered Defendant
2  Gilead Sciences, Inc. to file a document listing the names and case numbers of Plaintiffs who are
3  represented by counsel but not participating in the current settlement proceedings.  ECF No. 1656.
4  Gilead filed that list on September 23, 2024.  ECF No. 1660.

Plaintiffs' counsel identified in Gilead's filing shall meet and confer with Gilead's counsel regarding the status of the identified cases.  Representatives of all identified law firms shall appear at the case management conference already scheduled for November 19, 2024, to discuss how any cases that are not dismissed and do not become part of the ongoing settlement proceedings will proceed.  No case management statement is required.

**IT IS SO ORDERED.**

Dated:  September 25, 2024



_____
JON S. TIGAR
United States District Judge

2