UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al., | Case No. 4:18-cv-06972-JST |
| *Plaintiffs,* | |
| vs. | [PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFFS LISTED ON APPENDIX A TO THIS ORDER [FAILURE TO PROVIDE SUBSTANTIALLY COMPLETE PLAINTIFF FACT SHEETS] |
| GILEAD SCIENCES, INC., | |
| *Defendant.* | |
| *This documents relates to:* | [Filed concurrently with Defendant Gilead Sciences, Inc.'s Notice of Motion and Sixth Motion To Dismiss *Pro Se* Plaintiffs' Claims for Failure to Provide Substantially Complete Plaintiff Fact Sheets; Declaration of Eva M. Weiler in Support of Motion] |
| *Calkins, et al. v. Gilead Sciences, Inc.,* 4:20-cv-01884-JST; | |
| *Clark, A., et al. v. Gilead Sciences, Inc.,* 4:21-cv-00713-JST; | |
| *Cox, J., et al. v. Gilead Sciences, Inc.,* 4:21-cv-06807-JST; | Re: ECF No. 1658 |
| *Davillier, et al. v. Gilead Sciences, Inc.,* 4:20-cv-00570-JST; | |
| *Dowdy, et al. v. Gilead Sciences, Inc.,* 4:19-cv-00481-JST; | |
| *Falls, et al. v. Gilead Sciences, Inc.,* 4:21-cv-05387-JST; | |
| *Gavaldon, A., et al. v. Gilead Sciences, Inc.,* 4:21-cv-00112-JST; | |

1

*Goldfinger, et al. v. Gilead Sciences, Inc.*,
4:20-cv-04043-JST;

*Harlan, et al. v. Gilead Sciences, Inc.*,
4:22-cv-03156-JST;

*Holley, et al. v. Gilead Sciences, Inc.*,
4:18-cv-06972-JST;

*Hooper, et al. v. Gilead Sciences, Inc.*,
4:21-cv-04283-JST;

*Jaime, et al. v. Gilead Sciences, Inc.*,
4:21-cv-05112-JST;

*Johnson, C., et al. v. Gilead Sciences, Inc.*,
4:21-cv-01931-JST;

*Kachelmyer, et al., v. Gilead Sciences, Inc.*,
4:21-cv-00328-JST;

*Keefe, et al., v. Gilead Sciences, Inc.*,
4:22-cv-01370-JST;

*Kelly, A., et al. v. Gilead Sciences, Inc.*,
4:22-cv-00688-JST;

*Leon, et al. v. Gilead Sciences, Inc.*,
4:20-cv-03744-JST;

*Lewis, et al. v. Gilead Sciences, Inc.*,
4:21-cv-03218-JST;

*Lyons, et al. v. Gilead Sciences, Inc.*,
4:19-cv-02538-JST;

*Miller, C., et al. v. Gilead Sciences, Inc.*,
4:21-cv-06947-JST;

*Mosely, et al. v. Gilead Sciences, Inc.*,
4:19-cv-05816-JST;

*Natividad, et al. v. Gilead Sciences, Inc.*,
4:21-cv-01282-JST;

*Ortley, et al. v. Gilead Sciences, Inc.*,
4:21-cv-09576-JST;

*Pennington, et al., v. Gilead Sciences, Inc.*,
4:20-cv-03489-JST;

*Rivers, et al. v. Gilead Sciences, Inc.*,
4:19-cv-07991-JST;

2

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFFS LISTED ON APPENDIX A TO THIS ORDER
[FAILURE TO PROVIDE SUBSTANTIALLY COMPLETE PLAINTIFF FACT SHEETS] –
CASE NO. 4:18-CV-06972-JST

*Seale, et al. v. Gilead Sciences, Inc.*,
4:22-cv-01032-JST;

*Tharpe, et al. v. Gilead Sciences, Inc.*,
4:20-cv-06033-JST;

*Walsh, Barbara, et al. v Gilead Sciences, Inc.*,
4:21-cv-06184-JST; and

*Young, A., et al. v. Gilead Sciences, Inc.*,
4:21-cv-10006-JST.

3

[PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFFS LISTED ON APPENDIX A TO THIS ORDER [FAILURE TO PROVIDE SUBSTANTIALLY COMPLETE PLAINTIFF FACT SHEETS] –
CASE NO. 4:18-CV-06972-JST

**[PROPOSED] ORDER**

The Court has considered the papers in support of and in opposition to [^lack of papers] Defendant Gilead Sciences, Inc.'s ("Gilead's") motion to dismiss the claims of Plaintiffs listed in the Appendix A to this Order ("Plaintiffs") for failure to provide a substantially complete Plaintiff Fact Sheet ("PFS") as required by the provisions of the Court's Case Management Order on Plaintiff Fact Sheets and Document Productions (ECF No. 83) and the Court's Amended Scheduling Order (ECF No. 278) ("Motion").

*[Handwritten insertion above "in opposition": "lack of papers"]*

GOOD CAUSE APPEARING, including Gilead notifying Plaintiffs of their failure to provide a substantially complete PFS, service of the Motion, and Plaintiffs' continued failure to submit substantially complete PFSs,

IT IS HEREBY ORDERED that Gilead's Motion is **GRANTED**;

IT IS FURTHER ORDERED that the above-captioned actions are dismissed without prejudice, under Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b), as to Plaintiffs listed in Appendix A to this Order only.

**IT IS SO ORDERED.**

Dated: October 10, 2024

*/s/ Jon S. Tigar*
Honorable Jon S. Tigar

4

[PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFFS LISTED ON APPENDIX A TO THIS ORDER [FAILURE TO PROVIDE SUBSTANTIALLY COMPLETE PLAINTIFF FACT SHEETS] – CASE NO. 4:18-CV-06972-JST

# Appendix A

| LMI ID | Plaintiff Name | Case Name | Case Number |
|---|---|---|---|
| 529101 | Robertson, Darlene | Lyons et al. v. Gilead Sciences, Inc. | 4:19-cv-02538-JST |
| 529125 | Weary, Levoice | Lyons et al. v. Gilead Sciences, Inc. | 4:19-cv-02538-JST |
| 529163 | Blair, Stanley | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529218 | Deramus, Onyx | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529273 | Hansen, Ruth | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529348 | McCart, Patsy | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529366 | Morris, Leonard | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529425 | Sanders, Jarrod | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529459 | Thomas, Time | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529470 | Villarreal, Eduardo | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529472 | Wagner, Dean | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529496 | Willis, Alex | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529501 | Yates, Janet | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 530265 | Killingworth, LaTanya | Dowdy et al. v. Gilead Sciences, Inc. | 4:19-cv-00481-JST |
| 530352 | McQuay, Kevin | Holley et al. v. Gilead Sciences, Inc. | 4:18-cv-06972-JST |
| 530398 | Thomas, Bettie | Holley et al. v. Gilead Sciences, Inc. | 4:18-cv-06972-JST |
| 530399 | Thomas, Grace | Holley et al. v. Gilead Sciences, Inc. | 4:18-cv-06972-JST |
| 530404 | Villareal, Juan | Holley et al. v. Gilead Sciences, Inc. | 4:18-cv-06972-JST |
| 530413 | Williams, Victor | Holley et al. v. Gilead Sciences, Inc. | 4:18-cv-06972-JST |
| 533501 | O'Conner Powell, Kent | Rivers et al. v. Gilead Sciences, Inc. | 4:19-cv-07991-JST |
| 533505 | Stewart, Shannia | Rivers et al. v. Gilead Sciences, Inc. | 4:19-cv-07991-JST |
| 534146 | Edwards, Steven | Davillier et al. v. Gilead Sciences, Inc. | 4:20-cv-00570-JST |
| 534149 | Brown, Theond | Davillier et al. v. Gilead Sciences, Inc. | 4:20-cv-00570-JST |
| 632879 | Schmidt, Keith | Calkins et al. v. Gilead Sciences, Inc. | 4:20-cv-01884-JST |
| 658113 | Sullivan, Shaun | Pennington et al. v. Gilead Sciences, Inc. | 4:20-cv-03489-JST |
| 673306 | Franklin, Bert | Leon et al. v. Gilead Sciences, Inc. | 4:20-cv-03744-JST |
| 673537 | Baldwin, Theresa | Leon et al. v. Gilead Sciences, Inc. | 4:20-cv-03744-JST |
| 675514 | Gilliam, Betty | Leon et al. v. Gilead Sciences, Inc. | 4:20-cv-03744-JST |
| 676224 | Clark, Toney | Leon et al. v. Gilead Sciences, Inc. | 4:20-cv-03744-JST |
| 685904 | Anderson, James | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 685921 | Broomes, Kai | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 685929 | Carter, Charles | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 686000 | King, Bryan | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 686034 | Oliver, David | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 686045 | Pratt, Michael | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 686075 | Tresch, George | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 835524 | Borden, Glenn | Tharpe et al v. Gilead Sciences, Inc. | 4:20-cv-06033-JST |
| 835575 | Toole, Timothy | Tharpe et al v. Gilead Sciences, Inc. | 4:20-cv-06033-JST |
| 903499 | Leahy, Shirley | Gavaldon, A et al v. Gilead Sciences, Inc. | 4:21-cv-00112-JST |
| 914472 | Davis, Joyce | Kachelmyer, et al v. Gilead Sciences, Inc. | 4:21-cv-00328-JST |
| 942213 | Askew, Yvonne | Clark, A et al v. Gilead Sciences, Inc. | 4:21-cv-00713-JST |
| 942261 | Walker, James | Clark, A et al v. Gilead Sciences, Inc. | 4:21-cv-00713-JST |
| 942262 | Walker, Stephen | Clark, A et al v. Gilead Sciences, Inc. | 4:21-cv-00713-JST |
| 954382 | Upshaw, Gregory | Natividad, et al v. Gilead Sciences, Inc. | 4:21-cv-01282-JST |
| 960419 | Kates, Preston | Johnson, C. et al. v. Gilead Sciences, Inc. | 4:21-cv-01931-JST |
| 990020 | Berry, Stephanie | Lewis, et al v. Gilead Sciences, Inc. | 4:21-cv-03218-JST |

| | | | |
|---|---|---|---|
| 990026 | Combs, Robert | Lewis, et al v. Gilead Sciences, Inc. | 4:21-cv-03218-JST |
| 1006266 | Cox, Jacqueline | Cox, J. et al v. Gilead Sciences, Inc. | 4:21-cv-06807-JST |
| 1007565 | Covington, Rita | Miller, C. et al. v. Gilead Sciences, Inc | 4:21-cv-06947-JST |
| 1008348 | Allen, Ryan | Hooper et al. v. Gilead Sciences, Inc. | 4:21-cv-04283-JST |
| 1008368 | Hooper, Aaron | Hooper et al. v. Gilead Sciences, Inc. | 4:21-cv-04283-JST |
| 1016236 | Norman, Dwight | Jaime, et al. v. Gilead Sciences, Inc. | 4:21-cv-05112-JST |
| 1016262 | Jacobs, John | Jaime, et al. v. Gilead Sciences, Inc. | 4:21-cv-05112-JST |
| 1016279 | Fouse, Rhonda | Jaime, et al. v. Gilead Sciences, Inc. | 4:21-cv-05112-JST |
| 1020866 | Vallillo, John | Falls, et al. v. Gilead Sciences, Inc. | 4:21-cv-05387-JST |
| 1020902 | Essex, Raymond | Falls, et al. v. Gilead Sciences, Inc. | 4:21-cv-05387-JST |
| 1020909 | Campfield, Corey | Falls, et al. v. Gilead Sciences, Inc. | 4:21-cv-05387-JST |
| 1068915 | Gabriele, Roberto | Walsh, Barbara, et al v Gilead Science, Inc. | 4:21-cv-06184-JST |
| 1087981 | Harris-Gigger, Candice | Young, A., et al. v. Gilead Sciences, Inc. | 4:21-cv-10006-JST |
| 1088093 | Germany, Gregory | Ortley et al. v. Gilead Sciences, Inc. | 4:21-cv-09576-JST |
| 1100418 | Simmons, Phillip | Seale et al. v. Gilead Sciences, Inc. | 4:22-cv-01032-JST |
| 1106197 | Gallaway, Melinda | Kelly, A., et al. v. Gilead Sciences, Inc. | 4:22-cv-00688-JST |
| 1106426 | Nelson, John | Kelly, A., et al. v. Gilead Sciences, Inc. | 4:22-cv-00688-JST |
| 1106451 | Muldrow, Tyrone | Kelly, A., et al. v. Gilead Sciences, Inc. | 4:22-cv-00688-JST |
| 1122942 | Burleson, Mark | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122966 | Robinson, Joseph | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122973 | Prather, Harvey | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1126979 | Janics, Richard | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |