Nicholas J. Drakulich (SBN: 98135)
njd@draklaw.com
THE DRAKULICH FIRM, APLC
2727 Camino del Rio South, Ste. 322
San Diego, CA 92108
Tel: (858) 755-5887
Fax: (858) 755-6456

Raymond C. Silverman (admitted *pro hac vice*)
rsilverman@yourlawyer.com
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 466-6500
Fax: (516) 446-6665

*Attorneys for the Jones Plaintiffs*

Eva M. Weiler (SBN: 233942)
eweiler@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614
Phone: (949) 475-1500 / Fax: (949) 475-0016

*Attorneys for Defendant Gilead Sciences, Inc.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN *HOLLEY*, et al.,<br><br>    *Plaintiffs,*<br>vs.<br><br>GILEAD SCIENCES, INC.,<br><br>    *Defendant.* | Case No. 4:18-cv-06972-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:     Hon. Jon S. Tigar<br>Date:      January 14, 2025<br>Time:      9:30 a.m.<br>Location:  Videoconference |

    Plaintiffs and Defendant Gilead Sciences, Inc. ("Gilead") submit this Joint Case Management Statement in advance of the Case Management Conference scheduled for January 14,

2025, at 9:30 a.m. The parties intend to update the Court on the status of the case and discussions regarding their proposed Scheduling Order for Round 2 Bellwether Cases. The parties' Proposed Order is delineated in Exhibit A. The parties identify the key areas of disagreement for the Court's consideration, below. The parties are prepared to submit additional briefing outlining their respective positions on any of these issues, to the extent the Court desires.

1. *Selection and Scope of Round 2 Discovery Pool Cases.* Given the limited number of cases remaining, the aggressive schedule proposed, and the length of time this litigation has been pending without a jury trial, Plaintiffs propose that each party select three (3) cases, for a total of six (6) Round 2 Discovery Pool cases. Given that these cases have been pending for several years and still lack critical case-specific discovery, Gilead proposes a Discovery Pool of twelve (12) cases, including four cases selected by each party and four randomly selected cases, consistent with the Court's prior scheduling order.

2. *Limitations on case-specific fact discovery*. Plaintiffs propose limiting case-specific fact discovery, consistent with other mature, consolidated litigations, to ten (10) Interrogatories and Requests for Admission per side, a deposition of plaintiff, two (2) depositions of non-prescribing healthcare provider witnesses per side, two (2) depositions of "friends and family" per side and two (2) depositions of any Gilead witnesses, to be completed by June 30, 2025. Gilead proposes that initial discovery in Discovery Pool cases occur without restriction beyond those set forth in the Federal Rules of Civil Procedure. Under Gilead's proposal, initial discovery in the 12 Discovery Pool cases can be efficiently completed by June 30, 2025, with any remaining fact discovery in Early Trial Pool cases completed by August 1, 2025.

3. ***Selection of Early Trial Cases.*** To facilitate the selection of a more representative trial pool, Gilead proposes that the parties jointly select a pool of four Early Trial Cases after discovery in the 12 Discovery Pool Cases, with three cases selected by Plaintiffs, three cases selected by Gilead, with each party exercising one strike, consistent with the Court's prior scheduling order. Plaintiffs propose that each side select two cases without any strike procedure to ensure that the parties are able to freely choose the Discovery Pool cases they wish to have decided by a jury.

4. ***Order of Trial Cases.*** Gilead proposes that, at the conclusion of case-specific fact discovery, the parties confer and submit agreed or competing proposals regarding the order in which the Early Trial Cases shall be tried. Plaintiffs propose that they select the first Early Trial Case.

In addition, Gilead is requesting that plaintiffs in all pending cases provide updated fact sheets and authorizations. Plaintiffs are already under an obligation to provide updated fact sheets and authorizations, where necessary, and do not believe a Court order on this issue is required.

Dated: January 7, 2025   **SHOOK, HARDY & BACON L.L.P.**

By:   */s/ Eva M. Weiler*
Eva M. Weiler

Patrick Oot (*pro hac vice*)
Jesse Weisshaar (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
1800 K. Street N.W.
Washington, D.C. 20006
Phone: (202) 783-8400 / Fax: (202) 783-4211
Email: oot@shb.com
Email : jweisshaar@shb.com

Eric Anielak (*pro hac vice*)
Christopher Cotton (*pro hac vice*)
Jeremy Wikler (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550 / Fax: (816) 421-5547
Email: eanielak@shb.com
Email: ccotton@shb.com
Email: jwikler@shb.com


Bart Williams (SBN 134009)
Susan Gutierrez (SBN 273980)
Kyle Casazza (SBN 254061)
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Phone: (310) 557-2900
Email: bwilliams@proskauer.com
Email: sgutierrez@proskauer.com
Email: kcasazza@proskauer.com

Lee Popkin (*pro hac vice)*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036-8299
Phone: (212) 969-3000
Email: lpopkin@proskauer.com

Tarek Ismail (*pro hac vice*)
Rami Fakhouri (*pro hac vice*)
Michael Casner (*pro hac vice*)
**GOLDMAN, ISMAIL, TOMASELLI, BRENNAN & BAUM LLP**
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Phone: (312) 681-6000 / Fax: (312) 881-5191
Email: tismail@goldmanismail.com
Email: rfakhouri@goldmanismail.com
Email: mcasner@goldmanismail.com

Meghan Kelly (SBN 292236)
Andrew D. Silverman (SBN 246539)
Naomi J. Scotten (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10015
Telephone:   (212) 506-5000
Facsimile:    (212) 506-5151
Email: meghan.kelly@orrick.com
Email: asilverman@orrick.com
Email: nscotten@orrick.com

*Counsel for Defendant Gilead Sciences, Inc.*

Dated:  January 7, 2025

<u>*/s/ Raymond C. Silverman*</u>
Raymond C. Silverman (admitted *pro hac vice*)
rsilverman@yourlawyer.com
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 466-6500
Fax: (516) 446-6665

5

JOINT CASE MANAGEMENT STATEMENT, CASE NO. 4:18-CV-066972-JST