UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN *HOLLEY*, et al.,<br><br>    *Plaintiffs,*<br>vs.<br><br>GILEAD SCIENCES, INC.,<br><br>    *Defendant.* | Case No. 4:18-cv-06972-JST<br><br>**JOINT [PROPOSED] SCHEDULING ORDER – ROUND 2 BELLWETHER CASES** |

The Court has considered the parties' Joint Case Management Statement and accompanying Exhibit A Joint Proposed Scheduling Order for Round 2 Bellwether Cases, and now, for good cause appearing, sets the following cases deadlines for Round 2 Bellwether workup pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

///

///

///

///

///

///

| Event | Plaintiffs' Proposed Deadline | Gilead's Proposed Deadline |
|---|---|---|
| *Plaintiffs' Proposal:* Deadline for selection of 6 Round 2 Discovery Pool Plaintiffs. Each party shall select 3 plaintiffs.<br><br>*Gilead's Proposal:* Deadline for selection of 12 Round 2 Discovery Pool Plaintiffs. Each party shall select 4 plaintiffs and 4 plaintiffs shall be randomly selected. | January 24, 2025 | January 24, 2025 |
| Deadline for any Round 2 Plaintiff to file a request for dismissal if they do not wish to proceed with their claim. | January 31, 2025 | January 31, 2025 |
| Deadline to select replacement Round 2 Discovery Pool Plaintiffs.<br><br>If any Round 2 Discovery Pool Plaintiff voluntarily dismisses or settles their case, a replacement plaintiff shall be selected in the same manner as the dismissed/settled case within 7 days. | | |
| *Plaintiffs' Proposal:* Deadline for completion of case-specific fact discovery in Round 2 Discovery Pool cases.<br><br>Case Specific Fact Discovery is limited to ten (10) Interrogatories and Requests for Admission per side, deposition of plaintiff, two (2) depositions of non-prescribing healthcare provider witnesses per side, two (2) depositions of "friends and family" per side and two (2) depositions of any Gilead witnesses. Depositions of prescribing healthcare providers will not be limited.<br><br>*Gilead's Proposal:* Deadline for completion of initial discovery in Round 2 Discovery Pool Cases, including written discovery, deposition of the plaintiff, and depositions of healthcare provider witnesses. | June 30, 2025 | June 30, 2025 |
| Deadline for selection of Round 2 Early Trial Cases | June 30, 2025 | June 30, 2025 |

| | | |
|---|---|---|
| *Plaintiffs' Proposal:* Each side to select two (2) cases, to reach a total of 4 Early Trial Cases.<br><br>If an Early Trial Case is settled, Plaintiff shall select the replacement case from the two (2) cases which were not selected.<br><br>If an Early Trial Case is voluntarily dismissed, defendant shall select the replacement cases from the two (2) cases which were not selected.<br><br>*Gilead's Proposal:* Each side will select 3 plaintiffs from among the Discovery Pool Plaintiffs, then exercise 1 strike per side (deadline below), to reach a total of 4 Early Trial Cases.<br><br>If an Early Trial Case is settled, the replacement shall be selected randomly from that party's remaining Discovery Pool cases (that have not been previously struck) within 7 days.<br><br>If an Early Trial Case is voluntarily dismissed, the next case shall be replaced by the party that selected the dismissed case, from that party's remaining Discovery Pool cases (that have not been previously struck) within 7 days. | | |
| *Plaintiffs' Proposal:* N/A.<br><br>*Gilead's Proposal:* Deadline to exercise strikes of Round 2 Early Trial Cases | N/A | July 3, 2025 |
| *Plaintiffs' Proposal:* N/A.<br><br>*Gilead's Proposal:* Close of case-specific fact discovery in Early Trial Cases | N/A | August 1, 2025 |
| *Plaintiffs' Proposal:* Plaintiffs to select first Early Trial Case.<br><br>*Gilead's Proposal:* Deadline to submit agreed or competing proposals (with briefs | October 8, 2025 | August 1, 2025 |

3

[PROPOSED] SCHEDULING ORDER – ROUND 2 BELLWETHER CASES, CASE NO. 4:18-CV-066972-JST

| | | |
|---|---|---|
| in support) for the order in which the Early Trial Cases shall be tried. | | |
| **Case-Specific Expert Discovery** | | |
| Deadline for plaintiffs serve case-specific expert reports for Early Trial Cases and three available deposition dates for each expert after the deadline to serve case-specific rebuttal expert reports on August 30, 2025. | July 15, 2025 | August 15, 2025 |
| Deadline for defendant to serve case-specific expert reports for Early Trial Cases and three available deposition dates for each expert. | August 15, 2025 | August 29, 2025 |
| Deadline to serve case-specific rebuttal expert reports for Early Trial Cases and three available deposition dates for each expect (to the extent dates have not already been provided). | August 29, 2025 | September 15, 2025 |
| Case-specific expert discovery cut-off for Early Trial Cases | October 1, 2025 | October 24, 2025 |
| **Case-Specific Rule 702 and Summary Judgment Motions for First Early Trial Case** | | |
| Deadline to file case-specific Rule 702 and summary judgment motions for first Early Trial Case | November 14, 2025 | November 14, 2025 |
| Deadline to file oppositions to case-specific Rule 702 and summary judgment motions for first Early Trial Case | December 15, 2025 | December 15, 2025 |
| Deadline to file replies in support of case-specific Rule 702 and summary judgment motions for first Early Trial Case | December 30, 2025 | December 30, 2025 |
| Hearing on case-specific Rule 702 and summary judgment motions for first Early Trial Case | | |

4

| **Motions in Limine for First Early Trial Case** | | |
|---|---|---|
| Deadline to file motions in limine for first Early Trial Case | January 15, 2026 | January 15, 2026 |
| Deadline to file oppositions motions in limine for first Early Trial Case | January 28, 2026 | January 28, 2026 |
| Hearing on motions in limine for first Early Trial Case | | |
| **Pretrial and Trial** | | |
| Deadline for initial exchange of deposition designations, exhibit lists, proposed jury instructions, and proposed verdict form | February 2, 2026 | February 2, 2026 |
| Deadline for final pretrial meet and confer | February 9, 2026 | February 9, 2026 |
| Deadline to serve deposition counter-designations and objections to deposition designations | February 11, 2026 | February 11, 2026 |
| Deadline to serve objections to deposition counter- designations | February 16, 2026 | February 16, 2026 |
| Deadline to file joint pretrial statement | February 20, 2026 | February 20, 2026 |
| Pretrial conference | | |
| Trial of first Early Trial Case | February 24, 2026 | February 24, 2026 |

**IT IS SO ORDERED.**

Dated: _____

                                      The Honorable Jon S. Tigar
                                      United States District Judge