MARCH 31, 2025

CASE NO: 18-CV-06972-JST
RE: ECF NO. 1671

HONORABLE US DISTRICT JUDGE JON S. TIGAR,
- UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA -

Come Now, Plaintiff Brian Scott Cooper, filing a Motion to move forward PRO SE until new counsel can be acquired. I was incarcerated in Polk County, IA and never received any documentation as to the settlement. Had I received those documents, Hillard Law would still be counsel. I am still suffering the effects of the medication and will be counting on this settlement to help ease cost and the future suffering. Your Honor, I am requesting the court allow my case to move forward and to inform the defendants counsel I am open to an offer for settlement. Having a chronic illness is enough, but having to suffer the complications of medications is a different game. I am tired, and I am willing to hear a settlement offer that is reasonable to defendant, counsel, and myself. Please allow my case to move forward and be open for my negotiation for a settlement. I will be at the following address: 2700 Coral Ridge Ave Coralville, IA 52241 Iowa medical and classification center.

I am also willing to allow Hillard Law to represent me if possible or ordered. That would make this much easier.

Regards, Brian Scoo[per]



March 19, 2025

Re: Your Claims Against Gilead Sciences, Inc.

Dear Mr. Brian Cooper:
Inmate No. 0002978
Polk County Jail
1985 NE 51st Place
Des Moines, IA 50313

Thank you for your correspondence to us of March 11, 2025. We are saddened to hear of your incarceration. Our file indicates that you did not return the signed confirmations and acceptance paperwork to our firm last April which would have bound you in the Master Settlement Agreement. Subsequently, we sent an Opt Out Notice Letter in June 2024 and you did not reply. Time is of the essence – as we heard no response from you, we sought and received an Order permitting our withdrawal as your counsel in January 2025. Thus, we are sending this letter and attachments pursuant to Civil Local Rule 11-3 of the U.S. District Court, Northern District of California.[1] As of January 21, 2025 we are no longer your counsel in this matter. If you have any questions or concerns regarding the documents included with this letter **you should consult with another lawyer immediately and ask the lawyer to ensure that all of your claims are preserved. We will be happy to transfer your file to your new lawyer.** Additional resources are available to you on the Court's website at: https://cand.uscourts.gov/pro-se.

Gilead has filed a motion to dismiss your claim for failure to comply with the Court's Order of January 21, 2025. **You have 28 days, or until April 8, 2025, to respond or oppose Gilead's motion to dismiss your claim.** The Court's Civil Local Rule 11-3 requires that we forward this Motion to Dismiss to you. However, because we are no longer your counsel we are unable to advise you or take any action on your behalf to oppose this motion. **If you are interested in continuing to pursue your claim against Gilead, you should consult with another lawyer immediately and ask the lawyer to ensure that all of your claims are preserved.**

Included with this Letter are four documents:
1. Gilead's Motion to Dismiss, ECF No. 1702
2. Gilead's Declaration in Support of Motion to Dismiss, ECF No. 1702-1
3. Court's Order Granting Plaintiffs' Counsel's Motion to Withdraw, ECF No. 1679

We urge you to review each of these documents carefully and seek new counsel immediately. Failure to comply with any deadlines in these documents will result in the dismissal of your claim.

Brian Sloope
1185 NE 51st PL
Des Moines, IA 50313

UNITED STATES DISTRICT JUDGE
JON S. TIGAR
Oakland Courthouse
Courtroom 6 Second Floor
1301 CLAY St.
Oakland, CA 94612



