Alicia J. Donahue (SBN 117412)
adonahue@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 / Fax: (415) 391-0281

Patrick Oot (*pro hac vice*)
oot@shb.com
SHOOK, HARDY & BACON L.L.P.
1800 K. Street N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 783-8400 / Fax: (202) 783-4211

Eric Anielak (*pro hac vice*)
eanielak@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550 / Fax: (816) 421-5547

*Attorneys for Defendant Gilead Sciences, Inc.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>*Plaintiffs,*<br><br>vs.<br><br>GILEAD SCIENCES, INC.,<br><br>*Defendant.*<br><br>*This Motion relates to:*<br><br>*Holley v. Gilead Sciences, Inc.,*<br>Case No. 4:18-cv-06972-JST;<br><br>*Mosely v. Gilead Sciences, Inc.,*<br>Case No. 4:19-cv-05816-JST;<br><br>*Calkins v. Gilead Sciences, Inc.,*<br>Case No. 4:20-cv-01884-JST; | Case No. 4:18-cv-06972-JST<br><br>**DEFENDANT GILEAD SCIENCES, INC.'S CASE MANAGEMENT STATEMENT FOR DECEMBER 1, 2025, CASE MANAGEMENT CONFERENCE**<br><br>Assigned to:   Hon. Jon S. Tigar<br>Hearing Date:  December 1, 2025<br>Hearing Time:  2:00 p.m.<br>Location:      Courtroom 6<br>               (by videoconference) |

*Nicholson v. Gilead Sciences, Inc.*,
Case No. 4:20-cv-08751-JST;

*Miller v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-06947-JST;

*Geller v. Gilead Sciences, Inc.*,
Case No. 4:21-cv-08752-JST;

*Kelly v. Gilead Sciences, Inc.*,
Case No. 4:22-cv-00688-JST;

*Seale v. Gilead Sciences, Inc.*,
Case No. 4:22-cv-01032-JST;

*Cariano v. Gilead Sciences, Inc.*,
Case No. 4:22-cv-01867-JST;

*Harlan v. Gilead Sciences, Inc.*,
Case No. 4:22-cv-03156-JST*;*

*Lassiter v. Gilead Sciences, Inc.*,
Case No. 4:22-cv-06635-JST;

*Carmona v. Gilead Sciences, Inc.*,
Case No. 4:22-cv-08921-JST;

*Cash v. Gilead Sciences, Inc.*,
Case No. 4:22-cv-08970-JST; and

*Cash v. Gilead Sciences, Inc.*,
Case No. 23-cv-01266-JST.

## CASE MANAGEMENT STATEMENT

Pursuant to the Court's August 29, 2025, Order Re: December 1, 2025, Case Management Conference for Cases Proceeding Without a Lawyer ("Order"), Defendant Gilead Sciences, Inc. ("Gilead") hereby submits this Case Management Statement summarizing its correspondence with the *pro se* plaintiffs identified in the Order ("Plaintiffs"). Gilead's Proposed Case Scheduling Order is

2

attached as Exhibit A. Gilead is prepared to submit additional briefing on its positions on any of the issues discussed below, to the extent the Court deems it necessary.

**Previously Produced Discovery**

On September 25, 2025, Gilead mailed to each of the pro se Plaintiffs a packet of materials that included: (i) copies of Plaintiff's discovery material previously produced to Gilead by Plaintiff's former counsel; (ii) an index identifying these previously produced materials; and (iii) an index of discovery that Gilead previously produced in this consolidated litigation. Subsequent to Gilead's September 25, 2025 mailing, Plaintiff Adan Zamora indicated that they had not received the records. On October 9, 2025, Gilead mailed records to Plaintiff Zamora a second time.

Denise Jones, representative of deceased Plaintiff Halbert Caldwell, contacted Gilead on October 17, 2025 to express concern that Gilead had not produced all records previously produced by Mr. Caldwell's counsel. Gilead explained to Ms. Jones that all material produced by previous counsel had been transmitted.

**Status of Authorization Collection**

Gilead sent authorizations by certified mail to all plaintiffs on September 4, 2025. All plaintiffs have now provided signed authorizations. Gilead has been communicating as necessary with plaintiffs regarding the need for proprietary or special government authorizations.

**Discussions Regarding a Proposed Case Management Schedule**

On October 9, 2025, Gilead mailed a copy of its proposed Case Management Schedule, attached hereto as Exhibit A, to each plaintiff. Counsel for Gilead then contacted individual plaintiffs as follows:

1. On October 15, 2025, Counsel spoke with Plaintiff Diana Cash about the proposed schedule. Counsel explained that Ms. Cash should review the schedule, identify any issues or concerns and that Gilead would follow up with her by phone. On October 20, 2025, Gilead called Ms. Cash to discuss the proposed schedule. Ms. Cash was busy but indicated that she would call at a later date to discuss the schedule. On November 5, 2025, Ms. Cash called Gilead to ask questions about authorizations, but discontinued the call before addressing the proposed schedule. Ms. Cash has not returned the call since then.

2. On October 17, 2025, Counsel spoke to Plaintiff Bonifacio Trevino. Mr. Trevino indicated that he was amenable to Gilead's proposed schedule.

3. On October 20, 2025, Counsel spoke to Plaintiff Alfred English. Mr. English indicated that he had reviewed the proposed schedule and did not have any concerns or questions to raise at the time.

4. On October 20, 2025, Counsel spoke to Kaya Pickens, the daughter of Plaintiff Arthur Pickens. Ms. Pickens indicated that she was attempting to substitute herself as the plaintiff in this action (in place of her sister Chastity Sam). Ms. Pickens indicated that she would review the schedule and contact Gilead with any questions or concerns. As of the date of this filing, neither Ms. Pickens nor Ms. Sam has called to discuss the proposed schedule.

5. On October 20, 2025, Counsel called Plaintiff Ari Shepherd and left a voicemail regarding the proposed schedule and encouraged Mr. Shepherd to reach out with any questions or issues. On October 30, 2025, Mr. Shepherd emailed Counsel to

discuss authorizations but did not address any issues related to Gilead's proposed schedule.

6. On October 20, 2025, Counsel spoke with Plaintiff Jackie Felder regarding Gilead's proposed schedule. Ms. Felder indicated she would call back to discuss. As of the date of this filing, Ms. Felder has not called to discuss the proposed schedule.

7. On October 20, 2025, Counsel left a voicemail with Plaintiff Jeri Illsley, asking her to contact Gilead if she had any questions about or concerns with Gilead's proposed schedule. On October 21, 22, 24 and 31, 2025, Plaintiff Illsley emailed Counsel to discuss record collection and authorizations, but did not express any questions or concerns related to Gilead's proposed schedule.

8. On October 20, 2025, Counsel left a voicemail with Plaintiff Christopher Carmona explaining the proposed schedule and encouraging him to reach out with questions or concerns. On October 22, 2025, Gilead spoke to Mr. Carmona, who expressed his disagreement with Gilead's proposed schedule. Mr. Carmona indicated that he would be submitting his own proposed schedule to the Court at the December 1, 2025 hearing.

9. On October 20, 2025, Counsel spoke to Plaintiff Clyde Smith. Mr. Smith indicated that he had never received Gilead's proposed schedule. Gilead mailed and emailed additional copies to Mr. Smith on October 21, and November 6, 2025. On November 14, 2025, Gilead called and spoke with Mr. Smith regarding Gilead's proposed schedule. Mr. Smith expressed his disagreement with Gilead's proposed schedule and the proposed trial date.

5

DEFENDANT GILEAD SCIENCES, INC.'S CASE MANAGEMENT STATEMENT FOR DECEMBER 1, 2025, CASE MANAGEMENT CONFERENCE
NO. 4:18-CV-06972-JST

10. On October 20, 2025, Counsel called Plaintiff Thomas Marshall. Mr. Marshall expressed his disagreement with Gilead's proposed schedule. Mr. Marshall indicated that he would petition the Court for a shorter schedule.

11. Between October 8 and October 23, 2025, Counsel exchanged multiple emails with Plaintiff Denise Jones (representative of Halbert Caldwell) regarding the proposed Case Management Schedule. Ms. Jones disagreed with Gilead's proposed schedule and offered a competing proposed schedule, which is attached hereto as Exhibit B.

12. On October 20, 2025, Counsel called Plaintiff Adan Zamora and left a voicemail explaining Gilead's proposed schedule, inviting him to review it and encouraging him to reach out with issues or questions. On October 21, 2025, Mr. Zamora emailed Gilead to confirm that he had received the proposed schedule and voicemail. Mr. Zamora stated that he didn't have any questions about the proposed schedule but would follow up via email if he did.

13. On October 20, 2025, Counsel spoke with Plaintiff Devon Trotter. Mr. Trotter explained that he had moved the week before and had a new address. On October 21, 2025, Gilead mailed an additional copy to Mr. Trotter at his new address and invited him to review the proposed schedule and contact Counsel with questions or concerns.

14. On October 20, 2025, Counsel spoke with Plaintiff Terrence Peals, representative for Rickey Peals. Mr. Peals indicated that he had reviewed Gilead proposed schedule and did not have any questions for Counsel.

6

DEFENDANT GILEAD SCIENCES, INC.'S CASE MANAGEMENT STATEMENT FOR DECEMBER 1, 2025, CASE MANAGEMENT CONFERENCE
NO. 4:18-CV-06972-JST

15. On October 20, 2025, Gilead mailed a copy of its proposed schedule to Plaintiff Brian Cooper. Gilead was unable to discuss the proposed schedule with Mr. Cooper over the phone, because he does not have regular telephone access.

**Potential Settlement**

Multiple plaintiffs have expressed an interest in settling their cases. At this time, Gilead is still gathering medical records pertinent to the alleged injuries in each case and is not prepared to discuss settlement.

Dated: November 20, 2025                    SHOOK, HARDY & BACON L.L.P.

By: _____
Alicia J. Donahue (SBN 117412)
adonahue@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Patrick Oot (*pro hac vice*)
oot@shb.com
Jesse Weisshaar (*pro hac vice*)
jweisshaar@shb.com
SHOOK, HARDY & BACON L.L.P
1800 K. Street N.W.
Washington, D.C. 20006
Phone: (202) 783-8400
Fax: (202) 783-4211

Eric Anielak (*pro hac vice*)
eanielak@shb.com
Christopher Cotton (*pro hac vice*)
ccotton@shb.com
Jeremiah S. Wikler (*pro hac vice*)
jwikler@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.

Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

Bart Williams (SBN: 134009)
bwilliams@proskauer.com
Susan Gutierrez (SBN: 273980)
sgutierrez@proskauer.com
Kyle Casazza (SBN: 254061)
kcasazza@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Phone: (310) 557-2900

Lee Popkin (*pro hac vice*)
lpopkin@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Phone: (212) 969-3000

Meghan Kelly (SBN: 292236)
meghan.kelly@orrick.com
Andrew D. Silverman (SBN: 246539)
asilverman@orrick.com
Naomi J. Scotten (*pro hac vice*)
nscotten@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10015
Phone: (212) 506-5000
Fax: (212) 506-5151
Tarek Ismail (*pro hac vice*)
tismail@goldmanismail.com
Rami Fakhouri (*pro hac vice*)
rfakhouri@goldmanismail.com
GOLDMAN, ISMAIL, TOMASELLI,
BRENNAN & BAUM LLP
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Phone: (312) 681-6000
Fax: (312) 881-5191


*Attorneys for Defendant Gilead Sciences, Inc.*

8

DEFENDANT GILEAD SCIENCES, INC.'S CASE MANAGEMENT STATEMENT FOR DECEMBER 1, 2025,
CASE MANAGEMENT CONFERENCE
NO. 4:18-CV-06972-JST

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2025, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered the foregoing by electronic means to all counsel of record.

Alicia J. Donahue

9

DEFENDANT GILEAD SCIENCES, INC.'S CASE MANAGEMENT STATEMENT FOR DECEMBER 1, 2025,
CASE MANAGEMENT CONFERENCE
NO. 4:18-CV-06972-JST

# Exhibit A

| | |
|---|---|
| 1 | Alicia J. Donahue (SBN 117412) |
|  | adonahue@shb.com |
| 2 | SHOOK, HARDY & BACON L.L.P. |
|  | 555 Mission Street, Suite 2300 |
| 3 | San Francisco, CA 94105 |
|  | Tel: (415) 544-1900 / Fax: (415) 391-0281 |
| 4 | |
| 5 | *Attorney for Defendant Gilead Sciences, Inc.* |
| 6 | [Additional Counsel Listed on Signature Page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN HOLLEY, et al., | Case No. 4:18-cv-06972-JST |
| *Plaintiffs,* | |
| vs. | **[PROPOSED] CASE MANAGEMENT SCHEDULE** |
| GILEAD SCIENCES, INC., | |
| *Defendant.* | Assigned to: Hon. Jon S. Tigar |
| | Hearing Date: December 1, 2025 |
| *Holley v. Gilead Sciences, Inc.,* | Hearing Time: 2:00 p.m. PT |
| Case No. 4:18-cv-06972-JST; | Location: Courtroom 6 |
| | (by videoconference) |
| *Mosely v. Gilead Sciences, Inc.,* | |
| Case No. 4:19-cv-05816-JST; | |
| *Calkins v. Gilead Sciences, Inc.,* | |
| Case No. 4:20-cv-01884-JST; | |
| *Nicholson v. Gilead Sciences, Inc.,* | |
| Case No. 4:20-cv-08751-JST; | |
| *Miller v. Gilead Sciences, Inc.,* | |
| Case No. 4:21-cv-06947-JST; | |
| *Geller v. Gilead Sciences, Inc.,* | |
| Case No. 4:21-cv-08752-JST; | |
| *Kelly v. Gilead Sciences, Inc.,* | |
| Case No. 4:22-cv-00688-JST; | |

1   *Seale v. Gilead Sciences, Inc.*,
    Case No. 4:22-cv-01032-JST;
2
3   *Cariano v. Gilead Sciences, Inc.*,
    Case No. 4:22-cv-01867-JST;
4
    *Harlan v. Gilead Sciences, Inc.*,
5   Case No. 4:22-cv-03156-JST*;*
6
    *Lassiter v. Gilead Sciences, Inc.*,
7   Case No. 4:22-cv-06635-JST;
8   *Carmona v. Gilead Sciences, Inc.*,
    Case No. 4:22-cv-08921-JST;
9
    *Cash v. Gilead Sciences, Inc.*,
10  Case No. 4:22-cv-08970-JST and
11
    *Cash v. Gilead Sciences, Inc.*,
12  Case No. 23-cv-01266-JST.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### GILEAD'S [PROPOSED] CASE MANAGEMENT SCHEDULE

| Event | Gilead's Proposed Deadline |
|---|---|
| Deadline to complete fact discovery | November 20, 2026 |
| Deadline for Plaintiffs to serve expert reports and provide three available deposition dates for each expert | January 8, 2027 |
| Deadline for Gilead to serve expert reports and provide three available deposition dates for each expert | January 29, 2027 |
| Deadline to serve rebuttal expert reports | February 19, 2027 |
| Deadline to complete expert discovery | March 26, 2027 |
| Deadline to file dispositive motions | June 25, 2027 |
| Deadline to hear dispositive motions | October 29, 2027 |
| Pretrial conference date | March 31, 2028 |
| Trial date for first trial-ready case, as determined by the Court | April 24, 2028 |

# Exhibit B

**Denise Jones' Proposed Case Management Schedule**

| | |
|---|---|
| Deadline to complete fact discovery | April 30, 2026 |
| Plaintiff's expert reports & depositions | May 31, 2026 |
| Gilead's expert reports & depositions | June 21, 2026 |
| Rebuttal expert reports | July 15, 2026 |
| Deadline to complete expert discovery | August 15, 2026 |
| Deadline to file dispositive motions | September 20, 2026 |
| Deadline to hear dispositive motions | December 15, 2026 |
| Trial window | January-March 2027 |