Nicholas J. Drakulich (State Bar No. 98135)
Robert J. Drakulich (State Bar No. 281575)
**THE DRAKULICH FIRM, APLC**
2727 Camino del Rio South, Ste. 322
San Diego, California 92108-3750
Tel.: 858-755-5887 | Fax: 858-755-6456
njd@draklaw.com
rjd@draklaw.com

Raymond C. Silverman (Admitted *Pro Hac Vice*)
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, NY 11050
Tel.: 516-466-6500 | Fax: 516-466-6665
rsilverman@yourlawyer.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>GILEAD SCIENCES, INC.,<br><br>Defendant.<br><br>*This Document Relates to Plaintiff Ronald Neal, a Plaintiff in Baumgartner, et al. v. Gilead Sciences, Inc., Case No. 4:20-cv-02446* | No.: 4:18-cv-06972-JST<br><br>**SUGGESTION OF DEATH OF PLAINTIFF RONALD NEAL** |

### SUGGESTION OF DEATH OF PLAINTIFF RONALD NEAL

In accordance with F.R.C.P. 25(a), counsel for Plaintiff RONALD NEAL, files this Suggestion of Death upon the Record. Plaintiff RONALD NEAL passed away on August 6, 2021, during the pendency of this civil action. A copy of the Death Certificate for RONALD NEAL is attached as Exhibit A.

1
SUGGESTION OF DEATH

Respectfully submitted,

By: /s/ *Raymond C. Silverman*
Raymond C. Silverman (Admitted *Pro Hac Vice*)
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, NY 11050
Tel.: 516-466-6500 | Fax: 516-466-6665
rsilverman@yourlawyer.com

*In association with:*

Nicholas J. Drakulich (State Bar No. 98135)
Robert J. Drakulich (State Bar No. 281575)
**THE DRAKULICH FIRM, APLC**
2727 Camino del Rio South, Ste. 322
San Diego, California 92108-3750
Tel.: 858-755-5887 | Fax: 858-755-6456
njd@draklaw.com
rjd@draklaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I electronically filed the foregoing **SUGGESTION OF DEATH OF PLAINTIFF RONALD NEAL** with the clerk of the court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully Submitted,

Dated: December 3, 2025

By: _____
Raymond C. Silverman (Admitted *Pro Hac Vice*)
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, NY 11050
Tel.: 516-466-6500 | Fax: 516-466-6665
rsilverman@yourlawyer.com

Nicholas J. Drakulich (State Bar No. 98135)
Robert J. Drakulich (State Bar No. 281575)
**THE DRAKULICH FIRM, APLC**
2727 Camino del Rio South, Ste. 322
San Diego, California 92108-3750
Tel.: 858-755-5887 | Fax: 858-755-6456
njd@draklaw.com
rjd@draklaw.com

*Attorneys for Plaintiffs*

# EXHIBIT A

# STATE OF TENNESSEE
## Office of Vital Records




**TENNESSEE DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER 2021 052777

1. Decedent's Legal Name: RONALD HEZEKIAH FENNER NEAL
2. Sex: MALE
3. Date of Death: 08/06/2021
4. Time of Death (Approx.): 10:45 PM
5a. Age: 62
6. Date of Birth: 06/13/1959
7. Birthplace: EAST CHICAGO, IN
8a. Place of Death: INPATIENT
8b. Facility Name: VETERANS AFFAIRS MEDICAL CENTER - MEMPHIS
8c. City or Town: MEMPHIS
8d. County of Death: SHELBY
9. Marital Status: MARRIED
10. Surviving Spouse (name prior to first marriage): ETHEL BRIGGS
11a. Decedent's Usual Occupation: SECURITY GUARD
11b. Kind of Business/Industry: SECURITY
12. Social Security Number: 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
13a. Residence-State or Foreign Country: TENNESSEE
13b. County: SHELBY
13c. City or Town: MEMPHIS
13d. Street and Number: 1793 BALL RD
13e. Inside City Limits?: YES
13f. Zip Code: 38114
14. Was Decedent ever in US Armed Forces?: YES
15. Decedent's Education: BACHELOR'S DEGREE
16. Decedent of Hispanic Origin?: NO, NOT SPANISH/HISPANIC/LATINO
17. Decedent's Race: BLACK OR AFRICAN AMERICAN
18. Father's Name: ADAM WESLEY NEAL
19. Mother's Name Prior to First Marriage: SAMETHEL FENNER
20a. Informant's Name: ETHEL BRIGGS NEAL
20b. Relationship to Decedent: WIFE
20c. Mailing Address: 1793 BALL RD, MEMPHIS, TN 38114
21a. Method of Disposition: BURIAL
21b. Place of Disposition: WEST TENNESSEE VETERANS
21c. Location: MEMPHIS, TN
22a. Signature of Funeral Director: /e/ CHARIAN HARRISON
22b. License Number: 6395
22c. Signature of Embalmer: /e/ BRANDON MAURICE BERRY
22d. License Number: 20023
23a. Name and Address of Funeral Home: M. J. EDWARDS FUNERAL HOME, 1165 AIRWAYS BLVD, MEMPHIS, TN 38114-2249
23b. License Number: 946
24. Registrar's Signature: /e/ EDWARD G BISHOP III
25. Date Filed: 08/12/2021
26. Certifier:
26a. ☒ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
27a. Certifier: /e/ FERESHTEH ZARE
27b. License Number: 044579
27c. Date Signed: 08/12/2021
27d. Name and Address: FERESHTEH ZARE VETERANS AFFAIRS MEDICAL CENTER 1030 JEFFERSON AVENUE, MEMPHIS, TN 38104

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

IMMEDIATE CAUSE (Final disease or condition resulting in death). Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

a. HYPOXIC RESPIRATORY FAILURE
b. MSSA BACTEREMIA AND ENDOCARDITIS
c. MRSE BACTEREMIA
d. ESRD ON HD

Approximate Interval: Onset to Death

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I
ADVANCED DEBILITY

29a. Was an Autopsy Performed?: NO
29b. Were Autopsy Findings Available to Complete the Cause of Death?:

30. Manner of Death: NATURAL
31. Did Tobacco Use Contribute to Death?: NO
32. If Female: N/A
33. If Transportation Injury, Specify:
34a. Date of Injury:
34b. Time of Injury:
34c. Injury at Work?:
34d. Place of Injury:
34e. Describe How Injury Occurred:
34f. Location of Injury:

RDA 10112
PH-1659E

13295550

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

Edward G. Bishop III — State Registrar
Lisa Piercey, MD, MBA, FAAP — Commissioner



Date Issued: Aug-17-2021

