UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GILEAD SCIENCES, INC.,<br><br>          Defendant. | Case No. 18-cv-06972-JST<br><br>**ORDER TO SHOW CAUSE AS TO PLAINTIFFS COOPER, SAM, AND TREVINO; ORDER OF ADVISEMENT AS TO PLAINTIFF ILLSLEY** |
| This order relates to:<br><br>*Nicholson v. Gilead Sciences, Inc.*,<br>Case No. 4:20-cv-08751-JST<br><br>*Geller v. Gilead Sciences, Inc.*,<br>Case No. 4:21-cv-08752-JST<br><br>*Harlan v. Gilead Sciences, Inc.*,<br>Case No. 4:22-cv-03156-JST<br><br>*Lassiter v. Gilead Sciences, Inc.*,<br>Case No. 4:22-cv-06635-JST | |

The Court held a case management conference by Zoom on December 1, 2025. Plaintiff **Jeri Illsley** appeared to be in the audience, and the courtroom deputy attempted to promote her to become a panelist by sending her an invitation via the Zoom platform. However, Illsley declined the Zoom invitation multiple times and therefore never entered an appearance. She is advised that she must attend and accept the invitation to be promoted to a panelist at any future court proceedings, including the next case management conference, which is scheduled for March 30, 2026. Failure to enter an appearance at future hearings may result in an order to show cause as to why the case should not be dismissed for failure to prosecute or to follow court orders under Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiffs **Brian Cooper**, **Chastity Sam**, and **Bonifacio Trevino** failed to appear at the December 1, 2025 case management conference. The Court previously advised Plaintiffs "that failure to appear at [this] case management conference may result in dismissal of their case for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure." *Holley* ECF No. 1745 at 3. Under that rule, a case may be dismissed if a "plaintiff fails to prosecute or to comply with these [Federal Rules of Civil Procedure] or a court order." Fed. R. Civ. P. 41(b). Plaintiffs Cooper, Sam, and Trevino have now failed to comply with the court order requiring their appearance at the December 1, 2025 case management conference, and it is not clear that they remain interested in continuing their cases against Defendant Gilead Sciences, Inc. Accordingly, Plaintiffs Cooper, Sam, and Trevino are now ordered to show cause as to why their cases should not be dismissed. A written response to this order is due by January 7, 2026. Failure to file a written response will result in dismissal of their cases with prejudice, which means that they will no longer be able to pursue these particular claims against Gilead.

This order to show cause applies only to Plaintiffs Cooper, Sam, and Trevino. Plaintiffs who appeared at the December 1, 2025 case management conference, as well as Plaintiff Illsley, do not need to file anything in response to this order.

**IT IS SO ORDERED.**

Dated: December 3, 2025



JON S. TIGAR
United States District Judge