UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GILEAD SCIENCES, INC.,<br><br>  Defendant.<br><br>This order relates to:<br><br>*Nicholson v. Gilead Sciences, Inc.*,<br>Case No. 4:20-cv-08751-JST | Case No. 18-cv-06972-JST<br><br>**ORDER RE: PLAINTIFF CHASTITY SAM; ORDER SETTING DEADLINE FOR OBJECTIONS TO MOTION TO SUBSTITUTE KAYA PICKENS AS PLAINTIFF**<br><br>Re: ECF Nos. 1763, 1764 |

The Court issued an order to show cause to Plaintiff Chastity Sam, who failed to appear at the December 1, 2025 case management conference. ECF No. 1755. Sam responded by explaining that she "was experiencing personal and health-related issues that affected her organization and scheduling" at the time, and that she "mistakenly calendared the Zoom conference for an incorrect time due to a local time-zone difference." ECF No. 1763 at 1. She further stated that she "is committed to full compliance with all Court orders and deadlines going forward, including proper appearances at future hearings." *Id.* at 2. The Court accepts Sam's explanation and discharges the order to show cause against her.

Sam has also filed a motion to substitute her sister, Kaya Pickens, as the representative for their deceased father, Arthur Pickens. *Id.* at 3–5. She states that "Kaya Pickens-Manns, as another surviving daughter of [decedent,] is a proper party" and that "no administration of the estate is pending or necessary." ECF No. 1763 at 5. Sam further states that she is "unable to continue serving as the substituted plaintiff in this matter," and that she consents and requests that

1  her sister be substituted as a plaintiff in her place.  ECF No. 1764.

2  The Court is inclined to grant Sam's motion to substitute but will give Gilead seven days

3  to file objections if it has any.  If Gilead objects to the substitution of Kaya Pickens in place of

4  Chastity Sam, it shall file its objections within seven days of the date of this order.  If no

5  objections are received, the Court will enter an order of substitution.

6  **IT IS SO ORDERED.**

7  Dated:  January 6, 2026



JON S. TIGAR
United States District Judge

2