**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAN "ACE" ZAMORA JR., | Case No. 4:18-cv-06972-JST |
| Plaintiff, | |
| vs. | **CASE MANAGEMENT STATUS STATEMENT SUBMITTED BY PLAINTIFF** |
| GILEAD SCIENCES, INC., | |
| Defendant | |

**TO THE HONORABLE COURT AND ALL PARTIES, AND COUNSEL OF RECORD,** Plaintiff Adan "Ace" Zamora Jr., appearing *pro se*, respectfully submits this **Case Management Status Statement** in advance of the March 30, 2026, Case Management Conference pursuant to the Court's order permitting pro se plaintiffs to submit separate statements.

### I.    INTRODUCTION

Plaintiff submits this statement to assist the Court in understanding the current procedural posture of the Plaintiff's individual claims, the status of discovery, and anticipated next steps.

### II.    PLAINTIFF BACKGROUND

Plaintiff alleges injuries associated with exposure to Tenofovir Disoproxil Fumarate ("TDF") medications used in treatment of HIV.

Plaintiff began therapy in approximately 2010 and continued treatment for approximately 5 years of direct exposure. Plaintiff alleges that prolonged exposure to TDF was a substantial contributing factor in causing bone injury, including progressive bone demineralization, loss of bone mineral density deterioration, resulting in osteoporosis and associated long-term health effects. Plaintiff's claims are part of the consolidated proceeding in ***Holley et al. v. Gilead Sciences, Inc.***

### III.    PLAINTIFF FACT SHEET AND DOCUMENT PRODUCTION

Plaintiff has completed and produced materials required under the Plaintiff Fact Sheet process and has continued supplementing records as they become available. Medical records, and related documentation relevant to Plaintiff's injury claims have been produced consistent with the case management procedures. Plaintiff remains willing to supplement materials in good faith as necessary pursuant to ***FRCP(e)***.

### IV.    CURRENT DISCOVERY STATUS

Plaintiff has served written discovery requests directed toward information relevant to Plaintiff-specific claims and the underlying issues in the litigation.

These requests include interrogatories and requests for production addressing, matters such as:

CASE MANAGEMENT STATUS STATEMENT SUBMITTED BY PLAINTIFF - 2

Case 4:18-cv-06972-JST    Document 1772    Filed 03/23/2025    Page 3 of 6

- Identification of relevant information systems

- Custodial sources of documents

- Pharmacovigilance and safety monitoring materials

- Labeling and regulatory communications

- 'Gilead's knowledge of TDF toxicity'

- 'Comparisons of TDF vs. TAF safety'

- 'Timing of TAF development and delay'

- 'Internal decision-making and profit motive'

- 'Adequacy of warnings to physicians'

Plaintiff has attempted to resolve disputes through meet-and-confer consistent with Local Rule requirements. Absent resolution, Plaintiff anticipates seeking relief through the joint discovery letter process.

Plaintiff has recently served designated point of contacts with supplemental written discovery, including interrogatories and requests for production, directed to:

(a) Defendant's insurance coverage and claims handling;

(b) Defendant's electronic data systems, custodians, and search methodologies;

(c) Defendant's internal knowledge, communications, and materials concerning the timing of risk recognition, safety signals, labeling decisions, and causation.

This discovery bears directly on issues of accrual, the discovery rule, and Defendant's anticipated statute of limitations defenses, and is necessary to permit Plaintiff to develop a complete factual record to oppose any motion for summary judgment. Plaintiff does not presently have access to these materials, which are

CASE MANAGEMENT STATUS STATEMENT SUBMITTED BY PLAINTIFF - 3

Case 4:18-cv-06972-JST         Document 1772         Filed 03/23/2025         Page 4 of 6

within Defendant's exclusive possession, custody, and control. Without such discovery, Plaintiff cannot fully present facts essential to justify opposition to summary judgment.

These requests are intended to clarify the scope of relevant information and to permit meaningful evaluation of Defendant's prior productions.

Plaintiff anticipates that additional discovery discussions may occur depending on the Defendant's positions and responses.

## V.    ELECTRONIC DISCOVERY AND DATA TRANSPARENCY ISSUES

Plaintiff seeks identification of relevant electronic systems, repositories, and custodians, along with a sufficiently detailed description of Defendant's search methodology to permit evaluation of completeness and reproducibility. Plaintiff has concerns regarding the potential for under-inclusive search and incomplete identification of relevant data sources.

## VI.    ANTICIPATED MOTION PRACTICE

Defendant has indicated that it may seek summary judgment on statute of limitations grounds with respect to Plaintiff's claims.

Plaintiff anticipates opposing any such motion and may seek discovery necessary to address issues related to accrual, tolling, and the factual record relevant to those defenses.

Plaintiff respectfully notes that issues concerning accrual and the discovery rule may depend on the factual record. Plaintiff anticipates that certain

CASE MANAGEMENT STATUS STATEMENT SUBMITTED BY PLAINTIFF - 4

Case 4:18-cv-06972-JST    Document 1772    Filed 03/23/2025    Page 5 of 6

discovery concerning medical records, prescribing history, labeling communications, and pharmacovigilance materials may bear on those issues. Plaintiff raises this issue only to assist the Court in understanding the procedural posture should dispositive motion practice arise.

## VII.    SETTLEMENT DISCUSSIONS

The parties have engaged in settlement discussions. While no resolution has been reached, Plaintiff remains open to continued discussions that may allow the parties to resolve the matter without further litigation.

## VIII.    PLAINTIFF'S INTENT TO CONTINUE LITIGATION

Absent resolution, Plaintiff intends to continue participating in discovery and motion practice necessary to advance the claims.

Plaintiff remains committed to complying with all the procedural requirements and deadlines established by the Court.

## IX.    CONCLUSION

Plaintiff respectfully submits this statement to assist the Court in evaluating the current status of Plaintiff's individual claims in advance of the March 30, 2026 Case Management Conference.

Plaintiff appreciates the Court's continued oversight of the consolidated proceedings and remains prepared to address any issues the Court wishes to discuss at the conference.

CASE MANAGEMENT STATUS STATEMENT SUBMITTED BY PLAINTIFF - 5

I, Adan "Ace" Zamora, certify under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Dated this 23rd day of March 2026.

Plaintiff, pro se