Alicia J. Donahue (SBN 117412)
adonahue@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 / Fax: (415) 391-0281

Patrick Oot (*pro hac vice*)
oot@shb.com
SHOOK, HARDY & BACON L.L.P.
1800 K. Street N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 783-8400 / Fax: (202) 783-4211

Eric Anielak (*pro hac vice*)
eanielak@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550 / Fax: (816) 421-5547

*Attorneys for Defendant Gilead Sciences, Inc.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al., | Case No. 4:18-cv-06972-JST |
| *Plaintiffs,* | |
| vs. | **DEFENDANT GILEAD SCIENCES, INC.'S CASE MANAGEMENT STATEMENT FOR MARCH 30, 2026, CASE MANAGEMENT CONFERENCE** |
| GILEAD SCIENCES, INC.*,* | |
| *Defendant.* | |
| *This Motion relates to:* | |
| *Holley v. Gilead Sciences, Inc.,* Case No. 4:18-cv-06972-JST; | Assigned to:    Hon. Jon S. Tigar<br>Hearing Date:  March 30, 2026<br>Hearing Time:  2:00 p.m.<br>Location:        Courtroom 6<br>                    (by videoconference) |
| *Mosely v. Gilead Sciences, Inc.,* Case No. 4:19-cv-05816-JST; | |
| *Calkins v. Gilead Sciences, Inc.,* Case No. 4:20-cv-01884-JST; | |

DEFENDANT GILEAD SCIENCES, INC.'S CASE MANAGEMENT STATEMENT FOR MARCH 30, 2026,
CASEMENT MANAGEMENT CONFERENCE – NO. 4:18-CV-06972-JST

*Nicholson v. Gilead Sciences, Inc.,*
Case No. 4:20-cv-08751-JST;

*Miller v. Gilead Sciences, Inc.,*
Case No. 4:21-cv-06947-JST;

*Geller v. Gilead Sciences, Inc.,*
Case No. 4:21-cv-08752-JST;

*Kelly v. Gilead Sciences, Inc.,*
Case No. 4:22-cv-00688-JST;

*Seale v. Gilead Sciences, Inc.,*
Case No. 4:22-cv-01032-JST;

*Cariano v. Gilead Sciences, Inc.,*
Case No. 4:22-cv-01867-JST;

*Harlan v. Gilead Sciences, Inc.,*
Case No. 4:22-cv-03156-JST;

*Lassiter v. Gilead Sciences, Inc.,*
Case No. 4:22-cv-06635-JST;

*Carmona v. Gilead Sciences, Inc.,*
Case No. 4:22-cv-08921-JST;

*Cash v. Gilead Sciences, Inc.,*
Case No. 4:22-cv-08970-JST; and

*Cash v. Gilead Sciences, Inc.,*
Case No. 23-cv-01266-JST.

## CASE MANAGEMENT STATEMENT

Pursuant to the Court's December 3, 2025, Order Re: March 30, 2026, Case Management Conference for Cases Proceeding Without a Lawyer ("Order"), Defendant Gilead Sciences, Inc. ("Gilead") hereby submits this Case Management Statement summarizing the status of discovery and discussions with Plaintiffs.

/ /

**Records Collection**

Gilead is collecting and reviewing medical, pharmacy, and other relevant records using authorizations provided by plaintiffs. That process is ongoing. Gilead's counsel has been communicating as necessary with plaintiffs regarding any necessary proprietary or special government authorizations.

**Status of Individual Cases**

Gilead is assessing the merits of Plaintiffs' claims and analyzing the possibility of resolution for certain claims, as records are received on a rolling basis. Gilead has contacted, and will continue to contact, as appropriate, individual plaintiffs to explore the possibility of resolution. As of this date, none of the pending *pro se* cases have been resolved through settlement. No plaintiffs have indicated their intent to abandon their cases. Gilead will continue to review records as they are received, take the necessary fact discovery, and assess options for resolution. Gilead continues to discuss, on a confidential basis, potential resolution with certain plaintiffs.

*1. Christopher Carmona*

Gilead conferred with Mr. Carmona on March 2, 2026, and discussed next steps for further discovery in this case, should it proceed. Gilead anticipates filing a motion for judgment on the pleadings to address deficiencies in Mr. Carmona's petition (originally filed in Harris County, Texas). There are no pending discovery disputes.

*2. Diana Cash*

Gilead anticipates filing a motion for judgment on the pleadings to address deficiencies in Ms. Cash's complaints (originally filed in Kings County, New York, and the U.S. District Court for the Eastern District of New York). There are no pending discovery disputes.

3

3. *Brian Cooper*

Gilead will contact Mr. Cooper via mail to discuss next steps for further discovery in this case. There are no pending discovery disputes.

4. *Alfred English*

Gilead conferred with Mr. English on March 6, 2026, and discussed next steps for further discovery. There are no pending discovery disputes.

5. *Jackie Felder*

Gilead conferred with Ms. Felder on March 2, 2026, and discussed next steps for further discovery. Gilead requested additional signed authorizations from Ms. Felder on February 5 and February 25, but did not receive a response. Gilead anticipates serving a request for production, seeking the necessary authorizations.

6. *Jeri Illsley*

Gilead conferred with Ms. Illsley on March 2, 2026, and discussed next steps for further discovery. Gilead contacted Ms. Illsley on March 19, 2026, regarding the scheduling of her deposition. There are no pending discovery disputes.

7. *Denise Major*

Gilead contacted Ms. Major by letter on March 9, 2026, seeking a corrected signature page for the Plaintiff Fact Sheet and additional information needed to collect certain records. Gilead awaits a response. Gilead contacted Ms. Major on March 19, 2026, regarding the scheduling of her deposition. There are no pending discovery disputes.

4

*8. Thomas Marshall*

Gilead conferred with Mr. Marshall on March 2, 2026, and discussed next steps for further discovery. Gilead contacted Mr. Marshall on March 19, 2026, regarding the scheduling of his deposition. There are no pending discovery disputes.

*9. Terrence Peals*

Gilead contacted Mr. Peals on March 19, 2026, regarding scheduling of his deposition. There are no pending discovery disputes.

*10. Kaya Pickens*

Gilead conferred with Ms. Pickens on March 2 and 11, 2026. The parties are working to resolve this case. There are no pending discovery disputes.

*11. Ari Shepherd*

Gilead conferred with Mr. Shepherd on March 18, 2026, and discussed next steps for further discovery. There are no pending discovery disputes.

*12. Clyde Smith*

Gilead conferred with Mr. Smith on March 2, 2026, and discussed next steps for further discovery. Gilead contacted Mr. Smith on March 19, 2026, regarding the scheduling of his deposition. There are no pending discovery disputes.

*13. Bonifacio Trevino*

Gilead conferred with Mr. Trevino on March 6, 2026, and discussed next steps for further discovery. Gilead anticipates serving narrow interrogatories on Mr. Trevino. There are no pending discovery disputes.

*14. Devon Trotter*

Gilead conferred with Mr. Trotter on March 6, 2026, and discussed next steps for further discovery. Gilead contacted Mr. Trotter on March 19, 2026, regarding the scheduling of his deposition. There are no pending discovery disputes.

*15. Adan Ace Zamora, Jr.*

Gilead served responses to interrogatories and requests for production from Mr. Zamora on January 22, 2026. Gilead conferred with Mr. Zamora on February 19 regarding those responses and next steps in this case. On March 19, Mr. Zamora served his second sets of interrogatories and requests for production. The parties will continue to confer.

Dated: March 23, 2026

By: */s/ Alicia J. Donahue*
Alicia J. Donahue (SBN 117412)
adonahue@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Patrick Oot (*pro hac vice*)
oot@shb.com
SHOOK, HARDY & BACON L.L.P
1800 K. Street N.W.
Washington, D.C. 20006
Phone: (202) 783-8400
Fax: (202) 783-4211

Eric Anielak (*pro hac vice*)
eanielak@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

*Attorneys for Defendant Gilead Sciences, Inc.*

6

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2026, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered the foregoing by electronic means to all registered participants. A copy was mailed to the following Plaintiffs:

Alfred N. English
30 Dana Street
Rochester, NY 14606

Bonifacio Trevino
1351 Gresham Avenue North,
St. Paul, MN 55128

Brian Scott Cooper
1113035
Anamosa State Penitentiary
406 N. High Street
Anamosa, IA 52205

Christopher Carmona
9919 Meadow Mill Forest Lane
Houston, TX 77044

Diana Carol Cash
1560 Ocean Parkway #4B
Brooklyn, NY 11230

Jackie Felder
6129 Raleigh St Apt 823
Orlando, FL 32835

Jeri Illsley
1474 Summit Run Circle
West Palm Beach, FL 33415

Alicia J. Donahue

7

DEFENDANT GILEAD SCIENCES, INC.'S CASE MANAGEMENT STATEMENT FOR MARCH 30, 2026,
CASEMENT MANAGEMENT CONFERENCE – NO. 4:18-CV-06972-JST