Alicia J. Donahue (SBN 117412)
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
Fax: (415) 391-0281
Email: adonahue@shb.com

Patrick Oot (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
1800 K. Street N.W., Suite 1000
Washington, D.C. 20006
Tel.: (202) 783-8400 / Fax: (202) 783-4211
Email: oot@shb.com

Eric Anielak (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel.: (816) 474-6550 / Fax: (816) 421-5547
Email: eanielak@shb.com

*Attorneys for Defendant Gilead Sciences, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>*Plaintiffs,*<br><br>vs.<br><br>GILEAD SCIENCES, INC.,<br><br>*Defendant.*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Cariano, et al., v. Gilead Sciences, Inc.*, Case No. 4:22-cv-01867-JST (as to Plaintiff Alfred English) | Case No. 4:18-cv-06972-JST<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO THE CLAIMS OF CERTAIN PLAINTIFFS, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alfred English ("Plaintiff") and Defendant Gilead Sciences, Inc. ("Gilead") hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims against Gilead. Each party will bear their own costs and fees.

DATED: August 24, 2026

By: */s/ Alicia J. Donahue*
Alicia J. Donahue

Alicia J. Donahue (SBN 117412)
**SHOOK, HARDY & BACON L.L.P**.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
Fax: (415) 391-0281
Email: adonahue@shb.com

Patrick Oot (pro hac vice)
**SHOOK, HARDY & BACON L.L.P.**
1800 K. Street N.W.
Washington, D.C. 20006
Tel.: (202) 783-8400 / Fax: (202) 783-4211
Email: oot@shb.com

Eric Anielak (pro hac vice)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550 / Fax: (816) 421-5547
Email: eanielak@shb.com

***Counsel for Defendant Gilead Sciences, Inc.***

*/s/ Alfred English*
Alfred English
30 Dana Street
Rochester, NY 14606
***Plaintiff***

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 24, 2026, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered the foregoing by electronic means to all registered users. A copy will be delivered by U.S. mail to:

Alfred English
30 Dana Street
Rochester, NY 14606

*/s/ Alicia J. Donahue*
Alicia J. Donahue

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation of the Parties and good cause appearing, it is hereby ORDERED that the claims of Plaintiff Alfred English are dismissed with prejudice. Each party will bear their own costs and fees.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ______________________

______________________________
The Honorable Jon S. Tigar