UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JAVON HOLLEY, et al.,<br>Plaintiffs,<br>v.<br>GILEAD SCIENCES, INC.,<br>Defendant. | Case No. 18-cv-06972-JST (AGT)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 1856 |

Pro se Plaintiff Ari Shepherd has failed to sit for his scheduled deposition twice. By December 11, 2026, he must sit for his deposition. The deposition may last up to 7 hours. *See* Fed. R. Civ. P. 30(d)(1). If Shepherd doesn't comply with this order, the undersigned may recommend that Judge Tigar dismiss Shepherd's claims for failure to cooperate in his deposition. *See* Fed. R. Civ. P. 37(b)(2). The undersigned may also require Shepherd to pay Gilead's costs incurred in attempting to depose him. *See* Fed. R. Civ. P. 30(d)(2).

**IT IS SO ORDERED.**

Dated: November 23, 2026

Alex G. Tse
United States Magistrate Judge